**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** v. **PHILIP MORRIS, INC.,** ***et al.*** **Defendants** | **Civil Action No. 99-CV-2496 (GK)** **Next Scheduled Court Appearance January 18, 2002 9:45 a.m.** **[Referred to Special Master Levie]** |

FILED
NOV 27 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER # 107**

Before the Court is Report and Recommendation #29 of the Special Master. Upon consideration of Report and Recommendation #29, and there being no objection thereto, it is this 27th day of November, 2001 hereby

**ORDERED** that Report and Recommendation #29 of the Special Master be and hereby is **adopted**; and it is

**FURTHER ORDERED** that the United States' Motion for Protective Order Governing Joint Defendants' Requests for Admission That Pertain Solely to the Authentication of Documents be and hereby is **granted**; and it is

**FURTHER ORDERED** that ¶ III.F.1 of Order #51 (Ninth Case Management Order) be and hereby is **amended** to delete the phrase "exclusive of requests for admission seeking to establish the authenticity of documents" in both places where it is currently contained in the paragraph; and it is

(N) 701

**FURTHER ORDERED** that the following requests for admission served upon the United States by Joint Defendants, which pertain solely to the authentication of documents, are hereby stricken, rendering it unnecessary for the United States to respond to them:

- Joint Defendants' Second Set of Requests for Admission to the Plaintiff United States of America, requests 6, 7, 8, 9, 10, 11, 13, 14, 15, 16 and 20
- Joint Defendants' Third Set of Requests for Admission to the Plaintiff United States of America, requests 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 18, 19, 20, 22, 23, 24, 27, 28, 29, 30 and 31
- Joint Defendants' Fourth Set of Requests for Admission to the Plaintiff United States of America, requests 3, 4, 5, 6, 7, 8, 9 and 11
- Joint Defendants' Fifth Set of Requests for Admission to the Plaintiff United States of America, requests 2, 3, 4, 5, 6, 8, 9, 11, 13, 14 and 15
- Joint Defendants' Sixth Set of Requests for Admission to the Plaintiff United States of America, requests 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 23, 25, 26 and 28
- Joint Defendants' Seventh Set of Requests for Admission to the Plaintiff United States of America, requests 1, 2, 4, 6, 7, 8, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48 and 49; and it is

**FURTHER ORDERED** that the parties are precluded from serving subsequent requests for admission in this case relating solely to the authenticity of documents.

Gladys Kessler
Hon. Gladys Kessler
United States District Judge

Copies mailed to:

Hon. Richard A. Levie (Ret.)
Sharon Y. Eubanks, Esq.
Jonathan M. Redgrave, Esq.
Fred W. Reinke, Esq.