

# HUNTON & WILLIAMS

RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

PATRICIA M. SCHWARZSCHILD
DIRECT DIAL: 804-788-8728
EMAIL:  pschwarzschild@hunton.com

September 16, 2003

FILE NO: 50594.000136

**By Hand**

Renée Brooker, Esq.
Tobacco Litigation Team
United States Department of Justice
1331 Pennsylvania Avenue, N.W., Suite 1150-52
Washington, D.C. 20004

 Re:   **United States of America v. Philip Morris Incorporated, et al.,**
       **CIV. No. 99-2496 (GK) (D.D.C.)**

Dear Ms. Brooker:

 Please find enclosed, pursuant to my September 8, 2003 report to the Special Master and Order #384, one box containing 373 pages of documents, 1 videotape, and 1 cassette tape that were identified by Philip Morris USA, Inc. (Philip Morris) as a result of its archival transition process, and that are responsive to the government's broad document requests.

 The box contains three redwelds. The first redweld contains 48 pages of documents, 1 videotape, and 1 cassette tape (identified on Appendix A, attached) that are either nondesignated, or designated as "Confidential" pursuant to Order #7, and which should be maintained accordingly. The second and third redwelds contain 67 pages of documents (identified on Appendix B, attached) designated as "Category I," and 258 pages of documents (identified on Appendix C, attached) designated as "Category II," respectively, pursuant to Order #36. I understand that the United States has a Secure Room that meets the requirements of Order #36 and that these documents will be maintained in accordance with such requirements at all times.


HUNTON&
WILLIAMS

Renée Brooker, Esq.
September 16, 2003
Page 2

    I would appreciate an acknowledgment of your receipt of the Category I and II documents by signing a copy of this letter and returning that copy to me. Please do not hesitate to contact me if you have any questions.

                          Sincerely,

                          Patricia M. Schwarzschild

PMS/edn
Enclosures

cc:    Thomas J. Frederick, Esq.
        All Defense Counsel


ACKNOWLEDGED RECEIPT OF 67 PAGES OF CATEGORY I DOCUMENTS, AND 258 PAGES OF CATEGORY II DOCUMENTS:


_Renée Brooker_
DATE: _Sept. 16, 2003_

Appendix A
ND/CF Documents
Produced to DOJ
September 16, 2003

**ADVERTISING ARCHIVE**
1002325210

**PROMO PROG**
1002391913/1914 (cassette)

**DARRAH, S**
2030362028

**NEEDHAM, L**
2031513489/3491
2031513773
2031514223/4224
2031514564/4570
2031515113/5114

**CURLE, D**
2040019220
2040019239/9241
2040019247/9248
2040019249

**BRAND MANAGEMENT**
2041872729E

**MATTHEWS, M**
2050167085/7086

**RIVERA, S**
2051281380/1381
2051281403

**DORER, H**
2051887666/7667

**MILBY, D**
2057038878/8882

**MTS CENTRAL FILE**
2058036740/6743

**HUGGINS, S**
2058252022 (video)

**ISAACS, J**
2060020670

**GORDON, M**
2060650947

**CAMISA, R**
2070192007

**BUONAVENTURA, M**
2070339768
2070593621
2070622394

**PRINCE, J**
2082103151

**ROEMER, E**
2501800267/0270

**Appendix B**
**Category I Documents**
**Produced to DOJ**
**September 16, 2003**

**RIVERA, S**
2051281303/1319
2051281343/1359

**CAMPBELL, T**
2051901347/1379

Appendix C
Category II Documents
Produced to DOJ
September 16, 2003

**NEEDHAM, L**
2031513456/3474
2031513480
2031513483
2031513486
2031513487
2031513488
2031513493
2031513494
2031513500/3578
2031513588/3645
2031513654/3671
2031513681/3698
2031513702
2031513703
2031513707/3712
2031513713
2031513714/3717
2031513718
2031513721/3725
2031513726/3729
2031513776/3779
2031513791/3792
2031514331/4337
2031514341
2031514393/4394
2031514583/4586

**LAMBERT, MB**
2031516394/6401
2031516406/6409
2031516410/6413