# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC.,<br>     f/k/a PHILIP MORRIS INC., *et al.*,<br><br>     Defendants. | Civil Action<br>No. 99-CV-02496 (GK)<br><br>Next scheduled appearance:<br>December 22, 2003 |

## UNITED STATES' MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST PHILIP MORRIS USA AND ALTRIA GROUP DUE TO SPOLIATION OF EVIDENCE

### NOTICE REGARDING SEALED MEMORANDUM

The Memorandum in Support of the United States' Motion for Evidentiary and Monetary Sanctions Against Philip Morris USA and Altria Group Due to Spoliation of Evidence is being filed under seal because it contains information that has been designated by Philip Morris as Confidential pursuant to Order #7. A redacted version of the Memorandum has been filed electronically, simultaneously with this Notice.

PETER D. KEISLER, Jr.
Assistant Attorney General

/s/ Sharon Y. Eubanks
SHARON Y. EUBANKS (DC Bar # 420147)
Director, Tobacco Litigation Team

/s/ Stephen D. Brody
STEPHEN D. BRODY (DC Bar # 459263)
Deputy Director, Tobacco Litigation Team

                                                /s/ Robert P. Williams
ROBERT P. WILLIAMS (DC Bar # 474730)
Trial Attorney, Tobacco Litigation Team

United States Department of Justice
Post Office Box 14524
Ben Franklin Station
Washington, DC  20044-4524
(202) 616-4185

Attorneys for Plaintiff
November 25, 2003                     United States of America