UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA,               )
                                        )
       Plaintiff,                       )
                                        )  Civil Action
       v.                               )  No. 99-CV-02496 (GK)
                                        )
PHILIP MORRIS USA INC.,                 )  Next scheduled appearance:
    f/k/a PHILIP MORRIS INC., *et al.*,   )  December 22, 2003
                                        )
       Defendants.                      )
_____)

**UNITED STATES' MOTION FOR EVIDENTIARY AND MONETARY
SANCTIONS AGAINST PHILIP MORRIS USA AND
<u>ALTRIA GROUP DUE TO SPOLIATION OF EVIDENCE</u>**

<u>LIST OF EXHIBITS</u>

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 1 | June 19, 2002 letter from Frederick to Hon. Gladys Kessler |
| 2 | Transcript, January 17, 2003 Status Hearing |
| 3 | Deposition of William P. Brandt, June 17, 2003, with deposition exhibits: |
|   |   - 8 -  2082456983C, 6983B, 6983, 6983A; 2082456989A, 6989 |
|   |   - 10 -  2082425165 |
| 4 | Deposition of Philip Morris Incorporated pursuant to Rule 30(b)(6) (designee Michael T. Wallmeyer), December 19-20, 2002 and deposition exhibits: |
|   |   - 17 -  Philip Morris Electronic Information and Communications Policy |
|   |   - 27 -  Disposal Suspension Notices, Domestic Master Listing |

| Exhibit No. | Description |
|---|---|
| - 28 - | Nov. 8, 1999 Mem. from Lynch to Distribution |
| - 30 - | 2074697971-7971A |
| - 31 - | 2048758747-8748 |
| - 33 - | 2067540183-0185 |
| - 39 - | June 19, 2002 email from PMUSA Desktop Distribution (2067540024-0025) |
| - 41 - | A Guide to Effective Information Management |
| 5 | Deposition of Helmut Reif, July 30, 2003 |
| 6 | Deposition of Geoffrey Bible, August 22, 2002 |
| 7 | December 16, 1997 letter from Bring to Bradley (2073952530) |
| 8 | Deposition of William Lynch, April 26, 2002 |
| 9 | Financial Policy Guide: Providing Email Services (2067540083-0085) |
| 10 | http://www.altria.com/about_altria/biography/01_02_01_04_Camilleri.asp (accessed November 7, 2003) |
| 11 | Deposition of Michael L. Watkins, Ph.D., May 9, 2002 |
| 12 | July 21, 2003 letter from Frederick to Eubanks and Brody |
| 13 | Deposition of Hector Alonso, June 21, 2002 |
| 14 | Deposition of Elizabeth Culley, June 20, 2002 |
| 15 | Deposition of Christina Hollis, February 15, 2002 |
| 16 | Deposition of Suzanne LeVan, June 25, 2002 |
| 17 | Deposition of Peter Lipowicz, July 18, 2002 |

| Exhibit No. | Description |
|---|---|
| 18 | Deposition of Nancy Lund, June 17, 2002 |
| 19 | Deposition of Ellen Merlo, June 11, 2002 |
| 20 | Deposition of Ellen Merlo, June 12, 2002 |
| 21 | Deposition of Ellen Merlo, June 26, 2003 |
| 22 | Deposition of Mike Pfeil, April 10, 2002 |
| 23 | Deposition of Steve Sampson, April 12, 2002 |
| 24 | Joint Defendants' Initial List of Fact Witnesses, December 3, 2001 |
| 25 | Deposition of Shari Teitelbaum, April 16, 2002 |
| 26 | July 17, 2002 letter from Frederick to Brooker and Goldfarb |
| 27 | September 11, 2003 letter from Frederick to Brody and Goldfarb |
| 28 | September 16, 2003 letter from Schwarzschild to Brooker |
| 29 | September 4, 2002 letter from Cecil to Brody |
| 30 | PM3101600024 |
| 31 | PM3100900159 |
| 32 | 2082787879-7882 |
| 33 | 2075067209-7244 |
| 34 | 2081699897-9898 |
| 35 | 2081700166-0166A |
| 36 | 2085129568-9570 |
| 37 | 2080993271 |

| Exhibit No. | Description |
|---|---|
| 38* | 2714401547-1548 |
| 39* | 2702000001-0002 |
| 40 | 2085200617 |
| 41* | 2085786959A-6960 |
| 42 | 2085799973-9979 |
| 43 | 2085802441B; 2085802439C |
| 44* | 2085149218 |
| 45 | Declaration of Leslie A. Braun |
| 46 | *United States v. Microsoft Corp.*, No CIV. A. 98-1232, 1998 WL 614485 (D.D.C. Sept. 14, 1998) |
| 47 | Substance Abuse and Mental Health Services Administration 2001 National Household Survey on Drug Abuse |
| 48 | Master Settlement Agreement, §§ III, XVIII(f) |
| 49 | Prudential 1996 Annual Report (selected pages) |
| 50 | Altria Group 2002 Annual Report (selected pages) |
| 51 | Spherion Invoice #5378104823 |
| 52 | Spherion Invoice #5378104825 |
| 53 | Halasz Reporting Invoice #03-GMH019 |
| 54 | Travel Voucher Summary No. CP000146 |
| 55 | Travel Voucher Summary No. JCO00152 |

* Exhibits 38, 39, 41 and 44 have been designated by Philip Morris as Confidential pursuant to Order #7 and are filed separately under seal.