# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 99-CV-02496 (GK) |
| ) | |
| PHILIP MORRIS USA INC., ) | Next scheduled appearance: |
| f/k/a PHILIP MORRIS INC., *et al.*, ) | December 22, 2003 |
| ) | |
| Defendants. ) | |

## UNITED STATES' MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST PHILIP MORRIS USA AND ALTRIA GROUP DUE TO SPOLIATION OF EVIDENCE

### NOTICE REGARDING EXHIBIT ATTACHMENTS

Exhibits to this Motion exceed 500 pages, are in paper form only, and are being maintained in this case file for this action in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday, except for Exhibits 38, 39, 41 and 44, which contain information that has been designated by Philip Morris as Confidential pursuant to Order #7 and are being filed under seal.

PETER D. KEISLER, Jr.
Assistant Attorney General

/s/ Sharon Y. Eubanks
SHARON Y. EUBANKS (DC Bar # 420147)
Director, Tobacco Litigation Team

/s/ Stephen D. Brody
STEPHEN D. BRODY (DC Bar # 459263)
Deputy Director, Tobacco Litigation Team

/s/ Robert P. Williams
ROBERT P. WILLIAMS (DC Bar # 474730)
Trial Attorney, Tobacco Litigation Team

United States Department of Justice
Post Office Box 14524
Ben Franklin Station
Washington, DC  20044-4524
(202) 616-4185

Attorneys for Plaintiff
November 25, 2003              United States of America

-2-