# CURRICULUM VITA
## J. Howard Beales, III

Department of Strategic Management
   and Public Policy
George Washington University
Washington, D.C. 20052

2709 N. Norwood St.
Arlington, VA 22207

| | | |
|---|---|---|
| Phones: | (202) 994-8260 | Born June 20, 1950 |
| | (703) 527-3245 | married, two children |
| FAX: | (703) 525-2755 | |
| | (202) 994-8113 | |

## EDUCATION AND ACADEMIC HONORS

The University of Chicago, Chicago, Illinois.  Ph.D. in Economics awarded June, 1978. Concentrated in Industrial Organization and Macroeconomic Theory.  Received fellowships from the Earhart Foundation and the Walgreen Foundation.

Georgetown University, Washington, D.C.  Awarded B.A. May, 1972.  Magna Cum Laude, Phi Beta Kappa.  Major in Economics.  Named the outstanding student in economics by vote of the department faculty; numerous awards for excellence in intercollegiate debate.

## WORK EXPERIENCE

**Associate Professor of Strategic Management and Public Policy, George Washington University,** August, 1988 - Present.  Teaching courses in applied microeconomics, managerial economics, and the relationship between business and government.  Research interests include law and economics, economic and legal aspects of marketing and advertising, the new drug approval process, and other aspects of government regulation of the economy.  Departmental nominee for the Oscar and Shoshana Tractenberg Prize for Faculty Scholarship, 1992.

**Chief, Human Resources and Housing Branch, Office of Information and Regulatory Affairs, Office of Management and Budget,** June, 1987 - July, 1988.  OIRA reviews all proposed and final regulations under Executive Order 12291 to assure that agencies only regulate based on adequate information that the benefits of regulation exceed the cost.  Under the Paperwork Reduction Act, agencies also need OIRA's approval for any activity that imposes information collection responsibilities on the private sector.  The Branch handled all transactions with the Departments of Labor, Health and Human Services, Housing and Urban Development, and Treasury, as well as the Office of Personnel Management, Equal Employment Opportunity Commission, and the Veterans Administration.  Major responsibilities included:

DEPOSITION
EXHIBIT
Beales  2
6-20-02   D.J.

J. Howard Beales, III                Curriculum Vita                          Page 2

*      Work with the Presidential Task Force on Regulatory Relief to develop proposals
       to accelerate the new drug approval process.

*      Review of proposed and final regulations from the **Food and Drug
       Administration**, including a proposed rule to permit health claims on food labels,
       a proposed rule to restrict use of sulfiting agents on certain foods, and various
       OTC drug monographs.

*      Review of paperwork and regulations from the **Occupational Safety and Health
       Administration**, including the hazard communication rule, the proposal to update
       exposure limits for some 400 substances, and rules concerning formaldehyde,
       benzene, and ethylene oxide.

*      Review of **Health Care Financing Administration** rules concerning quality
       standards for clinical laboratories, nursing home requirements, Medicare coverage
       policy, and Medicaid drug reimbursement policies.

**Associate Director for Policy and Evaluation, Bureau of Consumer Protection,
Federal Trade Commission**, August, 1983 -June, 1987.  The Division's multidisciplinary staff
actively participated in developing Commission policy regarding all aspects of consumer
protection, focusing on unfair or deceptive practices (such as deceptive advertising) and various
consumer credit statutes.  It reviewed proposed law enforcement matters from five other divisions
and ten regional offices to ensure consistency with policy objectives.  Accomplishments and
responsibilities included:

*      Received the Commission's **Award for Distinguished Service** in June, 1987, and
       **Senior Executive Service Awards** for outstanding management performance in
       1984 and 1986.

*      Policy development in a number of key areas, including the Commission's
       Deception and Advertising Substantiation Policy Statements and civil penalty
       assessments.

*      Evaluating staff recommendations for formal investigations, administrative or
       district court litigation, consent negotiations, and rulemaking, as well as reviewing
       existing rules and policies.

J. Howard Beales, III                    ·Curriculum Vita                    Page 3

* Supervised the Commission's program of commenting on regulatory matters before other federal and state agencies.

* Supervising the conduct of empirical studies of general policy issues, rulemaking proposals, and individual cases.

