Even if both parents smoke, the effect is only significant in the California sample.[44] Apparently parents are less influential in smoking decisions that other adults who may be in the household. Indeed, the absence of a parent a is more significant factor increasing the likelihood of smoking than is the presence of a smoking parent. In both samples, teens from households with one parent absent are significantly more likely to smoke. Teens in households with no adult are less likely to be smokers in California, but more likely to be smokers in the national sample,[47] a difference that may stem from the different definitions employed in the two samples.[48]

The influence of family income is positive in both samples but only significant in the California sample.[49] Apparently smoking is a normal good, at least for teenagers.[50] In both

---

[46]The results are given below.

|  | National Sample | | California Sample | | |
|---|---|---|---|---|---|
|  | Coefficient | $\chi^2$ | Coefficient | $\chi^2$ | d.f. |
| MOMINSMK+ADLTSMK | 0.0945 | 2.62 | 0.1817 | 3.78 | 2 |
| DADINSMK+ADLTSMK | 0.0921 | 2.37 | 0.1899 | 4.25 | 2 |
| MOM+DAD+2*ADLTSMK | 0.1866 | 6.78 | 0.3716 | 10.83* | 3 |

*Significant at .05

[47]In the weighted national sample, NODAD and NOADULT are not significant at .10.

[48]See note 27 supra.

[49]This may be due to the fact that the national sample groups all incomes over $50,000 into one category, which accounts for 21 percent of the observations with income data. Although the California survey used fewer categories, the open-ended top category uses a higher income (over $75,000), and accounts for 16.8% of the sample. Thus, there may be more noise in the national income data.

FTCDOCS-0285-0840
FTCDOCS-0285-0840

samples smoking is less likely for nonwhites than for whites (NONWHITE), more likely for

teens who are not in school (NOSCHOOL), and more likely the more often teens go out for fun

and recreation (WKGOOUT). Other things equal, hispanic boys are more likely to smoke in

the California sample, but less likely to smoke in the national sample (BHISPNC).[51] Not

surprisingly, hispanic boys account for a substantially larger fraction of the California sample

(13.2%) than the national sample (4.7%).

Although the ordered logistic model is a compact way to describe changes in smoking

behavior, it constrains the effects of the independent variables to be the same regardless of the

level of smoking involved. For example, each additional year of age is constrained to have the

same effect in moving a teen from nonsmoking to having tried a cigarette, and in moving a teen

from smoking in the past 30 days to daily smoking. The assumption that all variables have the

same effect, however, is not consistent with the data. The model was therefore reestimated

using three different dichotomous independent variables based on different definitions of

smoking. Although this formulation allows different effects of independent variables in crossing

different thresholds, it ignores differences in smoking intensity among those above or below the

particular threshold. In the current smoker equation, for example, the model ignores differences

---

[50](...continued)

[50]Teens were also asked how much money they had to spend on themselves each week. This income variable was never significant in the California sample. In the national sample, it was positive and significant at .05 with ever smoked or daily smoking as the dependent variable, but not with current smoking as the dependent variable.

[51]Part of the difference in the estimates for hispanic boys is due to a difference in the way the two surveys treated race. The California survey allowed the choice of "hispanic" as a race. The net effect on the likelihood of smoking for hispanic boys who listed their race as hispanic is thus the sum of the nonwhite and the BHISPNC coefficients, which is -.0050.

FTCDOCS-0285-0841
FTCDOCS-0285-0841

Case 1:99-cv-02496-PLF-MAU Document 3165-6 Filed 05/04/04 Page 3 of 27

between teens who have never smoked and experimenters, since both groups are not current smokers. Similarly, it ignores differences between social and daily smokers, since both groups are current smokers. The estimates of the dichotomous models for the national sample are presented in Table 4.[52]

All three perceived risk variables (HARMCIG, SMOKYR, and SMKDCAN) have the expected signs and are highly significant in the ever smoked and current smoker equations, but not in explaining daily smoking. Indeed, teens who think that smoking is dangerous but they can quit any time they want are less likely to be daily smokers, but more likely to have tried a cigarette and more likely to be current smokers.[53] The most likely explanation for this result is that in explaining daily smokers, where experimenters and social smokers are classified as nonsmokers, the variable is effectively picking up the difference between daily smokers and other-smokers.[54]

The results suggest that risk perceptions are more important in decisions to try a cigarette and in decisions to smoke moderately than in decisions about more intense smoking. In part, this may be due to the limitations of the variables. The risk perception that should most affect

---

[52]The same analysis was also conducted in the California sample. Differences between the California and national samples are noted in the following footnotes where relevant. The detailed California results are not reported, but are available on request.

[53]In the California sample, HARMCIG remains negative and significant in the daily smoker equation. SMOKYR is also negative in the daily smoker equation, but not significant at 10 percent.

[54]SMKDCAN is one for 11% of teens who have never smoked and for 11% of the daily smokers. It is one for 16% of experimenters, and 41% of social smokers.

