CONFIDENTIAL

DEPOSITION
EXHIBIT 7
B. Oates
6.26.03   O.J.

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

PRESENTATION OF R.J. REYNOLDS TOBACCO COMPANY
CONCERNING THE MARKETING OF CAMEL CIGARETTES

SUBMITTED BY:

COLLIER, SHANNON, RILL & SCOTT
3050 K Street, N.W.
Suite 400
Washington, D.C.   20007

ON BEHALF OF:

R.J. REYNOLDS TOBACCO COMPANY

APRIL 1 & 5, 1994

After four years of searching, the staff still cannot demonstrate any injury caused by the Joe Camel Campaign.

Various surrogates for actual injury have been explored:

- In 1990, the staff investigated whether RJR deliberately targeted children.

  *An exhaustive review of Reynolds' documents revealed no evidence of targeting.*

- In December 1991, the staff renewed its investigation based on three JAMA articles offering new theories of injury.

  *Reynolds and other critics thoroughly discredited each of the JAMA articles. Further, none of the articles offered evidence of a link between advertising and the decision to smoke.*

- In early 1993, the staff crafted a complaint based on disproportionate sales and appeal between underage smokers and the intended YAS audience (18-24 year-olds).

  *Reynolds disproved both the disproportionate sales and appeal theories.*

- Now, a revised complaint attempts to plead causation by alleging that the Campaign "induced" children and adolescents under the age of 18 to "begin smoking or significantly increased the risk that they would do so."

  *The evidence is compelling that the staff cannot prove this claim without drastically altering the burden of proof and the standard for unfairness.*

AN UNFAIRNESS CASE REQUIRES PROOF OF ACTUAL INJURY



Unlike the University of ...ichigan Study, the Taps II Data
Reveal a Decrease in Smoking Since 1989

Change in Percentage Points for Smoking  1989-1993

Smoked At Least One
Cigarette in Last 30 Days

Daily

■ Univ. of Mich.
(High School Seniors)

▨ TAPS II (18 Year Olds)

- If the Campaign is causing or inducing underage youth to smoke, at a minimum, there should be an increase in underage smoking after the Campaign began.

- If staff is relying on the Michigan data, which showed an increase in smoking among high school seniors in 1993, a single observation cannot establish a change in a long standing trend, even if it is significantly different from the year before. Thus, the Michigan data demonstrate that the percent of high school seniors who had smoked in the last 30 days had declined 22.9 percent by 1993 from its 1976 high. In five different years during this 19-year period of decline, however, smoking increased, but only in comparison to the immediately preceding year.

- There is no reason to think that the 1993 increase, coming five years after Joe Camel was introduced, is in any way due to the Campaign. Indeed, the change for cigarettes (7.6 percent) was far smaller than the change for marijuana (30.3 percent) or other illegal drugs (25.4 percent), none of which is advertised.

- The Michigan data measures behavior of high school seniors. Because most seniors were 18 by the time the survey was conducted (February-April), the Michigan results should be very close to the TAPS results for 18 year olds. In 1989, the two surveys were extremely close -- 29 percent of seniors smoked at least one cigarette in the last 30 days in TAPS I and 28.6 percent of seniors smoked at least one cigarette in the last 30 days in the Michigan study.

- Unlike Michigan, TAPS II shows significant declines in smoking at least one cigarette in the past 30 days between 1989 and 1993. (Data for 1993 are from the TAPS II reinterview of the TAPS I sample (7960 respondents). TAPS II data were collected between February and May 1993.) The two surveys show virtually identical results -- no significant change -- in daily smoking.

- Comparing TAPS II and TAPS I also reveals declines in smoking among 17 and 19 year olds, some of whom are high school seniors.

- To examine the theory that Joe Camel causes youth to smoke more intensely than they would otherwise, the chart presents data on the average number of days smoked in the previous 30 days for teens who were 14-17 years of age at the time of the interview. (TAPS II data are based on the reinterview sample.)

- There are no meaningful differences between brands, or between the 1989 TAPS I and the 1993 TAPS II samples, in the average number of days smoked by teenage smokers.



# Camel Smokers Smoke No More Days Than Smokers of Other Brands

Days (of 30)

25 — 20 — 15 — 10 — 5 — 0

Camel          Marlboro          Newport

Legend: ■ TAPS I   ▨ TAPS II

Based on 14-17 year old teens.

