UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIP MORRIS USA INC., ) <br> f/k/a PHILIP MORRIS INC., <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 99-CV-02496 (GK) <br><br> Next scheduled court appearance: <br> _____, 2004 |

**ORDER NO. _____**

**UPON CONSIDERATION OF** the United States' Motion <u>In Limine</u> to Exclude the Testimony of J. Howard Beales III, Ph.D., at Trial, Joint Defendants' opposition, the United States' reply, and the entire record herein, this \_\_\_ day of _____, 2004, it is

**ORDERED** that the United States' Motion <u>In Limine</u> to Exclude the Testimony of J. Howard Beales III, Ph.D. at Trial is GRANTED; and, it is

**FURTHERED ORDERED** that the testimony of J. Howard Beales III, Ph.D., be excluded from the trial of this action.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc: all counsel of record