UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC. (f/k/a PHILIP MORRIS INCORPORATED), et al.,<br><br>Defendants. | ) | Civil Action No. 99-CV-2496 (GK)<br><br>Next Scheduled Court Appearance: July 15, 2004 |

**NOTICE REGARDING EXHIBIT ATTACHMENT**

Defendants'[1] Authenticity and Privilege Objections to Plaintiff's Designated May 3, 2004 Trial Exhibits have been filed with the Clerk's Office in CD-ROM form as instructed by the Clerk's Office and is available for public viewing between 9:00 a.m. and 4:00 p.m.[2]

Dated: June 1, 2004

Respectfully submitted,

/s/ Jonathan M. Redgrave

Peter J. Biersteker (D.C. Bar No. 358108)
Jonathan M. Redgrave (D.C. Bar No. 474288)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

[1] Defendants are Philip Morris USA Inc. (f/k/a Philip Morris Incorporated), R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation (individually and as successor by merger to The American Tobacco Company), Lorillard Tobacco Company, Altria Group, Inc. (f/k/a Philip Morris Companies Inc.), British American Tobacco (Investments) Ltd., The Council for Tobacco Research-U.S.A., Inc., The Tobacco Institute, Inc., and Liggett Group Inc.

[2] These documents have been served on counsel for Plaintiff.

Robert C. Weber
Paul G. Crist
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Defendant
R.J. Reynolds Tobacco Company

/s/ Jonathan M. Redgrave *for*
Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005-3502
Telephone: (202) 371-5700

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

Attorneys for Defendants
Philip Morris USA Inc.
(f/k/a Philip Morris Incorporated) and
Altria Group, Inc.
(f/k/a/ Philip Morris Companies Inc.)

/s/ Jonathan M. Redgrave *for*

Kenneth N. Bass (D.C. Bar No. 386070)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 200005
Telephone: (202) 879-5000

David M. Bernick
Stephen R. Patton
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Suite 5900
Chicago, Illinois 60601
Telephone: (312) 861-2000

Attorneys for Defendant
Brown & Williamson Tobacco Corporation
(individually, and as successor in interest to
The American Tobacco Company)

/s/ Jonathan M. Redgrave *for*

J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000

OF COUNSEL:
Gene E. Voigts
Richard L. Gray
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550

Attorneys for Defendant
Lorillard Tobacco Company

/s/ Jonathan M. Redgrave *for*

David L. Wallace
Jessica L. Zellner
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, 34th Floor
New York, New York 10112-0219
Telephone: (212) 408-5100

Attorneys for Defendant
British American Tobacco (Investments) Limited (f/k/a British-American Tobacco Company Limited)

/s/ Jonathan M. Redgrave *for*

Steven Klugman
Steven S. Michaels
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000

Attorneys for Defendant
The Council for Tobacco Research-U.S.A., Inc.

/s/ Jonathan M. Redgrave *for*

James A. Goold
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

Attorneys for Defendant
The Tobacco Institute, Inc.

/s/ Jonathan M. Redgrave *for*

Aaron H. Marks
Leonard A. Feiwus
Nancy E. Straub
KASOWITZ BENSON TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Attorneys for Defendant Liggett Group Inc.