UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 99-CV-2496 (GK) |
| ) | |
| v. ) | Next Scheduled Court Appearance: |
| ) | July 15, 2004 |
| PHILIP MORRIS USA INC. (f/k/a ) | |
| PHILIP MORRIS INCORPORATED), et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS'[1] PRAECIPE REGARDING THEIR REVISED AUTHENTICITY AND PRIVILEGE OBJECTIONS TO PLAINTIFF'S DESIGNATED MAY 3, 2004 TRIAL EXHIBITS

Defendants file this praecipe regarding their authenticity and privilege objections filed on June 1, 2004, to Plaintiff's May 3, 2004 trial exhibit list to explain three modifications to the previously filed objections.

First, subsequent to filing their objections, Defendants became aware that the authenticity for 64 exhibits on Plaintiff's list was inadvertently subject to objection. These exhibits were previously admitted in other cases where the United States or a defendant was a party, and as such, are deemed authentic for this case. See Order #51 § III(D)(2)(a)(ii). Accordingly, Defendants hereby withdraw their authenticity objections to those exhibits. See Attachment 1.

Second, Defendants amend their previously-filed objections for three exhibits that are previously-admitted documents. See id. These amendments clarify Defendants' objections to these three exhibits.

Third, Defendants revise their previously-filed privilege objections for 42 exhibits. Each of these exhibits is a document that was released pursuant to Court order in this case. However,

---

[1] All Defendants file this praecipe.

WAI-2117560v1

the "compelled release" designation was inadvertently omitted in the objections filed on June 1, 2004.  Accordingly, Defendants add this objection to the exhibits identified in Attachment 2 to ensure that the documents will have the appropriate legend when admitted at trial and to preserve any appellate rights Defendants may have.  See Attachment 2; *see also* Defendants' Authenticity And Privilege Objections To Plaintiff's Designated May 3, 2004 Trial Exhibits, III.12.

Dated:  June 21, 2004                                    Respectfully submitted,


   /s/ Jonathan M. Redgrave
Peter J. Biersteker (D.C. Bar No. 358108)
Jonathan M. Redgrave (D.C. Bar No. 474288)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Robert C. Weber
Paul G. Crist
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212

Attorneys for Defendant
R.J. Reynolds Tobacco Company

   /s/ Jonathan M. Redgrave *for*
Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005-3502
Telephone: (202) 371-5700

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

Attorneys for Defendants
Philip Morris USA Inc.
(f/k/a Philip Morris Incorporated) and
Altria Group Inc.
(f/k/a/ Philip Morris Companies Inc.)

    /s/ Jonathan M. Redgrave *for*
Kenneth N. Bass (D.C. Bar No. 386070)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C.  200005
Telephone:  (202) 879-5000

David M. Bernick
Stephen R. Patton
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Suite 5900
Chicago, Illinois  60601
Telephone:  (312) 861-2000

Attorneys for Defendant
Brown & Williamson Tobacco Corporation
(individually, and as successor in interest to
The American Tobacco Company)


    /s/ Jonathan M. Redgrave *for*
J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri  63101-1693
Telephone:  (314) 552-6000

OF COUNSEL:

Gene E. Voigts
Richard L. Gray
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  (816) 474-6550

Attorneys for Defendant
Lorillard Tobacco Company


      /s/ Jonathan M. Redgrave *for*
David L. Wallace
Jessica L. Zellner
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, 34th Floor
New York, New York  10112-0219
Telephone:  (212) 408-5100

Attorneys for Defendant
British American Tobacco (Investments)
Limited (f/k/a British-American Tobacco
Company Limited)

      /s/ Jonathan M. Redgrave *for*
Steven Klugman
Steven S. Michaels
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

Attorneys for Defendant
The Council for Tobacco Research-U.S.A., Inc.

      /s/ Jonathan M. Redgrave *for*
James A. Goold
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone:  (202) 662-6000

Attorneys for Defendant
The Tobacco Institute, Inc.

          /s/ Jonathan M. Redgrave *for*
_____

Aaron H. Marks
Leonard A. Feiwus
Nancy E. Straub
KASOWITZ BENSON TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Telephone:  (212) 506-1700

Attorneys for Defendant Liggett Group Inc.