Attachment 1

# REVISED Defendants' Authenticity and Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 20182 | 100432193 | 2203 | 1 | | | | |
| U.S. Ex. 20252 | 107468730 | 8764 | 1 | | JE-020252 | | |
| U.S. Ex. 20270 | 110070785 | 0842 | 1 | | | | |
| U.S. Ex. 20277 | 11309817 | 9817 | 1 | | | | |
| U.S. Ex. 20441 | 2041771505 | 1505 | 1 | | | | |
| U.S. Ex. 21055 | 779217794 | 7833 | 1 | | | | |
| U.S. Ex. 21134 | 100226995 | 7033 | 1 | | | | |
| U.S. Ex. 21201 | LG2002635 | 2638 | 1 | | | | |
| U.S. Ex. 21204 | LG2008121 | 8141 | 1 | Deny | Authenticity: Incomplete or Missing Document - Partial Document. | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 21211 | LG2023842 | 3843 | 1 | | | | |
| U.S. Ex. 21403 | 110069816 | 9819 | 1 | | | | |
| U.S. Ex. 21516 | 105562110 | 2189 | 1 | | | | |
| U.S. Ex. 21547 | 301099888 | 9902 | 1 | | | | |
| U.S. Ex. 21778 | 400488631 | 8658 | 1 | | | | |
| U.S. Ex. 21795 | ATC0202770 | ATC0202772 | 1 | | | | |
| U.S. Ex. 22040 | 109875217 | 5218 | 1 | | | | |
| U.S. Ex. 22058 | BBAT030581 | BBAT030582 | 1 | | | | |

# *REVISED Defendants' Authenticity and Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits*

## *USA v. Philip Morris USA Inc., et al.*
## *Civil Action No. 99-CV-2496 (GK)*

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 22261 | 515872408 | 2456 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 22682 | LG2008203 | 8210 | 2 | | | | |
| U.S. Ex. 22930 | 00778109 | 00778121 | 1 | | | | |
| U.S. Ex. 24101 | 402388696 | 402388904 | 1 | | JE-024101 | | |
| U.S. Ex. 34157 | 003388 | 003388 | 2 | | | | |
| U.S. Ex. 34158 | 003421 | 003431 | 2 | | | | |
| U.S. Ex. 34159 | 003495 | 003506 | 2 | | | | |
| U.S. Ex. 34481 | 01110993 | 1032 | 1 | | | | |
| U.S. Ex. 34622 | 100175681 | 100175687 | 2 | | | | |
| U.S. Ex. 34649 | 100428581 | 100428599 | 1 | | | | |
| U.S. Ex. 34669 | 100535046 | 100535257 | 1 | | | | |
| U.S. Ex. 34718 | 104601156 | 1184 | 1 | | | | |
| U.S. Ex. 34721 | 105082406 | 105082406 | 1 | | | | |
| U.S. Ex. 34754 | 105534275 | 105534285 | 2 | | | | |
| U.S. Ex. 34929 | 109881332 | 1335 | 1 | | | | |
| U.S. Ex. 34930 | 109881332 | 109881332 | 1 | | | | |
| U.S. Ex. 34932 | 109881335 | 109881335 | 2 | | | | |

Attachment 1

# REVISED Defendants' Authenticity and Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al. Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 35250 | 1000360937 | 1000360955 | 2 | | | | |
| U.S. Ex. 35253 | 1000366976 | 1000366995 | 2 | | | | |
| U.S. Ex. 35259 | 1000390648 | 1000390764 | 2 | Deny | Authenticity: Altered - Marginalia.<br>Authenticity: Altered - Other.<br>Authenticity: Illegible. | | |
| U.S. Ex. 35656 | 1003171754 | 1003171757 | 2 | | | | |
| U.S. Ex. 35658 | 1003171784 | 1003171792 | 2 | | | | |
| U.S. Ex. 35733 | 1003291922 | 1003291938 | 2 | | | | |
| U.S. Ex. 36261 | LG0208295 | 8299 | 1 | | | | |
| U.S. Ex. 36273 | LG2006235 | 6240 | 1 | | | | |
| U.S. Ex. 46578 | 301083819 | 301083819 | 1 | | | | |
| U.S. Ex. 46579 | 301083820 | 301083835 | 1 | | JE-046579 | | |
| U.S. Ex. 46581 | 301099888 | 301099902 | 2 | | | | |
| U.S. Ex. 46583 | 301122441 | 301122449 | 1 | | | | |
| U.S. Ex. 46585 | 301122597 | 301122632 | 1 | | | | |
| U.S. Ex. 47536 | 401048152 | 401048157 | 1 | | | | |
| U.S. Ex. 47548 | 401183565 | 401183573 | 1 | | | | |
| U.S. Ex. 47618 | 403680929 | 403680930 | 1 | | | | |

*Attachment 1*

# REVISED Defendants' Authenticity and Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 47753 | 500003491 | 500003497 | 1 | | | | |
| U.S. Ex. 47768 | 500012137 | 500012138 | 1 | | | | |
| U.S. Ex. 48662 | 500917535 | a500917548 | 1 | | | | |
| U.S. Ex. 48844 | 501380878 | 519190982 | 2 | Deny | Authenticity: Incomplete or Missing Document - Partial Document. | | |
| U.S. Ex. 48929 | 501581356 | 501581357 | 1 | | | | |
| U.S. Ex. 51615 | 512102918 | 512102955 | 1 | | JE-051615 | | |
| U.S. Ex. 53298 | 605271 | 502544 | 2 | | | | |
| U.S. Ex. 58639 | BWW201827 | BWW201852 | 1 | | | | |
| U.S. Ex. 58887 | KLUG00000267 | KLUG00000270 | 1 | | | | |
| U.S. Ex. 59803 | MNAT00374276 | MNAT00374280 | 2 | | | | |
| U.S. Ex. 61222 | LG2023842 | 3843 | 2 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 61357 | 00011626 | 00011633 | 2 | | | | |
| U.S. Ex. 67323 | 102145 | 102145 | 2 | | | | |
| U.S. Ex. 67975 | 502033156 | 502033157 | 2 | | | | |
| U.S. Ex. 76168 | 100503495 | 3506 | 1 | | | | |
| U.S. Ex. 78985 | 104576617 | 104576620 | 1 | | | | |
| U.S. Ex. 79876 | CTRMN015379 | CTRMN015379 | 1 | | | | |