Attachment 2

# REVISED Defendants' Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 20929 | 536484137 | 4274 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 20990 | 680204115 | 4117 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 20995 | 680260940 | 0941 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 21008 | 680585389 | 5392 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 21018 | 681511202 | 1203 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 21478 | MNATPRIV00026861 | 6916 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 21526 | 680585391 | 5392 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 22129 | 521016787 | 6788 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 22902 | 680143026 | 3027 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 23012 | 680249787 | 9788 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 23022 | 682015254 | 5255 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 28077 | 282002576 | 282002577 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 28116 | 293002121 | 293002121 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30433 | 521027260 | 521027260 | 1 | | | Privileged | Privileged: Compelled Release. |

Attachment 2

# REVISED Defendants' Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 30437 | 521028146 | 521028147 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30481 | 521038287 | 521038291 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30692 | 566411932 | 566411953 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30819 | 680144706 | 680144708 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30820 | 680144980 | 680144981 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30825 | 680204121 | 680204122 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30859 | 680252124 | 680252125 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30864 | 680262237 | 680262238 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 30925 | 681510213 | 681510306 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 31031 | 685092972 | 685092974 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 31042 | 689033409 | 689033409 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 31044 | 689033411 | 689033416 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 36152 | 689303264 | 689303266 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 36242 | BWX0008707 | BWX0008710 | 1 | | | Privileged | Privileged: Compelled Release. |

Attachment 2

# REVISED Defendants' Privilege Objections to Plaintiff's Designated May 03, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|
| U.S. Ex. 36424 | 282004800 | 282004822 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 52691 | 521028480 | 521028481 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54021 | 680204107 | 680204114 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54022 | 680204125 | 680204125 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54047 | 680555393 | 680555394 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54052 | 680582499 | 680582507 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54065 | 680801902 | 680801902 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54213 | 682734998 | 682735000 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54276 | 689303264 | 3266 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 54326 | 690103269 | 3273 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 58581 | ATMNPRIV0012674 | ATMNPRIV0012674 | 2 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 59824 | MNATPRIV00011771 | MNATPRIV0001178 2 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 76154 | MTP0010185 | MTP0010185 | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 76201 | MNATPRIV00026861 | 6916 | 1 | | | Privileged | Privileged: Compelled Release. |