# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
UNITED STATES OF AMERICA,                )
)
              Plaintiff,                 )
)      Civil Action No. 99-2496 (GK)
              v.                         )
)      Next Scheduled Court Appearance:
PHILIP MORRIS USA INC. (formerly         )      August 12, 2004
known as Philip Morris Incorporated), et al.,  )
)
              Defendants.                )
_____)

## DEFENDANTS ALTRIA GROUP, INC. AND PHILIP MORRIS USA INC.'S
## MOTION TO RECONSIDER ORDER #600

Defendants Altria Group, Inc. and Philip Morris USA Inc. (the "Philip Morris Defendants") hereby move the Court to reconsider and vacate Order #600. The reasons supporting this motion are set forth in the accompanying memorandum of points and authorities.

Pursuant to LCvR 7(m), the Philip Morris Defendants and Plaintiff have met and conferred on this motion in an effort to narrow or resolve their dispute. Plaintiff opposes the motion.

WHEREFORE, the Philip Morris Defendants respectfully request that the Court reconsider and vacate Order #600.

DATED:  August 4, 2004              Respectfully submitted,


                             /s/ Matthew A. Campbell *for*
                             Timothy M. Broas (D.C. Bar No. 391145)
                             WINSTON & STRAWN LLP
                             1400 L Street, N.W.
                             Washington, D.C. 20005-3502

Telephone: (202) 371-5700
Fax:  (202) 371-5950

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax:  (312) 558-5700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
          GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990

Attorneys for Defendants
Altria Group Inc. (f/k/a Philip Morris Companies
Inc.) and Philip Morris USA Inc. (f/k/a Philip
Morris Incorporated)