*Appendix E*

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 24149 | 500648688 | 8688 | | 0 | Deny | Authenticity: Incomplete or Missing Document - Missing Page(s). | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 25643 | 2505442960 | 2505442960 | | 0 | Deny | Authenticity: Incomplete or Missing Document - Partial Document. | | |
| U.S. Ex. 26845 | 2025494653 | 2025494653 | | 0 | | | | |
| U.S. Ex. 27120 | 2063600689 | 2063600689 | | 0 | | | | |
| U.S. Ex. 27121 | 2063600690 | 2063600695 | | 0 | | | | |
| U.S. Ex. 30011 | 511325258 | 5260 | | 1 | | | | |
| U.S. Ex. 30518 | 521909036 | 9039 | | 1 | | | | |
| U.S. Ex. 30519 | 521967676 | 7677 | | 1 | | | | |
| U.S. Ex. 35152 | 1000127791 | 7792 | | 1 | | | | |
| U.S. Ex. 36865 | 2022246952 | 6952 | | 1 | | | | |
| U.S. Ex. 46053 | 2505442777 | 2505442778 | | 0 | Deny | Authenticity: Incomplete or Missing Document - Partial Document. | | |
| U.S. Ex. 55725 | 83251168 | 1169 | | 1 | | | | |
| U.S. Ex. 62447 | TI16300337 | TI16300345 | | 1 | | | | |
| U.S. Ex. 64758 | WAX0011075 | 1127 | | 1 | | | | |
| U.S. Ex. 85208 | 91945211 | 91945218 | | 1 | | | | |
| U.S. Ex. 85277 | 700245849 | 5849 | | 1 | Deny | Authenticity: Incomplete or Missing Document - Missing Page(s). | | |

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits

*Appendix E*

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 85516 | 2063791182 | 1187 | | 1 | | | | |
| U.S. Ex. 85531 | 2023542571 | 2573 | | 1 | | | Privileged | Privileged: Compelled Release. |
| U.S. Ex. 85532 | 2025838391 | 8391 | | 1 | | | | |
| U.S. Ex. 85619 | TLT0270555 | 0555 | | 0 | | | | |
| U.S. Ex. 85654 | 682069976 | 9997 | | 1 | | | | |
| U.S. Ex. 85673 | 20469886832021600000 | 0000 | | 1 | | | | |
| U.S. Ex. 85726 | 20738085762 | 5762 | | 1 | | | | |
| U.S. Ex. 85799 | 4001949 | 1949 | | 1 | | | | |
| U.S. Ex. 85930 | TIMN023775 | 3779 | | 1 | | | | |
| U.S. Ex. 85957 | CTRCONTRACTS025100 | 5100 | | 1 | | | | |
| U.S. Ex. 85958 | CTRCONTRACTS025188 | 5188 | | 1 | | | | |
| U.S. Ex. 85992 | 70055467 | 70056064 | | 1 | Deny | Authenticity: Multiple Documents In One Exhibit From Same Party. | | |
| U.S. Ex. 86099 | LDOJ2607427 | 7434 | | 1 | | | | |
| U.S. Ex. 86187 | TI01361955 | 1955 | | 1 | | | | |
| U.S. Ex. 86286 | CTRSP-FILES0007856 | 7856 | | 1 | | | | |
| U.S. Ex. 86323 | 19672 | 9674 | | 1 | | | | |
| U.S. Ex. 86396 | LWODJ9055776 | 5778 | | 1 | | | | |
| U.S. Ex. 86404 | LG2011501 | 1503 | | 1 | | | | |
| U.S. Ex. 86407 | LG2023838 | 3841 | | 1 | | | | |

