# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                             )<br>               Plaintiff,                      )<br>                                                             )   Civil Action No. 99-2496 (GK)<br>                                                             )<br>        v.                                             )<br>                                                             )   Next Scheduled Court Appearance:<br>PHILIP MORRIS USA INC. (formerly )   September 21, 2004<br>known as Philip Morris Incorporated), et al., )<br>                                                             )<br>               Defendants.                )<br>                                                             ) | |

**DEFENDANT ALTRIA GROUP, INC. AND PHILIP MORRIS USA INC.'S
<u>NOTICE OF PAYMENTS REQUIRED BY ORDER #600</u>**

Defendants Altria Group, Inc. and Philip Morris USA Inc. hereby provide notice that on September 1, 2004, they made the following payments required by Order #600:

1. A payment of $2,750,000 into the Court Registry.

2. A payment of $5,027.48 to the United States.

DATED: September 2, 2004                    Respectfully submitted,

                                                                    /s/  Patricia M. Schwarzschild *for*
                                                                    Timothy M. Broas (D.C. Bar No. 391145)
                                                                    WINSTON & STRAWN LLP
                                                                    1400 L Street, N.W.
                                                                    Washington, D.C.  20005-3502
                                                                    Telephone:  (202) 371-5700
                                                                    Fax:  (202) 371-5950

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone:  (312) 558-6700
Fax:  (202) 558-5700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
         GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990

Attorneys for Defendants
Altria Group Inc. (f/k/a Philip Morris Companies Inc.) and Philip Morris USA Inc. (f/k/a Philip Morris Incorporated)