# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————  )
                                                   )
UNITED STATES OF AMERICA,                          )
                                                   )
           Plaintiff,                              )
                                                   )      Civil No. 99-CV-02496 (GK)
           v.                                      )
                                                   )      Next scheduled court appearance:
PHILIP MORRIS USA INC.,                            )      Trial (ongoing)
f/k/a PHILIP MORRIS INC., *et al.*,                )
                                                   )
           Defendants.                             )
———————————————————————  )

## EXHIBITS SUBMITTED OR REFERRED TO AS PART OF
## THE DIRECT TESTIMONY OF WILLIAM A. FARONE, Ph.D.,
## PURSUANT TO ORDER #471

U.S. Exhibit 20,015
U.S. Exhibit 20,023
U.S. Exhibit 20,025
U.S. Exhibit 20,029
U.S. Exhibit 20,043
U.S. Exhibit 20,047
U.S. Exhibit 20,070
U.S. Exhibit 20,081
U.S. Exhibit 20,088
U.S. Exhibit 20,092
U.S. Exhibit 20,100
U.S. Exhibit 20,111
U.S. Exhibit 20,123
U.S. Exhibit 20,124
U.S. Exhibit 20,139
U.S. Exhibit 20,159
U.S. Exhibit 20,165
U.S. Exhibit 20,170
U.S. Exhibit 20,176
U.S. Exhibit 20,177
U.S. Exhibit 20,247
U.S. Exhibit 20,295

U.S. Exhibit 20,348
U.S. Exhibit 20,351
U.S. Exhibit 20,352
U.S. Exhibit 20,355
U.S. Exhibit 20,371
U.S. Exhibit 20,376
U.S. Exhibit 20,381
U.S. Exhibit 20,399
U.S. Exhibit 20,425
U.S. Exhibit 20,487
U.S. Exhibit 20,491
U.S. Exhibit 20,493
U.S. Exhibit 20,509
U.S. Exhibit 20,581
U.S. Exhibit 20,659
U.S. Exhibit 20,669
U.S. Exhibit 20,735
U.S. Exhibit 20,863
U.S. Exhibit 20,928
U.S. Exhibit 21,020
U.S. Exhibit 21,153
U.S. Exhibit 21,226
U.S. Exhibit 21,239
U.S. Exhibit 21,302
U.S. Exhibit 21,369
U.S. Exhibit 21,462
U.S. Exhibit 21,475
U.S. Exhibit 21,478
U.S. Exhibit 21,485
U.S. Exhibit 21,487
U.S. Exhibit 21,547
U.S. Exhibit 21,553
U.S. Exhibit 21,568
U.S. Exhibit 21,576
U.S. Exhibit 21,617
U.S. Exhibit 21,737
U.S. Exhibit 21,753
U.S. Exhibit 21,794
U.S. Exhibit 21,933
U.S. Exhibit 21,934
U.S. Exhibit 22,012
U.S. Exhibit 22,023
U.S. Exhibit 22,029

U.S. Exhibit 22,133
U.S. Exhibit 22,149
U.S. Exhibit 22,192
U.S. Exhibit 22,216
U.S. Exhibit 22,219
U.S. Exhibit 22,285
U.S. Exhibit 22,848
U.S. Exhibit 22,887
U.S. Exhibit 22,893
U.S. Exhibit 22,894
U.S. Exhibit 22,967
U.S. Exhibit 22,986
U.S. Exhibit 23,057
U.S. Exhibit 25,418
U.S. Exhibit 26,072
U.S. Exhibit 26,074
U.S. Exhibit 26,123
U.S. Exhibit 34,136
U.S. Exhibit 34,154
U.S. Exhibit 34,155
U.S. Exhibit 34,156
U.S. Exhibit 34,157
U.S. Exhibit 34,158
U.S. Exhibit 34,160
U.S. Exhibit 34,161
U.S. Exhibit 34,188
U.S. Exhibit 34,189
U.S. Exhibit 34,191
U.S. Exhibit 34,192
U.S. Exhibit 34,197
U.S. Exhibit 34,204
U.S. Exhibit 34,205
U.S. Exhibit 34,207
U.S. Exhibit 34,209
U.S. Exhibit 34,210
U.S. Exhibit 34,217
U.S. Exhibit 34,220
U.S. Exhibit 34,223
U.S. Exhibit 34,227
U.S. Exhibit 34,243
U.S. Exhibit 34,249
U.S. Exhibit 34,265
U.S. Exhibit 34,269

