UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 99-CV-2496 (GK) |
| ) | |
| v. ) | Next Court Appearance: |
| ) | October 4, 2004 |
| PHILIP MORRIS USA INC. (f/k/a, ) | |
| PHILIP MORRIS INCORPORATED), et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' STATEMENT OF ISSUES IN DISPUTE AND LEGAL ISSUES MEMORANDA REGARDING OBJECTIONS TO THE PROFFERED DIRECT EXAMINATION OF WILLIAM A. FARONE, Ph. D.**

Pursuant to Order #471, Defendants submit this statement of issues in dispute related to William A. Farone's direct testimony with accompanying memoranda of law in support of the evidentiary objection raised by each issue (Attachment A), specific objections to Dr. Farone's testimony (Attachment B), and specific objections to the exhibits identified for Dr. Farone (Attachment C).[1]

**STATEMENT OF ISSUES IN DISPUTE**

Plaintiff's expert William Farone expresses opinions and relies on document that were not disclosed in his expert report. Such undisclosed opinions should be excluded under the Federal Rules and this Court's orders governing expert discovery. Moreover, Farone purports to offer opinions that are unsupported scientifically and others that are completely outside the scope of his expertise. Finally, Farone lists numerous documents for which he does not and cannot lay

---

[1] In addition to the objections below, the following United States Exhibits are document for which Joint Defendants continue to assert the attorney-client privilege, joint defense privilege, work product protection or other protections from disclosure but are "Bliley documents" or other documents that the Court has ordered released: U.S. Exs. 21,020; 21,478; 54,037; and 85,826. Further, Joint Defendants object to the extent Plaintiff uses a copy of any of these exhibits without a "compelled release" watermark.

an adequate foundation.  While he may discuss such documents in his testimony, under the Federal Rules they may not be admitted into evidence.

- **Issue One:  Dr. Farone Offers Opinions That Were Never Disclosed**

    Dr. Farone offers opinions on mutagencity and compensation that are not included in his expert disclosures in this case.

- **Issue Two:  Dr. Farone Offers Opinions On "Safer" Alternative Cigarette Designs That Are Not Grounded In Any Scientific Method Or Based On Any Scientific Testing**

    Dr. Farone's direct testimony sets forth a number of changes to cigarettes that he believes would make the product safer.  However, Dr. Farone has absolutely no science to back up these speculative and scientifically unreliable theories.

- **Issue Three:  Dr. Farone's Testimony Based On Internal Documents Should Be Stricken**

    In his direct testimony, Dr. Farone testifies about what Defendants knew, believed and intended based on his "review" of a minute fraction of the internal company documents Defendants have produced in litigation and posted to their respective websites.  Dr. Farone is not qualified as an "expert" about Defendants' knowledge, beliefs and intent simply because he has read documents so that he can testify against Defendants in litigation.

- **Issue Four:  Dr. Farone's Testimony On Addiction, Nicotine Manipulation and Ammonia Should Be Stricken**

    In his direct testimony, Dr. Farone testifies about addiction, nicotine and the alleged use of ammonia to increase nicotine'e effect.  Dr. Farone is not qualified to testify as an expert on the topic of addiction or nicotine pharmacology.  Moreover, his opinions on nicotine manipulation through the use of ammonia consist of speculation, ungrounded in scientific fact or method.

- **Issue Five:  Dr. Farone's Testimony On Advertising And Marketing Should Be Stricken**

In his direct testimony, Dr. Farone asserts that Defendants' marketing and promotion efforts are designed to avoid making comparisons between their less hazardous and their other cigarette products and that this lack of comparative information is the reason why consumers do not purchase products such as Philip Morris' Accord product.  Dr. Farone is not qualified to render such opinions and his testimony should be stricken.

- **Issue Six:  Dr. Farone's Testimony On Causation Should Be Stricken**

Dr. Farone's direct testimony on the quantum of proof necessary to reach a conclusion as to medical causation should be stricken.  Dr. Farone is not qualified to render such opinions.  Nor is he qualified to render opinions on the effects cigarette design changes may or may not have on biological system.

- **Issue Seven:  The Government Cannot Use Dr. Farone As A Vehicle To Admit Documents Whose Relevance To His Opinions Or Testimony Has Not Been Established**

The Court should deny Plaintiff's attempt to introduce hundreds of documents through Dr. Farone because the Government has failed to establish either (i) the relevance (if any) of these documents to Dr. Farone's testimony or opinions; or (ii) that many of these documents are not hearsay or offered for a non-hearsay purpose.  *See* Order #671.

- **Issue Eight:  Additional Legal Issues Applicable To Exhibits**

Certain legal issues relevant to particular documents are addressed here.

DATED:  October 1, 2004                                Respectfully submitted,


/s/ Jane E. Chang *for*
Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005-3502

Telephone: (202) 371-5700
Fax:  (202) 371-5950

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax:  (202) 558-5700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
       GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990

Attorneys for Defendants
Altria Group Inc. (f/k/a Philip Morris Companies Inc.) and Philip Morris USA Inc. (f/k/a Philip Morris Incorporated)


/s/ Jane E. Chang *for*
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Jonathan M. Redgrave (D.C. Bar No. 474288)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

Robert C. Weber
Paul G. Crist
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Fax: (216) 579-0212

Attorneys for Defendant

R.J. Reynolds Tobacco Company


/s/ Jane E. Chang *for*
Kenneth N. Bass (D.C. Bar No. 386070)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 200005
Telephone: (202) 879-5000
Fax:  (202) 879-5200

David M. Bernick
Stephen R. Patton
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Suite 5900
Chicago, Illinois 60601
Telephone: (312) 861-2000
Fax:  (312) 861-2200

Attorneys for Defendant
Brown & Williamson Tobacco Corporation
(individually, and as successor in interest to
The American Tobacco Company)



/s/ Jane E. Chang *for*
Edward C. Schmidt (D.C. Bar No. 199315)
Matthew D. Schwartz (D.C. Bar No. 436619)
THOMPSON COBURN LLP
1909 K Street, N.W.
Suite 600
Washington, D.C. 20006
Telephone: (202) 585-6900
Fax: (314) 552-7597

J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

5

Gene E. Voigts
Richard L. Gray
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Fax: (816) 421-2708

Attorneys for Defendant
Lorillard Tobacco Company



/s/ Jane E. Chang *for*
David L. Wallace
Jessica L. Zellner
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, 34th Floor
New York, New York 10112-0219
Telephone: (212) 408-5100

Attorneys for Defendant
British American Tobacco (Investments)
Limited (f/k/a British-American Tobacco
Company Limited)



/s/ Jane E. Chang *for*
Steven Klugman
Steven S. Michaels
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000

J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
Jason A. Wheeler
THOMPSON COBURN
One US Bank Plaza, Suite 3500
St. Louis, Missouri  63101-1693
Telephone:  (314) 552-6000

6

Attorneys for Defendant
The Council for Tobacco Research-U.S.A., Inc.


/s/ Jane E. Chang *for*
James A. Goold
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

Attorneys for Defendant
The Tobacco Institute, Inc.


/s/ Jane E. Chang *for*
Aaron H. Marks
Leonard A. Feiwus
Nancy E. Straub
New York, New York 10019-6799
Telephone: (212) 506-1700

Attorneys for Defendant
Liggett Group, Inc.

7