ATTACHMENT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 99-CV-2496 (GK) |
| ) | |
| PHILIP MORRIS USA INC. (f/k/a ) | |
| PHILIP MORRIS INCORPORATED), et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS
IDENTIFIED FOR WILLIAM FARONE**

Pursuant to Order #471, Defendants hereby make the following objections to exhibits identified by Plaintiff for William Farone (in addition to those identified in their legal issues memoranda):

| EXHIBIT | EVIDENTIARY OBJECTION |
|---|---|
| 20247 | FRE 702  Unreliable |
| 21020 | FRE 403  Unfair Prejudice<br><br>FRE 802  Hearsay<br><br>FRE 805  Hearsay within hearsay |
| 21475 | FRE 802  Hearsay |
| 21547 | FRE 401, 402  Relevance (document is unrelated) |
| 22023 | FRE 401, 402  Relevance (document is unrelated)<br><br>FRE 901  Authenticity (incomplete copy) |
| 26123 | FRE 805  Hearsay within hearsay |
| 34136 | FRE 802  Hearsay |
| 34154 | FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 34155 | FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 34156 | FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 34157 | FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 34158 | FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 34161 | FRE 901  Authenticity (Multiple Documents In One Exhibit From Same Party)<br><br>FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 34191 | Objection - Plaintiffs should use JE-034191 at trial |
| 34274 | Objection - Plaintiffs should use JE-034274 at trial |
| 34663 | FRE 802  Hearsay |

| | |
|---|---|
| 34706 | FRE 802  Hearsay<br><br>FRE 402  Relebance (no indication that this was intended for commercial purposes) |
| 34717 | FRE 802  Hearsay<br><br>FRE 901  Authenticity (handwritten notes) |
| 34924 | FRE 402  Relevance<br><br>FRE 805  Hearsay within hearsay |
| 34934 | FRE 901  Authenticity (multiple documents) |
| 35179 | Objection - Plaintiffs should use JE-035179 at trial |
| 35476 | FRE 901  Authenticity (Altered - Interlineations and/or Underlining)<br><br>FRE 901 Authenticity (Altered - Other) |
| 35572 | FRE 901  Authenticity (copy has illegible pages) |
| 36830 | FRE 401, 402 Standing ETS Objection (to the extent the exhibit is being offered on issues relating to ETS) |
| 37158 | FRE 901  Authenticity (Altered - Other)<br><br>FRE 901 Authenticity (Incomplete or Missing Document - Missing Page(s))<br><br>FRE 401, 402 Standing ETS Objection (to the extent the exhibit is being offered on issues relating to ETS) |
| 37345 | FRE 901  Authenticity (Incomplete or Missing Document - Missing Page(s)) |
| 37394 | Cumulative Exhibit (Identical to U.S. Ex. 21568) |
| 37427 | Objection - Plaintiffs should use JE-037427 at trial |
| 38486 | FRE 702  Unreliable |
| 39403 | FRE 901  Authenticity (Altered - Other)<br><br>FRE 901 Authenticity (Multiple Documents In One Exhibit From Same Party) |
| 46608 | FRE 402  Relevance (no evidence that BATCo actually used ammonia technology in its commercial products and document says that these ammonia experiments not reflective of amount of nicotine in commercial products) |
| 46972 | FRE 402  Relevance (subject to confidentiality) |
| 47283 | FRE 901  Authenticity (Incomplete or Missing Document - Missing Page(s)) |
| 47496 | FRE 901  Authenticity (Altered - Other)<br><br>FRE 901  Authenticity (Incomplete or Missing Document - Missing Page(s)) |
| 47721 | Objection - Plaintiffs should use JE-047721 at trial |
| 49466 | FRE 901  Authenticity (Incomplete or Missing Document - Missing Page(s))  If Plaintiff uses the replacement copy provided by defendants, objection will be withdrawn |
| 50658 | FRE 901  Authenticity (exhibit has added non-bates labeled first page |
| 51496 | Objection - Plaintiffs should use JE-51496 at trial |
| 53135 | FRE 901  Authenticity (Altered - Interlineations and/or Underlining) |
| 53148 | FRE 901  Authenticity (missing pages, multiple documents in one exhibit, marginalia) |
| 53187 | FRE 402  Relevance (no evidence that BATCo actually used ammonia technology in its commercial products) |
| 53297 | FRE 402  Relevance |
| 55403 | Objection - Plaintiffs should use JE-055403 at trial |
| 56206 | Objection - Plaintiffs should use JE-056206 at trial |
| 56233 | Objection - Plaintiffs should use JE-056233 at trial |
| 56269 | Objection - Plaintiffs should use JE-056269 at trial |
| 56344 | FRE 901  Authenticity (Incomplete or Missing Document - Partial Document) |
| 61248 | FRE 901  Authenticity (Genuineness - Disputed Document) |
| 61261 | FRE 901  Authenticity (Incomplete or Missing Document - Partial Document) |

|       |                                                                           |
|-------|---------------------------------------------------------------------------|
|       | FRE 901  Authenticity (Multiple Documents In One Exhibit From Same Party) |
| 61312 | FRE 901  Authenticity (Altered - Marginalia)                              |
|       | FRE 901  Authenticity (Genuineness - Disputed Document)                   |
|       | FRE 802  Hearsay                                                          |
| 61329 | FRE 401, 402  Relevance (handwritten note on first page)                  |
|       | FRE 901  Authenticity (Copy features handwritten notes not in original)   |
|       | FRE 802  Hearsay                                                          |
|       | FRE 803(18) Learned Treatise                                              |
| 86908 | FRE 802  Hearsay                                                          |
| 88093 | FRE 901  Authenticity (Genuineness - Disputed Document)                   |
| 88772 | FRE 901  Authenticity (copy had additional page before beginning of document) |