UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC.,<br>  f/k/a PHILIP MORRIS INC., *et al.*,<br><br>  Defendants. | Civil Action<br>No. 99-CV-02496 (GK)<br><br>Next scheduled appearance:<br>Trial (ongoing) |

**UNITED STATES' NOTICE OF SUBMISSION OF THE PRIOR TESTIMONY OF FREDERICK PANZER**

The United States submits the following prior testimony designations of Frederick Panzer:

Deposition testimony in <u>Small and Fubini v. Lorillard Tobacco Co. Inc.</u>, No. 110949/96 (N.Y. Sup. Ct.), October 22, 1997

1:1-10:25; 13:8-13:10; 35:19-35:25; 36:19-37:3; 58:6-21; 68:7-70:24; 72:4-7; 72:15-73:1; 73:14-74:10; 78:18-24; 79:16-80:24; 82:11-19; 87:20-88:5; 88:25-89:18; 92:20-97:15; 98:9-22; 101:14-102:6; 105:10-106:17; 110:11-111:5; 113:16-114:20; 116:19-117:18; 126:13-25; 127:14-128:8; 134:7-12; 161:22-162:21; 163:15-168:1; 183:19-185:9; 206:16-207:20; 237:1-238:19

Deposition testimony in <u>Ironworkers Local Union No. 17 v. Philip Morris Inc.</u>, No.          1:97CV1422 (N.D. Ohio),  December 18, 1998

1:1-3:17; 18:22-19:11; 20:1-23:22; 25:22-26:20; 30:6-31:20; 35:8-36:5; 129:5-131:5

Paper copies of the designations, with color highlighting as required by Order #471, are being submitted to Defendants for counter-designations. Once counter and rebuttal designations have been added, the United States will file the designations in paper form with the Clerk's office. A

list of exhibits submitted with or referred to in Mr. Panzer's prior testimony is being filed as an

Exhibit to this Notice, pursuant to Order #471.

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              /s/ Sharon Y. Eubanks
                                              SHARON Y. EUBANKS (DC Bar # 420147)
                                              Director, Tobacco Litigation Team

                                              /s/ Stephen D. Brody
                                              STEPHEN D. BRODY (DC Bar # 459263)
                                              Deputy Director, Tobacco Litigation Team

                                              /s/ Renée Brooker
                                              RENÉE BROOKER (D.C. Bar # 430159)
                                              Assistant Director, Tobacco Litigation Team


                                              United States Department of Justice
                                              Post Office Box 14524
                                              Ben Franklin Station
                                              Washington, DC  20044-4524
                                              (202) 616-4185

                                              Attorneys for Plaintiff
November 1, 2004                             United States of America