UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 99-CV-2496 (GK) |
| | ) | |
| PHILIP MORRIS USA INC. (f/k/a | ) | |
| PHILIP MORRIS INCORPORATED), <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER #848</u>

### <u>EXHIBITS ADMITTED WITH TESTIMONY OF<br>WILLIAM A. FARONE</u>

Upon consideration of the joint submission of the parties as required by the Court[1] and

the entire record herein, on this 8th day of December 2004, it is:

**ORDERED** that the attached chart identifies the documents that have been admitted into

the trial record by the Court with the testimony of William A. Farone in this case.


       /s/_____

Gladys Kessler
United States District Judge


Copies sent to all counsel of record via ECF

---

[1] The attached list was agreed upon by the parties as the record of admitted documents, subject to and without waiving any objections that may have been made (and were overruled) and thus have been preserved under Fed. R. Evid. 103(a).

*United States v. Philip Morris, et al*
*No. 99-CV-02496 (GK)*
*EXHIBITS ADMITTED WITH THE TESTIMONY OF WILLIAM A. FARONE*

| Exhibit Number | Status[2] |
|---|---|
| 17346 | Admitted |
| 17347 | Admitted |
| 17348 | Admitted |
| 17349 | Admitted |
| 17350 | Admitted |
| 20015 | Admitted |
| 20023 | Admitted |
| 20025 | Admitted |
| 20029 | Admitted |
| 20043 | Admitted |
| 20047 | Admitted |
| 20070 | Admitted |
| 20081 | Admitted |
| 20088 | Admitted |
| 20092 | Admitted |
| 20100 | Admitted (Kessler) |
| 20111 | Admitted |
| 20123 | Admitted |
| 20124 | Admitted |
| 20139 | Admitted |
| 20159 | Admitted |
| 20165 | Admitted |
| 20170 | Admitted |
| 20176 | Admitted |
| 20177 | Admitted |
| 20247 | Admitted |
| 20295 | Admitted |
| 20348 | Admitted |
| 20351 | Admitted |
| 20352 | Admitted |
| 20355 | Admitted |
| 20371 | Admitted |
| 20376 | Admitted |
| 20381 | Admitted (Brandt) |
| 20399 | Admitted |
| 20425 | Admitted |
| 20487 | Admitted |
| 20491 | Admitted |
| 20493 | Admitted |
| 20509 | Admitted |
| 20581 | Admitted |
| 20659 | Admitted (Kessler) |
| 20669 | Admitted |
| 20735 | Admitted |
| 20863 | Admitted |
| 20928 | Admitted |
| 21153 | Admitted (Little) |
| 21226 | Admitted |
| 21239 | Admitted |
| 21302 | Admitted |
| 21369 | Admitted (Brandt) |
| 21462 | Admitted |
| 21475 | Admitted |
| 21478 | Admitted |
| 21485 | Admitted |

| | |
|---|---|
| 21487 | Admitted |
| 21547 | Admitted |
| 21553 | Admitted |
| 21568 | Admitted |
| 21576 | Admitted |
| 21617 | Admitted |
| 21737 | Admitted |
| 21753 | Admitted |
| 21794 | Admitted |
| 21933 | Admitted |
| 21934 | Admitted |
| 22012 | Admitted |
| 22023 | Admitted |
| 22029 | Admitted |
| 22133 | Admitted |
| 22149 | Admitted |
| 22192 | Admitted |
| 22216 | Admitted |
| 22219 | Admitted |
| 22261 | Admitted |
| 22264 | Admitted |
| 22280 | Admitted |
| 22281 | Admitted |
| 22285 | Admitted |
| 22443 | Admitted |
| 22848 | Admitted |
| 22887 | Admitted |
| 22893 | Admitted |
| 22894 | Admitted |
| 22967 | Admitted (Kessler) |
| 22986 | Admitted |
| 23057 | Admitted |
| 25418 | Admitted |
| 26069 | Admitted |
| 26072 | Admitted |
| 26074 | Admitted |
| 26123 | Admitted |
| 26186 | Admitted |
| 34115 | Admitted |
| 34154 | Admitted |
| 34155 | Admitted |
| 34156 | Admitted |
| 34157 | Admitted |
| 34158 | Admitted |
| 34160 | Admitted |
| 34161 | Admitted |
| 34188 | Admitted |
| 34189 | Admitted |
| 34191 | Admitted |
| 34192 | Admitted |
| 34197 | Admitted |
| 34204 | Admitted |
| 34205 | Admitted |
| 34207 | Admitted |
| 34209 | Admitted |
| 34210 | Admitted |
| 34217 | Admitted |
| 34220 | Admitted |
| 34223 | Admitted |
| 34227 | Admitted |
| 34243 | Admitted |
| 34249 | Admitted |
| 34265 | Admitted |
| 34269 | Admitted |

