# ANGLO~AMERICAN COURT REPORTERS LTD

150 MINORIES LONDON EC3N 1LS

Telephone   +44 (0)20 7264 2088
                +44 (0)1483 236387
Facsimile    +44 (0)1483 234894
E-mail:      info@a-acr.com
Website:    www.a-acr.com

# INVOICE

TO:    **Daniel Crane Hirsh Esq**        Date: 19th August 2003
US Department of Justice
Tobacco Litigation Team
PO Box 14524 Ben Franklin Station    Invoice No: 11353
Washington
DC 20044-4524, USA              Our Ref: 400

**<u>Re: United States of America vs. Philip Morris Incorporated et al
Depositions held July 24th, 25th 28th & 30th 2003, London</u>**

| Date | | US Dollars |
|---|---|---|
| July 24th | Reporting fee | 150.00 |
| | <u>Witness A. Kinnard</u> | |
| | Transcript Orig + 1: 252 pages @ $5.50 per page | 1386.00 |
| | Videography attendance and production @ $600 | 600.00 |
| July 25th | Reporting fee | 150.00 |
| | <u>Witness: Graham Read</u> | |
| | Transcript Orig + 1: 222 pages @ $5.50 per page | 1221.00 |
| | Videography attendance and production @ $600 | 600.00 |
| July 28th | Reporting fee | 150.00 |
| | <u>Witness: Graham Read</u> | |
| | Transcript Orig + 1: 108 pages @ $5.50 per page | 594.00 |
| | Videography attendance and production @ $600 | 600.00 |
| July 30th | Reporting fee | 150.00 |
| | <u>Witness: Dr Helmut Reif</u> | |
| | Transcript Orig + 1: 217 pages @ $5.50 per page | 1193.50 |
| | Videography attendance and production @ $600 | 600.00 |
| | Master Video Tapes - 12 @ $12.00 per tape | 144.00 |
| | Copy Video Tapes - 12 @ $40.00 | 480.00 |
| | Equipment Cartage | 72.50 |
| | Compressed/word index - 4 @ $45.00 | 180.00 |
| | Copy exhibits - 148 pages @ 45c per page | 66.60 |
| | **Sub-total** | **US$8337.60** |
| | **Total** | **US$8337.60** |

Terms: 30 days. All accounts past 30 days due are subject to a 2% service charge.

svcs Rendered
9/12/03

I certify that goods/services were
received on Dates Indicated
Oral purchase was authorized &
no confirming order was issued.
_Sharon Y. Eubank_
Branch/Office/Staff Director
Civil Division 9/12/03

REGISTERED OFFICE:

VAT Reg No: 810 0584 71     Court Reporters    Verbatim Reporters