UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 99-CV-2496 (GK) |
| | ) | |
| | ) | Next Scheduled Court Appearance |
| PHILIP MORRIS USA INC. (f/k/a | ) | March 15, 2005 |
| PHILIP MORRIS INCORPORATED), et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT DEFENDANTS' NOTICE OF FILING CORRECTED JOINT
DEFENDANTS' RESPONSE TO UNITED STATES' OBJECTIONS
TO THE WRITTEN DIRECT EXAMINATION OF
<u>WILLIAM E. WECKER Ph.D. AND EXHIBITS SUBMITTED THEREWITH</u>**

Joint Defendants submit this Notice of Filing Corrected Joint Defendants' Response To United States Objections to the Written Direct Examination Of William E. Wecker, Ph.D. and Exhibits Submitted Therewith. Specifically, the attached revised objections corrects three typographical errors (changing the identified exhibit from JDEM-060526, JDEM-060527 and JDEM-060528 to JDEM-060536, JDEM-060537 and JDEM-060538 respectively) and including an inadvertently omitted reference to JDEM-060555

Dated: March 14, 2005

Respectfully submitted,

  /s/ Jonathan M. Redgrave
Robert F. McDermott, Jr. (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Jonathan M. Redgrave (D.C. Bar No. 474288)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

WAI-2155069v1

Robert C. Weber
Paul G. Crist
David B. Alden
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Defendant
R.J. Reynolds Tobacco Company

   /s/ Jonathan M. Redgrave *for*
Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005-3502
Telephone: (202) 371-5700

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

Attorneys for Defendants
Philip Morris USA Inc.
(f/k/a Philip Morris Incorporated) and
Altria Group, Inc.
(f/k/a/ Philip Morris Companies Inc.)


   /s/ Jonathan M. Redgrave *for*
Kenneth N. Bass (D.C. Bar No. 386070)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 200005
Telephone: (202) 879-5000

David M. Bernick
Stephen R. Patton
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Suite 5900
Chicago, Illinois 60601
Telephone: (312) 861-2000

Attorneys for Defendant
Brown & Williamson Holdings, Inc.

-3-

          /s/ Jonathan M. Redgrave *for*
        J. William Newbold
        Michael B. Minton
        Richard P. Cassetta (D.C. Bar No. 457781)
        THOMPSON COBURN LLP
        One US Bank Plaza, Suite 3500
        St. Louis, Missouri  63101-1693
        Telephone:  (314) 552-6000

OF COUNSEL:

Gene E. Voigts
Richard L. Gray
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  (816) 474-6550

Attorneys for Defendant
Lorillard Tobacco Company


          /s/ Jonathan M. Redgrave *for*
        David L. Wallace
        Jessica L. Zellner
        CHADBOURNE & PARKE LLP
        30 Rockefeller Plaza, 34th Floor
        New York, New York  10112-0219
        Telephone:  (212) 408-5100

Attorneys for Defendant
British American Tobacco (Investments)
Limited (f/k/a British-American Tobacco
Company Limited)

   /s/ Jonathan M. Redgrave *for*
J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
Jason A. Wheeler
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri  63101-1693
Telephone:  (314) 552-6000

Steven Klugman
Steven S. Michaels
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

Attorneys for Defendant
The Council for Tobacco Research-U.S.A., Inc.


   /s/ Jonathan M. Redgrave *for*
James A. Goold
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone:  (202) 662-6000

Attorneys for Defendant
The Tobacco Institute, Inc.

-5-