UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>PHILIP MORRIS USA INC. (f/k/a )<br>PHILIP MORRIS INCORPORATED), et al., )<br>)<br>Defendants. ) | Civil Action No. 99-CV-2496 (GK)<br><br>Next Court Appearance:<br>Trial (Ongoing) |

**DEFENDANTS ALTRIA GROUP, INC. AND PHILIP MORRIS USA INC.'S
NOTICE REGARDING THEIR MOTION TO RECONSIDER ORDER #600**

On August 4, 2004, Defendants Altria Group, Inc. and Philip Morris USA Inc. moved the Court to reconsider and vacate Order #600 imposing certain sanctions on them. While that motion asked the Court to reconsider and vacate Order #600 in its entirety, the principal relief sought was that the witness-exclusion sanction be lifted with respect to Philip Morris USA's Senior Vice President of Marketing, Nancy Lund, so that she could be available to testify at the trial of this action. Because Altria and Philip Morris USA must presently make final decisions regarding whom they will call to testify in their defense case, they respectfully request a ruling on their motion to reconsider and vacate Order #600.

DATED:  March 16, 2005                     Respectfully submitted,


                                           /s/ Jane E. Chang *for*
                                           Timothy M. Broas (D.C. Bar No. 391145)
                                           WINSTON & STRAWN LLP
                                           1400 L Street, N.W.
                                           Washington, D.C. 20005-3502
                                           Telephone: (202) 371-5700
                                           Fax:  (202) 371-5950

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax: (312) 558-5700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990

Attorneys for Defendants
Altria Group Inc. and Philip Morris USA Inc.