UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 99-CV-2496 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Next Scheduled Court Appearance: |
| PHILIP MORRIS USA INC. (f/k/a | ) | Trial (Ongoing) |
| PHILIP MORRIS INCORPORATED), et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF FILING
DEFENDANTS' LIST OF REMEDIES WITNESSES**

Pursuant to Order #894 and Order #912,[1] Defendants submit the attached chart which identifies the witnesses whom Defendants may offer during the remedies phase of their case, along with a description of the testimony expected to be offered from each witness.[2]

Dated: April 21, 2005          Respectfully submitted,

                /s/ Jonathan M. Redgrave
                Robert F. McDermott, Jr. (D.C. Bar No. 261164)
                Peter J. Biersteker (D.C. Bar No. 358108)
                Jonathan M. Redgrave (D.C. Bar No. 474288)
                JONES DAY
                51 Louisiana Avenue, N.W.
                Washington, D.C. 20001-2113
                Facsimile: (202) 626-1700

---

[1] Defendants have previously noted, and incorporate by reference herein, their objections to Plaintiff's efforts to develop additional evidence during trial. *See, e.g.,* Defendants' Memorandum Regarding Non-Disgorgement Remedies Pursuant to Order #875 (filed February 22, 2005).

[2] Defendants reserve the right to supplement this list with any of the witnesses previously identified by Defendants on their trial witness lists on April 5, 2004, as well as with any witnesses who may be called to respond to previously undisclosed testimony or opinions of Plaintiff's remedies witnesses.

Robert C. Weber
Paul G. Crist
David B. Alden
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212

Attorneys for Defendant
R.J. Reynolds Tobacco Company


   /s/ Jonathan M. Redgrave *for*
Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
Telephone:  (202) 282-5000

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone:  (312) 558-6700

Theodore V. Wells, Jr. (D.C. Bar No. 468934)
James L. Brochin (D.C. Bar No. 455456)
PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000

Attorneys for Defendants
Philip Morris USA Inc.
(f/k/a Philip Morris Incorporated) and
Altria Group, Inc.
(f/k/a/ Philip Morris Companies Inc.)

   /s/ Jonathan M. Redgrave *for*
Kenneth N. Bass (D.C. Bar No. 386070)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000

David M. Bernick
Stephen R. Patton
KIRKLAND & ELLIS LLP
200 East Randolph Drive, Suite 5900
Chicago, Illinois 60601
Telephone: (312) 861-2000

Attorneys for Defendant
Brown & Williamson Holdings, Inc.


   /s/ Jonathan M. Redgrave *for*
J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000

OF COUNSEL:

Gene E. Voigts
Richard L. Gray
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550

Attorneys for Defendant
Lorillard Tobacco Company

   /s/ Jonathan M. Redgrave *for*
Bruce G. Sheffler
David L. Wallace
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, 34th Floor
New York, New York  10112-0219
Telephone:  (212) 408-5100

Attorneys for Defendant
British American Tobacco (Investments)
Limited (f/k/a British-American Tobacco
Company Limited)


   /s/ Jonathan M. Redgrave *for*
J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
Jason A. Wheeler
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri  63101-1693
Telephone:  (314) 552-6000

Steven Klugman
Steven S. Michaels
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

Attorneys for Defendant
The Council for Tobacco Research-U.S.A., Inc.

   /s/ Jonathan M. Redgrave *for*
Aaron H. Marks
Leonard A. Feiwus
Nancy E. Straub
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York  10019-6799
Telephone:  (212) 506-1700

Attorneys for Defendant
Liggett Group Inc.