UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : Civil Action No. 99-2496 (GK) <br> and : <br> : <br> TOBACCO-FREE KIDS ACTION FUND, : <br> AMERICAN CANCER SOCIETY, : <br> AMERICAN HEART ASSOCIATION, : <br> AMERICAN LUNG ASSOCIATION, : <br> AMERICANS FOR NONSMOKERS' RIGHTS,: <br> and NATIONAL AFRICAN AMERICAN : <br> TOBACCO PREVENTION NETWORK, : <br> : <br> Intervenors, : <br> : <br> v. : <br> : <br> PHILIP MORRIS USA, INC., : <br> (f/k/a Philip Morris, Inc.), *et al.*, : <br> : <br> Defendants. : | |

## ORDER #1028

Upon consideration of the Motion of Certain Defendants'[1] for Clarification or, in the Alternative, for Relief Under Rules 52, 59, and 60 with Respect to the Court's August 17, 2006 Order, the Oppositions thereto, the Reply, the entire record in this case, and the applicable case law, the Court concludes that the Motion should be **granted in part and denied in part**, as explained in the accompanying Memorandum Opinion.

March 16, 2007            /s/
                 Gladys Kessler
                 United States District Judge

---

[1] The Defendants joining in this Motion are: Philip Morris USA, Altria, R.J. Reynolds, Brown & Williamson, Lorillard, and BATCo.