# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,            )<br>                                        )<br>    v.                                 )<br>                                        )<br>PHILIP MORRIS USA, INC. (f/k/a  )<br>PHILIP MORRIS INCORPORATED),  )<br>et al.,                                )<br>                                        )<br>            Defendants.         ) | Civil Action No. 99-CV-2496 (GK)<br><br>Next Scheduled Court Appearance:<br>None |

## NOTICE OF APPEAL

Notice is hereby given that defendant The Tobacco Institute, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court and Order # 1015 entered in this action on August 17, 2006, as altered or amended by the Memorandum Opinion and Order # 1028 entered in this action on March 16, 2007, and from the Memorandum Opinion and Order # 1028 (collectively, "the Final Judgment"), including any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Final Judgment,

that shaped the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

Date:   March 29, 2007                             Respectfully submitted,

/s/ Joseph A. Kresse
James A. Goold (D.C. Bar No. 430315)
Joseph A. Kresse (D.C. Bar No. 455409)
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
*Counsel for Defendant The Tobacco Institute, Inc.*