# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS INCORPORATE,** *et al.*, | : | |
| Defendants. | : | |

## ORDER #6

Upon consideration of the Unopposed Motion by Defendant Liggett Group LLC to Dismiss with Prejudice and the entire record herein, it is this 4th day of October, 2010, hereby

**ORDERED**, that the Unopposed Motion by Defendant Liggett Group LLC to Dismiss with Prejudice is hereby **granted**; and it is further

**ORDERED**, that Liggett is hereby dismissed with prejudice from this case, with Liggett and Plaintiff each to bear its own costs and attorneys' fees.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**