UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS USA**, *et al.*, | : | |
| **Defendants.** | : | |

## ORDER #7

The Court held a lengthy Status Conference, as scheduled, on December 20, 2010. Based on the representations of Counsel and discussions about the future progress of this case, it is hereby

**ORDERED**, that, by consent of the Parties, Defendant Council for Tobacco Research-USA, Inc. and Defendant Tobacco Institute, Inc. are dismissed; and it is further

**ORDERED**, that the Government shall file its Motion to Compel BATCo to comply with Order #1015 by **December 28, 2010**; BATCo shall file its opposition by **January 21, 2011**; the Government shall file its reply by **February 7, 2011**; BATCo shall file its reply by **February 21, 2011**; the Government's and BATCo's opening briefs shall contain no more than **45 pages**; and the Government's and BATCo's replies shall contain no more than **25 pages**; and it is further

**ORDERED**, that, by consent of the parties, Brown and Williamson Holdings is deemed not to be a defendant and is therefore not subject to Order #1015; and it is further

**ORDERED**, that the Government shall continue preparation of its Corrective Statements and shall submit such Corrective Statements and related documents by **February 3, 2011**; Intervenors and Defendants shall respond to the Government's submission by **March 3, 2011**; and it is further

**ORDERED**, that the Government shall file a Motion to Compel production of disaggregated marketing data by **February 3, 2011**; Intervenors and Defendants shall file oppositions to the Government's motion by **March 3, 2011**; and the Government shall file a reply by **March 13, 2011**; and it is further

**ORDERED**, that, if there is to be any litigation regarding the Minnesota Depository-a subject discussed at some length at this Status Conference--Defendants must file an appropriate motion under Federal Rule of Civil Procedure 60(b); and it is further

**ORDERED**, that, as to the following issues, about which parties have been holding fruitful discussions, parties are to file a joint status report no later than **February 3, 2011** regarding the degree to which they have reached agreement:

1. Which subsidiaries are covered by Order #1015;
2. Coding;
3. Whether only the Government may move to enforce the agreement;
4. Whether any other judge may enforce the agreement or whether only this Court may do so;
5. Point-of-sale displays; and
6. Mandatory meet-and-confer meetings; and it is further

**ORDERED**, that a further Status Conference is to be held on **February 22, 2011, at 10:00 a.m.**

December 22, 2010                     /s/
                                      Gladys Kessler
                                      United States District Judge

**Copies via ECF to all counsel of record**