# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5267**                                                     **September Term, 2006**

                                                                    99cv02496

                                                                    Filed On: October 31, 2006

[1001691]

United States of America, United States Department
of Justice, et al.,
       Appellees

    v.

Philip Morris USA Inc., et al., *f/k/a* Philip Morris
Incorporated,
       Appellees

British American Tobacco (Investments) Ltd., Directly
and as Successor to BRITISH-AMERICAN
TOBACCO COMPANY, LTD,
       Appellant

_____

Consolidated with 06-5268, 06-5269, 06-5270,
06-5271, 06-5272

    **BEFORE**:    Sentelle, Randolph, and Tatel,* Circuit Judges

### O R D E R

    Upon consideration of the emergency motion to stay the final judgment and remedial order pending appeal, the opposition thereto, and the reply, it is

    **ORDERED** that the motion for stay be granted.  Appellants have satisfied the stringent standards required for a stay pending appeal.  See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2006).

### Per Curiam

_____

    *Judge Tatel would deny the motion for stay.