UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIP MORRIS INCORPORATED, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 99-02496 (GK) <br> **FILED** <br> DEC 1 3 2002 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## JOINT STIPULATION REGARDING
## INTERSTATE COMMERCE

Various parties to the above-captioned action do hereby stipulate as follows for purposes of this case only and respectfully request that the Court enter the attached proposed order:

1. Philip Morris Incorporated stipulates that it has engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from 1953 to the present.

2. R.J. Reynolds Tobacco Company stipulates that it has engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from 1953 to the present.

3. Brown & Williamson Tobacco Corporation stipulates that it has engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from 1953 to the present.

4. Brown & Williamson Tobacco Corporation, as successor by merger to the

1

*Leave to file granted - J. Kessler - 12/13/02*

American Tobacco Company, stipulates that the American Tobacco Company engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from 1953 to February 28, 1995.

5. Lorillard Tobacco Company stipulates that it has engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from 1953 to the present.

6. British American Tobacco (Investments) Limited, formerly known as British-American Tobacco Company Limited, stipulates that it has engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from 1953 to the present.

7. Philip Morris Companies Inc. stipulates that it has engaged in and conducted activities affecting interstate commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) during the period from July 1, 1985 to the present.

8. In making the foregoing stipulations, Defendants do not stipulate, and Plaintiff acknowledges that Defendants do not stipulate, to the existence of an "enterprise" within the meaning of 18 U.S.C. § 1961(4) that has engaged in and conducted activities affecting interstate or foreign commerce within the meaning of 18 U.S.C. § 1962 (c) and (d) as alleged by Plaintiff.

Dated: December 10, 2002

Respectfully submitted,

_____
Sharon Y. Eubanks
Stephen D. Brody
Torts Branch, Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
Post Office Box 1454
Washington, D.C. 20044-4524
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Plaintiff United States of America


_____
Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN
1400 L Street, N.W.
Washington, D.C. 20005-3502
Telephone: (202) 371-5700

Dan K. Webb
Thomas J. Frederick
WINSTON & STRAWN
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700

Attorneys for Defendants
Philip Morris Companies Inc. and
Philip Morris Incorporated


_____
Robert F. McDermott, Jr. (D.C. Bar No. 261164)
Jonathan M. Redgrave (admitted pro hac vice)
JONES, DAY, REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939

3

Robert C. Weber
Paul G. Crist
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

Attorneys for Defendant
R. J. Reynolds Tobacco Company


*/s/ Kenneth N. Bass*
Kenneth N. Bass (D.C. Bar No. 386070)
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 200005
Telephone: (202) 879-5000

David M. Bernick
Stephen R. Patton
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 5900
Chicago, Illinois 60601
Telephone: (312) 861-2000

Attorneys for Defendant
Brown & Williamson Tobacco Company
(individually, and as successor in interest to
The American Tobacco Company)

*/s/ J. William Newbold*

J. William Newbold
Michael B. Minton
Richard P. Cassetta (D.C. Bar No. 457781)
THOMPSON COBURN LLP
One Firstar Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000

OF COUNSEL:

Gene E. Voigts
Richard L. Gray
SHOOK, HARDY & BACON LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Telephone: (816) 474-6550

Attorneys for Defendant
Lorillard Tobacco Company


*/s/ Wallace*

David L. Wallace
Timothy M. Hughes
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, 34th Floor
New York, New York 10112-0219
Telephone: (212) 408-5100

Attorneys for Defendant
British American Tobacco (Investments)
Limited (f/k/a British-American Tobacco
Company Limited)

5

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation Regarding Interstate Commerce, and proposed Order, were served this 10th day of December, 2002 as follows:

Attorneys for defendants Philip Morris Inc. and Philip Morris Companies Inc.:

| | |
|---|---|
| Daniel K. Webb, Esq.<br>Thomas J. Frederick, Esq.<br>WINSTON & STRAWN<br>35 West Wacker Drive, Suite 4200<br>Chicago, Illinois 60601 | *By first-class mail, postage prepaid and by electronic mail to tfrederi@winston.com* |
| Timothy M. Broas, Esq.<br>WINSTON & STRAWN<br>1400 L Street, N.W.<br>Washington, D.C. 20005-3502 | *By first-class mail, postage prepaid* |
| Cynthia S. Cecil, Esq.<br>HUNTON & WILLIAMS<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | *By first-class mail, postage prepaid* |

Attorneys for defendant R.J. Reynolds Tobacco Company:

| | |
|---|---|
| Robert F. McDermott, Jr., Esq.<br>Jonathan M. Redgrave, Esq.<br>JONES, DAY, REAVIS & POGUE<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113 | *By first-class mail, postage prepaid and by electronic mail to jredgrave@jonesday.com (additional copy by hand the next business day)* |

Attorneys for defendant Brown & Williamson Tobacco Company
(individually, and as successor in interest to The American Tobacco Company):

Kenneth N. Bass, Esq.  *By first-class mail, postage prepaid and*
KIRKLAND & ELLIS  *by electronic mail to*
655 15th Street, N.W., Suite 1200  *Kenneth_Bass@dc.kirkland.com*
Washington, D.C. 20005


Attorneys for defendant Liggett Group, Inc.:

Aaron Marks, Esq.  *By first-class mail, postage prepaid and*
Leonard A. Feiwus  *by electronic mail to LFeiwus@Kasowitz.com*
KASOWITZ, BENSON, TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, New York 10019-6799


Attorneys for defendant British American Tobacco (Investments)
Limited (f/k/a British-American Tobacco Company Limited):

Garyowen P. Morrisroe, Esq.  *By first-class mail, postage prepaid*
Timothy Hughes, Esq.
CHADBOURNE & PARKE
30 Rockefeller Plaza, 34th Floor
New York, New York 10112


Attorneys for defendant the Council for Tobacco Research-U.S.A., Inc.:

Steven Klugman, Esq.  *By first-class mail, postage prepaid*
Dennis Hranitzky, Esq.
Bruce C. Merritt, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, New York 10022

Attorneys for defendant the Tobacco Institute, Inc.:

James A. Goold, Esq.  *By first-class mail, postage prepaid*
Keith A. Teel, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C. 20044-7566


Attorneys for defendant Lorillard Tobacco Company:

J. William Newbold, Esq.  *By first-class mail, postage prepaid*
Richard P. Cassetta, Esq.
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693

---

The Honorable Richard A. Levie (Ret.)  *By electronic mail to RALADR@aol.com,*
Shana L. Malinowski, Esquire  *smalinowski@adrassociates.com and*
Carrie McCann, Esquire  *cmccann@adrassociates.com*
ADR Associates, L.L.C.  *(to be delivered by hand the next business day)*
1666 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20009


[signature]