UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | 99 Civ. No. 2496 (GK) |
| Plaintiff,          ) | |
| ) | Next Scheduled Court Appearance: |
| v.          ) | February 22, 2011 |
| ) | |
| PHILIP MORRIS USA, Inc., et al.,          ) | |
| ) | |
| Defendants.          ) | |

**(Proposed) Order #_____**

UPON CONSIDERATION OF the United States' Motion to Compel Defendant British American Tobacco (Investments) Limited's ("BATCo's") Compliance; the briefs in support, opposition, reply, and sur-reply; the oral argument, if any; and the entire record in this case, it is hereby

ORDERED that the United States' Motion is GRANTED; and it is

FURTHER ORDERED that by _____, 2011, BATCo shall comply with the terms of the Court's Final Order, dated August 17, 2006, and shall pay the United States' costs, with interest (other than any costs and interest paid by other defendants on September 28, 2010).

_____          _____
Date                                                             Gladys Kessler
                                                                        United States District Judge