**Civil Action No. 99-2496 (GK)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>PHILIP MORRIS USA INC., *et al.*,<br><br>                              Defendants. | 99 Civ. No. 2496 (GK)<br><br>Next Scheduled Court Appearance: Feb. 22, 2011 |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

   Please enter my appearance in this case for defendant British American Tobacco (Investments) Limited.


DATE:  January 21, 2011              Respectfully submitted,

                                     /s/ Alan E. Untereiner
                                     Alan E. Untereiner (D.C. Bar. No. 428053)
                                     ROBBINS, RUSSELL, ENGLERT,
                                     ORSECK, UNTEREINER & SAUBER LLP
                                     1801 K Street, N.W., Suite 411L
                                     Washington, D.C.  20006
                                     Telephone: (202) 775-4500
                                     Fax: (202) 775-4510

                                     Attorney for Defendant British American
                                     Tobacco (Investments) Limited

*Copies via ECF to all Counsel*