# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**UNITED STATES OF AMERICA,**          )
                          **Plaintiff,**          )
                                                    )          **Civil No. 99-CV-02496 (GK)**
              **v.**                                   )
                                                    )
**PHILIP MORRIS USA INC.,**                )
        **f/k/a PHILIP MORRIS INC., et al.,**   )
                          **Defendants.**        )
_____)


## UNITED STATES' PRAECIPE RE NON-FILING OF PROPOSED CORRECTIVE STATEMENTS AND SUPPORTING EXPERT REPORT

The United States respectfully advises the Court that it will not be filing its proposed

corrective statements and supporting expert report this evening. The United States has very

recently learned of a misunderstanding by counsel for Defendants as to the manner for the

submission of the Corrective Statements, and so requests the Court's direction. The United

States had planned to publicly file its proposed corrective statements and expert report this

evening. The United States believes the Court directed that the Corrective Statement proposals

and expert report be filed with the Court. Defendants have communicated to counsel for the

United States that they had not expected the United States' proposals to be filed in Court until

after they had the opportunity to review them and to meet and confer. So, the United States

requests that the Court permit the Corrective Statements and expert report be filed under seal

until the Court clarifies what it intended in its Order.

1.      The Court's Order of December 22, 2010, directed as follows:

> . . . and it is further
> ORDERED, that the Government shall continue preparation of its
> Corrective Statements and shall submit such Corrective Statements and
> related documents by February 3, 2011; Intervenors and Defendants shall
> respond to the Government's submission by March 3, 2011.

Order #7 (12/22/2010). The Order did not expressly direct that the United States' proposals be

"filed," but instead used the verb "submit." The Court used the same word in its Final Order in

August 2006, when it directed the parties to "submit" their proposed corrective statements within

60 days:

> Within sixty days of the date of this Final Judgment and Remedial
> Order, the parties shall each submit a proposal for the exact wording of
> such corrective statements, with any supporting materials deemed
> necessary. After the Court enters an Order identifying which corrective
> statements for each topic listed above are appropriate, Defendants shall
> follow the schedule outlined below for dissemination and publication of
> those statements.

*United States v. Philip Morris USA Inc.*, 449 F. Supp. 2d 1, 939 (D.D.C. 2006).

2.      Counsel for Defendants apparently understood the Court's Order of December 22, 2010,

to mean that the Corrective Statements would be submitted to them without being filed to

allow them three weeks to review the Corrective Statements and to meet and confer.

Counsel for the United States understood that it was to file its proposed corrective statements

with the Court on February 3. The United States asks the Court to permit it to file the

Corrective Statements under seal during the day tomorrow, Friday, February 4, 2011, to

remain under seal until the Court clarifies whether the United States' Corrective Statements

may be made public, and if so, when. (Because Defendants' and the Public Health

Intervenors' responses to the Corrective Statements are due to be "submitted" on March 3,

2010, it will be helpful for the Court to clarify as well whether it expects those responses to be "filed" or merely provided to opposing counsel.)

3.      The Court's Final Decision found that "an injunction ordering Defendants to issue corrective statements is appropriate and necessary to prevent and restrain them from making fraudulent public statements on smoking and health matters in the future."  449 F. Supp. 2d at 926.

4.      As mentioned above, the Court's Final Order in August 2006 directed the parties to "submit" proposed corrective statements to the Court within sixty days, and within sixty days, all parties (including Defendants) filed proposed corrective statements with the Court.

5.      The United States' expert witness has prepared an approximately 100-page expert report, with several hundred pages of appendices, evaluating the statements filed with the Court by Defendants and others in 2006, plus a set of new statements developed for this research by the National Cancer Institute.  Based upon this research, the expert witness recommends one specific statement on each of the five topic areas that the Court directed in its August 2006 Final Order.

6.      During the December 20, 2010, status conference, Counsel for the United States "committ[ed] to the court that the results of their [Health and Human Service scientists'] analysis can be provided to the court on February 3 of 2011."

7.      As Counsel for the United States understands it, Defendants are willing to agree to the public filing of the United States' proposed corrective statements and expert report three weeks after Defendants receive them.

**WHEREFORE,** The United States requests the Court's guidance to resolve the parties' disagreement concerning the Court's December 22, 2010, Order, and specifically, to clarify whether the Court's order that the United States "submit" its proposed corrective statements allows the United States to file its proposals publicly; and also to clarify whether the Court's intent is to prohibit the United States' proposals and supporting expert report from becoming publicly available until after Defendants are able to review and form views on them.

Dated: February 3, 2010       Respectfully submitted,
       Washington, D.C.

                                                TONY WEST
                                                Assistant Attorney General

                                                  ___/s/_____
                                                ANN RAVEL
                                                Deputy Assistant Attorney General
                                                Civil Division
                                                United States Department of Justice
                                                950 Pennsylvania Ave. NW, Room 3129
                                                Washington, DC 20530
                                                Telephone: 202-514-3045
                                                Facsimile: 202-514-8071
                                                E-mail address: Ann.Ravel@usdoj.gov

                                                Attorneys for Plaintiff
                                                United States of America