UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 99-2496 (GK) |
| v. | ) ) ) | Next Scheduled Court Date: |
| PHILIP MORRIS USA INC., *et al.*, | ) ) | February 24, 2011 |
| Defendants. | ) ) | |

**RESPONSE TO UNITED STATES' PRAECIPE RE NON-FILING OF PROPOSED CORRECTIVE STATEMENTS AND SUPPORTING EXPERT REPORT**

Defendants Philip Morris USA Inc., Altria Group, Inc., R.J. Reynolds Tobacco Co., and Lorillard Tobacco Co., write in response to the request by the United States for direction as to the manner for submission of the corrective statements.

Defendants do not oppose, or resist, the filing of the proposed corrective statements in open court, to the extent this Court wishes such filing to occur. Nor do Defendants oppose the relief requested by the United States.

Rather, Defendants believe and have suggested to the United States that the meet-and-confer process applicable to the proposed corrective statements should be the same as the process applicable to other issues before the Court. Since the Court first permitted the parties to meet and confer on how to implement certain provisions of the Injunction, the Government, the Defendants and the Intervenors have met, discussed and in certain circumstances, resolved issues surrounding the Injunction.

Similarly, with respect to the proposed corrective communications, Defendants understood that the United States would provide their proposed corrective statements to the Defendants, the parties would meet-and-confer in good faith concerning those statements, and then Defendants would inform the Court — through the March 3, 2010 submission required under Order #7 — whether the parties disagree over the substance of any of the statements.

1. At the December 20, 2010 status conference, counsel for Altria Group Inc. and Philip Morris USA Inc. made the following statement:

> "I understand from today and from speaking to the government, they will share those [corrective communications] with *us* as soon as they can, which they believe will be early February. We would like a couple of weeks to review those and talk to [our] client, *and what I would suggest is that maybe by the first week in March that we have to report to you on our discussions with the government*, whether we would accept those communications, and then some issues, obviously, about the implementation, or whether then we need an evidentiary hearing and/or briefing on those. Obviously, we all hope that those communications would be acceptable and we could go forward." (Emphasis added.)

2. As the above statement makes clear, Defendants seek to use the few weeks between submission of the United States' proposed corrective statements and Defendants' March 3 filing, to review the statements and then discuss the substance of those statements in earnest with the United States.

3. In Defendants' view, the way to maximize the effectiveness of that process (and likely what the Court envisioned in issuing its Order) is for these discussions to take place before the proposed communications have been filed with the Court. This brief period would allow the parties — as they have done on a wide range of topics on remand — to meet and confer and limit the issues, if any, that need to be raised to the Court for resolution. As indicated by counsel, Defendants hope that this process will enable the parties to minimize if not eliminate any

disagreements over the proposed corrective statements in advance of Defendants' March 3, 2011 filing with the Court.

Dated:  February 4, 2011               Respectfully submitted,

                                                Beth A. Wilkinson (D.C. Bar No. 462561)
                                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Fax:  (202) 223-7420

/s/  Miguel A. Estrada
Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax:  (202) 558-5700

*Attorneys for Defendants*
*Altria Group Inc. and Philip Morris USA Inc.*

/s/ Miguel A. Estrada *for*
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant*
*R.J. Reynolds Tobacco Company,*
*individually and as successor by*
*merger to Brown & Williamson*
*Tobacco Corporation*


/s/ Miguel A. Estrada *for*
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*

4