# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 99-2496 (GK) |
| : | |
| **PHILIP MORRIS USA INC.**, *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER #8

Upon consideration of the Unopposed Motion by Defendants Requesting Expedited Briefing and Hearing on Defendants' Motion for Extension of Time to Respond to the United States' Submission of Proposed Corrective Statements and Expert Report and Incorporated Memorandum of Points and Authorities, it is this 16th day of February, 2011, hereby

**ORDERED**, that the Unopposed Motion by Defendants Requesting Expedited Briefing and Hearing on Defendants' Motion for Extension of Time to Respond to the United States' Submission of Proposed Corrective Statements and Expert Report and Incorporated Memorandum of Points and Authorities is hereby **granted**; and it is further

**ORDERED**, that the United States shall file its response no later than **February 18, 2011**, and Defendants shall file any reply no later than **February 22, 2011;** and it is further

**ORDERED**, that the Court will hold a hearing, if necessary, on Defendants' Motion on **February 24, 2011**.

/s/
Gladys Kessler
United States District Court