UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS USA INC.,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER # 9

On February 3, 2011, the United States filed a Praecipe informing the Court that it would be filing its Proposed Corrective Statements and expert report under seal because of a disagreement with Defendants about the procedures to be followed. On February 4, 2011, the Defendants filed a response which says that they "do not oppose, or resist, the filing of the proposed corrective statements in open court, to the extent this Court wishes such filing to occur. Nor do Defendants oppose the relief requested by the United States." On February 4, 2011, Intervenors filed a strenuous objection to the filing of the Corrective Statements under seal rather than on the public docket.

To clarify: it is this 23rd day of February, 2011, hereby

**ORDERED**, that the Corrective Statements and supporting expert report are to be unsealed and filed on the public docket; and it is further

**ORDERED**, that should the Court ever again use the word "submit" in an Order, the parties shall understand that the word "submit" is synonymous with the word "file"; and it is further

**ORDERED**, that the United States' Motion for Leave to File Proposed Corrective Statements and Expert Report Under Seal [Dkt. No. 5858] is **denied as moot**.

/s/
Gladys Kessler
United States District Judge