# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS USA INC.,** *et al.*, | : | |
| Defendants. | : | |

## ORDER #10

Upon consideration of the United States' Motion for Clarification Regarding Defendants' Obligation to Disclose Disaggregated Marketing Data [Dkt. #5854] to which no opposition has been filed, and the entire record in this case, it is this 23rd day of February, 2011, hereby

**ORDERED**, that the United States' Motion is **granted as unopposed**; and it is further

**ORDERED**, that the Department of Justice is permitted to share with other Executive Branch agencies the disaggregated marketing data provided by Defendants, as long as the disaggregated marketing data remains subject to the confidentiality provisions of Order #36; and it is further

**ORDERED**, that the requirement that the Defendants provide disaggregated marketing data to the Department of Justice, as set forth in Paragraphs 16 and 19 of Order #1015, shall be modified as follows:

> 16. Each Defendant that discloses disaggregated marketing data to the Federal Trade Commission shall disclose the same data to the Government in the same form and on the same schedule.
>
> 17. Excluding Paragraph 16 of this Order, "Disaggregated Marketing Data" shall refer to all marketing data broken

      down by type of marketing, brand, geographical region, number of cigarettes sold, advertising in stores, and any other category of data collected and/or maintained by or on behalf of each Defendant. Disaggregated Marketing Data shall be maintained in the databases and formats maintained by Defendants, and such Disaggregated Marketing Data, and all reports generated from such Disaggregated Marketing Data, shall be made available to the Government. Defendants' obligations under this section of this Order will continue for 10 years from the date of this Order.

18. In addition, each year's Disaggregated Marketing Data shall be separately maintained in a format suitable for downloading (e.g., comma separated value (CSV) file, compressed in a ZIP or similar format). All data fields shall be specified.

19. All Disaggregated Marketing Data shall be deemed "confidential" and "highly sensitive trade secret information," as defined in Orders #7 and #36, and shall be subject to the provisions of those Orders. There are no Court-imposed restrictions on the dissemination of such data other than pursuant to this paragraph and Orders #7 and #36.


/s/
Gladys Kessler
United States District Court

**Copies via ECF to all counsel of record**