# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| | : | |
| **PHILIP MORRIS USA INC.,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER # 12

Upon consideration of Defendants' Motion for Leave to File Reply in Support of Defendants' Motion for Extension of Time to Respond to the United States' Submission of Proposed Corrective Statements and Expert Report under Seal [Docket # 5869], the brief in support, opposition, and reply, and the entire record in this case, it is this 23rd day of February, 2011, hereby

**ORDERED**, that Defendants' Motion is **denied as moot**; and it is further

**ORDERED**, that Defendants shall file their reply brief and all exhibits publicly.


/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**