**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ( | *LODGED UNDER SEAL* |
|  | ( | *SUBJECT TO DISPUTED* |
| **Plaintiff,** | ( | *MOTION FOR UNDER SEAL* |
|  | ( | *FILING* |
| **v.** | ( |  |
|  | ( | **Civil Action No. 99-2496 (GK)** |
| **PHILIP MORRIS USA INC.,** *et al.*, | ( |  |
| **Defendants.** | ( | **Next scheduled court appearance :** |
|  | ( | **February 24, 2011** |

**UNITED STATES' SUBMISSION OF PROPOSED**
**CORRECTIVE STATEMENTS AND EXPERT REPORT**

The United States hereby submits its proposed corrective statements, which are set forth

below.  These proposed corrective statements are based upon the expert recommendations of the

United States' expert witness, and are intended to be examined in conjunction with the

corresponding expert report and supporting materials.  The United States' expert report is

attached as Exhibit 1 to this filing.

---

**Topic A: Corrective Statements for Negative Health Effects of Smoking**

A Federal court is requiring tobacco companies to tell the truth about cigarette
smoking. Here's the truth:

- Smoking reduces circulation, triggers asthma, and can cause infertility and
  erectile dysfunction.
- Smoking during pregnancy can cause stillbirth, low birth weight, and sudden
  infant death syndrome.
- Smoking causes heart disease, emphysema, chronic bronchitis, acute myeloid
  leukemia, and cancers of the mouth, esophagus, throat, voice box, lung,
  stomach, kidney, bladder, pancreas, cervix and uterus.
- Smoking kills 1,200 Americans. Every day.

---

**Topic B: Corrective Statements for Addictiveness of Smoking and Nicotine**

We told Congress under oath that we believed nicotine is not addictive. We told you that smoking is not an addiction and all it takes to quit is willpower. Here's the truth:

- Smoking is very addictive. And it's not easy to quit.
- We manipulated cigarettes to make them more addictive.
- When you smoke, the nicotine actually changes the brain—that's why quitting is so hard.

Paid for by [Cigarette Manufacturer Name] under order of a Federal District court.

**Topic C: Corrective Statements for Lack of Health Benefit from "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes**

We falsely marketed low tar and light cigarettes as less harmful than regular cigarettes to keep people smoking and sustain our profits.

We knew that many smokers switch to low tar and light cigarettes rather than quitting because they believe low tar and lights are less harmful. They are NOT.

Here's the truth:

- Just because lights and low tar cigarettes feel smoother, that doesn't mean they are any better for you. Light cigarettes can deliver the same amounts of tar and nicotine as regular cigarettes.
- ALL cigarettes cause cancer, lung disease, heart attacks and premature death— lights, low tar, ultra lights, and naturals.

Paid for by [Cigarette Manufacturer Name] under order of a Federal District court.

**Topic D: Corrective Statements for Cigarette Design Manipulation**

For decades, we denied that we controlled the level of nicotine delivered in cigarettes. Here's the truth:

- Cigarettes are a finely-tuned nicotine delivery device designed to addict people.
- We control nicotine delivery to create and sustain smokers' addiction, because that's how we keep customers coming back.
- We also add chemicals, such as ammonia, to enhance the impact of nicotine and make cigarettes taste less harsh.
- When you smoke, the nicotine actually changes the brain—that's why quitting is so hard.

Paid for by [Cigarette Manufacturer Name] under order of a Federal District court.

**Topic E: Corrective Statements for Negative Health Effects of Secondhand Smoke**

The Surgeon General has concluded:

- Exposure to environmental tobacco smoke has been proven to cause premature death and disease in children and in adults who do not smoke. Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, and more severe asthma. Smoking by parents causes respiratory symptoms and slows lung growth in their children. Exposure of adults to secondhand smoke has immediate adverse effects on the cardiovascular system and causes coronary heart disease and lung cancer. The scientific evidence indicates that there is no risk-free level of exposure to secondhand smoke.

This message is furnished by [Cigarette Manufacturer Name] pursuant to a Court Order and is taken from the 2006 Surgeon General's Report.

You should rely upon your medical provider and the Surgeon General in making decisions regarding smoking.

3

Dated: February 4, 2011       Respectfully submitted,
       Washington, D.C.

                              TONY WEST
                              Assistant Attorney General


                              ___/s/_____
                              ANN RAVEL
                              Deputy Assistant Attorney General
                              Civil Division
                              United States Department of Justice
                              950 Pennsylvania Ave. NW, Room 3129
                              Washington, DC 20530
                              Telephone: 202-514-3045
                              Facsimile: 202-514-8071
                              E-mail address: Ann.Ravel@usdoj.gov


                              EUGENE M. THIROLF, Director
                              Office of Consumer Litigation


                              ___/s/_____
                              DANIEL K. CRANE-HIRSCH
                              JAMES T. NELSON
                              Trial attorneys
                              Office of Consumer Litigation, Civil Division
                              United States Department of Justice
                              PO Box 386
                              Washington, DC 20004-0386
                              Telephone: 202-616-8242 (Crane-Hirsch)
                                      202-616-2376 (Nelson)
                              Facsimile: 202-514-8742
                              E-mail address: daniel.crane-hirsch@usdoj.gov
                                      james.nelson2@usdoj.gov


                              Attorneys for Plaintiff
                              United States of America