UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| | : | |
| **PHILIP MORRIS USA**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### ORDER #13

The Court held a lengthy Status Conference, as scheduled, on February 24, 2011. Based on the representations of Counsel and discussions about the future progress of this case, it is hereby

**ORDERED**, that, by agreement of the parties, the following language shall replace Section II ("Applicability") of the Court's Final Order #1015 [Dkt. No. 5733], and shall apply to all Defendants, including Defendant BATCo subject to the Court's ruling on Defendant BATCo's Motion for Reconsideration [Dkt. No. 5849][1]:

> **II. Applicability**
>
> This Final Judgment and Remedial Order does not apply to defendants Liggett, The Council for Tobacco Research, Inc., or The Tobacco Institute.
>
> This Final Judgment and Remedial Order applies to each of the other Defendants (hereinafter "Defendants"), and to each of their current and future directors, officers, agents, servants, employees, attorneys, assigns and successors. It also applies to the following subsidiaries of Defendants to the extent that they are acting on behalf of, providing services to, in privity with, or in active concert or

---

[1] BATCo submitted its own proposed language, which, in effect, tracked the language of Federal Rule of Civil Procedure 65.

participation with, any Defendant named in the injunction with regard to a Defendant's conduct relating to cigarettes:

Altria Client Services Inc.; Altria Consumer Engagement Services Inc.; Altria Sales & Distribution Inc., and Altria Import Export Services LLC (subsidiaries of Defendant Altria); Philip Morris Duty Free Inc.; Trademarks LLC, Inc.; and TMLLC, Inc. (subsidiaries of Defendant Philip Morris USA); Reynolds Finance Company; Reynolds Innovations Inc.; Reynolds Technologies, Inc.; R.J. Reynolds Tobacco Co. ("RJR Delaware"); S.F. Imports, Inc.; and R.J. Reynolds Tobacco (CI), Co. (subsidiaries of Defendant R.J. Reynolds); Lorillard Licensing Company, LLC; and One Park Media Services (subsidiaries of Defendant Lorillard).

Defendants shall ensure that the subsidiaries identified above, and all officers and directors of Defendants and the subsidiaries identified above, have actual notice of this Order.

This Final Judgment and Remedial Order shall also apply to those persons in active concert or participation with Defendants and their current and future directors, officers, agents, servants, employees, attorneys, assigns and successors who have received actual notice of this Final Judgment and Remedial Order by personal service or otherwise (hereinafter "Covered Persons and Entities").

February 25, 2011

　　　　　/s/　　　　　　　　　　　　　　　
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**