# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 99-2496 (GK) |
| : | |
| **PHILIP MORRIS USA**, *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER #14

The Court held a lengthy Status Conference, as scheduled, on February 24, 2011. Based on the representations of Counsel and discussions about the future progress of this case, it is hereby

**ORDERED**, that, unless otherwise stated, all future filings are to be filed with the Court by **4:30 p.m.** on the date they are due; and it is further

**ORDERED**, that Defendants and Intervenors shall have until **March 3, 2011** to file responses to the Government's proposed Corrective Statements;[1] and it is further

---

[1] As specified in Order #12, responses shall include, but are not limited to, (1) any arguments that the United States' recommended statements are not factual or are improperly "controversial"; (2) a specification of the issues, if any, that they believe require briefing, and proposed briefing schedules; (3) a specification of the factual disputes, if any, on which they believe this Court will need to make factual findings before being able to issue "appropriate orders" under the RICO statute, 18 U.S.C. § 1964(a), concerning the corrective-statement remedy; and (4) a specification of the topics, if any, on which they believe the Court should hold an evidentiary hearing to resolve factual disputes concerning the corrective-statement remedy, and an explanation of why an evidentiary hearing will be needed on those topics. Defendants may seek discovery on these issues even though they have already received a great deal of supporting information from the Government. While Defendants are free to move for discovery, they are strongly cautioned not to waste everyone's time by making patently overbroad requests.

**ORDERED**, that the Defendants shall file by **March 3, 2011** a brief addressing the impact of the FDA Act on Order #1015; the Government and Intervenors shall file oppositions by **April 4, 2011**; Defendants shall file their reply by **April 15, 2011**; and it is further

**ORDERED**, that all parties shall file their opening briefs on Defendants' Motion under Federal Rule of Civil Procedure 60(b) regarding the status of the Minnesota Depository by **March 24, 2011**, addressing (1) the usefulness of the Depository, (2) the appropriate administration of the Depository, and (3) the parties responsible for paying for the Depository; all parties shall file replies by **April 5, 2011**; and it is further

**ORDERED**, that discovery regarding Defendant BATCo's subsidiaries will, at minimum, be deferred until the Court rules on Defendant BATCo's pending Motion for Reconsideration [Dkt. No. 5849]; and it is further

**ORDERED**, that the Court's Order #10, dated 2/23/11 [Dkt. No. 5872] is **vacated**; Defendants and Intervenors shall file oppositions to the Government's Motion for Clarification [Dkt. No. 5854] by **March 3, 2011**; the Government shall file a reply by **March 13, 2011**; and it is further

**ORDERED**, that the Defendants shall file by **March 24, 2011** briefs addressing (1) who may move to enforce the Order and what Court(s) may enforce the Order, and (2) mandatory meet-and-confer meetings prior to enforcement of the Order; the Government and Intervenors shall file oppositions by **April 24, 2011**; Defendants shall file replies by **May 5, 2011**; and it is further

**ORDERED**, that this case shall be referred to Judge Richard Levie for mediation, and, if necessary, recommendations, on the issue of data coding; and it is further

**ORDERED**, that parties shall file a signed stipulation regarding the Intervenors' access to confidential information relevant to the proposed Corrective Statements and covered by Order #997 by **March 7, 2011**; and it is further

**ORDERED**, that parties shall file a signed stipulation regarding dismissal of CTR and CI by **March 7, 2011**; and it is further

**ORDERED**, that parties shall file praecipes by **March 7, 2011** containing suggested independent third parties who should be asked to file briefs on the impact of point-of-sale displays; and it is further

**ORDERED**, that parties shall file briefs regarding their respective positions on point-of-sale displays by **April 1, 2011**; parties shall file responses by **April 15, 2011**.

February 25, 2011                          /s/
                                           Gladys Kessler
                                           United States District Judge

**Copies via ECF to all counsel of record**