UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    and )<br>)<br>TOBACCO-FREE KIDS ACTION FUND, )<br>*et al.*, )<br>)<br>    Plaintiff-Intervenors, )<br>)<br>    v. )<br>)<br>PHILIP MORRIS USA, INC., *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 99-CV-2496 (GK)<br>Next scheduled court appearance<br>February 24, 2011 |

## **STIPULATION**

Whereas, on August 15, 2005, the Court entered Order # 997 (DN 5593) granting Defendants' motion to exclude the Public Health Intervenors from obtaining access to sealed and confidential information in this case, and ordering that "Plaintiffs-Intervenors are barred from accessing sealed materials or information protected from disclosure under Order #7, Order #36, Order #394, and Order #638"; and

Whereas, in connection with its submission of proposed corrective statements and expert report, the United States may elect to release to Defendants certain materials that may be covered by Order #997; and

Whereas the parties, having conferred, agree that Order #997 should not constrain the Public Health Intervenors' access to these materials;

IT IS HEREBY AGREED AND THE PARTIES STIPULATE, subject to the Court's approval, that Order #997 is hereby modified as follows:

1.  The United States may provide to the Public Health Intervenors any materials being shared with Defendants concerning corrective statements, including materials that may otherwise be covered by Order #997;

2.  To the extent any such materials are protected from disclosure under Order # 7, Order # 36, Order #394, and Order # 638, those Orders shall apply to the Public Health Intervenors, who will be subject to the same restrictions on disclosure that apply to the other parties.

3.  This stipulation shall apply solely to materials provided by the United States to the Defendants concerning corrective statements.

                                                  Respectfull submitted,

                                                    */s/ Howard M. Crystal*
                                                  Howard M. Crystal
                                                  (D.C. Bar No. 446189)

                                                  MEYER GLITZENSTEIN & CRYSTAL
                                                  1601 Connecticut Avenue, Suite 700
                                                  Washington, DC 20009
                                                  202-588-5206
                                                  hcrystal@meyerglitz.com

                                                  Attorney for the Public-Health Intervenors

TONY WEST
Assistant Attorney General

   */s/ Ann Ravel*
ANN RAVEL
Deputy Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Ave. NW, Room 3129
Washington, DC 20530
Telephone: 202-514-3045
Facsimile: 202-514-8071
E-mail address: Ann.Ravel@usdoj.gov

EUGENE M. THIROLF, Director
Office of Consumer Litigation

   */s/ Daniel K. Crane-Hirsch*
DANIEL K. CRANE-HIRSCH
JAMES T. NELSON
Trial attorneys
Office of Consumer Litigation, Civil Division
United States Department of Justice

PO Box 386
Washington, DC 20004-0386
Telephone: 202-616-8242 (Crane-Hirsch)
       202-616-2376 (Nelson)
Facsimile: 202-514-8742
E-mail address: daniel.crane-hirsch@usdoj.gov
       james.nelson2@usdoj.gov

Attorneys for Plaintiff
United States of America

   */s/ Beth A. Wilkinson*
Beth A. Wilkinson (D.C. Bar No. 462561 )
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

   */s/  Miguel A. Estrada*
Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016

   */s/  Thomas J. Frederick*
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax: (202) 558-5700

Attorneys for Defendants
Altria Group Inc. and Philip Morris USA Inc.

   */s/  Michael B. Minton*
Michael B. Minton
A. Elizabeth Blackwell
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Facsimile: (314) 552-7597

Attorneys for Defendant
Lorillard Tobacco Company

    */s/  Robert F. McDermott*
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
Geoffrey K. Beach (D.C. Bar No. 439763)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3721
Fax: (336) 733-8389

Attorneys for Defendant R.J. Reynolds Tobacco Company, individually and as successor by merger to Brown & Williamson Tobacco Corporation

    */s/  David L. Wallace*
David L. Wallace
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Alan E. Untereiner (D.C. Bar No. 428053)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

Attorneys for Defendant
British American Tobacco (Investments) Limited


It is so ordered:  _____
               U.S. District Judge