**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 99-2496 (GK) |
| v. | ) ) ) | |
| **PHILIP MORRIS USA INC.,** *et al.*, | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER #\_\_\_**

Upon consideration of the Defendants' Motion for Vacatur, it is this \_\_\_\_\_ day of

_____, 2011, hereby

**ORDERED,** that the Defendants' Motion for Vacatur is **granted**; and it is further

**ORDERED,** that Order #1015 (Final Judgment and Remedial Order), entered on August 17, 2006, and the Findings of Fact and Conclusions of Law in the Final Opinion upon which Order #1015 was based, are **vacated**; and it is further

**ORDERED,** that this case is **dismissed** in its entirety.

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**