# EXHIBIT 1

# For decades, we denied that smoking was dangerous.

We told you that smoking and second-hand smoke were not dangerous and that smoking was not addictive. We falsely marketed "light" and "low-tar" cigarettes as less harmful than regular cigarettes to keep smokers from quitting—even when we knew they were not.

## HERE'S THE TRUTH:

- Smoking kills 1200 Americans every day from cancer, heart attacks, and many other illnesses. It damages almost every organ in the body.

- Smoking is addictive and therefore very hard to quit. We even manipulated cigarettes by adding things like ammonia to make them more addictive.

- There is no health benefit from smoking "light," "low tar," "ultra-light," "mild," or "natural" cigarettes.

- Secondhand smoke is a proven cause of cancer, heart attacks, and other illnesses. It kills nearly 50,000 Americans each year.

Paid for by [Company Name] under order of a Federal District Court.