# EXHIBIT 2

# Type and layout specifications for "HERE'S THE TRUTH" newspaper ad

**Margins:**
At least .75" margin around and no more than 1" around.
(example based on 11.5" wide X 21" full-page newspaper ad)

**Border:**
6 point 100% black rule around entire ad border.

**Fonts and Sizes: (minimum sizes and suggested leading for all copy)**
**All copy must print 100% Black**

| | |
|---|---|
| Headline: "For decades, we…" | 110/105 pt. Helvetica Bold |
| Intro Copy: "We told you that…" | 38/55 pt. Helvetica Bold |
| Subhead: "HERE'S…" | 72 pt. Helvetica Bold **(ALL CAPS)** |
| Bulleted Copy: "Smoking kills…" | 26/34 pt. Helvetica Regular (hanging square bullets) |
| Advertiser: "Paid for by…" | 24 pt. Helvetica Bold |