**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 99-2496 (GK) |
| v. | ) | |
| PHILIP MORRIS USA INC., *et al.*, | ) | |
| Defendants. | ) | |

**JOINT STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the following statement shall be entered into the record relating to that portion the Court's Order #1015 permanently enjoining "Defendants, Covered Persons and Entities . . . from participating in any way, directly or indirectly, in the management and/or control of any of the affairs" of the Council for Tobacco Research, Inc. ("CTR") and the Tobacco Institute ("TI"), which will be referred to as the "Management Injunction":

- CTR:  On October 21, 1998, the Supreme Court of the State of New York, County of New York, approved the Plan of Corporate Dissolution and Distribution of Assets of the Council for Tobacco Research – U.S.A., Inc. (the "Plan").  Pursuant to that Plan, CTR's activities have been limited to non-operational functions such as retention of documents, maintenance of document websites, and litigation defense, in coordination with and subject to the direction of employees of those Defendants who previously constituted CTR's members.  The Department of Justice and the Defendants agree that non-operational functions, including litigation defense, may continue with the assistance of and in coordination with those Defendants who previously constituted CTR's members, and should not be considered to violate the Court's Management Injunction.

- TI:  On September 1, 2000, the Supreme Court of the State of New York, County of New York, approved the Plan of Dissolution and the Certificate of Dissolution of the Tobacco Institute, Inc.  Pursuant to that Plan, TI's activities have been limited to non-operational functions such as retention of documents, maintenance of document websites, and litigation defense, in coordination with and subject to the direction of employees of those Defendants who previously constituted TI's members.  The Department of Justice and the Defendants agree that non-operational functions, including litigation defense, may continue with the

assistance of and in coordination with those Defendants who previously constituted TI's members, and should not be considered to violate the Court's Management Injunction.

The foregoing agreement does not involve any change in the status of CTR and TI since this Court's entry of Order #1015. Defendants represent that each of these entities remains dissolved and has not been reconstituted or revived in any respect. Defendants also represent that they have not created or participated in any trade association or research organization that succeeds to the functions previously performed by these entities.

Respectfully submitted,

TONY WEST
Assistant Attorney General

  /s/ Ann Ravel
ANN RAVEL
Deputy Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Ave. NW, Room 3129
Washington, DC 20530
Telephone: 202-514-3045
Facsimile: 202-514-8071
E-mail address: Ann.Ravel@usdoj.gov

EUGENE M. THIROLF, Director
Office of Consumer Litigation

  /s/ Daniel K. Crane-Hirsch
DANIEL K. CRANE-HIRSCH
JAMES T. NELSON
Office of Consumer Litigation, Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20004-0386
Telephone: 202-616-8242 (Crane-Hirsch)
202-616-2376 (Nelson)
Facsimile: 202-514-8742
E-mail address: daniel.crane-hirsch@usdoj.gov
james.nelson2@usdoj.gov

*Attorneys for Plaintiff United States of America*

   /s/ Beth A. Wilkinson
Beth A. Wilkinson (D.C. Bar No. 462561 )
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

   /s/ Miguel A. Estrada
Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016

   /s/ Thomas J. Frederick
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax: (202) 558-5700

*Attorneys for Defendants Altria Group Inc.
and Philip Morris USA Inc.*

   /s/ Michael B. Minton
Michael B. Minton
A. Elizabeth Blackwell
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Facsimile: (314) 552-7597

*Attorneys for Defendant
Lorillard Tobacco Company*

    /s/ Robert F. McDermott
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
Geoffrey K. Beach (D.C. Bar No. 439763)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3721
Fax: (336) 733-8389

*Attorneys for Defendant R.J. Reynolds Tobacco Company, individually and as successor by merger to Brown & Williamson Tobacco Corporation*

    /s/ David L. Wallace
David L. Wallace
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Alan E. Untereiner (D.C. Bar No. 428053)
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

*Attorneys for Defendant British American Tobacco (Investments) Limited*

/s/ Howard M. Crystal
Howard M. Crystal (D.C. Bar No. 446189)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, Suite 700
Washington, DC 20009
202-588-5206
hcrystal@meyerglitz.com

*Attorney for the Public-Health Intervenors*

It is so ordered: _____
             U.S. District Judge

5