**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** (<br>　　　　　　　　　　Plaintiff, (<br>　　　　　　　　　　　　　　　　( | |
| 　　v.　　　　　　　　　　　　　　( | Civil Action No. 99-2496 (GK) |
| 　　　　　　　　　　　　　　　　( | Next Scheduled Court Date: |
| **PHILIP MORRIS USA INC.,** *et al.*, (<br>　　　　　　　　　　Defendants. ( | None |

**UNITED STATES' PRAECIPE REGARDING INDEPENDENT THIRD PARTIES POTENTIALLY AFFECTED BY RETAIL-DISPLAY COMPONENT OF THE COURT'S CORRECTIVE-STATEMENT REMEDY**

In accord with Order #14 (R. 5878; issued 2/25/2011), the United States respectfully suggests that the Court solicit views from some or all of the following organizations regarding:

(1) The extent to which their members have protectable First Amendment, property, or other interests that might limit the Court's ordering Defendants to require retail-program participants to display the Court's corrective statements; and

(2) A calculation of the approximate value of the header display space and countertop display space the Court's Order contemplates for corrective statements (with header displays "of at least equivalent size as any other brand advertising header or headers provided by Defendants," and countertop displays a "free-standing display with a minimum height of 30 inches and a minimum width of 18 inches that is placed on the counter at retail shops within the line-of-sight of any customer who is standing in line for the register").

The organizations are:

<u>Asian American Convenience Stores Association</u>
Satya Shaw, President
13014 N Dale Mabry, Suite 109
Tampa, FL 33618
Phone: 813-960-7429
Fax: 813-908-1601
E-mail: aacsai@aol.com
*Represents thousands of Asian-American-owned convenience stores nationwide*

<u>National Association of Chain Drug Stores</u>
Steven C. Anderson, President and CEO
413 North Lee St.
Alexandria, VA 22314-2301
Phone: 703-549-3001
Fax: 703-836-4869
Email: info@nacds.org
*Represents over 100 companies owning chain pharmacies*

<u>National Association of Convenience Stores</u>
Henry Armour, President and CEO
1600 Duke Street
Alexandria, VA 22314
Phone: 703-684-3600
Fax: 703-836-4564
Email: harmour@nacsonline.com
*Represents convenience stores throughout the United States.  Provided affidavit filed in this Court (R. 5746-10; filed 9/1/2006), and an amicus brief in the D.C. Circuit regarding the effect of this Court's remedial order on its members.*

<u>National Grocers Association</u>
Peter Larkin, President and CEO
1005 North Glebe Rd., Suite 250
Arlington, VA  22201-5758
Phone: 703-516-0700
Fax: 703-516-0115
Email: info@NationalGrocers.org
*Has a membership of 2,000 retail grocery stores and wholesalers*

<u>Tobacconists Association of America</u>
Executive Director Ted Clark
1211 N. Tutor Ln.
Evansville, IN 47715
Phone: 812-479-8070
Fax: 812-479-5939
Email: t-a-a@t-a-a.us
*Has a membership of approximately 100 retail tobacco dealers representing outlets nationwide*

Dated: March 7, 2011  Respectfully submitted,
Washington, D.C.

TONY WEST
Assistant Attorney General

EUGENE M. THIROLF
Director, Office of Consumer Litigation

\_\_\_/s/_____
ADRIENNE FOWLER
DANIEL K. CRANE-HIRSCH
Trial Attorneys
Office of Consumer Litigation, Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20004-0386
Telephone: 202-616-8242 (Crane-Hirsch)
           202-514-9471 (Fowler)
Facsimile: 202-514-8742
E-mail address: daniel.crane-hirsch@usdoj.gov
                adrienne.e.fowler@usdoj.gov

Attorneys for Plaintiff
United States of America