UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>              Plaintiff,                  )<br>                                                        )<br>         v.                                        )<br>                                                        )<br>PHILIP MORRIS USA INC., *et al.*,  )<br>                                                        )<br>              Defendants.              )<br>                                                        ) | Civil Action No. 99-2496 (GK)<br><br>Next Scheduled Court Date:<br>September 15, 2010 |

**DEFENDANTS' PRAECIPE REGARDING INDEPENDENT THIRD PARTIES WHO SHOULD BE ASKED TO FILE BRIEFS CONCERNING POINT-OF-SALE DISPLAYS**

Defendants, Altria Group, Inc., Philip Morris USA Inc., R.J. Reynolds Tobacco Company (individually and as successor by merger to Brown & Williamson Tobacco Corporation), Lorillard Tobacco Company, and British American Tobacco (Investments) Limited hereby submit this praecipe pursuant to the Court's February 25, 2011 Order. That Order required the parties to submit praecipes "containing suggested independent third parties who should be asked to file briefs on the impact of point-of-sale displays." This Order was issued pursuant to the D.C. Circuit's "vacat[ur] [of] the order regarding point-of-sale displays and remand for the district court to evaluate and 'mak[e] due provision for the rights of innocent persons,' either by abandoning this part of the remedial order or by crafting a new version reflecting the rights of third parties.'" *United States v. Philip Morris USA Inc.,* 566 F.3d 1095, 1142 (D.C. Cir. 2009).

At the outset, Defendants point out that the D.C. Circuit's mandate contemplates *protecting* the rights of third-party retailers, not, as the Government would propose, *invading*

those rights by abrogating their contracts. Moreover, the Court has little if any authority to adjudicate the rights of third-party retailers, because the Government has never sought to join them as parties to this case. For example, in *Martin v. Wilkes*, 490 U.S. 755 (1989), the Supreme Court held that a group of firefighters could challenge a consent decree to which they were not a party, even if they "were aware that the underlying suit might affect them" and "chose to pass up an opportunity to intervene." *Id.* at 762. The district court's decision dismissing the lawsuit "contravene[d] the general rule that a person cannot be deprived of his legal rights in a proceeding to which he is not a party." *Id.* at 759. As the Supreme Court explained, "a party seeking a judgment binding on another cannot obligate that person to intervene; he must be joined." *Id.* at 763. *See also*, *e.g.*, *Regal Knitware Co. v. NLRB,* 324 U.S. 9, 13 (1945) ("The courts, nevertheless, may not grant an enforcement order or injunction so broad as to make punishable the conduct of persons who act independently and whose rights have not been adjudged according to law."); *Holland v. Nat'l Mining Ass'n*, 309 F.3d 808, 813 (D.C. Cir. 2002) ("'Joinder as a party, rather than knowledge of a lawsuit and an opportunity to intervene, is the method by which potential parties are … bound by a judgment or decree.' Not having been a party in the Eleventh Circuit litigation, the Trustees cannot be bound by the judgment, and thus are entitled to bring their claim."). And here, the Government never sought to join any of the innocent third-party retailers upon whom it now seeks to impose remedial obligations. Accordingly, it is doubtful that it is legally permissible for this Court to impose obligations on innocent retailers at all, which may explain why the D.C. Circuit suggested that the Court consider "abandoning this part of the remedial order." *Philip Morris*, 566 F.3d at 1142.

In any event, Defendants believe that in order to fully understand this issue the impact that any order will have on retailers, the Court should solicit the views of a diverse group of

retailer trade associations and retailers to understand how the Court's order would impact different types of retailers. Therefore, Defendants recommend that any views the Court chooses to solicit include national and regional trade associations, large national retailers, mid-sized and regional retailers, and smaller retailers. Set forth below are names, addresses, and points of contact for entities in each of these four categories. Finally, Defendants note that it will ultimately be up to each entity to determine whether and how to respond to any judicial request for its views.

