# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| | : | |
| **PHILIP MORRIS USA INC.**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER #15

Upon consideration of the parties' Joint Motion for Referral of Additional Document Website Issues for Mediation and/or Recommendation, and the entire record in this matter, it is this 23rd day of March, 2011, hereby

**ORDERED**, that the Joint Motion is **granted**; and it is further

**ORDERED**, that by filing their Joint Motion, the parties have not waived any arguments concerning the standards applicable to changes to Paragraphs 10(b) and 13 of Order #1015, and that this Order shall not preclude any party from presenting arguments concerning the applicable standards; and it is further

**ORDERED**, that the time provided for Defendants to post documents to their website under Paragraph 10(b) of Order #1015, and the provisions governing the redaction of information from documents in Paragraph 13 of Order #1015, are hereby **referred** to the **Honorable Richard Levie (Ret.)** for mediation and, if necessary, recommendations.

                                                                         /s/
                                                                   Gladys Kessler
                                                                 United States District Judge

**Copies via ECF to all counsel of record**