ATTACHMENT 1

## MINNESOTA TOBACCO DOCUMENT DEPOSITORY
### Initial Requests for Depository Materials
### 12/1/2007 - 3/15/2011

Terms & Definitions:

- "Initial Request" is defined as the initial inquiry regarding the review and/or duplication of materials archived at the depository.

- The depository separate usage is separated into three categories:

  **P =**   Public: Non-administrative persons using the depository for research purposes

  **T =**   Tobacco Company Representatives and Agents

  **C =**   Contractor/Vendor: Any non-depository employee involved with the administrative operations of the depository (e.g. accounting and finance services, duplication personnel, building management employees, equipment maintenance workers, etc.)

- Visits include single and repeat visits. Repeat visits include those carrying out requests on behalf of multiple public entities.

  **R =**   Repeat visits or communications subsequent to the initial requests

Notes:

- This report inventories only on-site visits and initial email and telephone inquiries from the public or tobacco company representative for materials and/or assistance (categories "T" & "P").

- Communications regarding the following are not included:
  - All category "C" entities, which are included in the comprehensive report.
  - Any non-initial or routine communications with all category "T"&"P" entities (e.g. updates, follow-up questions, clarification, etc.)
  - Any additional items not related to initial requests for depository-specific material.

- A comprehensive report including all 2643 communications between the depository and external entities is available upon request.

- Neither the attached initial requests report, containing 419 entries, nor the comprehensive report, containing 2643 entries include non-significant communications between internal personnel or between depository employees and external entities.

Minnesota Tobacco Document Depository
### NAMES REDACTED

| Initial Requests for Depository Materials 12/1/2007 - 3/15/2011 | | | | |
|---|---|---|---|---|
| **Name** | **Designation** | **Visitor** | **Phone** | **Email** |
| | (P)(R) | 12/1/2007 | | |
| | (P)(R) | 12/2/2007 | | |
| | (P)(R) | | | 12/3/2007 |
| | (P)(R) | | | 12/4/2007 |
| | (P)(R) | | | 12/5/2007 |
| | (P)(R) | 12/5/2007 | | |
| | (P)(R) | | | 12/6/2007 |
| | (T)(R) | | 12/12/2007 | |
| REDACTED | (P)(R) | | 12/17/2007 | |
| | (P)(R) | | | 12/28/2007 |
| | (P) | 12/1/2007 | | |
| | (P)(R) | 12/9/2007 | | |
| | (P)(R) | 12/9/2007 | | |
| | (P)(R) | 12/9/2007 | | |
| | (P)(R) | 12/9/2007 | | |
| | (T)(R) | | 1/2/2008 | |
| | (T)(R) | | 1/4/2008 | |
| | (P)(R) | | | 1/7/2008 |
| | (T)(R) | | | 1/14/2008 |
| | (T)(R) | | | 1/14/2008 |
| | (T)(R) | | 1/16/2008 | |
| | (P) | 1/18/2008 | | |
| | (P) | 1/18/2008 | | |
| | (P)(R) | | | 1/18/2008 |
| | (T)(R) | | 1/21/2008 | |
| | (P)(R) | | | 1/29/2008 |
| | (P)(R) | | | 1/30/2008 |
| | (T)(R) | 2/1/2008 | | |
| | (P)(R) | 2/2/2008 | | |
| | (P)(R) | | | 2/6/2008 |
| | (P)(R) | | | 2/7/2008 |
| | (T)(R) | 2/8/2008 | | |
| | (P)(R) | | | 2/11/2008 |
| | (T)(R) | 2/12/2008 | | |
| | (T) | 2/12/2008 | | |
| | (P)(R) | 2/14/2008 | | |
| | (P)(R) | | | 2/14/2008 |
| | (T)(R) | | | 2/19/2008 |
| | (T)(R) | | | 2/19/2008 |
| | (P)(R) | | | 2/26/2008 |
| | (T)(R) | | 3/5/2008 | |
| | (P)(R) | | | 3/5/2008 |
| | (P)(R) | | | 3/6/2008 |
| | (P)(R) | | | 3/10/2008 |
| | (P) | | | 3/11/2008 |
| | (P)(R) | | | 3/13/2008 |
| | (T)(R) | | 3/14/2008 | |
| | (P) | 3/17/2008 | | |
| | (P) | 3/17/2008 | | |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
| | (P) | 3/17/2008 | | |
| | (T) | 3/17/2008 | | |
| | (P) | 3/17/2008 | | |
| | (P) | 3/17/2008 | | |
| | (P)(R) | | | 3/31/2008 |
| | (T)(R) | | 4/1/2008 | |
| | (T)(R) | | 4/1/2008 | |
| | (P)(R) | | | 4/2/2008 |
| | (P)(R) | | | 4/2/2008 |
| | (P)(R) | | | 4/3/2008 |
| | (P)(R) | | 4/4/2008 | |
| | (T)(R) | 5/9/2008 | | |
| | (P)(R) | | | 5/21/2008 |
| | (P)(R) | | | 5/21/2008 |
| | (T)(R) | | | 6/4/2008 |
| | (T)(R) | | | 6/4/2008 |
| | (T)(R) | | | 6/6/2008 |
| | (T)(R) | | 6/9/2008 | |
| | (P)(R) | | | 6/19/2008 |
| | (P)(R) | | | 6/19/2008 |
| | (T)(R) | 6/20/2008 | | |
| REDACTED | (T)(R) | | | 6/20/2008 |
| | (T)(R) | | | 6/26/2008 |
| | (T)(R) | | | 6/30/2008 |
| | (P)(R) | | 6/30/2008 | |
| | (P)(R) | | 7/1/2008 | |
| | (P)(R) | | | 7/7/2008 |
| | (P)(R) | | | 7/8/2008 |
| | (T)(R) | | | 7/14/2008 |
| | (P)(R) | | | 7/15/2008 |
| | (P)(R) | | | 7/15/2008 |
| | (P)(R) | | | 7/15/2008 |
| | (P)(R) | | | 7/15/2008 |
| | (P)(R) | | | 7/15/2008 |
| | (T)(R) | 7/17/2008 | | |
| | (T)(R) | | | 7/21/2008 |
| | (P) | | | 7/28/2008 |
| | (P) | | | 7/31/2008 |
| | (P)(R) | | | 7/31/2008 |
| | (P)(R) | 7/31/2008 | | |
| | (T)(R) | | | 8/4/2008 |
| | (T)(R) | | | 8/5/2008 |
| | (P)(R) | | | 8/6/2008 |
| | (T)(R) | | | 8/11/2008 |
| | (T)(R) | | | 8/12/2008 |
| | (T)(R) | | | 8/13/2008 |
| | (T)(R) | | | 8/12/2008 |
| | (T)(R) | | 8/14/2008 | |
| | (P)(R) | | | 9/7/2008 |
| | (P)(R) | | | 9/22/2008 |
| | (P)(R) | | | 9/23/2008 |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

