**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 99-2496 (GK) |
| : | |
| **PHILIP MORRIS USA, Inc.,** : | |
| <u>et al</u>. : | |
| : | |
| Defendants. : | |

## ORDER #16

This matter is before the Court on Plaintiff's Motion to Compel Defendant British American Tobacco (Investments) Limited's Compliance [Dkt. No. 5847] and Defendant British American Tobacco (Investments) Limited's Motion for Reconsideration [Dkt. No. 5849]. Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Compel is **granted in part and denied in part**; and it is further

**ORDERED** that Defendant British American Tobacco (Investments) Limited's Motion for Reconsideration is **granted in part and denied in part**; and it is further

**ORDERED** that Order #1015 shall no longer apply to Defendant BATCo with the exception of ¶ 21, requiring BATCo to contribute to payment of the Government's costs.

|  |  |
|---|---|
| March 28, 2011 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to**: **attorneys on record via ECF**