# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　Plaintiff,<br><br>　　v.<br><br>**PHILIP MORRIS USA INC.,**<br>　　f/k/a PHILIP MORRIS INC., et al.,<br>　　　　Defendants. | Civil No. 99-CV-02496 (GK)<br><br>Next scheduled court appearance:<br>None |

**(Proposed)**
**Order #__ _**

On consideration of Defendants' Motion for Vacatur; any oppositions and responses; any replies; and the full record in this case; it is hereby

ORDERED, that Defendants' Motion for Vacatur (R. 5880) is DENIED.

Dated: _____, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Hon. Gladys Kessler
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge