UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP MORRIS USA INC.,<br>　　f/k/a PHILIP MORRIS INC., et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)　Civil No. 99-CV-02496 (GK)<br>)<br>)　Next scheduled court appearance:<br>)　None<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned withdraws her appearance in this matter on behalf of Plaintiff the United States of America.


Dated: April 5, 2011　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　TONY WEST
　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　Acting Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　ANN RAVEL
　　　　　　　　　　　　　　　　　(Now-former) Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　California Fair Political Practices Commission
　　　　　　　　　　　　　　　　　428 J St., Suite 800
　　　　　　　　　　　　　　　　　Sacramento, CA  95814
　　　　　　　　　　　　　　　　　Telephone:  (916) 322-5738