# Crane-Hirsch, Daniel

| | |
|---|---|
| **From:** | csmithdepo@aol.com |
| **Sent:** | Tuesday, April 05, 2011 9:23 AM |
| **To:** | Crane-Hirsch, Daniel; crzsmart@aol.com |
| **Cc:** | howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us |
| **Subject:** | Re: US v. Philip Morris--Information requests re Minnesota Depository |

Dear Mr. Crane-Hirsch:

Here are the answers to your inquiries:

1. The total number of boxes added to the depository since March 1, 2010 total 1,158 boxes, 1 box arrived yesterday.

2. Correct.

3. Correct.

Although the 4(b) database indices do not include confidential/privileged documents, there are two depository databases that cover confidential/privileged materials.  They are the "Minnesota Privilege Logs" and the "Comprehensive Privilege Logs." The Minnesota Privilege Logs reflect documents as they existed prior to the removal of the deprivileged material, and the Comprehensive Privilege Logs reflect database revisions made via production of the deprivileged material.  The privilege logs contain information available on the 4(b) database, such as bates numbers, author and recipient names, etc.
There is also a summary or description field which contains a brief description of the document, or portion thereof, which has been redacted.  There is also a field that describes, in code format, the reasons for the redaction.

Please let us know if you have any questions or need additional information.

Carol Smith
Depository General Manager

-----Original Message-----
From: Crane-Hirsch, Daniel <Daniel.Crane-Hirsch@usdoj.gov>
To: crzsmart@aol.com; csmithdepo@aol.com
Cc: howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us
Sent: Mon, Apr 4, 2011 5:52 pm
Subject: US v. Philip Morris--Information requests re Minnesota Depository

Ms. Smart, For briefs due before Judge Kessler tomorrow, it would be helpful if you could confirm a few items that staff at the Depository have recently conveyed to researchers: 1.           From March 1, 2010, to the present, 1,157 boxes of documents have been added to the Minnesota Depository's collections;  2.           Other than due to human error, the Minnesota 4(b) Indices should not include documents designated as confidential or privileged by the tobacco companies that send copies of documents to the Depository; and 3.           The Minnesota 4(b) Indices do not have any fields or columns that identify documents as confidential or privileged. Thank you very much for your assistance. Regards, Daniel K. Crane-HirschTrial attorneyU.S. Justice Department, Office of Consumer Litigation202-616-8242