# Crane-Hirsch, Daniel

| | |
|---|---|
| **From:** | Andrew Levy [ALevy@paulweiss.com] |
| **Sent:** | Tuesday, April 05, 2011 1:38 PM |
| **To:** | crzsmart@aol.com |
| **Cc:** | Crane-Hirsch, Daniel; howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us; csmithdepo@aol.com |
| **Subject:** | Fw: US v. Philip Morris--Information requests re Minnesota Depository |

Dear Ms. Smart:

We write to follow up on one of the answers you provided below in response to the questions posed by Mr. Crane-Hirsch. It is our understanding that the 4(b) Indices do "include documents designated as confidential or privileged by the tobacco companies," but that the documents are not designated as such on the indices.

There are documents that are listed as 'Public Searchable = NO" on the PM USA 4B index that are still considered to be privileged and/or confidential. A visitor to www.pmdocs.com could enter Document IDs for such documents and find them on either the Privilege Log & Index or the Confidential Document Index."

For example, below are a selection of documents that (i) PM USA considers to be privileged or confidential and (ii) appear on the PM USA 4B index as Public Searchable = NO.

Privileged Docs

1)   2047691454

2)   2047691455

3)   2047691456

4)   2047691457

5)   2047691458

All of these are part of document 2047691341/2047691553. If you search the Privilege Log & Index on www.pmdocs.com for 2047691341, you will receive the following description:

COMPILATION OF PHILIP MORRIS OPERATIONS BRIEFING MATERIALS PREPARED BY PHILIP MORRIS IN-HOUSE COUNSEL LEGAL ASSISTANT AND SENT TO PHILIP MORRIS OUTSIDE LITIGATION COUNSEL, PHILIP MORRIS IN-HOUSE COUNSEL AND PHILIP MORRIS EMPLOYEES PREPARED TO ASSIST COUNSEL IN THE DEFENSE OF PENDING PRODUCT LIABILITY LITIGATION

Confidential Docs

1)   2021592039

2)   2021592040

These docs appear on the Confidential Document Index which is searchable on www.pmdocs.com. If you search these on www.pmdocs.com in the Confidential Document Index, they appear on that index. The metadata for these docs is available, but the images are not available to the public.

Although Defendants document collections and websites vary, the 4(b) indices similarly include RJRT and Lorillard documents that are privileged and/or confidential and, therefore, not required to be posted on their websites.

Regards,

**Andrew J.P. Levy**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7328 (Direct Phone) | (202) 870-4040 (Cell)
(202) 204-7385 (Direct Fax)
alevy@paulweiss.com | www.paulweiss.com


----- Original Message -----
From: Crane-Hirsch, Daniel [mailto:Daniel.Crane-Hirsch@usdoj.gov]
Sent: Tuesday, April 05, 2011 08:42 AM
To: csmithdepo@aol.com <csmithdepo@aol.com>; crzsmart@aol.com <crzsmart@aol.com>
Cc: howardcrystal@meyerglitz.com <howardcrystal@meyerglitz.com>; Frederick, Tom; njfrancisco@jonesday.com <njfrancisco@jonesday.com>; mminton@thompsoncoburn.com <mminton@thompsoncoburn.com>; mleonard@wcsr.com <mleonard@wcsr.com>; bwilkinson@paulweiss.com <bwilkinson@paulweiss.com>; lsavell@chadbourne.com <lsavell@chadbourne.com>; John.Guthmann@courts.state.mn.us <John.Guthmann@courts.state.mn.us>
Subject: RE: US v. Philip Morris--Information requests re Minnesota Depository

Ms. Smith,

Thank you very much for the information -- much appreciated.

Regards,

Daniel K. Crane-Hirsch

-----Original Message-----
From: csmithdepo@aol.com [mailto:csmithdepo@aol.com]
Sent: Tuesday, April 05, 2011 9:23 AM
To: Crane-Hirsch, Daniel; crzsmart@aol.com
Cc: howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us
Subject: Re: US v. Philip Morris--Information requests re Minnesota Depository

Dear Mr. Crane-Hirsch:

Here are the answers to your inquiries:

1. The total number of boxes added to the depository since March 1, 2010 total 1,158 boxes, 1 box arrived yesterday.

2. Correct.

3. Correct.

Although the 4(b) database indices do not include confidential/privileged documents, there are two depository databases that cover confidential/privileged materials. They are the "Minnesota Privilege Logs" and the "Comprehensive Privilege Logs." The Minnesota Privilege Logs reflect documents as they existed prior to the removal of the deprivileged material, and the Comprehensive Privilege Logs reflect database revisions made via production of the deprivileged material. The privilege logs contain information available on the 4(b) database, such as bates numbers, author and recipient names, etc. There is also a summary or description field which contains a brief

description of the document, or portion thereof, which has been redacted.  There is also a field that describes, in code format, the reasons for the redaction.

Please let us know if you have any questions or need additional information.

Carol Smith
Depository General Manager

-----Original Message-----
From: Crane-Hirsch, Daniel <Daniel.Crane-Hirsch@usdoj.gov>
To: crzsmart@aol.com; csmithdepo@aol.com
Cc: howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us
Sent: Mon, Apr 4, 2011 5:52 pm
Subject: US v. Philip Morris--Information requests re Minnesota Depository

Ms. Smart, For briefs due before Judge Kessler tomorrow, it would be helpful if you could confirm a few items that staff at the Depository have recently conveyed to researchers: 1.              From March 1, 2010, to the present, 1,157 boxes of documents have been added to the Minnesota Depository's collections;  2.              Other than due to human error, the Minnesota 4(b) Indices should not include documents designated as confidential or privileged by the tobacco companies that send copies of documents to the Depository; and 3.              The Minnesota 4(b) Indices do not have any fields or columns that identify documents as confidential or privileged. Thank you very much for your assistance. Regards, Daniel K. Crane-HirschTrial attorneyU.S. Justice Department, Office of Consumer Litigation202-616-8242

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.