**Crane-Hirsch, Daniel**

| | |
|---|---|
| **From:** | csmithdepo@aol.com |
| **Sent:** | Tuesday, April 05, 2011 2:44 PM |
| **To:** | ALevy@paulweiss.com; crzsmart@aol.com |
| **Cc:** | Crane-Hirsch, Daniel; howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us |
| **Subject:** | Re: Fw: US v. Philip Morris--Information requests re Minnesota Depository |

Dear Mr. Levy:

To clarify our earlier email to Mr. Crane-Hirsch, it is important to note that the Minnesota Tobacco Document Depository's (MTDD) 4(b) database and tobacco company online databases are completely independent of one another.  The MTDD 4(b) database is not accessible via the internet.  The tobacco company websites are independent from the 4(b) database and may or may not contain identical information.

As we advised in that earlier email, the MTDD 4(b) database indices do not include confidential/privileged documents, but confidential/privileged document descriptions are available via "Minnesota Privilege Logs" and the "Comprehensive Privilege Logs" both of which are subsets of the MTDD 4(b) database.

Please let us know if you wish additional information.

Carol Smith
Depository General Manager


-----Original Message-----
From: Andrew Levy <ALevy@paulweiss.com>
To: crzsmart@aol.com
Cc: Daniel.Crane-Hirsch@usdoj.gov; howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us; csmithdepo@aol.com
Sent: Tue, Apr 5, 2011 12:37 pm
Subject: Fw: US v. Philip Morris--Information requests re Minnesota Depository

Dear Ms. Smart:

We write to follow up on one of the answersyou provided below in response to the questions posed by Mr. Crane-Hirsch. It is our understanding that the 4(b) Indices do "include documentsdesignated as confidential or privileged by the tobacco companies,"but that the documents are not designated as such on the indices.

There are documents that are listed as 'PublicSearchable = NO" on the PM USA 4B index that are still considered to beprivileged and/or confidential.  A visitor to www.pmdocs.comcould enter Document IDs for such documents and find them on either thePrivilege Log & Index or the Confidential Document Index."
For example, below are a selection of documentsthat (i) PM USA considers to be privileged or confidential and (ii) appearon the PM USA 4B index as Public Searchable = NO.
 Privileged Docs
 1)     2047691454
 2)     2047691455

1

3)      2047691456
4)      2047691457
5)      2047691458

All of these are part of document 2047691341/2047691553. If you search the Privilege Log & Index on www.pmdocs.comfor 2047691341, you will receive the following description: COMPILATION OF PHILIP MORRIS OPERATIONS BRIEFINGMATERIALS PREPARED BY PHILIP MORRIS IN-HOUSE COUNSEL LEGAL ASSISTANT AND SENT TO PHILIP MORRIS OUTSIDE LITIGATION COUNSEL, PHILIP MORRIS IN-HOUSE COUNSEL AND PHILIP MORRIS EMPLOYEES PREPARED TO ASSIST COUNSEL IN THE DEFENSE OF PENDING PRODUCT LIABILITYLITIGATION Confidential Docs

1)      2021592039
2)      2021592040

These docs appear on the Confidential DocumentIndex which is searchable on www.pmdocs.com. If you search these on www.pmdocs.comin the Confidential Document Index, they appear on that index.  Themetadata for these docs is available, but the images are not availableto the public.

Although Defendants document collectionsand websites vary, the 4(b) indices similarly include RJRT and Lorillarddocuments that are privileged and/or confidential and, therefore, not requiredto be posted on their websites.

