# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| | : | |
| **PHILIP MORRIS USA INC.,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER #17- Remand

Upon consideration of the United States' Motion to Strike Defendants' March 22, 2011, Filing on Corrective Statements, or, in the Alternative, for Leave to File Sur-reply, the Defendants' Opposition, and the Government's Reply, it is this 11th day of April, 2011, hereby

**ORDERED**, that the United States' Motion is **granted** as to the request for leave to file a sur-reply; and it is further

**ORDERED**, that the United States' shall have until **May 10, 2011**, to file a sur-reply of up to **20 pages** to Defendants' Reply in Support of Response to the Government's Proposed Corrective Statements; and it is further

**ORDERED**, that there shall be **no further briefing** on the issue of Corrective Statements.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**