# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 99-2496 (GK)** |
| | : | |
| **PHILIP MORRIS USA INC.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER #18-Remand

It is this 11th day of April, 2011, hereby

**ORDERED**, that all Orders of this Court, namely, Orders #1-17, entered subsequent to the remand of this case from the U.S. Court of Appeals for the District of Columbia Circuit, shall be retitled "Order #_-Remand." All subsequent Orders shall contain the designation "Remand" in order to clarify their status in this lengthy litigation.

/s/
_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**