UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS USA INC.,** *et al.,* | : | |
| Defendants. | : | |

### ORDER #19-Remand

The United States Court of Appeals for the District of Columbia Circuit, in <u>United States v. Philip Morris USA Inc.</u>, 566 F.3d 1095, 1142 (D.C. Cir. 2009), vacated the portion of this Court's Order #1015, in <u>United States v. Philip Morris USA Inc.</u>, 449 F. Supp.2d 1, 939-940 (D.D.C. 2006) (¶ III.B.7.b) regarding point-of-sale displays and remanded that issue for the district court "to evaluate and 'mak[e] due provision for the rights of innocent persons,' either by abandoning this part of the remedial order or by crafting a new version reflecting the rights of third parties." As a follow up to that remand, this Court, in Order #14-Remand, required the parties to "suggest[] independent third parties who should be asked to file briefs on the impact of the point-of-sale displays." The parties have done so.

**WHEREFORE**, it is this 11th day of April, 2011, hereby

**ORDERED**, that the following organizations are given leave to file, if they wish, briefs regarding the legal and practical impact of point-of-sale displays. In particular, these organizations should, if they are filing briefs, consider the briefing on this issue filed by all parties, which is to be completed by April 15, 2011 (see Public Health Intervenors' Opening Brief Regarding Corrective Statements in Point-of-Sale Displays [Dkt. No. 5903]; United States' Opening Brief on Retail Point

of Sale [Dkt. No. 5905]; Defendants' Submission Concerning Order #1015's Point-of-Sale Display Requirements [Dkt. No. 5906]):

    Asian American Convenience Stores Association
    Satya Shaw, President
    13014 N. Dale Mabry, Suite 109
    Tampa, FL  33618

    National Grocers Association
    Peter Larkin, President and CEO
    1005 North Glebe Road, Suite 250
    Arlington, VA  22201-5758

    National Association of Chain Drug Stores
    Steven C. Anderson, President and CEO
    413 North Lee Street
    Alexandria, VA  22314-2301

    Tobacconists Association of America
    Ted Clark, Executive Director
    1211 N. Tutor Lane
    Evansville, IN  47715

    National Association of Convenience Stores
    Henry Armour, President and CEO
    1600 Duke Street
    Alexandria, VA  22314

    Association for Convenience & Petroleum Retailing
    Lyle Beckwith, Sr. Vice President, Government Relations
    1600 Duke Street
    Alexandria, VA  22314

    National Association of Tobacco Outlets
    Tom Briant, Executive Director
    15560 Boulder Pointe Road
    Minneapolis, MN  55347

    Petroleum Marketers Association of America
    Dan Gilligan, President
    1901 North Fort Myer Drive, Suite 500
    Arlington, VA  22209

The filings of these organizations should be submitted no later than **May 15, 2011**.

                                          /s/
                                          Gladys Kessler
                                          United States District Judge

**Copies via ECF to all counsel of record**