# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Civ. No. 99-CV-02496 (GK) |
| ) | |
| v. ) | |
| ) | **Next scheduled court appearance:** |
| **PHILLIP MORRIS, INC., et al.,** ) | None |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| **SMITHKLINE BEECHAM** ) | |
| **CORPORATION dba** ) | |
| **GLAXOSMITHKLINE,** ) | |
| ) | |
| Intervenor. ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned withdraws his appearance in this matter on behalf of Intervenor SmithKlineBeecham Corporation dba GlaxoSmithKline.

Dated: April 13, 2011

Respectfully Submitted,

/s/ Steven D. Gordon
Steven D. Gordon, DC Bar No. 219287
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Phone: (202) 955-3000
Fax: (202) 955-5564
*Counsel for SmithKline Beecham Corporation dba GlaxoSmithKline*

2

**CERITIFICATE OF SERVICE**

I certify that, on this 13th day of April, 2011 I electronically transmitted the foregoing **NOTICE OF WITHDRAWAL** to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon