UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| | : | |
| **PHILIP MORRIS USA INC.,** *et al,* | : | |
| | : | |
| Defendants. | : | |

### ORDER #20-Remand

Upon consideration of the United States' Motion for Clarification Regarding Defendants' Obligation to Disclose Disaggregated Marketing Data, the Responses of Defendants and Intervenors, the United States' Reply, Defendants' Surreply, and the entire record in this case, it is this 19th day of April, 2011, hereby

**ORDERED**, that the United States' Motion for Clarification is **granted**; and it is further

**ORDERED**, that the Department of Justice is permitted to share with other Executive Branch agencies the disaggregated marketing data provided by Defendants so long as the disaggregated marketing data remains subject to the confidentiality provisions of Orders #7 and #36; and it is further

**ORDERED**, that the requirement that the Defendants provide disaggregated marketing data to the Department of Justice, as set forth in Paragraphs 16 through 19 of Order #1015, shall be modified as follows:

16. Each Defendant that discloses disaggregated marketing data to the Federal Trade Commission shall disclose the same data to the Government in the same form and on the same schedule.

17. Other than in paragraph 16 of this Order, "Disaggregated Marketing Data" shall refer to all marketing data broken down by type of marketing or promotion uses (including sales data), geographical region (to the smallest level of geographic specificity maintained by each Defendant), number of cigarettes sold, advertising in stores, and any other category of data collected and/or maintained by or on behalf of each Defendant. Disaggregated Marketing Data shall be maintained in the databases and formats collected and/or maintained by Defendants, and such Disaggregated Marketing Data, and all reports generated from such Disaggregated Marketing Data, shall be made available to the Government. Defendants' obligations under this section of this Order will continue for 10 years from the date of this Order.

18. In addition, each year's Disaggregated Marketing Data shall be separately maintained in a format suitable for downloading (e.g., comma separated value (CSV) file, compressed in a ZIP or similar format). All data fields shall be specified.

19. All Disaggregated Marketing Data shall be deemed "confidential" and "highly sensitive trade secret information," as defined in Orders #7 and #36, and shall be subject to the provisions of those Orders. There are no Court-imposed restrictions on the dissemination of such data other than pursuant to this paragraph and Orders #7 and #36.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**