# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 99-2496 (GK) |
| : | |
| **PHILIP MORRIS USA INC.**, *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

It is this 6th day of May, 2011, hereby

**ORDERED**, that on or before **June 15, 2011, at 5:00 p.m.,** Parties shall submit their respective positions, no longer than **fifteen (15) pages**, on the following issue: who, as between the Court in Minnesota and this Court, has jurisdiction to manage the Minnesota Depository now that the original order filed in Minnesota State Court, which created it has expired; and it is further

**ORDERED**, that Parties shall submit responses to the first round of filings no later than **June 29, 2011, at 5:00 p.m.**, which shall be no longer than **five (5) pages**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**