UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS USA INC.,** *et al.,* | : | |
| Defendants. | : | |

### ORDER #21-Remand

On April 11, 2011, this Court gave certain organizations leave to file briefs regarding the legal and practical impact of point-of-sale displays [Dkt. No. 5916].

**WHEREFORE**, it is this 12th day of May, 2011, hereby

**ORDERED**, that counsel for the following organizations are admitted pro hac vice for the limited purpose of filing, if they wish, briefs regarding the legal and practical impact of point-of-sale displays via ECF:

Asian American Convenience Stores Association
Satya Shaw, President
13014 N. Dale Mabry, Suite 109
Tampa, FL  33618

National Grocers Association
Peter Larkin, President and CEO
1005 North Glebe Road, Suite 250
Arlington, VA  22201-5758

National Association of Chain Drug Stores
Steven C. Anderson, President and CEO
413 North Lee Street
Alexandria, VA  22314-2301

Tobacconists Association of America
Ted Clark, Executive Director

1211 N. Tutor Lane
Evansville, IN  47715

National Association of Convenience Stores
Henry Armour, President and CEO
1600 Duke Street
Alexandria, VA  22314

Association for Convenience & Petroleum Retailing
Lyle Beckwith, Sr. Vice President, Government Relations
1600 Duke Street
Alexandria, VA  22314

National Association of Tobacco Outlets
Tom Briant, Executive Director
15560 Boulder Pointe Road
Minneapolis, MN  55347

Petroleum Marketers Association of America
Dan Gilligan, President
1901 North Fort Myer Drive, Suite 500
Arlington, VA  22209


                                        /s/_____
                                        Gladys Kessler
                                        United States District Judge

**Copies via ECF to all counsel of record**