**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**PHILIP MORRIS USA INC.,**<br>**f/k/a PHILIP MORRIS INC., et al.,**<br>**Defendants.** | ) | **Civil No. 99-CV-02496 (GK)**<br><br>**Next scheduled court appearance: None** |

**UNITED STATES' NOTICE OF FIRST SUPPLEMENTAL FILING RE UNITED STATES' SURREPLY IN SUPPORT OF THE UNITED STATES' SUBMISSION OF PROPOSED CORRECTIVE STATEMENTS AND EXPERT REPORT**

Please take notice that the United States is filing three supplemental items related to our surreply on corrective statements (R. 5930; filed May 10, 2011).

1. First Supplemental Declaration of Matthew McCrobie (advising that a Clerk of Court's Office in Missouri contacted him last week after finding previously-missing jury instructions from the *Welch v. Brown & Williamson* case);

2. Revised "Appendix 1" to United States' May 20, 2011 surreply (updating discussion of *Welch v. Brown & Williamson* in summary of past jury verdicts on which Defendants rely); and

3. Jury instructions 2-25 as given by the court in *Welch v. Brown & Williamson Tobacco Corp.*, No. 00CV209292 (Mo. Cir. Ct. (16th Cir.–Jackson County) June 16, 2003).

Dated: May 27, 2011
Washington, D.C.

Respectfully submitted,

TONY WEST
Assistant Attorney General

MAAME EWUSI-MENSAH FRIMPONG
Acting Deputy Assistant Attorney General

KENNETH JOST, Acting Director
Office of Consumer Litigation

___/s/______________________________
DANIEL K. CRANE-HIRSCH
Trial Attorney
Office of Consumer Litigation, Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20004-0386
Telephone: 202-616-8242
Facsimile: 202-514-8742
E-mail address: daniel.crane-hirsch@usdoj.gov