UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>  v.<br><br>PHILIP MORRIS USA INC.,<br> f/k/a PHILIP MORRIS INC., et al.,<br>   Defendants. | Civil No. 99-CV-02496 (GK)<br><br>Next scheduled court appearance:<br>None |

**FIRST SUPPLEMENTAL DECLARATION OF MATTHEW McCROBIE**

Pursuant to 28 U.S.C. § 1746, I hereby certify the following under penalty of perjury:

1. I am over the age of 18. I am a paralegal for the Office of Consumer Protection Litigation, U.S. Department of Justice.

2. On May 10, 2011, I prepared a declaration summarizing various unsuccessful efforts to obtain closing arguments, jury instructions, and verdict forms in cases whose verdicts Defendants are relying upon. That declaration was filed as Exhibit 21 to the United States' Surreply in Support of Proposed Corrective Statements. (R. 5930, Ex. 21; filed 5/10/2011) (hereafter "McCrobie 5/10/2011 Decl.").

3. Paragraph 4 of that declaration discussed my then-unsuccessful efforts to obtain the jury instructions in the *Welch* case from the Clerk of Court's office in Jackson County, Missouri. I have prepared this supplemental declaration because the Clerk of Court's office subsequently contacted me, and I have now received a copy of the jury instructions. Paragraph 4 of my May 10 declaration stated:

> On May 5, 2011, I spoke with Viola Berry in the Civil Records
> Department of the 16th Judicial Circuit Court of Jackson County,

Missouri, concerning the court file for *Welch v. Brown & Williamson Tobacco Corp.*, No. 00-CV-209292 (Mo. Cir. Ct. (Jackson County) jury verdict issued June 16, 2003). Ms. Berry advised that although the court's docket showed an entry for jury instructions, they were not located in the official court file. Accordingly, it is not possible to obtain an official copy of the jury instructions for the *Welch* case as docketed in the official court file.

McCrobie 5/10/2011 Decl. ¶ 4.

4. On May 18, 2011, I received a follow-up telephone call from Ms. Berry. She informed me that after we last spoke, she searched the volumes of the *Welch* case adjacent to the volume number indicated on the docket as containing the jury instructions in that case. Ms. Berry advised that the jury instructions had been mis-filed in one of those adjacent volumes, and she had now found them.

5. Ms. Berry had the Civil Records Department of the Clerk of Court's office send me copies of the jury instructions filed in the *Welch* case.

6. I understand that the United States is filing a copy of those jury instructions today, with a revised "Appendix 1" that discusses *Welch* (and the other cases whose verdicts Defendants are relying upon).

Dated: May 27, 2011
Washington, D.C.

MATTHEW McCROBIE
Paralegal, Office of Consumer Protection Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-353-9915
Facsimile: 202-514-8742