**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :  :  **Plaintiff,** :  :  **v.** :  :  **PHILIP MORRIS USA, Inc.,** :  **et al**. :  :  **Defendants.** : | **Civil Action No. 99-2496 (GK)** |

### ORDER #23-Remand

This civil action brought by the United States under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968, is now before the Court on Defendant's Motion for Vacatur [Dkt. No. 5880]. Upon consideration of the Motion, Oppositions, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion for Vacatur is **denied.**

June 1, 2011

/s/
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF