# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 99-2496 (GK) |
| | : | |
| **PHILIP MORRIS USA INC.,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER #24-Remand

Upon consideration of Defendants' Motion for Oral Argument on Pending Matters, it is this 2nd day of June, 2011, hereby

**ORDERED**, that Defendants' Motion is **denied**.  If the Court believes oral argument will be informative, it will order it.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**