# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 99-2496 (GK)** |
| ) | |
| **v.** ) | |
| ) | |
| **PHILIP MORRIS USA INC., _et al._,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Altria Group Inc., Philip Morris USA Inc., R.J. Reynolds Tobacco Company (individually and as successor to Brown & Williamson Tobacco Corporation), and Lorillard Tobacco Company hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from Order #23-Remand of this Court, entered on the 1st day of June, 2011, denying Defendants' Motion for Vacatur.

Dated: June 3, 2011                    Respectfully submitted,

/s/ Beth A. Wilkinson
Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C.  20006-1047
Telephone:  (202) 223-7300
Fax:  (202) 223-7420

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-6700
Fax:  (202) 558-5700

*Attorneys for Defendants*
*Altria Group Inc. and Philip Morris USA Inc.*


/s/ Beth A. Wilkinson *for*
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
Geoffrey K. Beach (D.C. Bar No. 439763)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3721
Fax: (336) 733-8389

*Attorneys for Defendant*
*R.J. Reynolds Tobacco Company,*
*individually and as successor by*
*merger to Brown & Williamson*
*Tobacco Corporation*

2

/s/ Beth A. Wilkinson *for*
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri  63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*

## **Clerk**

Please mail copies of the above **Notice of Appeal** to the following at the addresses indicated:

**Attorneys for Plaintiff:**

Kenneth Jost, Esq.
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Room 3129
Washington, D.C.  20530
(202) 514-3045

**Attorneys for Public Health Intervenors:**

Howard M. Crystal, Esq.
Katherine A. Meyer, Esq.
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206