# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 99-2496 (GK) |
| **PHILIP MORRIS USA INC.,** *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given this 8th day of June, 2011, that Defendants Altria Group Inc., Philip Morris USA Inc., R.J. Reynolds Tobacco Company (individually and as successor to Brown & Williamson Tobacco Corporation), and Lorillard Tobacco Company hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from Order #20-Remand of this Court, entered on the 19th day of April, 2011, granting the United States' Motion for Clarification and modifying Paragraphs 16 through 19 of Order #1015.

Respectfully submitted,

/s/ Noel J. Francisco *for*
Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

        Miguel A. Estrada (D.C. Bar No. 456289)
        GIBSON, DUNN & CRUTCHER LLP
        1050 Connecticut Avenue, N.W.
        Washington, DC  20036-5306
        Telephone:  (202) 955-8257
        Fax:  (202) 530-9016

        Thomas J. Frederick
        WINSTON & STRAWN LLP
        35 West Wacker Drive
        Chicago, IL 60601-9703
        Telephone: (312) 558-6700
        Fax:  (312) 558-5700

        *Attorneys for Defendants*
        *Altria Group Inc. and Philip Morris USA Inc.*


        /s/ Noel J. Francisco
        Robert F. McDermott (D.C. Bar No. 261164)
        Peter J. Biersteker (D.C. Bar No. 358108)
        Noel J. Francisco (D.C. Bar No. 464752)
        Geoffrey K. Beach (D.C. Bar No. 439763)
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, DC 20001-2113
        Telephone: (202) 879-3939
        Fax: (202) 626-1700

        R. Michael Leonard
        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
        One West Fourth Street
        Winston-Salem, NC 27101
        Telephone: (336) 721-3721
        Fax: (336) 733-8389

        *Attorneys for Defendant*
        *R.J. Reynolds Tobacco Company,*
        *individually and as successor by merger to*
        *Brown & Williamson Tobacco Corporation*

<div style="margin-left: 50%;">

<u>/s/ Noel J. Francisco *for*</u>
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, MO 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*

</div>

## **Clerk**

Please mail copies of the above **Notice of Appeal** to the following at the addresses indicated:

**Attorneys for Plaintiff:**

Kenneth Jost, Esq.
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Room 3129
Washington, DC 20530
(202) 514-3045

**Attorneys for Public Health Intervenors:**

Howard M. Crystal, Esq.
Katherine A. Meyer, Esq.
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20009
(202) 588-5206