IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 99-2496 (GK) |
| | ) | |
| v. | ) | |
| | ) | Next Scheduled Court Date: |
| **PHILIP MORRIS USA INC.,** *et al.*, | ) | None |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' STATEMENT REGARDING**
**MINNESOTA DEPOSITORY JURISDICTION**

In its Order dated May 6, 2011 (Doc. 5929), the Court requested that the parties submit their respective positions "on who, as between the Court in Minnesota and this Court, has jurisdiction to manage the Minnesota Depository." The Minnesota court has, to this point, exercised jurisdiction over the Minnesota Depository, but Defendants believe that this Court can and should do so. While the Depository was originally established due to the Minnesota attorney general action, and the Defendants assumed obligations to continue producing documents to the Depository as part of the Master Settlement Agreement, those obligations have expired. The sole reason that Defendants continue to maintain the Depository is due to this Court's Order #1015—Final Judgment and Remedial Order requiring them to do so. Given this, Defendants would encourage this Court to contact the Minnesota court and secure its agreement for this Court to assume sole jurisdiction over the Depository.[1]

---

[1] Defendants have previously stated that such jurisdiction should remain with the Minnesota court. *See* Certain Defendants' Memorandum of Points and Authorities in Support of Their Motion to Modify Order #1015 to Remove the Minnesota Depository Requirements (Doc. 5897-1) at 12-13. Upon reflection, however, the lack of any ongoing purpose for the Depository's existence other than for Defendants to comply with Order #1015 recommends that this Court should exercise sole jurisdiction.

Dated:  June 15, 2011                          Respectfully submitted,

/s/ Beth A. Wilkinson
Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Fax:  (202) 223-7420

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax:  (202) 558-5700

*Attorneys for Defendants*
*Altria Group, Inc. and Philip Morris USA Inc.*

/s/ Beth A. Wilkinson *for*
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant*
*R.J. Reynolds Tobacco Company,*
*individually and as successor to*
*Brown & Williamson  Tobacco Corporation*


/s/ Beth A. Wilkinson *for*
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*

- 3 -