**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
|       **Plaintiff,** | : |
| | :  **Civil Action No.** |
|       **v.** | :  **99-2496 (GK)** |
| | : |
| **PHILIP MORRIS USA, Inc.,** | : |
| <u>**et al**</u>. | : |
| | : |
|       **Defendants.** | : |

<u>**ORDER #25-Remand**</u>

This civil action brought by the United States under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968, is now before the Court on Defendants' Motion to Clarify Order #1015 Concerning Enforceability [Dkt. No. 5896]. Upon consideration of the Motion, Oppositions, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Clarify Order #1015 Concerning Enforceability is **denied**.

| | |
|---|---|
| | /s/ |
| June 22, 2011 | Gladys Kessler |
| | United States District Judge |

<u>**Copies to**</u>: **attorneys on record via ECF**