IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 99-2496 (GK) |
| v. | ) ) ) | Next Scheduled Court Date: |
| PHILIP MORRIS USA INC., *et al.*, | ) ) | None |
| Defendants. | ) ) | |

## DEFENDANTS' RESPONSE REGARDING
## MINNESOTA DEPOSITORY JURISDICTION

Pursuant to this Court's Order dated May 6, 2011 (Doc. 5929), Defendants stated in their prior submission that they "would encourage this Court to contact the Minnesota court and secure its agreement for this Court to assume sole jurisdiction over the Depository." Defendants' Statement Regarding Minnesota Depository Jurisdiction at 1 (footnote omitted) (Doc. 5943). In their opening submissions, the Government and the Intervenors agreed that this Court has jurisdiction to enforce Order #1015—Final Judgment and Remedial Order. *See, e.g.,* United States' Opening Brief on Jurisdiction Over the Minnesota Depository at 1 (Doc. 5945) ("United States' Br."); Public Health Intevenors' Further Brief on the Minnesota Depository at 1 (Doc. 5944) ("Intervenors' Br."). Both suggested, however, that this Court might wish to appoint a special master pursuant to Fed. R. Civ. P. 53 to assist it in supervising the Depository, possibly including Minnesota State Court Judge John Guthmann. *See, e.g.,* United States' Br. at 7-8; Intervenors' Br. at 1.

Defendants defer to the Court on whether it wishes to appoint a special master to assist it in supervising the Depository. However, Defendants believe that the potential appointment of Judge Guthmann as a special master under Fed. R. Civ. P. 53 could raise legal issues better avoided by the appointment of someone else. Given this, and the lack of any need for a special master to be physically present in Minnesota to perform this supervisory function, Defendants suggest that the appointment of someone more familiar with this Court, the parties, and this litigation, such as the Honorable Richard A. Levie (Ret.), would make more sense. Indeed, to the extent location is a consideration, a special master who is based in Washington, DC would be more convenient for the Court and the parties than one based in Minnesota.

Dated: June 29, 2011                                Respectfully submitted,

/s/ Beth A. Wilkinson
Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Fax:  (202) 223-7420

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax:  (202) 558-5700

*Attorneys for Defendants*
*Altria Group, Inc. and Philip Morris USA Inc.*

/s/ Beth A. Wilkinson *for*
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant*
*R.J. Reynolds Tobacco Company,*
*individually and as successor to*
*Brown & Williamson Tobacco Corporation*

/s/ Beth A. Wilkinson *for*
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*

- 3 -