UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>    and )<br>)<br>TOBACCO-FREE KIDS )<br>ACTION FUND, *et al.* )<br>    Plaintiff-Intervenors )<br>)<br>    v. )<br>)<br>PHILIP MORRIS USA, INC., *et al.*, )<br>    Defendants. )<br>) | Civil Action No. 99-CV-2496 (GK)<br>Next scheduled court appearance:   NONE |

**NOTICE OF THE UNIVERSITY OF CALIFORNIA—SAN FRANCISCO
AGREEING TO BE SUBJECT TO CONSENT ORDER CONCERNING
TOBACCO-DOCUMENT ACCESSIBILITY**

In Orders #14-Remand and #15-Remand, the Court referred particular issues concerning defendants' document websites to mediation.  Because of the University of California—San Francisco's (UCSF) expertise in the subject area, the United States and Public Health Intervenors consulted with UCSF staff during the course of the mediation sessions.  We understand that the parties have reached an agreement that would include certain defendants' paying specified amounts of money to the Registry of the Court, which would then disburse the funds to UCSF to improve access to and the functionality of the Legacy Tobacco Documents Library.

We submit this Notice to certify that:

1. UCSF is aware of and consents to the terms that refer to the university in the (proposed) consent order;

2. UCSF voluntarily submits itself to the personal jurisdiction of the Court concerning any disputes about UCSF's obligations under the (proposed) consent order;

3. UCSF agrees to use the moneys disbursed to it by the Registry of the Court under the (proposed) consent order to improve access to and functionality of the Legacy Tobacco Documents Library, *e.g.*, through coding documents and providing enhanced search capabilities (with the understanding that the university may assess some percentage for indirect costs), and not for any other purpose.

4. As a condition for receipt of the payments provided under the (proposed) consent order, UCSF agrees to file through the ECF system, by December 31 of each year (beginning in 2012) and up to and including the final year in which these funds are spent, a certification confirming that these funds have been used only for the purposes described in Paragraph (3) and not for any other purpose.

5. UCSF agrees that if it spends any of these funds in a manner inconsistent with Paragraph (3), it will refund any such funds to the Registry of the Court.

6. UCSF understands that under the (proposed) consent order, it may allocate the monies received for the purposes specified in Paragraph (3) through December 31, 2025. UCSF will have until that date to spend all the funds provided by the (proposed) consent order, and agrees to continue filing annual certifications until all funds are spent.   UCSF agrees that if any of the funds remain unspent by that date, it will refund any remaining funds to the Registry of the Court.

Dated: December 13, 2011

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

_____/s/   Peter J. Leff_____
Peter J. Leff
DC Bar No. 457476
1300 L Street, NW, Suite 1200
Washington, DC   20005
Telephone: (202) 898-1707
Facsimile: (202) 682-2976
pleff@odsalaw.com

Counsel for The Regents of the University of California

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 13, 2011, he caused a copy of the foregoing Notice of the University Of California—San Francisco Agreeing to Be Subject to Consent Order Concerning Tobacco-Document Accessibility to be served by Electronic Mail on all parties that have entered an appearance in this matter.

      /s/ Peter J. Leff\_\_\_\_\_