ATTACHMENT 1

# Smoking & Health Issues - Philip Morris USA

In this section of our website, you will find our positions on health issues related to cigarette smoking and secondhand smoke as well as links to government and public health authorities, including the U.S. Surgeon General's reports related to tobacco. Philip Morris USA supports a single, consistent public health message on the role of cigarette smoking in the development of disease in smokers.

### Smoking & Disease in Smokers

PM USA agrees with the overwhelming medical and scientific consensus that cigarette smoking causes lung cancer, heart disease, emphysema and other serious diseases in smokers. Smokers are far more likely to develop serious diseases, like lung cancer, than non-smokers. There is no safe cigarette. Learn more.

### Addiction

PM USA agrees with the overwhelming medical and scientific consensus that cigarette smoking is addictive. It can be very difficult to quit smoking, but this should not deter smokers who want to quit from trying to do so. Learn more.

### Quitting Smoking

To reduce the health effects of cigarette smoking, the best thing to do is to quit. Learn more.

### Smoking & Pregnancy

Women who quit smoking before or during pregnancy reduce the risk of adverse reproductive outcomes. Learn more.

### Secondhand Smoke

Public health officials have concluded that secondhand smoke from cigarettes causes disease, including lung cancer and heart disease, in non-smoking adults, as well as causes conditions in children such as asthma, respiratory infections, cough, wheeze, otitis media (middle ear infection) and Sudden Infant Death Syndrome. Learn more.

### Surgeon General Reports

The Surgeon General of the United States has been the nation's leading spokesperson on matters of public health since 1871. Beginning in 1962, at the request of President John F. Kennedy, the Surgeon General's Office took on the task of reviewing literature on smoking and health and began issuing periodic reports. The first report was published in 1964.

In this section we provide links to the information on the Surgeon General reports, plus links to the complete reports. Learn more.

### Related Topics

- Helping Reduce Underage Tobacco Use
- Parent Communications
- Supporting Cessation
- Smokeless Tobacco Products Information
- Smokeless Use & Health Issues

# Addiction - Philip Morris USA

Philip Morris USA agrees with the overwhelming medical and scientific consensus that cigarette smoking is addictive. It can be very difficult to quit smoking, but this should not deter smokers who want to quit from trying to do so.

Learn more about quitting cigarette smoking.

## Our support of a consistent public health message

We support a single, consistent public health message on the role of cigarette smoking in the development of disease in smokers, and on smoking and addiction.

### Related Resources

Visit these sections for more info:

- U.S. Food and Drug Administration (FDA) statements on addiction (1995)

Visit these sites for more info:

- U.S. Surgeon General 2010 Consumer Booklet - How Tobacco Smoke Causes Disease: What It Means to You
- U.S. Surgeon General's Report - Nicotine Addiction (1988)

# Secondhand Smoke - Philip Morris USA

Secondhand smoke, also known as environmental tobacco smoke or ETS, is a combination of the smoke coming from the lit end of a cigarette and the smoke exhaled by a person smoking.

Public health officials have concluded that secondhand smoke from cigarettes causes disease, including lung cancer and heart disease, in non-smoking adults, as well as causes conditions in children such as asthma, respiratory infections, cough, wheeze, otitis media (middle ear infection) and Sudden Infant Death Syndrome. In addition, public health officials have concluded that secondhand smoke can exacerbate adult asthma and cause eye, throat and nasal irritation.

Philip Morris USA believes that the public should be guided by the conclusions of public health officials regarding the health effects of secondhand smoke when deciding whether to be in places where secondhand smoke is present, or if they are smokers, when and where to smoke around others. Particular care should be exercised where children are concerned and adults should avoid smoking cigarettes around them.

We also believe that the conclusions of public health officials concerning environmental tobacco smoke are sufficient to warrant measures that regulate cigarette smoking in public places. We also believe that where cigarette smoking is permitted, the government should require the posting of warning notices that communicate public health officials' conclusions that secondhand smoke causes disease in non-smokers.

---

### Related Resources

Visit these sections for more info:

- Public Place Smoking Restrictions

For more information on secondhand smoke:

- U.S. Surgeon General 2010 Consumer Booklet - How Tobacco Smoke Causes Disease: What It Means to You
- U.S. Surgeon General Report - The Health Consequences of Involuntary Exposure to Tobacco Smoke (2006)
- U.S. Surgeon General - Secondhand Smoke: What It Means to You (2006)
- California Environmental Protection Agency (EPA) - Health Effects of Exposure to Environmental Tobacco Smoke (2005)
- International Agency for Research on Cancer (IARC) - Tobacco Smoke and Involuntary Smoking (Monograph 83)-Summary of Data Reported and Evaluation
- U.S. Environmental Protection Agency (EPA) Report "Respiratory Health Effects of Passive Smoking" (1992)
- U.K. Scientific Committee on Tobacco and Health - Report of the Scientific Committee on Tobacco and Health (1998)
- U.S. National Toxicology Program - 11th Report on Carcinogens (2002)
- U.S. Institute of Medicine (IOM) Report "Clearing the Air: Asthma and Indoor Air Exposures"
- Cook D, Strachan D, - scientific article on the effects of parental smoking on the respiratory health of children (1999)