ATTACHMENT 2

Search  Subm



Quick Links

Brands
Investor Relations
About Us

Home » Responsibility » Smoking and Health

Downloads

- Annual Report *pdf*
- Q3 Earnings *pdf*
- Menthol Report *pdf*

About Us

Brands

Investor Relations

Responsibility

  Smoking and Health

    Cigarette Smoking and Disease in Smokers
    Addiction
    Environmental Tobacco Smoke (ETS) / Secondhand Smoke
    Smoking and Health Information Resources

  Corporate Principles
  Youth Smoking Prevention
  Understanding Menthol
  Lorillard Documents
  Regulatory Submissions
  Political Contributions

Press Room

Contact Us

# Smoking and Health

### Smoking and Health Issues

- All cigarettes are dangerous. There is no safe cigarette.
- All cigarettes cause disease and are addictive.
- The only way to avoid the health effects of cigarette smoking is to not smoke.

#### Cigarette Smoking and Disease in Smokers

Cigarette smoking causes lung cancer, heart disease, chronic obstructive pulmonary disease (including emphysema and chronic bronchitis) and many other serious and fatal diseases. Cigarette smoking also causes adverse pregnancy outcomes. Click here for more information

#### Addiction and Quitting Smoking

Cigarette smoking is addictive. Nicotine in cigarette smoke is addictive and other aspects of cigarette smoking may also contribute to the difficulty of quitting. Although quitting smoking can be very difficult, smokers who want to quit should try to do so. Quitting greatly reduces the health effects of cigarette smoking. Click here for more information

#### Environmental Tobacco Smoke (ETS) or Secondhand Smoke

The Surgeon General has concluded that secondhand cigarette smoke causes serious and fatal diseases, including lung cancer and heart disease, in adults who do not smoke and that children exposed to secondhand smoke are at greater risk for respiratory infections, ear problems, more severe asthma and sudden infant death syndrome (SIDS). Click here for more information

#### Smoking and Health Information Resources

You should rely on your personal physicians and other medical providers, the Surgeon General and other public health authorities for information regarding the health effects of cigarette smoking, the benefits of quitting and the health effects of exposure to secondhand smoke. For your convenience and to assist you in obtaining information from the Surgeon General and other public health authorities on the health effects of cigarette smoking, the benefits of quitting and the health effects of exposure to secondhand smoke, links to websites are provided in the sections outlined above. Lorillard is not responsible for the content of these websites. Lorillard may not agree with all of the statements contained on these websites, but you should nonetheless rely on information from your personal physicians and other medical providers, the Surgeon General and other public health authorities and not Lorillard for information regarding the health effects of cigarette smoking, the benefits of quitting and the health effects of exposure to secondhand smoke. Click here for more information

About Us
  At a Glance
  Our History
  Management
  Ingredients
  Legislation & Regulation
  Careers

Brands
  Newport
  Maverick
  More Lorillard Brands

Investor Relations
  Financial Overview
  Stock Information
  News
  Financial Reporting
  Events & Presentations
  Shareholder Services
  Governance
  Analyst Coverage
  FAQs
  Investor Contacts

Responsibility
  Smoking and Health
  Corporate Principles on Marketing, Promotion and Youth Smoking
  Youth Smoking Prevention
  Understanding Menthol
  Lorillard Documents
  Regulatory Submissions
  Political Contributions

Press Room
  News
  Media Gallery
  Press Contacts

Contact Us
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. UnderstandingMenthol.com RealParentsRealAnswers.com