# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PHILIP MORRIS USA INC.,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Civil Action No. 99-2496 (GK)<br><br>Next Scheduled Court Date:<br>None |

## NOTICE

Defendants Altria Group, Inc. and Philip Morris USA Inc. hereby give notice that they have deposited their payment of $200,000 due by December 31, 2011 pursuant to Order #27-Remand into the Registry of the Court.

Dated: December 20, 2011          Respectfully submitted,

/s/ Thomas J.Frederick
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax: (202) 558-5700

Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

-2-

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

Attorneys for Defendants
Altria Group Inc. and Philip Morris USA Inc.