UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,             )<br>                                                              )<br>          v.                                             )<br>                                                              )<br> PHILIP MORRIS USA INC., *et al.*,   )<br>                                                              )<br>                    Defendants.       )<br>                                                              ) | Civil Action No. 99-2496 (GK) |

## NOTICE OF PAYMENT

Defendant Lorillard Tobacco Company hereby gives notice that it has deposited its payment of $217,000 due by January 13, 2012, pursuant to Order #28-Remand, into the Registry of the Court.

Dated:  January 11, 2012               Respectfully submitted,

                                                                   /s/  Michael B. Minton
                                                              Michael B. Minton
                                                              THOMPSON COBURN LLP
                                                              One US Bank Plaza, Suite 3500
                                                              St. Louis, Missouri 63101-1693
                                                              Telephone: (314) 552-6000
                                                              Fax: (314) 552-7597

                                                              *Attorneys for Defendant*
                                                              *Lorillard Tobacco Company*

5468671.1