# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 99-2496 (GK) |
| ) | |
| v. ) | |
| ) | Next Scheduled Court Date: |
| **PHILIP MORRIS USA INC.,** *et al.,* ) | None |
| ) | |
| Defendants. ) | |

## NOTICE

Defendant R.J. Reynolds Tobacco Company hereby gives notice that it has deposited its payment of $750,000 due by February 15, 2012 pursuant to Order #27-Remand into the Registry of the Court.

Dated: February 14, 2012        Respectfully submitted,

_____
R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE
One West Fourth Street
Winston-Salem, NC  27101
Tel:  (336)721-3721
Fax:  (336) 733-8389

/s/ Noel J. Francisco_____
Robert F. McDermott (D.C. Bar No.261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Tel:  (202) 879-3939
Fax:  (202) 626-1700

*Attorneys for Defendant R.J. Reynolds Tobacco Company, individually and as Successor by merger to Brown & Williamson Tobacco Corporation*