# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 99-2496 (GK) |
| ) | |
| v. ) | |
| ) | Next Scheduled Court Date: |
| **PHILIP MORRIS USA INC.**, *et al.*, ) | None |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MINNESOTA DEPOSITORY MOVE

The undersigned Defendants hereby give notice that the Minnesota Depository will be moving to accommodate expansion and provide improved office space. The current address of the Depository is 1021 10th Avenue, S.E., Hennepin Business Center, Minneapolis, MN 55414. The Depository will be moving to the Westgate Business Center II, 1045 Westgate Drive, St. Paul, MN 55114. Defendants understand that the move is currently scheduled to take place between March 21 and March 31, 2012. Further, Defendants understand that the Depository's administrator, Smart Legal Assistance, will be supervising the move and will attempt to accommodate requests from the public during the move (except for two days during the course of the move, anticipated to be March 29 and March 30, 2012, when the Depository staff will have no computer access). Finally, Defendants understand that the anticipated re-opening date for the Depository at its new location is April 2, 2012.

Dated: March 9, 2012 Respectfully submitted,

/s/ Thomas J. Frederick
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax: (202) 558-5700

Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016

Attorneys for Defendants Altria Group Inc. and Philip Morris USA Inc.

/s/ Robert F. McDermott
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3721
Fax: (336) 733-8389

Attorneys for Defendant R.J. Reynolds Tobacco Company, individually and as successor by merger to Brown & Williamson Tobacco Corporation


/s/ Michael B. Minton
Michael B. Minton
A. Elizabeth Blackwell
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Facsimile: (314) 552-7597

Attorneys for Lorillard Tobacco Company