UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   : | |
| : | |
| **Plaintiff,**   : | |
| : | |
| v.   : | Civil Action No. 99-2496 (GK) |
| : | |
| **PHILIP MORRIS USA INC.,** *et al.*,   : | |
| : | |
| **Defendants.**   : | |

**ORDER #30-Remand**

On December 29, 2011, in Order 29-Remand [Dkt. No. 5962], the Court ordered a temporary halt to all removals of documents available to the public at the Minnesota Depository. Since that time, with the assistance of Depository staff, the Court has continued to review the operation of the Depository. The Court now concludes that certain changes to both verification and correction procedures and removal and reclassification procedures will prevent potential harm to the public due to inaccurate document information or improper removal of documents from the publicly available collection.

**WHEREFORE**, it is this 4th day of April, 2012, hereby

**ORDERED**, that Defendants shall correct, **by November 1, 2012,** on a box-by-box basis, all errors, including but not limited to index discrepancies, missing documents, and 4b database errors, identified by the Depository staff and submitted to the Defendants prior to the date of this Order; and it is further

**ORDERED**, that Defendants shall correct any future errors identified by the Depository staff within **30 days** of receipt of notification of the error; and it is further

**ORDERED**, that Defendants shall file with the Court, **by June 11, 2012,** a Privilege Log listing each document that was at one time submitted to be part of the publicly available population but which has subsequently been removed by Defendants as privileged or for any other reason.[1] The Privilege Log shall identify the document number, author, recipients, document date, document type, the reason for the removal, and whether proper removal procedures were followed as ordered in Judge Lawrence Cohen's January 12, 1999 Order. Upon receiving this Privilege Log, the Court will consider how best to proceed.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] Defendants are free to return any removed documents to the 4b database and public population.