**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 99-2496 (GK) |
| PHILIP MORRIS USA INC., *et al.*, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that pursuant to Local Rule 83.6(b) and D.C.R. Prof. Conduct 1.16(a)(3), the following attorneys hereby withdraw as counsel of record for Lorillard Tobacco Company: Timothy E. Congrove; William A. Allinder; Thomas A. Duncan; Richard L. Gray; Christopher A. Johnson; Donald J. Kemna; Kamran Q. Khan; Lisa A. Lukaszewski; Elizabeth S. Rowe; Paige Q. Szajnuk; and Gene E. Voigts.  The law firm of Thompson Coburn L.L.P. has entered its appearance as counsel of record for Lorillard Tobacco Company in this matter and will continue in this role.  Lorillard Tobacco Company consents to the withdrawal of these attorneys.

Respectfully submitted,

On behalf of Lorillard Tobacco Company

/s/ *Timothy E. Congrove*
Timothy E. Congrove, Esq.
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

/s/ *Thomas Anderson*
Thomas Anderson, Esq.
Lorillard Tobacco Company
714 Green Valley Road
Greensboro, NC 27408
Telephone: (336) 335-7000

872630 v1

____/s/ *William A. Allinder*____
William A. Allinder, Esq.
c/o Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

____/s/ *Thomas A. Duncan*____
Thomas A. Duncan, Esq.
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

____/s/ *Richard L Gray*____
Richard L. Gray, Esq.
c/o Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

____/s/ *Christopher A. Johnson*____
Christopher A. Johnson, Esq.
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

____/s/ *Donald J. Kemna*____
Donald J. Kemna, Esq.
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

____/s/ *Kamran Q. Khan*____
Kamran Q. Khan, Esq.
c/o Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

/s/ *Lisa A. Lukaszewski*
Lisa A. Lukaszewski, Esq.
c/o Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

/s/ *Elizabeth S. Rowe*
Elizabeth A. Rowe, Esq.
c/o Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

/s/ *Paige Q. Szajnuk*
Paige Q. Szajnuk, Esq.
(currently on Inactive Status)
c/o Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

/s/ *Gene E. Voigts*
Gene E. Voigts, Esq.
Shook Hardy & Bacon L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

On behalf of Thompson Coburn LLP

/s/ *Michael Minton, Esq.*
Michael Minton, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1693
Telephone: (314) 552-6000

872630 v1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed electronically on May 15, 2012.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: May 15, 2012

_/s/  Michael Minton, Esq_
Michael Minton, Esq.
Thompson Coburn LLP

872630 v1