UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>and )<br>)<br>TOBACCO-FREE KIDS ACTION FUND, )<br>*et al.*, )<br>)<br>    Plaintiff-Intervenors, )<br>)<br>    v. )<br>)<br>PHILIP MORRIS USA, INC., *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 99-CV-2496 (GK)<br>Next scheduled court appearance: NONE |

## PUBLIC HEALTH INTERVENORS' NOTICE OF FILING

    The Public Health Intervenors hereby notify the Court of a recent development bearing on the Court's consideration of the pending corrective statements remedy.  During the last two months, Defendant Altria Group Inc. has repeatedly run two advertisements in several print publications – Roll Call, The Hill, and Politico – that are apparently designed to impact public perception of their companies' behavior, including Defendant Philip Morris USA.  *See* Attachment 1 (which appeared in Roll Call on April 18, 2012 and May 22, 2012; The Hill on April 24, 2012; and Politico on April 27, 012); Attachment 2 (which appeared in Politico May 8, 2012; The Hill on May 9, 2012; and Roll Call on May 16, 2012).

    These advertisements, which include representations about marketing to "consumers 21 and older"; the "successful We Card program"; and communicating "about the health risks of tobacco, including on our websites," *id.*, further demonstrate the pressing need for forceful corrective statements.  These statements, which the Court has directed to appear in print

publications as well as other media, remain critical to prevent and restrain Defendants from continuing misrepresentations.  *See, e.g.,* Intervenors' Response To The Court's November 17, 2011 Order (Dec. 20, 2011) (DN 5956) at 6-7 (discussing misleading information on Philip Morris website); *see also United States v. Philip Morris USA, Inc*., 566 F.3d 1095, 1140 (D.C. Cir. 2009) (approving corrective statements remedy as a means to "prevent and restrain [Defendants] from making fraudulent public statements on smoking and health matters in the future").

                              Respectfully submitted,

                              */s/ Howard M. Crystal*
                              Howard M. Crystal
                              (D.C. Bar No. 446189)
                              Katherine A. Meyer
                              (D.C. Bar No. 244301)
                              MEYER GLITZENSTEIN & CRYSTAL
                              1601 Connecticut Avenue, Suite 700
                              Washington, DC 20009
                              202-588-5206

June 7, 2012                    Attorneys for the Public Health Intervenors

# ATTACHMENT 1



# Altria Today
## Recognizing Our Responsibilities

**Responsibility is more than a word at Altria – it's important to our continued success.**

Altria's companies produce premium tobacco brands, including Marlboro, Copenhagen, Skoal and Black & Mild, and quality wines from Chateau Ste. Michelle and Columbia Crest. Our companies' products are intended for adult consumers, and they understand the importance of marketing them responsibly. Our tobacco companies:

- Focus on one-to-one marketing efforts, such as direct mail, e-mail and promotional events, and have processes in place to verify they reach consumers 21 and older.

- Work with retailers to restrict in-store display materials and product access – and support the successful We Card® program to help reduce underage tobacco use.

- Communicate about the health effects of their tobacco products.

At Altria, we also recognize that our companies' actions impact more than 335,000 U.S. retailers and their employees – and the thousands of farmers and suppliers they do business with every day.

There's more to leadership than financial performance. As the owner of America's largest manufacturers of tobacco products, we take our responsibilities seriously. It's our way of doing business at Altria today.

Philip Morris USA
U.S. Smokeless Tobacco Company
John Middleton
Ste. Michelle Wine Estates
Philip Morris Capital Corporation



Altria

Take a closer look at ALTRIA.COM

©Copyright 2011 Altria Group, Inc.

# ATTACHMENT 2



**Altria is working to find solutions to today's tobacco issues.**

Altria's companies produce premium tobacco products and wine for adult consumers. As attitudes toward tobacco have changed, we've made significant changes in the way we do business. Our companies:

- Communicate openly about the health risks of tobacco, including on our websites – and provide information to help tobacco users who want to quit.

- Help reduce underage tobacco use – funding the widely-recognized We Card® age verification program and non-profit community groups that help kids make healthy decisions.

- Supported giving the FDA authority to regulate tobacco – the only major tobacco company to do so – and continue to talk with policymakers and others to help address industry issues.

Our tobacco companies are America's leading tobacco product manufacturers, with premium brands like Marlboro, Copenhagen and Black & Mild – and we'll keep working to find solutions that help meet society's expectations. It's our way of doing business at Altria today.

Philip Morris USA
U.S. Smokeless Tobacco Company
John Middleton
Ste. Michelle Wine Estates
Philip Morris Capital Corporation



Altria    Take a closer look at ALTRIA.COM

©Copyright 2011 Altria Group, Inc.