**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 99-2496 (GK) |
| ) | |
| v. ) | |
| ) | |
| PHILIP MORRIS USA INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S PRIVILEGE INDEXES**
**FILED IN COMPLIANCE WITH ORDER #30-REMAND**

Defendant R.J. Reynolds Tobacco Company (individually and as successor to Brown & Williamson Tobacco Corporation) files the following attached documents in compliance with this Court's Order #30-Remand:

- R.J. Reynolds Tobacco Company Privilege Index Pursuant to Order #30-Remand

- Corresponding Glossary for R.J. Reynolds Tobacco Company Privilege Index Pursuant to Order #30-Remand

- Brown & Williamson Privilege Index Pursuant to Order #30-Remand

- Corresponding Glossary for Brown & Williamson Privilege Index Pursuant to Order #30-Remand

- American Tobacco Company Privilege Index Pursuant to Order #30-Remand

- Corresponding Glossary for American Tobacco Company Privilege Index Pursuant to Order #30-Remand

- 2 -

Dated: June 11, 2012                Respectfully submitted,

/s/ R. Michael Leonard

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3721
Fax: (336) 733-8389

Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
Noel J. Francisco (D.C. Bar No. 464752)
JONES DAY
51 Louisiana Avenue, N. W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

Attorneys for Defendant R.J. Reynolds Tobacco
Company, individually and as successor by merger
to Brown & Williamson Tobacco Corporation