R.J. REYNOLDS TOBACCO COMPANY PRIVILEGE INDEX
PURSUANT TO ORDER #30-REMAND
JUNE 11, 2012

```
DOC ID NUMBER       :   50062 1806 -1811
DOC DATE            :   06/22/1983
AUTHOR(S)           :   TI
ADDRESSEE(S)        :   COMM OF COUNSEL
COPYEE(S)           :   *** NONE ***
PRIVILEGE           :   AC;CI
DESCRIPTION         :   REPORT CONCERNING LEGISLATIVE AND REGULATORY MATTERS
                        PREPARED BY TI EMPLOYEE PROVIDING CONFIDENTIAL
                        INFORMATION TO COMMITTEE OF COUNSEL MEMBERS SHARING A
                        COMMON LEGAL INTEREST, TO ASSIST COUNSEL WITH THE
                        RENDERING OF LEGAL ADVICE.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                        REMOVAL PROCEDURES WERE NOT FOLLOWED. RECORDS INDICATE
                        THAT THE DOCUMENT WAS PLACED IN THE SECURED ROOM IN THE
                        DEPOSITORY PRIOR TO MARCH 30, 1999. RJRT IS SEARCHING
                        FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

DOC ID NUMBER       :   50381 0915 -0915
DOC DATE            :   10/11/1972
AUTHOR(S)           :   ROEMER HC
ADDRESSEE(S)        :   GASTMAN MI; LORILLARD
COPYEE(S)           :   AUSTERN HT; KORNEGAY HR; STEVENS AJ; CROHN MH JR
PRIVILEGE           :   AC;CI
DESCRIPTION         :   CORRESPONDENCE CONCERNING A REGULATORY MATTER PREPARED
                        BY RJR IN-HOUSE LEGAL COUNSEL RENDERING LEGAL ADVICE
                        TO LORILLARD IN-HOUSE LEGAL COUNSEL AND COPIED TO
                        OUTSIDE LEGAL COUNSEL AND IN-HOUSE LEGAL COUNSEL TO
                        TOBACCO COMPANIES, AND A TI MANAGERIAL EMPLOYEE, ALL
                        SHARING A COMMON LEGAL INTEREST.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                        REMOVAL PROCEDURES WERE NOT FOLLOWED. RECORDS INDICATE
                        THAT THE DOCUMENT WAS PLACED IN THE SECURED ROOM IN THE
                        DEPOSITORY PRIOR TO MARCH 30, 1999. RJRT IS SEARCHING
                        FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

DOC ID NUMBER       :   50411 7680 -7680
DOC DATE            :   00/00/1966
AUTHOR(S)           :   LS INC
ADDRESSEE(S)        :   *** NONE ***
COPYEE(S)           :   *** NONE ***
PRIVILEGE           :   WP;JD
DESCRIPTION         :   ABSTRACT OF SCIENTIFIC LITERATURE PREPARED BY LS INC,
                        OR ITS PREDECESSORS TO ASSIST INDUSTRY ATTORNEYS IN
                        EVALUATING SCIENTIFIC RESEARCH IN CONNECTION WITH
                        ONGOING LITIGATION DEFENSE EFFORTS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

DOC ID NUMBER       :   51563 4901 -4901
DOC DATE            :   07/28/1994
AUTHOR(S)           :   USREY MA
ADDRESSEE(S)        :   ROSS B
COPYEE(S)           :   JOHE SD
```

**R.J. REYNOLDS TOBACCO COMPANY PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
PRIVILEGE               :   AC
DESCRIPTION             :   REDACTED MATERIAL - (P.4901) HANDWRITTEN NOTE FROM SD
                            JOHE (RJR IN-HOUSE LEGAL COUNSEL) RENDERING LEGAL
                            ADVICE TO MA URSEY (RJR EMPLOYEE) REGARDING A DRAFT
                            RESPONSE TO A CONSUMER COMPLAINT LETTER.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED: COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                            REMOVAL PROCEDURES WERE NOT FOLLOWED. RECORDS INDICATE
                            THAT THE DOCUMENT WAS PLACED IN THE SECURED ROOM PRIOR
                            TO MARCH 30, 1999. RJRT IS SEARCHING FOR FURTHER
                            RECORDS TO CONFIRM. FURTHER, A DUPLICATE OF THE
                            REDACTED VERSION OF THIS DOCUMENT IS IN BOX RJR-4487
                            AND IS AVAILABLE TO THE PUBLIC IN THE DEPOSITORY.
-------------------------------------------------------------------------------

