**CORRESPONDING GLOSSARY FOR
R.J. REYNOLDS TOBACCO COMPANY
PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND
DATED JUNE 11, 2012**

| | |
|---|---|
| ARNOLD PORTER | LAW FIRM (ARNOLD & PORTER; ARNOLD, FORTAS & PORTER) (REPRESENTED PHILIP MORRIS) (REPRESENTED TOBACCO COMPANIES) |
| AUSTERN HT | ATTORNEY (COVINGTON BURLING) |
| CHILES DEFENSE COUNSEL | TOBACCO COMPANY OUTSIDE LEGAL COUNSEL |
| COMM OF COUNSEL | TOBACCO INSTITUTE COMMITTEE OF IN-HOUSE AND OUTSIDE ATTORNEYS TO TOBACCO COMPANIES |
| COVINGTON BURLING | LAW FIRM (COVINGTON & BURLING) (REPRESENTED TI GENERALLY) (REPRESENTED BROWN WILLIAMSON, LIGGETT, PHILIP MORRIS AND RJR IN VARIOUS MATTERS) |
| CROHN MH JR | RJR IN-HOUSE ATTORNEY; ATTORNEY (JACOB MEDINGER) |
| GASTMAN MI | LORILLARD IN-HOUSE ATTORNEY |
| HAAS FP | LIGGETT IN-HOUSE ATTORNEY |
| HURWITZ E | ATTORNEY (ARNOLD PORTER) |
| JACOB MEDINGER | LAW FIRM (JACOB & MEDINGER; JACOB, MEDINGER & FINNEGAN) (REPRESENTED RJR) |
| KORNEGAY HR | TI EMPLOYEE |
| LIGGETT | LIGGETT & MYERS TOBACCO COMPANY; LIGGETT GROUP INC. |
| LORILLARD | LORILLARD TOBACCO CO., A DIVISION OF LOEWS THEATRES |
| LS INC | LITERATURE RETRIEVAL SYSTEM CREATED FOR AND USED BY ATTORNEYS |
| ROEMER HC | RJR IN-HOUSE ATTORNEY |
| STEVENS AJ | LORILLARD IN-HOUSE ATTORNEY |
| TI | THE TOBACCO INSTITUTE, INC. |

**KEY FOR PRIVILEGE AND PROTECTION CODES CORRESPONDING GLOSSARY FOR R.J. REYNOLDS TOBACCO COMPANY PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND DATED JUNE 11, 2012**

Documents found in the following categories reflect legal advice or requests for legal advice or services; provide information in connection with the rendering of legal advice or services; or constitute work product prepared by or for legal counsel:

- AC   Confidential communications including documents reflecting confidential communications between client and counsel, between counsel, or between client representatives.

- WP   Reports, statements, correspondence, memoranda or other documents prepared in anticipation of litigation or for trial and/or documents which contain the mental impressions, conclusions, opinions or legal theories or factual analyses of an attorney or other representative or employee of a party concerning litigation, or otherwise related to the provision of legal advice or legal services.

- JD   Confidential communications between the employees of or counsel for entities engaged in a joint defense effort who have a common legal interest.

- CI   Confidential communications between client, counsel, and entities and their counsel reasonably necessary for accomplishment of the purpose for which counsel was consulted.