**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
BEGIN BATES          :   191060066
END BATES            :   191060067
DOC DATE             :   08/03/1998
AUTHOR(S)            :   WACHTELL LIPTON
ADDRESSEE(S)         :   MCGRAW-MJ; MELLEN-NE
COPYEE(S)            :   SCHOENBACHLER-CL; FLAHERTY-M
PRIVILEGE            :   AC;WP;JD
DESCRIPTION          :   CONFIDENTIAL SUMMARY PREPARED IN CONNECTION WITH
                         LITIGATION BY OUTSIDE COUNSEL FOR PHILIP MORRIS, WITH
                         WHOM B&W MAINTAINS A COMMON LEGAL INTEREST, AND SENT
                         TO B&W IN-HOUSE COUNSEL AND OUTSIDE COUNSEL AND TO
                         COUNSEL FOR R.J. REYNOLDS AND LORILLARD, WITH WHOM B&W
                         MAINTAINS A COMMON LEGAL INTEREST, CONTAINING
                         COUNSEL'S LEGAL ADVICE AND OPINIONS REGARDING
                         NON-PARTICIPATING MANUFACTURERS AND THE PROPOSED
                         SETTLEMENT OF THE STATE ATTORNEYS GENERAL ACTIONS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES          :   210280507
END BATES            :   210280507
DOC DATE             :   11/19/1998
AUTHOR(S)            :   KOPLOW-MG; WACHTELL LIPTON; MELLEN-NE
ADDRESSEE(S)         :   MELLEN-NE; BRING-MH; PHILIP MORRIS; WALL-CR; PHILIP
                         MORRIS; BARRINGTON-MJ; PHILIP MORRIS; HIRSCH-B; LOEWS;
                         MILSTEIN-RS; LORILLARD; ROSOFF-WL; RJR; GOLDEN-AF;
                         DAVIS POLK; DUGGAN-CS; DAVIS POLK; PATTON-SR; KIRKLAND
                         ELLIS; BLIXT-CA; RJR
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   AC;WP;JD
DESCRIPTION          :   CONFIDENTIAL PORTION OF DRAFT AGREEMENT PREPARED BY
                         OUTSIDE COUNSEL FOR PHILIP MORRIS AND LORILLARD, WITH
                         WHOM B&W MAINTAINS A COMMON LEGAL INTEREST, AND SENT
                         TO B&W IN-HOUSE AND OUTSIDE COUNSEL FOR VARIOUS OTHER
                         CIGARETTE MANUFACTURERS, WITH WHOM B&W MAINTAINS A
                         COMMON LEGAL INTEREST, PROVIDING LEGAL ADVICE,
                         ANALYSIS AND OPINIONS REGARDING DRAFT PROVISIONS OF
                         PROPOSED SETTLEMENT AGREEMENT CONCERNING VARIOUS STATE
                         ATTORNEYS GENERAL ACTIONS AND CONTAINING CONFIDENTIAL
                         HANDWRITTEN NOTATIONS OF B&W IN-HOUSE COUNSEL
                         REFLECTING COUNSEL'S LEGAL ADVICE AND OPINIONS
                         REGARDING SAME.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                         PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                         SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------

