**KEY FOR PRIVILEGE AND PROTECTION CODES CORRESPONDING GLOSSARY FOR BROWN & WILLIAMSON PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND DATED JUNE 11, 2012**

Documents found in the following categories reflect legal advice or requests for legal advice or services; provide information in connection with the rendering of legal advice or services; or constitute work product prepared by or for legal counsel:

- AC   Confidential communications including documents reflecting confidential communications between client and counsel, between counsel, or between client representatives.

- WP   Reports, statements, correspondence, memoranda or other documents prepared in anticipation of litigation or for trial and/or documents which contain the mental impressions, conclusions, opinions or legal theories or factual analyses of an attorney or other representative or employee of a party concerning litigation, or otherwise related to the provision of legal advice or legal services.

- JD   Confidential communications between the employees of or counsel for entities engaged in a joint defense effort who have a common legal interest.

- CI   Confidential communications between client, counsel, and entities and their counsel reasonably necessary for accomplishment of the purpose for which counsel was consulted.

**CORRESPONDING GLOSSARY FOR BROWN & WILLIAMSON**
**PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

| | |
|---|---|
| ABRAMS-J | MARKET FACTS EMPLOYEE |
| APPLETON-BS | B&W EMPLOYEE |
| ARDREY-RL-JR | MORGAN GUARANTY EMPLOYEE |
| B&W | BROWN & WILLIAMSON |
| B&W LAW DEPT | BROWN & WILLIAMSON LEGAL DEPARTMENT |
| BARRINGTON-MJ | PHILIP MORRIS IN-HOUSE ATTORNEY |
| BAT | BRITISH AMERICAN TOBACCO |
| BATEMAN-RA | B&W EMPLOYEE |
| BERRYMAN-CF | LEGAL ASSISTANT (KING SPALDING) |
| BLIXT-CA | RJR IN-HOUSE ATTORNEY |
| BRING-MH | ATTORNEY (ARNOLD PORTER); PM IN-HOUSE ATTORNEY |
| BROACH-VC | B&W EMPLOYEE |
| BROWN TODD | LAW FIRM (BROWN TODD & HEYBURN)(REPRESENTED B&W) |
| BRYANT-HD | B&W IN-HOUSE ATTORNEY |
| BURKE-FA | B&W IN-HOUSE ATTORNEY |
| COVINGTON BURLING | LAW FIRM (COVINGTON & BURLING)(REPRESENTED TI GENERALLY)(REPRESENTED B&W, LIGGETT, PHILIP MORRIS AND RJR IN VARIOUS MATTERS) |
| CUMMINS-BD | B&W EMPLOYEE; TI EMPLOYEE |
| DAVIES-TE | B&W IN-HOUSE ATTORNEY |
| DAVIS POLK | LAW FIRM (DAVIS POLK WARDWELL SUNDERLAND & KIENDL; DAVIS POLK & WARDWELL)(REPRESENTED RJR) |

**CORRESPONDING GLOSSARY FOR BROWN & WILLIAMSON**
**PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

| | |
|---|---|
| DENNISON-SL | B&W EMPLOYEE |
| DIPASCA-R | GREY ADVERTISING EMPLOYEE |
| DOYLE-PH | B&W EMPLOYEE |
| DUERR-RE | B&W IN-HOUSE ATTORNEY |
| DUGGAN-CS | ATTORNEY (DAVIS POLK) |
| FLAHERTY-M | B&W EMPLOYEE |
| FREEDMAN-BH | B&W IN-HOUSE ATTORNEY |
| GELSON-E | B&W EMPLOYEE |
| GOINS-B | B&W EMPLOYEE |
| GOLDEN-AF | ATTORNEY (DAVIS POLK) |
| GREY ADVERTISING | B&W ADVERTISING CONSULTANT |
| HARDY-DK | ATTORNEY (SHOOK HARDY) |
| HASKELL-B | ATTORNEY (PARIS HASKELL) |
| HIRSCH-B | LOEWS IN-HOUSE ATTORNEY |
| HUGHES-IW | B&W EMPLOYEE |
| JACOB MEDINGER | LAW FIRM (JACOB & MEDINGER; JACOB MEDINGER & FINNEGAN)(REPRESENTED RJR)(REPRESENTED CTR) |
| JACOB-EJ | ATTORNEY (DAVIS POLK; CABELL MEDINGER; MEDINGER FORSYTH; LAUTERSTEIN LAUTERSTEIN; JACOB MEDINGER) |
| JAMES FRANKLIN | LAW FIRM (JAMES & FRANKLIN)(REPRESENTED B&W) |

