**AMERICAN TOBACCO COMPANY PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
BEGIN BATES           :   946003586
END BATES             :   946003604
DOC DATE              :   11/01/1969
AUTHOR(S)             :   OSHEA-SF; 3I
ADDRESSEE(S)          :   *** NONE ***
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   WP;JD
DESCRIPTION           :   CONFIDENTIAL BULLETIN PREPARED IN ANTICIPATION OF
                          LITIGATION AND LEGISLATIVE PROCEEDINGS BY INDUSTRY
                          LITIGATION SUPPORT SYSTEM PERSONNEL REGARDING SELECTED
                          SMOKING AND HEALTH ARTICLES TO PROVIDE INFORMATION
                          NECESSARY TO LEGAL COUNSEL TO FACILITATE THE PROVISION
                          OF LEGAL ADVICE.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:   YES
--------------------------------------------------------------------------

BEGIN BATES           :   946003920
END BATES             :   946003939
DOC DATE              :   01/15/1969
AUTHOR(S)             :   OSHEA-SF; 3I
ADDRESSEE(S)          :   *** NONE ***
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   WP;JD
DESCRIPTION           :   CONFIDENTIAL BULLETIN PREPARED IN ANTICIPATION OF
                          LITIGATION AND LEGISLATIVE PROCEEDINGS BY INDUSTRY
                          LITIGATION SUPPORT SYSTEM PERSONNEL REGARDING SELECTED
                          SMOKING AND HEALTH ARTICLES TO PROVIDE INFORMATION
                          NECESSARY TO LEGAL COUNSEL TO FACILITATE THE PROVISION
                          OF LEGAL ADVICE.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:   YES
--------------------------------------------------------------------------

BEGIN BATES           :   950376374
END BATES             :   950376380
DOC DATE              :   03/17/1959
AUTHOR(S)             :   HANMER-HR
ADDRESSEE(S)          :   MOORE-JA
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   WP
DESCRIPTION           :   CONFIDENTIAL COMMUNICATION FROM AN AMERICAN EMPLOYEE
                          PROVIDING INFORMATION TO A NON-TESTIFYING EXPERT
                          REGARDING EXPERT WITNESSES IN CONNECTION WITH
                          LITIGATION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:   YES
--------------------------------------------------------------------------

BEGIN BATES           :   968177867
END BATES             :   968177885
DOC DATE              :   09/00/1977
AUTHOR(S)             :   HENSON-A
ADDRESSEE(S)          :   *** NONE ***
COPYEE(S)             :   *** NONE ***
PRIVILEGE             :   AC;WP
DESCRIPTION           :   REDACTED MATERIAL - (P. 7870) CONFIDENTIAL HANDWRITTEN
                          NOTATIONS OF AMERICAN GENERAL COUNSEL REFLECTING
```

AMERICAN TOBACCO COMPANY PRIVILEGE INDEX
PURSUANT TO ORDER #30-REMAND
JUNE 11, 2012

```
                              COUNSEL'S THOUGHTS AND OPINIONS REGARDING CRITIQUE OF
                              FISHBEIN STUDY IN CONNECTION WITH ONGOING AND PENDING
                              PROCEEDINGS BEFORE THE FTC.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES            :   980053654
END BATES              :   980053658
ALIAS                  :   LD-90001-229-00290/00294
DOC DATE               :   11/17/1978
AUTHOR(S)              :   SMYTHE-HB; BUIST MOORE
ADDRESSEE(S)           :   HENSON-A
COPYEE(S)              :   *** NONE ***
PRIVILEGE              :   AC;WP
DESCRIPTION            :   CONFIDENTIAL MEMORANDUM PREPARED BY AMERICAN OUTSIDE
                           COUNSEL AND FORWARDED TO AMERICAN IN-HOUSE COUNSEL
                           PROVIDING LEGAL ADVICE AND ANALYSIS REGARDING
                           ASBESTOS-RELATED ILLNESSES, PREPARED IN CONNECTION
                           WITH GROOMS LITIGATION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES            :   980060361
END BATES              :   980060400
DOC DATE               :   01/22/1968
AUTHOR(S)              :   HENKE-MJ; COVINGTON BURLING
ADDRESSEE(S)           :   *** NONE ***
COPYEE(S)              :   *** NONE ***
PRIVILEGE              :   AC;WP;JD
DESCRIPTION            :   CONFIDENTIAL MEMORANDUM PREPARED BY TI OUTSIDE COUNSEL
                           CONTAINING TI OUTSIDE COUNSEL'S OPINIONS AND ANALYSIS
                           OF THE RESULTS OF THE PUBLIC HEALTH SERVICE SURVEY OF
                           1964.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES            :   980060401
END BATES              :   980060440
DOC DATE               :   01/22/1968
AUTHOR(S)              :   HENKE-MJ; COVINGTON BURLING
ADDRESSEE(S)           :   *** NONE ***
COPYEE(S)              :   *** NONE ***
PRIVILEGE              :   AC;WP;JD
DESCRIPTION            :   CONFIDENTIAL MEMORANDUM PREPARED BY TI OUTSIDE COUNSEL
                           CONTAINING TI OUTSIDE COUNSEL'S OPINIONS AND ANALYSIS
                           OF THE RESULTS OF THE PUBLIC HEALTH SERVICE SURVEY OF
                           1964.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------

