**CORRESPONDING GLOSSARY FOR
AMERICAN TOBACCO COMPANY PRIVILEGE INDEX
PURSUANT TO ORDER #30-REMAND
JUNE 11, 2012**

| | |
|---|---|
| 3I | INDUSTRY LITIGATION SUPPORT SYSTEM |
| AMERICAN "ATCO" | THE AMERICAN TOBACCO COMPANY; AMERICAN BRANDS, INC |
| BUIST MOORE | LAW FIRM (BUIST MOORE SMYTHE & MCGEE) (REPRESENTED AMERICAN) |
| CHADBOURNE PARKE | LAW FIRM (CHADBOURNE & PARKE) (REPRESENTED AMERICAN AND B&W) |
| COMMITTEE OF COUNSEL | TI COMMITTEE CONSISTING OF GENERNAL COUNSEL OF THE TOBACCO INDUSTRY |
| COVINGTON BURLING | LAW FIRM (COVINGTON & BURLING) (REPRESENTED TI GENERALLY) (REPRESENTED B&W, LIGGETT, PHILIP MORRIS AND RJR IN VARIOUS MATTERS) |
| HANMER-HR | AMERICAN EMPLOYEE |
| HENKE-MJ | ATTORNEY (COVINGTON BURLING) |
| HENSON-A | ATTORNEY (CHADBOURNE PARKE); AMERICAN IN-HOUSE ATTORNEY |
| HETSKO-CF | ATTORNEY (CHADBOURNE PARKE); AMERICAN IN-HOUSE ATTORNEY |
| INDUSTRY COUNSEL | IN-HOUSE AND OUTSIDE LEGAL COUNSEL TO TOBACCO COMPANIES SHARING A COMMON LEGAL INTEREST |
| KLEMANN-GL-II | AMERICAN IN-HOUSE ATTORNEY |
| MOORE-JA | AMERICAN LITIGATION CONSULTANT |
| OECHLER-HJ-JR | ATTORNEY (CHADBOURNE PARKE) |
| OSHEA-SF | LRD EMPLOYEE; 3I EMPLOYEE |
| SMYTHE-HB | LEGAL ASSISTANT (JACOB MEDINGER) |
| TEMKO-SL | ATTORNEY (COVINGTON BURLING) |
| TI | THE TOBACCO INSTITUTE, INC. |

**KEY FOR PRIVILEGE AND PROTECTION CODES CORRESPONDING GLOSSARY FOR AMERICAN TOBACCO COMPANY PRIVILEGE INDEX PURSUANT TO ORDER #30-REMAND DATED JUNE 11, 2012**

Documents found in the following categories reflect legal advice or requests for legal advice or services; provide information in connection with the rendering of legal advice or services; or constitute work product prepared by or for legal counsel:

- AC   Confidential communications including documents reflecting confidential communications between client and counsel, between counsel, or between client representatives.

- WP   Reports, statements, correspondence, memoranda or other documents prepared in anticipation of litigation or for trial and/or documents which contain the mental impressions, conclusions, opinions or legal theories or factual analyses of an attorney or other representative or employee of a party concerning litigation, or otherwise related to the provision of legal advice or legal services.

- JD   Confidential communications between the employees of or counsel for entities engaged in a joint defense effort who have a common legal interest.

- CI   Confidential communications between client, counsel, and entities and their counsel reasonably necessary for accomplishment of the purpose for which counsel was consulted.