# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP MORRIS USA INC., et al.,<br><br>    Defendants. | )<br>) Civil Action No. 99-2496(GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### LORILLARD TOBACCO COMPANY'S
### REVISED SUBMISSION IN RESPONSE TO ORDER #30 REMAND

  In Lorillard Tobacco Company's ("Lorillard") Submission in Response to Order #30 Remand filed on June 11, 2012, Lorillard's submission noted that all but 641 documents of the documents stored in the non-public secure document ("SDR") room within the Minnesota Depository could be transferred to the Depository's publicly available population. Lorillard's June 11, 2012 submission included a Log, *Order 30 Remand Log 6.11.12*, identifying those documents that can remain in the SDR (the "Log"), as required by Order #30 Remand.

  As part of its ongoing quality control efforts, Lorillard recently discovered that a technical error caused Lorillard's Log to be truncated such that the final 48 documents of the 641 documents intended to appear on the Log were inadvertently not included in the Log. Accordingly, Lorillard is producing herewith, as Exhibit A to this submission, a revised Log, *Order 30 Remand Log 7.11.12*, including entries for all 641 documents.

Dated: July 13, 2012 Respectfully submitted,

      /s/  Michael B. Minton
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Fax: (314) 552-7597

*Attorneys for Defendant
Lorillard Tobacco Company*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Submission in Response to Order #30 Remand was filed electronically on July 13, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: July 13, 2012  /s/ *Michael Minton, Esq.*
                      Michael Minton, Esq.
                      Thompson Coburn LLP