## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 99-2496 (GK)** |
| | : | |
| PHILLIP MORRIS USA, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### ORDER #31-Remand

It is this 27th day of August, 2012, hereby

**ORDERED**, that a Motion Hearing shall be held on **Thursday, October 4, 2012, at 10:00 a.m.** on the Government's Proposed Corrective Statements; and it is further

**ORDERED**, that the Government shall have no more than **20 minutes** for its opening argument; and it is further

**ORDERED**, that Intervenors shall have no more than **10 minutes** for their opening argument; and it is further

**ORDERED**, that Defendants shall have no more than **30 minutes** for their opposition; and it is further

**ORDERED**, that the Government shall have no more than **20 minutes** for its reply.

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**