UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | Civil Action No. 99-2496 (GK) |
| ) | |
| v.        ) | Next Scheduled Court |
| ) | Appearance:  None |
| PHILIP MORRIS USA INC., *et al.*,        ) | |
| ) | |
| Defendants.        ) | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE OCTOBER 4, 2012 HEARING**

Defendants respectfully move this Court for an order continuing the hearing set for October 4, 2012 regarding the Government's proposed corrective statements.  Defendants have conferred with counsel for the Government and for Intervenors, and neither the Government nor Intervenors oppose a continuance.

A continuance of the October 4 hearing is warranted because Miguel A. Estrada, counsel for Defendant Philip Morris USA Inc. on the corrective statements issues in this case, is scheduled to present oral argument that day in New York City before the Second Circuit in *Time Warner Cable Inc. v. FCC*, No. 11-4138.  Mr. Estrada would therefore be unavailable to appear in this Court on October 4.  Counsel for all parties would be available for a hearing on October 12, 15, 22, or 23.  No party objects to an order rescheduling the hearing to one of those dates.

Dated:  August 29, 2012				Respectfully submitted,


/s/ Miguel A. Estrada
Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C.  20006-1047
Telephone:  (202) 223-7300
Fax:  (202) 223-7420

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone:  (312) 558-6700
Fax:  (202) 558-5700

*Attorneys for Defendants*
*Altria Group, Inc. and Philip Morris USA Inc.*


/s/ Miguel A. Estrada *for*
Noel J. Francisco (D.C. Bar No. 464752)
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

R. Michael Leonard
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 721-3721
Fax:  (336) 733-8389

*Attorneys for Defendant*
*R.J. Reynolds Tobacco Company,*
*individually and as successor by*
*merger to Brown & Williamson*
*Tobacco Corporation*


/s/ Miguel A. Estrada *for*
Michael B. Minton
THOMPSON COBURN LLP
One US Bank Plaza, Suite 3500
St. Louis, Missouri  63101-1693
Telephone:  (314) 552-6000
Fax:  (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*