UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 99-2496 (GK) |
| : | |
| PHILLIP MORRIS USA, *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER #32-Remand

Upon consideration of the Defendants' Unopposed Motion to Continue October 4, 2012 Hearing, it is this 30th day of August, 2012, hereby

**ORDERED**, that Defendants' Unopposed Motion is **granted**; and it is further

**ORDERED**, that the Motion Hearing set for October 4, 2012, is rescheduled to **October 15, 2012, at 10:00 a.m.**

*/s/ Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**