UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  :   | |
| : | |
| Plaintiff,  : | |
| : | |
| v.  : | Civil Action No. 99-2496 (GK) |
| : | |
| PHILLIP MORRIS USA, *et al.*,  : | |
| : | |
| Defendants.  : | |

### ORDER #33-Remand

Upon consideration of the Parties' Motion for Supplemental Briefing Concerning Corrective Statements Remedy, it is this 12th day of September, 2012, hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that the Parties shall file opening Supplemental Briefs by **September 24, 2012, at 5:00 p.m.**; and it is further

**ORDERED**, that the Parties shall file Responses to those opening briefs by **October 4, 2012, at 5:00 p.m.**; and it is further

**ORDERED**, that, in the future, the Parties shall comply with LCvR 7(c) of our Local Rules.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**