**Exhibit 1 to United States' September 24, 2012, supplemental brief**

{These excerpts were previously filed as Exhibit 2 to the United States' May 10, 2011, surreply brief (R. 5930-2). They have been formatted for easier reading, and the composition of the focus groups is now indicated.}

**Excerpts from focus-group transcripts, organized by topic**
**(limited to recommended statements challenged by Defendants)**
*United States v. Philip Morris*, 99-cv-2496

## Topic A – Negative health effects of smoking

**A5** [Modified Intervenors' proposal]:

- *What's the main idea of this message?* [Italics indicate comments from the moderator.]

  That it kills.

  That they should say the truth.

  Cigarettes are one of the biggest causes of death. It says here that more people die because of smoking than AIDS, suicide, and car accidents. It's one of the main causes of death. It means that there are more smokers among the population than sick people with other illnesses.

  (Orlando Focus Group 1 (Hispanic smokers) at 18, U.S. Reply Ex. 11 (R. 5891-11)).

- *And if after listening to this message you'd hear a message stating the opposite, would you probably believe the opposite message?*

  No.

  *Why is that your answer?*

  Because it's done by the Federal Court and they have done, they must have done some in-depth research to claim these causes.

  This was done by a cigarette company, following an order from the District Court, it wasn't the court.

  *And is this something good or bad?*

  It's something good because the court is forcing them to become responsible for –

  They are selling venom.

(Orlando Focus Group 1 (Hispanic smokers) at 20, U.S. Reply Ex. 11 (R. 5891-11)).

- [Discussing the good things about the modified Intervenors' proposal:]

    The fact that it's the cigarette company saying they're coming clean about what the harms are of smoking.

    (Baltimore Focus Group 3 (never/former smokers, low socioeconomic status) at 8-9, U.S. Reply Ex. 14 (R. 5891-14)).

- *That makes you like five? Anyone else, what was it about five that made it stand out?* [A5 was the modified Intervenors' proposal.]

    There's no medical language in it, really, so I think that's a little more clear for everybody. And, the whole thing about it being paid for by the cigarette company under the order of the federal district court, I'm sure they were ordered to put the dangers out, but I would think if it was paid for by the cigarette company that they would lessen the blow, not make it as negative as it is.

    (Baltimore Focus Group 4 (current smokers) at 26, U.S. Reply Ex. 16 (R. 5891-16)).

- [Describing the "order of a Federal District court" phrase:]

    *Can you tell me in what way does it make you more or less likely to read it or pay attention to it?*

    Probably less likely, or at least less likely to take it in. Obviously, these are some pretty alarming facts, but they're being ordered to state this.

    (Baltimore Focus Group 4 (current smokers)at 23, U.S. Reply Ex. 16 (R. 5891-16). (R. 5891-16)).

**A6** [NCI proposal.  This ultimately became the United States' recommended health-effects statement.]**:**

- *What's the main idea in this one?*

    Here there's a federal court's order to tell the companies tobacco creates problems with circulation and erectile dysfunction that complicates your life.

    To tell the truth.

2

It causes death and it causes heart disease.

The tobacco companies have to give out more information regarding –

And it kills. It kills.

Not like now where the cigarette boxes say, "It may cause death." Here it says 'this kills.'

Say it.

(Orlando Focus Group 1 (Hispanic smokers) at 17-18, U.S. Reply Ex. 11 (R. 5891-11)).

- [Discussing why NCI proposal (ultimately recommended to the Court) was ranked high by some and low by others:]

    I ranked it high because it's the federal court—saying the federal court is making the tobacco companies say what's wrong.

    (Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 9-10, U.S. Reply Ex. 14 (R. 5891-14)).

## Topic B – Addiction

**B5** [Modified Intervenors' proposal. This ultimately became the United States' recommended addiction statement.]**:**

- *You picked five as the one that most clearly communicates the addictiveness of smoking and nicotine. What was it about statement five? Why did you think that one most clearly communicated?* [Statement 5 is the modified Intervenors' proposal (ultimately recommended to the Court).]

    I think that the reason, I picked because they all have bullet points and they're so much easier to read. I think almost every exercise, everybody picked five because bullet points are just so much easier to read and understand.

