**APPENDIX B**

**Corrective Statements – Implementation Details**

<u>Cigarette Box Onserts</u>
- Ease with which consumers can access, unfold, and review the onsert
- Placement of text on the front of the insert versus inside a folded onsert
- Size of the onsert (unfolded and folded)
- Size, font, and color of the headline
- Size, color and font of the text on the inside panel(s)
- Color of background
- Should the statements be translated into and published in Spanish as well?

<u>TV ads</u>
- Size, color, and font of the on-screen text
- Background color
- How much text on-screen at a time
- Length of time each set of text stays on the screen
- Quality and volume of the announcer's voice
- Rate at which the announcer speaks

<u>Websites</u>
- Where the corrective statements are displayed on the websites
- Size, color, and font of the on-screen text
- Background color
- How much text is on each page of the site
- Should the statements be available in Spanish?

<u>Newspapers</u>
- Size, color, and font of the text
- Relative sizes of the headline, body text, and tagline
- Background color
- Layout
- Schedule for publication
- Should the court require the defendants to publish the ads in the online versions of the newspapers as well?