UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 99-2496 (GK) |
| v. | ) ) ) | Next Scheduled Court |
| PHILIP MORRIS USA INC., *et al.*, | ) ) | Appearance:  February 7, 2013 |
| Defendants. | ) ) ) | |

CONSENT MOTION TO REMOVE POINT-OF-SALE HEARING
FROM COURT CALENDAR

The United States, Defendants, and the Public Health Intervenors join together in this Consent Motion to respectfully ask that this Court enter the attached (proposed) Consent Order removing the scheduled hearing on point-of-sale displays from the Court calendar.  In support of this request, the parties represent the following:

Pursuant to this Court's Order #34-Remand, the parties have met with the Special Master on issues related to the implementation of the Court-ordered corrective statements remedy.  Those meetings are continuing.  The parties and the Special Master agree that removing the scheduled hearing on point-of-sale displays from the Court calendar will facilitate those negotiations.

The parties thus request that the Court remove from the calendar the hearing on point-of-sale displays. The Special Master concurs with this request. Defendants have consulted with the two trade groups the Court invited to participate in the hearing—the National Association of Tobacco Outlets and NACS – The Association for Convenience and Fuel Retailing (formerly the National Association of Convenience Stores)—and they do not object to this Motion.

WHEREFORE, the parties respectfully request entry of the attached proposed Order removing the point-of-sale hearing from the Court schedule.

Dated:  February 1, 2013               Respectfully submitted,

                                       STUART F. DELERY
                                       Principal Deputy Assistant Attorney General
                                       MAAME EWUSI-MENSAH FRIMPONG
                                       Deputy Assistant Attorney General
                                       Civil Division
                                       U.S. DEPARTMENT OF JUSTICE

                                       /s/ Noel J. Francisco *for*
                                       DANIEL K. CRANE-HIRSCH
                                       Trial Attorney
                                       Consumer Protection Branch, Civil Division
                                       United States Department of Justice
                                       PO Box 386
                                       Washington, DC  20004-0386
                                       Telephone: 202-616-8242
                                       Facsimile: 202-514-8742
                                       E-mail address:
                                       daniel.crane-hirsch@usdoj.gov

                                       *Attorneys for Plaintiff United States of America*

/s/ Noel J. Francisco *for*
Miguel A. Estrada
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8257
Facsimile: (202) 530-9616

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C.  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-6700
Facsimile: (312) 558-5700

*Counsel for Defendants Philip Morris USA Inc. and Altria Group, Inc.*

/s/ Noel J. Francisco
Robert F. McDermott
Peter J. Biersteker
Noel J. Francisco
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

R. Michael Leonard
Geoffrey K. Beach[*]
(*not admitted in NC; admitted in Md., D.C., and Fla.)
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Fax: (336) 733-3660

*Counsel for Defendant R.J. Reynolds Tobacco Company, individually and as successor by merger to Brown & Williamson Tobacco Corporation*

/s/ Noel J. Francisco *for*
Michael B. Minton
A. Elizabeth Blackwell
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 3500
St. Louis, Missouri 63101-1693
Telephone: (314) 552-6000
Facsimile: (314) 552-7597

*Counsel for Defendant Lorillard Tobacco Company*

/s/ Noel J. Francisco *for*
Howard M. Crystal
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, Suite 700
Washington, DC 20009
202-588-5206
hcrystal@meyerglitz.com

*Attorney for the Public-Health Plaintiff-Intervenors*

4