UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 99-CV-2496 (GK) |
| | ) | Next scheduled court appearance: |
| and | ) | January 15, 2014 |
| | ) | |
| TOBACCO-FREE KIDS ACTION FUND, *et al.* | ) ) | |
| | ) | |
| Plaintiff-Intervenors | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP MORRIS USA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR CONSENT ORDER IMPLEMENTING
THE CORRECTIVE STATEMENTS REMEDY
UNDER ORDER #1015 AND ORDER #34-REMAND**

In Order #34-Remand (DN 5991; issued Nov. 27, 2012), this Court referred the parties to mediation regarding implementation of portions of the corrective statements remedy under Order #1015 (DN 5733; issued Aug. 17, 2006), published as *United States v. Philip Morris USA Inc.*, 449 F. Supp. 2d 1, 938-41 (D.D.C. 2006), *aff'd in part & vacated in part*, 566 F.3d 1095 (D.C. Cir. 2009) (*per curiam*), *cert. denied*, 561 U.S. ___, 130 S. Ct. 3501 (2010). Philip Morris USA Inc., Altria Group, Inc., R.J. Reynolds Tobacco Company (in its own capacity and as successor in interest to Brown & Williamson Tobacco Co., and American Tobacco Co.), and Lorillard Tobacco Company (hereafter "Defendants"), and the United States and the Public Health Intervenors (hereafter "Plaintiffs") have successfully concluded that mediation.

Subject to the Court's approval, the attached (proposed) Consent Order resolves the implementation of the corrective statements remedy for four media channels: newspapers, television, websites, and cigarette pack onserts. (The final media channel, retail point-of-sale displays, remains to be decided.)

The (proposed) Consent Order includes three proposed changes to the text set out in Order #34-Remand.[1] First, in accord with Order #36-Remand (DN 6002; issued Jan. 28, 2013), the parties propose replacing the phrase "Defendant Tobacco Companies" in each Corrective Statement with "Altria, R.J. Reynolds Tobacco, Lorillard, and Philip Morris USA." Second, in the adverse health effects statement, to accord with the trial evidence, the parties propose deleting cancer of the uterus from the list of diseases. Samet WD at 104:10–105:15. Third, the parties propose changing the number 3,000 in the portion of the secondhand smoke statement that states, "Secondhand smoke kills over 3,000 Americans per year" to the number 38,000, to include deaths from heart disease, as set out in the 1997 California EPA Report (also issued as NCI Monograph 10), which was admitted in evidence and cited in Order #1015's secondhand-smoke discussion. JDM1870820-1333 at 0837 (U.S. 76125); DXA0581235-1694 at 1256 (U.S. 78716); 449 F. Supp. 2d at 703, 704.

WHEREFORE, Plaintiffs and Defendants respectfully ask the Court to enter the attached (proposed) Consent Order.

---

[1] Although the Court earlier expressed concern about the scope of its jurisdiction over the wording of the corrective statements in light of Defendants' Notice of Appeal, Order #36-Remand (DN 6002; issued 1/28/2013), the parties concur that the Court has jurisdiction to enter the entirety of the (proposed) Consent Order and, if the Court would find it helpful, will file their positions on this issue with the Court in advance of the Status Hearing. Alternatively, the parties will be prepared to discuss this issue further at the Status Hearing.

Dated: January 10, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General

MICHAEL BLUME, Director
ANDREW CLARK, Assistant Director
Consumer Protection Branch

___/s/_____
DANIEL K. CRANE-HIRSCH
JOHN W. BURKE
LINDA M. McMAHON
Trial Attorneys
Civil Division
United States Department of Justice
PO Box 386
Washington, DC   20044-0386
Telephone: 202-616-8242 (Crane-Hirsch)
          202-353-2001 (Burke)
          202-307-0448 (McMahon)
Facsimile: 202-514-8742
E-mail address:
daniel.crane-hirsch@usdoj.gov
josh.burke@usdoj.gov
linda.mcmahon2@usdoj.gov

*Attorneys for Plaintiff United States of America*

    /s/_____
Howard M. Crystal (D.C. Bar No. 446189)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, Suite 700
Washington, DC 20009
202-588-5206
hcrystal@meyerglitz.com

*Attorney for the Public Health Plaintiff-Intervenors*

        */s/*
Anand Agneshwar
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690
Telephone:  (212) 715-1107
Fax:  (212) 715-1399

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone: (202) 955-8257
Fax:  (202) 530-9016

Beth A. Wilkinson (D.C. Bar No. 462561)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C.  20006-1047
Telephone: (202) 223-7300
Fax:  (202) 223-7420

Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-6700
Fax: (202) 558-5700

*Attorneys for Defendants*
*Altria Group, Inc. and Philip Morris USA Inc.*


        */s/*
Noel J. Francisco (D.C. Bar No. 464752)
Robert F. McDermott (D.C. Bar No. 261164)
Peter J. Biersteker (D.C. Bar No. 358108)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Fax:  (202) 626-1700

        Geoffrey K. Beach
        R. Michael Leonard
        WOMBLE CARLYLE SANDRIDGE &
        RICE, PLLC
        One West Fourth Street
        Winston-Salem, NC  27101
        Telephone: (336) 721-3721
        Fax: (336) 733-8389

*Attorneys for Defendant*
*R.J. Reynolds Tobacco Company,*
*individually and as successor by merger to*
*Brown & Williamson Tobacco Corporation*


          */s/*
        Michael B. Minton
        Elizabeth Blackwell
        THOMPSON COBURN LLP
        One US Bank Plaza, Suite 3500
        St. Louis, Missouri  63101-1693
        Telephone:  (314) 552-6000
        Fax:  (314) 552-7597

*Attorneys for Defendant*
*Lorillard Tobacco Company*