**Exhibit A – Specifically Named Covered Websites**

The Covered Websites[1] include the following websites[2] for each Defendant:

1. RJ Reynolds Tobacco Company[3]:

www.rjrt.com
www.camel.com
www.camelsmokes.com
www.camelwides.com
www.mobile.camel.com
https://camel.tobaccopleasure.com/libertad/Security/Login.aspx
www.pallmallusa.com
http://www.rjrtdocs.com

2. Altria:

www.altria.com

3. Philip Morris USA:

www.pmusa.com
www.philipmorrisusa.com
www.marlboro.com
www.lm.com
www.pmdocs.com

4. Lorillard Tobacco Company:

www.lorillard.com
www.newport-pleasure.com
www.lorillarddocs.com

---

[1] Covered Websites do not include any initial "landing" page that directs consumers to a home page.

[2] This list was compiled based on Defendants' representations of the publicly accessible websites they control that advertise or promote cigarettes or contain links to sites that do so.

[3] Several RJRT controlled websites were not included on this list, such as http://www.rjrtfacts.com and others, based on RJRT's representations that they are not publicly accessible.