# Exhibit C

# Newspaper exemplars

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Manipulation of Cigarette Design

Live: 9.55" x 19.0"
Trim: 11.55" x 21.0"
Bleed: N/A
Scale: 1.0" = 1.0"
Printing: 1/C

Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.

THE NEW YORK TIMES, THURSDAY, DECEMBER 04, 2013                                                                    A7

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement.

Here is the truth:

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria intentionally designed cigarettes to make them more addictive.

- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.

- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Case 1:99-cv-02496-GK   Document 6021-3   Filed 01/10/14   Page 3 of 11

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Manipulation of Cigarette Design

Live: 9.55" x 19.0"
Trim: 11.55" x 21.0"
Bleed: N/A
Scale: 1.0" = 1.0"
Printing: 1/C

Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement.

Here is the truth:

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria intentionally designed cigarettes to make them more addictive.

- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.

- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

THE NEW YORK TIMES, THURSDAY, DECEMBER 04, 2013     A7

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement.

Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.

- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Lack of Significant Health Benefit

**Live:** 9.55" x 19.0"
**Trim:** 11.55" x 21.0"
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.

THE NEW YORK TIMES, THURSDAY, DECEMBER 04, 2013            A7

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement.

Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.

- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

Case 1:99-cv-02496-GK   Document 6021-3   Filed 01/10/14   Page 6 of 11

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Adverse Health Effects

Live: 9.55" x 19.0"
Trim: 11.55" x 21.0"
Bleed: N/A
Scale: 1.0" = 1.0"
Printing: 1/C

Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement.

Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.

- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.

- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.

- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Adverse Health Effects

Live: 9.55" x 19.0"
Trim: 11.55" x 21.0"
Bleed: N/A
Scale: 1.0" = 1.0"
Printing: 1/C

Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement.

Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.

- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.

- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.

- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

---

*Annotations:*
- 82.898 pt
- 83.814 pt
- 57.667 pt
- 57.667 pt
- 57.667 pt
- 21.0"
- 11.55"

Corrective Statement
40/68 Univers LT Std Light
0 Tracking

Here is the truth:
40/43 Univers LT Std Light
0 Tracking

Bullet Point Copy
30/40 Univers LT Std Roman w/.50 stroke and Black
0 Tracking

Indented one 1-inch tab stop, with bullets positioned .25 inches to the left of the indented text

Case 1:99-cv-02496-GK Document 6021-3 Filed 01/10/14 Page 8 of 11

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Addictiveness of Smoking and Nicotine

**Live:** 9.55" x 19.0"
**Trim:** 11.55" x 21.0"
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement.

Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.

- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

- It's not easy to quit.

- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Case 1:99-cv-02496-GK  Document 6021-3  Filed 01/10/14  Page 9 of 11

**Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Addictiveness of Smoking and Nicotine**

**Live:** 9.55" x 19.0"
**Trim:** 11.55" x 21.0"
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.**

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement.

Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.

- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

- It's not easy to quit.

- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

*Corrective Statement*
*40/68 Univers LT Std Light*
*0 Tracking*

*Here is the truth:*
*40/43 Univers LT Std Light*
*0 Tracking*

*Bullet Point Copy*
*30/40 Univers LT Std Roman w/.50 stroke*
*0 Tracking*

*Indented one 1-inch tab stop, with bullets positioned .25 inches to the left of the indented text*

83.100 pt
83.724 pt
57.667 pt
57.667 pt
57.667 pt
21.0"
11.55"

Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Exposure to Secondhand Smoke

**Live:** 9.55" x 19.0"
**Trim:** 11.55" x 21.0"
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim):** 11.55" x 21.0" = 242.55 sq. in.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement.

Here is the truth:

- Secondhand smoke kills over 38,000 Americans each year.

- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.

- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.

- There is no safe level of exposure to secondhand smoke.

**Philip Morris USA • Corrective Statements • Newspaper Advertisements • NY Times Full Page Ad • Exposure to Secondhand Smoke**

**Live:** 9.55" x 19.0"
**Trim:** 11.55" x 21.0"
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 11.55" x 21.0" = 242.55 sq. in.**

THE NEW YORK TIMES, THURSDAY, DECEMBER 04, 2013        A7

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement.

Here is the truth:

- Secondhand smoke kills over 38,000 Americans each year.

- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.

- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.

- There is no safe level of exposure to secondhand smoke.