# Exhibit D

# Online newspaper exemplars

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Manipulation of Cigarette Design**

| | |
|---|---|
| **Live:** N/A<br>**Trim:** 300px X 250px<br>**Bleed:** N/A<br>**Scale:** 1.0" = 1.0"<br>**Display:** Generic RGB | **Advertising Area (Trim): 300px X 250px = 75000px** |

### FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement.

250 px
300 px

### FRAME 2

Here is the truth:

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Manipulation of Cigarette Design**

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

**Advertising Area (Trim): 300px X 250px = 75000px**

FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement.

19/24px Arial Regular 0 Tracking

250 px

300 px

FRAME 2

Here is the truth:

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

15.76 px
9.37 px
9.37 px

15/24px Arial Regular 0 Tracking

13/13px Arial Regular 0 Tracking

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Lack of Significant Health Benefit**

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

FRAME 1

250 px

300 px

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement.

FRAME 2

Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.

- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Lack of Significant Health Benefit**

| | |
|---|---|
| **Live:** N/A<br>**Trim:** 300px X 250px<br>**Bleed:** N/A<br>**Scale:** 1.0" = 1.0"<br>**Display:** Generic RGB | **Advertising Area (Trim): 300px X 250px = 75000px** |



FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement.

FRAME 2

Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Adverse Health Effects**

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement.

250 px
300 px

FRAME 2

Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.

- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, combined.

- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.

- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

# Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Adverse Health Effects

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

## FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement.

*250 px × 300 px*

*19/24px Arial Regular 0 Tracking*

## FRAME 2

Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.

- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, combined.

- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.

- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

*16.58 px / 11.57 px spacing*
*15/24px Arial Regular 0 Tracking*
*13/13px Arial Regular & Bold 0 Tracking*

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Addictiveness of Smoking and Nicotine**

Live: N/A
Trim: 300px X 250px
Bleed: N/A
Scale: 1.0" = 1.0"
Display: Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement.

FRAME 2

Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.

- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

- It's not easy to quit.

- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Addictiveness of Smoking and Nicotine**

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

## FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement.

19/24px Arial Regular 0 Tracking

250 px
300 px

## FRAME 2

Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.

- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

- It's not easy to quit.

- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

16.41 px
16.75 px
16.75 px
16.75 px

15/24px Arial Regular 0 Tracking

13/13px Arial Regular 0 Tracking

**Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Exposure to Secondhand Smoke**

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement.

250 px
300 px

FRAME 2

Here is the truth:

- Secondhand smoke kills over 38,000 Americans each year.
- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.
- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.
- There is no safe level of exposure to secondhand smoke.

# Philip Morris USA • Corrective Statements • Online Ads • 2-Frames • Exposure to Secondhand Smoke

**Live:** N/A
**Trim:** 300px X 250px
**Bleed:** N/A
**Scale:** 1.0" = 1.0"
**Display:** Generic RGB

Advertising Area (Trim): 300px X 250px = 75000px

## FRAME 1

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement.

*19/24px Arial Regular 0 Tracking*

250 px × 300 px

## FRAME 2

Here is the truth:

- Secondhand smoke kills over 38,000 Americans each year.
- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.
- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.
- There is no safe level of exposure to secondhand smoke.

*15/24px Arial Regular 0 Tracking*
*13/13px Arial Regular & Bold 0 Tracking*

16.52 px
11.57 px
11.57 px
11.57 px