# Exhibit E: Television Spots

In MP4 or a similar format suitable for Court review using a standard desktop computer and software; and in high-resolution, large files to be transmitted to and aired by TV networks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    )<br>    and )<br>    )<br>TOBACCO-FREE KIDS )<br>ACTION FUND, *et al.* )<br>    Plaintiff-Intervenors )<br>    )<br>    v. )<br>    )<br>PHILIP MORRIS USA INC., *et al.*, )<br>    Defendants. )<br>    ) | Civil Action No. 99-CV-2496 (GK)<br>Next scheduled court appearance:<br>January 15, 2014 |

**NOTICE REGARDING BULKY EXHIBIT ATTACHMENT**

Exhibit E, which is an attachment to the parties' JOINT MOTION FOR CONSENT ORDER IMPLEMENTING THE CORRECTIVE STATEMENTS REMEDY UNDER ORDER #1015 AND ORDER #34-REMAND, is in electronic form only, and is being maintained in the case file in the Clerk's Office.  These files will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

                                                ___/s/_____
                                                DANIEL K. CRANE-HIRSCH
                                                *Attorney for Plaintiff United States of America*