# Exhibit F

## Website exemplars - Phase 1
## Non-Mobile Version

# Phase 1
# philipmorrisusa.com

Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Tracking = 0 px

Font: Preamble text, Arial, Regular, 14.75 px
Bulleted list font: Arial, Regular, 12.5 px
Box size: 300 px by 300 px



Leading 3.5px

Leading 5px

Browser: Google Chrome     Tracking = 0 px     Box size: 300 px by 300 px
Resolution: 1024x768 px     Bulleted list font: Arial, Regular, 12.5 px



Leading 3.5px

Leading 5px

Fold Line

Browser: Google Chrome
Monitor Size:
Resolution: 1024x768 px
Font: All text, Arial, Regular, 14 px

Tracking = 0 px
Box size: 560 px by 640 px



⊗ Close

Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Leading 5px →

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

# Phase 1
# altria.com



Leading 3.5px →

Leading 5px →

Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Preamble text: Arial, Regular, 14.75 px
Bulleted list font: Arial, Regular, 12.5 px
Tracking = 0 px
Box size: 300 px by 318 px

# Phase 1
# altria.com
# Page Break



Leading 3.5px →

Leading 5px →

Fold line —








Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Preamble text: Arial, Regular, 14.75 px
Bulleted list font: Arial, Regular, 12.5 px
Tracking = 0 px
Box size: 300 px by 318 px

# Phase 1
# altria.com



Leading
5px

Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Font: All text, Arial, Regular, 14 px
Tracking = 0 px
Box size: 560 px by 640 px

# PHASE 1 – Home Page



# PHASE 1
# Full-Text Display



# Lorillard Website - Phase 1 - Years one through five



Search 🔍

About Us | Brands | Investor Relations | Responsibility | Press Room | Contact Us



**Brand Feature**

Newport Non-Menthol Gold

Coming in October 2013!

1 2 3 4

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public and has ordered the companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- Para información en español, clic aquí

## Investor Information

Lorillard, Inc. Common Stock (NYSE: LO)

**45.23**

LO +0.40

» Stock Details

## News

**Lorillard Reports Second Quarter 2013 Results**

Second quarter net sales increased 4.2% and adjusted EPS increased 11.0% versus last year, despite significant competitive activity in the quarter. Lorillard retail market share of cigarettes increased 0.6 share points to 14.9 from last year.

**Lorillard Announces Increase in Stock Repurchase Program**

Lorillard announced a $500 million increase to its existing share repurchase program.

**Lorillard 3-for-1 Stock Split Effective January 16, 2013**

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

## Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

## Company Overview

Lorillard, Inc., through its Lorillard Tobacco Company subsidiary, is the third largest manufacturer of cigarettes in the United States.  Founded in 1760, Lorillard is the oldest continuously operating tobacco company in the U.S.  Newport, Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names. These five brands include 43 different product offerings which vary in price, taste, flavor, length and packaging.  In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

| About Us | Brands | Investor Relations | Responsibility | Press Room | Contact Us |
|---|---|---|---|---|---|
| At a Glance | Newport | Financial Overview | Smoking and Health | News | RSS |
| Our History | Maverick | Stock Information | Corporate Principles on | Media Gallery | Privacy Policy |
| Management | More Lorillard Brands | News | Marketing, Promotion and | Press Contacts | Legal Notice |
| Ingredients | | Financial Reporting | Youth Smoking | | |
| Legislation & Regulation | | Events & Presentations | Supply Chain Compliance | | |
| Careers | | Shareholder Services | Youth Smoking Prevention | | |
| | | Governance | Understanding Menthol | | |
| | | Analyst Coverage | Lorillard Documents | | |
| | | FAQs | New Products | | |
| | | Investor Contacts | Regulatory Submissions | | |
| | | | Political Contributions | | |
| | | | Support the Legal Sale of | | |
| | | | Menthol Cigarettes | | |

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 1 - Years one through five



**Brand Feature**

Newport Non-Menthol Gold

Coming in October 2013!

| 1 | 2 | 3 | 4 |

A Federal Court has ruled that Lo... Reynolds Tobacco, and Philip Mo... deceived the American public and... companies to make these statem...

- Health effects of smoking
- Addictiveness of smoking and n...
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, clic aquí*

---

**⊗ Close**

## Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

---

...tor Information

... Inc. Common Stock
...LO)

...23
...0
... Details

...d Reports Second Quarter ...esults

...quarter net sales increased 4.2%
...sted EPS increased 11.0% versus
... despite significant competitive
... the quarter. Lorillard retail market
... cigarettes increased 0.6 share
... 14.9 from last year.

