# Exhibit F

Website exemplars - Phase 1 - Mobile Version for Responsive Design

# Mobile





Arial 15px
Leading 38px
Tracking 0px

Arial 13px
Leading 34px
Tracking 0px

320x480 pixels on desktop monitor

# Pixel Measurements



1111 Pixels

# Page Breaks



# Tile Specifications

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public and has ordered those companies to make these statements. Here is the truth:

- Health effects of smoking
- Addictiveness of smoking and nicotine
- Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
- Designing cigarettes to enhance the delivery of nicotine
- Health effects of secondhand smoke
- *Para información en español, clic aquí*

Arial 15px
Leading 19px
Tracking 0px

Arial 13px
Leading 17px
Tracking 0px

Tile Size:
320 x 300 (pixels)

"Here is the truth:" and bulleted text:
Color: #787878

# Mobile - Overlay

Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris

Arial 14px
Leading 19px
Tracking 0px

Arial 14px
Leading 17px
Tracking 0px

Overlay Size: 320x480 (pixels)

# Tablet



Arial 15px
Leading 19px
Tracking 0px

Arial 13px
Leading 19px
Tracking 0px

Device Used: iPad 2
Screen Resolution: 1024x768 (pixels)

# Tablet– Tile Dimensions

> A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public and has ordered those companies to make these statements. Here is the truth:
>
> - Health effects of smoking
> - Addictiveness of smoking and nicotine
> - Falsely selling and advertising low-tar and light cigarettes as less harmful than regular cigarettes
> - Designing cigarettes to enhance the delivery of nicotine
> - Health effects of secondhand smoke
> - *Para información en español, clic aquí*

Tile Size:
325x300 (pixels)

"Here is the truth:" and bulleted text:
Color: #787878

# Tablet - Overlay

## Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

## Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

Annotations:
- Arial 14px, Leading 19px, Tracking 0px
- Arial 14px, Leading 19px, Tracking 0px
- Overlay Size: 1024x672