# Exhibit F

Website exemplars - Phase 1 - Mobile
Version - Not Responsive Design









**Home Page: *Arial Regular - 10px Font – 15px Leading***

**Full Text Display: *Arial Regular – 12.5px Font – 15px Leading***









# Newport Pleasure Mobile (Non-Menthol)
## Phase 1 - Years one through five







# Newport Pleasure Mobile (Non-Menthol)
## Phase 1 - Years one through five



### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

### Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

### Manipulation of Cigarette Design and Composition to Ensure Optimum Nicotine Delivery

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement. Here is the truth:

- Defendant tobacco companies intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

### Adverse Health Effects of Exposure to Secondhand Smoke





# Newport Pleasure Mobile (Non-Menthol)
## Phase 1 - Years one through five

**Device used:** iPhone 4

**Screen Dimensions:**
320 x 480 pixels

**Text box**
**Size:** 295 x 200 pixels
**Color:** #FFFFFF
**Fonts:**
**Character:**
Arial Regular 11 pixels
**Leading:** 13.2 pixels

**Font colors:**
**Preamble:**
#000000
Links:
#FE0000





# Newport Pleasure Mobile (Non-Menthol)
## Phase 1 - Years one through five



**Overlay:**
Total Size:
320 x 3890 pixels
Viewable area:
320 x 480 pixels

**Color:**
#FFFFFF

**Fonts:**
Character:
Arial Regular 12 pixels
Leading: 15 pixels
Bolded words:
Arial Bold 12 pixels
Space before next
bullet: 5 pixels

**Font color:**
#000000



