# Exhibit F

Website exemplars - Phase 2

# Phase 2 – philipmorrisusa.com

Browser: Google Chrome
Resolution: 1024x768 px
Preamble Font: Arial, Regular, 12px
Leading = 2 px
Tracking = 0 px
Monitor size: 17"



Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Font: All text, Arial, Regular, 14 px

Tracking = 0px
Box size: 560 px by 640 px

Leading
5px



Close

Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

# Phase 2
# altria.com



**Preamble:**
Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Font: Arial, Regular, 11 px
Leading = 2 px
Tracking = 0 px

# Phase 2
# altria.com



**Leading 5px**

Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Font: All text, Arial, Regular, 14 px
Tracking = 0 px
Box size: 560 px by 640 px

---

**Adverse Health Effects of Smoking**

A Federal Court has ruled that Altria, R.J. Reynolds Tobacco, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that Altria, R.J. Reynolds Tobacco, Lorillard, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

# PHASE 2 − Home Page



# PHASE 2
# Full-Text Display



# Lorillard Website - Phase 2 - Years six through eleven



## *Lorillard*

Search

| About Us | Brands | Investor Relations | Responsibility | Press Room | Contact Us |

### Brand Feature

**Newport Non-Menthol Gold**

Coming in October 2013!

Newport NON-MENTHOL BOX

**Newport** NON-MENTHOL

CIGARETTES

### Investor Information

Lorillard, Inc. Common Stock
(NYSE: LO)

**45.23**

LO +0.40

» Stock Details

### News

**Lorillard Reports Second Quarter 2013 Results**

Second quarter net sales increased 4.2% and adjusted EPS increased 11.0% versus last year, despite significant competitive activity in the quarter. Lorillard retail market share of cigarettes increased 0.6 share points to 14.9 from last year.

**Lorillard Announces Increase in Stock Repurchase Program**

Lorillard announced a $500 million increase to its existing share repurchase program.

**Lorillard 3-for-1 Stock Split Effective January 16, 2013**

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

## Company Overview

Lorillard, Inc., through its Lorillard Tobacco Company subsidiary, is the third largest manufacturer of cigarettes in the United States. Founded in 1760, Lorillard is the oldest continuously operating tobacco company in the U.S. Newport, Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names. These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging. In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

### Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on Marketing, Promotion and Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 2 - Years six through eleven



## Brand Feature

**Newport Non-Menthol Gold**

Coming in October 2013!

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

## Company Overview

Lorillard, Inc., through its Lorillard Toba[cco Company] subsidiary, is the third largest manufact[urer of cigarettes in the] United States. Founded in 1760, Loril[lard is the oldest] continuously operating tobacco compa[ny in the U.S.] Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names.  These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging.  In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains all of its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

## Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

## Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

### [Investor] Information

[Lorillard,] Inc. Common Stock
[(N: L]LO)

**[$42.]23**

[Details]

[Lorillar]d Reports Second Quarter [2013 R]esults

[Second] quarter net sales increased 4.2% [Adjus]ted EPS increased 11.0% versus [  ], despite significant competitive [   i]n the quarter. Lorillard retail market [share of] cigarettes increased 0.6 share [     ] 14.9 from last year.

[Lorillar]d Announces Increase in Stock [Repurc]hase Program

[Lorillard] announced a $500 million increase [to its e]xisting share repurchase program.

### Lorillard 3-for-1 Stock Split Effective January 16, 2013

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

### Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

| About Us | Brands | Investor Relations | Responsibility | Press Room | Contact Us |
|---|---|---|---|---|---|
| At a Glance | Newport | Financial Overview | Smoking and Health | News | RSS |
| Our History | Maverick | Stock Information | Corporate Principles on | Media Gallery | Privacy Policy |
| Management | More Lorillard Brands | News | Marketing, Promotion and | Press Contacts | Legal Notice |
| Ingredients | | Financial Reporting | Youth Smoking | | |
| Legislation & Regulation | | Events & Presentations | Supply Chain Compliance | | |
| Careers | | Shareholder Services | Youth Smoking Prevention | | |
| | | Governance | Understanding Menthol | | |
| | | Analyst Coverage | Lorillard Documents | | |
| | | FAQs | New Products | | |
| | | Investor Contacts | Regulatory Submissions | | |
| | | | Political Contributions | | |
| | | | Support the Legal Sale of | | |
| | | | Menthol Cigarettes | | |

