# Exhibit F

Website exemplars - Phase 3

**Phase 3**
**philipmorrisusa.com**

Case 1:99-cv-02496-GK   Document 6021-10   Filed 01/10/14   Page 2 of 39

Browser: Google Chrome
Resolution: 1024x768 px
Monitor Size: 17"
Font: Gotham Bold 11.5px



Browser: Google Chrome
Monitor Size: 19"
Resolution: 1024x768 px
Font: All text, Arial, Regular, 14 px

Tracking = 0px
Box Size: 560 px by 640 px



Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Leading 5px

**Phase 3**
**altria.com**



Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Font: Stag Medium 15px

# Phase 3
# altria.com



**Adverse Health Effects of Smoking**

A Federal Court has ruled that Altria, R.J. Reynolds Tobacco, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that Altria, R.J. Reynolds Tobacco, Lorillard, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

5px →

Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768 px
Font: All text, Arial, Regular, 14 px
Tracking = 0 px
Box size: 560 px by 640 px

# PHASE 3 – Home Page



# PHASE 3
# Full-Text Display



# Lorillard Website - Phase 3 - Year twelve and thereafter



Search [                    ] 🔍

| About Us | Brands | Investor Relations | Responsibility | Court Ordered Corrective Statements | Press Room | Contact Us |



**Brand Feature**

Newport Non-Menthol Gold

Coming in October 2013!

| 1 | 2 | 3 | 4 |

## Company Overview

Lorillard, Inc., through its Lorillard Tobacco Company subsidiary, is the third largest manufacturer of cigarettes in the United States.  Founded in 1760, Lorillard is the oldest continuously operating tobacco company in the U.S.  Newport, Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names.  These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging.  In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S.  Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

## Investor Information

Lorillard, Inc. Common Stock
(NYSE: LO)

**45.23**

LO +0.40

» Stock Details

## News

**Lorillard Reports Second Quarter 2013 Results**

Second quarter net sales increased 4.2% and adjusted EPS increased 11.0% versus last year, despite significant competitive activity in the quarter. Lorillard retail market share of cigarettes increased 0.6 share points to 14.9 from last year.

**Lorillard Announces Increase in Stock Repurchase Program**

Lorillard announced a $500 million increase to its existing share repurchase program.

**Lorillard 3-for-1 Stock Split Effective January 16, 2013**

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

## Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on
Marketing, Promotion and
Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of
Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 3 - Year twelve and thereafter



**Brand Feature**

**Newport Non-Menthol Gold**

Coming in October 2013!

1  2  3  4

## Company Overview

Lorillard, Inc., through its Lorillard Toba[cco]
subsidiary, is the third largest manufact[urer]
United States.  Founded in 1760, Lorillard i[s the oldest]
continuously operating tobacco company in the U.S.  Newport,
Lorillard's flagship premium cigarette brand, is the top selling
menthol and second largest selling cigarette in the U.S. In
addition to Newport, the Lorillard product line has four
additional cigarette brand families marketed under the Kent,
True, Maverick and Old Gold brand names.  These five brands
include 41 different product offerings which vary in price, taste,
flavor, length and packaging.  In April 2012, Lorillard acquired
blu ecigs, the leading electronic cigarette company in the U.S.
Lorillard maintains its headquarters and manufactures all of its
cigarette products in Greensboro, North Carolina.

---

**Adverse Health Effects of Smoking**

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and
Philip Morris USA deliberately deceived the American public about the
health effects of smoking and has ordered those companies to make this
statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS,
  suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and
  cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder,
  and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and
  cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and
Philip Morris USA deliberately deceived the American public about the
addictiveness of smoking and nicotine, and has ordered those companies to
make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough
  nicotine to create and sustain addiction.

---



earnings quarter marked by stable
cigarette volumes, strong market share
gains, tight cost control and continued
success of the Company's strategic
initiatives, like blu eCigs," stated
Lorillard's Chairman & CEO.

**Lorillard 2012 Annual Report**



The resilience of Lorillard's market-
leading brands and the unrivaled
passion and commitment of its
employees resulted in another year of
record-setting results in 2012.

---

**[Investor] Information**

[Lorillard,] Inc. Common Stock
[(NYSE: L]O)

**23**

[Quote] Details

---

[Lorillard] Reports Second Quarter
[2013 R]esults

[Second] quarter net sales increased 4.2%
[Adju]sted EPS increased 11.0% versus
[prior year] despite significant competitive
[spending in] the quarter. Lorillard retail market
[share of] cigarettes increased 0.6 share
[points to] 14.9 from last year.

