# Exhibit G

## Onsert exemplars

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Manipulation of Cigarette Design

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement.

Here is the truth. ▶

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense al diseñar cigarrillos que intensifiquen el suministro de nicotina, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria demandadas diseñaron de manera intencional cigarrillos para hacerlos más adictivos.
- Las compañías tabacaleras controlan el impacto y el suministro de nicotina de muchas maneras, incluso en el diseño de filtros y en la selección del papel para cigarrillos con el fin de acrecentar al máximo la ingestión de nicotina, en la adición de amoníaco para hacer menos áspero el sabor de los cigarrillos; y en el control de la composición física y química de la mezcla de tabaco.
- Cuando usted fuma, la nicotina provoca cambios en el cerebro – por eso es tan difícil dejar de fumar.

OUTSIDE

Here is the truth

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

INSIDE

2.244"

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Manipulation of Cigarette Design

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement.

Here is the truth. ▶

10/10.75 pt Univers LT Std Light

9/8.4 pt Univers LT Std Light

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense al diseñar cigarrillos que intensifiquen el suministro de nicotina, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria demandadas diseñaron de manera intencional cigarrillos para hacerlos más adictivos.
- Las compañías tabacaleras controlan el impacto y el suministro de nicotina de muchas maneras, incluso en el diseño de filtros y en la selección del papel para cigarrillos con el fin de acrecentar al máximo la ingestión de nicotina, en la adición de amoníaco para hacer menos áspero el sabor de los cigarrillos; y en el control de la composición física y química de la mezcla de tabaco.
- Cuando usted fuma, la nicotina provoca cambios en el cerebro – por eso es tan difícil dejar de fumar.

OUTSIDE

Here is the truth

12/22 pt Univers LT Std Light

- Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

10/11.75 pt Univers LT Std Light

2.244"

INSIDE

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Lack of Significant Health Benefit

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth. ▶

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense al vender y hacer publicidad falsa de los cigarrillos "con bajo contenido de alquitrán" y "lights" como menos perjudiciales que los cigarrillos regulares, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- Muchos fumadores cambian a cigarrillos "con bajo contenido de alquitrán" y "lights" en vez de dejar de fumar porque piensan que los cigarrillos "con bajo contenido de alquitrán" y "lights" son menos perjudiciales. **No** lo son.
- Los fumadores de cigarrillos con "bajo contenido de alquitrán" y con filtro inhalan básicamente la misma cantidad de alquitrán y de nicotina que obtendrían de cigarrillos regulares.
- **Todos** los cigarrillos causan cáncer, enfermedades pulmonares, ataques al corazón y muerte prematura – sean "lights", "con bajo contenido de alquitrán", "ultra lights" o naturales. No hay cigarrillos seguros.

OUTSIDE

Here is the truth

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

INSIDE

2.244"

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Lack of Significant Health Benefit

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

9/9.4 pt
Univers LT Std
Light and Black

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense al vender y hacer publicidad falsa de los cigarrillos "con bajo contenido de alquitrán" y "lights" como menos perjudiciales que los cigarrillos regulares, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- Muchos fumadores cambian a cigarrillos "con bajo contenido de alquitrán" y "lights" en vez de dejar de fumar porque piensan que los cigarrillos "con bajo contenido de alquitrán" y "lights" son menos perjudiciales. **No** lo son.
- Los fumadores de cigarrillos con "bajo contenido de alquitrán" y con filtro inhalan básicamente la misma cantidad de alquitrán y de nicotina que obtendrían de cigarrillos regulares.
- **Todos** los cigarrillos causan cáncer, enfermedades pulmonares, ataques al corazón y muerte prematura – sean "lights", "con bajo contenido de alquitrán", "ultra lights" o naturales. No hay cigarrillos seguros.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement.
Here is the truth. ▶

9.75/10 pt
Univers LT Std
Light

OUTSIDE

Here is the truth

12/22 pt
Univers LT Std
Light

- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

10/11.75 pt
Univers LT Std
Light and Black

2.244"

INSIDE

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Adverse Health Effects

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense acerca de los efectos de fumar para la salud, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- El fumar mata, en promedio, a 1200 estadounidenses cada día.
- Más personas mueren cada año a consecuencia de fumar que por asesinatos, sida, suicidios, drogas, accidentes automovilísticos y alcohol **combinados**.
- El fumar causa enfermedades cardiacas, enfisema, leucemia mieloide aguda y cáncer de boca, esófago, laringe, pulmón, estómago, riñón, vejiga y páncreas.
- El fumar también causa disminución de la fertilidad, peso bajo en bebés y cáncer de cuello uterino.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement.

