UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>TOBACCO-FREE KIDS ACTION FUND, )<br>*et al*., )<br>)<br>Plaintiff-Intervenors, )<br>)<br>v. )<br>)<br>PHILIP MORRIS USA, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 99-CV-2496 (GK)<br>Next scheduled court appearance: NONE |

**PUBLIC HEALTH INTERVENORS' RESPONSE TO
MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS**

Pursuant to the Court's Order-43 Remand (Jan. 22, 2014), the Public Health Intervenors hereby state that they have no opposition to the Court considering the matters raised in the motions for leave to file Amicus Curiae Briefs recently filed.  The Public Health Intervenors are presently considering their views on those matters and anticipate responding substantively to the Amicus Curiae briefs in their February 18, 2014 Praecipe.

    Respectfully submitted,

    */s/ Howard M. Crystal*
    Howard M. Crystal (D.C. Bar No. 446189)
    Katherine A. Meyer (D.C. Bar No. 244301)
    MEYER GLITZENSTEIN & CRYSTAL
    1601 Connecticut Avenue, Suite 700
    Washington, DC 20009
    202-588-5206

January 28, 2014    Counsel for the Public Health Intervenors