**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     Plaintiff, : | Civil Action No. 99-CV-2496 (GK) |
|     and : | January 22, 2014 |
| TOBACCO-FREE KIDS : | (Hearing) |
| ACTION FUND, *et al,* : | |
|     Plaintiff-Intervenors, : | |
| v. : | |
| PHILIP MORRIS USA INC, *et al,* : | |
|     Defendants. : | |

**AMICUS BRIEF OF THE**
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**

KIM M. KEENAN, ESQUIRE
MARSHALL W. TAYLOR, ESQUIRE
4805 Mount Hope Drive
Baltimore, MD 21215
Phone (410) 580-5790

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | Civil Action No. 99-CV-2496 (GK) |
| | : | |
|     and | : | January 22, 2014 |
| TOBACCO-FREE KIDS | : | (Hearing) |
| ACTION FUND, *et al*, | : | |
|     Plaintiff-Intervenors, | : | |
| | : | |
|     v. | : | |
| | : | |
| PHILIP MORRIS USA INC, *et al*, | : | |
| | : | |
|     Defendants. | : | |

**AMICUS BRIEF OF THE
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**

The National Association for the Advancement of Colored People (NAACP) files this amicus brief respectfully requesting this Court to include the African American-owned media in its remedial order against Defendants. Throughout its 105-year history, and still today, the NAACP's members and African Americans across the country rely upon the National Newspapers Publishers Association (NNPA) and the National Association of Black Owned Broadcasters (NABOB) for pertinent information about current events in their local areas and across the country.

I.     INTRODUCTION

The NAACP is the Nation's largest and oldest civil rights organization. Founded in 1909, the mission of the NAACP is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate race-based discrimination. Through its National Health

2

Department and Environment and Climate Justice Program, the NAACP and its over 150,000 members continue to fight against health disparities within the African American community. Moreover, our message and action alerts reach over 2 Million people around the world through our online platforms.

Throughout its history, the NAACP and our units across the country have worked with members of the Black press to inform the community about recent acts of racial violence discrimination within their local areas.  NAACP founder, Dr. W.E.B. DuBois, created *The Crisis* magazine as its official publication in 1910, in a continuation of the black press experience and speak about the plight of black Americans throughout the country.  The NAACP's approximately two thousand units, similar to members of the black print and visual media, can be found in both major urban areas as well as rural communities in every state across the country.[1]  The majority of our members are located in southeastern corner of the United States, where the tradition of receiving news from black-owned newspapers remains.

One of the major initiatives of the NAACP is reducing health disparities, including deaths related to cancer, within the African American community. According to the U.S. Centers for Disease Control and Prevention report, found that though Black Women smoke less than their white counterparts, they were more likely to develop lung cancer.[2]

---

[1] The NAACP is organized in 38 State or State-Area Conferences across the country and military bases around the world. See www.naacp.org/pages/find-your-local-unit/ (last accessed January 21, 2014).
[2] American Lung Association Fact Sheet: African Americans and Tobacco, available at http://www.lung.org/stop-smoking/about-smoking/facts-figures/african-americans-and-tobacco.html (last accessed January 22, 2014).

II. **THE BLACK PRESS REMAINS AN ESSENTIAL TOOL FOR AFRICAN AMERICAN NEWS AND INFORMATION**

African Americans' reliance on the Black Press predates the American Civil war and continues well into the second decade of the new millennium. Beginning with the *Freedom's Journal* in 1827, over forty black-owned newspapers were created throughout the country in the thirty-four years prior to the start of civil war.[3] These newspapers provided both critical analysis of and repudiation of slavery; however, provided a record of African Americans life for future generations.[4]

During the 20th Century, the black press joined the NAACP in its fight against lynching, racial discrimination and violence, and in the advocacy for civil rights legislation. In the early years of the NAACP, the black press joined in protest against the 1914 film *Birth of a Nation* which contained racist depictions of African Americans and African American life. Black journalists used the press to share the stories overlooked or ignored in the mainstream press and to encourage participation in the advocacy.

The tradition of written accounts of Black life from the black perspective, continues to be sought after today. Beginning with Black Entertainment Television in 1988, black-owned cable stations have used this platform to provide a daily news hour[5], concentrating on issues of particular concern within the Black community. Currently, the black-owned cable network TV

---

[3] Soldiers without Swords: African American Press. PBS Documentary (1999), available at http://www.pbs.org/blackpress/film/index.html (last accessed January 21, 2014).

