**LORILLARD TOBACCO COMPANY EXCEL MERCHANDISING AGREEMENT**

**Business Name:** _____  **CRS #:** _____  **Vendor #:** _____
*(Print Name)*
**Street Address:** _____  **City:** _____  **State:** ____ **Zip:** _____

**Area #:** _____ **Region #:** _____ **Division #:** _____ **Territory #:** _____ **MCA #:** _____ **CID #:** _____

| Excel Merchandising Plan | E-1 | E-2 | E-3 |
|---|---|---|---|
| Industry Cartons Per Week | | | |
| Lorillard Share of Market | | | |
| Categories (Enter all that apply) | | | |
| Description Effective Date | | | |
| # Of Stores by Plan | | | |
| Lorillard Square Feet | | | |
| Lorillard Share of Cigarette Space | | | |
| Monthly Per Store Payment | | | |

| | |
|---|---|
| Total Stores on Plan | |
| Lorillard External P.O.S. Authorized (#) | |
| "We Card" P.O.S. (Y/N) | |

**By signing below I (Retailer) agree to and will comply with all terms of the Lorillard Tobacco Company Merchandising Agreement and the Lorillard Merchandising Plan Description documents**

**Retailers Name:** _____   **Plan Effective Date:** _____
*(Print Name)*
**Retailer Acceptance:** _____
*(Authorized Signature)*
**Lorillard Representative:** _____   **Month Effective Date:** _____
*(Signature)*

**Additional Terms and Conditions appear on the back of this document.**

**Page 1 of 2 – Lorillard Tobacco Company Excel Merchandising Agreement**
**Template Date: January 1, 2014**
**S-212: Item Code 99-533-0**

Distribution:   ☐ RSM (Original)   ☐ Retailer   ☐ DM/CAM (Chains Only)   ☐ Sales Representative

# LORILLARD TOBACCO COMPANY EXCEL MERCHANDISING AGREEMENT

Lorillard maintains a broad retail merchandising program whereby it offers various opportunities for participation by all retailers. The benefits of Lorillard's merchandising programs are available on proportionally equal terms to all competing retailers.

This is an Agreement between Lorillard and the Retailer identified herein. For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged:

A. Lorillard agrees to:
  1. Provide an Excel Merchandising Agreement and an Excel Merchandising Plan Description document, the terms of which are hereby incorporated by reference that sets out the requirements for qualifying stores for which Lorillard will pay and the amount to be paid. "Qualifying Store" means a retail location owned or operated by the retailer that meets the requirements set forth on the Excel Merchandising Agreement and the Excel Merchandising Plan Descriptions. The payment amount may be amended from time to time and such amendment will become part of this agreement and will become incorporated by reference here in its entirety when effective.
  2. Make payments for the payment period to the legal owner of record at the time the payment is issued for all amounts due, subject to Lorillard's right to verify the amounts claimed. Performance for lesser periods may be made on a pro-rata basis, at Lorillard's sole discretion.

B. For each qualifying store retailer agrees to:
  1. Meet the requirements of the Excel Merchandising Agreement and Excel Plan Description for the duration of this Agreement and maintain the same in a manner acceptable to Lorillard.
  2. Communicate any change in store ownership to Lorillard immediately.
  3. Accept payments for the payment period as final. If Retailer disputes the payment received the Retailer must submit a written claim to Lorillard within 90 days of the end of the payment period.
  4. Not deduct amounts due from Lorillard invoices.
  5. Permit Lorillard Representatives or their agents to make periodic inspections and audits of performance under this Agreement. Performance by Retailer under this Agreement is subject to verification, and any payments made are subject thereto and may be modified or reclaimed in accordance with the results of Lorillard's audits.
  6. Return promptly any payments to which it is not entitled hereunder.

C. Either party may terminate this Agreement upon notice effective from the date of notice. Lorillard may at any time terminate this Agreement, with such termination effective as the date of the failure to perform. Lorillard reserves the right to cancel or refuse to enter into or renew this Agreement for any reason whatsoever, or no reason, at its sole discretion. Entitlement to payment hereunder vests on the last day of each monthly period for which there has been no failure of performance. No single or repeated waiver by Lorillard of any failure to perform for any period of time shall be construed as a continuing waiver, and Lorillard's right of termination for failure to perform under this Agreement shall remain enforceable at any time after any such failure.

Lorillard reserves the right to withhold payment hereunder to offset any outstanding balance owed to Lorillard by Retailer.

D. This Agreement:
  1. Supercedes and replaces all prior agreements.
  2. Becomes effective upon the receipt by Lorillard of a properly executed Agreement.
  3. Is available only in the 50 States and the District of Columbia.
  4. May not be modified except as provided in Section A-1, or in writing and signed by a representative of Lorillard authorized to make such a modification. Lorillard Sales Representatives are not authorized to modify this agreement.

# Lorillard Tobacco Company Excel Merchandising Plan Description

**This Excel Plan is part of the Lorillard Tobacco Company Excel Merchandising Agreement under which it is issued. This plan is available to retailers who meet all of the qualifications and requirements stated herein. The retailer named on the Lorillard Tobacco Company Excel Merchandising Agreement, of which this plan is part, agrees on behalf of its participating store(s) to implement this plan and will be paid, beginning on the _Month Effective Date_, in accordance with payment(s) agreed upon when all requirements of the plan are met. This plan is not available in conjunction with any other Lorillard Tobacco Company Excel Merchandising Plan. Terms in italics are defined on page 2 of this document.**

