# Quality Mart
# 3398 Robinhood Rd., Winston-Salem, NC



This is Auger Declaration at 7 (Dkt. No. 6097-2), titled "Before Corrective Statements."

Auger's text reads:
- Typical convenience store sales counter

- Virtually no open counter-top space available

# Quality Mart
## 3398 Robinhood Rd., Winston-Salem, NC



- Almost entire counter-top is used for marketing tobacco products. Candy is sold below the counter; Dipping Dots ice-cream products are sold to the right of the counter and accessories.

2

# Quality Mart
## 3398 Robinhood Rd., Winston-Salem, NC



- Visible space behind the counter dominated by cigarette and other tobacco product displays and marketing

3

# Quality Mart
## 3398 Robinhood Rd., Winston-Salem, NC



- Overwhelmingl majority of space both on top of and behind the counter is used for tobacco marketing

- According to Defendants, this is the "[t]ypical convenience store sales counter"

4

# Quality Mart
## 3398 Robinhood Rd., Winston-Salem, NC



This is Auger Declaration at 9 (Dkt. No. 6097-2), titled "After Corrective Statements (alternative placement)."

Auger's text reads:
- Corrective Statement obstructs clerk's view of retail premises
- Corrective Statement blocks access to merchandise on sales counter-top

5

# Quality Mart
# 3398 Robinhood Rd., Winston-Salem, NC



- Ample space is available for the Court's corrective statements without obstructing any sightlines

6