# Wilco Hess – Gas Station
# 3396 Robinhood Rd., Winston Salem, NC



This is Auger Declaration at 15 (Dkt. No. 6097-2), titled "Before Corrective Statements."

Auger's text reads:
- Typical gas station sales counter

- Virtually no open countertop space available

# Wilco Hess – Gas Station
## 3396 Robinhood Rd., Winston Salem, NC




- Detailed view of area shown in previous photograph
- Majority of countertop is used for marketing tobacco products and accessories

2

# Wilco Hess – Gas Station
## 3396 Robinhood Rd., Winston Salem, NC



- Visible space behind the counter entirely devoted to cigarette and other tobacco product displays and marketing

3

# Wilco Hess – Gas Station
## 3396 Robinhood Rd., Winston Salem, NC



- Overwhelming majority of space both on top of and behind the counter is used for marketing tobacco products and acccessories

- According to Defendants, this is the "[t]ypical gas station sales counter"

4

# Wilco Hess – Gas Station
## 3396 Robinhood Rd., Winston Salem, NC




- Area over counter is dominated by cigarette marketing materials. The Overhead Pack Merchandising units provide ready stock of cigarettes for sale.

5

# Wilco Hess – Gas Station
# 3396 Robinhood Rd., Winston Salem, NC



This is Auger Declaration at 16 (Dkt. No. 6097-2), titled "After Corrective Statements."

Auger's text reads:
- Corrective Statement obstructs clerk and customer access to sales area

- Corrective Statement obstructs customer ability to see merchandise

- Corrective Statement blocks access to merchandise on sales countertop

- Duplicative Corrective Statements on Header Display (white boxes)

# Wilco Hess – Gas Station
## 3396 Robinhood Rd., Winston Salem, NC



- There is ample space to place the Court's corrective statements without obstructing sightlines.

- A statement can easily be placed on the counter where lottery tickets are currently displayed.

- Drop ceiling signs can also be utilized to reduce the number of countertop placements