# Northwest and 86th Street Ricker's BP
# 8558 Northwest Blvd., Indianapolis, IN



# Northwest and 86th Street Ricker's BP
## 8558 Northwest Blvd., Indianapolis, IN

- A significant portion of the space in front of and on top of the counter is devoted to promoting and displaying tobacco products and accessories.



# Northwest and 86th Street Ricker's BP
# 8558 Northwest Blvd., Indianapolis, IN





- Detailed view from previous photograph of promotions and displays of tobacco products and accessories on top of and adjacent to the counter

3

# Northwest and 86th Street Ricker's BP
# 8558 Northwest Blvd., Indianapolis, IN

- Visible space behind the counter is overwhelmingly used for cigarette and other tobacco product displays and marketing



4

# Northwest and 86th Street Ricker's BP
# 8558 Northwest Blvd., Indianapolis, IN

- The large majority of the space behind, on top of, and in front of the counter is used for displaying and marketing tobacco products and accessories.



5

# Northwest and 86th Street Ricker's BP
# 8558 Northwest Blvd., Indianapolis, IN

- Ample space is available for the Court's corrective statements without obstructing any sightlines

