# E-Z Mart #490
# 4601 S. Collins St., Arlington, TX



- Typical cluttered convenience-store counter

# E-Z Mart #490
## 4601 S. Collins St., Arlington, TX



- Tobacco product displays are on the counter

- Almost all visible space on top of and behind the counter is consumed by tobacco product marketing

Labels in image: Tobacco display and merchandising; Blu e-cigarette display; Njoy e-cigarette display with attached sign

2

# E-Z Mart #490
## 4601 S. Collins St., Arlington, TX



- This hypothetical treatment uses topmost header rows on cigarette shelving units, combined with multiple ceiling drop signs as shown on next two pages.

- This hypothetical treatment, including the ceiling drop signs, avoids interfering with any sales of counter-top items.

# E-Z Mart #490
# 4601 S. Collins St., Arlington, TX



- Numerous ceiling drop signs are currently used without obstructing sightlines from the counter

4

# E-Z Mart #490
## 4601 S. Collins St., Arlington, TX



- Ceiling drop signs are a potential point-of-display placement

5

# EZ Mart #501
# 3501 Lakeview Parkway, Rowlett, TX



# EZ Mart #501
# 3501 Lakeview Parkway, Rowlett, TX



- Ceiling drop signs are a potential point-of-display placement

2

# EZ Mart #501
# 3501 Lakeview Parkway, Rowlett, TX



# EZ Mart #501
# 3501 Lakeview Parkway, Rowlett, TX

