Additional potential placements

Typical convenience store sales counter



Additional potential placements
Typical convenience store sales counter
Using header row sign, countertop LCD display,
and floor graphic



Additional potential placements

Typical tobacco sales counter at grocery store; in-store ATM

 

# Additional potential placements
## Typical tobacco sales counter at grocery store
## Using check-out TV, countermat, and ATM sign
## (header rows not shown here)




Additional potential placements

Typical checkout area at multi-aisle supermarket



# Additional potential placements
## Typical checkout area at multi-aisle supermarket
## Using frontloaders and check-out TV




# Additional potential placements

## Typical multi-aisle supermarket



Additional potential placements
Typical multi-aisle supermarket
Using frontloader checkout displays



# Additional potential placements

## Typical gas station forecourt and gas pump



# Additional potential placements
## Typical gas station forecourt and gas pump
## Using freestanding signboard; mounted sign; gas pump topper; and gas pump TV

