1.                DISCUSSION DRAFT                    1.

Draft.  Retail Leaders article for *In the Loop*
Page 2 secondary lead, 1,000 words.  Overview for general reader on program, how it's doing, how it's different from Retail Masters, what's coming up in March.

*Incidental information: Word count -- 1080 words. Alex Furtado quote on p. 2 ok'ed by Alex.  Mortensen quote on last page to be ok'ed by Jim Wed 2/17.  The number of states and localities with self-service bans (first full paragraph, p. 5) to come.  Beauty shots of Retail Leaders to be obtained from Jim Mortensen on 2/17.  Two trade ads attached.   JGR*

   When you walk into a store and see a well-organized, compact, consolidated, eye-pleasing cigarette fixture featuring Philip Morris U.S.A. cigarette brands—including promotional offers and brand imagery—but also offering other manufacturers' brands as well, the chances are that the store management is participating in the PM USA Retail Leaders program.  Retail Leaders is one of PM USA's newest and most effective tools for defending and growing our business in a highly competitive industry and a rapidly changing marketplace.

   The centerpiece of Retail Leaders is a remarkably flexible industry fixture which places all of the cigarette products in a store into one convenient location, while allowing the retailer to offer packs or cartons, self-service or non-self-service.  The fixture is designed to accommodate brand promotions and signage, while conforming to applicable display regulations.

   Retail Leaders replaces the Retail Masters program which was launched in 1992.  Stores that participated in Retail Masters received payments from PM USA and other benefits that allowed them to reduce costs and increase profitability in exchange for taking a number of steps to assure that PM USA brands were displayed prominently, that promotions and signage were kept

1.                                                    1.

2071826035

http://legacy.library.ucsf.edu/tid/kqo06c00/pdf

2.                    DISCUSSION DRAFT                              2.

current, and that careful attention was paid to inventory to minimize out-of-stocks.

Retail Masters was designed to help retailers recognize cigarettes as an important, profitable category in their stores, and to help maximize a store's profits from the category by focusing on the more profitable premium segment and by allocating shelf space according to a brand's market share, beginning with Marlboro.

"We've had a long and very successful run with Retail Masters," says Alex Furtado, Manager of Sales Merchandising, "but we're committed to continuous improvement, and Retail Leaders is a direct outgrowth of that commitment. We did a careful analysis of the business and saw several important trends that signaled the need for a new approach to cigarette sales in the retail environment."

The analysis showed that retail clutter was on the increase, making it more difficult for the adult consumer to find PM USA brands. There was also increasing fragmentation of the cigarette category at retail. Cartons might be found in one location, packs in another, and promotional offers wherever the store manager found space to put them.

A second trend was the move toward non-self-service fixtures. Citing the problem of underage access to tobacco products, a growing number of states and localities were passing legislation that mandated non-self-service cigarette fixtures in stores.

2071826036

Third, Retail Masters was approaching a saturation point, especially with its level 3 and 4 contracts which required the highest level of participation. That is, there are only so many stores that sell cigarettes across the country, and most of those that chose to be signed up for maximum participation in Retail Masters had been signed up, leaving little room for the program - and PM USA's retail share - to grow.

Finally, our major competitors, who were keenly aware of the advantage Retail Masters provided PM USA in level 3 and 4 stores, began to pull their own competitive merchandising programs from those stores and to use the funds to support their brands in the rapidly growing tobacco store trade class --stores that sold only tobacco products and sold them at reduced prices compared to the prices found in supermarkets and convenience stores.

In addition to shaping a new program that addressed these issues, PM USA sales personnel conducted dialogs with retailers to find out what they wanted and needed. Retailers were very interested in increasing the profitability of the cigarette category, were concerned about increased clutter, were sensitive to the youth access issue, and wanted to reduce "shrinkage," which is a polite term for theft.

Retail Leaders responds directly to all of these issues. Its approach is create a cigarette "department" within a store. This grouping of a category of products into one convenient, well-designed, easy to find place, that is also easy to manage, is already the rule for many other product categories. In a typical store, soft drinks are in one location, beer in another, frozen

2071826037

4.                    DISCUSSION DRAFT                              4.

pizzas in another and so on. Retail Leaders provides a store with one place where all its cigarette products are located.

Retail Leaders is not a new and improved Retail Masters program, but is qualitatively different from its predecessor. Here is a point-by-point comparison on the two programs.

2071826038

4.                                                                  4.

5.                       DISCUSSION DRAFT                          5.

|  | RETAIL MASTERS | RETAIL LEADERS |
|---|---|---|
| Counter Display | mandatory | optional |
| Back Bar Display | no | yes |
| Overhead fixture | yes, product invisible | no, product seen |
| Space equal to share | yes | yes |
| Youth Access issue | strong | stronger |
| Promotional Display | weak, fragmented | strong |
| Simplicity | 27 contracts | 3 contracts |

Retail Leaders provides stores with a self-service or a non-self-service option, which is an increasingly important choice retailers must make. XX states and XX localities have completely banned self-service displays and fixtures and similar legislation is expected in other states and communities. Retail Masters did have a non-self-service option, but only at reduced merchandising payments. Retail Leaders is much more accommodating in non-self-service environments. Also, while Retail Masters was strong on the issue of youth access, Retail Leaders is even stronger, with very powerful incentives to prevent underage access to our products.

Retail Leaders was launched in October of 1998. Rather than trying to "sell in" the program to stores, the PM USA Sales Force began by asking store managers what they expected from the cigarette category, how important the category was to them, and whether they would be interested in creating a cigarette "department" within the store.

As these conversations progressed, the unique features of the Retail Leaders program became apparent. For adult smokers, the

5.                                                                 5.

2071826039

6.                    DISCUSSION DRAFT                    6.

program will provide value, convenience, a fair price and pleasant friendly shopping experience. For store owners, Retail Leaders will provide increased sales and profitability, while reducing shrinkage and out of stocks. For PM USA, our products and promotions will be consolidated, more easily managed and displayed according to share which means Marlboro will be prominent. And, for all of us, youth access will be prevented.

Jim Mortensen, Vice President, Trade Marketing, summarizes the program by saying, "Retail Leaders takes the cigarette category, which in today's environment is increasingly fragmented and cluttered, and consolidates it in the store, just like other product categories. It give the retailer a more easily managed cigarette 'department.' It enhances our presence at retail while providing the flexibility that allows us to respond to rapidly changing market conditions." Clearly, Retail Leaders will be instrumental in PM USA's continued success on into the new millennium.

# # #

2071826040

6.                                                        6.