## KEY POINTS ABOUT RETAIL LEADERS

1. PM's primary mission is to dominate Retail and severely limit competitive activity, which does not consider your adult smokers wants.

2. What happens when PM shuts everyone else out and other manufacturers become to weak to offer strong programs? Does PM still have to pay lucrative exclusivity RDA's?

3. Why was PM's sales force sent to three (3) days of classes on how to handle Retailers objections to these new programs?

4. Why is there a double standard in their plans . . . horizontal load on "Industry" fixture but vertical on other?

5. PM's documents indicate a seven (7) to eight (8) month wait for customized fixtures versus their standard "boxes."

6. Why on earth would PM require twelve (12) weeks per year of exclusive promotion windows on CPL 2 that is supposed to be co-existence?

7. Would a Retailer allow a candy company or a beverage company, to come into their stores and command 75% of the visibly merchandised products if their S.O.M. was 50%?

8. If PM wants you "in the category," why are they recommending such small sets? Is it to eliminate Savings brands/visibility?

9. Why would PM want to redefine "Industry Fixture" from the historical package fixture? Could it be to gain more dominance?

51975 4859