# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

**AGENDA**

- Background/Rationale
- How It Works
- Resources

2078285485

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

### BACKGROUND/RATIONALE

- Retail Masters Introduced in 1992
  - Explosive Discount Growth
  - Premium/Marlboro Share Erosion
  - Weak Performance-Based Trade Programs

- Both the Trade and PM Benefited
  - Participants Enjoy Higher Industry Volume than Non-Participants
  - PM Share and Mix Improved . . .

    . . . *Allowed Us To Increase Merchandising/Promotional Investment at Retail*

2078285486

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

- Emerging Issues
  - Prices/Inventory Costs Increasing
  - Volume Declining
  - Non Self-Service Momentum
  - Tobacco Stores Growing/Focused on Discount
  - Competitive Program Changes
    - Share of Space > Share of Market Elements

- Retail Masters Does Not Adequately Address Issues
  - Inventory Management Difficult with Multiple/Fragmented Displays
  - Self-Service Focus and Payment Premium
  - Non Self Service Merchandising Plans Often Provide Inadequate Category Visibility
  - Potential Reduction in PM Visibility

2078285487

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# RETAILER AND ADULT SMOKER PREFERENCES WE CONSIDERED

## Retailer

- Increased Sales & Profits
  - Higher Customer Count
  - Competitive Pricing
  - Inventory Management
  - Minimize Shrink
  - Merchandising Payments
- Create/Maintain Convenient Shopping Experiences
  - In-Stock
  - Fast Transaction
- Communicate Product/Category Availability
  - Outside
  - Inside
- Offer Value to Adult Smokers
  - Fair Price
  - Brand Availability
  - Promotions
  - Fresh Product
- Compete with Emerging Trade Classes
- Responsible Retailing
- Good Service/Follow-up From Manufacturers

## Adult Smoker

- Product Availability
  - "Let Me Know You Sell Cigarettes"
  - "Have My Brand"
- Convenient/Pleasant Shopping Experience
  - "Get Me In and Out Quickly"
  - "Treat Me With Respect"
- Value
  - "Charge Me A Fair Price"
  - Reward Me From Time to Time"

2078285488

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

## PM PREFERENCES

- Improving Marlboro Visibility Leadership
  - Product Visibility
  - Signage
  - Promotion
- Enhance Visibility of Leading PM OPB Brands
- Satisfy Discount Smoker
- Facilitate Effective Inventory Management
  - Space-to-Share
- Facilitate Stronger Youth Access Prevention at Retail
  - Self-Service Line-of-Sight
  - Non Self-Service
  - "WE CARD" Signage

2078285489

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# RETAIL LEADERS

- What's a Better Way to Merchandise Cigarettes That Considers . . .
  - Adult Smoker Preferences
  - Retailer Preferences
  - PM Preferences

- Through a Total Category Merchandising Approach That . . .
  - Centralizes the Merchandising, Display, and Promotion of All Cigarettes
  - Improves Overall Category Presentation and Visibility
  - Provides Flexibility Through Use of Variable Fixture Sizes/Configurations
  - Self-Service or Non Self-Service Options with Equal Support
  - Provides Resources to Better Compete With Others That Don't Adopt Category Approach

2078285490

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

### HOW IT WORKS

1. Retailer Determines Optimal Size of Cigarette Department, Based On . . .

| | |
|---|---|
| - Volume | - Category Strategy |
| - Delivery Frequency | - Inventory Needs/Targets |
| - Space Availability | - Merchandising Allowances |

2. Retailer Selects Retail Leaders Category Performance Level (CPL)
   - CPL1: 33% of Total Department is Merchandised with an Industry Fixture
   - CPL2: 50% of Total Department is Merchandised with an Industry Fixture
   - CPL3: 100% of Total Department is Merchandised with an Industry Fixture

3. Retailer Allocates to PM its Market Share of Remaining Space
   - PM Prime Fixture

4. Retailer Chooses What To Do With Balance of the Space
   - Retailer Choice Fixture

2078285491

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

**STEP #2**

- Retailer selects a Retail Leaders Category Performance Level (CPL)
  - Retail Leaders has 3 Category Performance Levels

8 FT
CPL 1
2FT = 33% Industry Fixture
CPL 2
4FT = 50% Industry Fixture
CPL 3
8FT = 100% Industry Fixture

2078285492

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

**STEP #3**

- Allocate to PM its market share of remaining space with a PM Prime Fixture

8 FT
CPL 1
2FT = 33% Industry Fixture
3FT = 50% of remaining 6 FT PM Prime Fixture
CPL 2
4FT = 50% Industry Fixture
2FT = 50% of remaining 4 FT PM Prime Fixture
CPL 3
8FT = 100% Industry Fixture

