52065 7230

# Travel Centers of America
# Retail Leaders

10/5/98

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf

52065 7231

# What are our objectives?

## Travel Centers of America

- Establish a clean merchandising platform that will feature the leading companies
- Feature back bar merchandising
- Increase category sales and profits
- Be more competitive with retail pricing

## Philip Morris

- Establish/Maintain first tier supplier status
- Grow our Key Accounts
- Grow our Brands
- Meet the needs of our customers through retail program execution

http://legacy.library.ucsf.edu/tid/egi90d00/pdf

52065 7232

# Background

- Overall Industry volume is declining 2%
- Growing category sales will be more difficult
- Product costs continue to rise – Sound inventory management is more important
- More stores are competing for less volume – How are you positioned in the marketplace?
- Regulation of cigarettes continues to mount – Line of sight/more impactful NSS merchandising required

**So how do I grow my category in this dynamic environment?**



# Retail Leaders

http://legacy.library.ucsf.edu/tid/egi90d00/pdf

52065 7233

# Retail Leaders Principles

| 5Ps | Value | Benefit |
|---|---|---|
| Product | Space to Sales<br>• Allocate visual inventory space to share of sales | Increase customer satisfaction by reducing out of stocks on leading brands |
| Position | Best Selling Brands/Best Position<br>• Feature Marlboro as the most prominent and visible brand to ensure that adult smokers are aware that cigarettes are available | Marlboro is one of the most valuable trademarks in the world; it generally conveys to adult smokers that cigarettes are available |
| Presence | Category Presence<br>• Utilize functional industry front faced merchandisers to draw attention to the cigarette category and reduce clutter | Convey a friendly and uncluttered look to adult smokers while consolidating the category into one focused location |
| Promotions | Promotional Availability<br>• Display promotions in a highly visible location | Build consumer loyalty by providing adult smokers with value added offers on their favorite items |
| Price | Promote Premium Brands<br>• Feature Marlboro at a competitive price with call outs | Maximize sales by leading with the top selling brand to build store traffic and increase impulse sales |

http://legacy.library.ucsf.edu/tid/ogj00d00/pdf

52065 7234

# Retail Leaders

*A solution based category approach that allows for increased flexibility to meet store and consumer needs.*
*Retail Leaders has 3 Category Performance Levels(CPL)*

## Store Needs

Increased customer count
Increased register rings
Increased income from sales
Merchandising payments
Competitive with all trade classes
Effective selling solutions for NSS
Youth access prevention ideas
Effective inventory management
Consistent promotion strategy
Less shrink

## Consumer Needs

Convenience
Selection
Value
Promotions
Rapid transaction
Pleasant shopping experience

## So How Does this Work...

1. Retailer chooses total size of cigarette department
   - PM provides guidance based on retailer input
   - Overheads don't figure in to the total department size
2. Retailer selects a Retail Leaders Category Performance Level PM provides
   - CPL 1: 33% of cigarette department is merchandised with an Industry Fixture – Minimum 2' Industry Fixture Size
   - CPL 2: 50% of cigarette department is merchandised with an Industry Fixture – Minimum 3' Industry Fixture Size
   - CPL 3: 100% of cigarette department is merchandised with and Industry Fixture – Minimum 3' Industry Fixture Size
3. PM requires market share of remaining space(if any) for PM prime fixture
4. Retailer chooses what to do with the balance of the remaining space

http://legacy.library.ucsf.edu/tid/egi90d00/pdf

52065 7235

# CPL 3 – Total Category Approach

Step 1: Select Department Size Example 10'
Step 2: Select CPL Example 3

10FT

10FT = 100% Industry Fixture
PM provides the Industry Fixture
Ability to merchandise single packs, cartons, front faced cartons and promotions

- 100% of Category space is the Industry Fixture - Minimum of 3'
- Space to Share merchandising on Industry Fixture, or 90% if applicable
- Exclusive PM Permanent Signage/Displays
- PM will supply all the fixtures at no cost to the retailer

