**PHILIP MORRIS USA**                       **INTER-OFFICE CORRESPONDENCE**
**120 PARK AVENUE, NEW YORK, NY 10017**

**TO:**     Field Sales Force              **DATE:** August 21, 2003

**FROM:**    Craig Johnson / Executive Vice President, Sales & Distribution

**SUBJECT:**    <u>Underage Cigarette Sales Prevention Policy (UCSPP) - UPDATED</u>

As the manufacturer of a product intended for adults, we have a responsibility to help prevent kids from smoking, including preventing youth access to cigarettes. Our Underage Cigarette Sales Prevention Policy (UCSPP) is one way we support responsible retailing, and we have updated it effective immediately. We are mailing the attached letter, which explains the changes and includes the updated policy, to all current workload stores. Also, when you open workload stores in the future, we will automatically mail the policy to them.

### Field Sales Force (FSF) Role

<u>Account Managers</u>:

- Review and reinforce the UCSPP with retailers.

<u>TSMs</u>:

- Verify that signage placed by the retailer meets the UCSPP signage requirements;
- Verify that a retailer new to the workload complies with the UCSPP signage requirements within 60 days; and
- Take action as follows if a store does not comply with the UCSPP signage requirements:
  - Retail Leaders stores - Follow the Retail Leaders non-performance process.
  - Non-Retail Leaders stores - Do not sign the store to any PM USA merchandising program until the signage requirements are met;

We expect more states to provide us with information about retailers or their personnel that have been convicted or penalized for underage cigarette sales. Upon receiving this information, PM USA headquarters will suspend a store's benefits accordingly and send instructions regarding your responsibilities in implementing the penalties.

Remember, the *We Card* Program includes educational and training materials that can help retailers prevent underage cigarette sales. Retailers can order these materials either by calling 1-800-934-3968 or by visiting www.wecard.org.

By communicating the Underage Cigarette Sales Prevention Policy to retailers and verifying compliance with the signage requirements, you play an active role in helping to prevent youth access to cigarettes. If you have any questions, please contact your supervisor. SOMs should contact their Region Trade Marketing Manager.

> COMMUNICATED VIA OUTLOOK MAIL 8/21/03 TO THE ENTIRE FIELD SALES FORCE. NO HARD COPIES PROVIDED BY THE NYO. FOR INTERNAL USE ONLY.

DOC. #241

U.S. Ex.
93,329

IDX393 1785

# PHILIP MORRIS
USA

September 2003

Dear Valued Retailer:

We at Philip Morris USA (PM USA) are committed to merchandising and selling cigarettes in a responsible manner. We appreciate your joining us in this commitment and expect that you will continue to do so.

As part of our ongoing efforts to help prevent youth smoking, we have an Underage Cigarette Sales Prevention Policy that supports responsible tobacco retailing. We have updated this policy as follows:

- To further explain our signage requirements, and
- To enhance our penalty structure for violations of underage cigarette sales laws.

The updated policy appears on the reverse side of this page.

Thank you again for supporting our commitment to help prevent underage cigarette sales. Information and resources to help you comply with minimum age sales laws are available from the Coalition for Responsible Tobacco Retailing by calling 1-800-934-3968 or by visiting www.wecard.org. You should also check with your legal advisor or state enforcement agency to determine whether your state has specific signage requirements with which you must comply.

If you participate in PM USA's Retail Leaders 2003 Program, remember that you may be subject to additional signage and youth smoking prevention requirements.

If you have any questions, please contact your PM USA sales representative.

                                                            **PHILIP MORRIS USA**

JDX393 1786

http://legacy.library.ucsf.edu/tid/pyq08h00/pdf

UCX025 31

## Philip Morris USA Underage Cigarette Sales Prevention Policy

### *PM USA Signage Requirements*

All stores that are called on by a PM USA representative, referred to as workload stores, are required to display signs that meet three requirements:

(1) **Content** – the signs must inform customers that (a) store personnel verify the age of those who seek to purchase cigarettes, and (b) store personnel do not sell cigarettes to anyone who is under the legal age to purchase cigarettes;

(2) **Number** – there must be at least two such signs; and

(3) **Placement** – each sign must be in a visible location.

Any of the following signs can satisfy the Content requirement as long as they communicate the two elements stated in (1) above:

- signs required by your state;
- We Card signs available from the Coalition for Responsible Tobacco Retailing;
- a store's own signs.

Retailers should check with their legal advisor or state enforcement agency to determine whether their state has specific signage requirements. If it does, the following guidelines apply:

- If state-required signage satisfies the above Content requirement, the retailer may use the state-required signs to satisfy this policy.
- If state-required signage does **not** satisfy the above Content requirement, then We Card signs or other signs that do satisfy the Content requirement must be placed in addition to the state-required signage.

Note that your state may have additional requirements as to the number or placement of signs.

Workload stores that participate in PM USA's Retail Leaders Program and do not comply with PM USA's Signage Requirements are subject to the penalties described in the Retail Leaders agreement. Workload stores that do not participate in the Retail Leaders Program and do not comply with PM USA's Signage Requirements are not eligible to participate in PM USA trade programs until they comply with the signage requirements.

### *Violation of Underage Cigarette Sales Laws*

If a state agency notifies PM USA that a workload store or any of its personnel has been convicted or penalized for underage cigarette sales, PM USA will impose penalties on that store according to the schedule stated below. The penalties include suspension of (a) merchandising payments, (b) eligibility for promotional resources provided by PM USA directly to stores, and (c) eligibility for product promotions.

| Violation | PM USA Penalty |
|---|---|
| 1st | 1-month suspension |
| 2nd | 3-month suspension |
| 3rd | 12-month suspension if the violation is within 24 months of the 1st violation; 3-month suspension if the violation is more than 24 months from the 1st violation |
| Subsequent | 12-month suspension if the violation is within 24 months of the prior violation; 3-month suspension if the violation is more than 24 months from the prior violation. |

*Revised 9/03*

IDX393 1787