

PHILIP MORRIS

# Retail Leaders

# Market Walk 2001

2080305263

Table of Contents



| | |
|---|---|
| 1 | **Field Sales Force Communication** |
| 2 | **Retail Leaders 2001** (Excerpts of RL Deck; Definitions) |
| 3 | **Merchandising Guidelines** |
| 4 | **Retail Leaders 2001 Reference Sheets** |
| 5 | **Roles and Responsibilities** |
| 6 | **Market Walk 2001 Store List** |
| 7 | **Market Walk 2001 Performance Form** |
| 8 | **Market Walk 2001 Summary** |
| 9 | **Transition Rule Document** |
| 10 | **Market Walk 2001 HQ Personnel List** |

2080305264

**PHILIP MORRIS U.S.A.**                    **INTER-OFFICE CORRESPONDENCE**
                                             **120 PARK AVENUE, NEW YORK 10017**

**TO:**        Field Sales Force                    **DATE:** March 7, 2001

**FROM:**      Craig Johnson

**SUBJECT:**   Retail Leaders Performance Measurement Market Walk


Congratulations, as a result of your efforts we have achieved historic levels of Retail Leaders penetration in the marketplace. To date, Retail Leaders volume penetration is 89%, and the Progressive Merchandising Option (PMO) has reached 85% of Retail Leaders volume.

Retail Leaders 2001 provides us with a responsible and effective platform for merchandising our brands to adult consumers who choose to smoke. With the introduction of our Merchandising Guidelines and the Progressive Merchandising Option (PMO), we have strengthened our commitment to Youth Access Prevention and furthered our alignment with society's expectations.

Your execution of and commitment to our merchandising platform, Merchandising Guidelines and PMO will continue to position us as a leader in the tobacco industry. As leaders it is important for us to know where we stand on these issues; therefore, we will be conducting Market Walks beginning in April to ensure that our actions at retail are consistent with our programs.

The principal goal of these Market Walks is to measure performance of the major components of Retail Leaders, including the PMO and Merchandising Guidelines. To conduct the Market Walks, PM USA Headquarters Representatives will be paired with field sales management from the respective Sections each month.

As a result of these Market Walks, we will gain a better knowledge of where we stand and important insight into how we can further align ourselves with society's expectations.

For more information about the Market Walk, refer to the enclosed documents "Market Walk 2001" and "Market Walk 2001 Roles and Responsibilities."

Thank you for your continued support and leadership.

2080305265



# Market Walk 2001

# Market Walk 2001

© Philip Morris 2001

Confidential - For Internal Discussion Only

2080305266

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Market Walk 2001

# Situation:

- ## Substantial investment in Retail Leaders
  - More accounts participating in Retail Leaders
  - Greater percentage of accounts at CMO 3
  - Higher level of Growth Funds available to more accounts

- ## <u>Responsible</u> and <u>effective</u> merchandising is a priority
  - Retail Leaders values
  - Merchandising guidelines
  - Progressive Merchandising Option
    - Youth Access Prevention
    - Non-self-service
    - MSA compliance

2080305267

© Philip Morris 2001        Confidential - For Internal Discussion Only                    2

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Market Walk 2001

# Reported Non-Performance



208030526 8

© Philip Morris 2001

Confidential - For Internal Discussion Only

3



# Market Walk 2001

## Issues:

- Discrepancy between observed non-performance and reported non-performance

- Concerns regarding the consistency with which non-performance standards are applied at retail

How will we ensure consistent and responsible Retail Leaders performance?

2080305269

© Philip Morris 2001                    Confidential - For Internal Discussion Only                    4



# Market Walk 2001

# Objectives:

- Measure performance in Retail Leaders stores

- Evaluate whether merchandising payments accurately reflect performance

- Help retailers see the value of full performance with Retail Leaders values

2080305270

© Philip Morris 2001

Confidential - For Internal Discussion Only

5



# Market Walk 2001

# Solutions:

- Every month, from April to December, 2001, District Managers (DMs) and Unit Managers (UMs) will work with PM USA headquarters representatives to conduct Performance Measurement Market Walks

- They will evaluate the Retail Leaders platform in visited stores, with particular focus on:

  – Retail Leaders values

  – PMO execution

  – Compliance with Merchandising Guidelines

  – Promotional look

2080305271

© Philip Morris 2001

Confidential - For Internal Discussion Only

6



## Market Walk 2001

# How It Works:

**Pre-Market Walk activities:**

- Each month, a Market Walk will be conducted in one District per Section. Each Market Walk team will consist of the local DM, the UM of the market visited, and a headquarters Market Walk representative. The Market Walk should cover all contract levels and all trade classes.

- The Market Walk will last two consecutive days and will cover two Units in each District

- The HQ Market Walk representatives will contact the selected DM two weeks before the beginning of a promotion cycle and conduct the Market Walk within the first three weeks of the promotion cycle.

2080305272

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Market Walk 2001

# How It Works: (cont.)

### In-Field Market Walk activities:

- The DM, UM and HQ Market Walk representative should visit 20-25 stores per day.
- When conducting a Market Walk, the DM, UM and HQ Market Walk representative will compare in-store Retail Leaders execution with the Retail Leaders platform elements, PMO, the Merchandising Guidelines and the current "Look".
- The HQ Market Walk representative should complete the Performance Measurement section of the *Market Walk 2001 Store List* for each store visited.
- If non-performance is observed, record the non-performance on the *Market Walk Performance Form.*

### Post-Market Walk activities:

- The DM and UM will determine the steps necessary for the store to achieve full performance.
- After the Market Walk, the HQ Market Walk representative should complete the *Market Walk 2001 Summary Form*
- Market Walk participants will participate in periodic conference calls to obtain feedback for enhancing the process.
- Within 4 weeks of the Market Walk, the DM will complete a *Market Walk Follow-Up Form* and forward it to his or her Section Sales Director (SSD).

© Philip Morris 2001          20803052773          Confidential - For Internal Discussion Only          8



## Market Walk 2001

# Benefits:

- PM's leadership demonstrates <u>responsible</u> and <u>effective</u> merchandising

- Obtain marketplace data on Retail Leaders platform execution

- Measure the effectiveness of the Merchandising Guidelines

- Help evaluate the return on investment in Retail Leaders 2001

- Obtain marketplace feedback on promotion execution

- Help PM determine best practices and opportunities

© Philip Morris 2001

2080305274

Confidential - For Internal Discussion Only

9

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

2080305275

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# 2001 Merchandising Guidelines

2080305276



## Retail Leaders 2001

# Philip Morris
# Mission Statement

*"Our Goal Is to Be The Most Responsible, Effective And Respected Developer, Manufacturer And Marketer Of Consumer Products Made For Adults..."*

2080305277

© Philip Morris 2001              Confidential – For Internal Discussion Only              2



# Retail Leaders 2001

## <u>Merchandising Timeline</u>

| <u>Early 90's</u> | <u>1992</u> | <u>1998</u> | <u>2001</u> |
|---|---|---|---|

### Display & Sign Based

- Counter Displays
- Rows On Carton Fixtures

### Retail Masters

- Space To Share
- Self-Service
- Signage Requirements

- Packs & Cartons Consolidation
- Non-Self-Service Focus
- Counter Displays Optional
- "We Card" Sign Requirement
- Exterior Signage Optional

2080305278

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Purpose



2080305279

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Merchandising Has Improved

*Retail Leaders 2000*



**Level D**

2080305280

© Philip Morris 2001

Confidential – For Internal Discussion Only

5

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

*But...*



SOCIETY

What's Missing?

PM USA

CUSTOMERS

20803052$l

© Philip Morris 2001

Confidential – For Internal Discussion Only

6

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



## Retail Leaders 2001





## Societal Issues

- Youth Smoking

- Profile of Cigarette Category

2080305282

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



## Retail Leaders 2001

# Big Question?

*How Can We Improve Our In-Store Platform to Better Meet the Needs of Our Customers and Advance Toward Our Goal to Be the Most Responsible, Effective, and Respected...Marketer of Consumer Products Made For Adults...?*

# "We're Changing the Way We Do Business"

2080305283

© Philip Morris 2001                    Confidential – For Internal Discussion Only                    8

# Retail Leaders 2001 Strategies

**Simplify Platforms**: *Category Merchandising Options*

**Societal Alignment**: *New PM USA Signage Guidelines*

**Youth Smoking Prevention**: *Progressive Merchandising Option*

**Pay for Performance**: *Pay On Actual Volume*

**Level Differentiation**: *Increase Growth Funds*



http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Simplify Platforms



2080305285

| CMO 1 | CMO 2 | CMO 3 |
|-------|-------|-------|

  

**Vertical Platform**        **Combination Platform**        **Horizontal Platform**



© Philip Morris 2001

**Confidential – For Internal Discussion Only**

10

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Name Changes

|  | Retail Leaders 2000 | Retail Leaders 2001 | |
| --- | --- | --- | --- |
|  | Plans: | Plans: | Plans w/ PMO: |
| **Pack** | PK | P | P+ |
| **Carton** | CR | S | S+ |
| **Tobacco Store** | TC | T | T+ |
| **Kiosk** | KS | K | K+ |
| **Wholesale Club** | WH | W | W+ |
| **Low Volume** | PM | L | L+ |

2080305286

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

**Plan P/ Overview** : For Retailers Who Sell and/or Merchandise Cigarettes Primarily by the Pack

## CMO 1



### PM Prime Fixture

Size: PM Share of Category Space

Location: #1

(may or may not be in the center)

Merchandising: PM top down until PM Share of total Category Space

**20803052587**



Legend

■ Philip Morris

□ Retailer Choice (Any Manufacturers)

## CMO 2



### Industry Fixture (Min. 2')

Size: 50% of Category Space

Location: #1

Merchandising: PM Share top down

### PM Prime Fixture:

Size: PM Share of remaining Space

Location: #1 remaining location

Merchandising: PM top down until PM Share of total Category Space

## CMO 3



### Industry Fixture (Min. 2')

Size: 100% of Category Space

Location: #1

Merchandising: PM Share top down

### Counter Displays

PM as only permanent Counter Displays

### Signs

PM as only permanent signs

*(Competitive permanent signs on RC portion of Fixture)*

(c) Philip Morris 2001

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

**Plan S  Overview:**    For Retailers Who Sell and /or Merchandise Cigarettes Primarily by the Carton

## CMO 1



Pack            Carton

## CMO 2



Pack            Carton

## CMO 3

Pack            Carton

### PM Prime Carton Fixture

Size:  PM Share of Carton Space

Location: #1 carton location

Merchandising:  PM top down until PM Share of Total Carton Space

### PM Prime Pack Fixture

Size:  PM Share of Pack Space

Location:  #1 pack location

Merchandising:  PM top down until PM Share of Total Pack Space



---

### Legend

▅ Philip Morris

☐ Retailer Choice (Any Manufacturers)

### Industry Carton Fixture (Min. 2')

Size: 50% of Carton Space

Location: #1 carton location

Merchandising:  PM Share top down

**PM Prime Carton Fixture:**

Size:  PM Share of remaining Carton Space

Location:  #1 remaining carton location

Merchandising:  PM top down until PM Share of total Carton Space

### Industry Pack Fixture (Min. 2')

Size:  100% of Pack Space

Location:  #1 pack location

Merchandising:  PM Share top down

### Industry Carton Fixture (Min. 2')

Size:  100% of Carton Space

Location: #1 carton location

Merchandising:  PM Share top down

### Industry Pack Fixture (Min. 2')

Size:  100% of Pack Space

Location:  #1 pack location

Merchandising:  PM Share top down

### Counter Displays

PM as only Permanent Counter Displays

### Signs

PM as only Permanent Signs

*(Competitive Permanent Signs on RC portion of Fixture)*

Confidential – For Internal Discussion Only

13

2080305288



# Retail Leaders 2001

**Plan T Overview:**   For Retailers Whose Tobacco Sales Represent At Least 50% of Total sales

## CMO 1



Pack        Carton        Promo

**PM Prime Carton Fixture**

Size: PM Share of Carton Space

Location: #1

Merchandising: PM top down until PM Share of total Carton Space

**PM Prime Pack Fixture**

Size: PM Share of Pack Space

Location: #1

Merchandising: PM top down until PM Share of total Pack Space

**Permanent Promotional Unit**

Quantity: PM Share of Units (if any competitive units exist) .

