Discussion draft          ITL RL2000 story

## Retail Leaders 2000 Helps Retailers Manage the Cigarette Category in the New Millennium

Kicking off the new millennium, PM USA Sales has unveiled Retail Leaders 2000, a merchandising program that offers customers the traditional advantages of Retail Leaders with plenty of enhancements to get them started off right in the new century.

Barry Hopkins, vice president, trade marketing, describes Retail Leaders 2000 as a "continuation and extension of the approach that has been so successful in Retail Leaders."

"It is a great category approach to the business that allows retail entrepreneurs to effectively manage the cigarette category and gain competitive advantage in the marketplace," Hopkins says.

According to Mary Ellen Johnson, director, trade programs, the purpose of Retail Leaders 2000 is "to drive overall PM volume growth by meeting the needs of our customers."

"When they make more money, we make more money and that's good for everyone," Johnson says.

The new features of Retail Leaders 2000 were developed in response to feedback from PM retail customers and out of a commitment to align the program even more closely with PM USA values, she says.

"For example, Retail Leaders 2000 features comprehensive training materials both for the field sales force and retailers. This aligns with the value of 'executing with quality,'" Johnson says.

2073977831

Or, to take another example, the enhanced youth smoking prevention components of Retail Leaders 2000 accord with the PM USA value of "operating with integrity, trust and respect."

The following snapshot of Retail Leaders 2000 is drawn from interviews with the Trade Marketing team that was instrumental in developing the program: John Kopec, director, trade marketing, special projects; and Mounir Dahdah, Stacey Flowers and Roman Ross, all of whom are trade marketing managers of merchandising sales.

Building on Success

When the Retail Leaders team hit the drawing boards in 1999, they were already working with a program that had a great track record of success. Against a background of volume declines for the entire industry, PM USA volume was declining more slowly than the industry pace. Meanwhile, volume penetration and share growth were exceeding objectives.

Retail Leaders had also experienced considerable success in popularizing the concept of "category merchandising". This involves taking the tobacco category, which had been suffering from a fragmented and cluttered environment, and consolidating it into a unified, and more easily managed "cigarette department."

Now that the concept of category merchandising was successfully developed, one of the major goals of Retail Leaders 2000 was to optimize it. Three of Retail Leaders 2000's major areas of focus are: more flexibility for retailers; enhanced communication with retailers and consumers; and continuation and enhancement of youth smoking prevention efforts.

2073977832

http://legacy.library.ucsf.edu/tid/slb79h00/pdf

More Flexibility for Retailers

To build on the flexibility of the Retail Leaders program, Retail Leaders 2000 offers two new participation plans. In addition, under several of the Retail Leaders 2000 plans, retailers may request a "retailer's choice" fixture which allows them more leeway in arranging various cigarette brands within the fixture.

Retailers participating in certain plans may also opt for an enhanced "header" - the advertising sign at the top of the fixture - and for inventory storage cabinets built into the bottom of the fixture to provide a secure, convenient place to store product.

The enhanced flexibility of Retail Leaders 2000 helps retailers to compete vigorously in a market characterized by declining category volume. Through the category management techniques fostered by Retail Leaders 2000, retailers can improve their ability to reach out across their trade class and attract new types of customers.

For example, convenience stores, traditionally most successful in marketing cigarettes by the pack, can increase their ability to attract consumers who purchase cigarettes by the carton.


Enhanced Communication

Besides providing retailers with an additional choice, the enhanced advertising headers offered by Retail Leaders 2000 provide an opportunity for retailers to better communicate with consumers in their stores. At the same time, the headers provide PM USA with a chance to reach

2073977833

http://legacy.library.ucsf.edu/tid/slb79h00/pdf

consumers by linking point-of-sale brand messages with messages appearing in other media.

Another way Retail Leaders 2000 has beefed up communications is by providing brochures of key merchandising principles for both the Field Sales Force and retail customers.

The sales force brochure, developed in close cooperation with PM USA's marketing department, includes tips and guidelines for setting up point-of-sale materials to best advantage. The brochure for retailers stresses the principles of sound category management.

Both brochures stress the importance of youth smoking prevention as one of the key principles of cigarette category merchandising.

Youth Smoking Prevention

Retail Leaders 2000 represents yet another step forward in PM USA's strong commitment to youth smoking prevention efforts at retail.

Previous merchandising contracts required that cigarettes either be stored behind the counter or within "line of sight" of the store clerk. This year, the definition of "line of sight" is precisely spelled out in the contract so that retailers will know exactly what they must do to be in compliance with the program's youth smoking prevention provisions.

In addition, Retail Leaders requires that two pieces of We Card signage be posted in the store as opposed to the one required in previous years.

Throughout the first half of this year, Retail Leaders 2000 will be offered to customers using a "solution selling"

2073977834

http://legacy.library.ucsf.edu/tid/slb79h00/pdf

model that encourages customers to state their needs in the tobacco category, then explains how the program can meet those needs. Customers wishing to participate in the program must sign on no later than June 30.

# # #

SIDEBAR:

**RETAIL LEADERS FACTS:**

Retail Leaders:
- Is a $525.5 million annual program.
- Covers more than 77 percent of all workload volume.
- Accounts for three of every four cartons of product sold at retail.

# # #

2073977835

http://legacy.library.ucsf.edu/tid/slb79h00/pdf