**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**PHILIP MORRIS USA INC.,**<br>f/k/a **PHILIP MORRIS INC., et al.,**<br>Defendants. | Civil No. 99-CV-02496 (GK)<br><br>Next scheduled court appearance: None |

## DECLARATION OF PAUL M. RIBISL

Pursuant to 28 U.S.C. § 1746, I hereby certify the following under penalty of perjury:

1. I am over the age of 18. I am retired, and live in Winston-Salem, North Carolina.

2. On June 10, 2014, I visited Quality Mart at 3398 Robinhood Road in Winston-Salem, NC, 27106.

3. On June 10, 2014, I visited WilcoHess at 3396 Robinhood Road in Winston-Salem, NC, 27106.

4. The attached photographs, each designated with the name and address of the relevant store, are true and accurate representations of their interiors and exteriors.

Signed under penalties of perjury,

June 12, 2014
Winston-Salem, NC

Paul Morgan Ribisl

# Wilco Hess – Gas Station
# 3396 Robinhood Rd., Winston Salem, NC



# Wilco Hess – Gas Station
# 3396 Robinhood Rd., Winston Salem, NC



2

# Quality Mart
# 3398 Robinhood Rd., Winston-Salem, NC



# Quality Mart
# 3398 Robinhood Rd., Winston-Salem, NC



2