UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC.,<br> f/k/a PHILIP MORRIS INC., et al.,<br>   Defendants. | Civil No. 99-CV-02496 (GK)<br><br>Next scheduled court appearance: None |

### DECLARATION OF MIRANDA SPITZNAGLE

Pursuant to 28 U.S.C. § 1746, I hereby certify the following under penalty of perjury:

1. I am over the age of 18. I am the director of the Indiana Tobacco Prevention and Cessation Commission.

2. On June 11, 2014, I visited the 71st Street Ricker's BP, 6050 West 71st Street, Indianapolis, IN 46278.

3. On June 13, 2014, I visited the Northwest and 86th Street Ricker's BP, 8558 Northwest Boulevard, Indianapolis, IN 46278.

4. The attached photographs, designated with the name and address of that store, are true and accurate representations of its interior and exterior.

Signed under penalties of perjury,

Dated: June 13, 2014
Indianapolis, IN

*Miranda Spitznagle*
Miranda Spitznagle

Northwest and 86th Street Ricker's BP
8558 Northwest Blvd., Indianapolis, IN



1