UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 99-CV-02496 (GK)** |
| **v.** | ) | |
| | ) | **Next scheduled court** |
| PHILIP MORRIS USA INC., | ) | **appearance:  None** |
| f/k/a PHILIP MORRIS INC., et al., | ) | |
| **Defendants.** | ) | |

## DECLARATION OF LEILANI DODGEN, MPH, CHES

Pursuant to 28 U.S.C. § 1746, I hereby certify the following under penalty of perjury:

1. I am over the age of 18.  I am a Project Coordinator for the University of North Texas (UNT) Health Science Center in Fort Worth, TX.

2. On June 15, 2014, I visited E-Z Mart #490 at 4601 S. Collins St., Arlington, TX.

3. On June 15 and 17, 2014, I visited E-Z Mart #508 at 1946 Clay Mathis Rd., Mesquite, TX.

4. On June 15 and 17, 2014, I visited E-Z Mart #501 at 3501 Lakeview Pkwy, Rowlett, TX.

5. On June 15, 2014, I visited E-Z Mart #486 at 4102 Bobtown Rd., Garland, TX

6. The attached photographs, each designated with the name and address of the relevant store, are true and accurate representations of what they depict.

7. All four of the stores I visited sell cigarettes.  I did not visit any other E-Z Mart stores in connection with this research.

8. My understanding is that under Texas law, cigarette retailers are required to display a conspicuous sign that includes the statement, "Pregnant women should not smoke. Smokers are more likely to have babies who are born premature or with low birth weight."  Tex. Health & Safety Code Ann. § 161.084(b).

9. At the four E-Z Mart stores I visited, I looked closely but did not see any signs with the required statement about how fetal health is affected by smoking.

10. At the four E-Z Mart stores I visited, I observed many other voluntary signs.  These included, as examples, signs stating that it is illegal to smoke, possess firearms, or consume liquor on the premises.

Signed under penalties of perjury,

Dated: June 17, 2014
      Fort Worth, Texas

Leilani Dodgen, MPH, CHES

2

# E-Z Mart #490
## 4601 S. Collins St., Arlington, TX



# E-Z Mart #490
## 4601 S. Collins St., Arlington, TX



# EZ Mart #501
# 3501 Lakeview Parkway, Rowlett, TX



# EZ Mart #501
## 3501 Lakeview Parkway, Rowlett, TX



# EZ Mart #501
## 3501 Lakeview Parkway, Rowlett, TX

