**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHILIP MORRIS USA INC., *et al.*,

Defendants.

Civil Action No. 99-CV-2496 (PLF)

## JOINT STATUS REPORT REGARDING RETAIL POINT-OF-SALE DISPLAYS

Pursuant to the Court's minute order issued May 1, 2018, the parties respectfully submit this joint status report on the status of the corrective statements for retail point-of-sale ("POS") displays. The first portion of this joint status report summarizes the procedural history on remand relevant to the POS issue. The second part sets forth the parties' suggestions for next steps.

## PROCEDURAL HISTORY

Order #1015 provided for the publication of the corrective statements through five media channels: newspapers, television, package onserts, company websites, and retail point-of-sale displays—the last, by directing the tobacco companies to require retailers that participate in any of the companies' retailer-participation programs to display the POS displays, and to suspend from their programs any retailers that fail to comply with the requirement. *United States v. Philip Morris USA Inc.*, 449 F. Supp. 2d 1, 939-40 (D.D.C. 2006), *vacated in relevant part*, 566 F.3d 1095 (D.C. Cir. 2009) (per curiam), *cert. denied*, 561 U.S. 1025 (2010). As part of its 2009 review of this Court's final opinion and remedial order, the D.C. Circuit vacated as to the POS media channel and remanded to this Court. *United States v. Philip Morris USA Inc.*, 566 F.3d 1095, 1141-42, 1150 (D.C. Cir. 2009) (per curiam).

On remand, the Court solicited the parties' suggestions regarding "independent third parties who should be asked to file briefs on the impact of point-of sale displays," Order #14-Remand at 3 (Dkt. No. 5878; entered Feb. 25, 2011), and granted eight of those suggested third parties leave to file briefs, *see* Order #19-Remand (Dkt. No. 5916; entered Apr. 11, 2011). The Court received briefing in 2011 from the parties and two trade associations representing retailers: NACS (formerly the National Association of Convenience Stores) and the National Association of Tobacco Outlets ("NATO"). Dkt. Nos. 5903, 5905-06 (filed 4/1/2011); Dkt. Nos. 5919, 5921-22 (filed 4/15/2011). In 2014, the Court received supplemental briefs from the parties, NACS, and NATO. Dkt. Nos. 6096-6101 (filed 6/4/2014); Dkt. Nos. 6104-6108 (filed 6/18/2014).

In June 2015, ITG Brands, LLC, pursuant to Order #1015 ¶ 20, became subject to Order #1015 (subject to certain exceptions). Order #56-Remand (Dkt. No. 6151; entered June 8, 2015). The same Order joined ITG Brands and two affiliates, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc., as Post-Judgment Parties Regarding Remedies. It addressed the POS remedy at pages 6 and 12.

**PROPOSED NEXT STEPS**

POS is the last remaining issue that the Court has not resolved on remand. It has been nearly four years since the parties and two retailer trade associations filed their supplemental briefs on this issue. During that time, there have been additional decisions addressing legal doctrines that may be relevant to various arguments, and ITG Brands has joined this case. Given the passage of time, the parties believe that it would be appropriate to update the Court on recent relevant legal and factual developments, and for the Court to solicit any updates on retailers' views on the POS issue so that all interested persons can be heard on this issue at the same time. Accordingly, the parties propose that they, and retailer trade associations that wish to do so, be

permitted to file supplemental briefs on this issue, and further propose that the Court schedule argument at its convenience.

The parties respectfully propose the following briefing schedule[1]:

Friday, June 8: Defendants, ITG Brands, and retailer trade associations that wish to be heard file opening briefs. Defendants and ITG Brands shall have 30 pages to allocate as they wish; retailer trade associations up to 15 pages each.

Friday, July 6: United States and Public-Health Intervenors file briefs in response, and shall have 50 pages to allocate as they wish.

Monday, July 30: Defendants, ITG Brands, and retailer trade associations that filed opening briefs file reply briefs. Defendants and ITG Brands shall have 20 pages to allocate as they wish; retailer trade associations up to 10 pages each.

Dated: May 11, 2018

Respectfully submitted,

/s/

Anand Agneshwar
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8011
Fax: (212) 836-8689

Miguel A. Estrada (D.C. Bar No. 456289)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

[1] The parties propose staggered briefing with Defendants, ITG Brands, and retailer trade associations that wish to be heard going first as a way to flesh out the relevant doctrinal and/or practical issues and how they affect arguments for and against reinstating the POS remedy.

Peter J. Biersteker (D.C. Bar No. 358108)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

Jeffrey A. Mandell (D.C. Bar No. 999791)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 256-0226
Fax: (608) 259-2600

*Attorneys for Defendant R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company)*

Robert J. Brookhiser, Jr. (D.C. Bar No. 202168)
Elizabeth B. McCallum (D.C. Bar No. 451361)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Fax: (202) 861-1783

*Attorneys for Post-Judgment Parties Regarding Remedies ITG Brands, LLC, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc.*

GUSTAV W. EYLER, Acting Director
ANDREW CLARK, Assistant Director
Consumer Protection Branch

*/s/*
DANIEL K. CRANE-HIRSCH
Trial Attorney
Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-8242 (Crane-Hirsch)
Facsimile: 202-514-8742
daniel.crane-hirsch@usdoj.gov

*Attorneys for Plaintiff United States of America*

*/s/*
Katherine A. Meyer (D.C. Bar No. 244301)
MEYER GLITZENSTEIN & EUBANKS LLC
4115 Wisconsin Ave., N.W., Suite 210
Washington, DC 20016
Telephone: 202-588-5206
kmeyer@meyerglitz.com

*Attorney for the Public Health Plaintiff-Intervenors*