UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILIP MORRIS USA INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 99-2496 (PLF) |

MEMORANDUM OPINION AND ORDER #84 – REMAND

This matter comes before the Court on the "Notice to Chief Judge and Petition to Return Settlement Funds to U.S. Government and an Audit," submitted by Robert Cotner and filed by the Clerk's Office on June 1, 2018.  In the petition, Mr. Cotner alleges that the state of Oklahoma has violated the terms of the tobacco settlement agreement reached in this case by passing laws that allow prisoners to smoke tobacco in state prisons.  He requests an audit of the state of Oklahoma, as well as other states, in addition to a trial and a preliminary transfer or forfeiture of funds during the pendency of trial.

Having reviewed the petition and the entire record in this case, the Court must deny the petition.  Mr. Cotner's inclusion on the docket as an "interested party" does not make him a plaintiff or class member in this case, nor has he asserted any valid grounds for intervention.  See FED. R. CIV. P. 24; In re Idaho Conservation League, 811 F.3d 502, 513-15 (D.C. Cir. 2016).  As a result, he is not entitled to the relief he seeks.  Furthermore, the petition appears to challenge distinct laws and policies of the state of Oklahoma, issues which would not

2

share common questions of law or fact with this case, the merits of which have long been resolved. See FED. R. CIV. P. 24(b)(1)(B). In so ruling, the Court does not decide the merits of Mr. Cotner's arguments, although the Court notes that Mr. Cotner has not cited any source of law in support of his petition. If Mr. Cotner does have meritorious claims, however, they must be resolved in a separate legal action – they are not appropriate for litigation in this case.

For the foregoing reasons, it is hereby

ORDERED that Mr. Cotner's petition [Dkt. No. 6266] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 1, 2018