Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2016 (https://ucr.fbi.gov/crime-in-the-u.s/2016) • Crime in the U.S. 2016 (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables) • Table 15

U.S. DEPARTMENT OF JUSTICE • FEDERAL BUREAU OF INVESTIGATION • CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

# 2016 CRIME in the UNITED STATES

**Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)**
**Feedback (https://forms.fbi.gov/cius-feedback-2016/) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/resource-pages/contact-us) | Data Quality Guidelines (/cjis/ucr/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)**

Home (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/cius-2016)

Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/offenses-known-to-law-enforcement)

Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/violent-crime)

Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/property-crime)

Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/clearances)

Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/persons-arrested)

Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/police-employees)

## Table 15

### Offense Analysis

Number and Percent Change, 2015–2016
[14,554 agencies; 2016 estimated population 282,238,499]

Overview

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-15/table-15.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-15/table-15.xls/output.xls)

| Classification | | Number of offenses 2016 | Percent change from 2015 | Percent distribution[1] | Average value |
|---|---|---|---|---|---|
| **Murder** | | **14,774** | **+7.8** | - | |
| **Rape[2]** | | **100,373** | - | - | |
| **Robbery:** | **Total** | **280,357** | **+1.7** | **100.0** | **$1,400** |
| **Robbery by location:** | Street/highway | 108,957 | -1.8 | 38.9 | 1,191 |
| | Commercial house | 42,783 | +4.6 | 15.3 | 1,689 |
| | Gas or service station | 8,178 | +2.1 | 2.9 | 970 |
| | Convenience store | 17,401 | +6.7 | 6.2 | 732 |
| | Residence | 46,419 | +2.3 | 16.6 | 1,758 |
| | Bank | 4,982 | +0.8 | 1.8 | 3,531 |
| | Miscellaneous | 51,637 | +5.0 | 18.4 | 1,367 |
| **Burglary:** | **Total** | **1,354,920** | **-4.4** | **100.0** | **2,361** |
| **Burglary by location:** | Residence (dwelling): | 942,177 | -7.1 | 69.5 | 2,273 |
| | Residence Night | 278,600 | -4.5 | 20.6 | 1,913 |
| | Residence Day | 486,006 | -8.6 | 35.9 | 2,258 |
| | Residence Unknown | 177,571 | -7.1 | 13.1 | 2,879 |
| | Nonresidence (store, office, etc.): | 412,743 | +2.6 | 30.5 | 2,562 |

| Classification | | Number of offenses 2016 | Percent change from 2015 | Percent distribution[1] | Average value |
|---|---|---|---|---|---|
| | Nonresidence Night | 178,470 | +6.0 | 13.2 | 2,585 |
| | Nonresidence Day | 142,631 | -0.1 | 10.6 | 2,182 |
| | Nonresidence Unknown | 91,642 | +0.7 | 6.8 | 3,109 |
| **Larceny-theft (except motor vehicle theft):** | **Total** | **4,971,926** | **-1.3** | **100.0** | **999** |
| **Larceny-theft by type:** | Pocket-picking | 24,352 | -0.4 | 0.5 | 646 |
| | Purse-snatching | 19,968 | -1.6 | 0.4 | 475 |
| | Shoplifting | 1,038,574 | -6.7 | 20.9 | 250 |
| | From motor vehicles (except accessories) | 1,301,447 | +6.5 | 26.2 | 869 |
| | Motor vehicle accessories | 366,048 | +2.0 | 7.4 | 541 |
| | Bicycles | 162,547 | -10.8 | 3.3 | 483 |
| | From buildings | 533,553 | -6.3 | 10.7 | 1,449 |
| | From coin-operated machines | 10,877 | -6.8 | 0.2 | 607 |
| | All others | 1,514,559 | -1.4 | 30.5 | 1,649 |
| **Larceny-theft by value:** | Over $200 | 2,256,253 | -1.5 | 45.4 | 2,140 |
| | $50 to $200 | 1,075,664 | -4.3 | 21.6 | 108 |
| | Under $50 | 1,640,008 | +0.9 | 33.0 | 14 |
| **Motor vehicle theft** | | **700,143** | **+6.9** | **-** | **7,680** |

- [1] Because of rounding, the percentages may not add to 100.0.
- [2] The rape figure in this table is an aggregate total of the data submitted using both the revised and legacy Uniform Crime Reporting definitions. See the data declaration for further explanation.

## Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-15/table-15.xls/@@template-layout-view?override-view=data-declaration)

Provides the methodology used in constructing this table and other pertinent information about this table.

## Overview

Download Printable Document (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-15/table-15-overview.pdf)

**Offense Analysis, Number and Percent Change, 2015–2016**

- In 2016, the average dollar value per motor vehicle stolen in the U.S. was $7,680. The average dollar value of property taken during burglaries was $2,361; during robberies, $1,400; and during larceny-thefts, $999.
- By location, most burglaries, 69.5 percent, occurred at residences. Most robbery offenses, 38.9 percent, occurred on streets or highways.
- In 2016, the number of robbery offenses increased in six of the seven location categories when compared with the 2015 totals. These locations included commercial houses, gas or service stations, convenience stores, residences, banks, and miscellaneous locations. The number of robberies at convenience stores rose the most, 6.7 percent.
- Most larceny-thefts (45.4 percent) involved property valued at more than $200.