Fixture, Version A



Image obtained from
Document 6273-1    Filed 06/08/18    Page 19 of 72.

Fixture, Version B



Image obtained from
Document 6273-1    Filed 06/08/18    Page 24 of 72.

**Fixture, Version C**



Excluded Product

Excluded merchandising and promotional space, used for Natural American Spirit (made by an RJRT sister company)

Excluded merchandising and promotional space, used for USA Gold (made by an ITGB sister company)

Image obtained from
Document 6273-1     Filed 06/08/18    Page 46 of 72.

Fixture, featuring back-bar displays



No court-ordered statements are shown in this merchandising space, which is used for Eagle and Pyramid cigarettes (made by Liggett) because they are not covered brands

Calculation to determine 25% of ITGB covered brands' merchandising and promotional space within this backbar display did not consider merchandising and promotional space used for Montclair cigarettes, which is made by ITG Brands but not a covered brand.

Irregular placement of cigarettes, not considered in 25% calculation.

Calculation to determine 25% of RJRT's covered brands did not consider merchandising and promotional space used for smokeless tobacco products.

Image obtained from
Document 6273-1    Filed 06/08/18    Page 63 of 72.

Offset, Ceiling Hanger in-situ



**Image obtained from**
Document 6273-1     Filed 06/08/18    Page 71 of 72.