

**Source image from Sparrow Declaration**
(ECF 6273-1), Page 46 of 72.



**Same source image;**
showing manufacturer and "excluded brand" boundaries



**Same source image;**
showing manufacturer and "excluded brand" boundaries, with court-order statements in a fixed percentage of 25% of each manufacturer's "covered brand" area



**Same source image;**
showing court-order statements in a fixed percentage of 25% of each manufacturer's "covered brand" area