UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   )<br>v.   )<br>   )<br>PHILIP MORRIS USA INC., *et al.*,   )<br>   )<br>   Defendants.   )<br>   )<br>   ) | Civil Action No. 99-CV-2496 (PLF) |

**(PROPOSED)**
**ORDER #____-REMAND**
**SCHEDULE FOR PRE-HEARING PROCEEDINGS**

Upon consideration of the parties' Joint Status Report filed July 24, 2019, and the respective Proposals Regarding Procedure in Advance of the Evidentiary Hearing on Corrective Statements at Retail Points-of-Sale, and the entire record in this matter, it is hereby

**ORDERED** that the following schedule and deadlines shall apply in this case:

- Plaintiffs disclose retained experts and submit expert reports compliant with FRCP 26(a)(2)(B); Plaintiffs disclose other witnesses and provide declarations and/or summaries of their anticipated testimony compliant with FRCP 26(a)(2)(C):
  **September 20, 2019**

- Window for depositions of Plaintiffs' retained experts (and/or other witnesses, with good cause shown):
  **September 30-October 28, 2019**

- Manufacturers and retailer groups disclose retained experts and submit expert reports compliant with FRCP 26(a)(2)(B); Manufacturers and retailer groups disclose other witnesses and provide declarations and/or summaries of their anticipated testimony compliant with FRCP 26(a)(2)(C):
  **November 1, 2019**

- Window for depositions of Manufacturers' and retailer groups' retained experts (and/or other witnesses, with good cause shown):
  **November 11-December 9, 2019**

- Plaintiffs disclose any retained rebuttal experts and submit any rebuttal expert reports compliant with FRCP 26(a)(2)(B); Plaintiffs disclose other rebuttal witnesses and provide declarations and/or summaries of their anticipated testimony compliant with FRCP 26(a)(2)(C):
  **December 13, 2019**

- Window for depositions of Plaintiffs' retained rebuttal experts (and/or other rebuttal witnesses, with good cause shown):
  **December 18, 2019-January 17, 2020**

- Participants simultaneously file witness/exhibit lists and proposed facts for stipulation:
  **January 24, 2020**

- Participants file objections to witnesses/exhibits and proposed stipulated facts:
  **February 7, 2020**

- Participants file simultaneous pre-hearing briefs of up to 25 pages
  (ITG Brands may file a separate 5 page brief on ITG-specific issues):
  **February 19, 2020**

- Participants file simultaneous reply briefs of up to 25 pages
  (Plaintiffs may file a separate 5 page reply on ITG-specific issues):
  **March 4, 2020**

- Evidentiary hearing:
  **March ___-___, 2020**

**SO ORDERED.**

Dated:  July ____, 2019

                                                                            PAUL L. FRIEDMAN
                                                                            United States District Judge