UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | Civil Action No. 99-CV-2496 (PLF) |
| and ) | |
| TOBACCO-FREE KIDS ACTION FUND, *et al.*, ) | |
|     Plaintiff-Intervenors, ) | |
| v. ) | |
| PHILIP MORRIS USA, INC., *et al.*, ) | |
|     Defendants. ) | |

**(PLAINTIFFS' PROPOSED)**

**ORDER #___-REMAND**
**SETTING PREHEARING SCHEDULE AHEAD OF EVIDENTIARY HEARING ON CORRECTIVE STATEMENTS AT RETAIL POINTS-OF-SALE**

    This Order contemplates that the evidentiary hearing will be confined to the topics set out in the "Plaintiffs' View" portion of the parties' and national retail organizations' earlier joint status report (ECF 6286; filed 6/19/2019). Per the Court's June 24, 2019 Minute Order, the Court is currently receiving briefs on that question, with the final brief scheduled to be filed August 16, 2019. In the event that the Court adopts some or all of the views expressed by the retailers and manufacturers, the Court will invite the retailers and parties to submit new proposed schedules.

    Having considered the retailers' and the parties' submissions, the Court now sets this schedule in anticipation of the evidentiary hearing:

| Event | Date |
|---|---|
| Parties and national retailer groups exchange initial proposals of stipulated facts | 145 days before evidentiary hearing |
| Parties and national retailer groups agree to stipulated facts | 120 days before evidentiary hearing |
| First round of witness disclosures, including proposed exhibits and demonstratives (see Contents of Witness Disclosures, below) | 90 days before evidentiary hearing |
| Any supplementation of witness disclosures to respond to other side's first-round witness disclosures | 75 days before evidentiary hearing |
| Rebuttal witness disclosures, including exhibits and demonstratives (see Contents of Witness Disclosures, below). Rebuttal disclosures shall be limited to evidence offered in response to the testimony, exhibits, and demonstratives disclosed in the first-round witness disclosures and supplementation | 45 days before evidentiary hearing |
| Any supplementation of witness disclosures to respond to other side's rebuttal witness disclosures. | 30 days before evidentiary hearing |
| Evidentiary hearing | |
| Parties and national retailer groups submit proposed findings of fact and conclusions of law | 15 days after evidentiary hearing ends |

This Order does not contemplate depositions. Nonetheless, if a party can show good cause for taking the deposition of a particular witness, and the other parties will not agree, the party may petition the court for leave to take the deposition.

### *Contents of Witness Disclosures*

All witness disclosures shall include the substance of every fact and opinion that the witness will testify to, including the basis and reasons for any opinions, as well as the foundation for the admissibility of the testimony. Witness disclosures shall also include all exhibits and demonstratives expected to be introduced or used in conjunction with the witness's testimony.

Disclosures shall also include the witness's current curriculum vitae, employer, compensation if employed or retained by a party, corporate affiliate, or retailer, and previous testimony related to the subject matter of their disclosed testimony.

*Preclusion*

Testimony, exhibits, and demonstratives not disclosed in accordance with this Order shall not be offered on direct examination at the hearing.

*Conduct of the Hearing*

The order of presentation of evidence at the hearing shall be as follows:

1. Plaintiffs shall present evidence explaining and supporting their proposed point-of-sale remedy.

2. The national retailer organizations and manufacturers shall present evidence regarding the administrability of Plaintiffs' proposed remedy and whether it makes due provision for the rights of retailers.

3. Plaintiffs may present rebuttal evidence regarding the administrability of their proposed remedy and whether it makes due provision for the rights of retailers.

Dated: _____, 2019         _____
                                PAUL L. FRIEDMAN
                                U.S. DISTRICT JUDGE