## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 99-CV-2496 (PLF) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP MORRIS USA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### JOINT MOTION TO SUSPEND PREHEARING SCHEDULE

On March 4, 2020, the Court granted Plaintiffs' Unopposed Motion to Modify Schedule in Advance of Point-of-Sale Evidentiary Hearing and issued an order establishing a revised schedule for the parties to complete various required prehearing matters in anticipation of the evidentiary hearing on the point-of-sale remedy currently scheduled to commence on September 14, 2020. *See* Order #93-Remand (Dkt. 6316; issued Feb. 20, 2020), *as modified by* Order #94-Remand (Dkt. 6318; issued Mar. 4, 2020).  Unfortunately, it has now become evident that the massive disruption caused by the COVID-19 pandemic will make it impossible for all parties and the retailer trade groups to comply with the prehearing schedule currently in place and will therefore also require the evidentiary hearing to be postponed.  Accordingly, the parties and retailer trade groups jointly move that the Court (a) indefinitely suspend all of the prehearing deadlines, as well as the hearing dates and deadlines for post-hearing submissions, set forth in Order #93-Remand, as modified by #94-Remand ; and (b) provide that, upon the request of any party which believes that circumstances have changed in such a way that the prehearing process should continue, the parties shall meet and confer in an attempt to reach agreement on when the

#1075340v1

sequence and timing of events set forth in Order #93-Remand, as modified by Order #94-Remand should resume and (if possible, jointly) propose a new schedule and dates for the evidentiary hearing.

A proposed form of order is attached.

March 19, 2020                                                 Respectfully submitted,


                                                              GUSTAV W. EYLER, Director
                                                              ANDREW CLARK, Assistant Director
                                                              Consumer Protection Branch

                                                              ___/s/_____
                                                              DANIEL K. CRANE-HIRSCH
                                                              Trial Attorney
                                                              Civil Division
                                                              United States Department of Justice
                                                              PO Box 386
                                                              Washington, DC  20044-0386
                                                              Telephone: 202-616-8242 (Crane-Hirsch)
                                                              Facsimile:  202-514-8742
                                                              daniel.crane-hirsch@usdoj.gov

                                                              *Attorneys for Plaintiff United States of
                                                                  America*


                                                              ___/s/_____
                                                              Scott P. Lewis (admitted pro hac vice)
                                                              slewis@andersonkreiger.com
                                                              Christina S. Marshall (Bar # MA0022)
                                                              cmarshall@andersonkreiger.com
                                                              ANDERSON & KREIGER LLP
                                                              50 Milk, 21st Floor
                                                              Boston, MA 02109
                                                              Telephone:  617-621-6500
                                                              Fax:  617-621-6660

                                                              *Attorneys for the Public Health Plaintiff-
                                                                  Intervenors*

_____/s/_____

Miguel A. Estrada (D.C. Bar No. 456289)
Amir C. Tayrani (D.C. Bar No. 490994)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016
mestrada@gibsondunn.com
atayrani@gibsondunn.com

George C. Lombardi *(pro hac vice pending)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com

*Attorneys for Defendants Altria Group, Inc.
and Philip Morris USA Inc.*

_____/s/_____

Peter J. Biersteker (D.C. Bar No. 358108)
Michael A. Carvin (D.C. Bar No. 366784)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
pbiersteker@jonesday.com
macarvin@jonesday.com

Jeffrey A. Mandell (D.C. Bar No. 999791)
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 256-0226
Fax: (608) 259-2600
jmandell@staffordlaw.com

*Attorneys for Defendant R.J. Reynolds
Tobacco Company (individually, as
successor in interest to Brown & Williamson
Tobacco Corporation, and as successor to
Lorillard Tobacco Company)*

3

_____/s/_____

Robert J. Brookhiser, Jr. (D.C. Bar No. 202168)
Elizabeth B. McCallum (D.C. Bar No. 451361)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Fax: (202) 861-1783

*Attorneys for Post-Judgment Parties Regarding Remedies ITG Brands, LLC, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc.*

_____/s/_____

Michael J. Baratz (D.C. Bar No. 480607)
Douglas S. Kantor (D.C. Bar No. 455895)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-3000

*Attorneys for NACS*

_____/s/_____

Thomas A. Briant
(Minnesota Bar No. 157764)
Thomas A. Briant, P.A.
17595 Kenwood Trail
Minneapolis, MN 55044
952-974-0075

*Attorney for National Association of Tobacco Outlets, Inc.*

4