**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>          Plaintiff,                             )<br>                                                          )<br>                                                          )<br>     v.                                                 )<br>                                                          )<br>PHILIP MORRIS USA INC., *et al.*,  )<br>                                                          )<br>          Defendants.                        )<br>                                                          )<br>                                                          ) | Civil Action No. 99-CV-2496 (PLF) |

## ORDER # 95 -REMAND
## SUSPENDING POINT-OF-SALE SCHEDULE

Upon consideration of the Parties' and the Retailer Trade Groups' Joint Motion to Suspend, and the entire record in this matter, it is hereby ORDERED that the Joint Motion is GRANTED. Accordingly,

It is hereby ORDERED that all prehearing deadlines, as well as the hearing dates and deadlines for post-hearing submissions, set forth Order #93-Remand (Dkt. No. 6316, issued February 20, 2020), *as modified by* Order #94-Remand (Dkt. 6318; issued Mar. 4, 2020), are hereby INDEFINITELY SUSPENDED; and it is further

ORDERED that, upon the request of any party which believes that circumstances have changed in such a way that the prehearing process should continue, the parties shall meet and confer in an attempt to reach agreement on when the sequence and timing of events set forth in Order #93-Remand, as modified by Order #94-Remand, should resume and (if possible, jointly) propose a new schedule and dates for the evidentiary hearing.

DATE:   March __19__, 2020

s/s Paul L. Friedman
_____

PAUL L. FRIEDMAN
United States District Judge