# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 99-CV-2496 (PLF) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP MORRIS USA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## (PROPOSED)
## ORDER #____-REMAND
## SEALING PORTION OF THE AMENDED EXPERT REPORT OF JAMES E. TEMME

Upon consideration of ITG Brands' Motion to Seal Portions of the Amended Expert Report of James E. Temme (Dkt. No. 6421; filed 4/30/2021), the Plaintiffs' opposition thereto, any reply briefs, and the entire record in this matter, it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part, as follows:

Ratios from pack-facing study (challenged by Plaintiffs):

      Figures within ¶ 19, at 14; ¶ 49, at 14; ¶ 63 (line 4), at 19

      In tables following ¶ 48 at bottom of page 13, the figures in columns designated as "averages" or "ratios"

      In table before ¶ 63 at top of page 19, the figures in columns 5, 6, and 7

          ____ SEALED       ____ NOT SEALED

Precise number of stores in pack-facing study (acceded to by Plaintiffs):

      Figure in ¶ 47, at 13

          ____ SEALED       ____ NOT SEALED

<u>Total counts of "SKUs," pack-facings, and stores in pack-facing study, aggregated by manufacturer and brand family</u> (acceded to by Plaintiffs):

Tables following ¶ 48 at bottom of on page 13 (figures in columns that do *not* reference "averages" or "ratios")

Table before ¶ 63 at top of page 19 (columns 2, 3, and 4)

Figure within ¶ 63 (line 3), at 19

_____ SEALED          _____ NOT SEALED

<u>Cigarette sales-volume figures</u> (challenged by Plaintiffs):

Figures in table before ¶ 49 at top of page 14

_____ SEALED          _____ NOT SEALED

<u>Required number of pack-facings in ITG form contracts</u> (challenged by Plaintiffs):

Figures in ¶ 62, at 18; ¶ 63 (line 2), at 19

Table at top of page 19 before ¶ 63 (column 1)

_____ SEALED          _____ NOT SEALED

<u>Names of specific ITG cigarette brand and its direct competitors</u> (challenged by Plaintiffs):

Parenthetical in ¶ 83, at 23

_____ SEALED          _____ NOT SEALED

<u>ITG scheduled call frequency at retail stores</u> (acceded to by Plaintiffs):

Table following ¶ 95 on page 26 (all figures)

Figures in ¶ 96, at 26

_____ SEALED          _____ NOT SEALED

Further **ORDERED** that ITG Brands shall file on the public docket a copy of the Temme

Amended Report redacted in accordance with this order with 7 days of the date of this Order.

2

Further **ORDERED** that  the Clerk shall unseal ITG Brands' Motion and proposed order [Dkt. No. 6421] (but not the exhibits to the motion); Plaintiffs' Opposition [Dkt. No. _____], exhibit, and proposed order; and ITG Brands' Reply [Dkt. No. _____] and its exhibits.

**SO ORDERED.**

Dated: _____, 2021

_____
PAUL L. FRIEDMAN
United States District Judge

3