UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　and<br><br>TOBACCO-FREE KIDS<br>ACTION FUND, *et al.*<br>　　　Plaintiff-Intervenors<br><br>　　　v.<br><br>PHILIP MORRIS USA INC., *et al.*,<br>　　　Defendants,<br><br>　　　*and*<br><br>ITG BRANDS, LLC, *et al.*,<br>　　　Post-Judgment Parties Regarding<br>　　　Remedies. | Civil Action No. 99-CV-2496 (PLF)<br>Next scheduled court appearance: None |

## NOTICE OF SUPPLEMENTAL REPORT OF SETH M. NOAR, PH.D.

Plaintiffs hereby file a supplement to the initial and rebuttal expert reports of Seth M. Noar, Ph.D. that were filed on, respectively, October 7, 2020 (Dkt. No. 6341-8) and March 24, 2021 (Dkt. No. 6401-8).[1]

Dated:  May 18, 2021                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　ARUN G. RAO
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

---

[1] In accordance with Order #102-Remand (Dkt. No. 6343; 10/13/2020), Plaintiffs are serving on the manufacturers and retailers but are not filing with the Court certain materials considered by Dr. Noar in forming his opinions.

GUSTAV W. EYLER, Director
LISA K. HSIAO, Assistant Director
Consumer Protection Branch

/s/
DANIEL K. CRANE-HIRSCH
Trial Attorney
ADAM E. LYONS
Senior Litigation Counsel
Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-8242 (Crane-Hirsch)
Facsimile: 202-514-8742
daniel.crane-hirsch@usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/
Scott P. Lewis (pro hac vice)
slewis@andersonkreiger.com
Melissa C. Allison (admitted pro hac vice)
mallison@andersonkreiger.com
Christina S. Marshall (D.C. Bar # MA0022)
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
Telephone: 617-621-6500
Fax: 617-621-6660

*Attorneys for the Public Health Plaintiff-Intervenors*