## Supplemental Report of Dr. Seth Noar

### Section 1: Introduction

**1.1** I submit this supplemental report following my expert report dated October 7, 2020 and my rebuttal report dated March 23, 2021.

**1.2** On April 1, 2021, counsel for Defendant R.J. Reynolds Tobacco Company (RJRT) sent the government a letter that referenced paragraphs 2.127 to 2.130 of my rebuttal report and requested data regarding Qualtrics' data scrubbing protocol. Specifically, the letter requested "the survey response data from all respondents that [I] surveyed (not just those [I] included in [my] final sample), a variable that denotes which respondents were removed and why, and any information on the process or criteria used to remove respondents." (Apr. 1, 2021 M. Belasic ltr. to D. Crane-Hirsch.)

**1.3** It is first important to point out why I chose to conduct my study with Qualtrics and why it has become my preferred partner for online studies. First, Qualtrics has what I find to be the best online survey software in the field, with features that are unmatched by other survey software platforms. It is thus no surprise that many large public research universities have adopted the Qualtrics platform on their campuses. Second, Qualtrics has access to a multitude of survey panels and is capable of conducting large, high-quality studies with populations that are not otherwise accessible through other providers. Finally, because Qualtrics oversees both the survey software and access to participants, it is capable of deploying data security and integrity procedures in its survey software and through working with its panel partners, providing in a sense a "double layer" of data security.

**1.4** While there are several companies that conduct online surveys, for the reasons outlined above I have come to prefer Qualtrics. In fact, prior to the study that I conducted for this case, I worked with Qualtrics on a study that I published in a peer-reviewed journal: https://www.sciencedirect.com/science/article/pii/S0306460320306031. In addition, I am currently working with Qualtrics on a study that will enroll 1,500 adolescents in a randomized controlled trial that will deliver surveys with videos to participants several times over multiple weeks. I wrote Qualtrics into this large grant-funded study because of my confidence in Qualtrics' ability to deliver high-quality data within the context of a complex randomized controlled trial.

**1.5** I did not consider the data of participants Qualtrics excluded from my study in forming my opinions in this case. Typically, when I work with Qualtrics, data that they determine to be invalid—whether because of suspected bots, duplicates, or for other reasons—are excluded during the data collection process and *not* contained in the final dataset that is delivered to me at the completion of data collection. This process enhances the dataset's integrity, because it ensures that people with knowledge of the study's objectives do not influence participant screening decisions.

**1.6** Still, I requested and obtained the data from Qualtrics that was requested in RJRT's April 1, 2021 letter. In doing so, I learned more details about the data scrubbing protocol Qualtrics employed for my study and discovered a programming error that Qualtrics made. This report therefore clarifies the protocol Qualtrics followed for my study and presents a re-analysis of my study data in light of Qualtrics' error to determine whether it had any effect on my conclusions. As I explain below, the conclusions expressed in my October 7, 2020 and March 23, 2021 expert reports remain unchanged.

**1.7** I worked on this report with the assistance of senior research associate Bryan Blette.

**Section 2: Data Scrubbing**

**2.1** In paragraph 2.129 of my March 23, 2021 rebuttal report, I described Qualtrics' data scrubbing protocol as one that systematically analyzes data for the following: 1) invalid or duplicate Internet Protocol (IP) addresses; 2) straightlining; 3) speeding; 4) pattern taking; 5) gibberish responses to open-ended questions; and 6) suspicious or inconsistent answers. I stated that participants who exhibited any of these issues were removed by Qualtrics and were not included in my final dataset of 10,027 participants.

**2.2** Upon receiving the data from Qualtrics that RJRT requested on April 1, 2021, I learned that Qualtrics did not use certain elements of the protocol described in my March 23, 2021 rebuttal report. Specifically, I learned that Qualtrics tailors its data scrubbing protocol to each individual study and that it determined that two of the above-mentioned features, straightlining and pattern taking, were inapplicable to my study and therefore not used. These two features are employed for surveys that have several matrix survey questions, which are questions where a question "stem" is asked and there are several questions under that stem. Because my study used only one matrix survey question (to assess store atmosphere perception), straightlining or pattern taking checks were not employed. I also learned that, because IP addresses were not collected during my study to protect participant privacy, IP addresses were not used during data scrubbing.

