# EXHIBIT 1

```
                                                             Page 1

 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3
    UNITED STATES OF AMERICA,) Civil Action No.
 4                           ) 99-CV-2496 (PLF)
         Plaintiff,          )
 5                           )
         and                 )
 6                           )
    TOBACCO-FREE KIDS        )
 7   ACTION FUND, et al.     )
                             )
 8       Plaintiff-          )
         Intervenors,        )
 9                           )
         v.                  )
10                           )
    PHILIP MORRIS USA INC.,  )
11   et al.,                 )
                             )
12       Defendants.         )
    -------------------------)
13
14             TUESDAY, FEBRUARY 23, 2021
15                     - - -
16     **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
17
18     Videotaped Remote deposition of JAMES TEMME,
19 beginning at 9:34 a.m., before Nancy J. Martin, a
20 Registered Merit Reporter, Certified Shorthand
21 Reporter.  All parties appeared remotely.
22 Job No. CS4464050
```

```
 1   I might have missed some of the names now because I'm
 2   doing this from memory, but Jeff Eldridge, Kim Reed
 3   were the primary sales folks that I spoke with
 4   relative to these agreements.  There was another
 5   meeting that had general counsel.  There was some data
 6   analysts in another meeting.  Again, not all of those
 7   discussions related to the RMAs.  There were other
 8   topics discussed.
 9        Q.   What were the -- what were the topics that
10   you were discussing with the data analysts?
11        A.   Specifically, the spreadsheet November
12   facings that outlines the 40,000 store universe that
13   ITG has collected that I use for a portion of my
14   analytic work.
15        Q.   And what other topics did you discuss with
16   Jeff Eldridge or "Ken" Reid?
17        A.   General topics about direction relative to
18   flip signs is one that comes to mind that we
19   discussed.  Their use of flip signs.  I asked them
20   about elements in the agreement to make sure I
21   understood what some of the terminology meant,
22   information like that.
```

1  this paragraph -- are you with me?
2        A.  Yes, sir.
3        Q.  What does this -- what is this chart?  What
4  does this depict?
5        A.  This is the information that I received from
6  ITG relative to a 40,000 store subset of information
7  they collected on stores that their salespeople
8  visited.
9        Q.  And did you request this information from
10 ITG?
11       A.  Yes, I did.
12       Q.  Why did you request it?
13       A.  When I -- if you recall earlier, we discussed
14 the need or my request for a planogram.  They
15 indicated they did not have planograms on their
16 accounts, and I continued to ask for information
17 relative to the number of SKUs and the number of
18 facings in the account, and that's when they supplied
19 this information.
20       Q.  Why is it that you were seeking information
21 on the number of facings per SKU?
22       A.  I thought that would be an important

1  consideration for part of this, just to show the
2  relative importance that predominant brands have in
3  terms of their average facings per SKU and how that
4  compared to the ITG brands.
5       Q.  If we look at the chart, look at the first
6  column that's titled "Manufacturer."
7           The second column is "Brand Family."
8           And then the third column, called "Unique
9  SKUS," what does this column show?
10      A.  That would show for this 40,700 store subset,
11 all the unique SKUs that were shipped to those stores.
12 So if they shipped two SKUs -- I'm sorry.  A quantity
13 of two of the same SKU, it would count as one unique
14 SKU.
15      Q.  And what is a "unique SKU"?
16      A.  So in the case of Winston, Winston versus a
17 Winston Black would be a unique SKU.  A Kool 100
18 versus a Kool Blue, each of those would be unique
19 SKUs.  So when you asked earlier how many unique SKUs,
20 again, I'm doing it from memory, but I believe in this
21 data set Winston had 18 unique SKUs.  I believe Kool
22 had 7 unique SKUs.

1  anecdotally before, just by looking at it and trying
2  it to review it I did it arithmetically after the
3  report.
4      Q.  I'm not sure what you mean by "anecdotally."
5      A.  Well, again, there's 40,000 entries in this
6  database.  I looked down to see was there a good
7  collection of gold and platinum.  Did it look like
8  there was a reasonable number.  So I just gave that as
9  kind of a general sniff test as I was poking and
10 prodding at the data.  Subsequently, I took it upon
11 myself to do a more in-depth review, and I did that
12 actual calculation.
13     Q.  Thank you.  This chart shows in the "Sample
14 Store Universe" column, is this the number of
15 locations from among that 40,000 that sell each of the
16 brands?  Is that what this shows?
17     A.  It's based on unique stores that sell that
18 specific brand, yes, sir.  And that's also based on
19 the Snap2 AI data.
20     Q.  Okay.  And does this column show that Winston
21 is sold at more of these stores than any other ITG,
22 Philip Morris, or RJR brand is?

1       A.  Yes, it does.
2       Q.  To your knowledge, is that true of the
3  broader universe of all cigarette retailers?  Is it
4  true that Winston is sold in more locations than any
5  other brand?
6       A.  I can't answer that.  I would be surprised if
7  it's sold in more locations than Marlboro, but again,
8  I can't extend -- I have not done work to extend this
9  to the broader market because I don't have that
10 information for the broader market.
11      Q.  Did you try to seek any of that information
12 for the broader market?
13      A.  This was all the information that ITG had
14 available in terms of the number of facings.  They
15 knew that -- in some ways, Mr. Dietert, this is kind
16 of a break-through capability for them.  They
17 previously only knew based on the MSAI data what was
18 shipped to the stores, what SKUs were shipped.
19          This insight on these 40,000 stores
20 represents a significant new piece of information for
21 them.  So I don't know how much it is available in the
22 broader market.  I don't know if Philip Morris and

1    Reynolds have a comparable alternative.  I doubt --
2    MSAI data does not contain that level of information.
3         Q.  Does this level of information, will it help
4    ITG better utilize or more effectively utilize its
5    space on cigarette merchandising sets?
6         A.  I believe it would be very valuable
7    information in helping them strategically plan.
8         Q.  And plan which brands and SKUs to put in
9    which locations?
10        A.  I think that may be an ancillary step if
11   you're going to start looking down at each individual
12   store.  Again, this is not all the stores.  I think it
13   is a representative subset of the stores, but it's not
14   every store.  So where they would elect to make that
15   kind of decision, that would be up to them from a
16   management and resource alignment perspective.
17            Where I do think it helps them is to identify
18   longer term trend, things like that.
19        Q.  And then towards the bottom of this chart, at
20   the bottom of Page 13 it looks like there's a
21   separate -- either a separate chart or another section
22   of it.  Where the second column is labeled "Core Brand