UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 99-2496 (PLF) |
| PHILIP MORRIS USA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER #109 – REMAND

This case is before the Court on remand from the D.C. Circuit to address the United States' proposed remedy for corrective statements at retail point-of-sale displays ("POS proposal"). See Opinion and Order #92 – Remand [Dkt. No. 6308] at 1-2, 25. The Court initially scheduled an evidentiary hearing on the POS proposal to begin on September 14, 2020. See Opinion and Order #93 – Remand [Dkt. No. 6316]. The Court subsequently rescheduled the hearing to begin on July 12, 2021, due to disruptions caused by the COVID-19 pandemic. Order #100 – Remand [Dkt. No. 6332]. On April 30, 2021, the Court cancelled the evidentiary hearing scheduled to begin on July 12, 2021, in light of restrictions on courthouse proceedings related to the COVID-19 pandemic. See Memorandum Opinion and Order #108 – Remand [Dkt No. 6423].

On May 21, 2021, the parties and national retailer groups submitted a Joint Status Report [Dkt. No. 6427]. In addition to proposing new dates for the evidentiary hearing and a pre-hearing schedule, this status report requested clarification from the Court on a series of issues. The Court hereby enters an order setting new hearing dates and pre-hearing deadlines,

largely adopting the agreed dates and schedule proposed in the joint status report. The Court will address the other points raised in the joint status report in a subsequent opinion. It therefore is hereby

ORDERED that the evidentiary hearing on the United States' POS proposal is scheduled to begin in person at the courthouse in Washington, D.C. at 10:00 a.m. on June 13, 2022, and will continue during the weeks of June 20, July 18, and July 25, 2022, as necessary, during which time the Court will sit Monday through Thursday of each week and proceedings will commence at 10:00 a.m. each day; and it is

FURTHER ORDERED that the following pre-hearing schedule applies:

| Deadline | Description |
| --- | --- |
| July 9, 2021 | Parties and national retailer groups file joint status report proposing procedures for using confidential materials at hearing. See Order #638 [Dkt. No. 3603] and Order #997 [Dkt. No. 5593]. |
| July 30, 2021 | Manufacturers and national retailer groups file any supplements to expert reports. |
| September 30, 2021 | Plaintiffs file any responses to manufacturers and national retailer groups' supplemented expert reports. Further supplementation permitted only in accordance with Rule 26(e). |
| October 30, 2021 | Parties and national retailer groups simultaneously file any motions to exclude expert testimony. |
| December 6, 2021 | Parties and national retailer groups simultaneously file responses to any motions to exclude expert testimony. |
| January 24, 2022 at 10:00 a.m. | Status conference and, if necessary, oral argument on any motions to exclude expert testimony. |
| April 11, 2022 | Parties and national retailer groups file joint appendix, including summaries of expert reports. See Order #106 – Remand [Dkt. No. 6394] at 3-5. |
| April 13, 2022 | Parties and national retailer groups file pre-hearing briefs. See Opinion and Order #93 – Remand [Dkt. No. 6316], Section F. |

| | |
|---|---|
| May 13, 2022 | Parties and national retailer groups file reply briefs.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section F. |
| | Parties and national retailer groups simultaneously file written direct testimony for their expert witnesses or a statement indicating that a previously submitted writing shall serve as that witness' direct testimony.  See Order #108 – Remand [Dkt. No. 6423] at 8. |
| May 20, 2022 | Parties and national retailer groups deliver to chambers three bound copies of each of:  the joint appendix, including expert summaries; any further appendix materials made necessary by the pre-hearing reply briefs; the pre-hearing briefs and reply briefs; written direct testimony for the witnesses for whom such testimony has been filed, including any expert reports that will serve as that expert's direct testimony; joint agreed-to stipulated facts; and the POS proposal.  See Order #106 – Remand [Dkt. No. 6394] at 5. |
| May 31, 2022 at 10:00 a.m. | Final pre-hearing status conference. |
| **June 13, 2022 at 10:00 a.m.** | **Evidentiary hearing begins.** |
| August 12, 2022 | Parties and national retailer groups simultaneously file proposed findings of fact and conclusions of law.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section G. |
| August 26, 2022 | Parties and national retailer groups simultaneously file replies to proposed findings of fact and conclusions of law.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section G. |

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 16, 2021