UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                 )<br>            Plaintiff,                               )<br>                                                                 )<br>                                                                 )<br>    v.                                                        )<br>                                                                 )<br>PHILIP MORRIS USA INC., *et al.*,    )<br>                                                                 )<br>           Defendants.                           )<br>                                                                 )<br>                                                                 ) | Civil Action No. 99-CV-2496 (PLF) |

**MANUFACTURERS' UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER**

In Order #109-Remand, the Court instructed the parties[1] and the national retailer groups to file a joint status report proposing procedures for using confidential materials at the evidentiary hearing on the display of the court ordered corrective statements at point of sale by **July 9, 2021**. Manufacturers respectfully request extension of that deadline to **August 6, 2021** to allow the parties and the national retailer groups additional time to meet and confer on these issues. The relief requested is authorized by Federal Rule of Civil Procedure 6(b)(1)(A). The parties have met and conferred, and Manufacturers are authorized to state that this motion is unopposed.

---

[1] The parties are the United States and the Public Health Intervenors (collectively "Plaintiffs"); Philip Morris USA Inc., Altria Group, Inc., and R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company) (collectively "Defendants"); and ITG Brands, LLC, Commonwealth Brands, Inc., and Commonwealth-Altadis, Inc. (collectively "Remedies Parties"). Defendants and Remedies Parties are collectively referred to as "Manufacturers."

The non-party national retailer groups that (to the knowledge of the parties) intend to participate in the hearing are the National Association of Convenience Stores ("NACS") and the National Association of Tobacco Outlets ("NATO").

WHEREFORE, Manufacturers respectfully request that the Court grant this unopposed motion.

Dated: July 9, 2021                                      Respectfully submitted,

/s/
Miguel A. Estrada (D.C. Bar No. 456289)
Amir C. Tayrani (D.C. Bar No. 490994)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016
mestrada@gibsondunn.com
atayrani@gibsondunn.com

George C. Lombardi
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

/s/
Michael A. Carvin (D.C. Bar No. 366784)
Mark A. Belasic (pro hac vice)
Jon G. Heintz (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
macarvin@jonesday.com
mabelasic@jonesday.com
jheintz@jonesday.com

        Jeffrey A. Mandell (D.C. Bar No. 999791)
        STAFFORD ROSENBAUM LLP
        222 West Washington Avenue, Suite 900
        Madison, Wisconsin 53703
        Telephone: (608) 256-0226
        Fax: (608) 259-2600
        jmandell@staffordlaw.com

*Attorneys for Defendant R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company)*

/s/
Robert J. Brookhiser, Jr. (D.C. Bar No. 202168)
Elizabeth B. McCallum (D.C. Bar No.451361)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Fax: (202) 861-1783

*Attorneys for Post-Judgment Parties Regarding Remedies ITG Brands, LLC, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc.*

3