# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 99-CV-2496 (PLF) |
| v. | ) |
| PHILIP MORRIS USA INC., *et al.*, | ) |
| Defendants. | ) |

**[Proposed] ORDER #___-REMAND**

The Court hereby grants Manufactures' Unopposed Motion to Modify Scheduling Order.

It is hereby **ORDERED** that the following date set in Order #109-Remand (Dkt 6434; issued June 16, 2021) is **RESET** as follows:

| Description | Previous Deadline | New Deadline |
|---|---|---|
| Parties and national retailer groups file joint status report proposing procedures for using confidential materials at hearing. See Order #638 [Dkt. No. 3603] and Order #997 [Dkt. No. 5593]. | July 9, 2021 | August 6, 2021 |

DATED: _____

PAUL L. FRIEDMAN
U.S. District Judge