# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIP MORRIS USA INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 99-CV-2496 (PLF) |

## ORDER #110-REMAND

The Court hereby grants Manufactures' Unopposed Motion to Modify Scheduling Order.

It is hereby **ORDERED** that the following date set in Order #109-Remand (Dkt 6434; issued June 16, 2021) is **RESET** as follows:

| **Description** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Parties and national retailer groups file joint status report proposing procedures for using confidential materials at hearing. See Order #638 [Dkt. No. 3603] and Order #997 [Dkt. No. 5593]. | July 9, 2021 | August 6, 2021 |

DATED:  July 9, 2021

/s/
PAUL L. FRIEDMAN
U.S. District Judge