UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> and <br><br> TOBACCO-FREE KIDS ACTION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> PHILIP MORRIS USA, INC., *et al.*, <br><br> Defendants. | Civil Action No. 99-CV-2496 (PLF) |

**PUBLIC HEALTH PLAINTIFF-INTERVENORS'
UNOPPOSED MOTION TO AMEND ORDER #997**

The Public Health Plaintiff-Intervenors[1] respectfully submit this unopposed motion to amend Order #997 (Dkt. No. 5593) to permit the Public Health Plaintiff-Intervenors to access, and for the other parties in this case to provide, sealed and confidential information relating to the corrective-statement remedy. As grounds for this motion, the Public Health Plaintiff-Intervenors state:

1. On August 10, 2005, the Court entered Order #997 excluding the Public Health Plaintiff-Intervenors from obtaining access to sealed and confidential information in this case, and ordering that the parties were barred from providing, and "Plaintiff-Intervenors are barred

---

[1] The Public Health Plaintiff-Intervenors are The Tobacco-Free Kids Action Fund, American Cancer Society, American Heart Association, American Lung Association, Americans for Nonsmokers' Rights, and the National African American Tobacco Prevention Network.

from accessing[,] sealed materials or information protected from disclosure under Order #7, Order #36, Order #394, and Order #638."

2. In connection with discovery for the upcoming evidentiary hearing on the point of sale remedy, sealed and confidential materials that may be covered by Order #997 have been served and filed. The parties may submit additional confidential materials relating to that evidentiary hearing. The parties, having conferred pursuant to Local Rule 7(m), agree that Order #997 should not constrain the attorneys for the Public Health Plaintiff-Intervenors' access to these materials on an attorneys'-eyes-only basis. The Public Health Plaintiff-Intervenors do not seek modification of Order #997 or #104-Remand with respect to any sealed or confidential materials previously disclosed in connection with the pre-trial, trial, and post-trial events in 2005 that the Order was originally intended to address.

3. The undersigned counsel representing the Public Health Plaintiff-Intervenors have signed an acknowledgment agreeing to be bound by the confidentiality acknowledgments of Order #7 and Order #36.

Dated: July 29, 2021

Respectfully submitted,

*/s/ Christina S. Marshall*
Scott P. Lewis (admitted pro hac vice)
slewis@andersonkreiger.com
Melissa C. Allison (admitted pro hac vice)
mallison@andersonkreiger.com
Christina S. Marshall (Bar # MA0022)
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
Telephone:  617-621-6500
Fax:  617-621-6660

*Attorneys for the Public Health Plaintiff-Intervenors*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 29th day of July 2021.

                                          /s/ Christina S. Marshall
                                          Christina S. Marshall