UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>TOBACCO-FREE KIDS ACTION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>PHILIP MORRIS USA, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 99-CV-2496 (PLF) |

### [Proposed] ORDER #111-REMAND

Upon consideration of the Public Health Plaintiff-Intervenors' Unopposed Motion to Amend Order #997, it is hereby **ORDERED** that:

The Public Health Plaintiff-Intervenors' Unopposed Motion to Amend Order #997 is **GRANTED**; and

Order #997 is **MODIFIED** as follows:

The parties may serve attorneys for the Public Health Plaintiff-Intervenors with filings under seal and provide attorneys for the Public Health Plaintiff-Intervenors with access to sealed materials and information protected from disclosure under Order #7, Order #36, Order #394, and Order #638 relating to the corrective-statement remedy; and

Attorneys for the Public Health Plaintiff-Intervenors are hereby permitted to access sealed materials and information filed or disclosed on or after January 11, 2021 protected from

disclosure under Order #7, Order #36, Order #394, and Order #638 relating to the corrective-statement remedy on an attorneys'-eyes-only basis.

DATED: _____   _____
PAUL L. FRIEDMAN
U.S. District Judge