UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>and<br><br>TOBACCO-FREE KIDS ACTION FUND, *et al.*,<br><br>  Plaintiff-Intervenors,<br><br>  v.<br><br>PHILIP MORRIS USA, INC., *et al.*,<br><br>  Defendants. | Civil Action No. 99-CV-2496 (PLF) |

**[Proposed] ORDER #112-REMAND**

Upon consideration of the Public Health Plaintiff-Intervenors' Emergency Motion to Require PM and Altria to Maintain their Document Website Until the Court Rules on the Intervenors' Motion to Clarify and Amend Order #1015, it is hereby **ORDERED** that:

The Public Health Plaintiff-Intervenors' Motion is **GRANTED**; and

Philip Morris USA, Inc. ("PM") and Altria Group, Inc. ("Altria") are **ORDERED** to maintain PM's "Internet Document Website" (www.pmdocs.com) on and after September 1, 2021, as required by Order #1015 (Dkt. No. 5733; Aug. 17, 2006), as previously amended by Order #1021 (Dkt. No. 5765; Sep. 20, 2006) and Order #27-Remand (Dkt. No. 5953; Dec. 15, 2011), until the parties have fully briefed and this Court has considered and ruled upon the Public Health Intervenors' Motion to Clarify and Amend Order #1015 (Dkt. No. 6445; Aug. 19, 2021).

DATED: _____          _____
                                                                        PAUL L. FRIEDMAN
                                                                        U.S. District Judge