UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    and<br><br>TOBACCO-FREE KIDS<br>ACTION FUND, et al.<br>    Plaintiff-Intervenors<br><br>    v.<br><br>PHILIP MORRIS USA INC., *et al.*,<br>    Defendants,<br><br>    *and*<br><br>ITG BRANDS, LLC, *et al.*,<br>    Post-Judgment Parties Regarding<br>    Remedies. | Civil Action No. 99-CV-2496 (PLF)<br>Next scheduled court appearance:<br>January 24, 2022 10:00 am (status conf.) |

## **PLAINTIFFS' AMENDED EXHIBIT LIST**

Pursuant to Order #93-Remand (Dkt. No. 6316; 2/20/2020), *as modified by* Order #105-Remand (Dkt. No. 6391; 2/23/2021), Plaintiffs hereby amend their list of potential exhibits filed on April 5, 2021 (Dkt. No. 6406) to reflect Plaintiffs' supplemental expert disclosures and other materials filed and/or produced to Manufacturers and Retailers on May 18, 2021 and September 30, 2021. (*See* Dkt. Nos. 6426 & 6455). The additions to Plaintiffs' exhibit list are marked below by asterisks.

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 1 | (Proposed) Order Modifying and Reinstating the Corrective Statements Remedy for Retail Point of Sale | 3/24/2021 | Dkt. No. 6401-1 | May |

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 2 | (Proposed) Guidelines for Court-Ordered Corrective Statements at Retail Points of Sale | 3/24/2021 | Dkt. No. 6401-2 | Expect to |
| 3 | (Proposed) Specifications for Audits of Manufacturer Compliance with the Corrective Statement Remedy at Point-of-Sale | 3/24/2021 | Dkt. No. 6401-3 | Expect to |
| 4 | (Proposed) Specifications for the Communication of Corrective Statements in Spanish | 10/7/2020 | Dkt. No. 6341-4 | Expect to |
| 5 | Philip Morris USA 2015 Retail Leaders Program Agreement (Display Plan) Amended: March 29, 2020 | 3/29/2020 | 9561519821-44 | Expect to |
| 6 | Philip Morris USA 2015 Retail Leaders Program Agreement (Fixture Plan) Amended: March 29, 2020 | 3/29/2020 | 9561519845-74 | Expect to |
| 7 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2019 Menthol Outlet Plan | 12/21/2020 | Dkt. No. 6352 at 27-39 | Expect to |
| 8 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Portfolio Pack Outlet Plan | 12/21/2020 | Dkt. No. 6352 at 41-53 | Expect to |
| 9 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Portfolio Carton Outlet Plan | 12/21/2020 | Dkt. No. 6352 at 55-67 | Expect to |
| 10 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Portfolio Cigarette Tobacco Outlet Plan | 12/21/2020 | Dkt. No. 6352 at 69-81 | Expect to |
| 11 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Metro Pack Outlet Plan | 7/3/2017 | RJRT_001811988-94 | Expect to |

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 12 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Dollar Store Meeting Competition Plan | 12/21/2020 | Dkt. No. 6352 at 83-93 | Expect to |
| 13 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Scan Data Reporting Program Addendum | 4/2/2018 | RJRT_002644357-59 | Expect to |
| 14 | RAI Trade Marketing Services Retail Partners Marketing Plan Contract 2017 Dollar Store Scan Data Reporting Program Addendum | 7/3/2017 | RJRT_001811995-96 | Expect to |
| 15 | ITG Brands Choice Growth Retail Merchandising Agreement (signature form) | 1/1/2020 | ITGB-DOJ0000345-46 | Expect to |
| 16 | ITG Brands Choice Growth Merchandising Plan Description 2020 Factory Made Cigarettes (FMC) | 1/1/2020 | ITGB-DOJ0000354-57 | Expect to |
| 17 | ITG Brands Choice Growth Scan Data Reporting Plan Description | 1/1/2020 | ITGB-DOJ0000347-49 | Expect to |
| 18 | Announcing the National Expansion of Chesterfield | 6/21/2019 | 9560763252-65 | May |
| 19 | Launch of AGDC's Custom Signage Website | 1/2/2015 | 956063131-39 | May |
| 20 | Marlboro Smooth Ice | 2019 | 9560763150-62 | May |
| 21 | Marlboro Bold Ice | 2019 | 9560763131-39 | May |
| 22 | 2019 Fixture Reimbursement Program | 3/29/2019 | 9560763306 | May |
| 23 | Outdoor Advertisement & MSA | 3/27/2019 | 9560763306 | May |
| 24 | 2017 PCMA Maintenance Qualifier | 4/13/2017 | 9560763269 | May |
| 25 | Select State Category Funds | 10/26/2016 | 9560763266 | May |
| 26 | Marlboro Menthol Margin Fairness Requirement and Business Enhancement Funds Notice | 10/29/2018 | 9560763272 | May |
| 27 | March 2020 PM USA Production promotions | 2/6/2020 | 9560763434 | May |

