# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　and<br><br>TOBACCO-FREE KIDS<br>ACTION FUND, *et al.*,<br>　　Plaintiff-Intervenors<br><br>　　v.<br><br>PHILIP MORRIS USA INC., *et al.*,<br>　　Defendants,<br><br>　　*and*<br><br>ITG BRANDS, LLC, *et al.*,<br>　　Post-Judgment Parties Regarding<br>　　Remedies. | Civil Action No. 99-CV-2496 (PLF)<br>Next scheduled court appearance:<br>January 24, 2022 10:00 am (status conf.) |

## JOINT STATUS REPORT
## IN RESPONSE TO ORDER #113-REMAND

In Order #113-Remand (Dkt. 6454), the Court instructed the parties[1] and the national retailer groups to meet and confer and file a joint status report explaining whether they stipulate to admission of all expert reports in evidence, and if they do not, explaining any reasons for objecting to this approach other than that the reports contain hearsay.

---

[1] The parties are the United States and the Public Health Intervenors (collectively "Plaintiffs"); Philip Morris USA Inc., Altria Group, Inc., and R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company) (collectively "Defendants"); and ITG Brands, LLC, Commonwealth Brands, Inc., and Commonwealth-Altadis, Inc. (collectively "Remedies Parties"). Defendants and Remedies Parties are collectively referred to as "Manufacturers."

The non-party national retailer groups that (to the knowledge of the parties) intend to participate in the hearing are the National Association of Convenience Stores ("NACS") and the National Association of Tobacco Outlets ("NATO").

FileName

0901211058

1

The Manufacturers and Retailers have additional objections to the admission of some of Plaintiffs' expert reports. The Manufacturers and Retailers anticipate filing motions to exclude expert testimony by the October 30, 2021 deadline set forth in Order #109-Remand (Dkt. 6434) for Plaintiffs' expert Mr. Greg Brancaleone and regarding certain paragraphs of the rebuttal reports of Plaintiffs' experts Dr. James Spaeth and Dr. Frank Chaloupka.

Except as provided in motions to exclude expert testimony filed by October 30, 2021, the parties and the national retailer groups stipulate to admission of all expert reports in evidence.

Dated: October 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ARUN G. RAO
Deputy Assistant Attorney General
Consumer Protection Branch

GUSTAV W. EYLER, Director
LISA K. HSIAO, Assistant Director
Consumer Protection Branch

/s/
ADAM E. LYONS
Assistant Director
DANIEL K. CRANE-HIRSCH
JAMES NELSON
Senior Trial Attorneys
ZACHARY A. DIETERT
MEREDITH B. HEALY
Trial Attorneys
Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-532-4406
adam.e.lyons@usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/
Scott P. Lewis (pro hac vice)
slewis@andersonkreiger.com
Melissa C. Allison (admitted pro hac vice)
mallison@andersonkreiger.com
Christina S. Marshall (D.C. Bar # MA0022)
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
Telephone: 617-621-6500
Fax: 617-621-6660

*Attorneys for the Public Health Plaintiff-Intervenors*

/s/
Miguel A. Estrada (D.C. Bar No. 456289)
Amir C. Tayrani (D.C. Bar No. 490994)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016
mestrada@gibsondunn.com
atayrani@gibsondunn.com

George C. Lombardi
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

/s/
Michael A. Carvin (D.C. Bar No. 366784)

Mark A. Belasic (pro hac vice)
Jon G. Heintz (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
macarvin@jonesday.com
mabelasic@jonesday.com
jheintz@jonesday.com

Jeffrey A. Mandell (D.C. Bar No. 999791)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 256-0226
Fax: (608) 259-2600
jmandell@staffordlaw.com

*Attorneys for Defendant R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company)*

/s/
Robert J. Brookhiser, Jr. (D.C. Bar No. 202168)
Elizabeth B. McCallum (D.C. Bar No.451361)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Fax: (202) 861-1783

*Attorneys for Post-Judgment Parties Regarding Remedies ITG Brands, LLC, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc.*

/s/
Michael J. Baratz (D.C. Bar No. 480607)
STEPTOE & JOHNSON LLP

FileName
0901211058

4

1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-3000

*Attorneys for National Association of Convenience Stores*

/s/
Thomas A. Briant
(Minnesota Bar No. 157764)
Thomas A. Briant, P.A.
17595 Kenwood Trail
Minneapolis, MN 55044
(952) 683-9270

*Attorney for National Association of Tobacco Outlets, Inc.*