## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>                 v.<br><br>PHILIP MORRIS USA, Inc., *et al.*,<br><br>                     Defendants. | Civil Action No.: 99-cv-2496-PLF<br><br>Next Scheduled Court Date:<br>January 24, 2022 |

### MANUFACTURERS' AND RETAILERS' MOTION IN LIMINE
### TO EXCLUDE THE OPINION OF MR. GREG BRANCALEONE

      Manufacturers and Retailers,[1] through undersigned counsel, move to exclude in its entirety the report and opinion of Mr. Greg Brancaleone on the ground that his ultimate opinion—that the Government's proposed remedy would prevent and restrain Defendants from committing future RICO violations—is not his own expert opinion, but instead one provided to him by counsel for the Government, and that, to the extent Mr. Brancaleone has any basis for that opinion beyond what counsel for the Government provided him, the Government has affirmatively prohibited him from disclosing it. In support of their motion, Manufacturers and Retailers submit the accompanying Memorandum of Points and Authorities and a Proposed Order.

---

[1] The parties are the United States and the Public Health Intervenors (collectively "Plaintiffs"); Philip Morris USA Inc., Altria Group, Inc., and R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company) (collectively "Defendants"); and ITG Brands, LLC, Commonwealth Brands, Inc., and Commonwealth-Altadis, Inc. (collectively "Remedies Parties"). Defendants and Remedies Parties are collectively referred to as "Manufacturers." The non-party national retailer groups that (to the knowledge of the parties) intend to participate in the hearing are the National Association of Convenience Stores ("NACS") and the National Association of Tobacco Outlets ("NATO") (collectively, "Retailers").

| | |
|---|---|
| Dated: October 29, 2021 | Respectfully submitted, |
| /s/ | /s/ |
| Robert J. Brookhiser (D.C. Bar No. 202168)<br>Elizabeth B. McCallum (D.C. Bar No. 451361)<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5304<br>Telephone: (202) 861-1500<br>Fax: (202) 861-1783<br><br>*Attorneys for Post-Judgment Parties Regarding Remedies ITG Brands, LLC, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc.* | Miguel A. Estrada (D.C. Bar No. 456289)<br>Amir C. Tayrani (D.C. Bar No. 490994)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 955-8257<br>mestrada@gibsondunn.com<br>atayrani@gibsondunn.com<br><br>George C. Lombardi<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5969<br>Fax: (312) 558-5700<br>glombard@winston.com<br><br>*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* |
| /s/<br>Michael J. Baratz (D.C. Bar No. 480607)<br>Douglas S. Kantor (D.C. Bar No. 455895)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036-1795<br>Telephone: (202) 429-3000<br><br>*Attorneys for National Association of Convenience Stores* | /s/<br>Michael A. Carvin (D.C. Bar No. 366784)<br>Mark A. Belasic (pro hac vice)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-3939<br>macarvin@jonesday.com<br>mabelasic@jonesday.com |
| /s/<br>Thomas A. Briant (Minn. Bar No. 157764)<br>Thomas A. Briant, P.A.<br>17595 Kenwood Trail<br>Minneapolis, MN 55044<br>Telephone: (952) 683-9270<br><br>*Attorney for National Association of Tobacco Outlets, Inc.* | Jeffrey A. Mandell (D.C. Bar No. 999791)<br>STAFFORD ROSENBAUM LLP<br>222 West Washington Avenue, Suite 900<br>Madison, Wisconsin 53703<br>Telephone: (608) 256-0226<br>Fax: (608) 259-2600<br>jmandell@staffordlaw.com<br><br>*Attorneys for Defendant R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company)* |

2