UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, Inc., *et al.*,<br><br>      Defendants. | Civil Action No.: 99-cv-2496-PLF<br><br>Next Scheduled Court Date:<br>January 24, 2022 |

**PROPOSED ORDER GRANTING
MANUFACTURERS' AND RETAILERS' MOTION IN LIMINE
TO EXCLUDE THE OPINION OF MR. GREG BRANCALEONE**

Upon consideration of Manufacturers' and Retailers' Motion In Limine To Exclude The Opinion of Mr. Greg Brancaleone, the Memorandum of Points and Authorities in support thereof, and any opposition thereto, it is hereby:

ORDERED that Manufacturers' and Retailers' Motion In Limine To Exclude The Opinion of Mr. Greg Brancaleone is GRANTED; and

ORDERED that the Expert Report of Mr. Greg Brancaleone shall not be admitted into evidence, and Mr. Greg Brancaleone shall not be permitted to testify at the evidentiary hearing in this matter.

**IT IS SO ORDERED.**

This ___ day of _____, 2022    _____
                          Judge Paul L. Friedman