

University of California
San Francisco

**Library**

530 Parnassus Avenue
San Francisco, CA 94143

**Chris Shaffer**

University Librarian
and Assistant Vice Chancellor for
Information Management
Chris.Shaffer@ucsf.edu
415-476-5557
www.library.ucsf.edu

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 15, 2021

Re: Memorandum Opinion and Order #114 – Remand, in U.S. v. Philip Morris
Inc., et al, Civil Action No. 99-2496 (PLF)

Dear Judge Friedman,

I am writing on behalf of the University of California, San Francisco ("UCSF") in
response to your Memorandum Opinion and Order regarding disposition of
privileged documents currently housed at the Minnesota Tobacco Document
Depository ("the Depository").

UCSF is home to the Truth Tobacco Industry Documents ("TTID") Library, a digital
archive established in 2002 to preserve and provide public access to digital copies of
the documents from the Depository under the terms of the 1998 Master Settlement
Agreement. TTID is publicly accessible on the web at
https://www.industrydocuments.ucsf.edu/tobacco/.

Over the past twenty years, scholars, scientists, lawyers, policymakers, journalists,
and other members of the public have used the TTID documents to inform more
than 1,000 publications, which have supported significant scientific and
investigative research and facilitated efforts to reduce smoking and related diseases
and improve health around the world. As the Depository has closed to the public as
of August 31, 2021, UCSF's website is now the only location where a complete copy
of these documents can be publicly accessed, as far as we are aware.

Due to its long history and expertise with the TTID documents, UCSF is currently
working with staff from the Depository and from the Minnesota Historical Society
("MHS") to assist with the cataloging and disposition of physical records in the
Depository, including materials located in the Secured Documents Room over which
the tobacco companies have asserted privilege. UCSF strongly supports the long-
term preservation of these privileged documents as part of the historical record and
for their potential use in litigation, or public research, in the event that privilege
may be lifted at some time in the distant future.



UCSF understands that the extent of these records is estimated as 851 boxes, and that the records were originally created by several different entities, three of which (Liggett Group, Inc., Tobacco Institute, Inc., and the Council for Tobacco Research) are no longer in existence.

UCSF further understands that most if not all of these records will remain privileged for an indefinite period of time, and therefore public access is not permitted. As noted in the Court's order, UCSF lacks the authority to review privileged documents or retrieve them in response to any future litigation. Therefore, we support the Court's suggested option for the privileged documents to be returned to the custody of the existing tobacco entities, and respectfully urge the Court to ensure that the companies preserve the documents in perpetuity.

UCSF also understands that no custodian has yet been determined for a subset of the privileged documents created by the nonexistent entities (Liggett Group, Inc., Tobacco Institute, Inc., and the Council for Tobacco Research), and that the Depository's records indicate that the extent of these materials is estimated as at least 24 boxes.

The UCSF TTID Library is a digital archive and does not store or archive physical materials, due to lack of storage facilities. However, the UCSF Archives & Special Collections ("A&SC"), a department also in the UCSF Library, does maintain modest storage facilities to archive University records, faculty papers, and other physical materials. UCSF A&SC is willing to assist the TTID Library in providing secure storage for a limited number of privileged records associated with the nonexistent entities, if no other custodian can be identified, if the long-term preservation of the materials is at risk, and if there is a reasonable possibility that the privilege may be lifted and the documents could be made public for inclusion in the TTID Library within the next five to ten years.

Respectfully,

Chris Shaffer
University Librarian and
Assistant Vice Chancellor for Information Management