# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                               )<br>                                                              )<br>            v.                                              )<br>                                                              )<br>PHILLIP MORRIS USA INC.            )<br>f/k/a PHILLIP MORRIS INCORPORATED, )<br>*et al.*,                                                )<br>                                                              )<br>            Defendants.                         )<br>                                                              ) | Civil Action No. 99-2496 (GK) |

## NOTICE OF FILING CERTIFICATION OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

The Regents of The University of California hereby file the attached *Certification of Compliance with Order #27 Remand: Consent Order between the United States, the Public Health Intervenors, Philip Morris USA Inc., Altria Group, Inc. and RJ Reynolds Tobacco Company*.

Dated: December 26, 2021

Respectfully submitted,

MOONEY, GREEN, SAINDON,
MURPHY & WELCH, P.C.


By:   /s/Peter J. Leff
          Peter J. Leff
          DC Bar No. 457476
          1920 L Street, N.W., Suite 400
          Washington, DC 20036
          Telephone: (202) 783-0010
          Facsimile: (202) 783-6088
          E-mail: pleff@mooneygreen.com

Attorneys for the Regents of The University of California

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 26, 2021, he caused a copy of the foregoing Notice of Filing Certification of the Regents of The University of California to be served electronically on all parties in this action in accordance with the CM/ECF system utilized by this Court

      /s/ Peter J. Leff