December 3, 2021

The University of California, San Francisco certifies that the funds it received in connection with Order #28 Remand: consent order between the United States, the public health interveners, and Lorillard Tobacco Company concerning document disclosure obligations under Order #1015 were used to improve access to the functionality of the Legacy Tobacco Documents Library and for no other purpose

DocuSigned by:

*Christopher Shaffer*

35E8289381CC449...

Chris Shaffer
Assistant Vice Chancellor
University Librarian

DocuSigned by:

*Greta Schnetzler*

32086F63E836457...

Greta W. Schnetzler
Chief Campus Counsel