UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 99-2496 (PLF) |
| PHILIP MORRIS USA, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER #118 – REMAND

On June 16, 2021, the Court issued an order scheduling the evidentiary hearing to begin on June 13, 2022, and setting forth a pre-hearing schedule. See Order #109 – Remand ("Scheduling Order") [Dkt. No. 6434]; see also Order #110 – Remand [Dkt. No. 6437] (modifying the Scheduling Order). On January 31, 2022, in response to the Court's minute order, see January 24, 2022 Minute Entry, the parties and national retailer groups submitted a joint status report. See Joint Status Report Following January 24, 2022 Status Conference ("Joint Status Report") [Dkt. No. 6475]. In the report, the parties and national retailer groups proposed a schedule for the disclosure of the order of witnesses for the evidentiary hearing and provided their availability for additional dates on which the evidentiary hearing could be held. See id. at 2-3.

The Court hereby adopts the parties' proposed schedule for the disclosure of the order of witnesses and amends the Scheduling Order in light of this Court's schedule and the availability of counsel for the parties and the national retailer groups.

It therefore is hereby

ORDERED that the Court's Order #109 – Remand [Dkt. No. 6434], as modified by the Court's Order #110 – Remand [Dkt. No. 6437], is further modified by this Order, as set forth in the following paragraphs; it is

FURTHER ORDERED that the afternoon of the hearing date of June 14, 2022, is VACATED; the proceedings on that day will start at 10:00 a.m. and will run until 12:30 p.m.; it is

FURTHER ORDERED that the hearing dates of June 15 and 20, 2022, are VACATED in their entirety; it is

FURTHER ORDERED that June 24 and July 22, 2022, are added as hearing dates; and it is

FURTHER ORDERED that the following schedule applies:

| Deadline | Description |
| --- | --- |
| April 11, 2022 | Parties and national retailer groups file joint appendix, including summaries of expert reports.  See Order #106 – Remand [Dkt. No. 6394] at 3-5. |
| April 13, 2022 | Parties and national retailer groups file pre-hearing briefs.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section F. |
| May 13, 2022 | Parties and national retailer groups file reply briefs.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section F. |
| | Parties and national retailer groups simultaneously file written direct testimony for their expert witnesses or a statement indicating that a previously submitted writing shall serve as that witness' direct testimony.  See Order #108 – Remand [Dkt. No. 6423] at 8. |
| | Plaintiffs provide their case-in-chief sequence of witnesses to Manufacturers and national retailer groups, with estimated length of time for in-person direct examination of fact witness. |
| May 18, 2022 | Manufacturers and national retailer groups provide to Plaintiffs estimated times for cross-examinations of Plaintiffs' case-in-chief witnesses. |

| | |
|---|---|
| May 20, 2022 | Parties and national retailer groups deliver to chambers three bound copies of each of: the joint appendix, including expert summaries; any further appendix materials made necessary by the pre-hearing reply briefs; the pre-hearing briefs and reply briefs; written direct testimony for the witnesses for whom such testimony has been filed, including any expert reports that will serve as that expert's direct testimony; joint agreed-to stipulated facts; and the POS proposal.  See Order #106 – Remand [Dkt. No. 6394] at 5. |
| | Plaintiffs provide to Manufacturers and national retailer groups a daily witness schedule for their case-in-chief that includes Manufacturers' and national retailer groups' cross-examination time estimates and Plaintiffs' redirect examination time estimates for each witness. |
| | Manufacturers and national retailer groups provide their case-in-chief sequence of witnesses to Plaintiffs, with estimated lengths of time for in-person direct examinations of fact witnesses. |
| May 25, 2022 | Plaintiffs provide to Manufacturers and national retailer groups estimated times for cross-examinations of Manufacturers' and national retailer groups' case-in-chief witnesses. |
| May 27, 2022 | Manufacturers and national retailer groups provide to Plaintiffs a daily witness schedule for their case-in-chief, that includes Manufacturers' and national retailer groups' direct examination time estimates for witnesses that will testify in person; Plaintiffs' estimated cross-examination time estimates for each witness; and Manufacturers' and national retailer groups' redirect examination time estimates for each witness. |
| May 31, 2022, at 10:00 a.m. | Final pre-hearing status conference. |
| **June 13, 2022, at 10:00 a.m.** | **Evidentiary hearing begins.** |
| **June 14, 16, 21-24 and July 18-22, 25-28, 2022, at 10:00 a.m.** | **Evidentiary hearing continues as necessary.  On June 14, 2021, the Court will sit only from 10:00 a.m. to 12:30 p.m.** |
| August 12, 2022 | Parties and national retailer groups simultaneously file proposed findings of fact and conclusions of law.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section G. |
| August 26, 2022 | Parties and national retailer groups simultaneously file replies to proposed findings of fact and conclusions of law.  See Opinion and Order #93 – Remand [Dkt. No. 6316], Section G. |

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: February 2, 2022

4