UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　and<br><br>TOBACCO-FREE KIDS<br>ACTION FUND, *et al.*,<br>　　　Plaintiff-Intervenors<br><br>　　　v.<br><br>PHILIP MORRIS USA INC., *et al.*,<br>　　　Defendants,<br><br>　　　*and*<br><br>ITG BRANDS, LLC, *et al.*,<br>　　　Post-Judgment Parties Regarding<br>　　　Remedies. | Civil Action No. 99-CV-2496 (PLF)<br>Next scheduled court appearance:<br>May 31, 2022 10:00 am (status conf.) |

**DEFENDANTS' STATUS REPORT
IN RESPONSE TO ORDER #120-REMAND**

In Order #120-Remand (Dkt. 6480), the Court instructed defendants to file a status report "informing the Court of defendants' proposal for what the placeholders in the boxes of Chambers' Files should say to best reflect the designations assigned to the respective documents."

In response to the Court's Order, defendants respectfully propose the use of placeholders in the form shown in Attachment 1 to this Status Report.

1

Dated: March 18, 2022                    Respectfully submitted,

/s/ Anand Agneshwar
Anand Agneshwar
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Fax: (212) 836-8689

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*


/s/ Jeffrey A. Mandell
John M. Gore (D.C. Bar No. 502057)
Jon G. Heintz (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
jheintz@jonesday.com

Jeffrey A. Mandell (D.C. Bar No. 999791)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 256-0226
Fax: (608) 259-2600
jmandell@staffordlaw.com

*Attorneys for Defendant R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company)*