UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MORRIS USA INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 99-2496 (PLF) |

ORDER #121 – REMAND

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Manufacturers' and Retailers' Motion in Limine to Exclude Dr. Frank Chaloupka's and Dr. James Spaeth's Improper Rebuttal Evidence [Dkt. No. 6461] is DENIED; and it is

FURTHER ORDERED that Manufacturers' and Retailers' Motion in Limine to Exclude the Opinion of Mr. Greg Brancaleone [Dkt. No. 6463] is DENIED.

SO ORDERED.

                                                                                       PAUL L. FRIEDMAN
                                                                                       United States District Judge

DATE:  April 13, 2022