UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PHILIP MORRIS USA, INC., et al.,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 99-2496 (PLF) |

ORDER #122 – REMAND

On June 16, 2021, the Court issued an order scheduling the evidentiary hearing in this case to begin on June 13, 2022, and setting forth a pre-hearing schedule. See Order #109 – Remand ("Scheduling Order") [Dkt. No. 6434]; see also Order #110 – Remand [Dkt. No. 6437] (modifying the Scheduling Order); Order #118 – Remand [Dkt. No. 6477] (further modifying the Scheduling Order). In their recent joint motion, the parties indicated that they have reached "an agreement in principle to settle the point-of-sale messaging portion of the corrective-statements remedy." Joint Motion for Status Conference and Stay of Deadlines [Dkt. No. 6496] at 1. At the status conference held on May 20, 2022, the parties consented to vacating the evidentiary hearing dates in light of the parties' agreement in principle. Accordingly, it is hereby

ORDERED that the final pre-hearing status conference scheduled for May 31, 2022, is VACATED; it is

FURTHER ORDERED that the evidentiary hearing dates scheduled for June 13-14, 16, 21-24 and July 18-22, 25-28, 2022, are VACATED; and it is

FURTHER ORDERED that the Court will convene a status conference on

June 13, 2022, at 11:00 a.m. via Zoom videoconference.

        SO ORDERED.

                                                _____
                                                PAUL L. FRIEDMAN
                                                United States District Judge

DATE: May 25, 2022