<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>and<br><br>TOBACCO-FREE KIDS<br>ACTION FUND, *et al.*,<br>    Plaintiff-Intervenors<br><br>v.<br><br>PHILIP MORRIS USA INC., *et al.*,<br>    Defendants,<br><br>    *and*<br><br>ITG BRANDS, LLC, *et al.*,<br>    Post-Judgment Parties Regarding<br>    Remedies. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 99-CV-2496 (PLF)<br>Next scheduled court appearance:<br>July 28, 2022 at 10:00 am<br>(Point-of-Sale Settlement Hearing) |

<div align="center">

**JOINT STATUS REPORT**
**IN RESPONSE TO ORDER #124-REMAND**

</div>

At the June 13, 2022 status conference in this case, the Court instructed the parties[1] to file

a joint status report: (1) addressing logistics for oral argument on (i) Plaintiffs' Motion for

Clarification Regarding the Application of Order #1015, as Amended, to Heatsticks Cigarettes

(Dkt. No. 6325) and Defendant Philip Morris USA Inc.'s Motion to Modify Order #1015 (Dkt.

---

[1] The parties are the United States and the Public Health Intervenors (collectively "Plaintiffs"); Philip Morris USA Inc., Altria Group, Inc., and R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company) (collectively "Defendants"); and ITG Brands, LLC, Commonwealth Brands, Inc., and Commonwealth-Altadis, Inc. (collectively "Remedies Parties"). Defendants and Remedies Parties are collectively referred to as "Manufacturers."

The non-party national retailer groups that (to the knowledge of the parties) intend to participate in the hearing are the National Association of Convenience Stores ("NACS") and the National Association of Tobacco Outlets ("NATO").

No. 6334) (the "Heatsticks Motions") and (ii) Public Health Intervenors' Motion to Clarify and Amend Order #1015 ("JUUL MDL Documents Motion"); and (2) enclosing a proposed procedural order for the settlement hearing scheduled for July 28 and 29, 2022.  The parties' responses on these topics are provided in Sections 1 and 2, respectively.

## 1.   Oral Argument for Heatsticks Motions and JUUL MDL Documents Motion

Counsel for Altria Group, Inc., and Philip Morris USA Inc. are available on July 19 or 20, 2022 for oral argument on the Heatsticks Motions and JUUL MDL Documents Motion. Counsel for Plaintiffs would prefer July 20, but can be available on July 20 or 19 for these arguments.  The parties' position is that approximately one hour for the Heatsticks Motion will be sufficient with a half hour being allocated to each side, and that approximately 30 minutes for the JUUL MDL Documents Motion will be sufficient, with 15 minutes being allocated to each side.

Amir C. Tayrani of Gibson, Dunn & Crutcher LLP will address the Court on the Heatsticks Motion and JUUL MDL Documents Motion on behalf of Altria Group, Inc. and Philip Morris USA Inc.

Meredith Healy is expected to argue the Heatsticks Motion for Plaintiffs. Either Scott Lewis or Melissa Allison is expected to argue the JUUL MDL Documents Motion of behalf of Plaintiff-Intervenors and Zachary A. Dietert is expected to address any issues unique to the United States with regard to that motion.

## 2.   Proposed Procedural Order for Point-of-Sale Settlement Hearing

The parties have conferred on the label for the July 28 and 29, 2022 hearing and propose that this Court refer to the hearing as the "Point-of-Sale Settlement Hearing."  The parties have also prepared the enclosed (Proposed) Order #_____-Remand, Procedures for the July 28 and 29, 2022 Point-of-Sale Settlement Hearing based on the timeline and procedures discussed at the June

13, 2022 status conference.  The parties have left several placeholders consistent with the Court's intent to set the time allocated to each objecting Participating Retailer.

The Manufacturers and Retailer Groups believe that this Court stated at the June 13, 2022 status conference that the Point-of-Sale Settlement Hearing could be attended both in-person and virtually by Parties, the Retailer Groups, and, importantly, individual retailers who may choose to participate.  The Plaintiffs believe that this Court stated that virtual attendance would only be allowed in case of emergency that prevents travel to the Court.  The Manufacturers and Retailer Groups, on the one hand, and the Plaintiffs, on the other hand, have each inserted a proposed provision in Paragraph 6 of the enclosed proposed order consistent with their position.

Dated: June 21, 2022

<div style="margin-left: 50%;">

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LISA K. HSIAO, Assistant Director
Consumer Protection Branch

/s/
_____
ADAM E. LYONS
Assistant Director
DANIEL K. CRANE-HIRSCH
JAMES NELSON
Senior Trial Attorneys
ZACHARY A. DIETERT
MEREDITH B. HEALY
Trial Attorneys
Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-532-4406
adam.e.lyons@usdoj.gov

</div>

*Attorneys for Plaintiff United States of*
*America*

/s/
_____
Scott P. Lewis (pro hac vice)
slewis@andersonkreiger.com
Melissa C. Allison (admitted pro hac vice)
mallison@andersonkreiger.com
Christina S. Marshall (D.C. Bar # MA0022)
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
Telephone: 617-621-6500
Fax: 617-621-6660

*Attorneys for the Public Health Plaintiff-*
*Intervenors*

/s/
_____
Miguel A. Estrada (D.C. Bar No. 456289)
Amir C. Tayrani (D.C. Bar No. 490994)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016
mestrada@gibsondunn.com
atayrani@gibsondunn.com

George C. Lombardi
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com

*Attorneys for Defendants Altria Group, Inc.*
*and Philip Morris USA Inc. and Altria*

4

/s/
John M. Gore (D.C. Bar No. 502057)
Jon G. Heintz (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
jheintz@jonesday.com

Jeffrey A. Mandell (D.C. Bar No. 999791)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 256-0226
Fax: (608) 259-2600
jmandell@staffordlaw.com

*Attorneys for Defendant R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company)*

/s/
Elizabeth B. McCallum (D.C. Bar No.451361)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Fax: (202) 861-1783

*Attorneys for Post-Judgment Parties Regarding Remedies ITG Brands, LLC, Commonwealth Brands, Inc. and Commonwealth-Altadis, Inc.*

/s/
Michael J. Baratz (D.C. Bar No. 480607)

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-3000

*Attorneys for National Association of*
*Convenience Stores*

/s/ _____

Thomas A. Briant
(Minnesota Bar No. 157764)
Thomas A. Briant, P.A.
17595 Kenwood Trail
Minneapolis, MN 55044
(952) 683-9270

*Attorney for National Association of Tobacco*
*Outlets, Inc.*

6