# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>and<br><br>TOBACCO-FREE KIDS<br>ACTION FUND, *et al.*,<br>    Plaintiff-Intervenors<br><br>v.<br><br>PHILIP MORRIS USA INC., *et al.*,<br>    Defendants,<br><br>    *and*<br><br>ITG BRANDS, LLC, *et al.*,<br>    Post-Judgment Parties Regarding<br>    Remedies. | Civil Action No. 99-CV-2496 (PLF)<br>Next scheduled court appearance:<br>July 28, 2022 at 10:00 am<br>(Point-of-Sale Settlement Hearing) |

## JOINT STATUS REPORT
## IN RESPONSE TO JUNE 13, 2022 MINUTE ORDER

At the June 13, 2022 status conference in this case, all parties[1] and the non-party national

retailer groups notified the Court that they proposed to conclude their negotiations with a complete

draft consent order no later than Friday, June 24, 2022. This joint status report confirms that the

parties have met this deadline and are moving forward with other steps discussed on the record to

prepare for the July 28-29, 2022 hearing at which the Court will consider the proposed consent

---

[1] The parties are the United States and the Public Health Intervenors; Philip Morris USA Inc., Altria Group, Inc., and R.J. Reynolds Tobacco Company (individually, as successor in interest to Brown & Williamson Tobacco Corporation, and as successor to Lorillard Tobacco Company); and ITG Brands, LLC, Commonwealth Brands, Inc., and Commonwealth-Altadis, Inc. (collectively "Remedies Parties").

The non-party national retailer groups that (to the knowledge of the parties) intend to participate in the hearing are the National Association of Convenience Stores ("NACS") and the National Association of Tobacco Outlets ("NATO").

order. In accordance with the proposed order, the parties will file with the Court on or before

Friday, July 8, 2022, a joint motion asking the Court to adopt the proposed consent order, as well

as a copy of the proposed consent order and supporting materials.

Dated: June 24, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LISA K. HSIAO, Assistant Director
Consumer Protection Branch

/s/
ADAM E. LYONS
Assistant Director
DANIEL K. CRANE-HIRSCH
JAMES NELSON
Senior Trial Attorneys
ZACHARY A. DIETERT
MEREDITH B. HEALY
Trial Attorneys
Civil Division
United States Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-532-4406
adam.e.lyons@usdoj.gov

*Attorneys for Plaintiff United States of
America*

/s/
Scott P. Lewis (pro hac vice)
slewis@andersonkreiger.com
Melissa C. Allison (admitted pro hac vice)
mallison@andersonkreiger.com
Christina S. Marshall (D.C. Bar # MA0022)
cmarshall@andersonkreiger.com

ANDERSON & KREIGER LLP
50 Milk, 21st Floor
Boston, MA 02109
Telephone: 617-621-6500
Fax: 617-621-6660

*Attorneys for the Public Health Plaintiff-*
              *Intervenors*


/s/
_____
Miguel A. Estrada (D.C. Bar No. 456289)
Amir C. Tayrani (D.C. Bar No. 490994)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8257
Fax: (202) 530-9016
mestrada@gibsondunn.com
atayrani@gibsondunn.com

George C. Lombardi
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
Fax: (312) 558-5700
glombard@winston.com


*Attorneys for Defendants Altria Group, Inc.*
*and Philip Morris USA Inc. and Altria*


/s/
_____
John M. Gore (D.C. Bar No. 502057)
Jon G. Heintz (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
jheintz@jonesday.com

Jeffrey A. Mandell (D.C. Bar No. 999791)
STAFFORD ROSENBAUM LLP

222 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 256-0226
Fax: (608) 259-2600
jmandell@staffordlaw.com

*Attorneys for Defendant R.J. Reynolds*
*Tobacco Company (individually, as*
*successor in interest to Brown & Williamson*
*Tobacco Corporation, and as successor to*
*Lorillard Tobacco Company)*


/s/
Elizabeth B. McCallum (D.C. Bar
No.451361)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Fax: (202) 861-1783

*Attorneys for Post-Judgment Parties*
*Regarding Remedies ITG Brands, LLC,*
*Commonwealth Brands, Inc. and*
*Commonwealth-Altadis, Inc.*


/s/
Michael J. Baratz (D.C. Bar No. 480607)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-3000

*Attorneys for National Association of*
*Convenience Stores*


/s/
Thomas A. Briant
(Minnesota Bar No. 157764)
Thomas A. Briant, P.A.

17595 Kenwood Trail
Minneapolis, MN 55044
(952) 683-9270

*Attorney for National Association of Tobacco
Outlets, Inc.*