**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TOBACCO-FREE KIDS ACTION FUND, | ) | |
| *et al.*, | ) | Civil Action No. 99-CV-2496 (PLF) |
| | ) | |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP MORRIS USA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PUBLIC HEALTH INTERVENORS' SUPPLEMENTAL BRIEF IN SUPPORT**
**OF THEIR MOTION TO CLARIFY AND AMEND ORDER #1015**

The Public Health Intervenors' Motion to Clarify and Amend Order #1015 (Dkt. No. 6446; filed Aug. 16, 2021) is scheduled to be heard by the Court on July 20, 2022. This motion seeks an order clarifying that the transparency provisions of Section III(C) of Order #1015 require PM and Altria to post on their website the documents they have produced in the Juul MDL Litigation because the Juul MDL Litigation is a case "concerning smoking and health, marketing [or] addiction" within the meaning of Order #1015.

On June 23, 2022, the Court entered a minute order directing the Public Health Intervenors, as well as PM and Altria, to file a supplemental brief "addressing the Food and Drug

Administration's order to remove Juul e-cigarettes from the U.S. market."[1]  The Public Health Intervenors do not believe that FDA's recent actions with respect to Juul bear in any way upon their pending motion to clarify that Order #1015 obligates PM and Altria to post the Juul MDL documents.[2]

As the Intervenors have shown in their previous briefs, their motion can and should be decided on the basis of the plain words, underlying findings and express purpose of Section III(C) of Order #1015, and the allegations of the MDL Complaint – which show that the Juul MDL Litigation is a case "concerning smoking and health, marketing [or] addiction" within the meaning of Order #1015.  *See* Public Health Intervenors' Brief in Support of their Motion to Clarify and Amend Order #1015 (Dkt. No. 6446; filed Aug. 19, 2021); Public Health Intervenors' Reply Brief in Support of their Motion to Clarify and Amend Order #1015 (Dkt. No. 6452; filed Sep. 9, 2021).  FDA's recent orders concerning Juul do not shed any light on the meaning of Order #1015 or the nature of the Juul MDL Litigation.

## Conclusion

For these reasons and the reasons offered in the Intervenors' previous briefs, the Court should grant the Public Health Intervenors' Motion to Clarify and Amend Order #1015; clarify that the Juul MDL Litigation is a case "concerning smoking and health, marketing [or] addiction" within the meaning of Section III(C)(¶10(a)) of Order #1015; and amend Order #1015

---

[1]     FDA announced its marketing denial order to Juul on June 23, 2022.  The Court of Appeals subsequently stayed this order pending court review, and FDA then administratively stayed its order on July 5, 2022.

[2]     The Public Health Intervenors understand that PM and Altria will also inform the Court that in their view, FDA's order has no bearing on the Intervenors' motion.  The Intervenors proposed to stipulate to this fact, and obviate the need for any supplemental briefs, but PM and Altria insisted upon filing a brief.

to require PM and Altria to post on PM's document website all the documents produced and deposition testimony given in the Juul MDL Litigation for no fewer than 12 months.

July 14, 2022                                          Respectfully submitted,


                                                      */s/ Melissa C. Allison*
                                                      Scott P. Lewis (admitted pro hac vice)
                                                      slewis@andersonkreiger.com
                                                      Melissa C. Allison (admitted pro hac vice)
                                                      mallison@andersonkreiger.com
                                                      Christina S. Marshall (Bar # MA0022)
                                                      cmarshall@andersonkreiger.com
                                                      ANDERSON & KREIGER LLP
                                                      50 Milk Street, 21st Floor
                                                      Boston, MA 02109
                                                      T:  617-621-6500
                                                      F:  617-621-6660

                                                      *Attorneys for the Public Health Plaintiff-*
                                                      *Intervenors*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system, and will be served upon the attorney of record for each party registered to receive electronic service on this 14th day of July, 2022.

/s/ Melissa C. Allison
Melissa C. Allison