# GIBSON DUNN

November 14, 2022

<u>VIA ECF</u>

Re:   <u>Notice Regarding Personal Screening</u>

To Whom It May Concern:

I write to provide notice of my screening from a matter currently being handled by other attorneys at Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), in which I understand those attorneys are representing clients in the matter captioned *United States v. Philip Morris USA, et al.*, No. 1:99-cv-02496-PLF (D.D.C.) (together with any related proceedings, the "Matter"). I will not participate in any manner in the Matter, nor will I discuss the Matter with any partner, associate, or of counsel lawyer at Gibson Dunn. I also will not share in any fees for the Matter.

Sincerely,

*[signature]*

Gustav Eyler