UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>PHILIP MORRIS USA INC. et al., )<br>  )<br>Defendants. )<br>  ) | Civil Action No. 99-2496 (PLF) |

ORDER #130 – REMAND

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that Public Health Intervenors' Motion to Clarify and Amend Order #1015 [Dkt. No. 6445] is GRANTED; it is

FURTHER ORDERED that defendants shall publish their JUUL MDL discovery materials on Philip Morris's Internet Document Website consistent with Order #1015, as amended; and it is

FURTHER ORDERED that defendants shall maintain the JUUL MDL documents on Philip Morris's Internet Document Website for a period of twelve months following the date that the last document is published.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 6/19/23