# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 99-2496 (PLF) |
| v. | )<br>)<br>) |
| **PHILIP MORRIS USA INC.,** *et al.*, | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Philip Morris USA Inc. appeals to the United States Court of Appeals for the District of Columbia Circuit from Order #131-Remand of this Court (D.E. #6527), entered on the 14th day of July, 2023, granting Plaintiffs' Motion for Clarification Regarding the Application of Order #1015, as Amended, to HeatSticks Cigarettes, and granting in part and denying in part Defendant's Opposition to Plaintiffs' Motion for Clarification and in the Alternative to Modify Order #1015, as well as from the Opinion (D.E. #6528) accompanying Order #131-Remand.

Dated:  September 12, 2023

Respectfully submitted,

/s/ Amir C. Tayrani
Miguel A. Estrada (D.C. Bar No. 456289)
Amir C. Tayrani (D.C. Bar No. 490994)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8257
Fax:  (202) 530-9016

*Attorneys for Defendant Philip Morris USA Inc.*