**Acting Deputy Director, Bureau of Consumer Protection, Federal Trade Commission,** October, 1985 - July, 1986.  Jointly with the acting Bureau Director, managed the Bureau's staff of 145 lawyers.  Primary responsibility for:

* Law enforcement activities involving consumer credit, marketing practices, and energy advertising.

* Rulemaking activities, including new rulemaking proposals and reviews of existing rules.

* Management of consumer protection activities in 10 FTC Regional Offices.

* Joint responsibility for allocating the Bureau's $12.5 million budget among various programs as a means of achieving objectives.

**Assistant to the Director, Bureau of Consumer Protection, Federal Trade Commission,** November, 1981 - August, 1983.  As the first Economist to work in this capacity, reviewed staff recommendations on cases and rules to ensure sound economic and legal reasoning and consistency with policy objectives.  Special projects and accomplishments included:

* Received the Commission's **Award for Excellence** for integrating economics into consumer protection law enforcement.

* Assisted in review of the definition of deceptive acts or practices, including proposed statutory definition and Commission Policy Statement.

* Primary responsibility for supervising review of the Commission's advertising substantiation doctrine.

* Assisted in developing evidentiary standards for review of Commission rulemakings, and applied the standards to rulemakings involving food advertising and creditors' contractual remedies.

May 1, 1998

J. Howard Beales, III                    Curriculum Vita                         Page 4

**Economist, Bureau of Economics, Federal Trade Commission,** September, 1977 - November, 1981. Served as expert consultant to the Commission's operating bureaus, and offered independent policy advice to the Commission. Specialized in consumer protection problems, particularly those involving the economics of information and advertising.

* The only staff economist involved in rulemakings on food advertising, over the counter drug advertising, and children's advertising.

* Wrote sections for policy review sessions on consumer information remedies and policy toward the media.

* Designed major empirical studies of lawyer advertising and the effects of state restrictions on generic drug substitution.

**1974 - 1976:** Part time teaching assistant in economics at the University of Chicago, Assistant Debate Coach at Northwestern University, and consultant in a private antitrust suit.

**April - September, 1973:** Economic Analyst, American Trucking Associations, Inc., Washington, D.C. Evaluated ATA position on deregulation of trucking.

## PUBLICATIONS

### Major Articles

"Licensing and Certification Systems," in The New Palgrave Dictionary of Economics and the Law, Peter Newman, ed. (Forthcoming).

"Marketing Pharmaceuticals: New Uses for Old Drugs," in Robert Helms, Ed., Competitive Strategies in the Pharmaceutical Industry, Washington: American Enterprise Institute Press, 1996, pp. 281-305.

"Assessments of Pharmaceutical Advertisements: A Critical Analysis of the Criticism," with William C. MacLeod, Food and Drug Law Journal, 1995, Vol. 50, No. 3, pp. 415-449.

"Regulatory Consistency and Common Sense: FTC Policy Toward Food Advertising Under Revised Labeling Regulations," Journal of Public Policy and Marketing, Spring, 1995, Vol. 14, No. 1, pp. 154-163.

"The Foundations of Franchise Regulation: Issues and Evidence," with Timothy J. Muris, *Journal of Corporate Finance: Contracting, Organization, and Governance*, 1995, Vol. 2, pp. 157-197.

"Economic Analysis and the Regulation of Pharmaceutical Advertising," *Seton Hall Law Review*, 1994, vol. 24, No. 3, pp. 1370-1398.

"State and Federal Regulation of National Advertising," with Timothy J. Muris (Washington: American Enterprise Institute, 1993).

"What State Regulators Should Learn from Federal Experience in Regulating Advertising," *Journal of Public Policy & Marketing*, Spring, 1991, Vol. 10, No. 1, pp. 101-117.

"Information, Competition, and Health: Regulatory Standards for Health Messages," with Timothy J. Muris, in *America's Foods Health Messages and Claims: Scientific, Regulatory and Legal Issues*, J.E. Tillotson, ed. (CRC Press, 1993).

"The Efficient Regulation of Consumer Information," with S. Salop and R. Craswell, *Journal of Law and Economics*, December, 1981, pp. 481-539.

"A Framework for Evaluating Consumer Protection Regulation," with R. Staelin, M. Mazis, and S. Salop, *Journal of Marketing*, Winter, 1981, pp. 11-21.

"Consumer Search and Public Policy," with R. Staelin, M. Mazis, and S. Salop, *Journal of Consumer Research*, June, 1981, pp. 11-22.