| Table 4 DIFFERENT DEPENDENT VARIABLES IN THE NATIONAL SAMPLE | | | | | |
|---|---|---|---|---|---|
| | Ever Smoked | | Current Smoker | | Daily Smoker | |
| Variable | Coefficient | Probability | Coefficient | Probability | Coefficient | Probability |
| INTERCPT | -5.6655 | 0.0001 | -6.6892 | 0.0001 | -11.4379 | 0.0001 |
| FUNRISK | 0.3197 | 0.0001 | 0.1356 | 0.0024 | -0.0346 | 0.6200 |
| BORED | 0.1765 | 0.1235 | 0.3893 | 0.0033 | 0.6460 | 0.0002 |
| RELAX | 0.3802 | 0.0001 | 0.5576 | 0.0001 | 0.4427 | 0.0034 |
| SOCIAL | 0.1477 | 0.0135 | 0.0969 | 0.2589 | -0.1209 | 0.3598 |
| STRESS | 0.1231 | 0.1334 | 0.6395 | 0.0001 | 0.7880 | 0.0001 |
| HARMCIG | -0.5210 | 0.0001 | -0.5164 | 0.0001 | -0.0056 | 0.9665 |
| SMKDCAN | 0.7598 | 0.0001 | 1.3726 | 0.0001 | -0.9796 | 0.0001 |
| SMOKYR | 0.8013 | 0.0001 | 1.0661 | 0.0001 | 0.3046 | 0.0788 |
| AGESMOKH | 0.2050 | 0.0001 | 0.2181 | 0.0001 | 0.2742 | 0.0036 |
| BSMESEXS | 0.1851 | 0.2570 | 0.6260 | 0.0001 | 0.4568 | 0.0100 |
| BSSNOFRD | 1.1713 | 0.2709 | 1.9210 | 0.0803 | 3.0544 | 0.0084 |
| OPPSEXS | 0.2487 | 0.0343 | 0.7230 | 0.0001 | 1.1801 | 0.0001 |
| SAMESEXS | 1.5574 | 0.0001 | 2.1587 | 0.0001 | 2.4241 | 0.0001 |
| STEDYSMK | 0.9095 | 0.0001 | 0.9004 | 0.0001 | 1.0300 | 0.0001 |
| ADLTSMK | 0.1765 | 0.1635 | 0.1866 | 0.2413 | 0.4666 | 0.0271 |
| DADINSMK | -0.0701 | 0.6206 | -0.2349 | 0.2005 | -0.2405 | 0.3358 |
| MOMINSMK | -0.1407 | 0.3255 | -0.1403 | 0.4434 | 0.1105 | 0.6541 |
| NOADULT | 1.1688 | 0.0312 | 0.5686 | 0.2844 | 0.3301 | 0.6232 |
| NODAD | 0.1113 | 0.1565 | 0.2358 | 0.0335 | 0.3340 | 0.0467 |
| NOMOM | 0.1757 | 0.1849 | 0.2972 | 0.0922 | 0.5479 | 0.0352 |
| OSIBOPP | 0.2985 | 0.0299 | 0.4979 | 0.0025 | 0.4246 | 0.0627 |
| OSIBSAME | 0.7108 | 0.0001 | 0.9078 | 0.0001 | 1.0394 | 0.0001 |
| AGE | 0.2071 | 0.0001 | 0.1336 | 0.0001 | 0.2942 | 0.0001 |
| BHISPNC | -0.3009 | 0.0227 | -0.5500 | 0.0087 | -1.3631 | 0.0018 |
| FMLYINC2 | 0.0021 | 0.1412 | 0.0027 | 0.1800 | 0.0026 | 0.4234 |
| NOINC | 0.0863 | 0.3860 | 0.0418 | 0.7762 | 0.0712 | 0.7443 |
| NONWHITE | -0.8493 | 0.0001 | -0.8040 | 0.0001 | -0.7715 | 0.0018 |
| NOSCHOOL | 0.1459 | 0.2392 | 0.4140 | 0.0024 | 1.0758 | 0.0001 |
| WKGOOUT | 0.0913 | 0.0001 | 0.0868 | 0.0004 | 0.1061 | 0.0018 |
| McFadden's R Squared | 0.2976 | | 0.4549 | | 0.5323 | |

FTCDOCS-0285-0843
FTCDOCS-0285-0843

the choice between occasional and daily smoking is the increase in risk due to increases in the dose. Smokers who think that risk does not increase with the quantity consumed beyond some level would be unaffected by perceived risk once their consumption reached that threshold. The available measures, harm from an occasional cigarette and safe to smoke a year or two, are better proxies for the existence of risk than for the extent to which it is dose related. Given willingness to incur the risk initially, decisions about intensity depend more on perceived benefits.

Similarly, attitudes toward risk (FUNRISK) are most important in the decision to smoke the first cigarette. The coefficient when EVER smoked is the dependent variable is considerably larger than when current smokers are the dependent variable. Moreover, attitudes toward risk are insignificant in explaining daily smoking.[35]

The effect of measures of the perceived benefits of smoking also differs across the different levels of smoking intensity. BORED and STRESS are not significant in explaining ever smokers, but are significant in the other equations.[36] Moreover, the coefficients increase at higher levels of smoking intensity. RELAX is significant in all three equations, but the coefficient is largest in explaining current smoking. SOCIAL is positive and significant in the

---

[35]In the California sample, attitudes toward risk are also insignificant in the current smoker equation.

[36]In the weighted estimates, BORED is just short of significant at 5 percent (p = .0529), and STRESS is significant at .09.

ever smoked equation, but insignificant with the other dependent variables.[57]   The results suggest that boredom and relaxation are more important factors in explaining continued smoking or higher levels of smoking than in the decision to try smoking initially.

The peer pressure variables are significant in all three equations.  The pattern of sharply increasing coefficients on the variables reflecting the behavior of close friends at higher levels of smoking intensity suggest that the influence of peers is relatively greater in explaining more regular smoking than in explaining trial.  This pattern is more consistent with the interdependent utility interpretation of the effects of peers than it is with enhanced availability, though it does not rule out the availability explanation.  Moreover, the greater sensitivity of boys to the behavior of close friends of the same sex (BSMESEXS) is only significant in the current and daily smoker equations.[58]

There is somewhat less consistency in the performance of the family measures across the different equations.  The number of adults in the household who smoke (ADLTSMK) is only significant in the daily smoker equation.  As noted above, the weaker performance of this variable in the national sample may stem from the lack of information on household size. Consistent with this explanation, in the California results, the household size variable is only

---

[57]In California, RELAX is not significant in the daily smoker equation.  SOCIAL is negative in all three equations, and significant except in the current smoker equations.  STRESS remains significant in explaining ever smoking.

[58]The only apparent difference in the California sample is that the increase in the coefficient of SAMESEXS at higher levels of smoking intensity is not as pronounced.  In particular, there is very little difference in the coefficient between the current smoker and daily smoker equations.

significant in the ever smoked equation; it is significant at .15 in the current smoker equation. The influence of older siblings of the same sex closely parallels the influence of best friends of the same sex, although the coefficients are smaller. Older siblings of the opposite sex fall just short of significance in the daily smoking equation. As in the combined model, the dummy variables for a parent in the household who smokes are generally negative but not significant.[59] The greater tendency of teens to smoke if one parent is not in the household is primarily significant in the current smoker and daily smoker equations.[60] This is the reverse of the California pattern, where these variables are only significant in the ever smoked equation.