- Contrary to the staff's contention that underage Camel smokers smoke more intensively, TAPS II reveals that underage Camel smokers smoke fewer cigarettes per day than underage Marlboro smokers.

- The average 14-17 year old Camel smoker smokes 7.6 cigarettes per day, compared to 9.0 cigarettes per day for the average Marlboro smoker in the same age group.

- Among young adult smokers (ages 18-22), Camel and Marlboro smokers are virtually identical in the number of cigarettes smoked per day (11.4 for Camel, 11.8 for Marlboro).



Camel Smokers Smoke Lighter Cigarettes Than Marlboro Smokers

Share of brand buyers

Camel ☒ Marlboro

TAPS II Reinterview Sample, 14-17 year old teens.



# Underage Camel Smokers Smoke Less
## Taps II, Reinterview Sample

- Another measure of smoking intensity is the type of products smoked by teens. TAPS II examined the strength of cigarettes smoked by underage youths. For each brand, TAPS II asked respondents whether the brand they smoked were regulars, lights, or ultra-lights.

- Underage Camel smokers are significantly more likely to smoke Camel Lights than underage Marlboro smokers are to smoke Marlboro Lights. Among 14-17 year olds, fifty-three percent of Camel smokers choose Camel Lights, compared to only 37 percent of Marlboro smokers who choose Marlboro Lights.

- Underage Marlboro smokers are significantly less likely to smoke Marlboro Lights than are young adult Marlboro smokers (18-22 year olds). (The oldest respondents in the TAPS II reinterview sample are 18-22 year olds.) Differences between Camel and Marlboro among young adults in the type of cigarette smoked are not significant.

- Data are from the reinterview sample of TAPS II. The chart includes all teens who were 14-17 years old at the time of the interview and expressed a brand preference.

- This chart looks at the intensity issue based on regression analysis of the determinants of the number of cigarettes smoked per day by teens who have smoked in the past seven days (the only teens for whom such information is available). The expected number of cigarettes smoked was calculated for a smoker of each brand, assuming all other variables included in the analysis were at their average value.

- Differences between Marlboro and Camel smokers are not statistically significant. The data are also consistent with the hypothesis that there is no difference in cigarette consumption between Camel buyers and other teens who buy their own cigarettes.

- The chart shows the calculated effects of eliminating advertising. The number of cigarettes smoked per day decreased for those exposed to more advertising, although this effect is not significant. Thus, the data are consistent with the hypothesis that there are no effects of advertising on teenage cigarette consumption.





Factors Influencing Teenage Smoking
Percent Change in Probability of Smoking
at Least One Cigarette in the Past 30 Days

Source: Beales

- To date, the staff has offered no evidence to support its allegation of inducement. There is no evidence that advertising causes teenagers to smoke.

- Using regression analyses of government data to examine the determinants of teen smoking, Professor Beales identified the factors that influence teens to start smoking. Each factor is measured relative to a respondent with uniformly negative attitudes toward smoking, and no smokers around him, and no exposure to advertising.

- Behavior of peers is by far the most important factor influencing smoking decisions. For example, a girl whose best friends of the same sex all smoke is 554 percent more likely to smoke than a teen with no smokers around her.

- Family influences, particularly the behavior of older siblings, are also significant. A teen whose older siblings smoke is 212 percent more likely to smoke than one who does not have older siblings who smoke.

- In no case for any advertising measure was there any evidence that advertising in general, or Camel advertising in particular, influenced the smoking decision.

- Advertising expenditures for Camel and Marlboro, the brands smoked by 85 percent of California teens, do not significantly influence teens' decisions about smoking. In every case, advertising expenditures by one of these two brands reduces the estimated probability of smoking. Which brand has a positive effect and which has a negative effect, however, is not consistent.

- This chart is based on the Beales model, including brand advertising variables, with smoking in the past 30 days as the dependent variable.