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits



## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 86542 | TIMN270252 | 0252 | | 1 | | | | |
| U.S. Ex. 86543 | TIMN270250 | 0251 | | 1 | | | | |
| U.S. Ex. 86544 | TIMN270249 | 0249 | | 1 | | | | |
| U.S. Ex. 86545 | TIMN270253 | 0253 | | 1 | | | | |
| U.S. Ex. 86551 | TIDN0012020 | 2020 | | 1 | | | | |
| U.S. Ex. 86552 | TIDN0012021 | 2021 | | 1 | | | | |
| U.S. Ex. 86589 | 2065260325 | 0325 | | 1 | | | | |
| U.S. Ex. 86622 | 11246158 | 6158 | | 1 | | | | |
| U.S. Ex. 86623 | 10011185 | 1185 | | 1 | | | | |
| U.S. Ex. 86676 | TLT1050746 | 0746 | | 1 | Deny | Authenticity: Advertisement - Incomplete Publication. | | |
| U.S. Ex. 86726 | TLT0050205 | 0209 | | 1 | Deny | Authenticity: Incomplete or Missing Document - Missing Page(s). | | |
| U.S. Ex. 86794 | ARG0350430 | 0440 | | 1 | | | | |
| U.S. Ex. 86902 | ARU0922878 | 2893 | | 1 | | | | |
| U.S. Ex. 86987 | 82406689 | 6705 | | 0 | | | | |
| U.S. Ex. 86991 | TLT1032459 | 2463 | | 1 | | | | |
| U.S. Ex. 87009 | 2082451818 | 1841 | | 1 | | | | |
| U.S. Ex. 87019 | 632150212 | 0222 | | 1 | | | | |
| U.S. Ex. 87047 | TLT0960104 | 0112 | | 0 | | | | |
| U.S. Ex. 87084 | 1003294165 | 1003294180 | | 1 | | | | |

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits

*Appendix E*

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 87111 | 2022955501 | 2022955502 | | 1 | | | | |
| U.S. Ex. 87156 | TI01750819 | 0820 | | 1 | | | | |
| U.S. Ex. 87165 | 50056420 | 50056420 | | 1 | | | | |
| U.S. Ex. 87166 | 50056421 | 50056422 | | 1 | | | | |
| U.S. Ex. 87167 | 50056410 | 50056410 | | 1 | | | | |
| U.S. Ex. 87168 | 50056407 | 50056407 | | 1 | | | | |
| U.S. Ex. 87171 | 50056389 | 50056399 | | 1 | | | | |
| U.S. Ex. 87222 | 00552952 | 2953 | | 1 | Deny | Authenticity: Incomplete or Missing Document - Missing Exhibit. | | |
| U.S. Ex. 87379 | TLT096 | | | 1 | | | | |
| U.S. Ex. 87413 | 2023238001 | 8172 | | 1 | | | | |
| U.S. Ex. 87544 | TIKU000006580 | 6585 | | 1 | | | | |
| U.S. Ex. 87585 | ATC2506943 | 6945 | | 0 | Deny | Authenticity: Illegible.<br>Authenticity: Incomplete or Missing Document - Partial Document. | | |
| U.S. Ex. 87674 | TIMN271865<br>TIMN271868 | TIMN271867<br>TIMN271870 | | 1 | | | | |
| U.S. Ex. 87693 | 2015057143 | 7144 | | 1 | | | | |
| U.S. Ex. 87694 | LWODJ9055329 | 5331 | | 1 | | | | |
| U.S. Ex. 87759 | 520920317 | 0969 | | 1 | | | | |
| U.S. Ex. 87808 | 92002948 | 3012 | | 1 | | | | |