U.S. Exhibit 34,274
U.S. Exhibit 34,278
U.S. Exhibit 34,289
U.S. Exhibit 34,293
U.S. Exhibit 34,296
U.S. Exhibit 34,299
U.S. Exhibit 34,311
U.S. Exhibit 34,404
U.S. Exhibit 34,423
U.S. Exhibit 34,424
U.S. Exhibit 34,561
U.S. Exhibit 34,587
U.S. Exhibit 34,661
U.S. Exhibit 34,663
U.S. Exhibit 34,674
U.S. Exhibit 34,706
U.S. Exhibit 34,717
U.S. Exhibit 34,724
U.S. Exhibit 34,846
U.S. Exhibit 34,924
U.S. Exhibit 34,934
U.S. Exhibit 34,935
U.S. Exhibit 34,953
U.S. Exhibit 35,081
U.S. Exhibit 35,091
U.S. Exhibit 35,103
U.S. Exhibit 35,109
U.S. Exhibit 35,132
U.S. Exhibit 35,139
U.S. Exhibit 35,172
U.S. Exhibit 35,179
U.S. Exhibit 35,183
U.S. Exhibit 35,184
U.S. Exhibit 35,216
U.S. Exhibit 35,217
U.S. Exhibit 35,224
U.S. Exhibit 35,228
U.S. Exhibit 35,239
U.S. Exhibit 35,241
U.S. Exhibit 35,267
U.S. Exhibit 35,306
U.S. Exhibit 35,324
U.S. Exhibit 35,476

U.S. Exhibit 35,524
U.S. Exhibit 35,539
U.S. Exhibit 35,546
U.S. Exhibit 35,548
U.S. Exhibit 35,549
U.S. Exhibit 35,553
U.S. Exhibit 35,556
U.S. Exhibit 35,572
U.S. Exhibit 35,573
U.S. Exhibit 35,635
U.S. Exhibit 35,638
U.S. Exhibit 35,642
U.S. Exhibit 35,676
U.S. Exhibit 35,709
U.S. Exhibit 35,775
U.S. Exhibit 35,826
U.S. Exhibit 35,840
U.S. Exhibit 35,920
U.S. Exhibit 35,966
U.S. Exhibit 36,460
U.S. Exhibit 36,679
U.S. Exhibit 36,727
U.S. Exhibit 36,740
U.S. Exhibit 36,741
U.S. Exhibit 36,767
U.S. Exhibit 36,779
U.S. Exhibit 36,826
U.S. Exhibit 36,830
U.S. Exhibit 36,855
U.S. Exhibit 36,871
U.S. Exhibit 37,130
U.S. Exhibit 37,155
U.S. Exhibit 37,158
U.S. Exhibit 37,195
U.S. Exhibit 37,312
U.S. Exhibit 37,314
U.S. Exhibit 37,345
U.S. Exhibit 37,394
U.S. Exhibit 37,424
U.S. Exhibit 37,427
U.S. Exhibit 38,486
U.S. Exhibit 38,819
U.S. Exhibit 39,403

U.S. Exhibit 39,884
U.S. Exhibit 45,164
U.S. Exhibit 45,165
U.S. Exhibit 45,774
U.S. Exhibit 46,443
U.S. Exhibit 46,608
U.S. Exhibit 46,695
U.S. Exhibit 46,972  (Highly Sensitive Information)
U.S. Exhibit 47,083  (Highly Sensitive Information)
U.S. Exhibit 47,283
U.S. Exhibit 47,496
U.S. Exhibit 47,535
U.S. Exhibit 47,628
U.S. Exhibit 47,645
U.S. Exhibit 47,661
U.S. Exhibit 47,720
U.S. Exhibit 47,721
U.S. Exhibit 47,723
U.S. Exhibit 47,766
U.S. Exhibit 48,146
U.S. Exhibit 48,335
U.S. Exhibit 48,662
U.S. Exhibit 48,681
U.S. Exhibit 48,693
U.S. Exhibit 48,978
U.S. Exhibit 49,306
U.S. Exhibit 49,317
U.S. Exhibit 49,357
U.S. Exhibit 49,374
U.S. Exhibit 49,411
U.S. Exhibit 49,466
U.S. Exhibit 49,495
U.S. Exhibit 49,520
U.S. Exhibit 49,637
U.S. Exhibit 49,726
U.S. Exhibit 49,816
U.S. Exhibit 49,896
U.S. Exhibit 49,903
U.S. Exhibit 49,978
U.S. Exhibit 50,088
U.S. Exhibit 50,091
U.S. Exhibit 50,096
U.S. Exhibit 50,114