| | |
|---|---|
| 34274 | Admitted |
| 34278 | Admitted |
| 34289 | Admitted |
| 34293 | Admitted |
| 34296 | Admitted |
| 34299 | Admitted |
| 34311 | Admitted |
| 34404 | Admitted |
| 34423 | Admitted |
| 34424 | Admitted |
| 34561 | Admitted |
| 34587 | Admitted |
| 34661 | Admitted |
| 34663 | Admitted |
| 34674 | Admitted |
| 34706 | Admitted |
| 34724 | Admitted |
| 34846 | Admitted |
| 34924 | Admitted |
| 34934 | Admitted |
| 34935 | Admitted |
| 34953 | Admitted |
| 35091 | Admitted |
| 35103 | Admitted |
| 35109 | Admitted |
| 35132 | Admitted |
| 35139 | Admitted |
| 35172 | Admitted |
| 35179 | Admitted |
| 35183 | Admitted |
| 35216 | Admitted |
| 35224 | Admitted |
| 35228 | Admitted |
| 35239 | Admitted |
| 35241 | Admitted |
| 35267 | Admitted |
| 35306 | Admitted |
| 35324 | Admitted |
| 35476 | Admitted |
| 35539 | Admitted |
| 35546 | Admitted |
| 35548 | Admitted |
| 35549 | Admitted |
| 35553 | Admitted |
| 35556 | Admitted |
| 35572 | Admitted |
| 35573 | Admitted |
| 35635 | Admitted |
| 35638 | Admitted |
| 35642 | Admitted |
| 35676 | Admitted |
| 35709 | Admitted |
| 35775 | Admitted |
| 35826 | Admitted (Kessler) |
| 35840 | Admitted |
| 35920 | Admitted |
| 35966 | Admitted |
| 36460 | Admitted |
| 36679 | Admitted |
| 36727 | Admitted |
| 36740 | Admitted |
| 36741 | Admitted |
| 36767 | Admitted |
| 36826 | Admitted |

| | |
|---|---|
| 36830 | Admitted |
| 36855 | Admitted |
| 36871 | Admitted |
| 37130 | Admitted |
| 37155 | Admitted |
| 37158 | Admitted |
| 37195 | Admitted |
| 37312 | Admitted |
| | (Kessler) |
| 37314 | Admitted |
| 37345 | Admitted |
| 37394 | Admitted |
| 37424 | Admitted |
| 37427 | Admitted |
| 38486 | Admitted |
| 38819 | Admitted |
| 39884 | Admitted |
| 45164 | Admitted |
| 45165 | Admitted |
| 45774 | Admitted |
| 46079 | Admitted |
| 46443 | Admitted |
| 46608 | Admitted |
| 46695 | Admitted |
| 46972 | Admitted |
| 47083 | Admitted |
| 47283 | Admitted |
| 47496 | Admitted |
| 47535 | Admitted |
| 47628 | Admitted |
| 47645 | Admitted |
| 47661 | Admitted |
| 47720 | Admitted |
| 47721 | Admitted |
| 47723 | Admitted |
| 47766 | Admitted |
| 48146 | Admitted |
| 48335 | Admitted |
| 48662 | Admitted |
| 48681 | Admitted |
| 48693 | Admitted |
| 48978 | Admitted |
| 49306 | Admitted |
| 49317 | Admitted |
| 49357 | Admitted |
| 49374 | Admitted |
| 49411 | Admitted |
| 49466 | Admitted |
| 49495 | Admitted |
| 49520 | Admitted |
| 49637 | Admitted |
| 49726 | Admitted |
| 49816 | Admitted |
| 49896 | Admitted |
| 49903 | Admitted |
| 49978 | Admitted |
| 50088 | Admitted |
| 50091 | Admitted |
| 50096 | Admitted |
| 50114 | Admitted |
| 50116 | Admitted |
| 50159 | Admitted |
| 50164 | |
| 50186 | Admitted |
| 50230 | Admitted |