**1.     Trade associations**

Association for Convenience & Petroleum Retailing ("NACS")
1600 Duke Street
Alexandria, VA 22314
Contact:  Lyle Beckwith, Sr. V.P., Government Relations
Tel:  (703) 518-4220
E-mail:  lbeckwith@nacsonline.com

National Association of Tobacco Outlets
15560 Boulder Pointe Road
Minneapolis, MN 55347
Contact:  Tom Briant, Executive Director
Tel:  (866) 869-8888
E-mail:  abriant@sprynet.com

Petroleum Marketers Association of America
1901 North Fort Myer Drive, Suite 500
Arlington, VA 22209
Contact:  Dan Gilligan, President
Tel:  (703) 351-8000
E-mail:  dgilligan@pmaa.org

Georgia Association of Convenience Stores
168 North Johnston Street, Suite 209
Dallas, GA 30132
Contact:  Jim Tudor, President
Tel:  (770) 736-9723
E-mail:  jtudor@aol.com

Illinois Petroleum Marketers Association/Illinois Association of Convenience Stores
112 West Cook Street

Springfield, IL 62704
Contact: Bill Fleischli, Executive Vice President
Tel: (217) 544-4609
E-mail: wjf@ipma-iacs.org

Michigan Petroleum Association/Michigan Association of Convenience Stores
7521 Westshire Drive, Suite 200
Lansing, MI 48917
Contact: Mark Griffin, President
Tel: (517) 622-3530
E-mail: griffin@mpamacs.org

Mississippi Petroleum Marketers and Convenience Stores Association
808 North President Street
Jackson, MS 39202
Contact: Philip Chamblee, Executive Director
Tel: (601) 353-1624
E-mail: phillip@mpmcsa.comcastbiz.net

New York Association of Convenience Stores ("NYACS")
130 Washington Avenue, Suite 300
Albany, NY 12210
Contact: Jim Calvin, President
Tel: 518-432-1400 (x 100)
E-mail: jim@nyacs.org

North Carolina Petroleum & Convenience Marketers
7300 Glenwood Avenue
Raleigh, NC 27612
Contact: Gary Harris, Executive Director
Tel: (919) 782-4411
E-mail: gharris@ncpcm.org

North Dakota Petroleum Marketers Association
1025 North 3rd Street
Bismarck, ND 58502
Contact: Mike Rud, President
Tel: (701) 223-3370
E-mail: mike.ndrpma@midconetwork.com

Petroleum Marketers & Convenience Store Association of Kansas
115 SE 7th Street
Topeka, KS 66603
Contact: Tom Palace, Executive Director
Tel: (785) 233-9655
E-mail: tom@pmcaofks.org

South Carolina Petroleum Marketers Association
1809 Gadsden Street
Columbia, SC 29201
Contact:  Michael Fields, Executive Director
Tel.:  (803) 765-9570
E-mail:  michael@scpma.com

West Virginia Oil Marketers and Grocers Association
2506 Kanawha Boulevard East
Charleston, WV 25311
Contact:  Jan Vineyard, President
Tel:  (304) 343-5500
E-mail:  jan@omegawv.com

Wisconsin Petroleum Marketers & Convenience Store Association
121 South Pinckney Street, Suite 300
Madison, WI 53703
Contact:  Matthew Hauser, President
Tel:  (608) 256-7555
E-mail:  hauser@wpmca.org

**2.     Large National Retailers (400+ stores)**

7-Eleven, Inc.
1722 Routh Street, Suite 1000
Dallas, TX 75201
Contact: Terry Kaily, Category Business Manager
Tel:  (972) 828-7301
E-mail:  terry.kailey@7-11.com

Cumberland Farms, Inc.
100 Crossing Boulevard
Framingham, MA 01702
Contact:  Anne Flint, Retail Purchase Manager
Tel:  (508) 270-1578
E-mail:  aflint@cumberlandfarms.com

Holiday Companies Inc.
4567 American Boulevard West
Bloomington, MN 55437
Contact:  Larry Mitchell, V.P. Merchandising
Tel:  (952) 830 -8758
E-mail:  larry.mitchell@holidaycompanies.com

Smoker Friendly

5303 Spine Road, Suite 101
Boulder, CO 80301
Contact:  Mary Szarmach, V.P. Sales and Marketing
Tel:  (303) 442-2520
E-mail:  mszarmach@cigarettestore.com

Speedway SuperAmerica LLC
500 Speedway Drive
Enon, OH 45323
Contact:  Tony Kenney, President
Tel:  (937) 863-7101
E-mail:  arkenney@ssallc.com