2

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
| | (P)(R) | | | 9/23/2008 |
| | (P)(R) | 10/1/2008 | | |
| | (P)(R) | 10/1/2008 | | |
| | (P)(R) | | | 10/2/2008 |
| | (T)(R) | | | 10/6/2008 |
| | (P) | | | 10/6/2008 |
| | (P) | 10/8/2008 | | |
| | (P) | 10/8/2008 | | |
| | (P)(R) | 10/8/2008 | | |
| | (P) | 10/8/2008 | | |
| | (P) | 10/8/2008 | | |
| | (P) | 10/8/2008 | | |
| | (P)(R) | | | 10/14/2008 |
| | (P)(R) | | | 10/15/2008 |
| | (P)(R) | | | 10/23/2008 |
| | (P)(R) | | | 10/27/2008 |
| | (P)(R) | | | 10/29/2008 |
| | (P)(R) | | | 11/3/2008 |
| | (P)(R) | | | 11/4/2008 |
| | (T)(R) | | | 11/7/2008 |
| REDACTED | (P)(R) | | | 11/21/2008 |
| | (P)(R) | | | 12/4/2008 |
| | (P)(R) | | | 12/8/2008 |
| | (P) | | 12/9/2008 | |
| | (P)(R) | | | 12/15/2008 |
| | (P)(R) | | | 12/17/2008 |
| | (P)(R) | | 12/17/2008 | |
| | (P)(R) | | | 12/18/2008 |
| | (P)(R) | | | 1/6/2009 |
| | (P)(R) | 1/9/2009 | | |
| | (P)(R) | 1/12/2009 | | |
| | (P)(R) | | | 1/13/2009 |
| | (P)(R) | | | 1/15/2009 |
| | (P)(R) | | | 1/16/2009 |
| | (P)(R) | | 1/28/2009 | |
| | (P) | | 2/3/2009 | |
| | (P)(R) | | | 2/4/2009 |
| | (P) | | 3/5/2009 | |
| | (P)(R) | | | 3/5/2009 |
| | (P)(R) | | | 3/9/2009 |
| | (P)(R) | | | 3/25/2009 |
| | (P)(R) | | | 4/6/2009 |
| | (T)(R) | | | 4/20/2009 |
| | (T)(R) | | | 4/20/2009 |
| | (T)(R) | 4/20/2009 | | |
| | (T)(R) | 4/21/2009 | | |
| | (P)(R) | | | 4/22/2009 |
| | (P)(R) | | | 4/23/2009 |
| | (P)(R) | | | 5/5/2009 |
| | (T)(R) | 5/6/2009 | | |
| | (P)(R) | | | 5/7/2009 |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