Regards,
Andrew J.P. Levy
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7328 (Direct Phone) | (202) 870-4040 (Cell)
(202) 204-7385 (Direct Fax)
alevy@paulweiss.com| www.paulweiss.com


----- Original Message -----
From: Crane-Hirsch, Daniel [mailto:Daniel.Crane-Hirsch@usdoj.gov]
Sent: Tuesday, April 05, 2011 08:42 AM
To: csmithdepo@aol.com &lt;csmithdepo@aol.com&gt;; crzsmart@aol.com &lt;crzsmart@aol.com&gt;
Cc: howardcrystal@meyerglitz.com &lt;howardcrystal@meyerglitz.com&gt;;Frederick, Tom; njfrancisco@jonesday.com &lt;njfrancisco@jonesday.com&gt;;mminton@thompsoncoburn.com &lt;mminton@thompsoncoburn.com&gt;; mleonard@wcsr.com&lt;mleonard@wcsr.com&gt;; bwilkinson@paulweiss.com &lt;bwilkinson@paulweiss.com&gt;;lsavell@chadbourne.com &lt;lsavell@chadbourne.com&gt;; John.Guthmann@courts.state.mn.us&lt;John.Guthmann@courts.state.mn.us&gt;;
Subject: RE: US v. Philip Morris--Information requests re Minnesota Depository

Ms. Smith,

Thank you very much for the information -- much appreciated.

Regards,

Daniel K. Crane-Hirsch

-----Original Message-----
From: csmithdepo@aol.com [mailto:csmithdepo@aol.com]
Sent: Tuesday, April 05, 2011 9:23 AM
To: Crane-Hirsch, Daniel; crzsmart@aol.com
Cc: howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com;mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com;lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us

Subject: Re: US v. Philip Morris--Information requests re Minnesota Depository

Dear Mr. Crane-Hirsch:

Here are the answers to your inquiries:

1. The total number of boxes added to the depository since March1, 2010 total 1,158 boxes, 1 box arrived yesterday.

2. Correct.

3. Correct.

Although the 4(b) database indices do not include confidential/privileged documents, there are two depository databases that cover confidential/privileged materials. They are the "Minnesota Privilege Logs" and the "Comprehensive Privilege Logs."The Minnesota Privilege Logs reflect documents as they existed prior to the removal of the deprivileged material, and the Comprehensive Privilege Logs reflect database revisions made via production of the deprivileged material. The privilege logs contain information available on the4(b) database, such as bates numbers, author and recipient names, etc. There is also a summary or description field which contains a brief description of the document, or portion thereof, which has been redacted. There is also a field that describes, in code format, the reasons for the redaction.

Please let us know if you have any questions or need additional information.

Carol Smith
Depository General Manager

-----Original Message-----
From: Crane-Hirsch, Daniel &lt;Daniel.Crane-Hirsch@usdoj.gov&gt;
To: crzsmart@aol.com; csmithdepo@aol.com
Cc: howardcrystal@meyerglitz.com; TFrederi@winston.com; njfrancisco@jonesday.com; mminton@thompsoncoburn.com; mleonard@wcsr.com; bwilkinson@paulweiss.com; lsavell@chadbourne.com; John.Guthmann@courts.state.mn.us
Sent: Mon, Apr 4, 2011 5:52 pm
Subject: US v. Philip Morris--Information requests re Minnesota Depository

Ms. Smart, For briefs due before Judge Kessler tomorrow, it wouldbe helpful if you could confirm a few items that staff at the Depository have recently conveyed to
researchers: 1.          From March 1, 2010, to the present, 1,157 boxes of documents have been added to the Minnesota Depository's collections;  2.          Other than due to human error, the Minnesota 4(b) Indices should not include documents designated as confidential or privileged by the tobacco companies that send copies of documents to the Depository;
and 3.          The Minnesota 4(b) Indices do not have any fields or columns that identify documents as confidential or privileged. Thank you very much for your
assistance. Regards, Daniel K. Crane-HirschTrial attorneyU.S.Justice Department, Office of Consumer Litigation202-616-8242


The contents of this message may be privileged and confidential.
Therefore,if this message has been received in error, please delete it without readingit.
Your receipt of this message is not intended to waive any applicableprivilege. Please do not
disseminate this message without the permissionof the author.
***********************************************************************

*****
Any tax advice contained in this email was not intended to be used, andcannot be used, by you (or any other taxpayer) to avoid penalties underthe Internal Revenue Code of 1986, as amended.


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.