DOC ID NUMBER           :   51563 4909 -4909
DOC DATE                :   07/07/1994
AUTHOR(S)               :   USREY MA
ADDRESSEE(S)            :   LESTER ES
COPYEE(S)               :   JOHE SD
PRIVILEGE               :   AC
DESCRIPTION             :   REDACTED MATERIAL - (P.4909) HANDWRITTEN NOTE FROM SD
                            JOHE (RJR IN-HOUSE LEGAL COUNSEL) RENDERING LEGAL
                            ADVICE TO MA URSEY (RJR EMPLOYEE) REGARDING A RESPONSE
                            TO A CONSUMER COMPLAINT LETTER.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED: COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                            REMOVAL PROCEDURES WERE NOT FOLLOWED. RECORDS INDICATE
                            THAT THE DOCUMENT WAS PLACED IN THE SECURED ROOM PRIOR
                            TO MARCH 30, 1999. RJRT IS SEARCHING FOR FURTHER
                            RECORDS TO CONFIRM. FURTHER, A DUPLICATE OF THE
                            REDACTED VERSION OF THIS DOCUMENT IS IN BOX RJR-4487
                            AND IS AVAILABLE TO THE PUBLIC IN THE DEPOSITORY.
-------------------------------------------------------------------------------

DOC ID NUMBER           :   52071 5749 -5754
DOC DATE                :   03/29/1997 04/05/1997
AUTHOR(S)               :   HAAS,FP
ADDRESSEE(S)            :   HURWITZ E; ARNOLD PORTER
COPYEE(S)               :   CHILES DEFENSE COUNSEL
PRIVILEGE               :   AC;WP;JD
DESCRIPTION             :   REPORT FROM JOINT DEFENSE COUNSEL CONTAINING THOUGHTS
                            AND OPINIONS OF LIGGETT IN-HOUSE LEGAL COUNSEL
                            REGARDING IMPRESSIONS OF INDUSTRY COUNSEL AT A MEETING
                            TO DISCUSS SURGEON GENERAL'S REPORTS, SMOKING AND
                            HEALTH LITIGATION AND FTC HEARINGS, SENT TO TOBACCO
                            INDUSTRY IN-HOUSE AND OUTSIDE LEGAL COUNSEL SHARING A
                            COMMON LEGAL INTEREST.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                            REMOVAL PROCEDURES WERE NOT FOLLOWED. RJRT IS SEARCHING
                            FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

DOC ID NUMBER           :   UNNUMBERED
DOC DATE                :   06/13/2000
AUTHOR(S)               :   WOMBLE CARLYLE
ADDRESSEE(S)            :   *** NONE ***
```

**R.J. REYNOLDS TOBACCO COMPANY PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   WP
DESCRIPTION           :   THIS IS NOT A BATES NUMBERED COPY OF A DOCUMENT
                          GENERATED BY RJRT AND PRODUCED IN LITIGATION. IT IS A
                          LAWFIRM GENERATED LIST THAT REFLECTS BATES NUMBERS;
                          COMPUTER RECORD ACCESSION NUMBERS; PRIVILEGE CODES;
                          CONFIDENTIALITY LEVELS; AND NUMBER OF PAGES FOR
                          PARTICULAR DOCUMENTS CONTAINED IN A BOX SHIPPED TO THE
                          MINNESOTA DEPOSITORY.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
-----------------------------------------------------------------------------

DOC ID NUMBER         :   UNNUMBERED
DOC DATE              :   06/13/2000
AUTHOR(S)             :   WOMBLE CARLYLE
ADDRESSEE(S)          :   *** NONE ***
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   WP
DESCRIPTION           :   THIS IS NOT A BATES NUMBERED COPY OF A DOCUMENT
                          GENERATED BY RJRT AND PRODUCED IN LITIGATION. IT IS A
                          LAWFIRM GENERATED LIST THAT REFLECTS BATES NUMBERS;
                          COMPUTER RECORD ACCESSION NUMBERS; PRIVILEGE CODES;
                          CONFIDENTIALITY LEVELS; AND NUMBER OF PAGES FOR
                          PARTICULAR DOCUMENTS CONTAINED IN A BOX SHIPPED TO THE
                          MINNESOTA DEPOSITORY.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
-----------------------------------------------------------------------------
```