BEGIN BATES          :   210281054
END BATES            :   210281057
DOC DATE             :   10/23/1998
AUTHOR(S)            :   FLAHERTY-M
ADDRESSEE(S)         :   MCGRAW-MJ; MELLEN-NE; SCHOENBACHLER-CL; PATTON-SR;
                         KIRKLAND ELLIS
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   AC;WP
DESCRIPTION          :   CONFIDENTIAL COMMUNICATION FROM B&W MANAGEMENT TO B&W
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                             IN-HOUSE COUNSEL AND B&W MANAGEMENT PREPARED IN
                             CONNECTION WITH LITIGATION AT THE REQUEST OF COUNSEL
                             AND REFLECTING CONFIDENTIAL COMMUNICATIONS REGARDING
                             PROPOSED SETTLEMENT ISSUES WITH B&W IN-HOUSE COUNSEL
                             (MCGRAW, MJ AND MELLEN, NE) AND CONTAINING INFORMATION
                             AND ANALYSIS TO FACILITATE THE RENDITION OF LEGAL
                             ADVICE REGARDING THE PROPOSED MASTER SETTLEMENT
                             AGREEMENT CONCERNING THE STATE ATTORNEYS GENERAL
                             ACTIONS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                             PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                             SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES              :   210430230
END BATES                :   210430231
DOC DATE                 :   04/06/1998
AUTHOR(S)                :   PICKETT-J
ADDRESSEE(S)             :   DIPASCA-R; GREY ADVERTISING
COPYEE(S)                :   SMITH-S; GELSON-E; STEVENS-R
PRIVILEGE                :   AC;CI
DESCRIPTION              :   CONFIDENTIAL COMMUNICATION FROM B&W MANAGEMENT TO B&W
                             OUTSIDE ADVERTISING AGENCY, COPIED TO B&W MANAGEMENT
                             PROVIDING LEGAL ADVICE OF B&W IN-HOUSE COUNSEL (C.
                             SHERMAN) REGARDING PROPOSED KOOL PROMOTIONAL CAMPAIGN.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                             PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                             SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES              :   283100556
END BATES                :   283100562
DOC DATE                 :   11/16/1998
AUTHOR(S)                :   MELLEN-NE
ADDRESSEE(S)             :   *** NONE ***
COPYEE(S)                :   *** NONE ***
PRIVILEGE                :   AC;WP
DESCRIPTION              :   CONFIDENTIAL COMMUNICATION PREPARED IN CONNECTION WITH
                             LITIGATION WITH THE STATES ATTORNEYS GENERAL BY B&W
                             IN-HOUSE COUNSEL PROVIDING COUNSEL'S LEGAL ADVICE AND
                             ANALYSIS REGARDING PROVISIONS OF THE PROPOSED MASTER
                             SETTLEMENT AGREEMENT.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                             PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                             SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES              :   304010485
END BATES                :   304010487
DOC DATE                 :   11/00/1998
AUTHOR(S)                :   MELLEN-NE
ADDRESSEE(S)             :   FLAHERTY-M
COPYEE(S)                :   *** NONE ***
PRIVILEGE                :   AC;WP
DESCRIPTION              :   CONFIDENTIAL COMMUNICATION PREPARED IN CONNECTION WITH
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                                     LITIGATION FROM B&W IN-HOUSE COUNSEL TO B&W MANAGEMENT
                                     AND PROVIDING COUNSEL'S REQUESTED LEGAL ADVICE,
                                     ANALYSIS AND OPINIONS REGARDING PROPOSED PROVISIONS OF
                                     THE PROPOSED MASTER SETTLEMENT AGREEMENT CONCERNING
                                     THE STATE ATTORNEYS GENERAL COUNSEL ACTIONS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                     PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                     SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES           :   311101278
END BATES             :   311101296
DOC DATE              :   03/00/1999
AUTHOR(S)             :   HAVIRA-R; ROLFE-R; CRAVATH SWAINE
ADDRESSEE(S)          :   FREEDMAN-BH
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC;WP
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION PREPARED IN CONNECTION WITH
                          ANTITRUST LITIGATION FROM B&W OUTSIDE COUNSEL AND B&W
                          MANAGER TO B&W IN-HOUSE COUNSEL PROVIDING LEGAL ADVICE
                          AND INFORMATION TO FACILITATE THE RENDITION OF LEGAL
                          ADVICE IN CONNECTION WITH A DECLARATION TO BE FILED IN
                          PENDING ANTITRUST LITIGATION. (REDACTIONS APPEAR ON
                          311101283,311101284, 311101287 AND 311101293-295.)
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
-------------------------------------------------------------------------------

BEGIN BATES           :   521002747
END BATES             :   521002747
DOC DATE              :   06/06/1983
AUTHOR(S)             :   KANE-DH; KANE DALSIMER
ADDRESSEE(S)          :   PEPPLES-EC
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC;WP
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION PREPARED BY B&W OUTSIDE
                          COUNSEL FOR B&W IN-HOUSE COUNSEL PROVIDING LEGAL
                          ADVICE AND ATTORNEY OPINION WORK PRODUCT REGARDING A
                          PATENT APPLICATION.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                     PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                     SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES           :   521040672
END BATES             :   521040687
DOC DATE              :   04/07/1977
AUTHOR(S)             :   PEPPLES-EC
ADDRESSEE(S)          :   MCCARTY-CI
COPYEE(S)             :   PITTMAN-RA
PRIVILEGE             :   AC;WP;JD
DESCRIPTION           :   CONFIDENTIAL DRAFT PRESENTATION PREPARED BY B&W
                          COUNSEL FOR PRESENTATION TO SENIOR MANAGEMENT OF
                          AFFILIATED COMPANIES, SETTING FORTH GENERAL COUNSEL'S
                          THOUGHTS AND OPINIONS, AND REFLECTING GENERAL COUNSEL'S
                          LEGAL ADVICE, REGARDING LEGAL AND REGULATORY
```