**CORRESPONDING GLOSSARY FOR BROWN & WILLIAMSON**
**PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

| | |
|---|---|
| JAMES-M | ATTORNEY (JAMES FRANKLIN) |
| JONES-WM | ATTORNEY (WYATT TARRANT) |
| KANE DALSIMER | LAW FIRM (KANE DALSIMER KANE SULLIVAN & KURUCZ)(REPRESENTED B&W) |
| KANE-DH | ATTORNEY (KANE DALSIMER) |
| KIRKLAND ELLIS | LAW FIRM (KIRKLAND & ELLIS) (REPRESENTED B&W) |
| KOPLOW-MG | ATTORNEY (WACHTELL LIPTON) |
| KOVATCH-MS | B&W EMPLOYEE |
| LAMB-CG | ATTORNEY (MIDDLETON REUTLINGER); B&W IN-HOUSE ATTORNEY |
| LIN-OC | B&W EMPLOYEE |
| LOEWS | LOEWS CORP; LOEWS THEATER |
| LORILLARD | LORILLARD TOBACCO CO., A DIVISION OF LOEWS THEATRES |
| MARKET FACTS | MARKETING CONSULTANT RETAINED BY B&W |
| MCCARTY-CI | B&W EMPLOYEE |
| MCDONOUGH-JA | B&W EMPLOYEE |
| MCGRAW-MJ | B&W IN-HOUSE ATTORNEY |
| MCKEOWN-FE | B&W EMPLOYEE |
| MELLEN-NE | B&W IN-HOUSE ATTORNEY |
| MILSTEIN-RS | LORILLARD IN-HOUSE ATTORNEY |
| MORGAN GUARANTY | B&W FINANCIAL CONSULTANT (MORGAN GUARANTY TRUST OF NY) |

**CORRESPONDING GLOSSARY FOR BROWN & WILLIAMSON**
**PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
MORINI-HA            B&W IN-HOUSE ATTORNEY
MUIJE-CS             B&W EMPLOYEE


MYLES-JD             B&W IN-HOUSE ATTORNY


OLGES-TA             B&W EMPLOYEE


PARIS HASKELL        LAW FIRM (PARIS & HASKELL) (REPRESENTED B&W)


PATTON-SR            ATTORNEY (KIRKLAND ELLIS)


PEPPLES-EC           B&W IN-HOUSE ATTORNEY


PHILIP MORRIS "PM"   PHILIP MORRIS USA, INC.


PICKETT-J            B&W EMPLOYEE


PITTMAN-RA           B&W EMPLOYEE


RAVLIN-JN            B&W IN-HOUSE ATTORNEY


RJR                  RJ REYNOLDS TOBACCO COMPANY;RJ REYNOLDS
                     INDUSTRIES, INC., RJR NABISCO, INC., RJ REYNOLDS
                     INTERNATIONAL INC; RELATED SUBSIDIARIES


ROSOFF-WL            RJR IN-HOUSE ATTORNEY


SACHS-RH             B&W IN-HOUSE ATTORNEY


SCHECHTER-DA         B&W IN-HOUSE ATTORNEY


SCHOENBACHLER-CL     B&W EMPLOYEE


SHOOK HARDY          LAW FIRM (SHOOK HARDY & BACON)(REPRESENTED
                     B&W)(REPRESENTED PM & LORILLARD)


STEVENS-R            B&W EMPLOYEE


WACHTELL LIPTON      LAW FIRM (WACHTELL LIPTON ROSEN & KATZ)
```

**CORRESPONDING GLOSSARY FOR BROWN & WILLIAMSON
PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND
JUNE 11, 2012**

                        (REPRESENTED PHILIP MORRIS AND LORILLARD)

WALL-CR                ATTORNEY (SHOOK HARDY)

WELLS-JK-III           B&W IN-HOUSE ATTORNEY

WILLETS-EA             B&W EMPLOYEE

WYATT TARRANT         LAW FIRM (WYATT TARRANT & COMBS)(REPRESENTED B&W)

YEAMAN-AY             B&W IN-HOUSE ATTORNEY