BEGIN BATES            :   980136868
END BATES              :   980136868
DOC DATE               :   11/24/1981
AUTHOR(S)              :   COVINGTON BURLING
```

**AMERICAN TOBACCO COMPANY PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
ADDRESSEE(S)              :    *** NONE ***
COPYEE(S)                 :    *** NONE ***
PRIVILEGE                 :    AC;WP
DESCRIPTION               :    PORTION OF A CONFIDENTIAL REPORT PREPARED BY TI
                               OUTSIDE COUNSEL CONTAINING TI OUTSIDE COUNSEL'S
                               ANALYSIS, THOUGHTS AND IMPRESSIONS REGARDING THE FTC
                               STAFF REPORT ON THE CIGARETTE ADVERTISING
                               INVESTIGATION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES               :    980136879
END BATES                 :    980136966
DOC DATE                  :    11/24/1981
AUTHOR(S)                 :    COVINGTON BURLING
ADDRESSEE(S)              :    *** NONE ***
COPYEE(S)                 :    *** NONE ***
PRIVILEGE                 :    AC;WP;JD
DESCRIPTION               :    CONFIDENTIAL REPORT PREPARED BY TI OUTSIDE COUNSEL
                               CONTAINING TI OUTSIDE COUNSEL'S ANALYSIS, THOUGHTS AND
                               IMPRESSIONS REGARDING THE FTC STAFF REPORT ON THE
                               CIGARETTE ADVERTISING INVESTIGATION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES               :    980137841
END BATES                 :    980137841
DOC DATE                  :    09/18/1981
AUTHOR(S)                 :    TEMKO-SL; COVINGTON BURLING
ADDRESSEE(S)              :    COMMITTEE OF COUNSEL
COPYEE(S)                 :    *** NONE ***
PRIVILEGE                 :    AC;WP;JD
DESCRIPTION               :    CONFIDENTIAL MEMORANDUM FROM TI OUTSIDE COUNSEL TO
                               INDUSTRY COUNSEL CONTAINING TI OUTSIDE COUNSEL'S
                               OPINIONS, ADVICE, AND ANALYSIS REGARDING DRAFT
                               RESPONSE TO FTC STAFF REPORT ON CIGARETTE ADVERTISING
                               INVESTIGATION.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------

BEGIN BATES               :    980137933
END BATES                 :    980138023
DOC DATE                  :    09/18/1981
AUTHOR(S)                 :    COVINGTON BURLING
ADDRESSEE(S)              :    *** NONE ***
COPYEE(S)                 :    *** NONE ***
PRIVILEGE                 :    AC;WP;JD
DESCRIPTION               :    CONFIDENTIAL DRAFT MEMORANDUM PREPARED BY TI OUTSIDE
                               COUNSEL CONTAINING TI OUTSIDE COUNSEL'S COMMENTS AND
                               ANALYSIS REGARDING FTC STAFF REPORT ON THE CIGARETTE
                               ADVERTISING INVESTIGATION DISTRIBUTED TO INDUSTRY
                               COUNSEL.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
--------------------------------------------------------------------------------
```