    True.

    Because also, because when you read the first sentence it gets your attention because it's saying that they lied, that they lied to congress.

    Because they actually did, they manipulated the cigarettes to make them more addictive and that's profit in their pocket.

> They told us that it's addictive and not easy to quit. They basically manipulated you to keep buying them and keep smoking them and it's not easy to quit so basically we got you where we want you.
>
> (Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 30-31, U.S. Reply Ex. 14 (R. 5891-14)).

- *And why do you say that message B-5 communicates the addiction to smoking and nicotine the best way?* [Statement 5 is the modified Intervenors' proposal (ultimately recommended to the Court).]

> Because it's the same tobacco company who's informing us that what they told us before was a lie. The truth is coming into light and it is addictive. It is difficult to quit smoking, they manipulated the cigarettes to make them addictive. They are, as a person, telling you, this is the truth.
>
> And because it was a Federal Court order that asked them to say this.
>
> (Orlando Focus Group 1 (Hispanic smokers) at 38, U.S. Reply Ex. 11 (R. 5891-11)).

- *And the main idea of this message, B-5, is?* [Statement B-5 is the modified Intervenors' proposal (ultimately recommended to the Court).]

> What the tobacco producers told congress, it ended up not being the truth. The truth is that it is addictive. Tobacco producers manipulate the amounts of tar they put in cigarettes and it really isn't easy to quit.
>
> (Orlando Focus Group 1 (Hispanic smokers) at 35-36, U.S. Reply Ex. 11 (R. 5891-11)).

- [Explaining whether the modified Intervenors' proposal is a clear winner or a close call:]

> To me it's a clear winner.
>
> Especially when it mentions your brain-
>
> If you're talking the first sentence, it's finally puts it out there that it is an addiction.
>
> …
>
> *Why did you say that B5 does the best job of communicating the addictiveness of smoking and nicotine? Why does that one do the best job?* [Statement B-5 is the modified Intervenors' proposal (ultimately recommended to the Court).]

4

I like where it says we manipulated you.

*You like that? I see heads nodding.*

It's telling you that they lied to you and now it's telling you the truth.

*You like that.*

(Baltimore Focus Group 1 (current smokers, low socioeconomic status) at 9-10, U.S. Reply Ex. 10 (R. 5891-10)).

- [Discussing what was learned from the modified Intervenors' proposal (ultimately recommended to the Court)]

   *So that was something new to you?  In this statement?  I get it, I just want to make sure I understand what you're saying.*

   Well, for years, I mean you know, I've been told, you know you've got to have will power to stop smoking.  Well, you know now it kind of tells me that it wasn't just that I had to have will power, that it was, I was actually being addicted to the stuff and they were purposely addicting you.

   *And that was new information for you when you read this one?*

   It kind of makes me feel that, you know there was a reason it took so long to stop.

   (Baltimore Focus Group 2 (never/former smokers) at 47, U.S. Reply Ex. 12 (R. 5891-12)).

- *If after hearing B-5, you heard a message saying the opposite, would you believe it? [Statement B-5 is the modified Intervenors' proposal (ultimately recommended to the Court).]*

   No.

   No, not unless there was a new situation. We are trusting in the federal court and, how do you say [CROSSTALK]?

   (Orlando Focus Group 1 (Hispanic never/former smokers) at 7, U.S. Reply Ex. 13 (R. 5891-13)).

- *So what's the main idea of B5?* [Statement B-5 is the modified Intervenors' proposal (ultimately recommended to the Court).]

5

   …

   They lie.

   (Baltimore Focus Group 2 (never/former smokers) at 41, U.S. Reply Ex. 12 (R. 5891-12)).

**B6** [NCI proposal]**:**

- *And all of you chose B-6 as number one, was that an easy decision?* [B-6 is the NCI proposal.]

   Easy.

   It's easy but look, it says here "we told them," that means –

   They lied.

   "We told the congress," the tobacco companies told the congress. I refer to the tobacco companies.

   Under oath.

   (Orlando Focus Group 1 (Hispanic smokers) at 37-38, U.S. Reply Ex. 11 (R. 5891-11)).