...d Announces Increase in Stock
...hase Program

...announced a $500 million increase
...isting share repurchase program.

Lorillard 3-for-1 Stock Split Effective
January 16, 2013

Lorillard's previously announced 3-for-1
stock split is effective January 16, 2013 -
demonstrating the Board of Directors'
continued confidence in the Company's
brands and strategic direction.

**Quick Links**

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

premium cigarette brand, is the top selling menthol
and second largest selling cigarette in the U.S. In
addition to Newport, the Lorillard product line has four
additional cigarette brand families marketed under
the Kent, True, Maverick and Old Gold brand names.
These five brands include 43 different product
offerings which vary in price, taste, flavor, length and
packaging.  In April 2012, Lorillard acquired blu ecigs,
the leading electronic cigarette company in the U.S.
Lorillard maintains its headquarters and manufactures
all of its cigarette products in Greensboro, North
Carolina.

## Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality
earnings quarter marked by stable
cigarette volumes, strong market share
gains, tight cost control and continued
success of the Company's strategic
initiatives, like blu eCigs," stated
Lorillard's Chairman & CEO.

## Lorillard 2012 Annual Report



The resilience of Lorillard's market-
leading brands and the unrivaled
passion and commitment of its
employees resulted in another year of
record-setting results in 2012.

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on
Marketing, Promotion and
Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of
Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved.  |  UnderstandingMenthol.com  |  RealParentsRealAnswers.com

# Lorillard Website - Phase 1 - Years one through five



Search

| About Us | Brands | Investor Relations | Responsibility | Press Room | Contact Us |



**Brand Feature**

Newport Non-Menthol Gold

Coming in October 2013!

## Investor Information

Lorillard, Inc. Common Stock (NYSE: LO)

**45.23**

LO +0.40

» Stock Details

## News

**Lorillard Reports Second Quarter 2013 Results**

Second quarter net sales increased 4.2% and adjusted EPS increased 11.0% versus last year, despite significant competitive activity in the quarter. Lorillard retail market share of cigarettes increased 0.6 share points to 14.9 from last year.

**Lorillard Announces Increase in Stock Repurchase Program**

Lorillard announced a $500 million increase to its existing share repurchase program.

**Lorillard 3-for-1 Stock Split Effective January 16, 2013**

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

## Quick Links

Support the Legal Sale of Menthol Cigarettes

Annual Report

Financial Reporting

---

| 1 | 2 | 3 | 4 |

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public and has ordered the companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes   **Fold line**
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, clic aquí*

**Text box**
**Size:** 375 x 250 pixels
**Color:** #F2FAFD

**Fonts:**
**Character:** Arial Regular 13 pixels
**Leading:** 14 pixels

**Font colors:**
**Preamble:** #000000
**Links:** #0191D7

**Monitor size:** 17 inch, 1024 x 768 pixels
**Screen Resolution:** 72 dpi

## Company Overview

Lorillard, Inc., through its Lorillard Tobacco Company subsidiary, is the third largest manufacturer of cigarettes in the United States.  Founded in 1760, Lorillard is the oldest continuously operating tobacco company in the U.S.  Newport, Lorillard's flagship premium cigarette brand, is the top-selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names. These five brands include 43 different product offerings which vary in price, taste, flavor, length and packaging.  In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on Marketing, Promotion and Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 1 - Years one through five





**Overlay:**

**Total size:**
560 x 3475 pixels
**Viewable area:**
560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000

## Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

Copyright © 2011 Lorillard. All rights reserved.   | UnderstandingMenthol.com | RealParentsRealQuestions.com

# Desktop



Arial 15px
Leading 17px
Tracking 0px

Arial 13px
Leading 17px
Tracking 0px

Monitor Size: 17"
Screen Resolution: 1024x768 (pixels)
Browser: Google Chrome

# Desktop – Page Breaks



# Desktop – Tile Dimensions

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public and has ordered those companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, clic aquí*

Tile Size:
315 x 295 (pixels)