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 2 - Years six through eleven



## Company Overview

Lorillard, Inc., through its Lorillard Tobacco Company subsidiary, is the third largest manufacturer of cigarettes in the United States. Founded in 1760, Lorillard is the oldest continuously operating tobacco company in the U.S. Newport, Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names. These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging. In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

**Fonts:**
**Character:** Arial Regular 12 pixels
**Leading:** 14.4 pixels

**Font colors:**
**Paragraph:** #000000
**Link:** #0191D7

**Monitor size:** 17 inch, 1024 x 768 pixels
**Screen Resolution:** 72 dpi

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.

**Fold line**

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

## Investor Information

Lorillard, Inc. Common Stock
(NYSE: LO)

### 45.23

LO +0.40

» Stock Details

## News

**Lorillard Reports Second Quarter 2013 Results**

Second quarter net sales increased 4.2% and adjusted EPS increased 11.0% versus last year, despite significant competitive activity in the quarter. Lorillard retail market share of cigarettes increased 0.6 share points to 14.9 from last year.

**Lorillard Announces Increase in Stock Repurchase Program**

Lorillard announced a $500 million increase to its existing share repurchase program.

**Lorillard 3-for-1 Stock Split Effective January 16, 2013**

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

## Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on Marketing, Promotion and Youth Smoking
Youth Smoking Prevention
Supply Chain Compliance
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 2 - Years six through eleven

**Overlay:**
**Total size:**
560 x 3475 pixels
**Viewable area:**
560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000

**Fold line**

---

## Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

---

*Close*

---

### Brand Feature

Newport Non-Menthol
Coming in OC...

### Company Overview

Lorillard, Inc., through its Lorillard Toba... subsidiary, is the third largest manufactur... United States.  Founded in 1760, Lorill... continuously operating tobacco compa... Lorillard's flagship premium ... menthol and second selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names.  These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging.  In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

### ...stor Information

... Inc. Common Stock
...LO)

**...23**

...Details

### ... Reports Second Quarter
...Results

...quarter net sales increased 4.2% ...ated EPS increased 11.0% versus ... despite significant competitive ... Lorillard retail market ...cigarettes increased 0.6 share ...14.9 from last year.

### ... Announces Increase in Stock
...hase Program

...announced a $500 million increase ...ding share repurchase program.

### Lorillard 3-for-1 Stock Split Effective January 16, 2013

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012

### Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on Marketing, Promotion and Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
Raw Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Desktop



Verdana 8 points
Leading 13 points
Tracking 0 points
Created with Windows 7 OS
using a default setting of 96 dpi

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. HERE IS THE TRUTH.

SURGEON GENERAL'S WARNING: Smoking By Pregnant Women May Result In Fetal Injury, Premature Birth, And Low Birth Weight.

Monitor Size: 17"
Screen Resolution: 1024x768 (pixels)
Browser: Google Chrome

# Desktop - Overlay



Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, **lung**, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

Arial 14px
Leading 17px
Tracking 0px

Arial 14px
Leading 17px
Tracking 0px

Overlay Window Size:
963x618 pixels

# Desktop - Overlay



Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

Overlay Window Size:
963x618 pixels

# Mobile

SURGEON GENERAL'S WARNING: Smoking By Pregnant Women May Result in Fetal Injury, Premature Birth, And Low Birth Weight.



A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. HERE IS THE TRUTH.

Verdana 10 points
Leading 16 points
Tracking 0 points
Created with Windows 7 OS using a default setting of 96 dpi





320x480 pixel window on desktop monitor

# Mobile - Overlay

## Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

---

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris

Arial 14px
Leading 19px
Tracking 0px

Arial 14px
Leading 17px
Tracking 0px

Overlay Size:
320x480 (pixels)

# Tablet

Verdana 10 points
Leading 16 points
Tracking 0 points
Created with Windows 7 OS using a default setting of 96 dpi

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. HERE IS THE TRUTH.

SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide.





Device Used: iPad2
Screen Resolution: 1024x768 (pixels)

# Tablet - Overlay

Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

Arial 14px
Leading 19px
Tracking 0px

Arial 14px
Leading 19px
Tracking 0px

Overlay Size: 1024x672 (pixels)

# Desktop

**Proxima Nova Semibold 11px Leading 13px Tracking 0px Alignment Justified**



A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. HERE IS THE TRUTH.

SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide.

HOME    THE TASTE COLLECTION    PRODUCTS    COUPONS    MY PROFILE    LOG OUT

IT ONLY TASTES EXPENSIVE

SIGNATURE TASTE    FRESH TASTE    EXOTIC TASTE

TASTE ABOVE ALL.
THE PRICE IS JUST A NICE LITTLE BONUS.    COUPON, PLEASE!

© 2013 Philip Morris USA    philipmorrisusa.com | Terms of Use | Privacy Statement | TobaccoRights.com | Help    RESPONSIBILITY

Monitor Size: 17"
Screen Resolution: 1024x768 (pixels)
Browser: Google Chrome

# Desktop – Overlay



**Arial
14px
Leading
17px
Tracking
0px**

**Arial
14px
Leading
17px
Tracking
0px**

**Overlay Total Size:
629x600 (pixels)**





A Federal Court has ruled that Altria, R.J. Reynolds Tobacco, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.

PRODUCTS    ACTIVITIES    COMMUNITY    COUPONS    MY CAMEL        Enter search here    Search

**Adverse Health Effects of Smoking**

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain – that's why quitting is

ACTIVITIES

LIKE 358

FAQs | Español | Contact Us

CIGARETTES

SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide.

Tobacco Rights · Site Requirements · Age Filtering · Terms of Use · Privacy

**Full Text Display:** 508px x 440px **Fully Extended**: 508px x 2491px

*Arial Regular - 12.5px Font – 15px Leading*





*Home Page: Arial Regular - 10px Font – 15px Leading*

*Full Text Display: Arial Regular – 12.5px Font – 15px Leading*






*Home Page: Arial Regular - 10px Font – 15px Leading*

*Full Text Display: Arial Regular – 12.5px Font – 15px Leading*






**Home Page White Box Area:** 320px x 158px – **Full Text Display:** 320px x 480px **Fully Extended**: 320px x 2500px

# Newport Pleasure Website (Menthol) - Phase 2 - Years six through eleven



SURGEON GENERAL'S WARNING: Smoking Causes Lung Cancer, Heart Disease, Emphysema, And May Complicate Pregnancy.

PRODUCT   FAQs   PRIVACY POLICY   HELP

HOME   ABOUT YOU   OUR WORLD   NEWPORT PLEASURE PLAY®   SWEEPS

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.





© 2013 Lorillard

LORILLARD DOCUMENTS

**Don't let FDA ban menthol cigarettes**

Newport®, pleasure!® (logo), Newport Pleasure!® (logo), Newport Pleasure Payday®, Newport Pleasure Draw®, Newport Wheel of Pleasure™, The World of Newport Pleasure®, spinnaker design, package design and other trade dress elements are trademarks of Lorillard Licensing Company LLC.

# Newport Pleasure Website (Menthol) - Phase 2 - Years six through eleven



Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

# Newport Pleasure Website (Menthol) - Phase 2 - Years six through eleven



**SURGEON GENERAL'S WARNING:** Smoking Causes Lung Cancer, Heart Disease, Emphysema, And May Complicate Pregnancy.

PRODUCT   FAQs   PRIVACY POLICY   HELP

HOME   ABOUT YOU   OUR WORLD   NEWPORT PLEASURE PLAY®   SWEEPS

**Newport WHEEL OF pleasure™**
sweeps ends 10/31/13
ENTER   For your chance at a 2014 Ford Mustang!
Ford Motor Company is not a sponsor, participant or affiliated with this promotion.