[Lorillar]d Announces Increase in Stock
[Rep]urchase Program

Lorillard announced a $500 million increase
to its existing share repurchase program.

Lorillard 3-for-1 Stock Split Effective
January 16, 2013

Lorillard's previously announced 3-for-1
stock split is effective January 16, 2013 -
demonstrating the Board of Directors'
continued confidence in the Company's
brands and strategic direction.

**Quick Links**

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on
Marketing, Promotion and
Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of
Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 3 - Year twelve and thereafter



**Monitor size:** 17 inch, 1024 x 768 pixels
**Screen Resolution:** 72 dpi

**Fonts:**
**Character:** Arial Regular 12 pixels
**Color:** #FFFFFF

Search

About Us | Brands | Investor Relations | Responsibility | Court Ordered Corrective Statements | Press Room | Contact Us



**Brand Feature**

Newport Non-Menthol Gold

Coming in October 2013!

## Investor Information

Lorillard, Inc. Common Stock
(NYSE: LO)

**45.23**

LO +0.40

» Stock Details

## News

**Lorillard Reports Second Quarter 2013 Results**

Second quarter net sales increased 4.2% and adjusted EPS increased 11.0% versus last year, despite significant competitive activity in the quarter. Lorillard retail market share of cigarettes increased 0.6 share points to 14.9 from last year.

**Lorillard Announces Increase in Stock Repurchase Program**

Lorillard announced a $500 million increase to its existing share repurchase program.

**Lorillard 3-for-1 Stock Split Effective January 16, 2013**

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

| 1 | 2 | 3 | 4 |

## Company Overview

Lorillard, Inc., through its Lorillard Tobacco Company subsidiary, is the third largest manufacturer of cigarettes in the United States. Founded in 1760, Lorillard is the oldest continuously operating tobacco company in the U.S. Newport, Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names. These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging. In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.

### Lorillard Reports Second Quarter 2013 Results



"Lorillard delivered another high quality earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

## Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

---

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Governance
Shareholder Services
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on Marketing, Promotion and Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | RealParentsRealAnswers.com

# Lorillard Website - Phase 3 - Year twelve and thereafter



**Adverse Health Effects of Smoking**

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered these companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

**Overlay:**
**Total size:**
560 x 3475 pixels
**Viewable area:**
560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000

**Fold line**

**Brand Feat**

Newport Non-

Coming in Cr

1  2  3  4

## Company Overview

Lorillard, Inc., through its Lorillard Toba subsidiary, is the third largest manufa United States. Founded in continuously operating tobacco company in the U.S. Newport, Lorillard's flagship premium cigarette brand, is the top selling menthol and second largest selling cigarette in the U.S. In addition to Newport, the Lorillard product line has four additional cigarette brand families marketed under the Kent, True, Maverick and Old Gold brand names. These five brands include 41 different product offerings which vary in price, taste, flavor, length and packaging. In April 2012, Lorillard acquired blu ecigs, the leading electronic cigarette company in the U.S. Lorillard maintains its headquarters and manufactures all of its cigarette products in Greensboro, North Carolina.



earnings quarter marked by stable cigarette volumes, strong market share gains, tight cost control and continued success of the Company's strategic initiatives, like blu eCigs," stated Lorillard's Chairman & CEO.

### Lorillard 2012 Annual Report



The resilience of Lorillard's market-leading brands and the unrivaled passion and commitment of its employees resulted in another year of record-setting results in 2012.

tor Information

Inc. Common Stock
LO)

23

Donate

Reports Second Quarter
Results

quarter net sales increased 4.2%
ted EPS increased 11.0% versus
despite significant competitive
the quarter. Lorillard retail market
cigarettes increased 0.6 share
14.9 from last year.

Announces Increase in Stock
ase Program

Lorillard announced a $500 million increase to its existing share repurchase program.

Lorillard 3-for-1 Stock Split Effective January 16, 2013

Lorillard's previously announced 3-for-1 stock split is effective January 16, 2013 - demonstrating the Board of Directors' continued confidence in the Company's brands and strategic direction.