Here is the truth. ▶

OUTSIDE

Here is the truth

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

2.244"

INSIDE

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Adverse Health Effects

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

10/9.75 pt Univers LT Std Light and Black

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense acerca de los efectos de fumar para la salud, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- El fumar mata, en promedio, a 1200 estadounidenses cada día.
- Más personas mueren cada año a consecuencia de fumar que por asesinatos, sida, suicidios, drogas, accidentes automovilísticos y alcohol **combinados**.
- El fumar causa enfermedades cardiacas, enfisema, leucemia mieloide aguda y cáncer de boca, esófago, laringe, pulmón, estómago, riñón, vejiga y páncreas.
- El fumar también causa disminución de la fertilidad, peso bajo en bebés y cáncer de cuello uterino.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement.

Here is the truth. ▶

10/11.75 pt Univers LT Std Light

OUTSIDE

Here is the truth

12/22 pt Univers LT Std Light

- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

10/11.75 pt Univers LT Std Light and Black

2.244"

INSIDE

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Addictiveness of Smoking and Nicotine

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense acerca de las propiedades adictivas de fumar y de la nicotina y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- El fumar es altamente adictivo. La nicotina es la droga adictiva presente en el tabaco.
- Las compañías fabricantes de cigarrillos intencionalmente diseñaron cigarrillos con suficiente nicotina para crear y mantener la adicción.
- No es fácil dejar de fumar.
- Cuando usted fuma, la nicotina provoca cambios en el cerebro – por eso es tan difícil dejar de fumar.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement.

Here is the truth. ▶

OUTSIDE

Here is the truth

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

INSIDE

2.244"

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Addictiveness of Smoking and Nicotine

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

10/9.75 pt Univers LT Std Light and Black

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense acerca de las propiedades adictivas de fumar y de la nicotina y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- El fumar es altamente adictivo. La nicotina es la droga adictiva presente en el tabaco.
- Las compañías fabricantes de cigarrillos intencionalmente diseñaron cigarrillos con suficiente nicotina para crear y mantener la adicción.
- No es fácil dejar de fumar.
- Cuando usted fuma, la nicotina provoca cambios en el cerebro – por eso es tan difícil dejar de fumar.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement.
Here is the truth. ▶

10/10 pt Univers LT Std Light

OUTSIDE

Here is the truth

12/22 pt Univers LT Std Light

- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

10/22 pt Univers LT Std Light

2.244"

INSIDE

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Exposure to Secondhand Smoke

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense acerca de los efectos para la salud del humo de tabaco en el ambiente, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- El humo de tabaco en el ambiente mata a más de 38,000 estadounidenses cada año.
- El humo de tabaco en el ambiente causa cáncer de pulmón y enfermedades cardiacas en adultos que **no** fuman.
- Los niños expuestos al humo de tabaco en el ambiente tienen un mayor riesgo de síndrome de muerte súbita infantil, de infecciones respiratorias agudas, problemas de oído, asma grave y reducción de la función pulmonar.
- No existen niveles seguros de exposición al humo de tabaco en el ambiente.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement.

Here is the truth. ▶

OUTSIDE

Here is the truth

- Secondhand smoke kills over 38,000 Americans each year.
- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.
- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.
- There is no safe level of exposure to secondhand smoke.

2.244"

INSIDE

7.519"

# Philip Morris USA • Corrective Statements • Onserts • 4-Panel • Exposure to Secondhand Smoke

**Live:** N/A
**Trim:** 7.519" x 2.244"
**Bleed:** 7.6447" x 2.369"
**Scale:** 1.0" = 1.0"
**Printing:** 1/C

**Advertising Area (Trim): 7.519" x 2.244" = 33.74 sq. in.**
**Drawing Number: D-409046_D**

COVER

10/8.75 pt Univers LT Std Light and Black

Una corte federal ha dictaminado que Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, y Altria de forma deliberada engañaron al público estadounidense acerca de los efectos para la salud del humo de tabaco en el ambiente, y ha ordenado a esas compañías hacer esta declaración. Esta es la verdad.

- El humo de tabaco en el ambiente mata a más de 38,000 estadounidenses cada año.
- El humo de tabaco en el ambiente causa cáncer de pulmón y enfermedades cardiacas en adultos que **no** fuman.
- Los niños expuestos al humo de tabaco en el ambiente tienen un mayor riesgo de síndrome de muerte súbita infantil, de infecciones respiratorias agudas, problemas de oído, asma grave y reducción de la función pulmonar.
- No existen niveles seguros de exposición al humo de tabaco en el ambiente.

A Federal Court has ruled that Philip Morris USA, R.J. Reynolds Tobacco, Lorillard, and Altria deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement.

Here is the truth. ▶

10/11 pt Univers LT Std Light

OUTSIDE

Here is the truth

12/22 pt Univers LT Std Light

- Secondhand smoke kills over 38,000 Americans each year.
- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.
- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.
- There is no safe level of exposure to secondhand smoke.