[4] See Wisconsin Historical Society: African-American Newspapers and Periodicals: Freedom's Journal, available at http://www.wisconsinhistory.org/libraryarchives/aanp/freedom/ (last accessed January 21, 2014).

[5] Black Entertainment Television hosted a nightly news program from 1988-2005. See www.betpressroom.com. (Last accessed January 21, 2014).

One broadcasts a new morning program, with a reach of approximately 57 million households.[6] Despite changes in how Americans obtain their news, the advent of the internet and mircoblogs increased the means of the Black press and broadcast stations to reach audiences.  This was most prominently seen during the aftermath and advocacy surrounding of the death of Florida teen, Trayvon Martin.   An increasing number of NNPA-member publications used their digitized space to provide African Americans and others across the country a unique perspectives within the case.  Major black-owned cable stations conducted specials on the case and surrounding issues leading up and through the trial.[7]  Utilizing the black press will help to ensure Black Americans are informed of the Defendants' practices and inform the community of the harmful effects of tobacco smoke.

### III. THE CORRECTIVE MEASURES SHOULD INCLUDE NNPA AND NABOB-MEMBER ORGANIZATIONS DEFENDANTS USED TO DISTRIBUTE HARMFUL ADVERTISING TO AFRICAN AMERICAN COMMUNITIES.

To rectify the damage created by Defendant in their targeting of African American communities, this Court should require Defendants to use NABOB and NNPA member organizations to fulfill its remedial order.  Black-owned print and visual media remain a primary method of receiving information for African Americans.  The NAACP fears that the current list of media sources will not effectively inform the black community of the Defendant's illegal targeting and provide correct information in line with this court's order.  In fact, the Defendant corporations knew of the black print media's reach when it used their advertising space to target African American communities.  Leaving the NNPA and NABOB member publications out of

---

[6] TV One began its one-hour morning news program in November 2013. See http://newsone.com/2749799/newsone-now-with-roland-martin-debuts-on-tv-one-monday/ (last accessed January 21, 2014).

[7] Though Black Entertainment Television is now owned by Viacom, Inc., it remains a top news and entertainment source for African Americans and people of African descent across the world. See www.betpressroom.com (Last accessed January 21, 2014).

the remedial order advertising list allows the Defendant to walk away from the community that it directly targeted African American communities. As a result, the Defendants will have directly disseminated misinformation to the African American community without the responsibility of returning to correct their errors.

NNPA and NABOB members are located in many of the very communities targeted, but not represented on the remedial order media list. According to the 2010 U.S. Census, the top ten cities with highest percentage of African American population are: Detroit, MI; Jackson, MS; Miami Gardens, FL; Birmingham, AL; Baltimore, MD; Memphis; New Orleans; Flint, MI; Montgomery, AL; and Savannah, GA.[8] At present, NNPA member organizations are present in all ten markets; the current remedial order marketing list fails to reach nine of the ten cities.[9] For the Court's order to come to optimal fruition, NNPA publications and NABOB stations must be included in the advertising list.

---

[8] 2010 U.S. Census Data, *The Black Population* Table 7, pg 15 (September 2011) available at http://www.census.gov/prod/cen2010/briefs/c2010br-06.pdf.
[9] Map of Remedial Order media Headquarter cities, NNPA/NABOB Amicus Br. Ex. 3.

## CONCLUSION

For the foregoing reasons, the NAACP respectfully requests this court to amend the remedial order to include African American-owned visual and print media outlets. To achieve this goal, we also request, this court to include NNPA and NABOB member organizations on that list.

Respectfully Submitted,

_____/s/_____
KIM M. KEENAN, ESQUIRE
MARSHALL W. TAYLOR, ESQUIRE
NAACP
4805 MOUNT HOPE DRIVE
BALTIMORE, MD 21215
Telephone: (410) 580-5791
Facsimile (410) 358-9350
kkeenan@naacpnet.org
mtaylor@naacpnet.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2014, a copy of the foregoing Amicus Brief of the National Association for the Advancement of Colored People was filed through the Court's CM/ECF system.

                                                                                                                                       Marshall W. Taylor     /s/