**DEFINITIONS:** The listed terms are defined as follows:

A. _Non-Self Service (NSS)_ means merchandising and selling cigarette products in a manner that such products are positioned to prevent direct access by consumers and cigarettes are sold only in a face-to-face exchange with the retail store personnel. Qualified adult only restricted stores ("No Access Store") that merchandise and sell cigarettes are considered to be NSS.
B. _Month Effective Date_ means the date on which all elements of the Plan are secured in a Retailer's store(s) qualifying Retailer to be eligible for Merchandising Plan payments. Such date will be the first day of the month when all requirements are secured prior to and including the fifteenth day of the month. If Plan requirements are secured after the fifteenth day of the month, the Month Effective Date will be the first day of the following month.
C. _Plan Effective Date_ means the date on which Lorillard either issues or revises one of the Merchandising Plan Descriptions that are issued under the Lorillard Excel Merchandising Agreement. Participating Retailers will be provided a current copy of the Merchandising Plan Description(s) that they have elected to participate under.
D. _Lorillard CPW_ means the average number of Lorillard cartons (all brands as reported to Lorillard by the retailer's supplier(s)) purchased per week by the qualifying store based on a 6-month period as determined by Lorillard. When this data is not available for the entire 6-month period, Lorillard may determine average Lorillard CPW based on the average of a time period for which records are available. For retailers operating one or more stores, Lorillard may take an average of all stores, or group of stores, and state such average as the Lorillard CPW for each store. Lorillard CPW for new retailers (with no previous shipment records) will be established using either: (1) the average Lorillard CPW of other stores within a chain operating under the same plan as the new store(s) _or_ (2) the average Lorillard CPW of other plan participants within the same local marketing area (as determined by Lorillard). The Lorillard CPW average will be adjusted for new stores based on a 6-month period thereafter as determined by Lorillard.
E. _Industry CPW_ means the average number of total cigarette cartons (all brands as reported to Lorillard by the retailer's supplier(s)) purchased per week by the qualifying store based on a 6-month period as determined by Lorillard. See Lorillard CPW definition above for criteria for determining all other measures.
F. _Effective Date_ means the date on which all elements of the plan are secured in a retailer's store(s) qualifying the account to earn merchandising payments. Such date will be the first day of the month when all elements are secured prior to and including the fifteenth day of the month. If plan elements are secured after the fifteenth day of the month, the effective date will be the first day of the following month.
G. _Lorillard Share_ means the percentage of Lorillard cigarettes purchased by a retailer against the total industry cigarette purchases. For retailers operating one or more stores, Lorillard may take an average of all stores, or group of stores, and state such average as the Lorillard share for each store.
_Primary Point of Purchase_ means the location where the customer typically purchases cigarettes.
H. _Consolidated Fixtures_ means retailer or manufacturer supplied fixtures placed on the floor or on top of a counter that is located at the primary point of purchase. These fixtures are used and contracted to merchandise more than one manufacturer's brands.
I. _Display_ means retailer or manufacturer supplied package units used to display a single manufacturer's brand(s).
J. _Premium Space_ means the area of a consolidated fixture no less than 24" from the floor and completely visible to the consumer when standing at the primary point of purchase.
K. _Wholesale Delivery Program (WDP)_ means the process for delivery or pick-up of pre-approved Lorillard products, advertising and /or promotional products to retail accounts through wholesalers.
L. _"T-Set"_ means the merchandising format of a consolidated fixture where Philip Morris products are merchandised in a "T" starting at the top of the fixture with the center portion extending downward further than the left and right portions.
M. _"Horizontal Set"_ means the merchandising format of a consolidated fixture where Philip Morris products are merchandised across the entire width of the fixture starting at the top of the fixture extending down equilaterally.
N. _"Full Vertical Set"_ means where Lorillard space starts at the top of the fixture moving down until space requirement is met.
O. _Tier_ means geographic marketing area identified by Lorillard.
P. _Kiosk_ means small retail outlets not allowing customers to enter the location, where transactions are completed through a window or security glass, and all tobacco products are sold in a non-self-service format.
Q. _Gas Island_ means an area where gas is pumped from two (2) sides.

Page 1 of 3 – Lorillard Tobacco Company Excel Merchandising Plan Description
(Additional information is on page 2&3 of this description)
Template Date: January 1, 2014

# Lorillard Tobacco Company Excel Merchandising Plan Description

To qualify for the Lorillard Excel Plan the <u>RETAILER MUST</u> meet the following requirements:

## I. GENERAL REQUIREMENTS

A. Maintain (acceptable to Lorillard) distribution of Lorillard brands and accept new brands offered for a minimum of 6 months with appropriate pricing, point of sale advertising and product visibility.

B. Rotate and maintain appropriate inventory levels to ensure freshness of Lorillard products and agree to only return product to supplier(s) that has been authorized for return as unsalable by Lorillard.

C. Purchase Lorillard products only from supplier(s) who report retail shipment data that includes Lorillard.

D. Not be involved directly or indirectly in the purchase, sale or distribution of any products bearing a Lorillard brand name not manufactured by Lorillard Tobacco Company. Participation in such activity will result in termination of the Lorillard Tobacco Company Merchandising Agreement and forfeiture of any accrued or unpaid merchandising or promotional payments.

E. Ensure orders for Lorillard products are not substituted with any other manufacturer's products and that no restrictions, quotas, or other limitations are placed on such orders or the sale of Lorillard products.

F. Retailers are free to determine consumer retail prices on all Lorillard products. However, to qualify under this plan, a retailer must price Lorillard products fairly and competitively and shall not up-charge or otherwise disadvantage Lorillard products. All Excel merchandising participants must fairly apply the same profit calculations to Lorillard products that are used to calculate and establish the selling price for competitive cigarette brands. This calculation and selling price must be in consideration of wholesale cost and promotional allowances.

G. Ensure Lorillard products are sold to consumers only and not to other retailers or wholesalers.

H. Retailer is not authorized to use any Lorillard trademarks, brand names or intellectual property unless such use is authorized in advance by Lorillard in writing.

I. Comply with all Local, State (including State Tax Laws and Regulations) and Federal Laws, and all applicable court orders governing the sale and merchandising of Lorillard products and all elements of the Master Settlement Agreement (MSA).