© Philip Morris Inc. 1999

2078285493

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

**STEP #4**

- Retailer chooses what to do with the balance of space

8 FT

| | | | | |
|---|---|---|---|---|
| **CPL 1** | 2FT = 33% Industry Fixture | 3FT = 50% of remaining 6 FT PM Prime Fixture | **3FT Retailer's Choice** | • PM supplies industry fixture & PM Prime Fixture at no cost. • PM will sell a fixture to retailer for "retailer choice" area. |
| **CPL 2** | 4FT = 50% Industry Fixture | 2FT = 50% of remaining 3 FT PM Prime Fixture | **2FT Retailer's Choice** | • PM supplies all fixtures at no cost - at retailer's request |
| **CPL 3** | 8FT = 100% Industry Fixture | | | • PM supplies all fixtures at no cost. |

© Philip Morris Inc. 1999

2078285494

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

### OTHER ELEMENTS

- Permanent Counter Displays
  - Not Required Unless Competitive Counter Displays Present
  - If There Are Any Competitive Counter Displays, Then Marlboro Counter Display in #1 Position
  - If There Are Any Competitive Premium Counter Displays, Then OPB Counter Display in #2 or #3 Position
  - If There Are Any Competitive Discount Counter Displays, Then Basic Counter Display in #1 Discount Position
- Share of Space
  - Based on Area of the Available Fixture Merchandising Space
  - PM Set Space to Share on Industry Fixture, Beginning at the Top
  - Of Remaining Department Space: Set PM Space to Share Starting on PM Prime Fixture
  - If PM Market Share > 55%: Provide 90% Space to Share
- Signage
  - PM Sign as the Only Sign on Industry Fixture
  - PM Share of Signage (excluding Industry Fixture Sign) Based on Area
- Why Overhead Pack Merchandiser Does Not Satisfy Industry Fixture Requirement
  - Product Visibility Lacking
  - Weak Category Presentation

© Philip Morris Inc. 1999

2078285495

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

### RESOURCES

| | Retail Leaders | | | Retail Masters | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 | 3 | 4 |
| 1. Merchandising Payments (¢/ctn) | 30¢ | 60¢ | 90¢ | 10¢-25¢ | 30¢-60¢ | 75¢ | 80¢ |
| 2. Growth Fund (# Weeks) | 5 | 5 | 12 | 4.1 | 4.1 | 8.3 | 8.3 |
| 3. Basic Price Promotion - Incremental vs Base Plan | --- | +50¢ for 1/2 weeks | +50¢ for all weeks | --- | --- | --- | --- |
| 4. Other Premium Brands - Incremental vs Base Plan | --- | +4 wks/yr | +8 wks/yr | --- | --- | --- | --- |
| 5. Name Generation | --- | --- | 2x/yr | --- | --- | --- | |
| 6. Free Fixtures | | | | | | | |
| Industry | Y | Y | Y | Y | Y | Y | Y |
| PM Prime | Y | Y | Y | Y | Y | Y | Y |
| Retailer Choice | N | Y | Y | N | N | N | N |
| Smokeless | N | Y | Y | N | N | N | N |

2078285496

© Philip Morris Inc. 1999

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

# TOP-TO-TOP MARCH 1999

## RETAIL LEADERS

### Dairy Mart



Source: STARS Store Level (26 wk m

2078285497

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

## RETAIL LEADERS

## Account A




2078285498

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf

TOP-TO-TOP MARCH 1999

RETAIL LEADERS

## Convenience Store
## Retail Leaders vs. Non-Retail Leaders

Average CPW
210
190
170
150
130
110
90
70
177
187
119
109
3/28/93
4/18/93
5/9/93
5/30/93
6/20/93
7/11/93
8/1/93
8/22/93
9/12/93
10/3/93
10/24/93
11/14/93
12/5/93
12/26/93
1/16/94
2/6/94
2/27/94
3/20/94
4/10/94
5/1/94
5/22/94
6/12/94
7/3/94
7/24/94
8/14/94
9/4/94
9/25/94
10/16/94
11/6/94
11/27/94
12/18/94
1/8/95
RM/RL
NRM/NRL
= Industry CPW

2078285499

http://legacy.library.ucsf.edu/tid/rlv18d00/pdf