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf

# CPL 3 – Available Resources

- $.90 per carton – Merchandising Payment
- $.35 per carton – Growth Fund Payment(approximately 9.7 additional weeks of Marlboro priced off)
- 17 weeks per year – Marlboro and Basic price off*
- $.50 per carton – Incremental Basic allowance during price promotions
- 8 weeks per year – Outstanding Premium Brands price off
- 2 times per year – Marlboro Flip Top Carton
- Marlboro Gear Promotion
- 2 times per year – Marlboro Name Generation
- Monthly product promotional support(e.g.,B4G1F, B2G1F)

OCT - MARL B3G2
NOV - BASIC B2G1
DEC - CAMBRIDGE B2G1

## Payment Grid

| PM Volume | Rate Factor | CPL 3 | Growth Fund |
|---|---|---|---|
| 50 - 59 | 2 | $212 | $71 |
| 60 - 69 | 3 | $251 | $84 |
| * 70 - 79 | 4 | $290 | $97 |
| 80 - 89 | 5 | $329 | $110 |
| 90 - 99 | 6 | $368 | $123 |
| 100 - 115 | 7 | $419 | $140 |
| 116 - 129 | 8 | $477 | $159 |

* Estimated

52065 7237

# CPL 2 – Two Company Approach

| | | |
|---|---|---|
| Step 1: | Select Department Size | Example 10' |
| Step 2: | Select CPL | Example 2 |
| Step 3: | PM market share of remaining space | Example 2' |
| Step 4: | Retailer chooses balance of remaining space | Example 2' |

10FT

| 6FT = 50% Industry Fixture* PM Provides Industry Fixture Ability to merchandise single packs, cartons, front faced cartons and promotions | 2FT = 50% of remaining 4FT PM Prime Fixture | 2FT = 50% of remaining 4FT Retailer Choice |
|---|---|---|

* Due to rounding, the industry fixture will gain additional space

- 50% of Category space is the Industry Fixture - Minimum of 3'
- Space to Share merchandising on Industry Fixture, or 90% if applicable
- Space to Share of remaining category space, or 90% if applicable
- Space to Share of Signage, not to include the Industry Fixture Headers
- Share of front faced on counter displays, if any are present and 90% if applicable
- PM will supply all of the fixtures at no cost to the retailer

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf

52065 7238

# CPL 2 – Available Resources

- $.60 per carton – Merchandising Payment
- $.20 per carton – Growth Fund Payment(approximately 5.5 additional weeks of Marlboro priced off)
- 17 weeks per year – Marlboro and Basic price off*
- $.50 per carton – Incremental Basic allowance during half of the price promotions
- 4 weeks per year – Outstanding Premium Brands price off
- 1 time per year – Marlboro Flip Top Carton
- Monthly product promotional support(e.g.,B4G1F, B2G1F)

## Payment Grid

| PM Volume | Rate Factor | CPL 2 | Growth Fund |
|---|---|---|---|
| 50 - 59 | 2 | $142 | $35 |
| 60 - 69 | 3 | $168 | $42 |
| 70 - 79 | 4 | $194 | $48 |
| 80 - 89 | 5 | $220 | $55 |
| 90 - 99 | 6 | $246 | $61 |
| 100 - 115 | 7 | $279 | $70 |
| 116 - 129 | 8 | $318 | $80 |

* Estimated

http://legacy.library.ucsf.edu/tid/egi90d00/pdf

52065 7239

# CPL 1 – Multiple Company Approach

| | | |
|---|---|---|
| Step 1: | Select Department Size | Example 10' |
| Step 2: | Select CPL | Example 1 |
| Step 3: | PM market share of remaining space | Example 3' |
| Step 4: | Retailer chooses balance of remaining space | Example 3' |

10FT

| 4FT = 33% Industry Fixture* PM Provides Industry Fixture Ability to merchandise single packs, cartons, front faced cartons and promotions | 3FT = 50% of remaining 6FT PM Prime Fixture | 3FT = 50% of remaining 6FT Retailer Choice |
|---|---|---|