Location: #1 promotion location

Merchandising: Exclusive PM products/signs

| | |
|---|---|
| ■ | Philip Morris |
| □ | Retailer Choice (Any Manufacturer) |

ⁿ. ᴾʰⁱˡⁱ ᵖ **Morris 2001**

## CMO 2



Pack        Carton        Promo

**Industry Carton Fixture (Min. 2')**

Size: 50% of Carton Space

Location: #1

Merchandising: PM Share top down

**PM Prime Carton Fixture**

Size: PM Share of remaining Carton Space

Location: #1 remaining location

Merchandising: PM top down until PM Share of total Carton Space

**Industry Pack Fixture (Min. 2')**

Size: 100% of Pack Space

Location: #1 pack location

Merchandising: PM Share Top Down

**Permanent Promotional Unit**

Quantity: Minimum of one: (PM only)

Location: #1 promotion location

Merchandising: Exclusive PM Products/Signs

Confidential – For Internal Discussion Only

## CMO 3



Pack        Carton        Promo

**Industry Carton Fixture (Min. 2')**

Size: 100% of Carton Fixture Space

Location: #1

Merchandising: PM Share Top Down

**Industry Pack Fixture (Min. 2')**

Size: 100% of Pack Fixture Space

Location: #1

Merchandising: PM Share Top Down

**Permanent Promotional Unit**

Quantity: Minimum of one: (PM only)

Location: #1 promotion location

Merchandising: Exclusive PM products/signs

**Signs / Counter Displays**

PM  as only permanent Counter Displays

PM Signs as only permanent Signs

*(Competitive permanent signs on RC portion of Fixture)*

14

2080305289



# Retail Leaders 2001

## Plan L Overview:        For  Accounts Under 215 Average PM-CCPM)

### Fixture Option

 or  or  **or**

**PM Prime Fixture**

*Size:* PM Share of Category Space (minimum 2')

*Location:* #1

*Merchandising:* PM top down until PM Share of Space

**Signs**

None required (except Header on Fixture(s)

If any competitive signs, PM Share of Signs

**Industry Fixture**

*Size:* 50% of Category Space

*Location:* #1

*Merchandising:* PM Share Top Down

**Prime Fixture**

*Size:* PM Share of Remaining Space

*Location:* #1 Remaining Location

*Merchandising:* PM Top Down until PM Share of total Space

**Signs**

None required (except Header on Fixture(s)

If any competitive signs, PM Share of Signs

**Industry Fixture**

*Size:* 100% of Category Space

*Location:* #1

*Merchandising:* PM Share Top Down

**Signs**

None required (except Header on Fixture(s)

If any competitive signs, PM Share of Signs

### Display Option

 **and** OPB or Basic

**Marlboro Display(s)  #1 location (minimum 16 front facings)**

**OPB or Basic Display in #3 Location**

**PM Share of Total Pack Facings**

**Minimum of one PM permanent Sign required**

*(PM Share of Signs)*

2080305290

© Philip Morris 2001

Confidential – For Internal Discussion Only

15

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan K  Display Option Overview:    For Kiosk Accounts (Transaction Area at least 33% of total store)

| CMO1 | CMO2 | CMO3 |
|---|---|---|
|  |  |  |

**Displays**
- Marlboro #1 location
                and
- OPB #3  location
                **or**
  Basic #1 discount location
- PM Share of Total Facings

**Signs**

PM Share of Signage

**Displays**
- Marlboro #1 location
                and
- OPB #3  location
                **and**
  Basic #1 discount location
- PM Share of Total Facings

**Signs**

PM Share of Signage

**Displays**
- Marlboro #1 location
                and
- OPB #2  location
                **and**
  Basic #1 discount location
- PM only permanent Displays

**Signs**

PM permanent signs only

## Legend

 **Marlboro**  **OPB**  **Basic** **RC**  **RC Sign**

2080305291

© Philip Morris 2001          Confidential – For Internal Discussion Only                                    16

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

**Plan K  Modular Window Display Option Overview:   For Kiosk Accounts (transaction area at least 33% of total store)**

## CMO2



## CMO3



Modular Display



**One Industry Modular  Display**

Minimum 16 PM PM USA Facings

PM Share top down

**PM Share of Signage**

**One Industry Modular  Display**

Minimum 16 PM PM USA Facings

PM Brands Only

**PM only permanent Signs**

2080305292

© Philip Morris 2001          Confidential – For Internal Discussion Only                    17



# Retail Leaders 2001

## PM USA Share of Space
(Calculating Share of Space When Account's PM Share Is *Greater* Than the Local Market PM Share )

Use Account's PM Share, Subject to the 90% Rule

90% Rule:  PM Share of Space Is Calculated Using 90% of the Account's PM Share If the Account's PM Share Exceeds 55%

---

**Example #1**

| | |
|---|---|
| Account PM share | = 54% |
| Local Market PM share | = 50% |
| PM Share of Merchandising Space | **= 54%** |

---

**Example #2**

| | |
|---|---|
| Account PM share | = 70% |
| Local Market PM share | = 50% |
| PM Share of Merchandising Space | = 63%* |

$$70 \ \times \ 90\% \ = \ 63$$

*Since 70% Is Greater Than 55%, PM Share of Space Should Equal 63%*

---

© Philip Morris 2001    2080305293    Confidential – For Internal Discussion Only    18



# Retail Leaders 2001

## PM USA Share of Space
(Calculating Share of Space When Account's PM Share Is *Less* Than the Local Market PM Share )

**(Account's PM Share)  +  (Local Market PM Share)**   =  **PM Share of Space**

$$2$$

*\*PM Share of Merchandising Space Cannot Be More Than 15 Points Below the Local Market PM Share*

---

**Example #1**
Account PM share                        = 40%
Local Market PM share               = 50%          **(40  +  50)  / 2  = 45**
PM Share of Merchandising Space = **45%**

---

**Example #2**
Account PM share                        = 19%
Local Market PM share               = 55%          **(19 + 55)  / 2  = 37**
PM Share of Merchandising Space = **40%\***

*Since 37% Is More Than 15 Points Below the Local Market PM Share, PM Share of Merchandising Space Should Be 40%  (55% - 15% = 40%)*

---

© Philip Morris 2001          2080305294          Confidential – For Internal Discussion Only

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Progressive Merchandising Option (PMO):

### Merchandising
- All Cigarette Merchandising Must Be Non-Self-Service  (Includes cigarettes from any *Manufacturer*)

### Youth Smoking Prevention and Education
- Two We Card Signs Must Be Placed in the Store in Specific Locations
  - One Outward Facing
  - One at the Point of Purchase
- One We Card Age Verification Tool at the Point of Purchase
- PM-Supplied Youth Smoking Prevention Materials at the Point of Purchase
- All Employees Selling Cigarettes Receive We Card Video or Equivalent Training
  - Accounts Provide We Card or Equivalent Training Certification Twice Per Year
  - Accounts Have 120 Days From the Contract Signing Date  to Provide Certification

### Compliance with Master Settlement Agreement (MSA)
- Retailers May Not Use Any PM USA Brand Name, Trademark, Logo, Symbol, Motto or Selling Message in Any Way That PM USA May Not
  - No Exterior Signs Greater Than 14 Square Feet Displaying a PM USA Trademark
  - No Billboards Displaying a PM USA Trademark

© Philip Morris 2001   2080305295   Confidential – For Internal Discussion Only   20



# Retail Leaders 2001

## Non-Performance

An Account Is in "Non-Performance" When the Account Fails to Comply
With the Terms of the Retail Leaders 2001 Contract.
These Terms Include:

A)  "We Card" or Equivalent Signage is not in a visible location

B)  Fixtures or Displays do not conform to the POG

C)  PM USA Share of Merchandising Space does not conform to the POG

D)  Signage Elements do not conform to the POG

E)  The Category Space is not located according to the POG

F)  The Progressive Merchandising Option (PMO) Elements do not conform to the
Agreement

A Retailer Who Does Not Comply with the Terms of the Contract in a Given
Month Does Not Earn a Merchandising Payment for That Month.

2080305296

© Philip Morris 2001                    Confidential – For Internal Discussion Only                    21



# Retail Leaders 2001

## Program Summary (Plans P, S and T)

|  | CMO 1 | CMO 2 | CMO 3 |
|---|---|---|---|
|  |  |  |  |
| **Platform** | 25¢ | 45¢ | 75¢ |
| **Progressive Merchandising Option (PMO)** | 15¢ | 15¢ | 15¢ |
| **Total Potential Earnings** | 40¢ | 60¢ | 90¢ |
| **Growth Funds** | n/a | n/a | 8 weeks |

2080305297

Legend:

 Philip Morris      Retailer's Choice      Retailer's Choice

© Philip Morris 2001                    Confidential – For Internal Discussion Only

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001



## Features

Category Merchandising Options

New PM USA Signage Guidelines

Progressive Merchandising Option

Pay On Actual Volume

Increased Growth Funds

## Benefits

Effective Platforms for Merchandising and Promoting Brands

Reduce Clutter

Societal Alignment

More Closely Ties Payments to Performance

Additional Resources to Promote Marlboro

© Philip Morris 2001        2080305298        Confidential – For Internal Discussion Only

23

# Retail Leaders 2001

## RL AGREEMENT DEFINITIONS

**"Agreement"** means the Philip Morris USA Retail Leaders 2001 Agreement, including all Exhibits attached to it.

**"Adult Consumer Category Space" (Plan W only)** means the total amount of space dedicated to merchandising cigarettes for sale exclusively to adult consumers and containing the Carton Fixture Space and the Pack Fixture Space. The Adult Consumer Category Space does not include any Trade Category Space.

**"Average PM USA Consumer Cartons Per Month"** or **"Average PM-CCPM"** means, with respect to a store, the total amount of PM USA Cigarettes purchased per STARS Calendar Quarter by Retailer, less returns, divided by three, rounded to two decimal places.

**"Average PM USA Consumer Cartons Per Month"** or **"Average PM-CCPM" (Plan W only)** means, with respect to a store, the total amount of PM USA Cigarettes purchased per STARS Calendar Quarter by Retailer, less returns and all sales of PM USA Cigarettes sold to other retail, wholesale or trade accounts, as determined by PM USA, divided by three, rounded to two decimal places.

**"Carton Fixture"** means a Fixture used for merchandising cigarettes primarily by the carton.

**"Carton Fixture Space"** means the square footage (length x width) of all the space that Retailer dedicates to merchandising cigarettes primarily by the carton, as determined by PM USA, and does not include Pack Fixture Space, Displays, Permanent Promotional Units (Plans T and T+), or OPMs.

**"Category Merchandising Option"** or **"CMO"** means a level of participation under a Program Plan.

**"Category Space"** means the square footage (length x width) of all the space that Retailer dedicates to the merchandising of cigarettes, excluding Displays and Overhead Pack Merchandisers.

**"Chain"** means three or more retail stores that share some common legal ownership or business management relationship.

**"Channel Strips"** means strips no more than 1.5" high designed to be placed within channels on Fixtures and Displays. A Channel Strip must be no longer and no wider than the channel in which it sits, and it must lie flush against the channel. Channel Strips are not considered signs for purposes of this Agreement.

2080305299

**PHILIP MORRIS U.S.A.**

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Retail Leaders 2001

"**Contraband PM USA Cigarettes**" means PM USA cigarettes on which the appropriate state excise taxes have not been paid.

"**Display**" means a portable cigarette unit presented in open view, generally on retail selling counters, or affixed to a window (Plans K and K+), with the capacity to merchandise cigarette packs, cartons, and promotional product for retail sale.

"**Effective Date**" means the date on which Retailer's store becomes eligible to earn Retail Leaders Merchandising Payments. Such date will be the first day of the month during which Retailer's store is set up in accordance with the requirements of the Agreement. However, if such date occurs after the fifteenth day of the month, the Effective Date will be the first day of the following month.

"**Exterior Cigarette Sign**" means any cigarette sign on a retailer's premises that is outside a retailer's store and includes any outward facing cigarette sign posted on the inside surface of the store window.

"**Fixture**" means a stationary unit presented in open view with the capacity to merchandise cigarette cartons, packs, and promotional product for retail sale. An Overhead Pack Merchandiser is not a Fixture.

"**Industry Carton Fixture**" means a Fixture, supplied by PM USA or Retailer-Owned, the primary purpose of which is to merchandise cigarettes from more than one manufacturer by the carton. The Industry Carton Fixture may be a PM USA spinner Fixture.

"**Industry Fixture**" means a Fixture, supplied by PM USA or Retailer-Owned, the primary purpose of which is to merchandise cigarettes from more than one manufacturer. The Industry Fixture may be a PM USA spinner Fixture.

"**Industry Pack Fixture**" means a Fixture, supplied by PM USA or Retailer-Owned, the primary purpose of which is to merchandise cigarettes from more than one manufacturer by the pack. The Industry Pack Fixture may be a PM USA spinner Fixture.

"**Inventory Storage Cabinet**" means a closeable cabinet that is affixed to a PM USA-supplied Fixture and used for storage of tobacco or non-tobacco products. Inventory Storage Cabinets may be affixed only on the bottom rows of the Fixture. The space occupied by Inventory Storage Cabinets is not included in the Carton Fixture Space (Plans S, S+, T and T+) or Pack Fixture Space.