**2.3** Also upon receiving the requested data from Qualtrics, I learned that Qualtrics used certain data security and scrubbing techniques that I was previously unaware of and did not list in my March 23, 2021 report, which I describe below.

**2.4** Qualtrics worked with a third-party partner, B3 Intelligence (https://www.b3intelligence.com/data-scrubbing/), to conduct the data scrub for my study. Twice during my study, Qualtrics sent B3 Intelligence files to review and analyze for multiple responses from the same participant and for suspicious survey answers. On August 25, 2020, Qualtrics sent B3 Intelligence a dataset containing 8,479 completed surveys to conduct a first data scrub, which led to Qualtrics removing 150 cases from the data. On September 2, 2020, Qualtrics sent B3 Intelligence a second dataset with 10,032 completed surveys, to conduct a second data scrub.[1] This second data scrub led to the removal of seven cases from the data, leaving 10,025 cases. Two new participants took

---
[1] Special_Project_2020_August_25_2020_09_16.csv and Special_Project_2020_September_2_2020_13_13.csv.

the survey (on September 2 and 3, 2020, respectively) after data scrubbing was complete, yielding a final study dataset of 10,027 cases.

2.5 For each data scrub, B3 Intelligence prepared a scrub sheet for Qualtrics that flagged cases for review and possible removal.[2] Qualtrics reviewed those flagged cases and made a determination as to whether the cases should be removed from the final dataset.

2.6 As indicated above, based upon its review of the cases that B3 Intelligence flagged, Qualtrics removed a total of 157 cases: 30 cases were removed for duplicate ID (meaning the same person had taken the survey more than one time); 83 cases were removed for nonsensical answers to close-ended questions; 9 cases were removed for nonsensical answers to open-ended questions; and 37 cases were removed for inattentiveness (based on the amount of time it took participants to complete the survey). Two of the cases in these counts were removed for more than one reason. The deleted cases described above may be identified by using the "ResponseID" field to find cases that are in the two files Qualtrics sent to B3 Intelligence that are not in the final dataset. Similarly, the reasons for the deletions may be found in the scrub sheets using the "ResponseID" from the deleted cases.

2.7 Qualtrics did not remove from the study's dataset certain cases that B3 Intelligence flagged. Qualtrics did not remove cases B3 Intelligence flagged for: identifying more than one race/ethnicity; spending more time on survey pages with study stimuli than the vast majority of other participants; or clicking more on survey pages with study stimuli than the vast majority of other participants. Qualtrics also did not remove certain cases that B3 Intelligence flagged for open-ended answers because Qualtrics' review determined the answers to be acceptable.

2.8 In addition to this data scrubbing protocol, Qualtrics implemented two other measures: reCAPTCHA and "Ballot Box Stuffing."

2.9 reCAPTCHA is a Google technology that presents participants with a picture (or "challenge") of words or characters, and participants must correctly answer the challenge to proceed. A reCAPTCHA score of .5 or greater indicates that the participant is likely to be a human, whereas a score of less than .5 indicates that the participant is likely to be a bot. Any participant who received a score of less than .5 for the variable "Q_RecaptchaScore" was not allowed to continue forward with the survey.

2.10 Ballot Box Stuffing is a function that flags cases that appear to originate from a web browser that had previously been used to take the survey. If a case is flagged by this function, Qualtrics assumes it is from a person who already participated in the survey. If such a case is flagged, a value of "TRUE" for the variable "Q_BallotBoxStuffing" appears in the dataset. This method avoids the privacy issues that arise when a participant's IP address is saved with the rest of his or her data.

---

[2] Qual2676-0615SethConsulting_round1_results_.xlsx and Qual2676-0615SethConsulting_round2_results_.xlsx.

**Section 3: Re-Analysis of Study Data**

3.1   Because a Ballot Box Stuffing variable of "TRUE" indicates that a participant may have already taken the survey, Qualtrics' intent was to screen out participants whose data returned "TRUE" for the Ballot Box Stuffing variable. While reviewing the particular data scrubbing and security features Qualtrics used for my study, Qualtrics and I discovered that 623 cases that had been flagged as TRUE for the Ballot Box Stuffing variable were *not* removed from my study's final dataset due to an error by Qualtrics in programming the survey logic. Qualtrics informed me that its programming error used the wrong case in a case-sensitive programming instruction.