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 28 | Letter from D. Crane-Hirsch to J. Mandell et al. re: Manufacturers' participating-retailer agreements | 12/31/2019 | (no bates) | May |
| 29 | Email from A. Tayrani to M. Healy et al.re: Philip Morris' participating retailer agreements | 3/16/2020 | (no bates) | May |
| 30 | McCormack CV | | Exhibit 1 to Statement of Shawn McCormack | Expect to |
| 31 | Philip Morris USA Inc. Retail Leaders Program 2012 Agreement Plan Groups I, H, and X | 4/1/2012 | Exhibit 2 to Statement of Shawn McCormack | May |
| 32 | R.J. Reynolds Tobacco Company Retail Partners Marketing Plan Contract 2012 Pack Outlet Plan | 4/2/2012 | Exhibit 3 to Statement of Shawn McCormack | May |
| 33 | Report of Greg Brancaleone (report only) | 10/7/2020 | Dkt. No. 6341-5 | Expect to |
| 34 | Greg Brancaleone CV | 10/7/2020 | Dkt. No. 6341-5, Attachment | Expect to |
| 35 | Evolution of the Asterisk | | DOJ_POS_GB_000110-14; | May |
| 36 | Mood Board | | DOJ_POS_GB_000146-55 | May |
| 37 | Alternative mock up - yellow, blue, green | | DOJ_POS_GB_000316 | May |
| 38 | Alternative mock up - blue | | DOJ_POS_GB_000317 | May |
| 39 | USSC Sign Legibility Rules of Thumb | 2006 | DOJ_POS_GB_004458-76 | May |
| 40 | Rebuttal Report of Greg Brancaleone (report only) | 3/24/2021 | Dkt. No. 6401-5 | Expect to |
| 41 | Illustrations of implementation of (Proposed) Style Guidelines | 3/24/2021 | Dkt. No. 6401-5, Appendix | Expect to |
| 42 | (Proposed) Guidelines for Court-Ordered Corrective Statements at Retail Points of Sale (Corrected) | 11/18/2020 | Dkt. No. 6345-1 | May |
| 43 | Written Report of James Spaeth (report only) | 10/7/2020 | Dkt. No. 6341-6 | Expect to |
| 44 | James Spaeth CV | 10/7/2020 | Dkt. No. 6341-6, Appendix A | Expect to |

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 45 | Rebuttal Report of James Spaeth | 3/24/2021 | Dkt. No. 6401-6 | Expect to |
| 46 | (Proposed) Specifications for Audits of Manufacturer Compliance with the Corrective Statement Remedy at Point-of-Sale | 10/7/2020 | Dkt. No. 6341-3 | May |
| 47 | Written Report of Debbie Millman (report only) | 10/7/2020 | Dkt. No. 6341-7 | Expect to |
| 48 | Debbie Millman CV | 10/7/2020 | Dkt. No. 6341-7, Appendix A | Expect to |
| 49 | Rebuttal Report of Debbie Millman | 3/24/2021 | Dkt. No. 6401-7 | Expect to |
| 50 | Written Report of Seth Noar (report only) | 10/7/2020 | Dkt. No. 6341-8 | Expect to |
| 51 | Seth Noar CV | 10/7/2020 | Dkt. No. 6341-8, Appendix A | Expect to |
| 52 | Images Used in Noar Study | 10/7/2020 | Dkt. No. 6341-8, Appendix B | May |
| 53 | Final Noar Study Survey Questions | 10/7/2020 | Dkt. No. 6341-8, Appendix C | May |
| 54 | Example of Full Noar Survey in Qualtrics (Color Design - Statement Set 1; Color Condition - Store Atmosphere) | 10/7/2020 | Dkt. No. 6341-8, Appendix D | May |
| 55 | Additional Tables from Noar Study | 10/7/2020 | Dkt. No. 6341-8, Appendix E | May |
| 56 | Rebuttal Report of Seth Noar (report only) | 3/24/2021 | Dkt. No. 6401-8 | Expect to |
| 57 | Reibstein Survey Pretest Responses: Q80 & Q85 Warning Signs Unaided Recall | 3/24/2021 | Dkt. No. 6401-8, Appendix A | May |
| 58 | Reibstein Survey Pretest Responses: Q120 Reason Store Required to Post Sign(s) | 3/24/2021 | Dkt. No. 6401-8, Appendix B | May |
| 59 | Reibstein Pretest Interview Recordings Transcripts | 3/24/2021 | Dkt. No. 6401-8, Appendix C | May |
| 60 | Frequency of Actual Recognition, Selection of Decoys, and "I don't know" Responses from Dr. Noar's Study | 3/24/2021 | Dkt. No. 6401-8, Appendix D | May |