"Information Remedies for Consumer Protection," with S. Salop and R. Craswell, *American Economic Review*, May, 1981, pp. 410-413.

"Benefits and Costs of Label Information Programs," *Banbury Report 6: Product Labeling and Health Risks*, 1980, pp. 243-60.

"Selling Consumer Information," with S. Salop, *Advances in Consumer Research*, J. Olson, ed., Vol. VII, Association for Consumer Research, 1980, pp. 238-40.

"The Economics of Regulating the Professions," in *Regulating the Professions*, R. Blair and S. Rubin, eds., Lexington Books, 1980, pp. 125-142.

J. Howard Beales, III                   Curriculum Vita                        Page 6

"Advertising and the Determinants of Teenage Cigarette Consumption."

"The Health Consequences of Decisions About Drugs."

Other Publications

"Advertising is Less Powerful but More Important than Critics Believe," Book Review of Fear of Persuasion:  A New Perspective on Advertising and Regulation, by John E. Calfee, in Commercial Speech Digest, Spring 1998, pp. 6-7.

"On the Eighth Day," Book review of Policy Controversy in Biotechnology:  An Insider's View, by Henry I Miller, M.D., in Regulation, Winter 1997, pp. 50-51.

"Is there and FDA in your Future?"  Medical Marketing and Media, June, 1995, Vol. 30, No. 6, pp. 34-47.  (Roundtable discussion).

"Teenage Smoking:  Fact and Fiction," The American Enterprise, March/April, 1994, p. 20.

Book Review of Richard T. Kaplar, ed., Bad Prescription for the First Amendment, in Journal of Public Policy and Marketing, Vol. 12, pp. 288-289, Fall, 1993.

"Congressional Confusion on Labeling and Advertising Could Deny Consumer Information and Free Speech," with Timothy J. Muris, Washington Legal Foundation Legal Opinion Letter, 1991.

"The Limits of Unfairness Under the Federal Trade Commission Act," with T. Muris (Association of National Advertisers, 1991).

"The Federal Trade Commission in the 1980s," in Marketing and Advertising Regulation: The Federal Trade Commission in the 1990s, P. Murphy and W. Wilkie  eds., University of Notre Dame, 1990, pp. 154-163.

"Dying For Drugs," Regulation:  AEI Journal on Government and Society, December, 1988, pp. 9-11 (unsigned contributed editorial).

May 1, 1998

Case 1:99-cv-02496-PLF-MAU   Document 3165-3   Filed 05/04/04   Page 7 of 10

"Agency Focuses on the Most Harmful [food advertising] Claims," Los Angeles Times, October 27, 1986, p. V3.

"Comment" (on two advertising substantiation papers), in Empirical Approaches to Consumer Protection Economics, P. Ippolito and D. Scheffman, eds., Federal Trade Commission, March, 1986.

"Advertising Substantiation Program," with C. Guerard, E. Popper, D. Cheek, P. Skidmore, Report to the Federal Trade Commission, 1984.

Lectures and Presentations

Testimony on teenage smoking before the Subcommittee on Health and Environment, Committee on Commerce, U.S. House of Representatives, December 9, 1997.

"Off Label Uses of Prescription Drugs," Conference on Marketing and Public Policy, sponsored by American Marketing Association, May 17-18, 1996, Washington, D.C.

Discussant at Conference on Marketing and Public Policy, sponsored by American Marketing Association, May 19-20, 1995, Atlanta, Ga.

"What Happens After Approval?  Regulatory Policy and the Flow of Information," American Enterprise Institute Conference on Reforming the Food and Drug Administration: The Pharmaceutical Approval Process," March 10, 1995, Washington, D.C.

"State Regulation of Franchise Contracts," with Timothy J. Muris, George Maxon University School of Law Faculty Workshop Series, November, 1994.

"Regulating the Franchise Relationship:  Issues and Evidence," with Timothy J. Muris, Conference on Franchise Contracting, Organization, and Regulation, Michigan Business School, May 26-27, 1994.

Discussant at Conference on Marketing and Public Policy, sponsored by American Marketing Association, May 13-14, 1994, Washington, D.C.

"The Impact of Information in the Marketplace:  Promoting New Uses for Old Drugs," Southern Economic Association, New Orleans, La., November 21-23, 1993.