Differences in the factors influencing decisions about different levels of smoking are also apparent in Table 5, which examines the calculated probability of smoking at different levels for combinations of variables, based on the models in Table 4. The risk utility variables, measuring perceived risks and benefits, are alone enough to lead a teen to try cigarettes if we adopt the convention that trial results when the calculated probability exceeds 50 percent.[61] They are not enough to induce current use, however, and they make a relatively small contribution to the likelihood of daily smoking. The peer variables tell a similar story. Associating with smokers

---

[59]In the California sample, older opposite sex siblings are significant at .06 in the ever smoked equation, and insignificant otherwise. The dummy variables for mother or father in the household who smokes are only significant in the current smoker equation, and the coefficient for DADINSMK is positive (but insignificant) in the daily smoker equation.

[60]In the weighted results, the NODAD variable is insignificant in the current and daily smoker equations. NOMOM, however, is significant in all three equations.

[61]The California results, consistent with the lesser importance of the risk utility variables, differ somewhat. The calculated probabilities from the risk utility variables alone are 28.51% (Ever smoked), 8.98% (current smoker), and 0.11% (daily smoker). The peer and family variables are very similar to the national sample.

FTCDOCS-0285-0846
FTCDOCS-0285-0846

| Table 5 EFFECTS OF VARIABLE COMBINATIONS ON PROBABILITY OF DIFFERENT LEVELS OF SMOKING National Sample | | | |
|---|---|---|---|
| | Smoking Level | | |
| | Ever Smoked | Current Smoker | Daily Smoker |
| Sample Mean | 34.13% | 15.34% | 5.82% |
| Dichotomous Model Predictions | | | |
| At means of all variables | 29.84% | 5.74% | 0.63% |
| BASE: All antismoking answers | 10.65% | 0.99% | 0.12% |
| | | | |
| Combinations of Variables | | | |
| Risk Utility Variables | 58.48% | 23.03% | 0.91% |
| Peer Variables | 76.92% | 45.72% | 21.94% |
| Family Variables | 27.37% | 3.90% | 1.14% |
| | | | |
| Ordered Logistic Model Predictions | | | |
| At means of all variables | 31.25% | 7.40% | 1.34% |
| BASE: All antismoking answers | 9.71% | 1.85% | 0.32% |
| | | | |
| Combinations of Variables | | | |
| Risk Utility Variables | 60.09% | 20.92% | 4.29% |
| Peer Variables | 84.23% | 48.41% | 13.72% |
| Family Variables | 30.90% | 7.28% | 1.31% |

FTCDOCS-0285-0847
FTCDOCS-0285-0847

is enough to induce trial, but at least for the average age teenage girl, is not enough to lead to
current smoking.[62]   Particularly for daily smoking, something else is needed to raise the
likelihood over half.  The experience gained from trial would appear to reduce the likelihood
of more intensive smoking rather than increase it, given the perceived risks and benefits of
smoking.[63]


     To facilitate comparisons between the dichotomous and ordered logistic models, Table
5 also includes the calculated probabilities of different levels of smoking intensity based on the
ordered logistic model.  Whether evaluated at the sample means or in the base antismoking case,
the ordered logistic model predicts somewhat higher levels of current and daily smoking than
the dichotomous models.  Except for daily smoking, the same picture of the relative importance
of the groups of variables emerges from the ordered logistic model.   In predicting daily
smoking, however, the ordered model assigns considerably greater significance to the risk and
utility variables, and somewhat less significance to the peer variables.  Although the differences
may result from the ordered model's requirement that the effects of the independent variables
are the same regardless of the level of smoking intensity, they may also stem from the fact that
the dichotomous model ignores the differences between social smokers and nonsmokers.

---

[62]For boys, the greater sensitivity to peers of the same sex leads to a calculated probability
of smoking of 61 % for the set of peer variables.

[63]This is also consistent with evidence from the California adult survey.  Among those 18
and over who had ever smoked a cigarette, a majority at every age except 19 were not current
smokers.  Among 25 to 29 year old adults who have ever smoked a cigarette, 47% had never
been regular smokers.  61% were not smokers at the time of the survey.

FTCDOCS-0285-0848
FTCDOCS-0285-0848

## B.  The Influence of Advertising

Much controversy about teenage smoking, and much of the policy dispute, has revolved around the influence of advertising.  Examining the effect of adding advertising measures to the model discussed in the previous section is therefore of considerable interest.  The results of adding measures of industry advertising per household to the California models based on different dependent variables are presented in Table 6.  Three different advertising durations were explored:  advertising over the previous three, six and twelve months.[44]  Coefficients of the other variables in the model are essentially unchanged, and are not reported.

For each of the four dependent variables, none of the advertising measures even approach significance.  Indeed, of the twelve advertising coefficients, seven are negative.  The Akaike Information Criterion indicates that the advertising measures do not belong in the model, although the differences in fit are slight.[45]

---

[44] Models were also estimated including three separate variables for industry advertising in the previous three months, in months 3 through, 6 and in months 6 through 12.  None of these variables were significant, and the models fit better without advertising included.

[45] Weighted results are very similar.  Four of the twelve coefficients are negative.  The best significance level for any individual coefficient is .25, when the previous year's advertising is used with EVER smoked as the dependent variable.

FTCDOCS-0285-0849
FTCDOCS-0285-0849

Table 6
EFFECTS OF INDUSTRY ADVERTISING
Coefficient and Probability
Unweighted
Industry Advertising per Household
in previous:

| | 3 months | 6 months | 12 months | AIC | R2 |
|---|---|---|---|---|---|
| **SMOKING Dependent** | | | | | |
| No ads | | | | 6255.736 | 0.2487 |
| | -0.0486 | | | 6257.47 | 0.2487 |
| | 0.60 | | | | |
| | | -0.0214 | | 6257.596 | 0.2487 |
| | | 0.71 | | | |
| | | | 0.0112 | 6257.645 | 0.2487 |
| | | | 0.76 | | |
| **EVER SMOKED Dependent** | | | | | |
| No Ads | | | | 4289.845 | 0.2772 |
| | -0.1039 | | | 4290.794 | 0.2774 |
| | 0.31 | | | | |
| | | -0.0535 | | 4291.088 | 0.2773 |
| | | 0.38 | | | |
| | | | -0.0028 | 4291.84 | 0.2772 |
| | | | 0.94 | | |
| **CURRENT SMOKER Dependent** | | | | | |
| No ads | | | | 2063.866 | 0.3875 |
| | 0.0381 | | | 2065.806 | 0.3875 |
| | 0.81 | | | | |
| | | 0.0657 | | 2065.376 | 0.3877 |
| | | 0.48 | | | |
| | | | 0.0670 | 2064.701 | 0.3879 |
| | | | 0.28 | | |
| **DAILY SMOKER Dependent** | | | | | |
| No ads | | | | 627.118 | 0.5496 |
| | -0.0038 | | | 629.118 | 0.5496 |
| | 0.99 | | | | |
| | | -0.0698 | | 628.97 | 0.5497 |
| | | 0.70 | | | |
| | | | 0.0017 | 629.118 | 0.5496 |
| | | | 0.99 | | |