The staff has been unable to prove that advertising influences teenage smoking decisions, so instead it launched a multi-prong attack on Professor Beales' analysis. Reynolds has successfully refuted each of the staff's ill-placed criticisms:

- **Criticism: Professor Beales' use of advertising expenditures over the previous six months to a year covered a period of time too short to reveal the influence of the Campaign.**

  *When Professor Beales extended the advertising measures to cover a three year period, encompassing the entire Joe Camel Campaign, the results were unchanged. No measure of advertising expenditures had any significant influence on teenage smoking decisions over the three year period.*

- **Criticism: The influence of advertising on smoking decisions could only be detected among teens who stated smoking after the Campaign.**

  *To test this possibility, Professor Beales separated those teens who smoked their first cigarette before the Campaign began from those who first smoked after the Campaign. If advertising has a differential effect after the Campaign, it should show up in the sample of teens who first smoked after the Campaign began. In fact, however, Beales found that in every case, for every set of advertising measures (i.e., for teens who first smoked before the Campaign, for teens who first smoked after the Campaign, as well as for the two samples combined) the data were consistent with the hypothesis that advertising had no effect on whether a teen was a current smoker.*

- **Criticism: Camel smokers who had started smoking since the Campaign were somehow uniquely susceptible to the influence of the advertising.**

  *If Camel smokers who started since the Campaign were particularly influenced by Joe Camel, an analysis that ignores such an influence should do a relatively bad job of accounting for their behavior. Professor Beales examined the ability of the risk factors he studied to account for the smoking decisions of Camel smokers who started after the Campaign, ignoring any influence of advertising. He found that the known risk factors could better account for the decisions of Camel smokers than for the decisions of other smokers.*

- To test the theory that advertising may have an indirect impact on the decision to smoke, Professor Beales measured the influence of advertising expenditures for the leading teenage brands on the perceived benefits of smoking. The analysis uses the Beales model in the California sample, analyzing one benefit measure at a time, to examine the factors that influence the likelihood teens will perceive a benefit of smoking. The chart is based on expenditures over the previous six months, but the results are similar when expenditures are measured over the previous three years -- the entire duration of the Campaign.

- The chart shows that advertising does not significantly increase the likelihood of smoking by increasing the perceived benefits of smoking. The chart combines two effects: the influence of advertising on the likelihood that teens will see a benefit of smoking, and the influence of that benefit on the likelihood that teens will smoke.

- The only statistically significant effect of advertising on the perceived benefit of smoking is that teens who are exposed to more Camel advertising are significantly less likely to think that smoking helps to relax.

- The pattern of the results is inconsistent with the notion that Camel advertising is somehow particularly appealing to teens. It is Marlboro advertising, not Camel advertising, that is generally associated with greater perception of benefits.

- The only benefit measure that shows an increase for teens exposed to more Camel advertising is the perception that smoking helps in social situations. That benefit, however, is associated with a reduced likelihood of smoking. Thus, the impact of Camel advertising is to reduce the incidence of smoking although the result is not statistically significant.



# Camel Advertising Does Not Increase Smoking Through Indirect Effects on The Perceived Benefits of Smoking

Percent Change In Probability of Smoking In Past 30 Days Due to Change In Perceived Benefit

BORED    RELAX    STRESS    SOCIAL



■ Camel Ads          ▨ Marlboro Ads

Source:  Beales
         1990 California Data



Teens Begin Smoking Without Choosing a Brand

- Reynolds has maintained that the growth of Camel's market share has been at the expense of other brands in a declining market. The staff has attacked this position as relying on the notion that smoking is "pre-determined", i.e., teens will smoke regardless of advertising or other factors. To the contrary, the Beales' analysis supports the view that no smoker is pre-determined. Instead, the factors that influence the smoking decision are well-documented, and advertising is simply not one of them.

- Nevertheless, the staff not only persists in its inaccurate characterization of Reynolds' position, but it also makes essentially the same mistake of which it accuses Reynolds. The staff alleges that the decision to smoke itself must reflect some influence of the Camel Campaign.

- Thus, Paragraph Eight of the revised complaint alleges "The choice of many of these children and adolescents to smoke Camel cigarettes was also a choice to begin smoking." This paragraph appears to be saying that youth who smoke Camel would not be smoking if they were not smoking Camel.

- This post hoc ergo propter hoc reasoning confuses sequence with consequence. Besides the flawed logic, the available evidence is inconsistent with the presumption that brand choice precedes the decision to smoke.

- The chart shows the behavior of underage teens who smoked their first cigarette in the past year. In TAPS I, only 8.8 percent of teens who first smoked in the past year usually buy their own cigarettes. (TAPS II could not be used for the analysis because the oversampling of blacks would distort the results.) Because Camel's current share of underage teens is 13.5 percent, only 1.2 percent of teens who started smoking in the past year currently buy Camel.