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits

*Appendix E*

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 87842 | 89959484 | 9486 | | 1 | | | | |
| U.S. Ex. 87871 | TLT1012092 | 2092 | | 0 | | | | |
| U.S. Ex. 87872 | TLT1011328 | 1335 | | 0 | Deny | Authenticity: Illegible. | | |
| U.S. Ex. 87876 | GTS0610028 | 0041 | | 1 | | | | |
| U.S. Ex. 87877 | 522414540 | 4563 | | 1 | | | | |
| U.S. Ex. 87879 | TLT1011267 | 1274 | | 0 | | | | |
| U.S. Ex. 87880 | TLT1011298 | 1300 | | 0 | | | | |
| U.S. Ex. 88004 | 525735695 | 5730 | | 0 | | | | |
| U.S. Ex. 88005 | 2048767992 | 8039 | | 0 | Deny | Authenticity: Incomplete or Missing Document - Missing Page(s). | | |
| U.S. Ex. 88032 | TLT096 | | | 1 | Deny | Authenticity: Altered - Interlineations and/or Underlining. | | |
| U.S. Ex. 88035 | 52264242422 | 2433 | | 1 | | | | |
| U.S. Ex. 88056 | TLT0960523 | 0525 | | 0 | | | | |
| U.S. Ex. 88058 | ARG0540406 | 407 | | 1 | | | | |
| U.S. Ex. 88066 | 750009046 | 9098 | | 0 | | | | |
| U.S. Ex. 88095 | PM3000185282 | 5319 | | 1 | | | | |
| U.S. Ex. 88096 | LG2005471 | 5473 | | 1 | | | | |
| U.S. Ex. 88147 | 2048021681 | 1676 | | 1 | | | | |
| U.S. Ex. 88348 | TLT0962291 | 2295 | | 1 | | | | |

*Appendix E*

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 88497 | TIMN371764 | 1795 | | 1 | | | | |
| U.S. Ex. 88576 | 206371182 | 1187 | | 1 | | | | |
| U.S. Ex. 88618 | 520842199 | 2295 | | 1 | | | | |
| U.S. Ex. 88652 | 2075796564 | 6565 | | 1 | | | | |
| U.S. Ex. 88658 | TIFL053367 | 3367 | | 1 | | | | |
| U.S. Ex. 88671 | ARU5840099 | 100 | | 1 | | | | |
| U.S. Ex. 88742 | 514238612 | 8615 | | 1 | | | | |
| U.S. Ex. 88754 | 2505789182 | 9183 | | 1 | | | | |
| U.S. Ex. 88779 | TIMN013181 | 3181 | | 1 | | | | |
| U.S. Ex. 88784 | 2081925847 | 5856 | | 1 | | | | |
| U.S. Ex. 88789 | 2046753054 | 3054 | | 1 | | | | |
| U.S. Ex. 88792 | LWDOJ00095518 | 5519 | | 1 | | | | |
| U.S. Ex. 88807 | HTT0010212 | 214 | | 1 | | | | |
| U.S. Ex. 88808 | HTT0010215 | 216 | | 1 | | | | |
| U.S. Ex. 88814 | HTT0010271 | 358 | | 1 | | | | |
| U.S. Ex. 88815 | HTT0010359 | 360 | | 1 | | | | |
| U.S. Ex. 88816 | HTT0010361 | 363 | | 1 | | | | |
| U.S. Ex. 88827 | 0000130803 | 0000130803 | | 1 | | | | |
| U.S. Ex. 88833 | HTT0010532 | 534 | | 1 | | | | |
| U.S. Ex. 88837 | 00552421 | 2422 | | 1 | | | | |
| U.S. Ex. 88838 | 01404442 | 4443 | | 1 | | | | |

# Defendants' Revised August 23, 2004 Authenticity and Privilege Objections to Plaintiff's Designated Supplemental July 1, 2004 Trial Exhibits

*Appendix E*

## USA v. Philip Morris USA Inc., et al.
## Civil Action No. 99-CV-2496 (GK)

| Trial Ex. No. | Bates Begin | Bates End | Description | Tier | Authenticity | Authenticity Objection | Privilege | Privilege Objection |
|---|---|---|---|---|---|---|---|---|
| U.S. Ex. 88839 | 03658997 | 8998 | | 1 | | | | |
| U.S. Ex. 88869 | 2040664215 | 2040664215 | | 1 | | | | |