U.S. Exhibit 50,116
U.S. Exhibit 50,159
U.S. Exhibit 50,164
U.S. Exhibit 50,186
U.S. Exhibit 50,230
U.S. Exhibit 50,231
U.S. Exhibit 50,233
U.S. Exhibit 50,235
U.S. Exhibit 50,658
U.S. Exhibit 50,667
U.S. Exhibit 50,692
U.S. Exhibit 50,697
U.S. Exhibit 50,700
U.S. Exhibit 50,701
U.S. Exhibit 50,704
U.S. Exhibit 50,705
U.S. Exhibit 50,707
U.S. Exhibit 51,293
U.S. Exhibit 51,425
U.S. Exhibit 51,496
U.S. Exhibit 51,626
U.S. Exhibit 51,632
U.S. Exhibit 51,775
U.S. Exhibit 53,011
U.S. Exhibit 53,135
U.S. Exhibit 53,148
U.S. Exhibit 53,186
U.S. Exhibit 53,187
U.S. Exhibit 53,297
U.S. Exhibit 53,433
U.S. Exhibit 53,459
U.S. Exhibit 53,463
U.S. Exhibit 53,464
U.S. Exhibit 53,466
U.S. Exhibit 53,470
U.S. Exhibit 53,484
U.S. Exhibit 53,485
U.S. Exhibit 53,502
U.S. Exhibit 53,509
U.S. Exhibit 53,510
U.S. Exhibit 53,516
U.S. Exhibit 53,517
U.S. Exhibit 54,037

U.S. Exhibit 54,377
U.S. Exhibit 54,506
U.S. Exhibit 55,261
U.S. Exhibit 55,266
U.S. Exhibit 55,267
U.S. Exhibit 55,268
U.S. Exhibit 55,270
U.S. Exhibit 55,271
U.S. Exhibit 55,272
U.S. Exhibit 55,273
U.S. Exhibit 55,276
U.S. Exhibit 55,278
U.S. Exhibit 55,279
U.S. Exhibit 55,280
U.S. Exhibit 55,283
U.S. Exhibit 55,284
U.S. Exhibit 55,381
U.S. Exhibit 55,403
U.S. Exhibit 55,641
U.S. Exhibit 55,938
U.S. Exhibit 56,206
U.S. Exhibit 56,209
U.S. Exhibit 56,217
U.S. Exhibit 56,228
U.S. Exhibit 56,233
U.S. Exhibit 56,269
U.S. Exhibit 56,344
U.S. Exhibit 56,825
U.S. Exhibit 56,905
U.S. Exhibit 58,608
U.S. Exhibit 58,700
U.S. Exhibit 58,714
U.S. Exhibit 58,891
U.S. Exhibit 59,412
U.S. Exhibit 59,550
U.S. Exhibit 59,799
U.S. Exhibit 59,800
U.S. Exhibit 61,129
U.S. Exhibit 61,160
U.S. Exhibit 61,233
U.S. Exhibit 61,237
U.S. Exhibit 61,248
U.S. Exhibit 61,368

U.S. Exhibit 61,261
U.S. Exhibit 61,312
U.S. Exhibit 61,329
U.S. Exhibit 61,504
U.S. Exhibit 63,579
U.S. Exhibit 64,813
U.S. Exhibit 70,839
U.S. Exhibit 76,155
U.S. Exhibit 78,530
U.S. Exhibit 78,963
U.S. Exhibit 85,073
U.S. Exhibit 85,456
U.S. Exhibit 85,457
U.S. Exhibit 85,459
U.S. Exhibit 85,826
U.S. Exhibit 86,908
U.S. Exhibit 86,964
U.S. Exhibit 87,226
U.S. Exhibit 87,559
U.S. Exhibit 87,561
U.S. Exhibit 87,562
U.S. Exhibit 87,563
U.S. Exhibit 87,564
U.S. Exhibit 87,565
U.S. Exhibit 87,567
U.S. Exhibit 87,568
U.S. Exhibit 87,569
U.S. Exhibit 88,040
U.S. Exhibit 88,093
U.S. Exhibit 88,771
U.S. Exhibit 88,772
U.S. Exhibit 89,064
U.S. Exhibit 17,346  (demonstrative only)
U.S. Exhibit 17,347  (demonstrative only)
U.S. Exhibit 17,348  (demonstrative only)
U.S. Exhibit 17,349  (demonstrative only)
U.S. Exhibit 17,350  (demonstrative only)