| | |
|---|---|
| 50231 | Admitted |
| 50233 | Admitted |
| 50235 | Admitted |
| 50658 | Admitted |
| 50667 | Admitted |
| 50692 | Admitted |
| 50697 | Admitted |
| 50700 | Admitted |
| 50701 | Admitted |
| 50704 | Admitted |
| 50705 | Admitted |
| 50707 | Admitted |
| 51293 | Admitted |
| 51425 | Admitted |
| 51496 | Admitted |
| 51626 | Admitted |
| 51632 | Admitted |
| 51775 | Admitted |
| 53011 | Admitted |
| 53135 | Admitted |
| 53148 | Admitted |
| 53186 | Admitted |
| 53187 | Admitted |
| 53297 | Admitted |
| 53433 | Admitted |
| 53459 | Admitted |
| 53463 | Admitted |
| 53464 | Admitted |
| 53466 | Admitted |
| 53470 | Admitted |
| 53484 | Admitted |
| 53485 | Admitted |
| 53502 | Admitted |
| 53509 | Admitted |
| 53510 | Admitted |
| 53516 | Admitted |
| 53517 | Admitted |
| 54377 | Admitted |
| 54506 | Admitted |
| 55261 | Admitted |
| 55266 | Admitted |
| 55267 | Admitted |
| 55268 | Admitted |
| 55270 | Admitted |
| 55271 | Admitted |
| 55272 | Admitted |
| 55273 | Admitted |
| 55276 | Admitted |
| 55278 | Admitted |
| 55279 | Admitted |
| 55280 | Admitted |
| 55283 | Admitted |
| 55284 | Admitted |
| 55381 | Admitted |
| 55403 | Admitted |
| 55641 | Admitted |
| 55938 | Admitted |
| 56206 | Admitted |
| 56269 | Admitted |
| 56344 | Admitted |
| 56825 | Admitted |
| 58608 | Admitted |
| 58700 | Admitted (Samet) |
| 58714 | Admitted |

| | |
|---|---|
| 58891 | Admitted |
| 59412 | Admitted |
| 59550 | Admitted |
| 59799 | Admitted |
| 59800 | Admitted |
| 61129 | Admitted |
| 61160 | Admitted |
| 61237 | Admitted |
| 61261 | Admitted |
| 61312 | Admitted |
| 61329 | Admitted |
| 61368 | Admitted |
| 61504 | Admitted |
| 63579 | Admitted |
| 64813 | Admitted |
| 69276 | Admitted |
| 70839 | Admitted |
| 76155 | Admitted |
| 78530 | Admitted |
| 78963 | Admitted |
| 85073 | Admitted |
| 85102 | Admitted |
| 85456 | Admitted |
| 85457 | Admitted |
| 85459 | Admitted |
| 85826 | Admitted |
| 86908 | Admitted (Kessler) |
| 86964 | Admitted |
| 87226 | Admitted |
| 87559 | Admitted |
| 87561 | Admitted |
| 87562 | Admitted |
| 87563 | Admitted |
| 87564 | Admitted |
| 87565 | Admitted |
| 87567 | Admitted |
| 87568 | Admitted |
| 87569 | Admitted |
| 88040 | Admitted |
| 88093 | Admitted |
| 88771 | Admitted |
| 88772 | Admitted |
| 89064 | Admitted |
| 90001 | Admitted |
| JD-000742 | Admitted |
| JD-001592 | Admitted |
| JD-004350 | Admitted |
| JD-004702 | Admitted |
| JD-011827 | Admitted |
| JD-040254 | Admitted |
| JD-041218 | Admitted |
| JD-041241 | Admitted |
| JD-041895 | Admitted |
| JD-044876 | Admitted |
| JD-054058 | Admitted |
| JD-054065 | Admitted |
| JD-054079 | Admitted |
| JD-054094 | Admitted |
| JD-060325 | Admitted |
| JD-061535 | Admitted |
| JD-061552 | Admitted |
| JD-063250 | Admitted |
| JE-032485 | Admitted |

**[1] Exhibits without a prefix are US exhibits.**

[1] Any exhibit listed as admitted does not mean that it has been admitted for all purposes.  The record will reflect for   what purposes it has been admitted.  Parties are not precluded from proffering exhibits on more than one occasion in order to address any limitations upon admissibility which may be reflected in the record. All evidence is admitted subject to the Federal Rules of Evidence.