**3.     Mid-sized / Regional Retailers (100 to 399 stores)**

Admiral Petroleum Company
13 Randall Street
Coopersville, MI 49404
Contact:  Dennis Lemmen, President
Tel:  (616) 460-9140
E-mail:  dennis@admiralpetroleum.com

E-Z Mart Stores, Inc.
602 West Falvey Avenue
Texarkana, TX 75501
Contact:  Sonja Hubbard, Chief Executive Officer
Tel:  (903) 832-6502 (x 201)
E-mail:  SonjaHubbard@e-zmart.com

Jackson Oil, Inc.
3450 Commercial Court
Meridian, ID 83642
Contact:  John Jackson, Chief Executive Officer
Tel:  (208) 869-2748

The Jones Company
215 Pendleton Street
Waycross, GA 31501
Contact:  Jimmy Walker, President
Tel:  (912) 283-1661
E-mail:  jwalker@flashfoods.com

Kwik Trip, Inc.
1626 Oak Street
La Crosse, WI 54603
Contact:  Steve Loeher, V.P. of Operations Support

Tel: (608) 793-6286
E-mail: sloehr@kwiktrip.com

Pilot Travel Centers, LLC
5508 Lonas Drive
Knoxville, TN 37909
Contact: Ken Parent, Senior Vice President Operations
Tel: (865) 588-7488
E-mail: parentk@pilottravelcenters.com

Quick Chek Corporation
3 Old Highway 28
Whitehouse Station, NJ 08889
Contact: Dean Durling, President & CEO
Tel: (904) 534-7142
E-mail: ddurling@qchek.com

Sheetz, Inc.
5700 6th Avenue
Altoona, PA 16602
Contact: Mike Cortez, Vice President & General Counsel
Tel: (814) 941-5534
E-mail: mcortez@sheetz.com

**4.     Smaller Retailers (under 100 stores)**

Blarney Castle Oil & Propane Company
12218 West Street
Bear Lake, MI 49614
Contact: Bill McCarthy, Executive Vice President
Tel: (231) 342-7433
E-mail: wmccarthy@blarneycastleoil.com

GasAmerica Services, Inc.
2700 West Main Street
Greenfield, IN 46140
Contact: Brent Buyers, Director Purchasing/Merchandising
         James Haddock, Chief Operating Officer
Tel: (317) 468-2515
E-mail: brent.buyers@gasamerica.com

Gate Petroleum
9540 San Jose Boulevard
Jacksonville, FL 32257
Contact: Matt Hieb, Director of Tobacco
         Mitchell Rhodes, President of Marketing

Tel: (904) 732-7613
E-mail: mhieb@gatepetro.com

Jet Food Stores
1106 South Harris Street
Sandersville, GA 31082
Contact: Clint Hancock, Vice President
Tel: (478) 552-2588
E-mail: clinth@jetfoodstores.com

Kocolene Marketing Corporation
2060 First Avenue
Seymour, IN 47274
Contact: Andrea Myers, Executive Vice President
Tel: (812) 522-2224
E-mail: amyers@kocolene.com

Miller Oil Company, Inc.
1000 East City Hall Avenue
Norfolk, VA 23504
Contact: Jeff Miller, President
Tel: (757) 623-1682
E-mail: jmiller@milleroil.com

Dated: March 7, 2011                                Respectfully submitted,

/s/
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
Geoffrey K. Beach (D.C. Bar No. 439763)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101

Tel: (336) 721-3721
Fax: (336) 733-8389

Attorneys for Defendant
R.J. Reynolds Tobacco Company,
individually and as successor by
merger to Brown & Williamson
Tobacco Corporation

/s/
Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Fax:  (202) 223-7420

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax:  (202) 558-5700

Attorneys for Defendants
Altria Group Inc. and Philip Morris USA Inc.

/s/
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

Attorneys for Defendant

Lorillard Tobacco Company

/s/
David L. Wallace
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, 34th Floor
New York, New York 10112-0219
Telephone: (212) 408-5100
Fax: (212) 541-5369

Attorneys for Defendant
British American Tobacco (Investments) Limited
(f/k/a British-American Tobacco Company Limited)