3

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
| | (P)(R) | | | 5/11/2009 |
| | (P)(R) | | | 5/12/2009 |
| | (P)(R) | 5/12/2009 | | |
| | (P)(R) | 5/13/2009 | | |
| | (P)(R) | 5/14/2009 | | |
| | (T)(R) | 5/21/2009 | | |
| | (P)(R) | | | 5/26/2009 |
| | (T)(R) | 6/2/2009 | | |
| | (T)(R) | 6/3/2009 | | |
| | (P)(R) | | | 6/4/2009 |
| | (T)(R) | 6/4/2009 | | |
| | (T)(R) | 6/8/2009 | | |
| | (P)(R) | | | 6/8/2009 |
| | (P)(R) | | | 6/9/2009 |
| | (P)(R) | | | 6/9/2009 |
| | (T)(R) | 6/9/2009 | | |
| | (T)(R) | 6/10/2009 | | |
| | (T)(R) | 6/11/2009 | | |
| | (P)(R) | | | 6/24/2009 |
| REDACTED | (P)(R) | | | 6/24/2009 |
| | (P)(R) | | | 6/24/2009 |
| | (P)(R) | | | 6/24/2009 |
| | (P)(R) | | | 6/29/2009 |
| | (P)(R) | | | 7/1/2009 |
| | (P)(R) | | | 7/1/2009 |
| | (P)(R) | | | 7/2/2009 |
| | (P)(R) | | | 7/8/2009 |
| | (P)(R) | | | 7/8/2009 |
| | (T)(R) | 7/13/2009 | | |
| | (T)(R) | 7/14/2009 | | |
| | (T)(R) | 7/15/2009 | | |
| | (T)(R) | 7/20/2009 | | |
| | (T)(R) | 7/27/2009 | | |
| | (P)(R) | | | 8/5/2009 |
| | (P)(R) | | | 8/5/2009 |
| | (T)(R) | | | 8/5/2009 |
| | (P)(R) | | | 8/7/2009 |
| | (P)(R) | | | 8/7/2009 |
| | (T)(R) | 8/7/2009 | | |
| | (P)(R) | | | 8/9/2009 |
| | (P)(R) | | | 8/11/2009 |
| | (P)(R) | | | 8/13/2009 |
| | (P)(R) | | | 8/14/2009 |
| | (P)(R) | | | 8/14/2009 |
| | (P)(R) | | | 8/14/2009 |
| | (P) | 8/16/2009 | | |
| | (P)(R) | | | 8/19/2009 |
| | (P)(R) | | | 8/21/2009 |
| | (P)(R) | | | 8/27/2009 |
| | (P)(R) | | | 9/1/2009 |
| | (P)(R) | | | 9/2/2009 |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