```
                                    DEVELOPMENTS AFFECTING THE U.S. TOBACCO INDUSTRY, AS
                                    WELL AS THE SHIMP LITIGATION.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES            :  521040688
END BATES              :  521040703
DOC DATE               :  04/07/1977
AUTHOR(S)              :  PEPPLES-EC
ADDRESSEE(S)           :  MCCARTY-CI
COPYEE(S)              :  PITTMAN-RA
PRIVILEGE              :  AC;WP;JD
DESCRIPTION            :  CONFIDENTIAL DRAFT PRESENTATION PREPARED BY B&W
                          COUNSEL FOR PRESENTATION TO SENIOR MANAGEMENT OF
                          AFFILIATED COMPANIES, SETTING FORTH GENERAL COUNSEL'S
                          THOUGHTS AND OPINIONS, AND REFLECTING GENERAL
                          COUNSEL'S LEGAL ADVICE, REGARDING LEGAL AND REGULATORY
                          DEVELOPMENTS AFFECTING THE U.S. TOBACCO INDUSTRY, AS
                          WELL AS THE SHIMP LITIGATION.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES            :  536461113
END BATES              :  536461119
DOC DATE               :  08/18/1993
AUTHOR(S)              :  JONES-WM; WYATT TARRANT
ADDRESSEE(S)           :  BURKE-FA
COPYEE(S)              :  WELLS-JK-III
PRIVILEGE              :  AC
DESCRIPTION            :  CONFIDENTIAL COMMUNICATION FROM B&W OUTSIDE COUNSEL TO
                          B&W IN-HOUSE COUNSEL REFLECTING COUNSEL'S THOUGHTS AND
                          IMPRESSIONS REGARDING DOCUMENT RETENTION POLICIES.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES            :  564000238
END BATES              :  564000242
DOC DATE               :  07/26/1988
AUTHOR(S)              :  SACHS-RH
ADDRESSEE(S)           :  B&W LAW DEPT
COPYEE(S)              :  *** NONE ***
PRIVILEGE              :  AC;WP
DESCRIPTION            :  CONFIDENTIAL FILE MEMORANDUM PREPARED BY B&W IN-HOUSE
                          COUNSEL IN CONNECTION WITH PENDING LITIGATION
                          PROVIDING LEGAL ADVICE AND SETTING FORTH COUNSEL'S
                          THOUGHTS, MENTAL IMPRESSIONS, AND LEGAL OPINIONS
                          REGARDING THE STATUS OF VARIOUS LAWSUITS PENDING
                          AGAINST B&W AND OTHER CIGARETTE MANUFACTURERS,
                          INCLUDING ISSUES RELATING TO DISCOVERY AND TRIAL
                          STRATEGY. THE CASES REFERENCED INCLUDE
                          ASBESTOS/SYNERGY ACTIONS, INCLUDING THE BROWN, GREEN,
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                              HURLEY AND JONES CASES.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES            :    590020439
END BATES              :    590020445
DOC DATE               :    11/16/1998
AUTHOR(S)              :    MELLEN-NE
ADDRESSEE(S)           :    *** NONE ***
COPYEE(S)              :    DOYLE-PH; GELSON-E; DENNISON-SL; GOINS-B
PRIVILEGE              :    AC;WP
DESCRIPTION            :    CONFIDENTIAL COMMUNICATION PREPARED BY B&W IN-HOUSE
                            COUNSEL AND COPIED TO B&W EMPLOYEES PROVIDING
                            COUNSEL'S LEGAL ADVICE AND ANALYSIS REGARDING
                            PROVISIONS OF THE PROPOSED MASTER SETTLEMENT
                            AGREEMENT, IN CONNECTION WITH LITIGATION WITH THE
                            STATES ATTORNEYS GENERAL.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                            PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                            SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES            :    599103824
END BATES              :    599103832
DOC DATE               :    12/06/1995
AUTHOR(S)              :    LIN-OC
ADDRESSEE(S)           :    APPLETON-BS
COPYEE(S)              :    B&W LAW DEPT
PRIVILEGE              :    AC;WP
DESCRIPTION            :    TRANSMITTAL AND DRAFT OF DATA REGARDING SMOKE
                            CONSTITUENTS PERTAINING TO BARCLAY AND KOOL CIGARETTES
                            PREPARED BY B&W EMPLOYEE, TRANSMITTED TO B&W
                            MANAGERIAL EMPLOYEE AND COPIED TO B&W LEGAL COUNSEL,
                            PROVIDING CONFIDENTIAL INFORMATION TO FACILITATE THE
                            RENDERING OF LEGAL ADVICE REGARDING B&W'S RESPONSE TO
                            FDA ASSERTION OF JURISDICTION OVER TOBACCO PRODUCTS IN
                            CONNECTION WITH ADVERSARIAL PROCEEDINGS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES            :    599103833
END BATES              :    599103837
DOC DATE               :    12/04/1995
AUTHOR(S)              :    LIN-OC
ADDRESSEE(S)           :    APPLETON-BS; BERRYMAN-CF
COPYEE(S)              :    *** NONE ***
PRIVILEGE              :    AC;WP
DESCRIPTION            :    CONFIDENTIAL COMMUNICATION PREPARED AT THE REQUEST OF
                            COUNSEL FROM B&W SCIENTIST TO B&W SCIENTIST CONVEYING
                            WORK PRODUCT TO BE PROVIDED TO COUNSEL TO FACILITATE
                            THE RENDITION OF LEGAL ADVICE IN CONNECTION WITH DRAFT
                            RESPONSE TO PROPOSED FDA REGULATIONS CONCERNING
                            TOBACCO PRODUCTS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
--------------------------------------------------------------------------------