AMERICAN TOBACCO COMPANY PRIVILEGE INDEX
PURSUANT TO ORDER #30-REMAND
JUNE 11, 2012

```
BEGIN BATES       :   980154706
END BATES         :   980154714
DOC DATE          :   11/19/1991
AUTHOR(S)         :   OECHLER-HJ-JR; CHADBOURNE PARKE
ADDRESSEE(S)      :   KLEMANN-GL-II
COPYEE(S)         :   *** NONE ***
PRIVILEGE         :   AC;WP
DESCRIPTION       :   CONFIDENTIAL MEMORANDUM FROM AMERICAN OUTSIDE LEGAL
                      COUNSEL TO AMERICAN IN-HOUSE LEGAL COUNSEL PROVIDING
                      COUNSEL'S SUMMARY AND REFLECTING COUNSEL'S MENTAL
                      IMPRESSIONS OF A TOBACCO HEARING.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:   YES
--------------------------------------------------------------------------

BEGIN BATES       :   980171695
END BATES         :   980171700
DOC DATE          :   10/00/1990
AUTHOR(S)         :   TI
ADDRESSEE(S)      :   *** NONE ***
COPYEE(S)         :   *** NONE ***
PRIVILEGE         :   AC;CI
DESCRIPTION       :   CONFIDENTIAL DRAFT PRESS RELEASE PREPARED BY TI
                      OUTSIDE COUNSEL AND CONTAINING AMERICAN OUTSIDE
                      COUNSEL'S HANDWRITTEN NOTATIONS REFLECTING ADVICE OF
                      COUNSEL REGARDING INDUSTRY ADVERTISING EFFORTS
                      LAUNCHED TO DISCOURAGE YOUTH SMOKING.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:   YES
--------------------------------------------------------------------------

BEGIN BATES       :   980171701
END BATES         :   980171706
DOC DATE          :   10/00/1990
AUTHOR(S)         :   COVINGTON BURLING
ADDRESSEE(S)      :   *** NONE ***
COPYEE(S)         :   *** NONE ***
PRIVILEGE         :   AC;CI
DESCRIPTION       :   CONFIDENTIAL DRAFT PRESS RELEASE PREPARED BY TI
                      OUTSIDE COUNSEL AND CONTAINING AMERICAN OUTSIDE
                      COUNSEL'S HANDWRITTEN NOTATIONS REFLECTING ADVICE OF
                      COUNSEL REGARDING INDUSTRY ADVERTISING EFFORTS
                      LAUNCHED TO DISCOURAGE YOUTH SMOKING.
REASON FOR SEALING IN SECURED ROOM:   INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:   YES
--------------------------------------------------------------------------

BEGIN BATES       :   980199224
END BATES         :   980199262
DOC DATE          :   01/22/1968
AUTHOR(S)         :   HENKE-MJ; COVINGTON BURLING
ADDRESSEE(S)      :   *** NONE ***
COPYEE(S)         :   *** NONE ***
PRIVILEGE         :   AC;WP;JD
DESCRIPTION       :   CONFIDENTIAL MEMORANDUM PREPARED BY TI OUTSIDE COUNSEL
                      CONTAINING TI OUTSIDE COUNSEL'S OPINIONS AND ANALYSIS
                      OF THE RESULTS OF THE PUBLIC HEALTH SERVICE SURVEY OF
```

**AMERICAN TOBACCO COMPANY PRIVILEGE INDEX**
**PURSUANT TO ORDER #30-REMAND**
**JUNE 11, 2012**

```
                            1964.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
------------------------------------------------------------------------

BEGIN BATES          :   980199263
END BATES            :   980199301
DOC DATE             :   01/22/1968
AUTHOR(S)            :   HENKE-MJ; COVINGTON BURLING
ADDRESSEE(S)         :   *** NONE ***
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   AC;WP;JD
DESCRIPTION          :   CONFIDENTIAL MEMORANDUM PREPARED BY TI OUTSIDE COUNSEL
                         CONTAINING COUNSEL'S OPINIONS, ADVICE AND ANALYSIS
                         REGARDING THE PUBLIC HEALTH SERVICE SURVEY OF 1964.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
------------------------------------------------------------------------

BEGIN BATES          :   980244816
END BATES            :   980244872
DOC DATE             :   07/21/1967
AUTHOR(S)            :   INDUSTRY COUNSEL
ADDRESSEE(S)         :   HETSKO-CF
COPYEE(S)            :   *** NONE ***
PRIVILEGE            :   AC;JD
DESCRIPTION          :   CONFIDENTIAL DRAFT REPORT PREPARED BY INDUSTRY COUNSEL
                         CONTAINING INDUSTRY COUNSEL'S ANALYSIS REGARDING
                         RESPONSE FTC REPORT TO CONGRESS RELATING TO CIGARETTE
                         LABELING AND ADVERTISING ACT.
REASON FOR SEALING IN SECURED ROOM:  INADVERTENT PRODUCTION
PROCEDURES FOR SEALING FOLLOWED:  YES
------------------------------------------------------------------------
```