- *The straightforwardness is what you liked about it? Other thoughts or reactions to that one? It looks like we had a couple of other choices that got picked next. It looks like six also got two votes. What was it about six that people [INAUDIBLE]?* [Statement 6 is the NCI proposal.]

   Six stands out at me because if you looked at something that was posted somewhere that you started reading, a federal court [INAUDIBLE] That, to me right there, I guess, would pique my interest. And then I kind of tied – I guess when we get to the second one, [INAUDIBLE] as far as with the courts, as decided or stated –

   *Tell me more. I'm not sure – tell me more about what you're saying.*

   I wasn't going to move on to my second pick because I started first with the federal court, and then it goes right in to what tobacco companies had told Congress under oath, so it kind of ties in – to me, it ties in to the first one I picked. And then the third one I picked is also that statement again. It ties in. To me, they're easier to read and understand that the federal court is requiring tobacco companies to tell the truth about smoking. So you're thinking, "What are they saying?"

6

*For me, to make sure I'm understanding you, [Participant 5] was saying he liked the statements that started off with some information that said a court is requiring – right?*

Correct.

*Tell me why you liked that, why you thought that was important to help it communicate.*

Because if you walk by something like B1 [the BATCo proposal], for instance, and it says cigarette smoking and nicotine are addictive, if you knew that, are you really going to walk back and read that again? Are you going to point to somebody that's with you and say, "Hey, look at this"?

*The ones that started a different way are more likely to get your attention?*

More information tends to get my attention more than a one-line statement that you wouldn't even remember that you read later in the day.

(Baltimore Focus Group 4 (current smokers) at 7-8, U.S. Reply Ex. 16 (R. 5891-16)).


## Topic C – Light/Low-tar

**C5** [Modified Intervenors' proposal. This ultimately became the United States' recommended light/low-tar statement.]**:**

- *Regarding message C-5, why did you say that message communicates the lack of any health benefit from smoking different kinds of cigarettes better?* [C-5 is the modified Intervenors' proposal (ultimately recommended to the Court).]

    Because in this paper, this has been done under order by the District Court, done by the cigarette company itself and in it they are saying "we falsely market these cigarettes." Just with that they are telling us, it's all a scam. There's no difference at all. When they say light, medium, low, it's all the same with a different package. That's what they're saying in a few words. It's coming from their own mouth.

    *And that's something good or bad?*

    It's good.

    It's good because they are telling the truth.

    When they do marketing they get to say lies, here they have to tell the truth by federal order.

7

> *And if after listening to that message, C-5, you'd hear another message saying the opposite, would you probably believe the opposite message?* [C-5 is the modified Intervenors' proposal (ultimately recommended to the Court).]
>
> No.
>
> No, because it's themselves who are saying this.
>
> They are the ones doing business and they are admitting to have lied.

(Orlando Focus Group 1 (Hispanic smokers) at 32, U.S. Reply Ex. 11 (R. 5891-11)).


- [Explaining the main idea of the modified Intervenors' proposal (ultimately recommended to the Court:]

    > That they lie.
    >
    > And they're only making the statement because they're being forced to by the federal court.

    (Baltimore Focus Group 2 (never/former smokers) at 5-6, U.S. Reply Ex. 12 (R. 5891-12)).


- [Explaining why participant prefers the modified Intervenors' proposal (ultimately recommended to the Court):]

    > …they're, you know, it's under federal mandate that you say this.
    >
    > …
    >
    > *Does anyone else got –*
    >
    > I was one of those people that switched to light. I don't smoke now, for the last year and a half but it ticks me off that they did lie. So this is making them admit, you know, that they did lie so, I think this stands out.

    (Baltimore Focus Group 2 (never/former smokers) at 8-9, U.S. Reply Ex. 12 (R. 5891-12)).


- [Afterthought regarding the modified Intervenors' proposal (ultimately recommended to the Court):]

    > I do feel betrayed.

8

> Yes.
>
> Of course, I buy cigarettes that are supposedly light so I don't die as soon and it ends up being the same thing.
>
> (Orlando Focus Group 1 (Hispanic smokers) at 32-33, U.S. Reply Ex. 11 (R. 5891-11)).