"Here is the truth:" and bulleted text:
Color #787878

# Desktop - Overlay



Arial 14px
Leading 17px
Tracking 0px

Arial 14px
Leading 17px
Tracking 0px

Overlay Window Size:
963x618 pixels

# Desktop - Overlay



Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

Overlay Window Size:
963x618 pixels

# Desktop



Arial
15px
Leading
17px
Tracking
0px

Arial
13px
Leading
16px
Tracking
0px

Monitor Size: 17"
Screen Resolution: 1024x768 (pixels)
Browser: Google Chrome

Desktop – Page Break



A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public and has ordered those companies to make these statements.
Here is the truth:

· Health effects of smoking
· Addictiveness of smoking and nicotine
· Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
· Designing cigarettes to enhance the delivery of nicotine
· Health effects of secondhand smoke
· *Para información en español, clic aquí*

**324x300 (pixels)**
**Color code: #787878**
**"Here is the truth:" and bullet points**

# Desktop – Overlay



Nothing about our cigarettes or packaging, including color, should be interpreted to mean that any cigarette is safer than any other cigarette. Nothing about our cigarettes will help you quit smoking.

SURGEON GENERAL'S WARNING: Cigarette

### Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Phillip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

**Arial
14px
Leading
17px
Tracking
0px**

**Arial
14px
Leading
17px
Tracking
0px**

© 2013 Philip Morris USA          philipmorrisusa.com | Terms of Use | Privacy Statement | TobaccoRights.com | Help          RESPONSIBILITY

**Overlay Total Size:
629x600 (pixels)**

# Desktop – Page Break







**Adverse Health Effects of Smoking**

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain – that's why quitting is

**Full Text Display:** 508px x 440px **Fully Extended**: 508px x 2491px

*Arial Regular - 12.5px Font – 15px Leading*





Phase 1



Viewing assumption of 17" monitor with a resolution of 1024 pixels x 768 pixels and a setting of 72 dpi.

Home Page font name: Arial
Home Page font size: 14px

Home Page font leading: 15px
Home Page font style: Regular

Home Page white box area: 777px x 123px



**Viewing assumption of 17" monitor with a resolution of 1024 pixels x 768 pixels and a setting of 72 dpi.**

Full Text Display font name for regular and bolded text: Arial

Full Text Display font size for regular and bolded text: 14px

Full Text Display font leading for regular and bolded text: 15px

Full Text Display font styles: Regular and Bold

Full Text Display: 550px x 680px

Full Text Display complete scrolling area: 550px x 2693px

# Newport Pleasure Website (Menthol) - Phase 1 - Years one through five



SURGEON GENERAL'S WARNING: Smoking Causes Lung Cancer, Heart Disease, Emphysema, And May Complicate Pregnancy.

PRODUCT    FAQs    PRIVACY POLICY    HELP

HOME    ABOUT YOU    OUR WORLD    NEWPORT PLEASURE PLAY®    SWEEPS



Newport **WHEEL** OF *pleasure*™
sweeps ends 10/31/13
**ENTER!**  For your chance at a 2014 Ford Mustang!
Ford Motor Company is not a sponsor, participant or affiliated with this promotion.

**Newport** SMOOTH SELECT

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public and has ordered the companies to make these statements: Here is the truth:

• Health effects of smoking
• Addictiveness of smoking and nicotine
• Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
• Designing cigarettes to enhance the delivery of nicotine
• Health effects of secondhand smoke
• *Para información en español, clic aquí*



© 2013 Lorillard

**LORILLARD DOCUMENTS**



Update your mailing address!



Newport *Pleasure* Play

**Don't let FDA ban menthol cigarettes**

Newport®, pleasure!® (logo), Newport Pleasure!® (logo), Newport Pleasure Payday®, Newport Pleasure Draw®, Newport Wheel of Pleasure™, The World of Newport Pleasure®, spinnaker design, package design and other trade dress elements are trademarks of Lorillard Licensing Company LLC.

# Newport Pleasure Website (Menthol) - Phase 1 - Years one through five



Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.





# Newport Pleasure Website (Menthol) - Phase 1 - Years one through five



SURGEON GENERAL'S WARNING: Smoking Causes Lung Cancer, Heart Disease, Emphysema, And May Complicate Pregnancy.