**Newport SMOOTH SELECT**

**Text box**
Size: 375 x 120 px
Color: #007E36

**Fonts:**
Character: Arial
Regular 10 pixels
Leading: 12 pixels

**Font colors:**
Paragraph:
#FFFFFF
Link: #FFFF00

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.

Fold line

Update your mailing address!

Newport Pleasure Play

© 2013 Lorillard

**LORILLARD DOCUMENTS**

**Don't let FDA ban menthol cigarettes**

Newport®, pleasure!® (logo), Newport Pleasure!® (logo), Newport Pleasure Payday®, Newport Pleasure Draw®, Newport Wheel of Pleasure™, The World of Newport Pleasure®, spinnaker design, package design and other trade dress elements are trademarks of Lorillard Licensing Company LLC.

**Monitor size:**
17 inch,
1024 x 768 pixels
**Screen Resolution:**
72 dpi

# Newport Pleasure Website (Menthol) - Phase 2 - Years six through eleven



**Overlay:**
**Total size:**
560 x 3475 pixels
**Viewable area:**
560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000

Fold line

## Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

# Newport Pleasure Mobile (Non-Menthol)
## Phase 2 - Years six through eleven







# Newport Pleasure Mobile (Non-Menthol)
## Phase 2 - Years six through eleven







# Newport Pleasure Mobile (Non-Menthol)
## Phase 2 - Years six through eleven



**Device used:** iPhone 4

**Screen Dimensions:**
320 x 480 pixels

**Text box**
**Size:** 295 x 75 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 10 pixels
**Leading:** 12 pixels

**Font colors:**
**Preamble:**
#000000
**Links:**
#FF8901





# Newport Pleasure Mobile (Non-Menthol)
## Phase 2 - Years six through eleven



**Overlay:**
**Total Size:**
320 x 3890 pixels
**Viewable area:**
320 x 480 pixels

**Color:**
#FFFFFF

**Fonts:**
**Character:**
Arial Regular 12 pixels
**Leading:** 15 pixels
**Bolded words:**
Arial Bold 12 pixels
**Space before next**
**bullet:** 5 pixels

**Font color:**
#000000





The text content shown on the mobile screens:

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined.**
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

### Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not.**
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

### Manipulation of Cigarette Design and Composition to Ensure Optimum Nicotine Delivery

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement. Here is the truth:

- Defendant tobacco companies intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

### Adverse Health Effects of Exposure to Secondhand Smoke

**Phase 2 – pmdocs.com**



Browser: Google Chrome
Monitor size: 17"; Resolution: 1024x768
Font: Preamble text, Arial, Regular, 10px
Tracking = 0px



**Phase 2 – pmdocs.com**

### Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

*Leading 5px* (annotation)

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Browser: Google Chrome
Monitor size: 17"; Resolution: 1024x768
Font: All text, Arial, Regular, 14px
Tracking = 0px
Box size: 583px by 646px

# Phase 2 – 6 years



The font is Arial Regular 10px. The leading is 17px.



The height of the full-text display is 652px. The width of the full-text display is 581px. The complete height of the full-text display, including all statements in both English and Spanish, is 2669px. The font is Arial Regular 10px. Boldface words are also 10px Arial font. The leading is 17px.

# Lorillard Documents Website - Phase 2 - Years six through eleven



## Welcome to the Lorillard Tobacco Company Document Site

### New Documents Loaded on Wednesday, February 27, 2013

**Search All Fields**

When searching for multiple terms, you can use the ampersand (&) or comma (,) to combine terms.

Search    New Search

Case Names
Document Requests
Index To Documents
Litigation Usage Terms
Privilege Log
Confidential Documents Index
Fourteen Day Production Index
MSA Provisions
Privacy Statement
Resource Links
Download Indices

Help

Home    Search    Search All Fields:    Search

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.

This website is designed to provide the public with access to documents produced by Lorillard Tobacco Company in Attorney General reimbursement lawsuits and certain other specified civil actions, and to documents produced after October 23, 1998 through June 30, 2010, in smoking and health actions, and includes certain enhancements, all as provided for by paragraph IV of the Attorneys General Master Settlement Agreement (MSA).