### Quick Links

Support the Legal Sale of Menthol Cigarettes
Annual Report
Financial Reporting

**About Us**
At a Glance
Our History
Management
Ingredients
Legislation & Regulation
Careers

**Brands**
Newport
Maverick
More Lorillard Brands

**Investor Relations**
Financial Overview
Stock Information
News
Financial Reporting
Events & Presentations
Shareholder Services
Governance
Analyst Coverage
FAQs
Investor Contacts

**Responsibility**
Smoking and Health
Corporate Principles on Marketing, Promotion and Youth Smoking
Supply Chain Compliance
Youth Smoking Prevention
Understanding Menthol
Lorillard Documents
New Products
Regulatory Submissions
Political Contributions
Support the Legal Sale of Menthol Cigarettes

**Press Room**
News
Media Gallery
Press Contacts

**Contact Us**
RSS
Privacy Policy
Legal Notice

Copyright © 2011 Lorillard. All rights reserved. | UnderstandingMenthol.com | PlanParentalRelationships.com

# Desktop



Verdana 8 points
Leading 13 points
Tracking 0 points
Created with Windows 7 OS using a
default setting of 96 dpi

Monitor Size: 17"
Screen Resolution: 1024x768 (pixels)
Browser: Google Chrome

# Desktop - Overlay



Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, **lung**, stomach, kidney, bladder, **and** pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.

Arial 14px
Leading 17px
Tracking 0px

Arial 14px
Leading 17px
Tracking 0px

Overlay Window Size:
963x618 pixels

# Desktop - Overlay



Overlay Window Size:
963x618 pixels

# Mobile

SURGEON GENERAL'S WARNING: Smoking By Pregnant Women May Result in Fetal Injury, Premature Birth, And Low Birth Weight.



COURT ORDERED
CORRECTIVE STATEMENTS

Verdana 10 points
Leading 16 points
Tracking 0 points
Created with a Windows 7 OS
using a default setting of 96dpi

  

320X480 pixel window on desktop monitor

# Mobile - Overlay

## Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris
USA, R.J. Reynolds Tobacco, Lorillard, and
Altria deliberately deceived the American public
about the health effects of smoking, and has
ordered those companies to make this
statement. Here is the truth:

- Smoking kills, on average, 1200
  Americans. Every day.
- More people die every year from smoking
  than from murder, AIDS, suicide, drugs,
  car crashes, and alcohol, **combined**.
- Smoking causes heart disease,
  emphysema, acute myeloid leukemia, and
  cancer of the mouth, esophagus, larynx,
  lung, stomach, kidney, bladder, and
  pancreas.
- Smoking also causes reduced fertility, low
  birth weight in newborns, and cancer of
  the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris

Arial 14px
Leading 19px
Tracking 0px

Arial 14px
Leading 17px
Tracking 0px

Overlay Size:
320x480 (pixels)

# Tablet

Verdana 10 points
Leading 16 points
Tracking 0 points
Created with a Windows 7 OS
using a default setting of 96dpi

COURT ORDERED CORRECTIVE STATEMENTS

SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide.



  MENU

MY MARLBORO 



Device Used: iPad 2
Screen Resolution:  1024x768 (pixels)

# Tablet - Overlay

## Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

## Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

## Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

Arial 14px
Leading 19px
Tracking 0px

Arial 14px
Leading 19px
Tracking 0px

Overlay Size: 1024x672 (pixels)

# Desktop



**Proxima Nova Semibold 11px Tracking 0px**

Monitor Size: 17"
Screen Resolution: 1024x768 (pixels)
Browser: Google Chrome

# Desktop – Overlay



COURT ORDERED CORRECTIVE STATEMENTS

SURGEON GENERAL'S WARNING: Cigarette

Adverse Health Effects of Smoking

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Phillip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Lack of Significant Health Benefit From Smoking "Low Tar," "Light," "Ultra Light," "Mild," and "Natural" Cigarettes

**Arial 14px Leading 17px Tracking 0px**

**Arial 14px Leading 17px Tracking 0px**

**Overlay Total Size: 629x600 (pixels)**



*Viewing assumption of 17″ monitor with a resolution of 1024 pixels x 768 pixels and a setting of 72 dpi.*

*Arial Regular - 12.5px Font – 15px Leading*



Court Ordered Corrective Statements

CAMEL   **PRODUCTS   ACTIVITIES**   COMMUNITY   **COUPONS   MY CAMEL**   Enter search here   Search

**Adverse Health Effects of Smoking**

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain – that's why quitting is

**ACTIVITIES**

LIKE  358

FAQs | Español | Contact Us

CIGARETTES

SURGEON GENERAL'S WARNING: Cigarette Smoke Contains Carbon Monoxide.

Tobacco Rights · Site Requirements · Age Filtering · Terms of Use · Privacy

**Full Text Display:** 508px x 440px **Fully Extended**: 508px x 2491px

*Arial Regular - 12.5px Font – 15px Leading*





# Newport Pleasure Website (Menthol) - Phase 3 - Year twelve and thereafter



# Newport Pleasure Website (Menthol) - Phase 3 - Year twelve and thereafter



Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

# Newport Pleasure Website (Menthol) - Phase 3 - Year twelve and thereafter



# Newport Pleasure Website (Menthol) - Phase 3 - Year twelve and thereafter



**Overlay:**
**Total size:**
560 x 3475 pixels
**Viewable area:**
560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000

Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

•Smoking kills, on average, 1200 Americans. Every day.
•More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
•Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
•Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

•Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
•Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

Fold line

# Newport Pleasure Mobile (Non-Menthol)
## Phase 3 - Year twelve and thereafter





# Newport Pleasure Mobile (Non-Menthol)
## Phase 3 - Year twelve and thereafter







# Newport Pleasure Mobile (Non-Menthol)
## Phase 3 - Year twelve and thereafter





**Device used:** iPhone 4

**Screen Dimensions:**
320 x 480 pixels

**Fonts:**
**Character:**
Arial Regular 9 pixels
(ALL CAPS)
**Color:**
#FFFFFF

# Newport Pleasure Mobile (Non-Menthol)
## Phase 3 - Year twelve and thereafter



**Overlay:**

**Total Size:**
320 x 3890 pixels
**Viewable area:**
320 x 480 pixels

**Color:**
#FFFFFF

**Fonts:**
**Character:**
Arial Regular 12 pixels
**Leading:** 15 pixels
**Bolded words:**
Arial Bold 12 pixels
**Space before next**
**bullet:** 5 pixels

**Font color:**
#000000





Phase 3 – pmdocs.com



Browser: Google Chrome
Monitor size: 17"
Resolution: 1024x768



Public Document Site

172.20.1.139:8080/phase3/#Home

report   • privacy statement

PhilipMorrisUS
Public Documen

| Home | Search Docu

Welcom

This Websit
administrat
cigarettes o
1015") pub
– Remand,

Search

Provides ba
search, view

Help

Provides ex
website. clic

Close

**Adverse Health Effects of Smoking**

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

Leading
5px

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

Browser: Google Chrome
Monitor size: 17"; Resolution: 1024x768
Font: All text, Arial, Regular, 14px
Tracking = 0px
Box size: 583px by 646px

# Phase 3 – Year 12 and thereafter





The height of the full-text display is 652px. The width of the full-text display is 581px. The complete height of the full-text display, including all statements in both English and Spanish, is 2669px. The font is Arial Regular 10px. Boldface words are also 10px Arial font. The leading is 17px.

# Lorillard Documents Website - Phase 3 - Year twelve and thereafter



This website is designed to provide the public with access to documents produced by Lorillard Tobacco Company in Attorney General reimbursement lawsuits and certain other specified civil actions, and to documents produced after October 23, 1998 through June 30, 2010, in smoking and health actions, and includes certain enhancements, all as provided for by paragraph IV of the Attorneys General Master Settlement Agreement (MSA).

The enhancements include an expanded index to documents, with up to thirty searchable fields of information. The viewing and navigational tools have also been enhanced to include full image viewing and enhancement functions as well as a larger viewable area. In addition, a return to search results button has been added to allow efficient previewing and searching of documents. Lorillard's Privilege Log has also been added to this site. Extensive help instructions have been provided which further describe these enhancements.

This website contains copyrighted material whose use, including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www.tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:

  

Copyright © 2006, TCDI

Version 1.2b3;   This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClarVergence[R]

# Lorillard Documents Website - Phase 3 - Year twelve and thereafter



Help

Search

Case Names
Document Requests
Index To Documents
Litigation Usage Terms
Privilege Log
Confidential Documents Index
Fourteen Day Production Index
MSA Provisions
Privacy Statement
Resource Links
Download Indices

**Document Site**



✕ Close

### Adverse Health Effects of Smoking

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

### Addictiveness of Smoking and Nicotine

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

pany in Attorney General
23, 1998 through June 30, 2010, in
Attorneys General Master Settlement

on. The viewing and navigational tools
ble area. In addition, a return to search
Log has also been added to this site.

copyright law (Title 17, United States

g of documents on this Website; (2) a
on Document Website; (4) extensive
s.com).

browsers are Mozilla Firefox 1.5 and
n, we recommend that you obtain a

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:







Copyright © 2006, TCDI

Version 1.2b3;   This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClarVergence[R]

# Lorillard Documents Website - Phase 3 - Year twelve and thereafter



**Fonts:**
**Character:** Arial Regular 9 pixels (underlined)
**Color:** #000000

**Monitor size:** 17 inch, 1024 x 768 pixels
**Screen Resolution:** 72 dpi

Help

| Home | Search | Court Ordered Corrective Statements | Search All Fields: |

Case Names
Document Requests
Index To Documents
Litigation Usage Terms
Privilege Log
Confidential Documents Index
Fourteen Day Production Index
MSA Provisions
Privacy Statement
Resource Links
Download Indices

## Welcome to the Lorillard Tobacco Company Document Site

New Documents Loaded on Wednesday, February 27, 2013



### Search All Fields

When searching for multiple terms, you can use the ampersand (&) or comma (,) to combine terms.

Search    New Search

This website is designed to provide the public with access to documents produced by Lorillard Tobacco Company in Attorney General reimbursement lawsuits and certain other specified civil actions, and to documents produced after October 23, 1998 through June 30, 2010, in smoking and health actions, and includes certain enhancements, all as provided for by paragraph IV of the Attorneys General Master Settlement Agreement (MSA).

The enhancements include an expanded index to documents, with up to thirty searchable fields of information. The viewing and navigational tools have also been enhanced to include full image viewing and enhancement functions as well as a larger viewable area. In addition, a return to search results button has been added to allow efficient previewing and searching of documents. Lorillard's Privilege Log has also been added to this site. Extensive help instructions have been provided which further describe these enhancements.

This website contains copyrighted material whose use, including reproduction, is governed by United States copyright law (Title 17, United States Code). This Website is intended for informational, educational, and non-commercial use only.

This Website includes the following information: (1) the specific provisions of the MSA concerning the posting of documents on this Website; (2) a description of documents on this Website; (3) a description of confidential documents on the Lorillard Litigation Document Website; (4) extensive instructions on how to use this Website; and (5) a link to the Tobacco Industry website (www.tobaccoarchives.com).

The new enhanced viewing features of this site require the use of a Javascript capable browser. Compatible browsers are Mozilla Firefox 1.5 and above or Microsoft's Internet Explorer 5.0 and above. Should your current browser not meet this specification, we recommend that you obtain a more recent version from your provider or by downloading one from either Mozilla or Microsoft.

**Fold line**

Search results are displayed by default in GIF image format to provide an efficient means of previewing documents on-line, without the need for an image viewer. For optimal viewing and/or printing, please click on the PDF icon when viewing an image or document. The privilege log is displayed only in PDF. Viewing in PDF will require you to use the free Adobe Acrobat Reader 5.0 or better. If you need a copy of the current version of the Adobe Acrobat Reader please download it from the Adobe website.

This website will be unavailable due to daily scheduled maintenance from 3:00 to 5:00 a.m. Eastern Standard Time.

This Website has been registered with the following Website monitoring services:

        

Copyright © 2006, TCDI

Version 1.2b3;   This Website requires Version 5.0 or later of Microsoft Internet Explorer

Powered by ClarVergence[R]

# Lorillard Documents Website - Phase 3 - Year twelve and thereafter



**Overlay:**
**Total size:** 560 x 3475 pixels
**Viewable area:** 560 x 575 pixels
**Color:** #FFFFFF

**Fonts:**
**Character:**
Arial Regular 14 pixels
**Leading:** 16.8 pixels
**Bolded words:**
Arial Bold 14 pixels
**Space before next bullet:**
5 pixels

**Font color:**
#000000



**Adverse Health Effects of Smoking**

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking and has ordered those companies to make this statement. Here is the truth:

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

**Addictiveness of Smoking and Nicotine**

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.

**Fold line** ←————————————————————————————————————→