10/11.75 pt Univers LT Std Light and Black

2.244"

INSIDE

7.519"

## COUPON FRONT - ENGLISH

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

11pt. font/13pt. leading
Univers Light

1.25

1.5 +/- 0.6mm

2.438

2.688 +/- 0.6mm

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

10.75pt. font/13pt. leading
Univers Light

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

10pt. font/11.75pt. leading
Univers Light

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement. Here is the truth:

10pt. font/11.75pt. leading
Univers Light

A Federal Court has ruled that R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement. Here is the truth:

10.5pt. font/13pt. leading
Univers Light

## COUPON BACK - ENGLISH

PKG INST: 200XXXX

Here is the truth:
- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birth weight in newborns, and cancer of the cervix.

9pt. font/9pt. leading
Univers Light Condensed

9pt. font/9pt. leading
Univers Condensed

Here is the truth:
- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

PKG INST: 200XXXX

9.75pt. font/9.75pt. leading
Univers Light Condensed

Here is the truth:
- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarettes smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

PKG INST: 200XXXX

8.75pt font/8.75pt leading
Univers Light Condensed

8.75pt. font/8.75pt. leading
Univers Condensed

Here is the truth:
- R.J. Reynolds Tobacco, Altria, Lorillard, and Philip Morris USA intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

PKG INST: 200XXXX

8.25pt font/9pt leading
Univers Light Condensed

Here is the truth:
- Secondhand smoke kills over 38,000 Americans each year.
- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.
- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.
- There is no safe level of exposure to secondhand smoke.

PKG INST: 200XXXX

8.75pt. font/8.75pt. leading
Univers Light Condensed

8.75pt. font/8.75pt. leading
Univers Condensed



# Lorillard Onserts

1.500"
1.250"

Univers Light 9 pt

Leading 10.5

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of smoking, and has ordered those companies to make this statement. Here is the truth:

1.880" 2.2188"

FRONT

1.500"
1.250"

Univers Light 9 pt

Leading 9.75 pt

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the addictiveness of smoking and nicotine, and has ordered those companies to make this statement. Here is the truth:

1.880" 2.2188"

FRONT

1.500"
1.250"

Univers Light 8.25 pt

Leading 9 pt

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public by falsely selling and advertising low tar and light cigarettes as less harmful than regular cigarettes, and has ordered those companies to make this statement. Here is the truth:

1.880" 2.2188"

FRONT

1.500"
1.250"

Univers Light 8.5 pt

Leading 10.5 pt

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about designing cigarettes to enhance the delivery of nicotine, and has ordered those companies to make this statement. Here is the truth:

1.880" 2.2188"

FRONT

1.500"
1.250"

Univers Light 8.75 pt

Leading 9.75 pt

A Federal Court has ruled that Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA deliberately deceived the American public about the health effects of secondhand smoke, and has ordered those companies to make this statement. Here is the truth:

1.880" 2.2188"

FRONT



# Lorillard Onserts

1.500" / 1.250" / 1.880" 2.2188"

Univers Light Condensed 8 pt

Leading 8 pt

Here is the truth:
- Smoking kills, on average, 1200 Americans. Every day.
- More people die every year from smoking than from murder, AIDS, suicide, drugs, car crashes, and alcohol, **combined**.
- Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas.
- Smoking also causes reduced fertility, low birthweight in newborns, and cancer of the cervix.

BACK

1.500" / 1.250" / 1.880" 2.2188"

Univers Light Condensed 10 pt

Leading 9.75 pt

Here is the truth:
- Smoking is highly addictive. Nicotine is the addictive drug in tobacco.
- Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction.
- It's not easy to quit.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

BACK

1.500" / 1.250" / 1.880" 2.2188"

Univers Light Condensed 8.5 pt

Leading 8.5 pt

Here is the truth:
- Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**.
- "Low tar" and filtered cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes.
- **All** cigarettes cause cancer, lung disease, heart attacks, and premature death - lights, low tar, ultra lights, and naturals. There is no safe cigarette.

BACK

1.500" / 1.250" / 1.880" 2.2188"

Univers Light Condensed 7.5 pt

Leading 7.5 pt

Here is the truth:
- Lorillard, Altria, R.J. Reynolds Tobacco, and Philip Morris USA intentionally designed cigarettes to make them more addictive.
- Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend.
- When you smoke, the nicotine actually changes the brain - that's why quitting is so hard.

BACK

1.500" / 1.250" / 1.880" 2.2188"

Univers Light Condensed 8.5 pt

Leading 8.5 pt

Here is the truth:
- Secondhand smoke kills over 38,000 Americans each year.
- Secondhand smoke causes lung cancer and coronary heart disease in adults who do **not** smoke.
- Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function.
- There is no safe level of exposure to secondhand smoke.

BACK