J. Retailer will cooperate with and assist Lorillard if Lorillard engages in a recall (mandatory or voluntary) of a tobacco product by identifying any recalled products that reached its retail outlet(s), segregating such recalled products from other products, and arranging to return the recalled product to its wholesale supplier; Providing a full refund of the purchase price to any of Retailer's customers who purchased a recalled product; and performing any other reasonable instructions from Lorillard concerning the recall product.

## II. FIXTURE/DISPLAY/ADVERTISING REQUIREMENTS

A. The fixture(s)/displays supplied by Lorillard are and will remain the property of Lorillard at all times during and following the end of this agreement.

B. Retailer agrees to maintain fixture(s)/display(s) in accordance with this Lorillard Tobacco Company Excel Merchandising Plan Description.

C. Lorillard retains the right to terminate the agreement for non-compliance and to remove fixture(s)/display(s) provided at Lorillard's discretion.

D. All advertising materials/sign(s) supplied by Lorillard to the Retailer to support this agreement are and shall be the property of the Retailer at all times during and following the end of this agreement.

E. Retailer agrees to indemnify (hold harmless) Lorillard for any loss or damage asserted against Lorillard by any person(s) claiming to suffer personal injury by said fixture(s)/display(s) and/or advertising material/sign(s).

# Lorillard Tobacco Company Excel Merchandising Plan Description

# EXCEL PLAN : E-1 Category A

## III. PLAN REQUIREMENTS
A. **Base**
   1. Merchandise and sell all cigarette products *Non-Self Service*.
   2. Sell a Minimum of 10 *Lorillard CPW* per qualifying store.
   3. Merchandise cigarettes on *Consolidated Fixtures*.
B. **Merchandising**
   1. All Lorillard space must be in clear view of the consumer and within 12 linear feet of *Primary Point of Purchase*.
   2. Lorillard share of total industry space on Consolidated Fixtures must be equal to or greater than its share of industry volume.
   3. Lorillard share of *Premium Space* on consolidated fixtures must be equal to or greater than *Lorillard Share* of industry volume, with a minimum of 3 square feet / 27 springload package facings in the Premium Space.
   4. Lorillard space must be contiguous and a minimum of 12" high.
   5. Position Lorillard contracted space based on Lorillard Share rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.
   6. Lorillard space must be merchandised in the following format:
      *Full Vertical Set* - Starting at the top of the fixture moving downward until space requirements are met. Space must be a minimum of two linear feet wide (9 springload facings) with the exception of the lowest single shelf. Riser above fixture is not included in space calculation, but is required when Lorillard space is merchandised in a full vertical format beginning at the top of the fixture.
   7. Display inventory in Lorillard space commensurate to sales needs based on a minimum of one week's inventory.
C. **Advertising**
   1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
   2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space for up to three Lorillard Brands, as designated by Lorillard.
   3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
   4. Maintain "We Card" or equivalent signage.
D. **Promotional**
   1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
   2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE
A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

**Page 3 of 3** –Lorillard Tobacco Company Excel Merchandising Plan Description (E-1 Category A)
(Additional information is on pages 1&2 of this description)
**Template Date: January 1, 2014**

LOR 8

# Lorillard Tobacco Company Excel Merchandising Plan Description
## EXCEL PLAN : E-1 Category B

## III. PLAN REQUIREMENTS

### A. Base
1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a Minimum of 10 *Lorillard CPW* per qualifying store.
3. Merchandise cigarettes on *Consolidated Fixtures*.

### B. Merchandising
1. All Lorillard space must be in clear view of the consumer and within 12 linear feet of *Primary Point of Purchase*.
2. Lorillard share of total industry space on Consolidated Fixtures must be equal to or greater than its share of industry volume.
3. Lorillard share of *Premium Space* on consolidated fixtures must be equal to or greater than Lorillard share of industry volume, with a minimum of 3 square feet / 27 springload package facings in the Premium Space.
4. Lorillard space must be contiguous and a minimum of 12" high.
5. Position Lorillard contracted space based on *Lorillard Share* rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.
6. Lorillard space must be merchandised in one of the following formats:

    *Horizontal Set*- When Lorillard space is positioned below Philip Morris in a Horizontal Set, contracted space must be positioned starting directly below and contiguous to the Philip Morris horizontal section and may not be separated by another manufacturer's space. Space must be a minimum of one linear foot wide (5 springload facings) with the exception of the lowest single shelf.

    *T-Set* -When Lorillard space is positioned below Philip Morris in a T-Set, contracted space must be positioned starting directly under and contiguous to the left or right portion of the "T" moving downward until space requirements are met. Space must occupy the entire width of the available space under the left or right portion of the "T". When Lorillard space is merchandised below the center portion of the "T", all portions of Lorillard space directly beneath the center section must be contiguous to the center section and not separated by another manufacturer's space. Space must be a minimum of one linear foot wide (5 springload facings) with the exception of the lowest single shelf.

    **Full Vertical Set** – Lorillard space must start at the top of the fixture moving down until space requirement is met. Space must be a minimum of one linear foot wide (5 springload facings) with the exception of the lowest single shelf. Riser above fixture is not included in space calculation, but is required when Lorillard space is merchandised in a full vertical format.
7. Display inventory in Lorillard space commensurate to sales needs based on a minimum of one week's inventory.

### C. Advertising
1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space for up to three Lorillard Brands, as designated by Lorillard.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

### D. Promotional
1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE
A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) above will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

**Page 3 of 3 –Lorillard Tobacco Company Excel Merchandising Plan Description (E-1 Category B)**
**(Additional information is on pages 1&2 of this description)**
**Template Date: January 1, 2014**

LOR 9

# Lorillard Tobacco Company Excel Merchandising Plan Description
## EXCEL PLAN : E-1 Category C (Kiosk)

## III. PLAN REQUIREMENTS

### A. Base

1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a minimum of 25 *Lorillard CPW* per qualifying store.
3. Retailer must operate *Kiosk* location(s) as a separate business entity.
4. The primary business is the retail sale of gasoline with a minimum of four (4) *Gas Islands*.
5. Advertise tobacco products in multiple locations to include at least four (4) gas islands where legally allowable.
6. Feature cigarette displays/cigarette advertising in the front window in direct view of consumers at the *Primary Point of Purchase* as the primary method of merchandising.

### B. Merchandising

1. Lorillard space in the front window must be equal to or greater than *Lorillard Share* of industry volume, with a minimum of 3 square feet.
2. Lorillard space on *Consolidated Fixtures* inside the Kiosk must be equal to or greater than Lorillard Share of industry volume, with a minimum of 3 square feet / 27 springload pack facings.
3. Lorillard space on Consolidated Fixtures must be contiguous, at least 12" high and a minimum of one linear foot wide (5 springload facings) with the exception of the lowest single shelf.
4. Position Lorillard contracted space based on Lorillard Share rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.
5. Merchandise Lorillard products in clear view of consumers from the Primary Point of Purchase.
6. Display inventory in Lorillard space commensurate to sales needs based on a minimum of one week's inventory.

### C. Advertising

1. Allow the unrestricted placement of Point-of-Sale materials within Lorillard contracted space/display.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space, to include Gas Islands where legally allowable, for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

### D. Promotional

1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE
A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

Page 3 of 3 – Lorillard Tobacco Company Excel Merchandising Plan Description (E-1 Category C)
(Additional information is on pages 1&2 of this description)
Template Date: January 1, 2014

LOR 10

# Lorillard Tobacco Company Excel Merchandising Plan Description

# EXCEL PLAN: E-2 Category A

## III. PLAN REQUIREMENTS

### A. Base

1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a Minimum of 5 *Lorillard CPW* per qualifying store.
3. Merchandise cigarettes on *Consolidated Fixtures*.

### B. Merchandising

1. All Lorillard space must be in clear view of the consumer and within 12 linear feet of *Primary Point of Purchase*.
2. Lorillard share of total industry space on Consolidated Fixtures must be equal to or greater than its share of industry volume with a minimum of 3 square feet / 27 springload package facings.
3. Lorillard space must be contiguous, a minimum of 12" high and a minimum of one linear foot wide (5 springload facings) with the exception of the lowest single shelf.
4. Riser above fixture is not included in space calculation, but is required when Lorillard space is at the top of the fixture.
5. Position Lorillard contracted space based on *Lorillard Share* rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.
6. Display inventory in Lorillard space commensurate to sales needs based on a minimum of one week's inventory.

### C. Advertising

1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

### D. Promotional

1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE

A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

Page 3 of 3 – Lorillard Tobacco Company Excel Merchandising Plan Description (E-2 Category A)
(Additional information is on pages 1&2 of this description)
Template Date: January 1, 2014

LOR 11

# Lorillard Tobacco Company Excel Merchandising Plan Description
# EXCEL PLAN: E-2 Category B

## III. PLAN REQUIREMENTS
### A. Base
1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a Minimum of 5 *Lorillard CPW* per qualifying store.
3. Merchandise cigarettes on *Consolidated Fixtures*.

### B. Merchandising
1. All Lorillard space must be in clear view of the consumer from the *Primary Point of Purchase.*
2. Lorillard space must be merchandised in the following format:

    **Full Vertical** –
    a. Lorillard space must start at the top of the fixture moving down until space / share is achieved.
    b. Linear feet allocated on Consolidated Fixtures must be equal to or greater than *Lorillard Share* of total industry linear feet, with a minimum of 2 linear feet with the exception of the lowest single shelf.
    c. Lorillard Share of total industry space on Consolidated Fixtures must be equal to or greater than Lorillard Share of industry volume.
    d. Lorillard Share of premium space (above 24") on Consolidated Fixtures must be equal to or greater than Lorillard Share of industry volume, with a minimum of 3 square feet / 27 springload package facings or nine 5-high carton rows (or the equivalent of 45 carton end facings on shelves that are less than 5-high).
    e. Riser above fixture is not included in space calculation, but is required when Lorillard space is at the top of the fixture.
3. Lorillard space must be contiguous and a minimum of 12" high.
4. Position Lorillard contracted space based on Lorillard Share rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.
5. Display inventory in Lorillard space commensurate to sales needs based on a minimum of one week's inventory.

### C. Advertising
1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

### D. Promotional
1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE
A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

**Page 3 of 3** –Lorillard Tobacco Company Excel Merchandising Plan Description (E-2 Category B)
**(Additional information is on pages 1&2 of this description)**
**Template Date: January 1, 2014**

LOR 12

# Lorillard Tobacco Company Excel Merchandising Plan Description

# EXCEL PLAN: E-2 Category C

## III. PLAN REQUIREMENTS

### A. Base
1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a Minimum of 5 *Lorillard CPW* per qualifying store.
3. Merchandise cigarettes <u>only</u> on <u>Display</u>(s).

### B. Merchandising
1. Merchandise Lorillard products in clear view of consumers from the *Primary Point of Purchase*.
2. Allocate to Lorillard the greater of *Lorillard Share* of total industry facings or a minimum of one (1) Lorillard package display per brand for up to three Lorillard Brands.
3. Position Lorillard contracted Display based on Lorillard Share rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.

### C. Advertising
1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted display(s).
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

### D. Promotional
1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE
A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

Page 3 of 3 –Lorillard Tobacco Company Excel Merchandising Plan Description (E-2 Category C)
(Additional information is on pages 1&2 of this description)
**Template Date: January 1, 2014**

LOR 13

# Lorillard Tobacco Company Excel Merchandising Plan Description

# EXCEL PLAN: E-3 Category A- Tiers 4 & 5

## III. PLAN REQUIREMENTS

### A. Base
1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a Minimum of 2 *Lorillard CPW* per qualifying store.
3. Merchandise cigarettes on *Consolidated Fixtures*.
4. Participating retail accounts must be located within Lorillard *Tiers* 4&5.

### B. Merchandising
1. All Lorillard space must be in clear view of the consumer and within 12 linear feet of *Primary Point of Purchase*.
2. Lorillard space on Consolidated Fixtures must be equal to or greater than its share of industry volume with a minimum of 15 springload package facings.
3. Lorillard space must be contiguous, a minimum of one linear foot wide (5 springload facings) and in a position acceptable to Lorillard.
4. Position Lorillard contracted space based on *Lorillard Share* rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.
5. Display inventory in Lorillard space commensurate to sales needs based on a minimum of one week's inventory.

### C. Advertising
1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

### D. Promotional
1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE

A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

# Lorillard Tobacco Company Excel Merchandising Plan Description

# EXCEL PLAN: E-3 Category B- Tiers 4 & 5

## III. PLAN REQUIREMENTS

A. <u>Base</u>
   1. Merchandise and sell all cigarette products *Non-Self Service*.
   2. Sell a Minimum of 2 <u>*Lorillard CPW*</u> per qualifying store.
   3. Merchandise cigarettes using either <u>*Consolidated Fixtures*</u> or <u>Display</u>(s).
   4. Participating Retail Accounts must be located within Lorillard <u>*Tiers*</u> 4 & 5.

B. <u>Merchandising</u>
   1. Merchandise Lorillard products in clear view of consumers from the <u>*Primary Point of Purchase*</u>.
   2. Allocate to Lorillard the greater of <u>*Lorillard Share*</u> of total industry facings or a minimum of one (1) Lorillard package display per brand for up to three Lorillard Brands.
   3. Position Lorillard contracted Display(s) based on Lorillard Share rank among manufacturer(s) and not position Lorillard inferior to any non-paying competitor.

C. <u>Advertising</u>
   1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising displays.
   2. Maintain permanent point-of-sale advertising outside of Lorillard contracted counter displays for up to three Lorillard Brands.
   3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the <u>*Wholesale Delivery Program (WDP)*</u>. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
   4. Maintain "We Card" or equivalent signage.

D. <u>Promotional</u>
   1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
   2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

## IV. NON-COMPLIANCE

A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Excel Merchandising Agreement/Plan Descriptions and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) merchandising payments for one month and will result in the cancellation of the Excel Merchandising Plan and promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Excel Merchandising Plan and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

Page 3 of 3 – Lorillard Tobacco Company Excel Merchandising Plan Description (E-3 Category B)
(Additional information is on pages 1&2 of this description)
Template Date: January 1, 2014

LOR 15

**LORILLARD TOBACCO COMPANY NON-EXCEL MERCHANDISING AGREEMENT**
**<u>NON-EXCEL: NEW YORK</u>**

NEW ACCOUNT (✓) ☐
CHANGE ACCOUNT (✓) ☐
CANCEL ACCOUNT (✓) ☐

**DATE CANCELLED** _____

**Business Name:** _____ **CRS #:** _____ **Vendor #:** _____
*(Print Name)*
**Street Address:** _____ **City:** _____ **State:** _____ **Zip:** _____

**Area #:** _____ **Region #:** _____ **Division #:** _____ **Territory #:** _____ **MCA #:** _____ **CID #:** _____

| Non-Excel Merchandising Plan | NY |
|---|---|
| Industry Cartons Per Week | |
| Lorillard Share of Market | |
| Categories (Enter all that apply) | |
| Description Effective Date | |
| Total Number of Stores on NEX | |
| Lorillard Square Feet | |
| Lorillard Share of Cigarette Space | |
| Lorillard External P.O.S. Authorized (#) | |
| "We Card" P.O.S. (Y/N) | |

**By signing below I (Retailer) agree to and will comply with all terms of the Lorillard Tobacco Company Non-Excel Merchandising Agreement and the Lorillard Non-Excel Merchandising Plan Description documents**

**Retailers Name:** _____ **Plan Effective Date:** _____
*(Print Name)*
**Retailer Acceptance:** _____
*(Authorized Signature)*
**Lorillard Representative:** _____ **Month Effective Date:** _____
*(Signature)*

**Additional Terms and Conditions appear on the back of this document.**
**Page 1 of 2 Lorillard Tobacco Company Non-Excel Merchandising Agreement New York**
**Template Date: January 1, 2014**

**S-213: Item Code 99-533-1**

Distribution: ☐ RSM (Original) ☐ Retailer ☐ DM/CAM (Chains Only) ☐ Sales Representative

# LORILLARD TOBACCO COMPANY NON-EXCEL MERCHANDISING AGREEMENT
## NON-EXCEL: NEW YORK

Lorillard maintains a broad retail merchandising program whereby it offers various opportunities for participation by all retailers **in the State of New York**. The benefits of Lorillard's merchandising programs are available on proportionally equal terms to all competing retailers.

This is an Agreement between Lorillard and the Retailer identified herein. For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged:

A.  Lorillard agrees to:
    1.  Provide a Non-Excel Merchandising Agreement and a Non-Excel Merchandising Description document, the terms of which are hereby incorporated by reference that sets out the requirements for qualifying stores. "Qualifying Store" means a retail location owned or operated by the retailer that meets the requirements set forth on the Non-Excel Merchandising Agreement, Non-Excel Merchandising Descriptions.
B.  For each qualifying store the retailer agrees to:
    1.  Meet the requirements of the Non-Excel Merchandising Agreement and the Non-Excel Merchandising Description for the duration of this Agreement and maintain the same in a manner acceptable to Lorillard.
    2.  Communicate any change in store ownership to Lorillard immediately.
    3.  Permit Lorillard Representatives or their agents to make periodic inspections and audits of performance under this Agreement. Performance by Retailer under this Agreement is subject to verification by Lorillard.

C.  Either party may terminate this Agreement upon notice effective from the date of notice. Lorillard may at any time terminate this Agreement, with such termination effective as the date of the failure to perform. Lorillard reserves the right to cancel or refuse to enter into or renew this Agreement for any reason whatsoever, or no reason, at its sole discretion. No single or repeated waiver by Lorillard of any failure to perform for any period of time shall be construed as a continuing waiver, and Lorillard's right of termination for failure to perform under this Agreement shall remain enforceable at any time after any such failure.

D.  This Agreement:
    1.  Supercedes and replaces all prior agreements.
    2.  Becomes effective upon the receipt by Lorillard of a properly executed Agreement.
    3.  Is available only in designated geographic areas as determined by Lorillard.
    4.  May not be modified unless in writing and signed by a representative of Lorillard authorized to make such a modification. Lorillard Sales Representatives are not authorized to modify this Agreement.

**Page 2 of 2 Lorillard Tobacco Company Non-Excel Merchandising Agreement New York**
**Template Date: January 1, 2014**
**S213**

LOR 17

**LORILLARD TOBACCO COMPANY NON-EXCEL MERCHANDISING AGREEMENT**
**<u>NON-EXCEL: NEW JERSEY</u>**

NEW ACCOUNT (✓) ☐
CHANGE ACCOUNT (✓) ☐
CANCEL ACCOUNT (✓) ☐

DATE CANCELLED _____

**Business Name:** _____ **CRS #:** _____ **Vendor #:** _____
*(Print Name)*
**Street Address:** _____ **City:** _____ **State:** _____ **Zip:** _____

**Area #:** ____ **Region #:** _____ **Division #:** _____ **Territory #:** _____ **MCA #:** _____ **CID #:** _____

| Non-Excel Merchandising Plan | NJ |
|---|---|
| Industry Cartons Per Week | |
| Lorillard Share of Market | |
| Categories (Enter all that apply) | |
| Description Effective Date | |
| Total Number of Stores on NEX | |
| Lorillard Square Feet | |
| Lorillard Share of Cigarette Space | |
| Lorillard External P.O.S. Authorized (#) | |
| "We Card" P.O.S. (Y/N) | |

**By signing below I (Retailer) agree to and will comply with all terms of the Lorillard Tobacco Company Non-Excel Merchandising Agreement and the Lorillard Non-Excel Merchandising Plan Description documents**

**Retailers Name:** _____ **Plan Effective Date:** _____
*(Print Name)*
**Retailer Acceptance:** _____
*(Authorized Signature)*
**Lorillard Representative:** _____ **Month Effective Date:** _____
*(Signature)*

**Additional Terms and Conditions appear on the back of this document.**
**Page 1 of 2 Lorillard Tobacco Company Non-Excel Merchandising Agreement New Jersey**
**Template Date: January 1, 2014**

**S-214: Item Code 99-533-2**

Distribution: ☐ RSM (Original)  ☐ Retailer  ☐ DM/CAM (Chains Only)  ☐ Sales Representative

# LORILLARD TOBACCO COMPANY NON-EXCEL MERCHANDISING AGREEMENT
## NON-EXCEL: NEW JERSEY

Lorillard maintains a broad retail merchandising program whereby it offers various opportunities for participation by all retailers **in the State of New Jersey**. The benefits of Lorillard's merchandising programs are available on proportionally equal terms to all competing retailers.

This is an Agreement between Lorillard and the Retailer identified herein. For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged:

A.  Lorillard agrees to:
    1.  Provide a Non-Excel Merchandising Agreement and a Non-Excel Merchandising Description document, the terms of which are hereby incorporated by reference that sets out the requirements for qualifying stores. "Qualifying Store" means a retail location owned or operated by the retailer that meets the requirements set forth on the Non-Excel Merchandising Agreement, Non-Excel Merchandising Descriptions.
B.  For each qualifying store the retailer agrees to:
    1.  Meet the requirements of the Non-Excel Merchandising Agreement and the Non-Excel Merchandising Description for the duration of this Agreement and maintain the same in a manner acceptable to Lorillard.
    2.  Communicate any change in store ownership to Lorillard immediately.
    3.  Permit Lorillard Representatives or their agents to make periodic inspections and audits of performance under this Agreement. Performance by Retailer under this Agreement is subject to verification by Lorillard.

C.  Either party may terminate this Agreement upon notice effective from the date of notice. Lorillard may at any time terminate this Agreement, with such termination effective as the date of the failure to perform. Lorillard reserves the right to cancel or refuse to enter into or renew this Agreement for any reason whatsoever, or no reason, at its sole discretion. No single or repeated waiver by Lorillard of any failure to perform for any period of time shall be construed as a continuing waiver, and Lorillard's right of termination for failure to perform under this Agreement shall remain enforceable at any time after any such failure.

D.  This Agreement:
    1.  Supercedes and replaces all prior agreements.
    2.  Becomes effective upon the receipt by Lorillard of a properly executed Agreement.
    3.  Is available only in designated geographic areas as determined by Lorillard.
    4.  May not be modified unless in writing and signed by a representative of Lorillard authorized to make such a modification. Lorillard Sales Representatives are not authorized to modify this Agreement.

**Page 2 of 2 Lorillard Tobacco Company Non-Excel Merchandising Agreement New Jersey**
**Template Date: January 1, 2014**
**S214**

LOR 19

# Lorillard Tobacco Company Non-Excel Merchandising Description
## NON-EXCEL

**Non-Excel** Merchandising is available to retailers who meet all of the qualifications and requirements stated herein. The *Month Effective Date*, is the date the retailer named on the Lorillard Tobacco Company Non Excel Merchandising Agreement on behalf of its participating store(s) implements and maintains the agreed upon requirements as outlined below. Non-Excel Merchandising is not available to individual store(s) participating in a Lorillard Tobacco Company Excel Merchandising Plan and will be available only in designated geographic areas as determined by Lorillard. Terms in italics are defined on page 2 of this document.

**DEFINITIONS:** The listed terms are defined as follows:

A. *Non-Self Service (NSS)* means merchandising and selling cigarette products in a manner that such products are positioned to prevent direct access by consumers and cigarettes are sold only in a face-to-face exchange with the retail store personnel. Qualified adult only restricted stores ("No Access Store") that merchandise and sell cigarettes are considered to be NSS.

B. *Month Effective Date* means the date on which all elements of the Plan are secured in a Retailer's store(s) qualifying Retailer to be eligible for Merchandising Plan payments. Such date will be the first day of the month when all requirements are secured prior to and including the fifteenth day of the month. If Plan requirements are secured after the fifteenth day of the month, the Month Effective Date will be the first day of the following month.

C. *Plan Effective Date* means the date on which Lorillard either issues or revises one of the Merchandising Plan Descriptions that are issued under the Lorillard Non-Excel Merchandising Agreement. Participating Retailers will be provided a current copy of the Merchandising Plan Description(s) that they have elected to participate under.

D. *Lorillard CPW* means the average number of Lorillard cartons (all brands as reported to Lorillard by the retailer's supplier(s)) purchased per week by the qualifying store based on a 6-month period as determined by Lorillard. When this data is not available for the entire 6-month period, Lorillard may determine average Lorillard CPW based on the average of a time period for which records are available. For retailers operating one or more stores, Lorillard may take an average of all stores, or group of stores, and state such average as the Lorillard CPW for each store. Lorillard CPW for new retailers (with no previous shipment records) will be established using either: (1) the average Lorillard CPW of other stores within a chain operating under the same plan as the new store(s) or (2) the average Lorillard CPW of other plan participants within the same local marketing area (as determined by Lorillard). The Lorillard CPW average will be adjusted for new stores based on a 6-month period thereafter as determined by Lorillard.

E. *Newport CPW* means the average number of Newport cartons (all brands as reported to Lorillard by the retailer's supplier(s)) purchased per week by the qualifying store based on a 6-month period as determined by Lorillard. When this data is not available for the entire 6-month period, Lorillard may determine average Newport CPW based on the average of a time period for which records are available. For retailers operating one or more stores, Lorillard may take an average of all stores, or group of stores, and state such average as the Newport CPW for each store. Newport CPW for new retailers (with no previous shipment records) will be established using either: (1) the average Newport CPW of other stores within a chain operating under the same agreement as the new store(s) or (2) the average Newport CPW of other participants within the same local marketing area (as determined by Lorillard). The average Newport CPW will be adjusted for new stores based on a 6-month period thereafter as determined by Lorillard.

F. *Industry CPW* means the average number of total cigarette cartons (all brands as reported to Lorillard by the retailer's supplier(s)) purchased per week by the qualifying store based on a 6-month period as determined by Lorillard. See Lorillard CPW definition above for criteria for determining all other measures.

G. *Effective Date* means the date on which all elements of Non-Excel Merchandising are secured in a retailer's store(s). Such date will be the first day of the month when all elements are secured prior to and including the fifteenth day of the month. If Non-Excel Merchandising elements are secured after the fifteenth day of the month, the effective date will be the first day of the following month.

H. *Lorillard Share* means the percentage of Lorillard cigarettes purchased by a retailer against the total industry cigarette purchases. For retailers operating one or more stores, Lorillard may take an average of all stores, or group of stores, and state such average as the Lorillard share for each store.

I. *Primary Point of Purchase* means the location where the customer typically purchases cigarettes.

J. *Consolidated Fixtures* means retailer or manufacturer supplied fixturing placed on the floor or on top of a counter that is located at the primary point of purchase. These fixtures are used and contracted to merchandise more than one manufacturer's brands.

K. *Display* means retailer or manufacturer supplied package units used to display a single manufacturer's brand(s).

L. *Wholesale Delivery Program (WDP)* means the process for delivery or pick-up of pre-approved Lorillard products, advertising and /or promotional products to retail accounts through pre-designated wholesalers.

Page 1 of 3 – Lorillard Tobacco Company Non-Excel Merchandising Description
(Additional information is on pages 2 & 3 of this description)
Template Date: January 1, 2014

LOR 20

# Lorillard Tobacco Company Non-Excel Merchandising Description
**NON-EXCEL**

**To qualify for Non Excel the <u>RETAILER MUST</u> meet the following requirements:**

## I. GENERAL REQUIREMENTS

A. Maintain (acceptable to Lorillard) distribution of Lorillard brands and accept new brands offered for a minimum of 6 months with appropriate pricing, point of sale advertising and product visibility.

B. Rotate and maintain appropriate inventory levels to ensure freshness of Lorillard products and agree to only return product to supplier(s) that has been authorized for return as unsalable by Lorillard.

C. Purchase Lorillard products only from supplier(s) who report retail shipment data that includes Lorillard.

D. Not be involved directly or indirectly in the purchase, sale or distribution of any products bearing a Lorillard brand name not manufactured by Lorillard Tobacco Company. Participation in such activity will result in termination of the Non Excel Merchandising Agreement and forfeiture of any accrued or unpaid promotional payments.

E. Ensure orders for Lorillard products are not substituted with any other manufacturer's products and that no restrictions, quotas, or other limitations are placed on such orders or the sale of Lorillard products.

F. Retailers are free to determine consumer retail prices on all Lorillard products. However, to qualify under this Agreement, a retailer must price Lorillard products fairly and competitively and shall not up-charge or otherwise disadvantage Lorillard products. All Non-Excel merchandising participants must fairly apply the same profit calculations to Lorillard products that are used to calculate and establish the selling price for competitive cigarette brands. This calculation and selling price must be in consideration of wholesale cost and promotional allowances.

G. Ensure Lorillard products are sold to consumers only and not to other retailers or wholesalers.

H. Retailer is not authorized to use any Lorillard trademarks, brand names or intellectual property unless such use is authorized in advance by Lorillard in writing.

I. Comply with all Local, State (including State Tax Laws and Regulations) and Federal Laws, and all applicable court orders governing the sale and merchandising of Lorillard products and all elements of the Master Settlement Agreement (MSA).

J. Retailer will cooperate with and assist Lorillard if Lorillard engages in a recall (mandatory or voluntary) of a tobacco product by identifying any recalled products that reached its retail outlet(s), segregating such recalled products from other products, and arranging to return the recalled product to its wholesale supplier; Providing a full refund of the purchase price to any of Retailer's customers who purchased a recalled product; and performing any other reasonable instructions from Lorillard concerning the recall product.

## II. FIXTURE//DISPLAY/ADVERTISING REQUIREMENTS

A. The fixture(s)/displays supplied by Lorillard are and will remain the property of Lorillard at all times during and following the end of this agreement.

B. Retailer agrees to maintain fixture(s)/display(s) in accordance with this Lorillard Tobacco Company Non-Excel Merchandising Description.

C. Lorillard retains the right to terminate the agreement for non-compliance and to remove fixture(s)/display(s) provided at Lorillard's discretion.

D. All advertising materials/sign(s) supplied by Lorillard to the Retailer to support this agreement are and shall be the property of the Retailer at all times during and following the end of this agreement.

E. Retailer agrees to indemnify (hold harmless) Lorillard for any loss or damage asserted against Lorillard by any person(s) claiming to suffer personal injury by said fixture(s)/display(s) and/or advertising material/sign(s).

# Lorillard Tobacco Company Non-Excel Merchandising Description
## NON-EXCEL: NEW YORK

### III. REQUIREMENTS
**A. Base**
1. Merchandise and sell all cigarette products *Non-Self Service*.
2. Sell a Minimum of 3 *Newport CPW* per qualifying store.

**B. Merchandising**
1. Merchandise Lorillard products in clear view of consumers from the *Primary Point of Purchase*.
2. Display inventory in Lorillard space /display(s) commensurate to sales needs based on a minimum of one week's inventory.
3. Provide contiguous visible merchandising space (Where fixtures or displays are utilized) for Lorillard Brands as outlined below:

| Industry merchandising space | Category | * Minimum space requirements |
|---|---|---|
| ≥ 25 Square Feet on Consolidated Fixtures | A** | 2+ Square feet / 18 springload package facings |
| < 25 Square Feet on Consolidated Fixtures | B** | 1+ Square feet / 9 springload package facings |
| Display(s) | C | 1 Display Per Brand for up to 3 Lorillard Brands |
| No merchandising displays or fixtures utilized | D | None required |
| ≤ 10 Square Feet on Consolidated Fixtures | E | Representative space for each Lorillard packing stocked |

\*   Minimum space requirements may be greater than indicated based on *Lorillard Share*, distribution and inventory needs.
\*\* *Displays* can also be utilized to meet minimum space requirements where consolidated fixtures exist.

**C. Advertising**
1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space/Display for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

**D. Promotional**
1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

### IV. NON-COMPLIANCE
A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Non-Excel Merchandising Agreement/ Descriptions, and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) Non-Excel promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Non-Excel Merchandising Agreement and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

# Lorillard Tobacco Company Non-Excel Merchandising Description
## NON-EXCEL: NEW JERSEY

**III. REQUIREMENTS**

**A. Base**

1. Merchandise and sell all cigarette products *Non-Self Service*.

**B. Merchandising**

1. Merchandise Lorillard products in clear view of consumers from the *Primary Point of Purchase*.
2. Display inventory in Lorillard space /display(s) commensurate to sales needs based on a minimum of one week's inventory.
3. Provide contiguous visible merchandising space (Where fixtures or displays are utilized) for Lorillard Brands as outlined below:

| Industry merchandising space | Category | * Minimum space requirements |
|---|---|---|
| ≥ 25 Square Feet on Consolidated Fixtures | A** | 2+ Square feet / 18 springload package facings |
| < 25 Square Feet on Consolidated Fixtures | B** | 1+ Square feet / 9 springload package facings |
| Display(s) | C | 1 Display Per Brand for up to 3 Lorillard Brands |
| No merchandising displays or fixtures utilized | D | None required |

\* Minimum space requirements may be greater than indicated based on *Lorillard Share*, distribution and inventory needs.

\*\* *Displays* can also be utilized to meet minimum space requirements where consolidated fixtures exist.

**C. Advertising**

1. Allow the unrestricted placement of point-of-sale materials within Lorillard contracted merchandising space.
2. Maintain permanent point-of-sale advertising outside of Lorillard contracted merchandising space/Display for up to three Lorillard Brands.
3. Place appropriate product and/or promotional advertising provided by Lorillard or received through the *Wholesale Delivery Program (WDP)*. Ensure all point-of-sale materials accurately reflect agreed upon pricing at all times and reflects promotional discounting beginning on the first day of the promotional period and maintain for the duration for the promotion, as instructed by Lorillard.
4. Maintain "We Card" or equivalent signage.

**D. Promotional**

1. Not increase the normal retail price (the price at the time a promotion agreement is reached) of promoted Lorillard products during the time of a promotion, other than as a result of a supplier's price increase to you. The discounted retail price must reflect at minimum the full value of the Lorillard promotion to the consumer.
2. Accept delivery of, assemble, and place all Lorillard Wholesale Delivery Program (WDP) products and promotions within Lorillard's merchandising space or as otherwise designated by Lorillard and at no time restrict Lorillard from promoting its brands.

**IV. NON-COMPLIANCE**

A. Failure on the part of the retailer to meet agreed upon elements of the Lorillard Tobacco Company Non-Excel Merchandising Agreement/ Descriptions, and Promotional Buy-down Agreements constitutes Non-Compliance.
B. Any non-compliance violation will result in a loss of the store(s) Non-Excel promotional support if un-corrected.
C. Repeated non-compliance violations (as determined by Lorillard) will result in the cancellation of the Non-Excel Merchandising Agreement and Promotional Buy-down Agreements. However, violation of Section I (D) will result in immediate cancellation of all retailers' programs with Lorillard and forfeiture of any previously unpaid amounts owing hereunder.

Page 3 of 3 – Lorillard Tobacco Company Non-Excel Merchandising Description ( New Jersey)
(Additional information is on pages 1&2 of this description)
**Template Date: January 1, 2014**

LOR 23