* Due to rounding, the industry fixture will gain additional space

- 33% of Category space is the Industry Fixture - Minimum of 2'
- Space to Share merchandising on Industry Fixture, or 90% if applicable
- Space to Share of remaining category space, or 90% if applicable
- Space to Share of Signage, not to include the Industry Fixture Headers
- Share of front faced on counter displays, if any are present and 90% if applicable
- PM will supply all of the fixtures for a fee to the retailer

http://legacy.library.ucsf.edu/tid/eqj90d00/pdf

52065 7240

# CPL 1 – Available Resources

- $.25 per carton – Merchandising Payment
- $.20 per carton – Growth Fund Payment(approximately 5.5 additional weeks of Marlboro priced off)
- 17 weeks per year – Marlboro and Basic price off*
- Monthly product promotional support(e.g.,B4G1F, B2G1F)

## Payment Grid

| PM Volume | Rate Factor | CPL 1 | Growth Fund |
|---|---|---|---|
| 50 - 59 | 2 | $59 | $71 |
| 60 - 69 | 3 | $70 | $84 |
| 70 - 79 | 4 | $81 | $97 |
| 80 - 89 | 5 | $91 | $110 |
| 90 - 99 | 6 | $102 | $123 |
| 100 - 115 | 7 | $116 | $140 |
| 116 - 129 | 8 | $133 | $159 |

* Estimated

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf

52065 7241

**EXAMPLE:** Jennifer's c-store is curious about what effect Retail Leaders category participation levels will have on her business. She sells 200 CPW, PM's share is 50, Marlboro share is 30, OPB share is 10 and Basic share is 5. She charges $2.50 per premium pack and $2.00 per discount pack. What is PM's investment at each CPL level?




http://legacy.library.ucsf.edu/tid/egi90d00/pdf

52065 7242

# Retail Leaders – Benefits

- Space to Sales merchandising should lead to better inventory management
- Choice of NSS or SS merchandising
- Flexible enough to support single or multiple manufacturers programs
- Enables retailer to compete with all trade classes
- Can free up counter space for non-tobacco manufacturers' programs
- Can reduce shrink
- Uses best selling brands to draw profitable customers
- Can encourage impulse purchases by communicating product and promotional offerings
- Demonstrates a commitment and value to retailer's smoking customers
- Demonstrates commitment to reduce youth access
- Offers the flexibility of multiple package presentations

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf

52065 7243

# Travel Centers - CPL 3

## What will it look like?

### 12 FT

12FT = 100% Industry Fixture
PM provides Industry Fixture
Ability to merchandise single packs, cartons front faced cartons and promotions

6FT low profile spring load
6 FT combo cartons and promotional

### 10 FT

10FT =100%Industry Fixture
PM provides Industry Fixture
Ability to merchandise single packs, cartons front faced cartons and promotions

6 FT low profile springload
4 FT combo cartons and promotional

### 8 FT

8FT = 100% Industry Fixture
PM provides Industry Fixture
Ability to merchandise single packs, cartons front faced cartons and promotions

6 FT low profile springload
2 FT combo cartons and promotional

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf

52065 7244

# Travel Centers - CPL 2

## What will it look like?

### 12 FT

| 6FT = 50% Industry Fixture<br>PM provides Industry Fixture<br>Ability to merchandise single packs, cartons front faced cartons and promotions<br><br>4FT low profile spring load fixture<br>2FT low profile carton fixture | 3FT = 50% of remaining 6FT<br>PM Prime Fixture | 3FT = 50% of remaining 6FT<br>Retailer Choice |
|---|---|---|

### 10 FT

| 6FT = 50% Industry Fixture<br>PM provides Industry Fixture<br>Ability to merchandise single packs, cartons front faced cartons and promotions<br><br>4FT low profile spring load fixture<br>2FT low profile carton fixture | 2FT = 50% of remaining 4FT<br>PM Prime Fixture | 2FT = 50% of remaining 4FT<br>Retailer Choice |
|---|---|---|

### 8 FT

| 4FT = 50% Industry Fixture<br>PM provides Industry Fixture<br>Ability to merchandise single packs, cartons front faced cartons and promotions<br><br>4FT low profile spring load fixture | 2FT = 50% of remaining 4FT<br>PM Prime Fixture | 2FT = 50% of remaining 4FT<br>Retailer Choice |
|---|---|---|

http://legacy.library.ucsf.edu/tid/eqj90d00/pdf

52065 7245

# Retail Leaders – Timeline

- All Retail Masters contracts expire 3/31/98
- Retail Associates contracts will remain unchanged
- Fixture availability is 11/98, additional resources will be spent to ensure timely implementations
- Accounts will be prioritized based on legislated NSS, current UP and UC agreements, strategic value and sell in completion – Don't wait until March

**What is Travel Centers Timeline?**

http://legacy.library.ucsf.edu/tid/eqi90d00/pdf



PM USA
POS #12692
KIT #12682

# PHILIP MORRIS INCORPORATED ("PM USA")
## 120 PARK AVENUE, NEW YORK, NEW YORK 10017
## RETAIL LEADERS PROGRAM - PK

The Retailer named on the reverse side who sells cigarettes primarily by packs agrees, on behalf of participating stores, to implement this merchandising and retail performance program and will be paid in accordance with the Category Performance Level agreed to and achieved and the volume of PM USA cigarettes sold to consumers.

There are three Category Performance Levels ("CPL") available to Retailers who choose to participate in the Retail Leaders program. Each CPL has performance requirements addressed to (A) merchandising cigarettes manufactured by the various tobacco manufacturers on an Industry Front-Faced Fixture, and (B) merchandising cigarettes manufactured by PM USA on a PM USA Prime Fixture.

### INDUSTRY FRONT-FACED FIXTURE:

- Cigarettes manufactured by the various tobacco manufacturers may be merchandised on either a PM USA-supplied or Retailer-owned Industry Front-Faced Fixture.
- Retailer must maintain the Industry Front-Faced Fixture, in a location approved by PM USA that is the number one visible non-self service staffed location at the transaction area (where the register(s) is/are located) by or the number one self service location within the line of sight of the store's staff who is/are located at the transaction area or in a combination of locations, as approved by PM USA, provided that there is at least two feet of industry merchandising at the number one visible non-self service staffed location at the transaction area for Retailers participating at CPL1 (at least three feet for Retailers participating at CPL2 or CPL3) and the balance of the industry merchandising is within the line of sight of the store's staff who is/are located at the transaction area; allocate to PM USA space on the Industry Front-Faced Fixture (measured in square feet) equivalent to PM USA's share of Retailer's total cigarette sales or PM USA's share of the local cigarette market, whichever is greater (subject to the 90% rule described below); merchandise PM USA brands beginning with the top two rows of the Industry Front-Faced Fixture and contiguously thereafter in one or more of the following manners, as designated by PM USA: front-faced packs, front-faced cartons, and promotional packages; and feature signage provided by PM USA as the only cigarette signage on the Fixture.
- The size of the Industry Front-Faced Fixture will be determined by the amount of space Retailer chooses to dedicate to the merchandising of tobacco products ("Category Space"). Retailer must allocate to the Industry Front-Faced Fixture:

  At CPL1: the greater of one-third of the Category Space or two feet
  At CPL2: the greater of one-half of the Category Space or three feet
  At CPL3: all of the Category Space
- Retailer must maintain an Industry Front-Faced Fixture but may also maintain a PM USA-supplied or Retailer-owned Overhead Pack Merchandising Fixture ("OPM") as the exclusive OPM in the store. On PM USA-supplied OPMs, Retailer must feature either signage provided by PM USA as the exclusive tobacco signage on the OPM or no signage for any branded product on the OPM. On Retailer-owned OPMs, Retailer must feature either signage provided by PM USA as the exclusive tobacco signage on the OPM or no tobacco signage on the OPM.

### PM USA PRIME FIXTURE:

- For Retailers participating at either CPL1 or CPL2, Retailer must allocate to PM USA a share of the remaining Category Space if any (measured in square feet) that is equivalent to PM USA's share of Retailer's total cigarette sales or PM USA's share of the local cigarette market, whichever is greater (subject to the 90% rule described below) ("PM USA Space"). In PM USA Space, maintain a PM USA-supplied or Retailer-owned permanent Fixture, merchandise PM USA brands on this Fixture, beginning at the top and contiguously thereafter, as designated by PM USA, in one or more of the following manners: front-faced packs, front-faced cartons, and promotional packages; and feature signage provided by PM USA as the only signage at the top of the Fixture.
- For Retailers participating at CPL2 who do not own any permanent fixtures and who request it, PM USA will supply permanent fixture(s) to be used by Retailer in the remaining Category Space.

### COUNTER DISPLAYS:

- Retailer may choose not to merchandise cigarettes on Retailer's front counter. However, if any competitive cigarette brand(s) are merchandised on or above the front counter on or in a permanent or temporary display, Retailer must maintain a Marlboro brand front counter permanent or temporary display (as appropriate to maintain Marlboro brand presence during competitive display periods) in the number one counter display location as designated by PM USA.
- If Retailer merchandises any competitive premium brand(s) on or above the front counter in or on a permanent or temporary display, Retailer must maintain a PM USA premium brand front counter permanent or temporary display (as appropriate to maintain PM USA premium brand presence during competitive display periods) in the number two or number three counter display location as designated by PM USA.
- If Retailer merchandises any competitive discount brand(s) on or above the front counter in or on a permanent or temporary display, Retailer must maintain a Basic brand front counter permanent or temporary display (as appropriate to maintain Basic brand presence during competitive display periods) in the number one discount location as designated by PM USA.
- If any competitive displays are merchandised in a self service manner, then Retailer must merchandise the required PM USA counter displays in a self service manner.
- If all competitive displays are merchandised in a non-self service manner, then Retailer may merchandise the required PM USA counter displays in either a self service or non-self service manner unless local law(s) provide otherwise.
- Retailers participating at CPL3 who choose to use counter display(s) must maintain PM USA-supplied permanent counter display(s) as the exclusive permanent cigarette display(s) in the store.
- Where Retailer chooses to use counter displays, Retailer must allocate to PM USA cigarette display front facings in the counter displays equivalent to PM USA's share of Retailer's total cigarette sales or PM USA's share of the local cigarette market, whichever is greater (subject to the 90% rule described below).

### OTHER REQUIREMENTS:

- Retailers participating at CPL2 or CPL3 must accept and offer to consumers promotions provided by PM USA as the exclusive tobacco promotions in the participating stores for three weeks during each quarter of a calender year and may not exclude PM USA from offering consumer promotions in the participating stores for more than three weeks during each quarter of a calender year.
- Retailers participating at CPL3 must display an additional high visibility item selected from the following (subject to availability):

| List A | List B |
|---|---|
| Small Newspaper Stand (POS #56533) | Cigarette Neon (POS #69680) |
| Single Shopping Basket (POS #61512) | Vertical Window Pricer (POS #01058) |
| Polar Motion Clock (POS #77415) | Horizontal Window Pricer (POS #01055) |
| Sign with Clock (POS #70686) | Pump Topper (POS #01026) |
| Open Neon (POS #91058) | Fade In/Fade Out (POS #77416) |
| | Edgelit Sign (POS #91005) |
| | Large Lit Pricer (POS #81910) |
| | Small Lit Pricer (POS #81911) |

- Retailers in states which have entered into agreements with, among others, PM USA which restrict point-of-sale materials must select a high visibility item from List B only. Retailers in the other states may select an item from either List A or List B. However, if Retailer selects an item from List A and subsequently that item may not be displayed at retail, a high visibility item from List B will be substituted for the List A item previously selected.
- Additionally, Retailers participating at CPL3 must maintain permanent signage provided by PM USA as the exclusive permanent tobacco signage in the participating stores. Competitive price call outs are always allowed.
- If Retailer accepts a black and white or private label cigarette of any manufacturer, Retailer must accept a black and white or private label cigarette manufactured by PM USA or Famous Value Brands or other qualifying brand designated by PM USA.
- Retailer must maintain "We Card" or equivalent signage which advises that Retailer will verify, in accordance with applicable law, the age of persons who wish to purchase cigarettes and will not sell to anyone who has not reached the legal age to purchase cigarettes.
- Retailer must maintain adequate distribution and inventory of PM USA premium and discount brand packings to satisfy local market demand, subject to the approval of PM USA.
- Retailer must maintain unobstructed interior and exterior signage (where not prohibited by law) provided by PM USA in signage locations designated as number one signage locations by PM USA, including signage locations on fixtures, displays, and other devices used for merchandising cigarettes; allocate to PM USA a share of interior and exterior signage (excluding signage on the Industry Front-Faced Fixture but including signage on an OPM if applicable) that, based on area, is no less than PM USA's local cigarette market share or share of Retailer's total cigarette sales, whichever is greater; provide PM USA with a competitive visibility advantage based on signage; and not permit the display of competitive cigarette signage or other point of sale materials in the locations allocated to PM USA.
- When Retailer accepts consumer promotions made available by PM USA, Retailer must display consumer promotions made available by PM USA, prebook additional inventory for shipment prior to the promotion, assemble and display PM USA promotions and point-of-sale materials as requested by PM USA, and offer PM USA consumer promotions only to consumers. If Retailer sells or transfers consumer promotions made available by PM USA to other retail, wholesale or commercial purchasers, Retailer will lose any promotional payments from PM USA and may be ineligible to receive future consumer promotions from PM USA. Violation of this provision will result in immediate termination of this Agreement.
- Retailer must submit reports, in a form satisfactory to PM USA, verifying each store's cigarette sales by brand and packing to PM USA upon request and authorize Retailer's cigarette supplier to provide to PM USA on request data regarding its shipments of PM USA products to Retailer.
- Retailer must distribute to all participating stores and ensure compliance with the "plan-o-gram(s)" approved by PM USA illustrating the position of cigarette merchandising fixtures, displays and permanent signage within the store, the position of PM USA brands on each fixture, and the number of minimum front facings on each PM USA display.
- Retailer must accept new brand packings recommended by PM USA during the designated Introductory Period.
- Retailer must keep all space allocated to PM USA on cigarette merchandising fixtures, displays and promotions fully stocked with appropriate PM USA brand packings, rotate PM USA brand cartons and packs according to "first in first out" principles, and remove any product that is unsaleable by virtue of its date of manufacture.
- Retailer acknowledges PM USA's ownership of fixtures and displays provided by PM USA to Retailer and Retailer agrees to permit PM USA to remove from Retailer's participating stores all such fixtures and displays upon the termination of this Agreement.

**"90% rule": Whenever PM USA's share of Retailer's total cigarette sales or PM USA's share of the local cigarette market, whichever is greater, exceeds 85%, then Retailer must allocate to PM USA 90% of the space (measured in square feet) or 90% of the front-facings, whichever is applicable, that PM USA is otherwise entitled to.**

### RETAILER FURTHER AGREES:

- to permit PM USA, on an exclusive basis, to place signage on or permit no tobacco signage on, and to label, each fixture provided by PM USA;
- to permit PM USA to approve the type, position, location, size and capacity of PM USA fixtures, displays, promotions, signage and the content of PM USA displays;
- to permit PM USA to modify, replace or supplement fixtures or displays to accommodate new PM USA brands, promotions and merchandising methods;
- to permit PM USA to make reasonable audits of performance, including audits of Retailer's purchases of cigarettes and Retailer's sales of cigarettes to consumers, and inspect and rotate stock of PM USA brands in all participating stores; and
- to indemnify PM USA, its agents and employees and hold them harmless from any and all claims for injury or damage arising from the fixtures and displays provided in connection with this Agreement.

### PM USA CONSUMER CARTON VOLUME PER WEEK:

PM USA Consumer Carton volume per week ("PM-CCPW") is the average weekly sales by participating stores of all PM USA brands of cigarettes to consumers during the most recent three-month or six-month period. Retailers who elect to have PM-CCPW calculated on a three-month basis may not change to a six-month basis for four calendar quarters following that election.

Retailer warrants that its consumer sales volume has been properly computed. If PM USA sales volume drops below the designated PM-CCPW, Retailer will promptly inform PM USA. Retailer understands and agrees that any action by Retailer for the purpose of artificially inflating Retailer's performance under this Agreement may subject Retailer's payments under the Agreement to being withheld or forfeited and may affect Retailer's eligibility to continue to participate in PM USA's Retail Leaders program or other PM USA trade programs.

Payments will be made quarterly only for participating stores rendering full performance throughout the term. Payments will not commence until all elements of the Agreement are in place in Retailer's store(s). If Retailer does not render full performance at the Performance Level Retailer agrees to, payment will not be made. Retailer may not deduct amounts due Retailer under this Agreement from invoices due PM USA for its products.

This Agreement may be terminated or amended in any respect by PM USA, upon thirty days written notice. In the event of a failure of performance by Retailer, this Agreement may be terminated by PM USA immediately upon written notice. This writing contains the entire agreement between PM USA and Retailer on the subject matter hereof, and supersedes all prior and contemporaneous oral or written agreements between PM USA and Retailer on the subject matter. This Agreement may be assigned only by a writing signed by both parties. No PM USA Representative or other employee of PM USA has any authority to alter any term or condition of the Agreement.

Proportionally equal offers are made available by PM USA to all competing Retailers. As part of the PM USA total merchandising program, PM USA will from time to time solicit further support on behalf of its products in retail stores through special offers. Please consult your PM USA sales representative to determine your eligibility for PM USA offers. Details will be communicated to Retailers when PM USA offers are available.

52065 7246

http://legacy.library.ucsf.edu/tid/egj90d00/pdf

# RETAIL LEADERS AGREEMENT - PK

KIT #12692

| Territory | Retailer Name |
| --- | --- |
| Call | Street Address - Line 1 |
| Indep: SPACE # | Street Address - Line 2 |
| Chain: K.A. # | City, State, Zip |

Effective Date of Agreement

☐ New Account ☐ Old Account (New Plan)
☐ Reinstatement ☐ Change in Name/Address
☐ Change in Ownership

| Participating Chain Store Number(s) | Number of Stores (chain) | Category Performance Level | Rate Factor* PM Volume Bucket | Monthly Payment Per Store* | Plan-O-Gram Number |
| --- | --- | --- | --- | --- | --- |
| | | 1 2 3 | | | |
| | | 1 2 3 | | | |
| | | 1 2 3 | | | |
| | | 1 2 3 | | | |
| | | 1 2 3 | | | |

*as of date of signing; subject to future adjustment

By its signature, Retailer acknowledges and agrees that this Agreement does not become effective unless and until approved by Philip Morris management

by ____________________ Date ______ Retailer by ____________________ Date ________

PM Management Approval

| Distribution | |
| --- | --- |
| Original | Section Office |
| Duplicate | Section Office |
| Triplicate | Customer |
| Quadruplicate | P.M. Representative |

Space I.D.: ____________________ Territory #: ____________________

Tax Entity: Individual ______ Corporation ______ Trust/Estate ______ Partnership ______

Social Security No. (SSN): ____________________ Employer ID No. (EIN): ____________________

Owner's Name: ____________________ Entity Name: ____________________

Mailing Address: ____________________

Contact Person: ____________________ Telephone: ____________________

Certification – Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me) and
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or, (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement (IRA), and payments other than interest and dividends).
Certification Instructions: – You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

Signature/Title: ____________________ Date: ____________________

Will you please take a moment to help us update our profile on your business by checking the appropriate box that identifies the majority ownership of your business.

☐ White (not of Hispanic origin) – All persons having origins in any of the original peoples of Europe, North Africa, or the Middle East.

☐ Black (not of Hispanic origin) – All persons having origins in any of the Black racial groups of Africa.

☐ Hispanic – All persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin.

☐ Asian or Pacific Islander – All persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands. This area includes, for example, China, India, Japan, Korea, the Philippine Islands, and Samoa.

☐ American Indian or Alaskan Native – All persons having origins in any of the original peoples of North America and who maintain cultural identification through tribal affiliation or community recognition.

☐ Women

☐ Other (Please Print Clearly) ____________________

52065 7247

http://legacy.library.ucsf.edu/tid/egj90d00/pdf