2080305300

# Retail Leaders 2001

**"Line of Sight"** or **"LOS"** means within reasonable proximity, as determined by PM USA, of the store's primary point of purchase or register that is always staffed and within the full direct view and control of the store clerk.

**"Line of Sight"** or **"LOS" (Plans S and W only)** means within reasonable proximity, as determined by PM USA, of a location that is always staffed and within the full direct view and control of the store clerk.

**"Local Market"** means the PM USA sales district in which Retailer's store is located.

The **"90% Rule"** means that whenever the PM USA Share is greater than 55%, Retailer must use 90% of the PM USA Share to determine the square footage and linear footage of Fixture space, Display space, or front-facings on Displays, as applicable, that must be used to merchandise PM USA Cigarettes.

**"Master Settlement Agreement"** or **"MSA"** means the agreement executed as of November 23, 1998, by certain tobacco manufacturers and the settling states (as defined in the Master Settlement Agreement). A link to the Master Settlement Agreement can be found on the internet at www.philipmorrisusa.com.

**"Merchandising Option"** means one of two levels of participation under Program Plan L or L+.

**"Modular Window Display"** means a Display that affixes to the inside surface of a store window and is composed of clear modules, each of which holds four front-facing cigarette packs horizontally.

**"Non-Qualifying Sales"** means sales made in violation of PM USA policies as such policies may be issued from time to time, e.g., "Policy on Product Intended for Foreign Markets," "Policy on Internet/Mail Order/Telephone Cigarette Sales," and "Policy on Contraband Trade in Cigarettes."

**"Non-Self-Service"** or **"NSS"** means a manner of merchandising cigarettes where the cigarettes are clearly visible and proximate to adult consumers and are stored under lock, or are otherwise positioned to prevent direct access by customers.

**"Non-Self-Service Location"** or **"NSS Location"** means any location for merchandising cigarettes where the cigarettes are clearly visible and proximate to adult consumers and are stored under lock, or are otherwise positioned to prevent direct access by customers.

2080305301

**PHILIP MORRIS U.S.A.**

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Retail Leaders 2001

"**NSS Staffed Location**" means an NSS Location that is staffed at all times by store personnel.

"**Number One,**" "**Number Two,**" and "**Number Three**" locations mean the locations designated as such by PM USA.

"**Overhead Pack Merchandiser**" or "**OPM**" means a stationary cigarette merchandising unit elevated from the counter or suspended from the ceiling over the selling counter, with cigarettes facing the store clerk. An Overhead Pack Merchandiser is generally not intended to merchandise cigarettes by exposing cigarettes to customers.

"**Pack Fixture**" means a Fixture used for merchandising cigarettes primarily by the pack.

"**Pack Fixture Space**" means the square footage (length x width) of all the space that Retailer dedicates to merchandising cigarettes primarily by the pack, as determined by PM USA, and does not include Carton Fixture Space, Displays, Permanent Promotional Units (Plans T and T+), or OPMs.

"**Permanent**" sign or Display means a sign or Display of any type whatsoever that is in place for more than 30 days in any two-month period. If different signs or Displays from the same cigarette manufacturer are featured for more than 30 days in the same or approximately the same location, such signs or Displays are Permanent and are not considered to be Temporary.

"**Permanent Promotional Unit**" means a permanent, stationary or portable promotional cigarette unit presented in open view, typically floor-standing, used primarily to merchandise promotional product for retail sale. A Permanent Promotional Unit is not a Fixture or a Display; however, a temporary promotional unit is a Display.

"**Plan-O-Gram**" means the PM USA-approved diagram, signed by PM USA and Retailer, specifying the size and location of Fixtures, Permanent Displays, and Permanent signs, and indicating the placement of PM USA Cigarettes on the Fixtures within each store.

"**Plan**" means one of several agreements offered to retailers under the Program.

"**Plan B**" means the merchandising plan designed for retailers whose stores are located in hotels, airports, train/bus terminals, and other transportation centers.

"**Plan K**" means the Program Plan designed for retailers whose entire in-store area is inaccessible to customers or whose store has a combined register and in-store area that is inaccessible to customers which collectively constitute at least one-third of Retailer's in-store merchandising space.

**PHILIP MORRIS U.S.A.**

2080305302

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Retail Leaders 2001

**"Plan L"** means the Program Plan designed for retailers whose Average PM-CCPM is less than 215.

**"Plan M"** means the merchandising plan designed for retailers located in PM USA designated Metro Markets.

**"Plan P"** means the Program Plan designed for retailers who merchandise or sell PM USA Cigarettes primarily by the pack.

**"Plan S"** means the Program Plan designed for retailers who merchandise or sell PM USA Cigarettes primarily by the carton.

**"Plan T"** means the Program Plan designed for retailers whose sales of cigarettes and other tobacco products represent at least 50% of their total sales.

**"Plan W"** means the Program Plan designed for retailers who merchandise or sell PM USA Cigarettes primarily or exclusively by the carton, and who in the normal course of business are legitimately engaged in selling cigarettes to adult consumers and other retail, wholesale or trade accounts.

**"PM USA Cigarettes"** means cigarettes sold by PM USA and intended for resale in the United States domestic market.

**"PM USA Prime Carton Fixture"** means a Fixture, supplied by PM USA or Retailer-Owned, for merchandising exclusively or primarily PM USA Cigarettes by the carton for retail sale by the carton.

**"PM USA Prime Fixture"** means a Fixture, supplied by PM USA or Retailer-Owned, for merchandising exclusively or primarily PM USA Cigarettes for retail sale.

**"PM USA Share"** means a percentage equal to the greater of (a) PM USA's share of Retailer's total cigarette sales as measured by Retailer's purchases or (b) the average of PM USA's share of Retailer's total cigarette sales as measured by Retailer's purchases and PM USA's share of purchases by retailers in the Local Market; provided, however, that for the purpose of determining PM USA Share such average may not be an amount less than 15 percentage points below PM USA's share of purchases by retailers in the Local Market.

2080305303

**PHILIP MORRIS U.S.A.**

# Retail Leaders 2001

**"PM USA Share"** (Plan W only) means a percentage equal to the greater of (a) PM USA's share of Retailer's total cigarette sales to adult consumers or (b) the average of PM USA's share of Retailer's total cigarette sales to adult consumers and PM USA's share of purchases by retailers in the Local Market; provided, however, that for the purpose of determining PM USA Share such average may not be an amount less than 15 percentage points below PM USA's share of purchases by retailers in the Local Market.

**"PM USA Signage Share"** means the percentage of the total area of cigarette signs displayed by Retailer that is equal to the greater of (a) PM USA's share of Retailer's total cigarette sales as measured by Retailer's purchases or (b) PM USA's share of purchases by retailers in the Local Market. PM USA Signage Share is determined separately for interior signs and for Exterior Cigarette Signs.

**"PM USA Signage Share"** (Plan W only) means the percentage of the total area of cigarette signs displayed by Retailer that is equal to the greater of (a) PM USA's share of Retailer's total cigarette sales to adult consumers or (b) PM USA's share of purchases by retailers in the Local Market. PM USA Signage Share is determined separately for interior signs and for Exterior Cigarette Signs.

**"POS"** means Point-of-Sale materials.

**"Price Call-Out"** is an item featuring the price of a cigarette product on which the price occupies 2/3 or more of the space on every side displayed. A Price Call-Out is not considered a sign for purposes of this Agreement.

**"Progressive Merchandising Option"** or **"PMO"** means the program for retailers who wish to (i) merchandise cigarettes in a Non-Self-Service manner, (ii) abide by youth access prevention and youth smoking prevention policies, and (iii) comply with the MSA-related requirements described in the Agreement.

**"Qualifying Wholesaler"** means a wholesaler whose cigarette shipment information is not captured by STARS, who is in the business of selling cigarettes to retailers and who can provide evidence acceptable to PM USA that it is authorized to do so.

**"Retail Leaders Merchandising Payment"** means a cash payment made by PM USA to Retailer for a store based upon the store's Plan and CMO (except Plans L and L+) under the Program, the store's Average PM-CCPM, and the store's compliance with the terms and conditions of the Agreement. Retail Leaders Merchandising Payments are earned monthly but paid quarterly.

2080305304

**PHILIP MORRIS U.S.A.**

# Retail Leaders 2001

**"Retailer's Choice Fixture"** means a Fixture the primary purpose of which is to merchandise cigarettes from cigarette manufacturers other than PM USA for retail sale. Retailer chooses how cigarettes are merchandised on the Retailer's Choice Fixture.

**"Retailer's Choice Portion"** means the portion of a Fixture on which Retailer is not required by the Agreement to merchandise PM USA Cigarettes.

**"Retailer-Owned"** Fixture, Display or OPM means a Fixture, Display or OPM for which Retailer can provide an invoice or other documentation acceptable to PM USA reflecting Retailer's ownership of such Fixture, Display or OPM.

**"STARS"** means the Store Analysis and Reporting System, which is the system used to capture information relating to weekly wholesale shipments by PM USA Wholesale Leaders program participants of PM USA Cigarettes to retailers.

**"STARS Calendar"** means the calendar used by STARS and attached to the Agreement.

**"STARS Calendar Quarter"** means the calendar quarter according to the STARS Calendar.

**"Self-Service"** or **"SS"** means a manner of merchandising cigarettes where the cigarettes are positioned to permit direct access by customers.

**"Self-Service Location"** or **"SS Location"** means any location for merchandising cigarettes where the cigarettes are positioned to permit direct access by customers.

**"Temporary"** sign or Display means a sign or Display of any type whatsoever that is in place for 30 days or fewer in any two-month period. If different signs or Displays from the same cigarette manufacturer are featured for more than 30 days in the same or approximately the same location, such signs or Displays are not Temporary and are considered to be Permanent.

**"Trade Category Space"** (Plan W only) means the total amount of space dedicated to merchandising cigarettes for sale exclusively to other retail, wholesale, or trade accounts. The Trade Category Space does not include any Adult Consumer Category Space.

**"Transaction Area"** (Plans P and L only) means the store's primary point of purchase and must be within six feet of a register that is always staffed.

**"Transaction Area"** (Plans S and W only) means the primary place in the store at which cigarettes are transferred to adult customers.

**PHILIP MORRIS U.S.A.**

2080305305

# Retail Leaders 2001

"**Transaction Area**" (**Plans T, K, M, and B only**) means the store's primary point of purchase.

"**We Card Items**" means the We Card Minimum Age Calendar and the We Card Fake ID Tip Sheet, each produced by the Coalition for Responsible Tobacco Retailing and designed to assist with age verification.

"**We Card Sign**" means a sign produced by the Coalition for Responsible Tobacco Retailing that informs customers that Retailer verifies the age of persons who seek to purchase cigarettes and that Retailer does not sell to anyone who is not old enough to purchase cigarettes legally where Retailer's store(s) is located. A We Card Sign and any equivalent sign is not considered a sign for purposes of the Agreement.

"**We Card Training Video**" means the retailer training video produced by the Coalition for Responsible Tobacco Retailing.

"**YSP**" means PM USA's Youth Smoking Prevention initiative.

PHILIP MORRIS U.S.A.

2080305306

2080305307

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Market Walk 2001

2080305308

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Merchandising Guidelines

# What are our Merchandising Guidelines?

## Interior Cigarette Signs:

- All PM cigarette signs must be in or on PM fixtures or displays.  Other Signs that are not in or on PM fixtures or displays must be near the primary cigarette department.
    - "Near" means  entirely within 48" of the primary cigarette department, whether on the side of or above the department.


- There must be only **one** designated primary cigarette department per store for the purposes of these guidelines.
    - i.e., if Category Space exists in more than one location, or if there is visible PM cigarette merchandising in multiple locations throughout the store, PM must designate **one** primary cigarette department.  Free standing PM cigarette signs may only be placed within 48" of the designated primary cigarette department.

*All PM cigarette signs that violate these guidelines must be removed or relocated to a location consistent with the  guidelines.  If a sign was TPI installed, TPI must remove or relocate it.*

© Philip Morris 2001                    Confidential – For Internal Discussion Only

2080305309



## Merchandising Guidelines

# What are our Merchandising Guidelines?

## Interior Cigarette Signs:

- PM cigarette signs may be placed in or on displays or fixtures that are separate from the primary cigarette department where PM products are merchandised. Some examples are:
    - Headers on counter displays
    - Header or price call-outs on checklane merchandisers
    - Headers, shelf signs or danglers on fixtures when category space is split into two locations.

- Fixtures or displays separate from the primary cigarette category do not have a 48" area where signs may be placed.  Signs on such displays must be confined to either in or on the merchandising device.

*All PM cigarette signs that violate these guidelines must be removed or relocated to a location consistent with the  guidelines.  If a sign was TPI installed, TPI must remove or relocate it.*

© Philip Morris 2001          2080305310          Confidential -- For Internal Discussion Only

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



## Merchandising Guidelines

# What are our Merchandising Guidelines?

## Interior Cigarette Signs:

- The inside portion of a PM window sign that is not within 48" of the primary cigarette department must be non-branded or have non-cigarette signage.

- All cigarette signs on all OPMs may be maintained or, at the retailer's election, replaced with non-branded, non-cigarette signage.

- All cigarette signs with PM brand names or trademarks (except on displays and OPMs) are governed by these guidelines, including price call-outs, temporary signs, retailer-owned signs, discontinued signs, etc.

*All PM cigarette signs that violate these guidelines must be removed or relocated to a location consistent with the  guidelines.  If a sign was TPI installed, TPI must remove or relocate it.*

© Philip Morris 2001            Confidential – For Internal Discussion Only

2080303511

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



INTERIOR SIGNAGE GUIDELINES

http://legacy.library.ucsf.edu/tid/zlo86co0/pdf



2080305313

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



2080305314



## Merchandising Guidelines

# What are our Merchandising Guidelines?

## Exterior Cigarette Signs:

PM exterior cigarette signs will be placed only if:
- Competitive exterior signs exist, or
- Retailer requests them.

- All signs with PM brand names or trademarks (including retailer-owned signs) must be confined to a maximum of three signage locations.
    - In the window, facing outward.
    - On the gas pumps.
    - Near the street (Pole Sign or Counter Balance).

2080305315

*All PM cigarette signs that violate these guidelines must be removed or relocated to a location consistent with the  guidelines.  If a sign was TPI installed, TPI must remove or relocate it.*

© Philip Morris 2001             **Confidential – For Internal Discussion Only**



## Merchandising Guidelines

# What are our Merchandising Guidelines?

## Exterior Cigarette Signs:

- Only one sign may be in each location.  For example, only one pole sign or counter balance  per store; only one window sign per store.
    - Two-sided sign counts as one sign.
    - Multiple pump toppers count as one sign.

- If other manufacturers place more than three signs, PM will not place signs in more than three locations.

- All signs with PM brand names or trademarks are governed by these guidelines, including price call-outs, temporary signs, retailer-owned signs, discontinued signs, etc.

2080303516

*All PM cigarette signs that violate these guidelines must be removed or relocated to a location consistent with the  guidelines.  If a sign was TPI installed, TPI must remove or relocate it.*

© Philip Morris 2001                    Confidential -- For Internal Discussion Only

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



20803053177



## Merchandising Guidelines

# What are our Merchandising Guidelines?

## Promotional Merchandising:

PM USA prefers that PM Promotions be merchandised on the fixture, within PM USA's
Category Space.

*   If the promotion cannot be merchandised on the fixture, the promotion may be merchandised in a
    Non-Self-Service temporary display within 48" of the cigarette department.

*   PM USA  Non-Self-Service temporary promotional displays may be merchandised on the front
    counter only if PM Permanent Counter Displays are present.

*   PM promotions may also be merchandised in a permanent Non-Self-Service counter display only
    if PM Permanent Counter Displays are present.

## Ask-For-One Boxes:

PM Ask-For-One Boxes must always be in a Non-Self-Service Staffed Location using one of
the following placement strategies:

*   Non-Self-Service on the back bar within 48" of the cigarette department.
*   On the fixture, only if the fixture is in a Non-Self-Service Staffed location.
*   Non-Self-Service on the front counter, only if PM Permanent Counter Displays are present.

© Philip Morris 2001                                                    Confidential – For Internal Discussion Only

2080305318

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



**PROMOTIONAL MERCHANDISING**
**Temporary Displays Always Non-Self-Service**
**(Preferred Within 48" of the cigarette department)**

20803053320



ASK-FOR-ONE BOX
Always Non-Self-Service
[Preference within 48" of the Cigarette Department]

YSP KIT

Marlboro

RETAILER'S
CHOICE

RETAILER'S
CHOICE

RETAILER'S
CHOICE

MARLBORO

20803053321



## Merchandising Guidelines

# <u>Benefits</u>

✓ **Further aligns PM's retail strategy with societal expectations for cigarette merchandising**

✓ **Reduce cigarette signage in stores**

✓ **Effectively present the cigarette department to adults who choose to smoke**

20803053722

© Philip Morris 2001                    Confidential – For Internal Discussion Only

2080305323

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan P/P+ Reference Sheet



CMO 1



**Legend**

■ Philip Morris
☐ Retailer Choice

A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there a PM prime fixture?

  - Is the PM prime fixture located in the #1 non-self-service or self-service location?

  - If applicable, are all PM promotional and counter displays NSS?

C) - Does PM have its share of space (subject to the 90% rule) on the PM prime fixture?

  - Does PM have its share of front facings (subject to the 90% rule)?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)

  - Is there a PM header on the PM prime fixture?

  - Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?

  - Are PM signs obstructed?

  - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?

  - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?

  - If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the PM prime fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:

  - Are all cigarettes merchandised non-self-service?

  - Is We Card (or equivalent) signage outward facing at the point of entry?

  - Is We Card (or equivalent) signage at the transaction area?

  - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?

  - Is an age verification tool present at the transaction area?

  - Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)?  (e.g., On a billboard or on a sign larger than 14 square feet.)

2080305324

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Retail Leaders 2001

## Plan P/P+ Reference Sheet



**Legend**
█ Philip Morris
▦ Retailer Choice

**CMO 2**



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry fixture?
   - Is the industry fixture located in the #1 non-self-service or self-service location?
   - Does the industry fixture occupy 50% of the category space?
   - Are PM brands merchandised top-down on the industry fixture?
   - Is there a prime fixture?
   - Is the PM prime fixture located in the #1 remaining non-self-service or self-service location?
   - If applicable, are all PM promotional and counter displays NSS?

C) - Does PM have its share of space (subject to the 90% rule) on the industry fixture?
   - Does PM have its share of space (subject to the 90% rule) on the prime fixture?
   - Does PM have its share of front facings (subject to the 90% rule)?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
   - Is there a PM header on the industry fixture?
   - Is  there a PM header on the PM prime fixture?
   - Are PM interior signs either on the fixture (industry or prime) or displays or within 48" of the primary cigarette department?
   - Are PM signs obstructed?
   - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
   - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
   - If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the industry fixture located in the area designated by the POG?
   - Is the PM prime fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
   - Are all cigarettes merchandised non-self-service?
   - Is We Card (or equivalent) signage outward facing at the point of entry?
   - Is We Card (or equivalent) signage at the transaction area?
   - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
   - Is an age verification tool present at the transaction area?
   - Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)? (e.g., On a billboard or on a sign larger than 14 square feet.)

2080305325

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

 **Retail Leaders 2001**

## Plan P/P+ Reference Sheet



| Legend | |
|---|---|
| ■ | Philip Morris |
| □ | Retailer Choice |

**CMO 3**



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry fixture?
- Does the industry fixture occupy 100% of the carton fixture space?
- Is the industry fixture located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry fixture?
- If applicable, are all PM promotional and counter displays NSS?
- Are permanent competitive displays present?

C) - Does PM have its share of space (subject to the 90% rule) on the industry fixture?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
- Is there a PM header on the industry fixture?
- Are PM interior signs either on the fixture (industry) or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Are permanent competitive signs present inside or outside the store other than in the retailer's choice portion of the fixture?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the PM prime and industry fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)?  (e.g., On a billboard or on a sign larger than 14 square feet.)

2080305326

 **Retail Leaders 2001**

## Plan S/S+ Reference Sheet

| Legend |
|---|
| ■ Philip Morris |
| ▨ Retailer Choice |

### CMO 1



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there a PM prime carton fixture?
   - Is the PM prime carton fixture located in the #1 non-self-service or self-service location?
   - Is there a PM prime front-faced pack fixture?
   - Is the PM prime front-faced pack fixture in the #1 non-self-service or self-service location?
   - If applicable, are all PM promotional and counter displays NSS?

C) - Does PM have its share of space (subject to the 90% rule) on the PM prime carton fixture?
   - Does PM have its share of space (subject to the 90% rule) on the PM prime front-faced pack fixture?
   - Does PM have its share of front facings (subject to the 90% rule)?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
   - Is there a PM header on the PM prime carton fixture?
   - Is there a PM header on the PM prime front-faced pack fixture?
   - Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?
   - Are PM cigarette signs obstructed?
   - Are competitive signs present?
   - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
   - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
   - If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the PM prime carton fixture located in the area designated by the POG?
   - Is the PM prime front-faced pack fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
   - Are all cigarettes merchandised non-self-service?
   - Is We Card (or equivalent) signage outward facing at the point of entry?
   - Is We Card (or equivalent) signage at the transaction area?
   - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
   - Is an age verification tool present at the transaction area?
   - Does the account have any advertising using PM USA brand names, trademarks or logos that
     would violate the Master Settlement Agreement (MSA)?  (e.g., On a billboard or on a sign larger than 14 square
     feet.)

2080305327

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan S/S+ Reference Sheet

| Legend |
| --- |
| ■ Philip Morris |
| ▦ Retailer Choice |



CMO 2

A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry carton fixture?

- Is the industry carton fixture located in the #1 non-self-service or self-service location?
- Does the industry carton fixture occupy 50% of the carton fixture space?
- Are PM brands merchandised top-down on the industry carton fixture?
- Is there a prime carton fixture?
- Is the PM prime carton fixture located in the #1 remaining non-self-service or self-service location?
- Is there an industry front-faced pack fixture?
- Does the industry front-faced pack fixture contain 100% pack merchandising and is it located in the #1 non-self-service or self-service location?
- If applicable, are all PM promotional and counter displays NSS?

C) - Does PM have its share of space (subject to the 90% rule) on the industry carton fixture?

- Does PM have its share of space (subject to the 90% rule) on the prime carton fixture?
- Does PM have its share of space (subject to the 90% rule) on the industry front-faced pack fixture?
- Does PM have its share of front facings (subject to the 90% rule)?

D) - Does PM exterior signage exceed 3 locations? (front window, every other gas pump or roadside)

- Is there a PM header on the industry carton fixture?
- Is there a PM header on the PM prime carton fixture?
- Is there a PM header on the industry front-faced pack fixture?
- Are PM interior signs either on the fixture (industry or prime) or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Are competitive signs present?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the PM Prime and industry carton fixtures located in the area designated by the POG?

- Is the industry front-faced pack fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:

- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)? (e.g., On a billboard or on a sign larger than 14 square feet.)

2080305328



# Retail Leaders 2001

## Plan S/S+ Reference Sheet

| Legend |
|--------|
|  Philip Morris |
| ☐ Retailer Choice |



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry carton fixture?
- Does the industry carton fixture occupy 100% of the carton fixture space?
- Is the industry carton fixture located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry carton fixture?
- Is there an industry front-faced pack fixture?
- Does the industry front-faced pack fixture contain 100% pack merchandising and is it located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry front-faced pack fixture?
- If applicable, are all PM promotional and counter displays NSS?
- Are permanent competitive displays present?

C) - Does PM have its share of space (subject to the 90% rule) on the industry carton fixture?
- Does PM have its share of space (subject to the 90% rule) on the industry front-faced pack fixture?

D) - Does PM exterior signage exceed 3 locations? (front window, every other gas pump or roadside)
- Is there a PM header on the industry carton fixture?
- Is there a PM header on the industry front-faced pack fixture?
- Are PM interior signs either on the fixture (industry) or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Are permanent competitive signs present inside or outside the store other than in the retailer's choice portion of the fixture?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the industry carton fixture located in the area designated by the POG?
- Is the industry front-face pack fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)? (e.g. On a billboard or on a sign larger than 14 square feet.)

2080305329

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan T/T+ Reference Sheet



Legend
■ Philip Morris
□ Retailer Choice



CMO 1

A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there a PM prime carton fixture?
- Is the PM prime carton fixture located in the #1 non-self-service or self-service location?
- Is there a PM prime front-faced pack fixture?
- Does the industry front-faced pack fixture contain 100% pack merchandising and is it located in the #1 non-self-service or self-service location?
- Are PM permanent promotional units present?
- Are the PM permanent promotional units located in the #1 promotional unit location?
- If applicable, are all PM counter displays and PM promotional units (permanent and temporary) NSS?

C) - Does PM have its share of space (subject to the 90% rule) on the PM prime carton fixture?
- Does PM have its share of space (subject to the 90% rule) on the PM prime front-faced pack fixture and displays?
- Does PM have its share of number of permanent promotional units?
- Do the PM promotional units have exclusive PM products in them?
- Does PM have its share of front facings (subject to the 90% rule)?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
- Is there a PM header on the PM prime carton fixture?
- Is there a PM header on the PM prime front-faced pack fixture?
- Does PM have exclusive signage on the promotional units?
- Are PM interior signs either on the fixture or displays or within 48" of the primary cigarette department?
- Are PM cigarette signs obstructed?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Is the PM prime carton fixture located in the area designated by the POG?
- Is the PM prime front-faced pack fixture located in the area designated by the POG?
- Is the PM permanent promotional unit located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that
  would violate the Master Settlement Agreement (MSA)?  (e.g., On a billboard or on a sign larger than 14 square feet.)

2080305330

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan T/T+ Reference Sheet

| Legend | |
|---|---|
| ■ | Philip Morris |
| ▨ | Retailer Choice |



A) - Are there 2 We Card (or equivalent) signs visible?
B) - Is there an industry carton fixture?
- Is the industry carton fixture located in the #1 non-self-service or self-service location?
- Does the industry carton fixture occupy 50% of the category space?
- Are PM brands merchandised top-down on the industry fixture?
- Is there a prime carton fixture?
- Is the PM prime carton fixture located in the #1 remaining non-self-service or self-service location?
- Is there an industry front-faced pack fixture?
- Does the industry front-faced pack fixture contain 100% pack merchandising and is it located in the #1 non-self-service or self-service location?
- Are PM permanent promotional units present?
- Are the PM permanent promotional units located in the #1 promotional unit location?
- Are competitive permanent promotional units present?
- If applicable, are all PM counter displays and PM promotional units (permanent and temporary) NSS?
C) - Does PM have its share of space (subject to the 90% rule) on the industry carton fixture?
- Does PM have its share of space (subject to the 90% rule) on the prime carton fixture?
- Does PM have its share of space (subject to the 90% rule) on the industry front-faced pack fixture?
- Do the PM promotional units have exclusive PM products in them?
- Does PM have its share of front facings (subject to the 90% rule)?
D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
- Is there a PM header on the industry carton fixture?
- Is  there a PM header on the PM prime carton fixture?
- Is there a PM header on the industry front-faced pack fixture?
- Are PM interior signs either on the fixture (industry or prime) or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Does PM have exclusive signage on the promotional units?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?
E) - Is the industry carton  fixture located in the #1 location designated by the POG?
- Is the industry front-faced pack fixture located in the #1 location designated by the POG?
- Is the PM permanent promotional unit located in the area designated by the POG?
F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)?  (e.g., On a billboard or on a sign larger than 14 square feet.)



© Philip Morris 2001                    Confidential – For Internal Discussion Only                    8

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan T/T+ Reference Sheet

| Legend | |
|---|---|
| | Philip Morris |
| | Retailer Choice |



CMO 3



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry carton fixture?
- Does the industry carton fixture occupy 100% of the carton fixture space?
- Is the industry carton fixture located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry carton fixture?
- Is there an industry front-faced pack fixture?
- Does the industry front-faced pack fixture contain 100% pack merchandising and is it located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry front-faced pack fixture?
- Are PM promotional units present?
- Are the PM promotional units located in the #1 promotional unit location?
- Are permanent competitive promotional units present?
- If applicable, are all PM counter displays and PM promotional units (permanent and temporary) NSS?
- Are permanent competitive displays present?

C) - Does PM have its share of space (subject to the 90% rule) on the industry carton fixture?
- Does PM have its share of space (subject to the 90% rule) on the industry front-faced pack fixture?
- Do the PM promotional units have exclusive PM products in them?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
- Is there a PM header on the industry carton fixture?
- Is there a PM header on the industry front-faced pack fixture?
- Are PM interior signs either on the fixture (industry) or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Does PM have exclusive signage on the promotional units?
- Are permanent competitive signs present inside or outside the store other than in the retailer's choice portion of the fixture?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the overhead pack merchandiser have competitive cigarette or branded signage?

E) - Is the industry carton fixture located in the area designated by the POG?
- Is the industry front-face pack fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)?  (e.g., On a billboard or on a sign larger than 14 square feet.)

2080305532

© Philip Morris 2001          Confidential – For Internal Discussion Only                              9

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan L/L+ Reference Sheet

### PM Prime Fixture Option



### Industry Fixture Option



### Industry Fixture Option



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there a PM prime fixture?

   - Is there an industry fixture?

   - Is the PM prime fixture, if any, and the industry fixture, if any, located in the #1 non-self-service or self-service location?

   - If applicable, are all PM promotional and counter displays NSS?

C) - Does PM have its share of space (subject to the 90% rule) on the industry fixture, if any, and PM prime fixture, if any?

   - Are PM brands merchandised top down on the prime fixture or the industry fixture?

   - Does PM have its share of front facings (subject to the 90% rule) on any displays?

   - If there are competitive counter or non-counter displays present, does PM have counter or non-counter displays?

   - If there are competitive counter or non-counter displays present, does Marlboro have 16 front facings and is a PM OPB brand display or PM discount brand display present with PM share of front facings?

D) - Does PM exterior signage exceed 3 locations?. (front window, every other gas pump or roadside)

   - Is there a PM header on the PM prime fixture?

   - Is there a PM header on the industry fixture?

   - Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?

   - Is there at least one PM sign either on the fixture or on the PM or retailer owned overhead pack merchandiser (OPM)?

   - Are PM signs obstructed?

   - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?

   - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?

   - If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

   - If applicable, does the retailer owned OPM have competitive cigarette or branded signage?

E) - Is the PM prime fixture located in the area designated by the POG?

   - Is the industry fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:

   - Are all cigarettes merchandised non-self-service?

   - Is We Card (or equivalent) signage outward facing at the point of entry?

   - Is We Card (or equivalent) signage at the transaction area?

   - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?

   - Is an age verification tool present at the transaction area?

   - Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)?  (e.g. On a billboard or on a sign larger than 14 square feet.)

© Philip Morris 2001   Confidential – For Internal Discussion Only

2080305333

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan L/L+ Reference Sheet

## Display Option



A)  - Are there 2 We Card (or equivalent) signs visible?

B)  - Is there a Marlboro display located in the #1 display location?

   - Does the Marlboro display have a minimum of 16 front facings?

   - If there are competitive counter or non-counter displays present, does PM have counter or non-counter displays?

   - Is there a PM premium brand display located in the #3 display location or a PM discount brand display
     located in the #1 discount display location?

   - Are all PM promotional and counter displays NSS?

C)  - Does PM have its share of front facings (subject to the 90% rule)?

D)  - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)

   - Is there a PM permanent sign present inside the store?

   - Are PM interior signs on the displays or within 48" of the primary cigarette department?

   - Are PM signs obstructed?

   - If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

   - If applicable, does the retailer owned OPM have competitive cigarette or branded signage?

E)  - Are PM displays located in the area designated by the POG?

F)  Progressive Merchandising Option (PMO) elements:

   - Are all cigarettes merchandised non-self-service?

   - Is We Card (or equivalent) signage outward facing at the point of entry?

   - Is We Card (or equivalent) signage at the transaction area?

   - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?

   - Is an age verification tool present at the transaction area?

   - Does the account have any advertising using PM USA brand names, trademarks or logos that would
     violate the Master Settlement Agreement (MSA)?  (e.g.  On a billboard or on a sign larger than 14 square feet.)

2080305334

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan K Display Option Reference Sheet                    CMO1

| ■ Marlboro ■ | OPB | ■ Basic | ■ RC | 🌐 RC Sign |

A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry fixture or an overhead pack merchandiser (OPM)?
   - Is the industry fixture located in the #1 non-self-service or self-service location?
   - Is the industry fixture the only fixture in the store?
   - Are PM brands merchandised top-down on the industry fixture?
   - Is there a Marlboro display located in the #1 display location?
   - Is there a PM premium brand display located in the #3 display location or a PM discount brand display located in the #1 discount display location?
   - Are all PM promotional and counter displays NSS?

C) - Does PM have its share of front facings (subject to the 90% rule)?
   - Does PM have its share of space (subject to the 90% rule) on the industry fixture?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
   - Is there a PM header on the industry fixture?
   - Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?
   - Are PM signs obstructed?
   - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
   - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
   - If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Are PM displays and the industry fixture located in the area designated by the POG?

F) - Progressive Merchandising Option (PMO) elements:
   - Are all cigarettes merchandised non-self-service?
   - Is We Card (or equivalent) signage outward facing at the point of entry?
   - Is We Card (or equivalent) signage at the transaction area?
   - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
   - Is an age verification tool present at the transaction area?
   - Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the Master Settlement Agreement (MSA)?  (e.g.  On a billboard or on a sign larger than 14 square feet.)

2080305335

© Philip Morris 2001          Confidential – For Internal Discussion Only          12

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan K Display Option Reference Sheet                    CMO2



| Marlboro | OPB | Basic | RC | RC Sign |
|----------|-----|-------|-----|---------|

A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry fixture or overhead pack merchandiser (OPM)?
  - Is the industry fixture located in the #1 non-self-service or self-service location?
  - Is the industry fixture the only fixture in the store?
  - Are PM brands merchandised top-down on the industry fixture?
  - Is there a Marlboro display located in the #1 display location?
  - Is there a PM premium brand display located in the #3 display location?
  - Is there a PM discount brand display located in the #1 discount display location?
  - Are all PM promotional and counter displays NSS?

C) - Does PM have its share of front facings (subject to the 90% rule)?
  - Does PM have its share of space (subject to the 90% rule) on the industry fixture?

D) - Does PM exterior signage exceed 3 locations? (front window, every other gas pump or roadside)
  - Is there a PM header on the industry fixture?
  - Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?
  - Are PM signs obstructed?
  - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
  - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
  - If applicable, does the PM overhead pack merchandiser have competitive cigarette or branded signage?

E) - Are PM displays and the industry fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
  - Are all cigarettes merchandised non-self-service?
  - Is We Card (or equivalent) signage outward facing at the point of entry?
  - Is We Card (or equivalent) signage at the transaction area?
  - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
  - Is an age verification tool present at the transaction area?
  - Does the account have any advertising using PM USA brand names, trademarks or logos that would violate the
    Master Settlement Agreement (MSA)? (e.g. On a billboard or on a sign larger than 14 square feet.)

2080305336

Confidential – For Internal Discussion Only                    13



# Retail Leaders 2001

---

## Plan K Display Option Reference Sheet                    CMO3



| ▬ Marlboro ▬ | OPB | ▬ Basic | ▬▬ RC | ● RC Sign |
|---|---|---|---|---|

A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an Industry fixture or an overhead pack merchandiser (OPM)?

   - Is the industry fixture located in the #1 non-self-service or self-service location?
   - Are PM brands merchandised top-down on the industry fixture?
   - Are competitive fixtures present?
   - Is there a Marlboro display located in the #1 display location?
   - Is there a PM premium brand display located in the #2 display location?
   - Is there a PM discount brand display located in the #1 discount display location?
   - Are all PM promotional and counter displays NSS?
   - Are permanent competitive displays present?

C) - Does PM have its share of front facings (subject to the 90% rule) on displays?

   - Does PM have its share of space (subject to the 90% rule) on the industry fixture?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)

   - Is there a PM header on the industry fixture?
   - Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?
   - Are PM signs obstructed?
   - Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
   - Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
   - Are permanent competitive signs present inside the store other than the retailer choice portion of the industry fixture?
   - Are permanent competitive signs present outside the store?
   - If applicable, does the overhead pack merchandiser have competitive cigarette or branded signage?

E) - Are PM displays and the industry fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:

   - Are all cigarettes merchandised non-self-service?
   - Is We Card (or equivalent) signage outward facing at the point of entry?
   - Is We Card (or equivalent) signage at the transaction area?
   - Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
   - Is an age verification tool present at the transaction area?
   - Does the account have any advertising using PM USA brand names, trademarks or logos that
     would violate the Master Settlement Agreement (MSA)?  (e.g.  On a billboard or on a sign larger than 14 square feet.)

2080305337

---

© Philip Morris 2001          Confidential – For Internal Discussion Only                    14

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf



# Retail Leaders 2001

## Plan K Modular Display Option Reference Sheet        CMO2



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry fixture or an overhead pack merchandiser (OPM)?
- Is the industry fixture located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry fixture?
- Are competitive fixtures present?
- Is there a PM Modular Window Display located in the #1 display location?
- Does PM have a minimum of 16 front-facings on the display?
- Are PM brands merchandised top-down on the Modular Window Display?
- Are all PM promotional and counter displays NSS?
- Are there permanent competitive displays present?

C) - Does PM have its share of front facings (subject to the 90% rule)?
- Does PM have its share of space (subject to the 90% rule) on the industry fixture?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
- Is there a PM header on the industry fixture?
- Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- If applicable, does the PM overhead pack merchandiser (OPM) have competitive cigarette or branded signage?

E) - Are PM Modular Window Displays and the industry fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that
  would violate the Master Settlement Agreement (MSA)?  (e.g. On a billboard or on a sign larger than 14 square feet.)

2080305338

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

 **Retail Leaders 2001**

## Plan K Modular Display Option Reference Sheet          CMO3



A) - Are there 2 We Card (or equivalent) signs visible?

B) - Is there an industry fixture or an overhead pack merchandiser (OPM)?
- Is the industry fixture located in the #1 non-self-service or self-service location?
- Are PM brands merchandised top-down on the industry fixture?
- Are competitive fixtures present?
- Is there a PM Modular Window Display located in the #1 display location?
- Does PM have a minimum of 16 front-facings on the display?
- Are PM brands the only brands merchandised on the Modular Window Display?
- Are all PM promotional and counter displays NSS?
- Are there permanent competitive displays present?

C) - Does PM have its share of front facings (subject to the 90% rule) on temporary displays?
- Does PM have its share of space (subject to the 90% rule) on the industry fixture?

D) - Does PM exterior signage exceed 3 locations?  (front window, every other gas pump or roadside)
- Is there a PM header on the industry fixture?
- Are PM interior signs on the fixture or displays or within 48" of the primary cigarette department?
- Are PM signs obstructed?
- Are competitive signs located directly above the portion of fixtures used to merchandise PM cigarettes?
- Are competitive signs in or on the portion of the fixture used to merchandise PM cigarettes?
- Are permanent competitive signs present inside the store other than the retailer choice portion of the industry fixture?
- Are permanent competitive signs present outside the store?
- If applicable, does the PM overhead pack merchandiser have competitive cigarette or branded signage?

E) - Are the PM Modular Window Display and the industry fixture located in the area designated by the POG?

F) Progressive Merchandising Option (PMO) elements:
- Are all cigarettes merchandised non-self-service?
- Is We Card (or equivalent) signage outward facing at the point of entry?
- Is We Card (or equivalent) signage at the transaction area?
- Are PM USA supplied Youth Smoking Prevention (YSP) materials posted?
- Is an age verification tool present at the transaction area?
- Does the account have any advertising using PM USA brand names, trademarks or logos that
    would violate the Master Settlement Agreement (MSA)?  (e.g. On a billboard or on a sign larger than 14 square feet.)

2080305339

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

2080305340

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Market Walk 2001
## Roles and Responsibilities

This document defines the roles and responsibilities of all parties participating in the Market Walk 2001. To ensure the success of the Market Walk process, all parties are accountable for their responsibilities.

### HQ Market Walk Representative

Pre-Market Walk activities:
1) By the 15th of the month before your scheduled Market Walk, you will receive an e-mail from MIP. The e-mail will include a workbook file with 25 tabs:
   - The last tab has the *HQ Market Walk 2001 Personnel List* – review this tab first to determine your number.
   - The second to last tab has the *Market Walk 2001 Schedule* – review this to determine if you are scheduled to do a Market Walk that month.
   - The first 22 tabs include the *Market Walk 2001 Store List* for each market (labeled by the District number) – you only need to open and print a store list for your assigned District.
   - The third from the last tab has the *Market Walk 2001 Summary Form* – you need this form to summarize your Market Walk.

   If you receive a store list and you are not scheduled to perform a Market Walk that month, disregard the e-mail. If you are training a non-sales experienced representative, follow these guidelines:
   - Take the lead in contacting the DM.
   - Copy the non-sales experienced representative and the appropriate Section Sales Director on the initial e-mail to the DM.
   - Once the DM confirms the Market Walk dates and travel recommendations, forward the e-mail to the non-sales experienced representative. It is crucial that all parties are aware of dates, times, meeting places, etc.
2) Contact the respective DM two weeks before the beginning of the promotion cycle to notify the DM of the two-day Market Walk and the two Units that are involved. If the DM position is vacant, communicate with the respective SSD for a contact person to perform the Market Walk.
   - Schedule the two-day Market Walk within the first three weeks of the promotion cycle (offer as many two consecutive days to the DM as appropriate).
   - Obtain recommendations for travel (airport, hotels and directions). Keep in mind the travel time to get from the last call to the airport and arrange your flights accordingly.
   - Schedule the time and place all parties should meet.
3) If you are unable to meet the scheduled commitment, it is your responsibility to find a replacement from the *HQ Market Walk Personnel List*.
4) Print the *Market Walk 2001 Store List* and the *Market Walk 2001 Summary* tabs before going out to your assigned market. You should also take your Market Walk 2001 binder and 25 copies of the *Market Walk 2001 Performance Forms* each day.

- 1 -

**Confidential - For Internal Discussion Only**

2080305341

In-field Market Walk activities:

1) Each day, you should visit 20-25 stores on the store list with the DM and UM. The Market Walk should begin no later than 8:30 a.m.

2) While in each store, complete the Performance Measurement section of the *Market Walk 2001 Store List* (example enclosed at tab 6).

- If the store is in non-performance, you should complete a *Market Walk 2001 Performance Form* (sample enclosed at tab 7), indicating the reasons for non-performance.

   Note: If the store is in non-performance solely because of a reason that is excused by a transition rule, the store is not in non-performance and no Market Walk 2001 Performance Form needs to be completed.

- The *Market Walk 2001 Performance Form* requires 2 signatures: yours and the DM. You keep the original; give a copy to the DM and the UM.

   Note: If the POG is not available for a particular store, you and the DM should determine whether the account is in performance based on the Retail Leaders platform, Merchandising Guidelines and the Look. Alternatively, you may select another store on the list.

Post-Market Walk activities:

1) At the conclusion of the two-day Market Walk, you should debrief with the DM and the UM.

2) Within 3 days of the Market Walk, forward the completed *Market Walk 2001 Performance Forms* to Shane Williams (NYO, 120 Park Ave., 11th Floor, NY, NY 10017).

3) Within 3 days of the Market Walk, complete the *Market Walk 2001 Summary Form,* rename the worksheet file mm-yy-District # (e.g., 04-01-1171), and e-mail it to Shane Williams (Outlook global address: Williams, Shane G).

- The results will be compiled each month, noting Market Walks that were not completed.

2080305342

- 2 -

Confidential - For Internal Discussion Only

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

## District Manager

Pre-Market Walk activities:
1) After the HQ Market Walk Representative has contacted you, notify your SSD and UMs of when and where the Market Walk will take place.
2) Provide the HQ Market Walk Representative with the following information: meeting times, meeting place, airport, hotel suggestions and directions.

In-field Market Walk activities:
1) Each day, you should visit 20-25 stores on the store list with the HQ Market Walk Representative and the UM.
2) If a store is in non-performance, you must sign the *Market Walk 2001 Performance Form.*

Post- Market Walk activities:
1) Within four weeks of the Market Walk, complete the *Market Walk 2001 Follow-Up Form* and submit it to your SSD.


## Unit Manager

Pre-Market Walk activities:
1) Ensure that all POGs for chains and independents in the Unit are collected before the Market Walk.  Bring POGs to the Market Walk.

In-field Market Walk activities:
2) Provide any supporting information needed about the account, such as store share, fixtures, signage, etc.


## MIP

Pre-Market Walk activities:
1) Pull new store lists on a monthly basis (per the Market Walk Schedule).
2) Place each District's store lists on a separate tab in an Excel file workbook. In addition, place the *Market Walk 2001 Summary Form, HQ Market Walk Personnel List* and *Market Walk 2001 Schedule* on separate tabs in the same workbook file.  (There should be a total of 25 tabs).
3) E-mail the workbook file to all HQ Market Walk Personnel on the distribution list by the 15th of each month before the scheduled Market Walk.  (E-mail only the upcoming month's Market Walk Schedule.)


## Section Sales Director

1) Participate in conference call (to be scheduled) before the project launch to ensure full understanding of the program and how the data will be summarized.
2) At your discretion, you may participate in the Market Walks.

2080305343

- 3 -

**Confidential - For Internal Discussion Only**

**Contacts**

<u>Kimberly Estrada</u> – Manager, Sales Merchandising; NYO
PM USA
120 Park Ave., 11th Floor
NY, NY 10017

(917) 663-3294

Responsibilities:
- Answer questions concerning the Market Walk 2001.
- Conduct, as appropriate, conference calls with Market Walk participants

<u>Shane Williams</u> – Senior Analyst, National Accounts; NYO
PM USA
120 Park Ave., 11th Floor
NY, NY 10017

(917) 663-4182

Responsibilities:
- Recap Market Walk Summary Forms
- Maintain Non-Performance Forms
- Conduct, as appropriate, conference calls with Market Walk participants

2080305344

- 4 -

**Confidential - For Internal Discussion Only**

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

2080305345

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Instructions for Completing the Market Walk 2001 Store List

Each store list will have the following information already filled out: District #, Unit #, Territory #, Call #, Control #, Store Name, Address, City, State, ZIP Code, Contract Type and Contract Level. The HQ Market Walk Representative should manually complete the rest of the information on the sheet for each store visited.

Complete the following information for each store:

**Perform:** If a store is fully performing, place a **"Y"**.  If a store is in non-performance, place an **"N"**.

**Non-Performance Reason (A, B, C, D, E, F):** If the store is in non-performance, indicate the non-performance reason(s) using the following letter codes, which correspond to the Market Walk 2001 Performance Measurement Form:

    A: "We Card" or equivalent signage is not in a visible location.
    B: Fixtures or displays do not conform to the POG.
    -They are not consistent with RL principles or the elements of the CMO to which the store is signed.
    (e.g., Account is signed to CMO 3 and there are competitive permanent counter displays)
    C: PM USA Share of Merchandising Space does not conform to the POG.
    D: Signage elements do not conform to the POG.
    -Signage is not consistent with RL principles or the elements of the CMO to which the store is signed.
    (e.g., Account is signed to CMO 3 and has competitive permanent signs outside the Retailer's Choice portion of the fixture)
    E: The Category Space is not located according to the POG
    F: Progressive Merchandising Option (PMO) elements do not conform to the agreement.

**Non-Performance Reason – D #'s (1-2):** If the store is in non-performance due to D above, indicate the specific reason(s), if applicable, using one or more of the following numerical codes:

    D: Signage elements do not conform to the POG.
      D1: Interior PM signs are not within 48" of the primary cigarette department.
      D2: Exterior PM signs are not limited to 3 locations.

**Non-Performance Reason – F #'s (3-7):** If the store is in non-performance due to F above, indicate the specific reason(s) using one or more of the following numerical codes:

    F: Progressive Merchandising Option (PMO) elements do not conform to the agreement.
      F3: Some cigarettes are merchandised self-service.
      F4: "We Card" or equivalent signage is not at the transaction area.
      F5: "We Card" or equivalent signage is not at the point of entry.
      F6: YSP materials are not posted.
      F7: Age verification tool is not present at the transaction area.
      F8: MSA requirements are not met.
      (e.g., PM USA sign is greater than 14 square feet or billboards displaying a PM USA trademark)

**Transition Reason (G):** If an account is in non-performance solely for reasons that are excused by a transition rule (refer to "Retail Leaders 2001 Merchandising Values and Payment – Transition" document attached at tab 9):
1. In the Perform column, indicate a **"Y"**
2. In the Transition Reason column, indicate the numerical code associated with Non-Performance reason **"G"** that excuses the non-performance.

For example, an account has signed a PMO agreement, but YSP materials are not available yet. Indicate a **"Y"** in the "Perform" column, and a **"6"** in the "Transition Reason" column.

Confidential   For Internal Use Only

1

2080305346

**POG Present:** If a Plan-o-gram (POG) is present, indicate a **"Y"**.  If there is no POG, indicate an **"N"**. The DM and HQ Representative should determine whether or not the store is in performance based on the Retail Leaders platform, Merchandising Guidelines and the "Look."

**Promotion - Current Graphics:** If the store is set with the current fixture graphics/equity message, indicate a **"Y"**.  If the store is not set with current graphics, indicate an **"N"**.  (Refer to the current "Look" brochure.)

**Promotion Look:** If the store merchandises PM promotions according to "The Look", indicate a **"Y"**. If not, indicate an **"N"**.

<u>Note:</u> Use the completed *Market Walk 2001 Store List* to fill out the *Market Walk 2001 Summary Form*. Do not forward the completed *Market Walk 2001 Store List*.

2080305347

Confidential – For Internal Use Only

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Market Walk 2001
## Non-Performance Definitions

**Non-Performance Reason Definitions:**

**A:** "We Card" or equivalent signage is not in a visible location.
**B:** Fixtures or Displays do not conform to the POG.
    (i.e., The POG is not consistent with RL principles or elements of the CMO level signed)
**C:** PM USA Share of Merchandising Space does not conform to the POG.
**D:** Signage elements do not conform to the POG.
    (i.e., Signage is not consistent with RL principles or elements of the CMO level signed)
        *D1:* Interior PM signs are not within 48" of the Primary Cigarette Department.
        *D2:* Exterior PM signs are not limited to 3 locations.
**E:** The Category Space is not located according to the POG.
**F:** Progressive Merchandising Option (PMO) elements do not conform to the agreement.
        *F3:* Same cigarettes are merchandised self service.
        *F4:* "We Card" or equivalent signage is not at the transaction area.
        *F5:* "We Card" or equivalent signage is not at the point of entry.
        *F6:* YSP Materials are not posted.
        *F7:* Age verification tools are not present at the transaction area.
        *F8:* MSA requirements are not met.
            (i.e., PM USA is greater than 14 square feet or billboards displaying a PM USA trademark)

**Promotion Execution Question Definitions:**

**1:** *Is the store set with current fixture graphics/equity signs ("The Look")?*
**2:** *Are PM promotions merchandised according to "The Look?"*

**Transition Reason Definitions:**
The store is not performing due to transition period reasons:
    *G1:* Some cigarettes are merchandised self service.
        (e.g., PM USA has not supplied doors for fixtures yet)
    *G2:* "We Card" or equivalent signage materials are not available for the transaction area.
    *G3:* "We Card" or equivalent signage materials are not available for point of entry.
    *G4:* YSP Materials are not available from PM USA.
    *G5:* Age verification tools are not available from PM USA.
    *G6:* MSA requirements are not met.
        (i.e., PM USA is greater than 14 square feet or billboards displaying a PM USA trademark)

2080305348

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf




*** ...ble ***
Market Walk 2001 Store List

| Store List | | | | | | | | | | Performance Measurement Section | | | | | | |
| | | | | | | | | | | Non-Performance Reason | | | | | Promotion Execution | |
| District #: 247200 | | | | | | | | | | | | | | | | |
| Unit # | Terr # | Call # | Ctrl # | Store Name | Address | City | ST | ZIP | Cont Type | Cont Level | Perform (Y or N) | Reason (A, B, C, D, E, F) | Detail Reason D &/or F (1 - 8) | Transition Reason (1 - 8) | POG Present (Y or N) | (1) Current Graphics (Y or N) | (2) Promo Look? (Y or N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2408 | 240801 | 2 | 677649 | SPRINT #1291 | 7290 G. T EDWARDS DR | MELBOURNE | FL | 32940 | P+ | 2 | Y | | | 4 | Y | Y | N |
| 2408 | 240801 | 8 | 219165 | 7-ELEVEN | 7035 N WICKHAM RD | MELBOURNE | FL | 32940 | P+ | 1 | N | A,D,F | 1,4 | | N | Y | Y |
| 2408 | 240802 | 3 | 181562 | 7-Eleven | 1823 S Orange Ave | Orlando | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 4 | 203778 | 7-Eleven | 2609 Delaney Ave | Orlando | FL | | P+ | 1 | Enter information manually | | | | | | |
| 2408 | 240802 | 6 | 205323 | Circle K | 2704 S Ferncree... | Orlando | FL | | CK | 2 | | | | | | | |
| 2408 | 240802 | 11 | 780113 | Walgreens 05658 | 408 E. Michigan St | Orlando | FL | | P+ | 2 | | | | | | | |
| 2408 | 240802 | 12 | 431575 | Albertsons | 2801 S Orange Ave | Orlando | FL | | S+ | 2 | | | | | | | |
| 2408 | 240802 | 13 | 380689 | Albertsons Liquor | 210 E Michigan St | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 14 | 799629 | Publix | 2873 S Orange Ave | Orlando | FL | | S+ | 3 | | | | | | | |
| 2408 | 240802 | 15 | 135150 | Racetrac | 4098 South Oran... | Orlando | FL | | S+ | 3 | | | | | | | |
| 2408 | 240802 | 20 | 787333 | Racetrac | 8800 S. Orange Ave | Orlando | FL | | S+ | 3 | | | | | | | |
| 2408 | 240802 | 22 | 625040 | Circle K | 9290 Second Avenue | Orlando | FL | | CK | 2 | | | | | | | |
| 2408 | 240802 | 23 | 181725 | 7-Eleven | 1100 Mccoy Road | Orlando | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 28 | 662470 | Racetrac | 1875 Mccoy Rd | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 29 | 213273 | Exxon Company Us | 8099 S Orange Ave | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 30 | 281049 | Mobil On The Run | 7999 S Orange B... | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 31 | 265506 | K-Mart | 7825 S Orange B... | Orlando | FL | | S+ | 3 | | | | | | | |
| 2408 | 240802 | 32 | 189779 | Eckerd Drug | 8001 S. Orng Bl... | Orlando | FL | | L+ | 0 | | | | | | | |
| 2408 | 240802 | 33 | 654139 | Coastal Mart | 8220 S Orang Blsm | Orlando | FL | | P | 2 | | | | | | | |
| 2408 | 240802 | 34 | 568074 | 7-Eleven | 8910 S Orange B... | Orlando | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 37 | 775539 | Sam's Club 8290 | 9498 S. Obt | Orlando | FL | | W+ | 3 | | | | | | | |
| 2408 | 240802 | 39 | 667055 | 7-Eleven | 11008 South Obt | Orlando | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 42 | 748384 | Walgreens 04646 | 11600 S Orange ... | Orlando | FL | | P+ | 2 | | | | | | | |
| 2408 | 240802 | 43 | 717625 | Hess Express | 12253 S. Obt | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 44 | 747423 | Publix | 12195 S. Obt | Orlando | FL | | S+ | 3 | | | | | | | |
| 2408 | 240802 | 45 | 113757 | 7-Eleven | 11900 S. Orange Ave | Orlando | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 49 | 395397 | Eckerd Drug | 12339 S Ornge B... | Orlando | FL | | L+ | 0 | | | | | | | |
| 2408 | 240802 | 50 | 394795 | Winn Dixie#2282 | 12351 S Orange ... | Orlando | FL | | S+ | 3 | | | | | | | |
| 2408 | 240802 | 51 | 734421 | Racetrac | 12531 S.O.B.T | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 52 | 730579 | 7-Eleven | 12880 S. Obt | Orlando | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 53 | 724702 | Exxon Company Us | 12901 Deertrace Ave | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 54 | 758870 | Albertsons | 12981 South Obt | Orlando | FL | | S+ | 2 | | | | | | | |
| 2408 | 240802 | 55 | 758883 | Albertsons Liquor | 12975 South Obt | Orlando | FL | | P+ | 3 | | | | | | | |
| 2408 | 240802 | 56 | 126321 | 7-Eleven | 2975 N. Orange ... | Kissimmee | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 57 | 163415 | Circle K | 2680 N Main St | Kissimmee | FL | | CK | 2 | | | | | | | |
| 2408 | 240802 | 62 | 797863 | 7-Eleven | 51 W. Vine Street | Kissimmee | FL | | P+ | 1 | | | | | | | |
| 2408 | 240802 | 63 | 150609 | Walgreens 01264 | 1003 W Vine | Kissimmee | FL | | P+ | 2 | | | | | | | |

Philip Morris Management Corp. Confidential

2080305349

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

2080305350

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# Instructions for Completing the Market Walk 2001 Performance Form Instructions

The HQ Market Walk Representative should complete this form when a store is in non-performance.

The form should be completed as follows when non-performance is observed.
1) Write in all the requested information at the top of the form.
2) Put a "✓" or "✗" next to the appropriate non-performance reason(s).
3) Indicate any additional information in the comment section.

The HQ Market Walk representative should keep the original and give a copy to both the DM and UM.

Upon completing the Market Walk, the HQ Market Walk representative should send their forms to:

Shane Williams
PM USA
120 Park Ave., Floor 11
NY, NY 10017

2080305351

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

# PHILIP MORRIS  RETAIL LEADERS

## Market Walk 2001 Performance Form

☐ P   ☐ S   ☐ T   ☐ W   ☐ K   ☐ L   ☐ Other_____

Store Name: _____   Date: _____

Call Number: _____   Time: _____

Retail Control Number: _____   PM USA Representative: _____

Store Number: _____   Territory Number: _____

_____A) "We Card" or equivalent signage is not in a visible location.

_____B) Fixtures or Displays do not conform to the POG.

   (i.e., The POG is not consistent with RL principles or the elements of the CMO to which the store is signed.)

_____C) PM USA Share of Merchandising Space does not conform to the POG.

_____D) Signage elements do not conform to the POG.

   (i.e., Signage is not consistent with RL principles or the elements of the CMO to which the store is signed.)

   _____1) Interior signs are not within 48" of Primary Cigarette Department.

   _____2) Exterior signs are not limited to 3 locations.

_____E) The Category Space is not located according to the POG.

_____F) Progressive Merchandising Option (PMO) elements do not conform to the agreement.

   _____3) Some cigarettes are merchandised Self Service.

   _____4) "We Card" or equivalent signage is not at the transaction area.

   _____5) "We Card" or equivalent signage is not at the point of entry.

   _____6) YSP materials are not posted.

   _____7) Age verification tool is not present at transaction area.

   _____8) MSA requirements are not met.

*Market Walk Representative:*

*Forward original to National Accounts PM USA, 120 Park Ave., 11th Floor, NY, NY 10017*

COMMENTS: _____

_____

_____

| HQ Representative's Name: | HQ Representative's Signature: |
|---|---|
| _____ | _____ |

DM's Name: _____   DM's Signature: _____

Original: Market Walk Rep          Duplicate: DM          Triplicate: UM

**Confidential – For Internal Discussion Only**

© Philip Morris Inc. 2000

2080305352

2080305353

# Instructions for Completing the Market Walk 2001 Summary Form

The HQ Market Walk Representative should electronically complete this form at the end of the two-day market walk. This form should summarize the totals from the completed Market Walk 2001 Store List. Each cell must have a number in it. If a total is zero, place a "0" in that cell. (See the example on the next page.)

**District #:** Enter District #

**# Stores Visited:** Enter the total number of stores visited

**Total # of Non-Perform (# N's):** Enter the total number of N's from the "Perform" column.

**Month - Year:** Enter the month and year (e.g., 03/01)

**Total # of Non-Performance:** Enter the total of each letter and number from the "Non-Performance Code Reason" columns.

**Total # of Transition Reasons:** Enter the total of each number from the "Transition Reason" column.

**POG Present:** Enter total number of Y's from the "POG Present" column.

**Promotion Execution:**
Current Graphics (#Y's): Enter the total number of Y's from the "Current Graphics" column.
Promo "Look" (#Y's): Enter the total number of Y's from the "Promo Look" column.

**\*\*\*\*\*If a total is zero, enter 0 in the cell\*\*\*\*\***

Note: All cells should be filled out completely and accurately. Within 3 days of the Market Walk, complete the *Market Walk 2001 Summary Form,* rename the worksheet file mm-yy-District # (e.g., 04-01-1171), and e-mail it to Shane Williams (Outlook global address: Williams, Shane G).

2080305354

Confidential – For Internal Discussion Only

****Example****
# Market Walk 2001 Summary
Draft - Confidential For Internal Discussion Only

1 Complete summary electronically
2 Rename the worksheet file mm-yy-District # (e.g., 04-01-1171)
3 e-mail to Shane Williams within 3 days of the Market Walk (email address: Williams, Shane G.)

## Summary

| | | |
|---|---|---|
| District #: | 247200 | |
| # Stores Visited: | 2 | |
| Total Non-Perform (# N's): | 1 | |

Month - Year:  Mar-01

POG Present (# Y's):  1

### Total # of Non-Performance:

| | | | |
|---|---|---|---|
| A: | 1 | E: | 0 |
| B: | 0 | F: | 1 |
| C: | 0 | F3: | 0 |
| D: | 1 | F4: | 1 |
| D1: | 1 | F5: | 0 |
| D2: | 0 | F6: | 0 |
| | | F7: | 0 |
| | | F8: | 0 |

### Total # of Transition Reasons:

| | |
|---|---|
| G1: | 0 |
| G2: | 0 |
| G3: | 0 |
| G4: | 1 |
| G5: | 0 |

### Promotion Execution:

| | |
|---|---|
| Current Graphics (# Y's): | 2 |
| Promo "Look" (# Y's): | 1 |

## Non-Performance Reason Definitions:

**A:** "We Card" or equivalent signage is not in a visible location.
**B:** Fixtures or Displays do not conform to the POG.
  (i.e., The POG is not consistent with RL principles or elements of the CMO level signed)
**C:** PM USA Share of Merchandising Space does not conform to the POG.
**D:** Signage elements do not conform to the POG.
  (i.e., Signage is not consistent with RL principles or elements of the CMO level signed)
  **D1:** Interior PM signs are not within 48" of the Primary Cigarette Department.
  **D2:** Exterior PM signs are not limited to 3 locations.
**E:** The Category Space is not located according to the POG.
**F:** Progressive Merchandising Option (PMO) elements do not conform to the agreement.
  **F3:** Same cigarettes are merchandised self service.
  **F4:** "We Card" or equivalent signage is not at the transaction area.
  **F5:** "We Card" or equivalent signage is not at the point of entry.
  **F6:** YSP Materials are not posted.
  **F7:** Age verification tools are not present at the transaction area.
  **F8:** MSA requirements are not met.
    (i.e., PM USA is greater than 14 square feet or billboards displaying a PM USA trademark)

## Promotion Execution Question Definitions:

1: *Is the store set with current fixture graphics/equity signs ("The Look")?*
2: *Are PM promotions merchandised according to "The Look?"*

## Transition Reason Definitions:

The store is not performing due to transition period reasons:
  **G1:** Some cigarettes are merchandised self service.
    (e.g., PM USA has not supplied doors for fixtures yet)
  **G2:** "We Card" or equivalent signage materials are not available for the transaction area
  **G3:** "We Card" or equivalent signage materials are not available for point of entry.
  **G4:** YSP Materials are not available from PM USA.
  **G5:** Age verification tools are not available from PM USA.

2080305355

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

2080305356

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

**PHILIP MORRIS USA**             **INTER-OFFICE CORRESPONDENCE**

**120 PARK AVENUE, NEW YORK, NY 10017**

**TO:**      Field Sales Force           **DATE:** December 21, 2000

**FROM:**    Andy MacRae / Sales Merchandising

**SUBJECT:**    <u>Retail Leaders 2001 Merchandising Values and Payments - Transition</u>

Congratulations on an outstanding job of selling and executing Retail Leaders 2000 during the past year! We're also making great progress with Retail Leaders 2001 with total volume penetration at 46.3% as of December 14, 2000. The Progressive Merchandising Option has been selected in 89% of the volume that has been signed.

All Retail Leaders 2000 Agreements (excluding Plans MA and BH) will terminate in our systems on December 31, 2000; there will be no extensions. As we transition into Retail Leaders 2001, we are presented with an opportunity to merchandise our brands even more responsibly and effectively at retail. As a reminder, retailers must have signed a Retail Leaders 2001 Agreement with an effective date of January 1, 2001, to be eligible for merchandising payments beginning January and to participate in the January price promotion. With that in mind, it is imperative that we implement Retail Leaders 2001 values as soon as possible. Please read the guidelines below to determine the minimum values that must be in place before a retailer can earn Retail Leaders 2001 merchandising payments and participate in price promotions.

<u>Current Retail Leaders Stores</u>

We anticipate that many current Retail Leaders participants that sign a Retail Leaders 2001 Agreement will be able to set their stores with the appropriate Retail Leaders 2001 values for an effective date of January 1, 2001. These retailers will be eligible for merchandising payments beginning January 1, 2001, and may participate in the January price promotion.

If, however, certain Retail Leaders 2001 values are not in place, *for reasons attributable to PM* (i.e., fixtures, doors, PM-supplied YSP materials, or other items have not yet arrived), retailers will be eligible for Retail Leaders 2001 merchandising payments beginning January 1, 2001, and may participate in the January price promotion provided the following conditions exist:

1) A Retail Leaders 2001 Agreement with an effective date of January 1, 2001, and a plan-o-gram specifying all appropriate Retail Leaders 2001 values is signed by both PM USA and the retailer, and all contract information is entered in FSI/SFA. (SOMs should verify all contracts in FSI, and have all Retail Leaders 2001 Agreements on file in the Section office by the end of January.)

2) The retailer was signed to a Retail Leaders Agreement immediately preceding the effective date of the Retail Leaders 2001 Agreement.

3) The store is set to the Minimum Values as outlined on the next page.

Note: In Chain Accounts Only: TSMs should "implement" retail contracts for chain accounts in SFA only after all elements have been set.

<div style="border:1px solid black; padding:4px;">

**COMMUNICATED VIA OUTLOOK MAIL 12/21/00 TO THE FIELD SALES FORCE (EXCLUDING MILITARY PERSONNEL). NO HARD COPIES PROVIDED BY THE NYO. FOR INTERNAL USE ONLY.**

</div>

**DOC. #408**

2080305357

**New Retail Leaders Stores**

For retailers who wish to participate in Retail Leaders 2001 and were not participants in the Retail Leaders program during 2000 or whose Retail Leaders agreement terminates (or terminated) prior to December 31, 2000, eligibility for merchandising payments will not begin until all elements of the contract are in place. The one exception to this rule is if the Retail Leaders 2001 elements are not in place in the store *for reasons attributable to PM* 45 days after the retailer signs the Retail Leaders 2001 Agreement. In those instances, the date for determining the retailer's effective date will be 45 days after the date the account signs the Retail Leaders 2001 Agreement provided ALL of the following conditions are satisfied:

1) A Retail Leaders 2001 Agreement, signed by both PM and the retailer, is verified in FSI and on file in the Section office.

2) The store is set to the Minimum Values as outlined below.

Note: In Chain Accounts Only: TSMs should "implement" retail contracts for chain accounts in SFA only after all elements have been set.

Refer to your monthly "Retail Promotion Fact Sheet" for Retail Leaders price promotion eligibility rules.


**Minimum Values for Merchandising Payment and Promotion Eligibility**

When fixtures and/or other necessary items have been ordered but have not yet been installed, the retailer must set the store consistent with the appropriate Retail Leaders 2001 values to the greatest extent feasible in order to be eligible for merchandising payments and promotions. The following values are the minimum values that must be maintained during this transition period for retailers to begin earning payments:

- Any existing fixtures in the stores must be set according to the signed plan-o-gram, i.e., they must be set consistent with the CMO selected by the retailer and must provide PM with the appropriate share of merchandising space.

   For example, if a retailer signs a Retail Leaders 2001 Agreement, and PM is required to either replace existing fixtures in the store or order new fixtures, the retailer must set the existing fixtures consistent with the CMO reflected in the signed Retail Leaders 2001 Agreement in order to earn payments at that CMO. If the retailer cannot set the store to reflect the new CMO, the retailer may sign a Retail Leaders 2001 Agreement at the CMO that is consistent with the current fixture set in the store until the PM-supplied fixtures arrive.

- Permanent signage must be placed according to the signed plan-o-gram and be consistent with the 2001 merchandising guidelines.

- Headers on fixtures containing PM products must contain PM USA equity graphics.

- PM USA counter displays must be non-self service (NSS).

- If the retailer has elected the Progressive Merchandising Option (PMO), the retailer must set the store to reflect all elements of the PMO to the greatest extent feasible. If the retailer cannot do so for *reasons attributable to PM* (i.e., fixtures, doors, PM-supplied YSP materials, etc.), the retailer will be eligible to earn PMO-level merchandising payments while the items are on order.

An effective platform with the appropriate Retail Leaders 2001 values will lead to success at retail and will play an important role in "Changing the Way We Do Business."

If you have any questions regarding the above guidelines, please contact your immediate supervisor or your Region Trade Marketing Merchandising Manager.

2080305358

2080305359

http://legacy.library.ucsf.edu/tid/zlo86c00/pdf

## Market Walk 2001 HQ Personnel List

| Number | Name | Dept | Number | Name | Dept |
|---|---|---|---|---|---|
| 1 | Rafaella Bender | TMSPC | 64 | Elisa Mattera | Fin |
| 2 | Stephanie Murray | TMSPC | 65 | Meline Davtyan | Fin |
| 3 | Timothy Austin | TMSPC | 66 | Ron Skinner | Fin |
| 4 | Eileen Schauer | TMSPC | 67 | Steve Kim | Fin |
| 5 | Gary Masta | TMSPC | 68 | Steve D'Ambrosia | Fin |
| 6 | Stacy Brutus | TMSPC | 69 | Cheryl Thomason | Fin |
| 7 | Trish Shaughnessy | TMSPC | 70 | Renee Marengo | Fin |
| 8 | Jeff Fleming | TMSPC | 71 | Richard Holderness | Fin |
| 9 | Cathy Wagner | TMSPC | 72 | Lenny Gega | Fin |
| 10 | Paul Hawken | TMSPC | 73 | Kevin Roche | Fin |
| 11 | Paul Bruenn | TMSPC | 74 | Denize Kesner | Fin |
| 12 | Enice Harris | TMSPC | 75 | Kenneth Cooke | Fin |
| 13 | Pierce Massey | TMSPC | 76 | Manisha Reck | Fin |
| 14 | Jerome Walters | TMSPC | 77 | Susan Norris | Mkting |
| 15 | Christian Tefel | TMNA | 78 | Steve Apollonio | Mkting |
| 16 | Jennifer Hubbard | TMNA | 79 | Sarosh Nayar | Mkting |
| 17 | Steve Capurro | TMNA | 80 | Robert Pascal | Mkting |
| 18 | Robert Bethea | TMNA | 81 | Margaret Yates | Mkting |
| 19 | Gregg Augustine | TMM | 82 | Anne Serr | Mkting |
| 20 | Kimberly Estrada | TMM | 83 | Ebru Ural | Mkting |
| 21 | Robyn Rivers | TMM | 84 | Jennifer Rubarski | Mkting |
| 22 | Timothy Corcoran | TMM | 85 | Amy Chase | Mkting |
| 23 | Brad Roden | TMM | 86 | Magda Sonville | Mkting |
| 24 | Joe Workman | TMM | 87 | Ankur Aneja | Mkting |
| 25 | Brian Runman | TMM | 88 | Sebastien Jeanneret | Mkting |
| 26 | Harold Roseman | TML | 89 | Susan Blohm | Marl |
| 27 | Christine Denman | TML | 90 | Nancy Conrad | Marl |
| 28 | Luke Heckler | TML | 91 | Alex Ellwood | Marl |
| 29 | Christopher Smiley | TML | 92 | Bonnie Horn | Marl |
| 30 | Mike Grande | TML | 93 | Tom Keim | Marl |
| 31 | Tom Cygan | TML | 94 | Mike Mahan | Marl |
| 32 | Region 4 TMMM | TML | 95 | Jerry Margolis | Marl |
| 33 | Marvin Jackson | TML | 96 | Shelby Rafferty | Marl |
| 34 | Lisa Owen | TML | 97 | McCall Woodroof | Marl |
| 35 | Richard Sullivan | TML | 98 | Michelle Anton | Marl |
| 36 | Don Cloney | NA | 99 | Elisa Bayliss | Marl |
| 37 | Jason Laureano | NA | 100 | Ina Broeman | Marl |
| 38 | Ed Gray | NA | 101 | Shaunn D'Alessandro | Marl |
| 39 | Shane Williams | NA | 102 | Lauren Finster | Marl |
| 40 | Brian Rudolph | NA | 103 | Jose Fontanez | Marl |
| 41 | Davida Minnick | NA | 104 | Kim Huray | Marl |
| 42 | Janet Rodriguez | NA | 105 | Mela Manrique | Marl |
| 43 | Jim Thomas | NA | 106 | Kam Mark | Marl |
| 44 | Brendan McGarry | NA | 107 | Karen Rittweger | Marl |
| 45 | Chad Lackey | NA | 108 | Steve Sampson | Marl |
| 46 | Ed Drange | NA | 109 | Darryl Tatum | Marl |
| 47 | Brad Nielson | NA | 110 | Ed Vichich | Marl |
| 48 | Bryan Reidy | NA | 111 | Margot Waldman | Marl |
| 49 | Kevin Morgan | NA | 112 | Sven Bergmann | Marl |
| 50 | David West | NA | 113 | Al Bingenheimer | Marl |
| 51 | Janice Harrison | NA | 114 | Kit Caver | Marl |
| 52 | Jaime Lukew | Fin | 115 | Joe Czarniecki | Marl |
| 53 | Danae Peters | Fin | 116 | Anthony Dewerpe | Marl |
| 54 | Joshua Williams | Fin | 117 | Burke Farley | Marl |
| 55 | Igor Khoutoretski | Fin | 118 | Dominic Howard | Marl |
| 56 | Laureen Mertz | Fin | 119 | Cassandra Ingram | Marl |
| 57 | Vaanii Baker | Fin | 120 | Vito Maurici | Marl |
| 58 | Hank Schepker | Fin | 121 | Janine McCabe | Marl |
| 59 | Mac Moore | Fin | 122 | Kevin Perry | Marl |
| 60 | Dave Clayton | Fin | 123 | Waddy Platt | Marl |
| 61 | Frank Cortez | Fin | 124 | Veruchka Roque | Marl |
| 62 | Bill Drabik | Fin | 125 | Linda Schwartz | Marl |
| 63 | Anthony Torrente | Fin | 126 | Kathy Strobel | Marl |

2080305360

2080305361



http://legacy.library.ucsf.edu/tid/zlo86c00/pdf