3.2   It is possible that many of these 623 cases were not repeat submissions by a participant who had already taken the survey. For example, members of a survey panel may live in the same household and use the same computer or tablet to take a survey, which would flag the Ballot Box Stuffing variable as "TRUE" even though they are unique participants. Out of an abundance of caution, however, I have re-analyzed the data with these cases removed. I also examined whether the results of the new analyses differ from the results reported in my expert report dated October 7, 2020 and my rebuttal report dated March 23, 2021. Those findings are discussed below, and the relevant tables are presented at the end of this report in Appendix A.

3.3   For my study's primary aim that evaluated communication, some values in the new analyses decreased slightly when compared to the original analyses. For example, recognition of statement set 1 for the color design went from 2.63 in the original dataset to 2.57 in the new analyses (a decrease of .06), and from 2.97 to 2.94 for the black-and-white design (a decrease of .03). Similarly, recognition of statement set 2 for the color design went from 3.01 in the original dataset to 2.97 in the new analyses (a decrease of .04), and from 3.27 to 3.23 for the black-and-white design (a decrease of .04).

3.4   The differences noted above between my original analyses and these new analyses for my study's communication aim are inconsequential. In addition, there were no changes in the statistical significance of findings for recognition, noticing, or attention-grabbing when comparing the new analyses to the original analyses. Importantly, the Cohen's *d* effect sizes between the two sets of analyses are identical or nearly identical. Therefore, my overall conclusion from my expert report dated October 7, 2020 that both designs meet the criteria of communicating court-ordered messages to consumers remains unchanged.

3.5   "Moderation" examines if the ability of court-ordered messages to communicate varies by demographic characteristics. In the new moderation analyses of recognition by vulnerable populations, the results are very similar to my original analyses. In fact, of the 54 statistical tests undertaken for these analyses, 51 of the new tests matched the statistical significance of the original tests, *i.e.*, results of $p<.05$ remained $p<.05$, and results of $p\geq.05$ remained $p\geq.05$. The three that differed are cases where values that were statistically significant ($p<.05$) in the original analyses became non-significant ($p\geq.05$) in the new analyses. These are as follows: 1) transgender individuals had lower recognition for statement set 1 compared to those who did not identify as transgender, but this finding

was no longer statistically significant in the new analyses; 2) those with high school education or less had lower recognition for statement set 2 compared to those with greater than high school education, but this finding was no longer statistically significant in the new analyses; and 3) for readiness to quit among participants in statement set 2, the effects of the black-and-white (vs. color) messages were more pronounced among those *not ready to quit* smoking compared to those *ready to quit* smoking, but this finding was no longer statistically significant in the new analyses. These minor differences in the new moderation analyses do not change my conclusions about vulnerable populations in my expert report dated October 7, 2020.

**3.6**   For my study's secondary aim that evaluated effect on store atmosphere perception, some values decreased slightly whereas others did not change. Store atmosphere perception in my original study compared to the new analyses is as follows: plain cigarette set display without court-ordered messages (original = 3.26; new analyses = 3.25); cigarette set display with court-ordered messages in the color design (original = 3.23; new analyses = 3.23); cigarette set display with court-ordered messages in the black-and-white design (original = 3.18; new analyses = 3.17); and candy display (original = 3.82; new analyses = 3.81).

**3.7**   The differences noted above between my original analyses and these new analyses for my study's store atmosphere aim are inconsequential. In addition, there were no changes in the statistical significance of the findings for store atmosphere perception when comparing the original analyses to the new analyses; and importantly, the Cohen's *d* effect sizes between the two sets of analyses are identical or nearly identical. Therefore, my overall conclusion from my October 7, 2020 expert report that adding court-ordered messages to cigarette displays will *not* meaningfully harm store atmosphere remains unchanged.

**3.8**   Regarding the absolute effectiveness of the court-ordered messages, the differences between the original and new analyses are also inconsequential. In the original analyses, actual recognition across all study conditions ranged from 41% - 82%, while decoy recognition ranged from 10% - 23%. In the new analyses, actual recognition ranged from 40% - 82%, while decoy recognition ranged from 10% - 23%. Also, in the original analyses, actual recognition across all study conditions was 59% while decoy recognition was 15%; in the new analyses these figures were identical. Therefore, the conclusion from my March 23, 2021 rebuttal report—that participants were far more likely to have actual recognition of the court-ordered messages to which they were exposed than to select decoy messages—remains unchanged.

Date: May 18, 2021

_____
Seth M. Noar, Ph.D.

## Appendix A: Re-Analysis of Noar Study Data with the *n*=623 Cases Removed

**Table 1.** Participant characteristics; *N*=9,404

|  | *n* (%) |
|---|---|
| Age, M years (SD) | 45.58 (17) |
| [age range] | [18-97] |
| Race |  |
|   White | 5,500 (58%) |
|   Black or African American | 2,168 (23%) |
|   Asian | 725 (8%) |
|   American Indian or Alaskan Native | 188 (2%) |
|   Native Hawaiian/Pacific Islander | 43 (<1%) |
|   More than one race | 296 (3%) |
|   Other race | 484 (5%) |
| Hispanic | 2,031 (22%) |
| Gender |  |
|   Female | 4,839 (51%) |
|   Male | 4,544 (48%) |
|   Other/self-described | 21 (<1%) |
| Transgender | 564 (6%) |
| Sexual orientation |  |
|   Straight | 8,347 (89%) |
|   Bisexual | 558 (6%) |
|   Gay or lesbian | 367 (4%) |
|   Other | 131 (1%) |
|   No response | 1 (<1%) |
| Education |  |
|   High school or less | 2,433 (26%) |
|   Some college or associate's degree | 3,351 (36%) |
|   Bachelor's degree | 2,234 (24%) |
|   Graduate or professional degree | 1,385 (15%) |
|   No response | 1 (<1%) |
| Health literacy |  |
|   Higher literacy | 5,298 (56%) |
|   Lower literacy | 4,069 (43%) |
|   No response | 37 (<1%) |
| Poverty status |  |
|   Low income, <150% of 2019 federal poverty level | 2,397 (25%) |
|   ≥ 150% of 2019 federal poverty level | 7,006 (75%) |
|   No response | 1 (<1%) |
| Cigarette smoking |  |
|   Current smoker | 4,602 (49%) |
|   Number of cigarettes smoked per day, mean (SD) | 10.10 (9.53) |
|   Quit readiness |  |
|     Within the next month | 812 (18%) |
|     Within the next 6 months | 1,124 (24%) |

| | |
|---|---|
| Sometime in the future beyond 6 months | 1,469 (32%) |
| Not planning to quit | 1,180 (26%) |
| Current other tobacco product use | |
| E-cigarettes | 3,039 (32%) |
| Traditional cigars | 1,824 (19%) |
| Little cigars and cigarillos | 1,793 (19%) |
| Hookah | 972 (10%) |
| Smokeless tobacco | 743 (8%) |
| Pipe filled with tobacco | 638 (7%) |

*Note.* $n$ = sample size.
(These results correspond to those reported in Table 2 in Dr. Noar's October 7, 2020 expert report.)

| | |
|---|---|
| Sometime in the future beyond 6 months | 1,469 (32%) |
| Not planning to quit | 1,180 (26%) |
| Current other tobacco product use | |
| E-cigarettes | 3,039 (32%) |
| Traditional cigars | 1,824 (19%) |
| Little cigars and cigarillos | 1,793 (19%) |
| Hookah | 972 (10%) |
| Smokeless tobacco | 743 (8%) |
| Pipe filled with tobacco | 638 (7%) |

*Note.* $n$ = sample size.
(These results correspond to those reported in Table 2 in Dr. Noar's October 7, 2020 expert report.)

Table 2. Moderation Analyses of Recognition by Vulnerable Populations

| | Statement Set 1 | | Statement Set 2 | |
|---|---|---|---|---|
| | *b* | *p* | *b* | *p* |
| *Transgender* | | | | |
|   Color condition | -.36 | <.001 | -.27 | <.001 |
|   Transgender | -.24 | .074 | -.53 | <.001 |
|   Color condition*Transgender | -.05 | .775 | .10 | .564 |
| *Hispanic* | | | | |
|   Color condition | -.36 | <.001 | -.27 | <.001 |
|   Hispanic | .05 | .556 | -.18 | .013 |
|   Color condition*Hispanic | -.02 | .853 | .07 | .515 |
| *African American* | | | | |
|   Color condition | -.36 | <.001 | -.29 | <.001 |
|   African American | -.22 | .003 | -.35 | <.001 |
|   Color condition*African American | -.05 | .629 | .10 | .284 |
| *Current smoker status* | | | | |
|   Color condition | -.38 | <.001 | -.31 | <.001 |
|   Smoker | -.15 | .018 | -.25 | <.001 |
|   Color condition*Smoker | .03 | .725 | .11 | .168 |
| *Readiness to quit status* | | | | |
|   Color condition | -.34 | <.001 | -.14 | .034 |
|   Not ready to quit | -.05 | .586 | .26 | .006 |
|   Color condition*Not ready to quit | -.04 | .759 | -.25 | .057 |
| *Lesbian, gay, bisexual status* | | | | |
|   Color condition | -.36 | <.001 | -.26 | <.001 |
|   Lesbian, gay, or bisexual | -.04 | .737 | -.01 | .917 |
|   Color condition*Lesbian, gay, or bisexual | -.01 | .958 | .00 | .983 |
| *Education status* | | | | |
|   Color condition | -.39 | <.001 | -.26 | <.001 |
|   High school or less | -.21 | .004 | -.12 | .076 |
|   Color condition*High school or less | .10 | .331 | .03 | .745 |
| *Literacy status* | | | | |
|   Color condition | -.39 | <.001 | -.29 | <.001 |
|   Low literacy | -.33 | <.001 | -.31 | <.001 |
|   Color condition*Low literacy | .08 | .393 | .08 | .342 |
| *Poverty status* | | | | |
|   Color condition | -.41 | <.001 | -.29 | <.001 |
|   Below poverty line | -.30 | <.001 | -.24 | <.001 |
|   Color condition*Below poverty line | .19 | .060 | .12 | .218 |

*Note.* $b$ = unstandardized regression coefficient; $p$ = probability statistic.
(These results correspond to those reported in Table 3 in Dr. Noar's October 7, 2020 expert report.)

**Table 3.** Effects of Designs on Recognition, Noticing and Attention Grabbing

|  | Color<br>*n* (%) or *M* ± *SD* | BW<br>*n* (%) or *M* ± *SD* | *p* | *d* |
|---|---|---|---|---|
| *Statement Set 1* | | | | |
| Sample size | 2,337 | 2,361 | -- | -- |
| Recognition | 2.57 ± 1.51 | 2.94 ± 1.55 | <.001 | .24 |
| Noticing | 1,959 (84%) | 2,017 (85%) | .129 | -- |
| Attention grabbing | .78 ± 1.05 | .80 ± 1.08 | .631 | .01 |
| *Statement Set 2* | | | | |
| Sample size | 2,338 | 2,368 | -- | -- |
| Recognition | 2.97 ± 1.45 | 3.23 ± 1.41 | <.001 | .18 |
| Noticing | 1,963 (84%) | 2,088 (88%) | <.001 | -- |
| Attention grabbing | 1.01 ± 1.16 | 1.09 ± 1.12 | .013 | .07 |

*Note.* *n* = sample size; *M* = mean; *SD* = standard deviation; Color = color design; BW = black and white design; *p* = probability statistic; *d* = Cohen's d effect size (.20 = small; .50 = medium; .80 = large).

(These results correspond to those reported in Table 4 in Dr. Noar's October 7, 2020 expert report.)

**Table 4.** Perceptions of Store Atmosphere Across Set Display Conditions

|  | (1) Cigarette $M \pm SD$ | (2) Color $M \pm SD$ | (3) BW $M \pm SD$ | (4) Candy $M \pm SD$ | 1 vs. 2 $d$ | 1 vs. 3 $d$ | 1 vs. 4 $d$ |
|---|---|---|---|---|---|---|---|
| Sample size | 2,352 | 2,354 | 2,346 | 2,352 | -- | -- | -- |
| Atmosphere | $3.25 \pm 1.01_a$ | $3.23 \pm .98_{a,b}$ | $3.17 \pm .99_b$ | $3.81 \pm .91_c$ | .02 | .08 | .58 |

*Note.* $M$ = mean; $SD$ = standard deviation; Color = color design; BW = black and white design. Means are adjusted for experimental condition. Different subscripts represent means that are statistically significant, $p < .05$; $d$ = Cohen's d effect size (.20 = small; .50 = medium; .80 = large).
(These results correspond to those reported in Table 5 in Dr. Noar's October 7, 2020 expert report.)

**Table 5.** Descriptive Data for Recognition by Vulnerable Populations (Statement Set 1)

| Population | Color | | | Black and white | | |
|---|---|---|---|---|---|---|
| | *n* | *M* | *SD* | *n* | *M* | *SD* |
| Transgender | 149 | 2.30 | 1.35 | 141 | 2.72 | 1.31 |
| Non-Transgender | 2,188 | 2.59 | 1.52 | 2,220 | 2.95 | 1.57 |
| | | | | | | |
| Hispanic | 525 | 2.59 | 1.49 | 501 | 2.98 | 1.53 |
| Non-Hispanic | 1,812 | 2.57 | 1.52 | 1,860 | 2.93 | 1.56 |
| | | | | | | |
| African American | 489 | 2.36 | 1.51 | 570 | 2.78 | 1.53 |
| All other race | 1,848 | 2.63 | 1.51 | 1,791 | 2.99 | 1.56 |
| | | | | | | |
| Smoker | 1,160 | 2.52 | 1.45 | 1,158 | 2.86 | 1.49 |
| Non-smoker | 1,177 | 2.63 | 1.57 | 1,203 | 3.01 | 1.61 |
| | | | | | | |
| Not ready to quit | 308 | 2.45 | 1.49 | 302 | 2.83 | 1.48 |
| Ready to quit | 849 | 2.54 | 1.44 | 852 | 2.88 | 1.49 |
| | | | | | | |
| Lesbian, gay, or bisexual | 226 | 2.54 | 1.46 | 228 | 2.91 | 1.51 |
| Heterosexual/other | 2,110 | 2.58 | 1.52 | 2,133 | 2.94 | 1.56 |
| | | | | | | |
| High school or less | 634 | 2.49 | 1.48 | 568 | 2.78 | 1.53 |
| Some college or more | 1,702 | 2.61 | 1.53 | 1,793 | 2.99 | 1.56 |
| | | | | | | |
| Lower health literacy | 1,003 | 2.44 | 1.45 | 996 | 2.75 | 1.47 |
| Higher health literacy | 1,320 | 2.69 | 1.55 | 1,357 | 3.08 | 1.60 |
| | | | | | | |
| Below poverty line | 592 | 2.50 | 1.52 | 586 | 2.72 | 1.56 |
| Above poverty line | 1,744 | 2.60 | 1.51 | 1,775 | 3.01 | 1.54 |

*Note. n* = sample size*; M* = mean; *SD* = standard deviation.
(These results correspond to those reported in Table E1 (in Appendix E) in Dr. Noar's October 7, 2020 expert report.)

**Table 6.** Descriptive Data for Recognition by Vulnerable Populations (Statement Set 2)

| Population | Color | | | Black and white | | |
|---|---|---|---|---|---|---|
| | *n* | *M* | *SD* | *n* | *M* | *SD* |
| Transgender | 123 | 2.57 | 1.26 | 151 | 2.74 | 1.46 |
| Non-Transgender | 2,215 | 3.00 | 1.46 | 2,217 | 3.27 | 1.40 |
| Hispanic | 505 | 2.89 | 1.45 | 500 | 3.09 | 1.44 |
| Non-Hispanic | 1,833 | 3.00 | 1.45 | 1,868 | 3.27 | 1.40 |
| African American | 537 | 2.78 | 1.47 | 572 | 2.97 | 1.42 |
| All other race | 1,801 | 3.03 | 1.44 | 1,796 | 3.32 | 1.39 |
| Smoker | 1,134 | 2.91 | 1.38 | 1,150 | 3.10 | 1.36 |
| Non-smoker | 1,204 | 3.04 | 1.50 | 1,218 | 3.35 | 1.44 |
| Not ready to quit | 285 | 2.91 | 1.46 | 285 | 3.30 | 1.42 |
| Ready to quit | 841 | 2.90 | 1.36 | 863 | 3.04 | 1.33 |
| Lesbian, gay, or bisexual | 237 | 2.96 | 1.49 | 234 | 3.22 | 1.40 |
| Heterosexual/other | 2,101 | 2.98 | 1.44 | 2,134 | 3.23 | 1.41 |
| High school or less | 637 | 2.91 | 1.44 | 594 | 3.14 | 1.47 |
| Some college or more | 1,701 | 3.00 | 1.45 | 1,774 | 3.26 | 1.38 |
| Lower health literacy | 1,033 | 2.85 | 1.43 | 1,037 | 3.06 | 1.40 |
| Higher health literacy | 1,296 | 3.08 | 1.45 | 1,325 | 3.37 | 1.40 |
| Below poverty line | 604 | 2.89 | 1.45 | 615 | 3.06 | 1.47 |
| Above poverty line | 1,734 | 3.00 | 1.45 | 1,753 | 3.29 | 1.38 |

*Note. n*=sample size; *M* = mean; *SD* = standard deviation.
(These results correspond to those reported in Table E2 (in Appendix E) in Dr. Noar's October 7, 2020 expert report.)

**Table 7.** Perceptions of Store Atmosphere Across Set Display Conditions by Smoking Status

|  | (1) Cigarette $M \pm SD$ | (2) Color $M \pm SD$ | (3) BW $M \pm SD$ | (4) Candy $M \pm SD$ |
|---|---|---|---|---|
| *Smoker* | | | | |
| Sample size | 1,159 | 1,140 | 1,168 | 1,135 |
| Atmosphere | $3.61 \pm .93_a$ | $3.56 \pm .92_{a,b}$ | $3.48 \pm .91_b$ | $3.89 \pm .91_c$ |
| *Non-smoker* | | | | |
| Sample size | 1,193 | 1,214 | 1,178 | 1,217 |
| Atmosphere | $2.91 \pm .96_a$ | $2.92 \pm .93_a$ | $2.87 \pm .98_a$ | $3.74 \pm .90_b$ |

*Note.* $M$ = mean; $SD$ = standard deviation; Color = color design; BW = black and white design. Means are adjusted for experimental condition. Different subscripts within each row represent means that are statistically significant, $p < .05$.
(These results correspond to those reported in Table E3 (in Appendix E) in Dr. Noar's October 7, 2020 expert report.)

13

**Table 8. Frequency of Actual Recognition, Selection of Decoys, and "I don't know" Responses**

| Statement Set 1 | Recognition - Color | | | Recognition - Black-and-white | | |
|---|---|---|---|---|---|---|
| *Court-Ordered Statement* | *Actual* | *Decoy* | *Not sure* | *Actual* | *Decoy* | *Not sure* |
| Smoking kills, on average, 1,200 Americans. Every day | 51% | 23% | 26% | 56% | 23% | 21% |
| Cigarette companies intentionally designed cigarettes with enough nicotine to create and sustain addiction | 52% | 13% | 35% | 62% | 11% | 27% |
| "Low tar" and "light" cigarette smokers inhale essentially the same amount of tar and nicotine as they would from regular cigarettes. | 40% | 21% | 39% | 52% | 16% | 32% |
| Cigarette companies control the impact and delivery of nicotine in many ways, including designing filters and selecting cigarette paper to maximize the ingestion of nicotine, adding ammonia to make the cigarette taste less harsh, and controlling the physical and chemical make-up of the tobacco blend. | 47% | 18% | 35% | 54% | 15% | 31% |
| Secondhand smoke kills over 38,000 Americans each year. | 67% | 14% | 18% | 70% | 14% | 16% |
| **Total** | **51%** | **18%** | **31%** | **59%** | **16%** | **26%** |
| Statement Set 2 | Recognition - Color | | | Recognition – Black-and-white | | |
| *Court-Ordered Statement* | *Actual* | *Decoy* | *Not sure* | *Actual* | *Decoy* | *Not sure* |
| Smoking causes heart disease, emphysema, acute myeloid leukemia, and cancer of the mouth, esophagus, larynx, lung, stomach, kidney, bladder, and pancreas. | 45% | 15% | 40% | 49% | 13% | 38% |
| It's not easy to quit. | 71% | 14% | 15% | 82% | 10% | 8% |
| Many smokers switch to low tar and light cigarettes rather than quitting because they think low tar and light cigarettes are less harmful. They are **not**. | 49% | 14% | 37% | 53% | 13% | 34% |
| When you smoke, the nicotine actually changes the brain -- that's why quitting is so hard. | 69% | 12% | 19% | 72% | 12% | 16% |
| Children exposed to secondhand smoke are at an increased risk for sudden infant death syndrome (SIDS), acute respiratory infections, ear problems, severe asthma, and reduced lung function. | 64% | 15% | 22% | 68% | 11% | 22% |
| **Total** | **59%** | **14%** | **27%** | **65%** | **12%** | **23%** |

(These results correspond to those reported in Dr. Noar's March 23, 2021 expert rebuttal report.)