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 61 | Reibstein survey pretest videos | | Produced to Plaintiffs Feb. 23-24, 2021; see Letter from Jon Heintz to Meredith Healy, dated Feb. 18, 2021 | May |
| 62 | Reibstein survey pretest audio recordings | | Produced to Plaintiffs by letters from Jon Heintz to Meredith Healy, dated Feb. 5, 2021, and Feb. 18, 2021 | May |
| 63 | Written Report of Frank Chaloupka (report only) | 10/7/2020 | Dkt. No. 6341-9 | Expect to |
| 64 | Frank Chaloupka CV | 10/7/2020 | Dkt. No. 6341-9 | Expect to |
| 65 | Frank Chaloupka Cigarette Data | | DOJ_POS_FC_000004 | May |
| 66 | Supplement to Written Report of Frank Chaloupka (Dec. 15, 2020) | 12/15/2020 | Dkt. No. 6402 | May |
| 67 | Rebuttal Report of Frank Chaloupka | 3/24/2021 | Dkt. No. 6401-9 | Expect to |
| 68 | Corrected Carolyn Reyes-Guzman Written Report | 10/14/2020 | Dkt. No. 6344-1 | Expect to |
| 69 | Carolyn Reyes-Guzman CV | 10/7/2020 | Dkt. No. 6341-11, Appendix A | Expect to |
| 70 | Rebuttal Report of Carolyn Reyes-Guzman Written Report | 3/24/2021 | Dkt. No. 6401-10 | Expect to |
| 71 | Beckwith Affidavit | 9/1/2006 | Dkt. No. 5746-10 | May |
| 72 | Beckwith Affidavit | 6/4/2014 | Dkt. No. 6101-01 | May |
| 73 | Boehm Declaration | 4/1/2011 | Dkt. No. 5906-2 | May |
| 74 | Martin Declaration | 4/1/2011 | Dkt. No. 5906-1 | May |
| 75 | Sparrow Declaration | 4/1/2011 | Dkt. No. 5906-3 | May |
| 76 | Sparrow Declaration | 6/4/2014 | Dkt. No. 6097-1 | May |
| 77 | Sparrow Declaration (including. appendix) | 6/8/2018 | Dkt. No. 6273-1 | May |
| 78 | Letter from Meredith B. Healy to Jeffrey A. Mandell, re: Dr. Reibstein materials | 1/29/2021 | (no bates) | May |
| 79 | Letter from Jon G. Heintz to Meredith B. Healy, re: Dr. Reibstein materials | 2/5/2021 | (no bates) | May |
| 80 | Interview with Mike Wilson | 12/10/2020 | Reibstein Dep. Ex. 26 | May |

| No | Description | Date | Reference | Expect to/May Offer |
|----|-------------|------|-----------|---------------------|
| 81 | Altria Territory Sales Associate Job Description | 2019 | Myers Dep. Ex. 9 | May |
| 82 | Altria Territory Sales Manager Job Description | 2019 | Myers Dep. Ex. 10 | May |
| 83 | ALS&D May 2010 FDA-Related Merchandising Activities and Sales Resources and Resource Overview | 4/13/2010 | Myers Dep. Ex. 25 | May |
| 84 | FTC Cigarette Report for 2018 | 2019 | DOJ_POS_FC_000040-74; Myers Dep. Ex. 27 | Expect to |
| 85 | Reibstein Report Appendix F | 1/11/2021 | (no bates) | May |
| 86 | Fundamentals of Retail Programs (RJRT HIGHLY CONFIDENTIAL) | 12/7/2016 | RJRT_002548414-19 | May |
| 87 | RJR Territory Manager Playbook (excerpt) | 2017 | Dkt. No. 6276-21 | May |
| 88 | RJR Territory Manager Playbook (complete) (RJRT HIGHLY CONFIDENTIAL) | 2017 | RJRT_002061876-10 | May |
| 89 | Wilkey Affidavit | 4/30/2015 | Dkt. No. 6143-03 | May |
| 90 | Imperial Brands, Acquisition Transforms US Business_Jul 2014_Slides | 7/15/2014 | (no bates) | May |
| 91 | Imperial Brands, Acquisition Transforms US Business - MP3 audio | 7/15/2014 | (no bates) | May |
| 92 | Imperial Brands, Acquisition Transforms US Business - Transcript from FD (Fair Disclosure) Wire | 7/15/2014 | (no bates) | May |
| 93 | Richard Craver, Winston-Salem Journal, ITG Brands confirms more cuts; ITG Brands confirms third round of job cuts for 2019; field sales jobs affected again | 11/26/2019 | (no bates) | May |
| 94 | ITG_POS_JT_001477_ITG – CONFIDENTIAL – CATEGORY I_ US v. PM, 99CV249.XLSX | 1/11/2021 | ITG_POS_JT_001477 (designated Category I confidential) | May |

| No | Description | Date | Reference | Expect to/May Offer |
|---|---|---|---|---|
| 95 | Letter from D. Crane-Hirsch to E. McCallum re: Request for data relating to Eldridge Exhibits 13 & 14 | 3/4/2021 | (no bates) | May |
| 96 | Letter from E. McCallum to D. Crane-Hirsch re: Request for data relating to Eldridge Exhibits 13 & 14 | 3/25/2021 | (no bates) | May |
| 97 | Letter from D. Crane-Hirsch to M. Baratz re: Requests for NACS and Casey's Gen. Stores data | 3/4/2021 | (no bates) | May |
| 98 | Letter from M. Baratz to D. Crane-Hirsch re: Requests for NACS and Casey's Gen. Stores data | 3/19/2021 | (no bates) | May |
| 99* | Supplemental Report of Greg Brancaleone | 9/24/2021 | Dkt. No. 6455-1 | Expect to |
| 100* | Supplemental Report of James Spaeth, Ph.D. | 9/20/2021 | Dkt. No. 6455-3 | Expect to |
| 101* | Imperial Brands Annual Report and Accounts 2020 | 11/17/2020 | DOJ_POS_JS_020001-216 | May |
| 102* | Imperial Brands Half Year Results Statement | 5/18/2021 | DOJ_POS_JS_020220-65 | May |
| 103* | Supplemental Report of Dr. Seth Noar | 5/18/2021 | Dkt. No. 6426-1 | Expect to |
| 104* | Supplemental Report of Dr. Seth Noar | 9/16/2021 | Dkt. No. 6455-2 | Expect to |
| 105 | Placeholder for exhibits based on any data produced to Plaintiffs after the date of this list | | (no bates) | May |

Dated: October 12, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ARUN G. RAO
Deputy Assistant Attorney General
Civil Division

GUSTAV W. EYLER, Director
LISA K. HSIAO, Assistant Director
Consumer Protection Branch

_____/s/_____
ADAM E. LYONS
Assistant Director
DANIEL K. CRANE-HIRSCH
JAMES NELSON
Senior Trial Attorneys
ZACHARY A. DIETERT
MEREDITH B. HEALY
Trial Attorneys
Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-532-4406 (Lyons)
Facsimile: 202-514-8742
adam.e.lyons@usdoj.gov

*Attorneys for Plaintiff United States of America*

_____/s/_____
Scott P. Lewis (pro hac vice)
slewis@andersonkreiger.com
Melissa C. Allison (admitted pro hac vice)
mallison@andersonkreiger.com
Christina S. Marshall (D.C. Bar # MA0022)
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
Telephone: 617-621-6500
Fax: 617-621-6660

*Attorneys for the Public Health Plaintiff-Intervenors*