May 1, 1998

"Regulating Pharmaceutical Advertising," Symposium, The Pharmaceutical Industry: Surviving Reform, Regulation, and Litigation," Seton Hall University School of Law, Newark, N. J., November 16, 1993.

Discussant at Conference on Marketing and Public Policy, sponsored by American Marketing Association, May 17-18, 1992, Washington, D.C.

"Marketing Pharmaceuticals: New Uses for Old Drugs," Conference on Competitive Strategies in the Pharmaceutical Industry, American Enterprise Institute, Washington, Oct. 27-28, 1993.

"Civil Penalties and Organizational Sanctions," Lecture at the Commodity Futures Trading Commission, Washington, D.C., January 30, 1992.

"The Economics of Information," Lecture at the Commodity Futures Trading Commission, Washington, D.C., October 14, 1991.

"Economic Analysis and the Regulatory Process," American Society of Association Executives, Washington, D.C., November 18, 1990.

Participant in Foresight Seminars on Pharmaceutical Research, Economic Issues in Genetic Screening, Washington, D.C., September, 1988.

Discussant at the Association for Consumer Research, Boston, Mass., October, 1987.

Food and Drug Law Institute, Seminar on Health Claims for Foods, Washington, D.C., September, 1987.

American Marketing Association Doctoral Consortium, Duke University, August, 1985.

Georgetown University Law Center for Continuing Legal Education, February, 1985.

Practicing Law Institute, Washington, December, 1984.

Unpublished Papers

"Regulating the Franchise Relationship: Issues and Evidence," with Timothy J. Muris, (1994).

May 1, 1998

J. Howard Beales, III                    Curriculum Vita                    Page 9

"The Determinants of Teenage Smoking Behavior," Working Paper 96-34, School of Business and Public Management, The George Washington University (1996).

"Marketing Information and Pharmaceuticals: New Uses for Old Drugs," Working Paper No. 2, Department of Strategic Management and Public Policy, The George Washington University (1993).

"Advertising and the Determinants of Teenage Smoking Behavior," Working Paper No. 1, Department of Strategic Management and Public Policy, The George Washington University (1993).

"Television Program Quality and Restrictions on the Number of Commercials," presented at the Eighth Annual Conference on Telecommunications Policy Research, April, 1980 (Bureau of Economics Working Paper Number 30, June, 1980).

"Disseminating Defect Information," with E. Golding, October, 1980.

"Economic Effects of Standards and Disclosures," February, 1979.

"An Analysis of Exposure to Non-Network Television Advertising," Testimony submitted to the FTC, Hearings on Children's Advertising Rulemaking, November, 1978.

"The Gains and Losses from Industrial Concentration Revisited," July, 1978.

"The Distribution of Advertising Within an Industry," Ph.D. Dissertation, The University of Chicago, June, 1978.

"A Simple Model of Industry Adjustment to a Cost Saving Innovation," February, 1978.

Other Professional Activities

Ad Hoc referee for the Journal of Public Policy and Marketing.

Reviewer for papers for American Marketing Association's Marketing and Public Policy Conference, 1992-1996.

May 1, 1998

J. Howard Beales, III                    Curriculum Vita                    Page 10

Referee for Bureau of Economics Staff Report on comparative price advertising.

Textbook Reviewer for McGraw Hill.

Recent Consulting Activities

Bicycle Manufacturers' of America Association, Analysis of survey data on meaning of "Made in USA" claims, and presentation to FTC on appropriate regualtory policy.

Eggland's Best Eggs, Analysis of issues related to FTC advertising investigation.

Ford Motor Co., Expert testimony regarding impact of state restrictions on franchised heavy truck dealers.

Interactive Information Services Council, Prepare analysis of FTC Rule regarding 900 numbers.

Promotional Marketing Association, Analysis of proposed FTC rule governing telemarketing activities.

R.J. Reynolds: Analysis of issues related to FDA regulation of tobacco marketing and FTC investigation of Joe Camel.

SmithKline Beecham, Expert witness in Lanham Act litigation on effects of advertising in the marketplace.

Tobacco Institute: Analysis of studies of relationship between cigarette advertising and consumption.

Trans Union Corporation: Expert witness in FTC proceeding under the Fair Credit Reporting Act.

Weight Watchers International, Prepare affidavit regarding relationship between FTC rulemaking and case by case adjudication.

May 1, 1998