FTCDOCS-0285-0850
FTCDOCS-0285-0850

Of course, not all cigarette advertising is likely to be equally attractive to teenagers. Advertising for brands that teens buy may be more closely related to teenage smoking decisions than is advertising in general. This possibility is examined in Table 7, which reports the results of including separate measures of advertising per household for Camel and Marlboro, the leading brands among California teens.[66]

Again, the brand advertising expenditure variables provide no evidence that advertising has an effect on teenage smoking decisions. None of the brand advertising coefficients are significant by conventional standards, and the goodness of fit measures consistently indicate that the variables do not belong in the model. Moreover, the brand advertising variables consistently have opposite signs. Although the two variables are correlated ($r = .406$), the estimated sum of the coefficients is no more precise.[67] The chi-square test statistic for the sum of the coefficients never reaches 1.00. Like the individual coefficients, the estimated sum is also frequently negative. The strongest case for an effect of advertising on smoking decisions comes from the model with EVER smoked as the dependent variable. The individual brand advertising coefficients approach significance, but only Camel advertising has a positive effect. Moreover, the sum of the coefficients is negative (-.0619), and indistinguishable from zero (chi squared = .0287).

---

[66]Advertising expenditures are measured over the previous six months. This duration consistently fit the data slightly better than three month or twelve month measures.

[67]Although Marlboro is substantially more heavily advertised than Camel (or any other brand) on a national basis, that is not true in this sample. Mean Camel advertising was 47 cents per household; mean Marlboro advertising was 52 cents.

FTCDOCS-0285-0851
FTCDOCS-0285-0851

Table 7
## BRAND ADVERTISING COEFFICIENTS
### UNWEIGHTED
Coefficient and Probability

| Ad Dollars | | Advertising Identification | | | | | |
| | | Camel | | Marlboro | | | |
| Camel | Marlboro | Right | Wrong | Right | Wrong | AIC | R2 |
|---|---|---|---|---|---|---|---|
| **SMOKING Dependent** | | | | | | | |
| No Ads | | | | | | 6255.736 | 0.2487 |
| 0.272 | -0.2239 | | | | | 6258.805 | 0.2488 |
| 0.37 | 0.49 | | | | | | |
| 0.0453 | -0.0183 | -0.0894 | -0.017 | 0.1689 | 0.3783 | 6251.280 | 0.2507 |
| 0.91 | 0.96 | 0.57 | 0.88 | 0.09 | 0.00 | | |
| | | -0.0845 | -0.0196 | 0.1665 | 0.3837 | 6247.295 | 0.2507 |
| | | 0.57 | 0.86 | 0.08 | 0.00 | | |
| **EVER SMOKED Dependent** | | | | | | | |
| No Ads | | | | | | 4289.845 | 0.2772 |
| 0.4522 | -0.5141 | | | | | 4290.905 | 0.2777 |
| 0.16 | 0.14 | | | | | | |
| 0.1796 | -0.2622 | 0.00684 | -0.0364 | 0.1818 | 0.3666 | 4287.098 | 0.2797 |
| 0.67 | 0.54 | 0.97 | 0.77 | 0.08 | 0.01 | | |
| | | 0.0427 | -0.0499 | 0.1685 | 0.4029 | 4283.481 | 0.2797 |
| | | 0.78 | 0.68 | 0.10 | 0.00 | | |
| **CURRENT SMOKER Dependent** | | | | | | | |
| No Ads | | | | | | 2063.866 | 0.3875 |
| -0.0314 | 0.5792 | | | | | 2066.582 | 0.3879 |
| 0.95 | 0.29 | - | | | | | |
| -0.3021 | 0.8166 | 0.0567 | 0.1429 | 0.1802 | 0.4015 | 2070.483 | 0.3892 |
| 0.65 | 0.22 | 0.89 | 0.46 | 0.28 | 0.08 | | |
| | | -0.0544 | 0.1677 | 0.2075 | 0.3091 | 2068.115 | 0.3887 |
| | | 0.83 | 0.37 | 0.20 | 0.12 | | |
| **DAILY SMOKER Dependent** | | | | | | | |
| No Ads | | | | | | 627.118 | 0.5496 |
| -0.7714 | 0.9462 | | | | | 630.145 | 0.5504 |
| 0.46 | 0.37 | | | | | | |
| -1.3711 | 0.9209 | -2.0904 | -0.2057 | -0.1905 | 0.4987 | 621.285 | 0.5638 |
| 0.31 | 0.49 | 0.00 | 0.58 | 0.56 | 0.24 | | |
| | | -2.2685 | -0.1331 | -0.1207 | 0.2808 | 618.345 | 0.5630 |
| | | 0.00 | 0.72 | 0.70 | 0.44 | | |

FTCDOCS-0285-0852
FTCDOCS-0285-0852

Before advertising expenditures can influence decisions, teens must see and recognize the messages. The inevitable errors in assigning individual teens to advertising expenditures (and, indeed, in assigning expenditures to a particular geographic region) may mean that expenditures are a relatively poor measure of the advertising teens actually see. The California survey question asking teens to identify the most advertised brand provides a way to examine this possibility. If advertising influences consumption decisions, teens who believe that one of the primary teenage brands is most heavily advertised should be more likely to be smokers. Unfortunately, however, causality may also run the other direction: teens who smoke may be more likely to name one of the brands that is most popular among teenage smokers as most advertised. The coefficients of the advertising identification variables are reported in Table 7.[68]

With SMOKING or EVER smoked as the dependent variable, adding the advertising identification variables substantially reduces the magnitude of the advertising expenditure coefficients as well as their significance. The dummy variables for teens naming Camel as the most advertised brand are often negative and insignificant except when DAILY smoking is the dependent variable. In that equation, however, the coefficient is significantly negative. Naming Marlboro as the most advertised brand is positively associated with smoking except when daily smoking is the dependent variable, and significant with SMOKING or EVER smoked as the dependent variable. Surprisingly, however, only for teens who name Marlboro as most advertised when in fact it is not is the relationship significant at 5 percent. When Marlboro is

---

[68]Although there are some changes in other coefficients, none of them affect the interpretation of any of the results described previously.

in fact most advertised, the coefficient is about half as large, and is only significant at the ten

percent level.[69] The pattern persists with CURRENT smoking as the dependent variable, but

neither coefficient is significant at 5 percent. With daily smoking as the dependent variable,

teens who reported Marlboro was most advertised when it was are less likely to be daily

smokers, but the coefficient is not significant. Models that include the identification variables

but not advertising expenditures best fit the data when smoking or ever smoked are dependent;

with daily or current smoking as the dependent variable, the best fitting models exclude all

advertising measures.[70]


Interpreting the coefficients on the identification variables is difficult. Introducing these

variables results in substantial changes in the advertising expenditure coefficients, which suggests

they may be measuring an advertising effect. On the other hand, the expenditure coefficients

are generally smaller than their standard errors, so their instability is not particularly surprising.

---

[69]Despite the differences in significance levels and magnitudes of the coefficients, however, we cannot reject the hypothesis that the coefficients are the same. With SMOKING as the dependent variable in the model excluding advertising expenditures, the chi square statistic is 3.86; with EVER smoked as the dependent variable it is 3.75 (both with two degrees of freedom).

[70]Some of the brand advertising and brand identification results change substantially when weighted models are estimated. In particular, with current smoking as the dependent variable, both brand advertising variables are significant at 5 percent. They still have opposite signs, however, and the sum of the coefficients is not significantly different from zero. Moreover, identifying Marlboro as the most advertised brand when in fact it is most advertised is also significant in the ordered logistic model. It is difficult to place much confidence in the weighted results, however. The effect of weighting is to reduce the weight given to teens who are smokers, particularly daily smokers. Moreover, the weighted results are driven by a single, high weight observation. The weighted results and their problems are discussed in detail in Appendix B.

Case 1:99-cv-02496-PLF-MAU    Document 3165-6    Filed 05/04/04    Page 16 of 27

Moreover. teens are not particularly accurate in reporting which brand is in fact most advertised.[71] Indeed, there appears to be no relationship between answers to the advertising questions and advertising expenditures. In chi-square tests for independence, we cannot reject the hypothesis that the brand named most advertised is independent of which brand is more advertised, whether three month, six month, or twelve month advertising is used. Even if we look separately at smokers and nonsmokers, there are no significant differences in responses within each group depending on which brand is most advertised.

There are, however, significant differences between smokers and nonsmokers. Teens who have smoked in the past 30 days are more likely to answer the question than those who have not (94.7% response vs. 86.6%), and they are more likely to name Marlboro as the most advertised brand (52.6% vs. 41.6%).

Separate logistic models were also estimated, with naming Marlboro as the dependent variable, and Marlboro advertising relative to Camel advertising in the previous six months as

---

[71]The distribution of answers for smokers, nonsmokers, and all teens combined is given below.

| | correct answers | | incorrect answers | | | |
| | Camel | Marlboro | Camel | Don't Marlboro | Know | Other |
|---|---|---|---|---|---|---|
| Current smokers | 7.3% | 35.7% | 19.5% | 17.0% | 5.3% | 15.2% |
| nonsmokers | 9.5% | 29.0% | 19.1% | 12.6% | 13.4% | 16.4% |
| Combined | 9.3% | 29.7% | 19.1% | 13.0% | 12.6% | 16.3% |

$\chi^2 = 39.80$

FTCDOCS-0285-0855
FTCDOCS-0285-0855

the independent variable. That model indicates there is no relationship between relative advertising and the likelihood of naming Marlboro; the chi-square statistic for the model as a whole was only .279. With naming Camel as the dependent variable, the model still insignificant (Chi-square = 2.3, p = .13), and the estimated coefficient on relative advertising is positive.[72]

These results are consistent with the notion that teens who smoke are simply reporting the most popular brand as the most advertised. The primary difference between smokers and nonsmokers is that smokers are more willing to answer the question. and. when they do. they name Marlboro. If the coefficients for teens who name Marlboro as the most advertised brand really reflect an effect of advertising, it is difficult to explain why the answers are unrelated to advertising expenditures. Moreover. there is no apparent reason why only Marlboro advertising would produce an effect. Reverse causality seems more consistent with the results.

The model includes possible channels for an indirect effect of advertising, if advertising expenditures influence teens' perceptions of the risks and benefits of smoking (BORED, RELAX, STRESS, SOCIAL, HARMCIG, SMOKYR, and SMKDCAN), or perceptions of how many of their acquaintances smoke (AGESMOKH), or their attitudes toward risk (FUNRISK). The simple correlations between six month industry advertising expenditures and the risk and utility measures are consistent with this possibility. The magnitude of the correlation, however,

---

[72]Other models also included AGE, NONWHITE, FMLYINC2, AGESMOKH and NOSCHOOL as independent variables. Although the models were significant, relative advertising over the previous 12 months was insignificant for Marlboro, but significant and of the expected sign for Camel.

FTCDOCS-0285-0856
FTCDOCS-0285-0856

is not particularly impressive; the largest correlation in absolute value is -.043 (with HARMCIG). The correlations with brand advertising expenditures are considerably smaller, and, for any given question, of opposite sign.[73]

More importantly, if there is an indirect influence of advertising on consumption decisions through perceived risk and utility, introducing advertising measures into the equation should result in changes in the coefficients of these nine variables. The coefficients, however, are quite stable. When industry advertising measures are introduced, no coefficient that was significant at 10 percent without the advertising variable changes by more than one percent.[74] Introducing brand advertising expenditures changes three coefficients (on three different variables in three different models) by more than one percent, but the largest change is an increase of less than 3%. In the weighted models, there is somewhat more change, particularly with daily smoking as the dependent variable. Adding 3-month or 6-month industry advertising increases the coefficients of HARMCIG and SMKDCAN by 2 to 3 percent; 12 month industry advertising reduces them 2 percent. Only one other coefficient (SMKDCAN with current smoking dependent and 12 month industry advertising) changes as much as 2 percent. With brand advertising added, only three coefficients change more than one percent (SOCIAL and BORED

---

[73]The exception is AGESMOKH, which measures perceived incidence of smoking among a teen's acquaintances. Both Camel and Marlboro advertising are associated with lower perceived incidence of smoking.

[74]Across the four models, there are 36 coefficient estimates, 29 of which are significant at 10% or better when the advertising measures are not included.

FTCDOCS-0285-0857
FTCDOCS-0285-0857

decline 2 percent; AGESMOKH increases 5 percent), all with daily smoking as the dependent

variable.


## V.  CONCLUSIONS


The data indicate that teenagers make rational decisions about smoking given their

preferences and the information they have.   Whether in the California sample or in the

independent national sample, teens' beliefs about the risks and benefits of smoking are significant

predictors of their decisions.   Teens who believe smoking is risky are less likely to have tried

a cigarette and less likely to smoke more intensively.   Similarly, teens who believe smoking

helps with stress, with boredom, or to relax are more likely to smoker.   Given their beliefs

about smoking, teens who find risky activities fun are more likely smoke, although the effect

may be more important for trial than for higher levels of smoking intensity.   Younger teens are

less likely to smoke at any level, a fact that suggests teens make conscious decisions about

smoking rather than respond to spur of the moment influences.


The most important variables determining teenage smoking behavior are those reflecting

the behavior of peers.   Teens are more likely to smoke if most of their acquaintances smoke,

and more likely to smoke the more of their best friends smoke.   Although best friends of both

sexes matter, friends of the same sex are consistently more influential, an effect that is greater

for boys than for girls.   The increase in the coefficients of the peer variables when higher levels

of smoking are the dependent variable suggests that the interdependent utility explanation for the

FTCDOCS-0285-0858
FTCDOCS-0285-0858

effect of peers is important. The fact that peer variables alone are sufficient to induce trial, but not regular smoking, indicates that the availability effect is present as well.

Family influences on teenage decisions about smoking are considerably weaker than beliefs about risk and utility or the behavior of non-family peers. Within the family, parents have relatively little effect; the behavior of other adults and of older siblings are more influential. Family may, however, be more important in determining daily smoking.

The data are consistent with the hypothesis that advertising expenditures have no influence on teenage decisions about smoking. They cannot, of course, prove that hypothesis. Certainly, however, the data provide no evidence to support the notion that advertising has an important or powerful effect on teenagers' decisions. The effects of total industry advertising are always insignificant and often negative, as are the combined effects of advertising expenditures for the two brands that account for the bulk of cigarette sales to California teens. Moreover, brand advertising variables consistently have opposite signs. Indeed, although Camel's advertising campaign has been heavily criticized as uniquely appealing to teens, half of the coefficients for its advertising reported in Table 7 are negative. The hypothesis that advertising in fact has no significant influence on teenage smoking is far more compelling.

## APPENDIX A

### Detailed Variable Definitions

| Variable | Question/Definition |
|---|---|
| | **Risk/Utility Variables** |
| BORED | Do you believe smoking can help people when they are bored?  1 = yes, 0 otherwise. |
| FUNRISK | I get a kick out of doing things every now and then that are a little risky or dangerous.  3 = agree<br>2 = no opinion or don't know<br>1 = disagree |
| HARMCIG | Do you believe there is any harm in having an occasional cigarette?  1 = yes, 0 otherwise. |
| RELAX | Do you believe cigarette smoking helps people relax?  1 = yes, 0 otherwise. |
| SMOKYR | Do you believe its safe to smoke for only a year or two?  1 = yes, 0 otherwise. |
| SMKDCAN | [If I started to smoke regularly], I could stop smoking anytime I wanted. (agree, disagree, no opinion).  = 1 if SMOKYR = 0 and agree can quit any time, 0 otherwise |
| SOCIAL | Do you believe smoking helps people feel more comfortable at parties and in other social situations?  1 = yes, 0 otherwise |
| STRESS | Do you believe cigarette smoking helps reduce stress?  1 = yes, 0 otherwise |
| | **Peer Variables** |
| AGESMOKH | How many of people you know, who are about your age, smoke cigarettes? 0 = none, 1 = a few, 2 = some, 3 = most |
| STEDYSMK | Have you ever had a steady (boyfriend/girlfriend)? Did (he/she) smoke cigarettes?  1 = yes to both, 0 otherwise. |
| OPPSEXS, SAMESEXS | fraction of friends of opposite sex (same sex) who are smokers.  Set = 0 for kids with no friends of opposite sex.  **TAPS:** Of your four best (male, female) friends, how many of them smoke?  **California:** About how many best friends do you have who are (male, female)?  Of your best friends that are (male, female), how many of them smoke? |
| BSMESEXS | interaction term, = a male dummy times SAMESEXS. |
| BSSNOFRD | dummy variable = 1 for boys who have no friends of the same sex |

Teen Smoking                         Appendix A                         Page 47

Variable                                 Question/Definition
                                    Family Influence Variables

ADLTSMK       Number of adults in household who smoke, including mom and dad.

COUNT         Family size (California only).

OSIBOPP,      **TAPS:** dummy variable = 1 if teen has an older sibling of the opposite
OSIBSAME      sex (same sex) who smokes, 0 otherwise.
              **California:** Fraction of older siblings of opposite sex who smoke.  = 0
              if no siblings of opposite sex.

MOMINSMK      = 1 if mom (dad) is in household and a smoker, 0 otherwise

DADINSMK

NOMOM,        = 1 if no mom (dad, adult) in the household, 0 otherwise
NODAD,
NOADULT

                                       Other Variables

FMLYINC2      Family income. Coded as continuous, based on midpoints of ranges in
              the survey, and census mean for open ended top category.  = 0 if income
              data missing.

NOINC         = 1 for teens where there is no household income data.

BHISPNC       = 1 for hispanic boys, 0 otherwise.

NONWHITE      = 1 for nonwhites, 0 otherwise.

NOSCHOOL      = 1 for teens not in school, 0 otherwise

WKGOOUT       Including Saturdays and Sundays, how many nights a week do you usually
              go out for fun or recreation?

FTCDOCS-0285-0861
FTCDOCS-0285-0861

## APPENDIX B

### Advertising Results in Weighted Models

Weighting changes the estimated influence of the advertising variables substantially, as reflected in the coefficients reported in Table B-1. The effect of weighting is to reduce the influence of the observations of teens who are smokers, and particularly heavy smokers. The mean weight in the sample as a whole is .9994, but the mean weight for daily smokers is .8594, compared to 1.0242 for nonsmokers. With smoking or ever smoked as the dependent variable, the changes are relatively slight, with improved significance for naming Marlboro when it is in fact most advertised.

With current smoking as the dependent variable, however, (and to a lesser extent with daily smoking dependent), changes are substantial.[75] The best fitting model includes both the brand identification variables and advertising expenditures. Both Camel and Marlboro advertising expenditures are significant, but the Camel coefficient is negative. As in the unweighted results, the sum of the advertising coefficients is positive but insignificant. The Camel identification variables are closer to statistical significance, and Marlboro identification when it is not most advertised is highly significant.

---

[75]The mean weight for all current smokers is .9153, compared to 1.0089 for those who are not current smokers.

FTCDOCS-0285-0862
FTCDOCS-0285-0862

Table B-1
BRAND ADVERTISING COEFFICIENTS
WEIGHTED
Coefficient and Probability

| Ad Dollars | | Advertising Recognition | | | | | |
|---|---|---|---|---|---|---|---|
| | | Camel | | Marlboro | | | |
| Camel | Marlboro | Right | Wrong | Right | Wrong | AIC | R2 |
| **SMOKING** | | | | | | | |
| No Ads | | | | | | 6081.035 | 0.2344 |
| -0.0134 | 0.0332 | | | | | 6085.026 | 0.2344 |
| 0.96 | 0.93 | | | | | | |
| -0.3688 | 0.3813 | 0.1597 | 0.0813 | 0.2112 | 0.4499 | 6078.279 | 0.2363 |
| 0.33 | 0.37 | 0.29 | 0.50 | 0.04 | 0.00 | | |
| | | 0.1016 | 0.1104 | 0.2432 | 0.3926 | 6075.447 | 0.2362 |
| | | 0.47 | 0.35 | 0.02 | 0.00 | | |
| **EVER SMOKED** | | | | | | | |
| No Ads | | | | | | 4203.640 | 0.2686 |
| 0.2989 | -0.2495 | | | | | 4206.541 | 0.2688 |
| 0.34 | 0.51 | | | | | | |
| -0.0743 | 0.1022 | 0.1486 | -0.00875 | 0.1849 | 0.3934 | 4203.375 | 0.2708 |
| 0.85 | 0.82 | 0.35 | 0.95 | 0.10 | 0.00 | | |
| | | 0.1349 | -0.00232 | 0.1916 | 0.3802 | 4199.433 | 0.2708 |
| | | 0.36 | 0.99 | 0.07 | 0.00 | | |
| **CURRENT SMOKER** | | | | | | | |
| No Ads | | | | | | 2045.810 | 0.3553 |
| -0.5471 | 1.041 | | | | | 2046.261 | 0.3565 |
| 0.26 | 0.08 | | | | | | |
| -1.4827 | 1.954 | 0.4528 | 0.3154 | 0.171 | 0.7474 | 2041.870 | 0.3605 |
| 0.02 | 0.01 | 0.08 | 0.11 | 0.33 | 0.00 | | |
| | | 0.1824 | 0.4185 | 0.2887 | 0.4617 | 2046.237 | 0.3578 |
| | | 0.45 | 0.03 | 0.09 | 0.02 | | |
| **DAILY SMOKER** | | | | | | | |
| No Ads | | | | | | 589.760 | 0.5264 |
| -1.2081 | 2.2532 | | | | | 589.764 | 0.5300 |
| 0.25 | 0.07 | | | | | | |
| -1.9577 | 2.4143 | -1.5885 | -0.2899 | -0.0302 | 0.6147 | 585.824 | 0.5407 |
| 0.17 | 0.11 | 0.04 | 0.49 | 0.93 | 0.17 | | |
| | | -2.0449 | -0.1884 | 0.0935 | 0.2127 | 584.947 | 0.5379 |
| | | 0.01 | 0.65 | 0.78 | 0.57 | | |

FTCDOCS-0285-0863
FTCDOCS-0285-0863

| Table B-2 |
|---|
| WEIGHTING AND DELETING HIGH WEIGHTS |
| Current Smoking Dependent, California Sample |

| VARIABLE | UNWEIGHTED | | WEIGHTED | | DELETE HIGH WEIGHTS | |
|---|---|---|---|---|---|---|
| | Coefficient | Probability | Coefficient | Probability | Coefficient | Probability |
| INTERCPT | -6.5685 | 0.00 | -6.1548 | 0.00 | -6.5835 | 0.00 |
| AGE | 0.1493 | 0.00 | 0.0968 | 0.03 | 0.1489 | 0.00 |
| NONWHITE | -0.3555 | 0.01 | -0.2482 | 0.07 | -0.3600 | 0.01 |
| BORED | 0.3252 | 0.02 | 0.3996 | 0.00 | 0.4004 | 0.01 |
| RELAX | 0.6219 | 0.00 | 0.8757 | 0.00 | 0.9017 | 0.00 |
| STRESS | 0.4007 | 0.01 | 0.0471 | 0.75 | 0.0345 | 0.82 |
| HARMCIG | -0.9703 | 0.00 | -0.9390 | 0.00 | -1.0208 | 0.00 |
| SMOKYR | 0.3927 | 0.05 | 0.1128 | 0.58 | 0.1295 | 0.53 |
| SMKDCAN | 0.5553 | 0.00 | 0.4691 | 0.00 | 0.5144 | 0.00 |
| STEDYSMK | 0.7677 | 0.00 | 0.8930 | 0.00 | 0.8891 | 0.00 |
| AGESMOKH | 0.4312 | 0.00 | 0.5839 | 0.00 | 0.4589 | 0.00 |
| SAMESEXS | 1.9185 | 0.00 | 1.7614 | 0.00 | 1.8189 | 0.00 |
| OPPSEXS | 0.8158 | 0.00 | 0.6358 | 0.00 | 0.7181 | 0.00 |
| COUNT | -0.0723 | 0.13 | -0.0259 | 0.57 | -0.0596 | 0.21 |
| MOMINSMK | -0.6381 | 0.00 | -0.4999 | 0.02 | -0.4524 | 0.04 |
| DADINSMK | -0.4698 | 0.03 | -0.5109 | 0.02 | -0.4852 | 0.02 |
| ADLTSMK | 0.6446 | 0.00 | 0.6307 | 0.00 | 0.6458 | 0.00 |
| NOMOM | 0.0509 | 0.86 | 0.3801 | 0.19 | 0.3550 | 0.23 |
| NODAD | 0.0967 | 0.56 | 0.0004 | 1.00 | 0.0704 | 0.68 |
| NOADULT | -0.0300 | 0.95 | -0.0547 | 0.90 | -0.1831 | 0.68 |
| POSAME | 1.1582 | 0.00 | 1.0540 | 0.00 | 1.1646 | 0.00 |
| POOPP | 0.2786 | 0.23 | 0.2599 | 0.29 | 0.3564 | 0.15 |
| NOINC | 0.1178 | 0.60 | 0.0012 | 1.00 | 0.0965 | 0.67 |
| FMLYINC2 | 0.0031 | 0.17 | 0.0040 | 0.09 | 0.0031 | 0.19 |
| FUNRISK | 0.0704 | 0.30 | 0.0314 | 0.64 | 0.0494 | 0.48 |
| WKGOOUT | 0.0442 | 0.22 | 0.0113 | 0.76 | 0.0334 | 0.37 |
| NOSCHOOL | 0.6968 | 0.01 | 0.5625 | 0.04 | 0.5312 | 0.06 |
| SOCIAL | -0.2352 | 0.07 | -0.3612 | 0.01 | -0.2738 | 0.04 |
| BHISPNC | 0.4183 | 0.02 | 0.4278 | 0.01 | 0.2515 | 0.17 |
| BSMESEXS | 0.6398 | 0.03 | 0.4551 | 0.13 | 0.4990 | 0.10 |
| BSSNOFRD | 1.5792 | 0.00 | 1.2871 | 0.03 | 1.3381 | 0.02 |
| CAM06 | -0.3021 | 0.65 | -1.4827 | 0.02 | -1.0494 | 0.12 |
| MAR06 | 0.8166 | 0.22 | 1.9340 | 0.01 | 1.3585 | 0.06 |
| JOERIGHT | 0.0367 | 0.89 | 0.4528 | 0.08 | 0.3322 | 0.21 |
| JOEWRONG | 0.1429 | 0.46 | 0.3154 | 0.11 | 0.3266 | 0.11 |
| MARRIGHT | 0.1802 | 0.28 | 0.1710 | 0.33 | 0.1714 | 0.34 |
| MARWRONG | 0.4015 | 0.08 | 0.7474 | 0.00 | 0.4199 | 0.06 |
| N | 4980 | | 4980 | | 4973 | |

Other coefficients also change appreciably in the weighted results for current smokers. Table B-2 presents the individual coefficients for this model, which is more sensitive to the weighting scheme than any other. The table also includes the results of deleting the seven observations with weights greater than 11. These observations are all hispanics from Los Angeles county.

The substantial changes in the advertising results for current smoking appear to be driven by a small number of high weight observations. Deleting the high weight observations yields results for the advertising variables that are much closer to the unweighted results.[76] The absolute value of the advertising expenditure coefficients falls by about one third, and neither variable is significant at five percent. Only one of the deleted observations is a current smoker (weight = 11.489), but that observation appears to be the primary reason for the difference between weighted and unweighted results.[77] Given the lower weight of smokers generally, this one observation is weighted almost 13 times more heavily than the average smoker, and accounts for 2.5% of the weighted current smokers (0.2 percent of the actual smokers).

As with the advertising variables, the results for other variables move substantially toward the unweighted results when the high weight observations are deleted. The coefficients of STRESS and SMOKYR fall substantially, and are no longer significant, even with the high

---

[76]Weights were not renormalized. The mean weight in this sample falls to .9843. The mean weight for smokers is .8943; for nonsmokers it is .9944.

[77]Deleting an additional 8 observations, all nonsmokers, with weights between 7.5 and 11.0 results in a further, very slight weakening of the advertising coefficients.

FTCDOCS-0285-0865
FTCDOCS-0285-0865

weight observations deleted.  BORED and RELAX increase substantially. The absolute value
of SOCIAL increases, and the coefficient becomes significant at .01 (.04 deleting the high
weight observations).  Among the peer variables, the "best friend" variables (SAMESEXS,
OPPSEXS) decrease slightly, while the other peer variables increase.  All remain highly
significant, except the coefficient allowing greater sensitivity of boys to behavior of friends of
the same sex (BSMESEXS).  The dummy variables for parents who smoke decline in absolute
value, but remain significant. Income increases slightly, and is significant at .10. Finally, the
age coefficient declines by about one third, and its significance weakens.[78] There are changes
in the non-advertising coefficients in the other weighted models as well, but fewer coefficients
change and they tend to change less.

It is difficult to place much confidence in the weighted results. They are driven by a
single high weight observation. They give less weight to smokers as a group, particularly heavy
smokers.   The weights themselves are significantly positively correlated with advertising
expenditures, perhaps because both depend on geographic location.  Moreover, it is unclear
exactly how the weights were determined.  Although the sample design was stratified at the
household level, it called for interviewing all teens within each household selected.  Weights
reflecting only sample design should therefore be the same for teens in the same household. Our
high weight smoker, however, has a younger sister in the sample who receives a slightly lower
weight (11.4267).[79]

---

[78]The high weight smoker is a 13 year old. There are 41 13 year old smokers in the sample,
but on a weighted basis, this observation account for 25% of the 13 year old smokers.

[79]Aside from age and sex, these two teens differ about their native language.  The higher
weight is assigned to the one who reports english as his native language.