- Even if we consider just those teens who have also smoked in the past 30 days, only 3.7 percent of teens who started smoking in the past year buy Camel. The others presumably obtain cigarettes from friends, parents or siblings. Accordingly, they do not choose to smoke Camels, but merely smoke whatever brand is readily available.

TAPS II Reveals That Camel's YAS and Underage Shares are Virtually Identical

- Data reflect the brand preferences of those who usually buy their own cigarettes.  TAPS II is the only large, representative sample that asks both underage teens and young adults (18-22) identical questions about brand preference.

- Among 18-22 year olds, Camel's share is 13.2 percent; among 14-17 year olds its share is 13.5 percent.  Contrary to the staff's disproportionality theory, Camel's share is not significantly greater among underage smokers.

- Reynolds' prime marketing prospect was young adult smokers and the TAPS II data demonstrate that the Camel Campaign has succeeded in reaching that intended audience.

- TAPS II is identical to the June, 1993 Audits and Survey's share among 14-17 year olds (13.5 percent).  Thus, the Gallup Survey (showing 18 percent underage share for Camel), upon which the staff apparently relies, is inconsistent with TAPS II -- by far the most reliable share data available.

- Marlboro's share (61.1 percent) among underage smokers still dwarfs that of Camel (13.5 percent).  Moreover, unlike Camel, Marlboro has a higher underage share than its share of young adult smokers (56.9 percent).  Newport, however, has the greatest disparity between its YAS share (9.2 percent) and its underage share (12.7 percent).

- The revised complaint compares Camel sales to people under 18 with sales to the total population of adults.  The unreasonableness of this standard is demonstrated by the fact that the Campaign would violate this standard even if Camel's share among 18-24 year olds were 76 percent.



The Campaign is Not Disproportionately Appealing To Teens

Source: DiFranza

- In unpublished results from DiFranza's study, Camel's appeal was found to be greater among 19-24 year olds than those 18 and under. As the chart demonstrates, in all appeal measures used by DiFranza (ads look cool, Joe is cool, ads are interesting, and would like to be Joe's friend), young adults liked these ads better than did teens.

- Because of this evidence, and the lack of any evidence to prove the disproportionality theory, the revised complaint deletes disproportionate appeal from the proposed order's definition of "advertising to children".

- The Roper study measured logo recognition, product identification, attitudes towards various products, and sources of awareness among 1,117 young people ages 10 - 17.

- Joe Camel was one of the least recognized of nine major advertising symbols.

- Seventy-three percent of the respondents demonstrated unaided awareness of Joe Camel, which was significantly below the awareness level of the top seven logos (90 - 99 percent).

- Virtually no respondent identified "Smooth Character" as the slogan of the Joe Camel Campaign.

- Among those who had seen or heard of Joe Camel (aided and unaided), 95 percent of the 10 - 17 year olds identified Joe Camel as a logo for cigarettes. Among these youths, however, _only three percent thought smoking was acceptable._



TEENS WHO ASSOCIATE JOE CAMEL WITH CIGARETTES HAVE UNIFORMLY NEGATIVE VIEWS OF SMOKING

Source: 1993 Roper Survey

- To demonstrate the "substantial injury" required as a prerequisite for action based on the FTC's Unfairness Doctrine, the Commission must prove that the Joe Camel Campaign caused underage youth to begin smoking.

- The draft complaint alleges that the Campaign appealed to teens under the age of 18 and induced youths to smoke or significantly increased the likelihood that they would do so. This allegation is both factually and legally flawed.

- In the absence of any extrinsic evidence of inducement, the staff's dismissal of Professor Beales' comprehensive analysis of the determinants of smoking is wholly arbitrary.

- The staff's substitution of likely injury for actual and substantial injury marks a significant departure from previous cases and from the Commission's Unfairness Statement. Reliance on speculative injury is particularly inappropriate, where, as here, evidence of causal links are virtually non-existent, even though the Campaign has been in use for over six years.

- By only requiring a likelihood of injury to establish unfairness, the staff's burden of proof would be dramatically altered. The preponderance of evidence standard would be met if the proposition was more likely than not. Thus, the staff would only have to show a likelihood of a likelihood.

- <u>DESPITE FOUR YEARS OF EFFORTS, THE STAFF HAS BEEN UNABLE TO PROVE AN UNFAIRNESS CASE.</u>