4

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
| | (P)(R) | | | 9/3/2009 |
| | (P)(R) | | | 9/3/2009 |
| | (P)(R) | | | 9/9/2009 |
| | (P)(R) | | | 9/9/2009 |
| | (P)(R) | | | 9/10/2009 |
| | (P)(R) | | | 9/11/2009 |
| | (P)(R) | | | 9/16/2009 |
| | (P)(R) | | | 9/24/2009 |
| | (P)(R) | | | 9/29/2009 |
| | (P)(R) | | | 9/30/2009 |
| | (P)(R) | | | 10/2/2009 |
| | (P)(R) | 10/2/2009 | | |
| | (P)(R) | | | 10/2/2009 |
| | (P)(R) | | | 10/8/2009 |
| | (P)(R) | | | 10/8/2009 |
| | (P)(R) | | | 10/9/2009 |
| REDACTED | (P)(R) | | | 10/9/2009 |
| | (P)(R) | | | 10/12/2009 |
| | (P)(R) | | | 10/13/2009 |
| | (P) | 10/14/2009 | | |
| | (P) | 10/14/2009 | | |
| | (P) | 10/14/2009 | | |
| | (P) | 10/14/2009 | | |
| | (P)(R) | 10/14/2009 | | |
| | (P) | 10/14/2009 | | |
| | (P)(R) | | | 10/16/2009 |
| | (P)(R) | | | 10/16/2009 |
| | (P)(R) | | | 10/19/2009 |
| | (P)(R) | | | 10/22/2009 |
| | (P)(R) | | | 10/27/2009 |
| | (P)(R) | | | 10/27/2009 |
| | (P)(R) | | | 10/28/2009 |
| | (P)(R) | | | 11/2/2009 |
| | (P)(R) | | | 11/3/2009 |
| | (P)(R) | | | 11/4/2009 |
| | (P)(R) | | | 11/4/2009 |
| | (P)(R) | | | 11/5/2009 |
| | (P)(R) | | | 11/5/2009 |
| | (P)(R) | | | 11/10/2009 |
| | (P)(R) | | | 11/10/2009 |
| | (P)(R) | | | 11/17/2009 |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

| Name | Designation | Visitor | Phone | Email |
|------|-------------|---------|-------|-------|
| | (P) | 11/18/2009 | | |
| | (P) | 11/18/2009 | | |
| | (P)(R) | | | 11/20/2009 |
| | (P)(R) | | | 11/24/2009 |
| | (P)(R) | | | 11/24/2009 |
| | (P)(R) | | | 12/1/2009 |
| | (P)(R) | | | 12/8/2009 |
| | (P)(R) | | 12/9/2009 | |
| | (P)(R) | | | 12/10/2009 |
| | (P)(R) | | | 12/11/2009 |
| | (P)(R) | | | 12/17/2009 |
| | (P)(R) | | | 1/4/2010 |
| | (P)(R) | | | 1/5/2010 |
| | (P)(R) | | | 1/5/2010 |
| | (P)(R) | | | 1/8/2010 |
| | (T)(R) | 1/8/2010 | | |
| | (P)(R) | | | 1/11/2010 |
| | (P)(R) | | | 1/12/2010 |
| | (P)(R) | | | 1/13/2010 |
| | (P)(R) | | | 1/20/2010 |
| | (P)(R) | | | 1/22/2010 |
| | (P)(R) | | | 1/22/2010 |
| | (P) | | | 1/26/2010 |
| | (P)(R) | | | 1/26/2010 |
| | (P)(R) | | | 1/27/2010 |
| | (P)(R) | | | 1/28/2010 |
| | (P)(R) | | | 2/4/2010 |
| | (P)(R) | | | 2/8/2010 |
| | (P)(R) | | | 2/8/2010 |
| | (P) | 2/8/2010 | | |
| | (P)(R) | 2/8/2010 | | |
| | (P)(R) | | | 2/17/2010 |
| | (P) | | 2/25/2010 | |
| REDACTED | (P)(R) | | | 3/10/2010 |
| | (T)(R) | | 3/12/2010 | |
| | (T)(R) | | 3/12/2010 | |
| | (P)(R) | | | 3/15/2010 |
| | (P)(R) | | | 3/15/2010 |
| | (T)(R) | | | 3/15/2010 |
| | (T)(R) | | | 3/15/2010 |
| | (P)(R) | | | 3/15/2010 |
| | (T)(R) | | | 3/15/2010 |
| | (T)(R) | | | 3/18/2010 |
| | (P)(R) | | | 3/23/2010 |
| | (P)(R) | | | 3/23/2010 |
| | (T)(R) | | | 3/24/2010 |
| | (P)(R) | | | 3/24/2010 |
| | (P)(R) | | | 3/25/2010 |
| | (P)(R) | | | 3/25/2010 |
| | (T)(R) | | | 3/26/2010 |
| | (P)(R) | | | 3/29/2010 |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

6

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
| | (P)(R) | | | 3/31/2010 |
| | (P)(R) | | | 4/1/2010 |
| | (P)(R) | | | 4/1/2010 |
| | (P) | 4/8/2010 | | |
| | (P)(R) | | | 4/16/2010 |
| | (P)(R) | | | 4/19/2010 |
| | (T)(R) | | | 4/21/2010 |
| | (T)(R) | 4/23/2010 | | |
| | (T)(R) | | 5/3/2010 | |
| | (T)(R) | | | 5/5/2010 |
| | (P)(R) | | | 5/11/2010 |
| | (T)(R) | | | 5/13/2010 |
| | (P)(R) | | | 5/13/2010 |
| | (P)(R) | | | 5/13/2010 |
| | (P)(R) | | | 5/26/2010 |
| | (P)(R) | | | 5/26/2010 |
| | (T)(R) | | | 6/11/2010 |
| | (P)(R) | | | 6/29/2010 |
| | (P)(R) | | | 6/29/2010 |
| | (P)(R) | | | 7/6/2010 |
| | (P)(R) | | | 7/6/2010 |
| | (P)(R) | | | 7/7/2010 |
| | (P)(R) | | | 7/7/2010 |
| | (P)(R) | | | 7/8/2010 |
| | (P)(R) | | | 7/9/2010 |
| | (P)(R) | | | 7/9/2010 |
| | (P)(R) | | | 7/28/2010 |
| | (P)(R) | | | 7/28/2010 |
| | (P)(R) | | | 7/28/2010 |
| | (P)(R) | | | 7/28/2010 |
| | (P)(R) | | | 7/28/2010 |
| REDACTED | (P)(R) | | | 8/4/2010 |
| | (P)(R) | | | 8/4/2010 |
| | (P)(R) | | | 8/18/2010 |
| | (P)(R) | | | 8/18/2010 |
| | (P)(R) | 8/19/2010 | | |
| | (P)(R) | | | 8/19/2010 |
| | (P)(R) | | | 8/20/2010 |
| | (P)(R) | | | 8/20/2010 |
| | (P)(R) | 8/20/2010 | | |
| | (P)(R) | 8/23/2010 | | |
| | (P)(R) | | | 8/27/2010 |
| | (P)(R) | | | 9/4/2010 |
| | (T)(R) | | | 9/10/2010 |
| | (P)(R) | | | 9/14/2010 |
| | (P)(R) | | | 9/17/2010 |
| | (T)(R) | | | 9/24/2010 |
| | (P)(R) | | | 10/6/2010 |
| | (P)(R) | | | 10/6/2010 |
| | (T)(R) | 10/8/2010 | | |
| | (T)(R) | 10/19/2010 | | |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

7

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
|  | (P)(R) |  |  | 10/21/2010 |
|  | (P)(R) |  |  | 10/21/2010 |
|  | (T)(R) |  |  | 10/28/2010 |
|  | (T)(R) |  |  | 10/28/2010 |
|  | (T)(R) | 10/29/2010 |  |  |
|  | (T)(R) | 11/1/2010 |  |  |
|  | (T)(R) | 11/2/2010 |  |  |
|  | (T)(R) |  |  | 11/2/2010 |
|  | (T)(R) |  |  | 11/2/2010 |
|  | (T)(R) | 11/4/2010 |  |  |
|  | (P)(R) |  |  | 11/4/2010 |
|  | (T)(R) |  |  | 11/4/2010 |
|  | (T)(R) | 11/5/2010 |  |  |
|  | (T)(R) |  |  | 11/9/2010 |
|  | (T) | 11/18/2010 |  |  |
|  | (T)(R) | 11/18/2010 |  |  |
|  | (T)(R) | 11/18/2010 |  |  |
|  | (T)(R) | 11/18/2010 |  |  |
|  | (P)(R) |  |  | 11/19/2010 |
|  | (P)(R) |  |  | 11/19/2010 |
|  | (T)(R) |  |  | 11/22/2010 |
|  | (P)(R) |  |  | 12/2/2010 |
|  | (P)(R) |  |  | 12/2/2010 |
|  | (P)(R) | 12/3/2010 |  |  |
|  | (P)(R) |  |  | 12/3/2010 |
| REDACTED | (P)(R) |  |  | 12/3/2010 |
|  | (P)(R) |  |  | 12/3/2010 |
|  | (P)(R) |  |  | 12/7/2010 |
|  | (P)(R) |  |  | 12/10/2010 |
|  | (P)(R) |  |  | 12/13/2010 |
|  | (P) |  | 12/15/2010 |  |
|  | (P)(R) |  |  | 12/15/2010 |
|  | (P) |  | 12/21/2010 |  |
|  | (P) |  |  | 1/3/2011 |
|  | (P) |  |  | 1/4/2011 |
|  | (P)(R) |  |  | 1/4/2011 |
|  | (T)(R) |  |  | 1/10/2011 |
|  | (P) |  |  | 1/13/2011 |
|  | (P)(R) |  |  | 1/31/2011 |
|  | (T)(R) |  |  | 2/2/2011 |
|  | (T)(R) |  |  | 2/3/2011 |
|  | (T)(R) |  |  | 2/4/2011 |
|  | (T)(R) |  |  | 2/7/2011 |
|  | (T)(R) |  |  | 2/7/2011 |
|  | (P)(R) |  |  | 2/8/2011 |
|  | (T)(R) | 2/8/2011 |  |  |
|  | (T)(R) | 2/9/2011 |  |  |
|  | (P)(R) |  | 2/11/2011 |  |
|  | (P)(R) | 2/15/2011 |  |  |
|  | (P) | 2/15/2011 |  |  |
|  | (P) | 2/15/2011 |  |  |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

8

| Name | Designation | Visitor | Phone | Email |
|---|---|---|---|---|
|  | (P) | 2/15/2011 |  |  |
|  | (P) | 2/15/2011 |  |  |
|  | (P) | 2/15/2011 |  |  |
|  | (P) | 2/15/2011 |  |  |
|  | (P) | 2/15/2011 |  |  |
| REDACTED | (P)(R) |  |  | 2/16/2011 |
|  | (P)(R) |  |  | 2/17/2011 |
|  | (T)(R) |  |  | 2/17/2011 |
|  | (P)(R) |  |  | 2/17/2011 |
|  | (P) |  | 2/25/2011 |  |
|  | (T)(R) | 3/7/2011 |  |  |
|  | (P) |  | 3/9/2011 |  |
|  | (T)(R) | 3/11/2011 |  |  |

P=Public
T=Tobacco Company Representative
R=Repeat Visit/Communication

9

**Minnesota Document Depository**
**Initial Requests Totals:**
**December 20007 - March 15, 2011**

### PUBLIC Visitor, Phone and Email Summary

|        |        | Visitor Requests | Phone Requests | Email Requests | Totals |
|--------|--------|------------------|----------------|----------------|--------|
|        | Dec-07 | 8                | 1              | 5              | 14     |
|        | 2008   | 18               | 5              | 52             | 75     |
|        | 2009   | 25               | 4              | 87             | 116    |
|        | 2010   | 7                | 3              | 78             | 88     |
|        | 2011   | 8                | 3              | 9              | 20     |
| Totals |        | 66               | 16             | 231            | 313    |

### TOBACCO Visitor, Phone and Email Summary

|        |        | Visitor Requests | Phone Requests | Email Requests | Totals |
|--------|--------|------------------|----------------|----------------|--------|
|        | Dec-07 | 0                | 1              | 0              | 1      |
|        | 2008   | 8                | 10             | 20             | 38     |
|        | 2009   | 17               | 0              | 3              | 20     |
|        | 2010   | 13               | 3              | 20             | 36     |
|        | 2011   | 4                | 0              | 7              | 11     |
| Totals |        | 42               | 14             | 50             | 106    |

### TOTAL Visitor, Phone and Email Summary

|        |        | Visitor Requests | Phone Requests | Email Requests | Totals |
|--------|--------|------------------|----------------|----------------|--------|
|        | Dec-07 | 8                | 2              | 5              | 15     |
|        | 2008   | 26               | 15             | 72             | 113    |
|        | 2009   | 42               | 4              | 90             | 136    |
|        | 2010   | 20               | 6              | 98             | 124    |
|        | 2011   | 12               | 3              | 16             | 31     |
| Totals |        | 108              | 30             | 281            | 419    |