BEGIN BATES           :   620222376
END BATES             :   620222396
DOC DATE              :   04/15/1988
AUTHOR(S)             :   OLGES-TA
ADDRESSEE(S)          :   MCGRAW-MJ; PEPPLES-EC; SACHS-RH
COPYEE(S)             :   MCDONOUGH-JA
PRIVILEGE             :   AC
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION FROM B&W MANAGEMENT TO B&W
                          IN-HOUSE COUNSEL PROVIDING INFORMATION AND REQUESTING
                          LEGAL ADVICE REGARDING A VARIETY OF LEGAL ISSUES AND
                          CONCERNS, INCLUDING PRODUCT LIABILITY/LAWSUITS,
                          SAMPLING BAN/RESTRICTIONS, ADVERTISING
                          BAN/RESTRICTIONS, AND PRODUCT REGULATION, FACING THE
                          TOBACCO INDUSTRY TO FACILITATE THE RENDITION OF LEGAL
                          ADVICE.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   660019092
END BATES             :   660019092
DOC DATE              :   05/02/1977
AUTHOR(S)             :   FREEDMAN-BH
ADDRESSEE(S)          :   WILLETS-EA
COPYEE(S)             :   MCKEOWN-FE
PRIVILEGE             :   AC
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                          TO B&W MANAGEMENT PROVIDING COUNSEL'S LEGAL ADVICE AND
                          ANALYSIS REQUESTED BY B&W MANAGEMENT REGARDING
                          PROPOSED KOOL PROMOTIONS AND LOCAL REGULATIONS
                          AFFECTING SAME.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   672132044
END BATES             :   672132050
DOC DATE              :   11/16/1998
AUTHOR(S)             :   MELLEN-NE
ADDRESSEE(S)          :   *** NONE ***
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC;WP
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION PREPARED BY B&W IN-HOUSE
                          COUNSEL PROVIDING COUNSEL'S LEGAL ADVICE AND ANALYSIS
                          REGARDING PROVISIONS OF THE PROPOSED MASTER SETTLEMENT
                          AGREEMENT, IN CONNECTION WITH LITIGATION WITH THE
                          STATES ATTORNEYS GENERAL.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
BEGIN BATES         :   680084089
END BATES           :   680084090
DOC DATE            :   09/27/1976
AUTHOR(S)           :   SACHS-RH
ADDRESSEE(S)        :   BROACH-VC
COPYEE(S)           :   *** NONE ***
PRIVILEGE           :   AC
DESCRIPTION         :   CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                        TO B&W MANAGEMENT, REFLECTING COUNSEL'S LEGAL ADVICE
                        REGARDING ADVERTISING.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                        PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                        SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES         :   680098160
END BATES           :   680098164
DOC DATE            :   00/00/1976
AUTHOR(S)           :   DOWNING-L
ADDRESSEE(S)        :   *** NONE ***
COPYEE(S)           :   B&W LAW DEPT
PRIVILEGE           :   AC
DESCRIPTION         :   CONFIDENTIAL PORTION OF REPORT PREPARED BY B&W
                        MANAGEMENT, REFLECTING LEGAL ADVICE OF B&W IN-HOUSE
                        COUNSEL (PEPPLES, EC) REGARDING REGULATORY OVERSIGHT OF
                        TOBACCO INDUSTRY ISSUES. (REDACTION APPEARS ON
                        680098160.)
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                        PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                        SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES         :   680416905
END BATES           :   680416990
DOC DATE            :   10/01/1981
AUTHOR(S)           :   COVINGTON BURLING
ADDRESSEE(S)        :   PEPPLES-EC
COPYEE(S)           :   *** NONE ***
PRIVILEGE           :   AC;WP;JD
DESCRIPTION         :   CONFIDENTIAL DRAFT COMMENTS PREPARED IN ANTICIPATION
                        OF ADVERSARIAL PROCEEDINGS PREPARED BY OUTSIDE COUNSEL
                        FOR THE TOBACCO INSTITUTE, WITH WHOM B&W MAINTAINS A
                        COMMON LEGAL INTEREST, AND SENT TO B&W IN-HOUSE
                        COUNSEL REFLECTING COUNSEL'S LEGAL ADVICE AND ANALYSIS
                        REGARDING PROPOSED RESPONSE TO FTC STAFF REPORT ON THE
                        CIGARETTE ADVERTISING INVESTIGATION.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                        PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                        SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES         :   680522321
END BATES           :   680522330
DOC DATE            :   01/00/1977
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
AUTHOR(S)            :   ABRAMS-J; MARKET FACTS
ADDRESSEE(S)         :   SACHS-RH
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   WP
DESCRIPTION          :   CONFIDENTIAL COMMUNICATION PREPARED BY B&W CONSULTANT
                         AT THE REQUEST OF B&W IN-HOUSE COUNSEL TO FACILITATE
                         LEGAL ADVICE IN CONNECTION WITH BROWN & WILLIAMSON'S
                         DEFENSE IN VARIOUS PROCEEDINGS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                         PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                         SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------

BEGIN BATES          :   680522331
END BATES            :   680522340
DOC DATE             :   01/00/1977
AUTHOR(S)            :   ABRAMS-J; MARKET FACTS
ADDRESSEE(S)         :   SACHS-RH
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   WP
DESCRIPTION          :   CONFIDENTIAL COMMUNICATION PREPARED BY B&W CONSULTANT
                         AT THE REQUEST OF B&W IN-HOUSE COUNSEL TO FACILITATE
                         LEGAL ADVICE IN CONNECTION WITH BROWN & WILLIAMSON'S
                         DEFENSE IN VARIOUS PROCEEDINGS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                         PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                         SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------

BEGIN BATES          :   680522424
END BATES            :   680522425
DOC DATE             :   08/31/1976
AUTHOR(S)            :   PEPPLES-EC
ADDRESSEE(S)         :   ABRAMS-J; MARKET FACTS
COPYEE(S)            :   PITTMAN-RA
PRIVILEGE            :   AC;WP
DESCRIPTION          :   CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                         TO MANAGEMENT AT MARKET RESEARCH COMPANY REQUESTING
                         SERVICES AND INFORMATION TO FACILITATE THE RENDITION
                         OF LEGAL ADVICE IN CONNECTION WITH BROWN & WILLIAMSONS
                         DEFENSE IN VARIOUS RELATED PROCEEDINGS INCLUDING
                         MATTERS AT ISSUE WITH THE FEDERAL TRADE COMMISSION.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                         PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                         SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------

BEGIN BATES          :   680522426
END BATES            :   680522426
DOC DATE             :   08/31/1976
AUTHOR(S)            :   PEPPLES-EC
ADDRESSEE(S)         :   ABRAMS-J; MARKET FACTS
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   AC;WP
DESCRIPTION          :   CONFIDENTIAL DRAFT LETTER PREPARED BY B&W IN-HOUSE
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                                   COUNSEL REQUESTING INFORMATION AND SERVICES FROM
                                   MARKET RESEARCH COMPANY FOR USE IN CONNECTION WITH
                                   B&W'S DEFENSE IN VARIOUS REGULATORY PROCEEDINGS WITH
                                   RESPECT TO CIGARETTE ADVERTISING INCLUDING MATTERS AT
                                   ISSUE WITH THE FEDERAL TRADE COMMISSION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                   PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                   SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   680522427
END BATES             :   680522428
DOC DATE              :   08/31/1976
AUTHOR(S)             :   PEPPLES-EC
ADDRESSEE(S)          :   ABRAMS-J; MARKET FACTS
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC;WP
DESCRIPTION           :   CONFIDENTIAL DRAFT LETTER PREPARED BY B&W IN-HOUSE
                          COUNSEL REQUESTING INFORMATION AND SERVICES FROM
                          MARKET RESEARCH COMPANY FOR USE IN CONNECTION WITH
                          B&W'S DEFENSE IN VARIOUS REGULATORY PROCEEDINGS
                          MATTERS AT ISSUE WITH THE FEDERAL TRADE COMMISSION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                   PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                   SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   680561759
END BATES             :   680561762
DOC DATE              :   08/14/1972
AUTHOR(S)             :   MUIJE-CS
ADDRESSEE(S)          :   YEAMAN-AY
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION FROM B&W MANAGEMENT TO B&W
                          IN-HOUSE COUNSEL PROVIDING INFORMATION TO FACILITATE
                          THE RENDITION OF LEGAL ADVICE IN CONNECTION WITH
                          MARKETING.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                   PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                   SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   680592105
END BATES             :   680592110
DOC DATE              :   03/03/1983
AUTHOR(S)             :   WELLS-JK-III
ADDRESSEE(S)          :   B&W LAW DEPT
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC;WP;JD
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION AUTHORED BY B&W IN-HOUSE
                          COUNSEL AND PROVIDED TO AFFILIATED COMPANIES, WITH
                          WHOM B&W MAINTAINS A COMMON LEGAL INTEREST, PROVIDING
                          LEGAL ADVICE CONCERNING LITIGATION. THIS DRAFT ALSO
                          CONTAINS COUNSEL'S HANDWRITTEN NOTES CONCERNING
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                                POTENTIAL IMPACT OF LITIGATION, INCLUDING
                                TOBACCO-ASBESTOS LITIGATION.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES             :   680596367
END BATES               :   680596367
DOC DATE                :   01/26/1982
AUTHOR(S)               :   LAMB-CG
ADDRESSEE(S)            :   HASKELL-B; PARIS HASKELL
COPYEE(S)               :   *** NONE ***
PRIVILEGE               :   AC;WP
DESCRIPTION             :   CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                            TO B&W OUTSIDE COUNSEL REQUESTING LEGAL ADVICE
                            REGARDING B&WS RESPONSE TO AN ACTION BY THE PATENT
                            OFFICE.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                  PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                  SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------

BEGIN BATES             :   680703970
END BATES               :   680703973
DOC DATE                :   09/11/1991
AUTHOR(S)               :   JACOB-EJ; JACOB MEDINGER
ADDRESSEE(S)            :   WELLS-JK-III
COPYEE(S)               :   *** NONE ***
PRIVILEGE               :   AC;WP;JD
DESCRIPTION             :   CONFIDENTIAL MEMORANDUM PREPARED IN ANTICIPATION OF
                            LITIGATION BY OUTSIDE COUNSEL FOR R.J. REYNOLDS, WITH
                            WHOM B&W MAINTAINS A COMMON LEGAL INTEREST, AND
                            FORWARDED TO B&W IN-HOUSE COUNSEL, REFLECTING LEGAL
                            ADVICE AND COUNSEL'S THOUGHTS AND IMPRESSIONS
                            REGARDING LITIGATION STRATEGY.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES             :   680900215
END BATES               :   680900217
DOC DATE                :   01/22/1993
AUTHOR(S)               :   WELLS-JK-III
ADDRESSEE(S)            :   MCGRAW-MJ
COPYEE(S)               :   *** NONE ***
PRIVILEGE               :   AC;WP
DESCRIPTION             :   CONFIDENTIAL COMMUNICATION PREPARED IN CONNECTION WITH
                            LITIGATION FROM B&W IN-HOUSE COUNSEL TO B&W SENIOR
                            VICE PRESIDENT LAW, PURSUANT TO THE LATTER'S REQUEST,
                            PROVIDING INFORMATION CONCERNING THE B&W LAW
                            DEPARTMENT'S MONTHLY ACTIVITIES AND REVEALING
                            COUNSEL'S THOUGHTS AND OPINIONS CONSTITUTING ATTORNEY
                            OPINION WORK PRODUCT REGARDING ONGOING DEVELOPMENTS
                            AND STRATEGIES TO BE UNDERTAKEN IN NUMEROUS TOBACCO
                            PRODUCT LIABILITY AND OTHER LAWSUITS PENDING AGAINST
                            THE TOBACCO INDUSTRY, INCLUDING THE KUEPER, BUTLER,
                            AND JASON CASES.
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                  PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                  SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES         :   681300109
END BATES           :   681300109
DOC DATE            :   11/14/1994
AUTHOR(S)           :   KOVATCH-MS
ADDRESSEE(S)        :   FREEDMAN-BH
COPYEE(S)           :   *** NONE ***
PRIVILEGE           :   AC;WP
DESCRIPTION         :   CONFIDENTIAL COMMUNICATION PREPARED IN CONNECTION WITH
                        FTC PROCEEDINGS RELATING TO ACQUISITION OF AMERICAN
                        TOBACCO, SENT FROM B&W MANAGER TO B&W IN-HOUSE COUNSEL
                        PROVIDING COUNSEL WITH INFORMATION TO FACILITATE THE
                        RENDITION OF LEGAL ADVICE.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
-------------------------------------------------------------------------------

BEGIN BATES         :   682017105
END BATES           :   682017106
DOC DATE            :   05/19/1988
AUTHOR(S)           :   WELLS-JK-III
ADDRESSEE(S)        :   SACHS-RH
COPYEE(S)           :   SCHECHTER-DA; MYLES-JD
PRIVILEGE           :   AC;WP
DESCRIPTION         :   CONFIDENTIAL COMMUNICATION CONSTITUTING ATTORNEY
                        OPINION WORK PRODUCT FROM B&W IN-HOUSE LEGAL COUNSEL
                        TO B&W IN-HOUSE LEGAL COUNSEL, SETTING FORTH DEFENSE
                        TRIAL STRATEGY IN THE GIRTON CASE.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
-------------------------------------------------------------------------------

BEGIN BATES         :   682054764
END BATES           :   682054765
DOC DATE            :   06/10/1975
AUTHOR(S)           :   PEPPLES-EC
ADDRESSEE(S)        :   MORINI-HA
COPYEE(S)           :   BRYANT-HD; BATEMAN-RA; CUMMINS-BD; ARDREY-RL-JR
PRIVILEGE           :   AC;WP;JD
DESCRIPTION         :   CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL TO
                        IN-HOUSE COUNSEL FOR BAT, WITH WHOM B&W MAINTAINS A
                        COMMON LEGAL INTEREST, REGARDING ANTITRUST MATTERS
                        INVOLVING PURCHASES OF WOMEN'S CLOTHING WITH CREDIT
                        CARDS ISSUED BY DEPARTMENT STORES IN NEW YORK CITY,
                        COPIED TO B&W MANAGEMENT, COUNSEL AND A CONSULTANT.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                  PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                  SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------------

BEGIN BATES         :   682055727
END BATES           :   682055727
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
DOC DATE             : 11/30/1978
AUTHOR(S)            : DUERR-RE
ADDRESSEE(S)         : PELLEGRINI-R
COPYEE(S)            : *** NONE ***
PRIVILEGE            : AC
DESCRIPTION          : CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                       TO B&W MANAGEMENT PROVIDING LEGAL ADVICE REGARDING
                       MARKETING.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                       PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                       SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------

BEGIN BATES          : 682234102
END BATES            : 682234102
DOC DATE             : 04/02/1964
AUTHOR(S)            : DAVIES-TE
ADDRESSEE(S)         : RAVLIN-JN
COPYEE(S)            : *** NONE ***
PRIVILEGE            : AC;CI
DESCRIPTION          : CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE LEGAL
                       COUNSEL, WITH WHOM B&W SHARES A COMMON LEGAL INTEREST,
                       TO B&W IN-HOUSE LEGAL COUNSEL THAT REFLECTS A REQUEST
                       FOR LEGAL ADVICE REGARDING A CONTRACT.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                       PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                       SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------

BEGIN BATES          : 682338043
END BATES            : 682338043
DOC DATE             : 08/06/1954
AUTHOR(S)            : BRYANT-HD
ADDRESSEE(S)         : JAMES-M; JAMES FRANKLIN
COPYEE(S)            : *** NONE ***
PRIVILEGE            : AC
DESCRIPTION          : CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                       TO B&W OUTSIDE COUNSEL REQUESTING LEGAL ADVICE
                       REGARDING A PATENT.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                       PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                       SEARCHING FOR FURTHER RECORDS TO CONFIRM.
-------------------------------------------------------------------------

BEGIN BATES          : 682438414
END BATES            : 682438414
DOC DATE             : 11/27/1991
AUTHOR(S)            : MYLES-JD
ADDRESSEE(S)         : WELLS-JK-III
COPYEE(S)            : *** NONE ***
PRIVILEGE            : AC;WP
DESCRIPTION          : CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                       TO B&W IN-HOUSE LEGAL COUNSEL SETTING FORTH COUNSEL'S
                       THOUGHTS AND MENTAL IMPRESSIONS REGARDING THE FERIOZZI
                       LITIGATION, AND CONTAINING AN ASSESSMENT OF
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                              PLAINTIFFS' CLAIMS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES         :   682811284
END BATES           :   682811387
DOC DATE            :   01/28/1992
AUTHOR(S)           :   PURVIS-AR; SHOOK HARDY
ADDRESSEE(S)        :   *** NONE ***
COPYEE(S)           :   WELLS-JK-III
PRIVILEGE           :   AC;WP;JD
DESCRIPTION         :   REDACTED MATERIAL - (PP.1284-1299) CONFIDENTIAL
                        COMMUNICATION PREPARED IN CONNECTION WITH DEPOSITION
                        TESTIMONY IN THE HAINES CASE BY OUTSIDE LEGAL COUNSEL
                        FOR THE TOBACCO INDUSTRY WITH WHOM B&W MAINTAINS A
                        COMMON LEGAL INTEREST, AND FORWARDED TO B&W IN-HOUSE
                        LEGAL COUNSEL, PROVIDING COUNSEL'S LEGAL ADVICE,
                        ANALYSIS AND MENTAL IMPRESSIONS REGARDING ARTICLES
                        RELATED TO CIGARETTE ADVERTISING.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                        PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                        SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES         :   685005319
END BATES           :   685005319
DOC DATE            :   10/02/1980
AUTHOR(S)           :   WELLS-JK-III
ADDRESSEE(S)        :   NORTHRIP-RE; SHOOK HARDY
COPYEE(S)           :   NORTHRIP-RE
PRIVILEGE           :   AC;WP
DESCRIPTION         :   CONFIDENTIAL COMMUNICATION CONSTITUTING ATTORNEY
                        OPINION WORK PRODUCT FROM B&W IN-HOUSE COUNSEL TO B&W
                        OUTSIDE COUNSEL REQUESTING LEGAL ADVICE REGARDING
                        STATEMENTS TO THE PRESS MADE BY COUNSEL FOR AN ADVERSE
                        PARTY IN LOS ANGELES AND SAN FRANCISCO ASBESTOS-
                        TOBACCO LITIGATION. (REDACTION APPEARS ON PAGE
                        685005319.)
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES         :   686013482
END BATES           :   686013482
DOC DATE            :   05/02/1977
AUTHOR(S)           :   FREEDMAN-BH
ADDRESSEE(S)        :   WILLETS-EA
COPYEE(S)           :   MCKEOWN-FE
PRIVILEGE           :   AC
DESCRIPTION         :   CONFIDENTIAL COMMUNICATION FROM B&W IN-HOUSE COUNSEL
                        TO B&W MANAGEMENT PROVIDING COUNSEL'S LEGAL ADVICE
                        REQUESTED BY B&W MANAGEMENT REGARDING PROPOSED KOOL
                        PROMOTION AND NEBRASKA TRADE REGULATIONS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                                PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                                SEARCHING FOR FURTHER RECORDS TO CONFIRM.
                --------------------------------------------------------------------------


                BEGIN BATES             :   689409467
                END BATES               :   689409467
                DOC DATE                :   05/10/1983
                AUTHOR(S)               :   HARDY-DK; SHOOK HARDY; PEPPLES-EC
                ADDRESSEE(S)            :   WELLS-JK-III
                COPYEE(S)               :   PEPPLES-EC
                PRIVILEGE               :   AC;WP;JD
                DESCRIPTION             :   CONFIDENTIAL COMMUNICATION FROM OUTSIDE INDUSTRY
                                            COUNSEL TO B&W IN-HOUSE COUNSEL, PROVIDING LEGAL
                                            ADVICE REGARDING STRATEGIC ISSUES RELATED TO DEFENDING
                                            ASBESTOS-TOBACCO LAWSUITS. THE LETTER ALSO CONTAINS A
                                            CONFIDENTIAL HANDWRITTEN NOTE OF B&W IN-HOUSE LEGAL
                                            COUNSEL REFLECTING COUNSEL'S THOUGHTS AND OPINIONS
                                            REGARDING THIS ISSUE.
                REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
                PROCEDURES FOR SEALING FOLLOWED:  YES
                --------------------------------------------------------------------------

                BEGIN BATES             :   689409468
                END BATES               :   689409469
                DOC DATE                :   05/03/1983
                AUTHOR(S)               :   HARDY-DK; SHOOK HARDY; PEPPLES-EC
                ADDRESSEE(S)            :   WELLS-JK-III; PEPPLES-EC
                COPYEE(S)               :   *** NONE ***
                PRIVILEGE               :   AC;WP;JD
                DESCRIPTION             :   CONFIDENTIAL COMMUNICATION FROM OUTSIDE INDUSTRY
                                            COUNSEL TO B&W IN-HOUSE COUNSEL, PROVIDING LEGAL
                                            ADVICE REGARDING STRATEGIC ISSUES RELATED TO DEFENDING
                                            ASBESTOS-TOBACCO LAWSUITS. THE LETTER ALSO CONTAINS A
                                            CONFIDENTIAL HANDWRITTEN NOTE OF B&W IN-HOUSE LEGAL
                                            COUNSEL REFLECTING COUNSEL'S THOUGHTS AND OPINIONS
                                            REGARDING THIS ISSUE.
                REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
                PROCEDURES FOR SEALING FOLLOWED:  YES
                --------------------------------------------------------------------------

                BEGIN BATES             :   690143163
                END BATES               :   690143179
                DOC DATE                :   03/03/1983
                AUTHOR(S)               :   WELLS-JK-III
                ADDRESSEE(S)            :   HUGHES-IW
                COPYEE(S)               :   *** NONE ***
                PRIVILEGE               :   AC;WP
                DESCRIPTION             :   CONFIDENTIAL COMMUNICATION PREPARED BY B&W IN-HOUSE
                                            COUNSEL AND SENT TO B&W MANAGEMENT CONTAINING
                                            COUNSEL'S LEGAL ANALYSIS, ADVICE AND OPINIONS
                                            REGARDING VARIOUS ISSUES INCLUDING PROPOSED
                                            TOBACCO-RELATED LEGISLATION, PENDING AND ANTICIPATED
                                            SMOKING AND HEALTH LITIGATION, LITIGATION INVOLVING
                                            FIRE-SAFE CIGARETTES AND PUBLIC SMOKING,
                                            ASBESTOS-TOBACCO CLAIMS, AND ADVERTISING AND TAX
                                            ISSUES.
                REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
```

**BROWN & WILLIAMSON PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES           :   774087406
END BATES             :   774087414
DOC DATE              :   11/06/1978
AUTHOR(S)             :   KULLY-E
ADDRESSEE(S)          :   SACHS-RH
COPYEE(S)             :   DENNY-J; JOHNSTON-D; LEWIS-R; MACKENZIE-S; MCKEOWN-F;
                          PARRACK-E; PITTMAN-RA; TIGHE-P
PRIVILEGE             :   AC
DESCRIPTION           :   REDACTED MATERIAL-(PP.7406-7407) CONFIDENTIAL
                          COMMUNICATION FROM B&W MANAGEMENT TO B&W IN-HOUSE
                          COUNSEL MEMORIALIZING PRIOR LEGAL ADVICE AND PROVIDING
                          INFORMATION TO FACILITATE THE RENDITION OF LEGAL
                          ADVICE REGARDING PROPOSED MARKET RESEARCH STUDY.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   784015602
END BATES             :   784015631
DOC DATE              :   08/17/1977
AUTHOR(S)             :   FREEDMAN-BH
ADDRESSEE(S)          :   *** NONE ***
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC
DESCRIPTION           :   CONFIDENTIAL HANDWRITTEN NOTES OF B&W IN-HOUSE COUNSEL
                          CONTAINING COUNSEL'S LEGAL ADVICE CONCERNING PROPOSED
                          KOOL ADVERTISEMENTS. (REDACTIONS APPEAR ON 784015630
                          AND 784015631.)
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------

BEGIN BATES           :   785039112
END BATES             :   785039120
DOC DATE              :   05/31/1974
AUTHOR(S)             :   HENDERSON-B; WELLS-JK-III
ADDRESSEE(S)          :   PEPPLES-EC; HENDERSON-B
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC
DESCRIPTION           :   REDACTED MATERIAL - (P. 785039114) CONFIDENTIAL
                          COMMUNICATION FROM B&W IN-HOUSE COUNSEL TO B&W
                          MARKETING DEPARTMENT MANAGER PROVIDING COUNSEL'S LEGAL
                          ADVICE AT THE REQUEST OF B&W MANAGER REGARDING LANGUAGE
                          USED IN PROPOSED KOOL MAGAZINE ADVERTISEMENTS.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  COUNSEL KNOWS OF NO REASON TO BELIEVE THAT
                          PROCEDURES FOR SEALING WERE NOT FOLLOWED. RJRT IS
                          SEARCHING FOR FURTHER RECORDS TO CONFIRM.
--------------------------------------------------------------------------------
```