- *Now if you were to hear the opposite claim, that low tar, light, ultra light, mild or natural cigarettes had a health benefit compared to other cigarettes, would you believe that claim?*

> No.
>
> They just told you that they lied to you.
>
> (Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 25, U.S. Reply Ex. 14 (R. 5891-14)).

- *What was it about five? What was it?* [Statement C-5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

> The fact that it says we falsely marketed, low tar and low cigarettes, makes you want to look at it.
>
> I feel as though if I read this and I'm a smoker, I'd be like, well first off, they lied to me so I already feel some type of way about that. But I mean they make their mistake and telling you the truth. Basically saying, smoking is not good for you.
>
> They're forced to tell you the truth.
>
> They're forced.
>
> (Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 24, U.S. Reply Ex. 14 (R. 5891-14)).

- *And what did you like about that specifically about that top part of C5?* [Statement C5 was the modified Intervenors' proposal.]

> The top part of C5 stated how they were wrong from marketing cigarettes less harmful.
>
> *And what made you—what about that made you like it?*
>
> You feel like, oh, they're admitting their blame. [INAUDIBLE]

9

*Does anyone agree or disagree?*

I agree.

(Orlando Focus Group 4 (Teens 14-17, smokers) at 25, U.S. Reply Ex. 17 (R. 5891-17)).


**C6** [NCI proposal]**:**

- *So we picked C6 as the top statement, if everybody would put that in front of them in terms of most clearly communicating. So why did you say that this statement does the best job communicating the lack of any significant health benefit from smoking low tar, light, ultra light, mild and natural cigarettes?* [C6 was the NCI proposal.]

    I say it's simply because it saying here's the truth. It's saying, coming from a federal court and it straight and to the point that there is no health benefits regardless of the type of cigarette.

    And you know, I think the words federal court, truth, no health benefit and then it lists a standard, you know, cancer, heart disease, so it's like the buzz words that probably rate with people.

    (Baltimore Focus Group 2 (never/former smokers) at 12-13, U.S. Reply Ex. 12 (R. 5891-12)).


- *Why did you think that C6 does the best job of communicating the lack of any significant health benefit from smoking low-tar, light, ultra-light, mild, and natural cigarettes? What is it about that statement that does the best?* [C6 was the NCI proposal.]

    Here's the truth.

    The here's the truth line?

    And it's short and sweet and to the point.

    It does everything that C1 says, there's no benefit but then it goes on to say all of them are still going to cause you cancer, still give you heart disease, no matter, and all kinds of other stuff- [C1 was BATCo's proposal.]

    No matter what you've heard this is the truth.

    Like they're lights and ultra lights but they don't do anything good.

10

(Baltimore Focus Group 1 (current smokers, low socioeconomic status) at 30, U.S. Reply Ex. 10 (R. 5891-10)).

- *If other people read this statement, what effect if any do you think it would have on their behavior?*

    Make them not want to start.

    They won't smoke.

    *Make them not want to start.*

    Tells them the truth.

    (Baltimore Focus Group 1 (current smokers, low socioeconomic status) at 31, U.S. Reply Ex. 10 (R. 5891-10)).

- *So what's the main point of C6?*  [C6 was the NCI proposal.]

    Again, the federal court is requiring for these statements to be told to make sure everyone knows the truth.

    (Baltimore Focus Group 2 (never/former smokers) at 6, U.S. Reply Ex. 12 (R. 5891-12)).

- [Explaining why these respondents chose NCI's proposal]

    Yes, the same. I chose 6 because it was more brief. And I don't think it'll shock other people because it only –  I think it shocks smokers more than non-smokers. Because the smokers we can say, "well, now we know."

    We can say, "Look, they've been lying to us, they took us for a ride."

    They lied to us.

    (Orlando Focus Group 1 (Hispanic smokers) at, 33, U.S. Reply Ex. 11 (R. 5891-11)).

- [Main idea of NCI's proposal:]

    Tobacco companies are being forced to admit it again.

(Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 22, U.S. Reply Ex. 14 (R. 5891-14)).

## Topic D – Cigarette design manipulation

**D5** [The modified Intervenors' proposal.  This ultimately became the United States' recommended statement.]**:**

- *Again, this is what we're trying to communicate, which one most clearly communicates?*

    To me D5 really puts it in your face. I like D5. [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

    I agree with you, I looked at D5. That's another one that just, I like hearing this other stuff, I like hearing for myself that there's other chemicals and hearing that it's finally tuned, that's like hey look this is what your really doing, this is what they've been perfecting over all these years.  [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

    (Baltimore Focus Group 1 (current smokers, low socioeconomic status) at 17-18, U.S. Reply Ex. 10 (R. 5891-10)).


- *Why does this message, D-5, communicate this in the best way possible?* [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

    Because it's clear, straight to the point, no wasting time, no extra wording. This is like this, this is like this and that's it.

    The court said you have to say this like this, like this and like this, so they understand it well.

    …

    *And if right after listening to this message, D-5, you'd hear one claiming the opposite, is it probable that you'd trust the opposite message?*  [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

    No.

    No.

    No.

    *And why is that your answer?*

> Because we understand, at least I understand, that it is a federal order. Two become a federal order, because the Surgeon General did some studies and told the tribunal "look, this is what's up with cigarettes."

(Orlando Focus Group 1 (Hispanic smokers) at 26-27, U.S. Reply Ex. 11 (R. 5891-11)).

- *Let's focus on D5. [Participant 4], can we start with you? What's the main idea of D5?* [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

> Basically they're designed to make you addicted and you're just going to keep buying it and keep smoking.

> *Other thoughts on D5? The main idea of D5?* [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

> If we don't design it to make you addictive, you won't make no money.

(Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 37, U.S. Reply Ex. 14 (R. 5891-14)).

- *So, the main idea of D5 is?* [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

> Cigarettes are basically made to addict people.

> *Anything else?*

> That they know that they're addicting people.

> [INAUDIBLE]

> The more people smoke the more money they get.

(Orlando Focus Group 4 (Teens 14-17, smokers) at 27-28, U.S. Reply Ex. 17 (R. 5891-17)).

- *Why did you say that D5 does the best job of communicating that cigarette manufacturers manipulate cigarette design and composition to ensure optimum nicotine delivery, why does this one do the best job communicating that?* [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

> Because that's how we keep customer's coming back.

…

A lot of people never knew about the chemicals and the ammonia and all that other stuff.

(Baltimore Focus Group 1 (current smokers, low socioeconomic status) at 21-22, U.S. Reply Ex. 10 (R. 5891-10)).

- *So the main idea of D5, other thoughts on this?*  [D5 was the modified Intervenors' proposal (ultimately recommended to the Court).]

    Just being forced to come clean.

    Just throws in your face all of the lies and things that they did to keep people to smoke and to keep people addicted.

    (Baltimore Focus Group 2 (never/former smokers) at 15, U.S. Reply Ex. 12 (R. 5891-12)).

- [Discussing what participants learned from the modified Intervenors' proposal:]

    The fact that they're saying they deliberately made the cigarettes addictive and that it tells your brain. So that was new.

    Ammonia is a cleaning thing. How do they get ammonia into those things?

    Put nicotine in it to addict you but they put ammonia in it to make you like it more.

    (Baltimore Focus Group 3 (Never/former smokers, low socioeconomic status) at 40-41, U.S. Reply Ex. 14 (R. 5891-14)).

**D6** [NCI's proposal]**:**

- *What's the main idea of this one?*

    That the tobacco companies are pretty much controlling the people. They're drug pushers.

    They lied, they got caught and now they gotta tell you what-

    (Baltimore Focus Group 1 (current smokers, low socioeconomic status) at 15, U.S. Reply Ex. 10 (R. 5891-10)).

- *The main idea of this message [NCI's proposal] is –*

    The federal court keeps saying that they have to tell the truth to smokers.

    That they shouldn't manipulate the information.

    It's addictive and they manipulate the doses so you keep on buying.

    It keeps on affecting your brain, even if you quit.

    (Orlando Focus Group 1 (Hispanic smokers) at 23, U.S. Reply Ex. 11 (R. 5891-11)).