PRODUCT   FAQs   PRIVACY POLICY   HELP

HOME   ABOUT YOU   OUR WORLD   NEWPORT PLEASURE PLAY®   SWEEPS



 



**Text box:**
**Size:** 375 x 240 px
**Color:** #007E36

**Fonts:**
**Character:** Arial Regular 11 pixels
**Leading:** 13.2 pixels

**Font colors:**
**Preamble:** #FFFFFF
**Links:** #FFFF00

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public and has ordered the companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- Para información en español, clic aquí

© 2013 Lorillard

LORILLARD DOCUMENTS

◄─── Fold line ──────────────────────────────────────────►

**Monitor size:** 17 inch, 1024 x 768 pixels
**Screen Resolution:** 72 dpi





**Don't let FDA ban menthol cigarettes**

Newport®, pleasure!® (logo), Newport Pleasure!® (logo), Newport Pleasure Payday®, Newport Pleasure Draw®, Newport Wheel of Pleasure™, The World of Newport Pleasure®, spinnaker design, package design and other trade dress elements are trademarks of Lorillard Licensing Company LLC.

# Newport Pleasure Website (Menthol) - Phase 1 - Years one through five



**Overlay:**
**Total size:**
560 x 3475 pixels
**Viewable area:**
560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000

**Fold line**

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

•Smoking kills, on average, 1200 Americans. Every day.
•More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
•Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
•Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

•Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
•Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

**Don't let FDA ban menthol cigarettes**



**Phase 1 – pmdocs.com**



• links   • help   • support   • privacy statement

**PhilipMorrisUSA**
Public Document Site

| Home | Search Documents and Logs | Links | Help | Updates and Indices |

New Docs Added: 7/19/2013

### Welcome to the Philip Morris USA Inc. Public Document Site

This Website provides the public access to documents produced by Philip Morris USA, Inc. and Altria Group Inc. in any court or administrative action in the United States concerning smoking and health, marketing, addiction, low tar or low nicotine cigarettes or less hazardous cigarette research, as provided in section II(C) of the Final Judgment and Remedial Order ("Order 1015") published as *United States v. Philip Morris USA Inc.*, 449 F.Supp.2d 1, 940-944 (D.D.C. 2006), as modified by Order #27 - Remand, dated December 14, 2011.

**Search Documents**
Provides basic and advanced searching of documents related to PM USA. You can search, view, and download public documents from this website. click here →

**Links**
Provides links to third party tobacco related resources.

**Support**
Send technical questions to the webmaster.

**Help Tutorials**
Provides extensive instructions on how to use the Philip Morris USA Document website. click here →

Documents on the site can be previewed on-line using the free Adobe Acrobat® Reader 4.0 or better. Click on "Get Acrobat Reader" to download the current version of the Reader.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public and has ordered those companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, click aquí*

Fold line

Scheduled Maintenance: This website will be unavailable for scheduled maintenance from 4:00 a.m. Eastern Time until 6:00 a.m. Eastern Time daily.

Site Content: The documents on this website contain proprietary information owned by PM USA or its vendors, as well as information that may impact the privacy rights or concerns of various individual employees, vendors, customers and other persons. See full Website Privacy Statement.

**Phase 1 – pmdocs.com**

Public Document Site

172.20.1.139:8080/phase1/#Home

• links   • help   • support   • privacy statement

**PhilipMorrisUS**
Public Documen

| Home | Search Docum |

v Docs Added: 7/19/2013

**Welcome**

This Website
administrati
cigarettes or
1015") publi
- Remand, c

court or

er ("Order
rder #27

**Search Docume**

Provides basic and adv
search, view, and down

bacco

**Help Tutorials**

Provides extensive inst
website. click here →

Documents on the site ca
or better. Click on "Get A

Close

Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.  ← Leading 5px
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Philip Morris
Lorillard, and
American
ompanies to
s the truth:

nd nicotine

ng low-tar and
nful than regular

ance the delivery

Browser: Google Chrome
Monitor size: 17"; Resolution: 1024x768
Font: All text, Arial, Regular, 14px
Tracking = 0px
Box size: 583px by 646px

# Phase 1 – 5 years

Assuming a 19" monitor with a screen resolution of 1024 x 768 and a setting of 72 dpi, the following screenshots indicate the portion of the page that will appear above the fold.



The height of the corrective statement textbox is 212px. The width of the corrective statement textbox is 358px. The font is Arial Regular 10px. The leading is 17px.



The height of the full-text display is 652px. The width of the full-text display is 581px. The complete height of the full-text display, including all statements in both English and Spanish, is 2669px. The font is Arial Regular 10px. Boldface words are also 10px Arial font. The leading is 17px.

# Lorillard Documents Website - Phase 1 - Years one through five



Help

| Home | Search | | Search All Fields: | | Search |

Case Names
Document Requests
Index To Documents
Litigation Usage Terms
Privilege Log
Confidential Documents Index
Fourteen Day Production Index
MSA Provisions
Privacy Statement
Resource Links
Download Indices



## Welcome to the Lorillard Tobacco Company Document Site

### New Documents Loaded on Wednesday, February 27, 2013

**Search All Fields**

When searching for multiple terms, you can use the ampersand (&) or comma (,) to combine terms.

[ Search ]  [ New Search ]

This website is designed to provide the public with access to documents produced by Lorillard Tobacco Company in Attorney General reimbursement lawsuits and certain other specified civil actions, and to documents produced after October 23, 1998 through June 30, 2010, in smoking and health actions, and includes certain enhancements, all as provided for by paragraph IV of the Attorneys General Master Settlement Agreement (MSA).

The enhancements include an expanded index to documents, with up to thirty searchable fields of information. The viewing and navigational tools have also been enhanced to include full image viewing and enhancement functions as well as a larger viewable area. In addition, a return to search results button has been added to allow efficient previewing and searching of documents. Lorillard's Privilege Log has also been added to this site. Extensive help instructions have been provided which further describe these enhancements.

This website contains copyrighted material whose use, including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public and has ordered the companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, clic aquí*

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www.tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:







Copyright © 2006, TCDI

Version 1.2b3; This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClarVergence[R]

# Lorillard Documents Website - Phase 1 - Years one through five



**Case Names**
**Document Requests**
**Index To Documents**
**Litigation Usage Terms**
**Privilege Log**
**Confidential Documents Index**
**Fourteen Day Production Index**
**MSA Provisions**
**Privacy Statement**
**Resource Links**
**Download Indices**

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www. tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:







Copyright © 2006, TCDI                    Version 1.2b3;   This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClearVergence[R]

# Lorillard Documents Website - Phase 1 - Years one through five



Help

| Home | Search | | Search All Fields: | | Search |

**Case Names**
**Document Requests**
**Index To Documents**
**Litigation Usage Terms**
**Privilege Log**
**Confidential Documents Index**
**Fourteen Day Production Index**
**MSA Provisions**
**Privacy Statement**
**Resource Links**
**Download Indices**

## Welcome to the Lorillard Tobacco Company Document Site

### New Documents Loaded on Wednesday, February 27, 2013



**Search All Fields**

When searching for multiple terms, you can use the ampersand (&) or comma (,) to combine terms.

[ Search ]   [ New Search ]

This website is designed to provide the public with access to documents produced by Lorillard Tobacco Company in Attorney General reimbursement lawsuits and certain other specified civil actions, and to documents produced after October 23, 1998 through June 30, 2010, in smoking and health actions, and includes certain enhancements, all as provided for by paragraph IV of the Attorneys General Master Settlement Agreement (MSA).

The enhancements include an expanded index to documents, with up to thirty searchable fields of information. The viewing and navigational tools have also been enhanced to include full image viewing and enhancement functions as well as a larger viewable area. In addition, a return to search results button has been added to allow efficient previewing and searching of documents. Lorillard's Privilege Log has also been added to this site. Extensive help instructions have been provided which further describe these enhancements.

This website contains copyrighted material whose use, including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public and has ordered the companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, clic aquí*

**Text box:**
**Size:** 300 x 270 pixels
**Color:** #FFFFFF
1px border:black

**Fonts:**
**Character:** Arial Regular 11 pixels
**Leading:** 13.2 pixels

**Font color:**
#000000

**Monitor size:**
17 inch, 1024 x 768 pixels
**Screen Resolution:**
72 dpi

**← Fold line →**

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www.tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:







Powered by ClarVergence®

# Lorillard Documents Website - Phase 1 - Years one through five



**Overlay:**
**Total size:** 560 x 3475 pixels
**Viewable area:** 560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:** 5 pixels

**Font color:** #000000

Help

Search

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

• Smoking kills, on average, 1200 Americans. Every day.
• More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
• Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
• Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

• Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
• Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

**Fold line**

Case Names
Document Requests
Index To Documents
Litigation Usage Te...
Privilege L...
Confidential D...
Fourteen Day...
MSA Provi...
Privacy Statement
Resource Links
Download Indexes

copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www. tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:





Copyright © 2006, TCDI                    Version 1.2b3.   This Website requires Version 5.0 or later of Microsoft Internet Explorer
Powered by ClarVergence®