The enhancements include an expanded index to documents, with up to thirty searchable fields of information. The viewing and navigational tools have also been enhanced to include full image viewing and enhancement functions as well as a larger viewable area. In addition, a return to search results button has been added to allow efficient previewing and searching of documents. Lorillard's Privilege Log has also been added to this site. Extensive help instructions have been provided which further describe these enhancements.

This website contains copyrighted material whose use, including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www.tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:







Copyright © 2006, TCDI                    Version 1.2b3;   This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClarVergence[R]

# Lorillard Documents Website - Phase 2 - Years six through eleven



Help

Search

Case Names
Document Requests
Index To Documents
Litigation Usage Terms
Privilege Log
Confidential Documents Index
Fourteen Day Production Index
MSA Provisions
Privacy Statement
Resource Links
Download Indices

**ument Site**

combine terms

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. Here is the truth.

---

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.



pany in Attorney General
23, 1998 through June 30, 2010, in
Attorneys General Master Settlement

n. The viewing and navigational tools
ble area. In addition, a return to search
Log has also been added to this site.

copyright law (Title 17, United States

g of documents on this Website; (2) a
on Document Website; (4) extensive
s.com).

browsers are Mozilla Firefox 1.5 and
n, we recommend that you obtain a
from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:

  

# Lorillard Documents Website - Phase 2 - Years six through eleven



Home   Search   Search All Fields: _____   Search

Case Names
Document Requests
Index To Documents
Litigation Usage Terms
Privilege Log
Confidential Documents Index
Fourteen Day Production Index
MSA Provisions
Privacy Statement
Resource Links
Download Indices

## Welcome to the Lorillard Tobacco Company Document Site

New Documents Loaded on Wednesday, February 27, 2013



**Search All Fields**

When searching for multiple terms, you can use the ampersand (&) or comma (,) to combine terms.

Search   New Search

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make these statements. <u>Here is the truth.</u>

**Text box:**
**Size:** 145 x 105 pixels

**Fonts:**
**Character:** Arial Regular 10 pixels
**Leading:** 12 pixels

**Font color:** #000000

**Fold line**

**Monitor size:** 17 inch, 1024 x 768 pixels
**Screen Resolution:** 72 dpi

This website is designed to provide the public with access to documents produced by Lorillard Tobacco Company in Attorney General reimbursement lawsuits and certain other specified civil actions, and to documents produced after October 23, 1998 through June 30, 2010, in smoking and health actions, and includes certain enhancements, all as provided for by paragraph IV of the Attorneys General Master Settlement Agreement (MSA).

The enhancements include an expanded index to documents, with up to thirty searchable fields of information. The viewing and navigational tools have also been enhanced to include full image viewing and enhancement functions as well as a larger viewable area. In addition, a return to search results button has been added to allow efficient previewing and searching of documents. Lorillard's Privilege Log has also been added to this site. Extensive help instructions have been provided which further describe these enhancements.

This website contains copyrighted material whose use, including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www.tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:

      

Copyright © 2006, TCDI   Version 1.2b3;   This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClarVergence R

# Lorillard Documents Website - Phase 2 - Years six through eleven



Help

Case Names
Document Requests
Index To Documents
Litigation Usage Te...
Privilege L...
Confidential D...
Fourteen Day...
MSA Provis...
Privacy Statement
Resource Links
Download Indexes

**Overlay:**
**Total size:** 560 x 3475 pixels
**Viewable area:** 560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:** Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:** Arial Bold 14 pixels
**Space before next bullet:** 5 pixels
**Font color:** #000000

A Federal Court has ruled that Lorillard, Altria...
Lorillard, Altria...
Tobacco...
U...
the American public ab...
health effects of smoking, and
has ordered those...
make these statem...
the truth.



## Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

...pany in Attorney General
...3, 1998 through June 30, 2010, in
...ttorneys General Master Settlement

...n. The viewing and navigational tools
...ble area. In addition, a return to search
...Log has also been added to this site.

...copyright law (Title 17, United States

...g of documents on this Website; (2) a
...n Document Website; (4) extensive
...a.com).

...browsers are Mozilla Firefox 1.5 and
...n, we recommend that you obtain a

**Fold line** 

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:

